**Declaration of Custodian of Records**

Pursuant to 28 U.S.C. § 1746, I, the undersigned, hereby declare:

Scott Bernier
(Name of Declarant)

I am a United States citizen and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a subpoena or other similar demand for documents requesting specified records of the business named below. Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records provided herewith and in response to the subpoena or other similar demand:

(1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 01, 2024.

Scott Bernier
Sr. Director
FCRA Operations & DI Product Support
Early Warning Services , LLC
5801 N Pima Rd, Scottsdale, AZ 85250-2635

**CERTIFICATE OF RECORDS**

I, *Scott Bernier*, hereby certify that:

1. I am the Director of Consumer Services and the custodian of records at Early Warning Services("the Company"), located in Scottsdale, AZ.

2. I have examined the records of the Company and they contain the attached documents, each of which is the original or the duplicate of the original records, described more particularly as <u>Comprehensive File Disclosure(s) and/or Summary File Disclosure(s)</u>.

3. These records were made at or near the time of the occurrence of the matters set forth therein, by a person with knowledge of these matters or from information transmitted by such a person.

4. These records were kept in the course of a regularly conducted activity of the Company.

5. Making the records was a regular practice of that activity.

I declare under penalty of perjury that the foregoing is true and correct.

    Executed on October 01, 2024.



Scott Bernier
Sr. Director
FCRA Operations & DI Product Support
Early Warning Services , LLC
5801 N Pima Rd, Scottsdale, AZ 85250-2635