UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-60126-LEIBOWITZ

UNITED STATES OF AMERICA,

v.

JANICE ELEANOR TURNER
and
KISEAN PAUL ANDERSON,
    a/k/a/ Sean Kingston

           Defendants.
_____/

## GOVERNMENT'S PROPOSED SUPPLEMENTAL QUESTIONS FOR VOIR DIRE EXAMINATION

Pursuant to Rule 24(a), Federal Rules of Criminal Procedure, the United States respectfully requests the Court ask the following voir dire questions during jury selection, in addition to the standard voir dire questions.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: /s/ Marc S. Anton
MARC S. ANTON
Assistant U.S. Attorney
Florida Bar No. 0148369
500 E. Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Tel: (954) 660-5096
Fax: (954) 356-7336

By: /s/ Trevor Jones
TREVOR JONES
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Marc S. Anton
Assistant U.S. Attorney

1.      In this case you may hear that one of the Defendant's is a well-known musician. Would all members of the panel treat this witness just like any other witness and judge his credibility in accordance with the law as the Court instructs?

2.      This case involves an alleged fraud scheme where victims have suffered significant financial losses.  Have any of you suffered financial losses as a result of falling victim to what you believed to be a fraud scheme?   If so, under what circumstances?

3.      Do any members of the panel hold any philosophical or religious beliefs which would make it difficult or impossible to sit in judgment of another human being?

4.      Just as the defendant is entitled to a fair trial, so is the United States.  Do any of you, because of something in your background or beliefs, or from something you heard on TV or radio or saw in the newspapers, feel that you cannot give the United States the same fair trial in this type of criminal case that you will give the defendant?

5.      This case was investigated by agents of the United States Secret Service and Detectives with the Broward Sheriff's Office.  Has any member of the prospective jury, a close friend or family member, to the best of your knowledge, had any experience with these or any other law enforcement or government agencies which would cause you to be unable to render a fair and impartial verdict?  Could you accept the testimony of the agents testifying in this case in the same way that you would the testimony of a private citizen?