UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60126-CR-LEIBOWITZ(s)
18 U.S.C. § 1349
18 U.S.C. § 1343
18 U.S.C. § 2

UNITED STATES OF AMERICA

vs.

JANICE ELEANOR TURNER
and
KISEAN PAUL ANDERSON,
    a/k/a Sean Kingston,

        Defendants.
_____/

FILED BY ___BM___ D.C.

Mar 11, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Commit Wire Fraud
### (18 U.S.C. § 1349)

1.    Beginning on or about April 11, 2023, and continuing until on or about March 29, 2024, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

JANICE ELEANOR TURNER
and
KISEAN PAUL ANDERSON,
a/k/a Sean Kingston,

did willfully, that is, with intent to further the object of the conspiracy, and knowingly combine, conspire, confederate and agree with others known and unknown to the Grand Jury to commit wire fraud, that is, to knowingly and with intent to defraud, devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and

1

fraudulent pretenses, representations, and promises and, for the purpose of executing such scheme, did knowingly transmit and cause to be transmitted by means of wire communication in interstate commerce, certain writings, signs, signals, pictures, and sounds, in violation of Title 18, United States Code, Section 1343.

## OBJECT OF THE CONSPIRACY

2.  It was the object of the conspiracy for the defendants and co-conspirators to unjustly enrich themselves by falsely representing that they had executed bank wire or other monetary payment transfers as payment for vehicles, jewelry, and other goods purchased by the defendants, when in fact no such bank wire or other monetary payment transfers had been executed by the purported banks, and thereafter the defendants retained or attempted to retain the vehicles, jewelry and other goods despite non-payment.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and co-conspirators sought to accomplish the object of the conspiracy included the following:

3.  **KISEAN PAUL ANDERSON a/k/a Sean Kingston** initiated and engaged in direct messaging via Instagram and other social media platforms with victim vendors for the purchase of vehicles, jewelry, and other goods and services.

4.  Once terms had been agreed upon, **KISEAN PAUL ANDERSON a/k/a Sean Kingston** and **JANICE ELEANOR TURNER** continued discussions via text messaging regarding the timing of delivery, installation, and payment of the goods and services purchased by **KISEAN PAUL ANDERSON a/k/a Sean Kingston.**

5.  Utilizing and leveraging his celebrity status, **KISEAN PAUL ANDERSON a/k/a Sean Kingston** often persuaded his victim vendors to stray from their regular business practices

and convinced them to either supply or deliver their goods and services prior to receipt of full payment.

6. In support of purported payment to the victim vendors, **KISEAN PAUL ANDERSON a/k/a Sean Kingston** and **JANICE ELEANOR TURNER** sent via text message, fraudulent documents purporting to memorialize that either bank wire or other monetary transfers had been initiated on their behalf.

7. **KISEAN PAUL ANDERSON a/k/a Sean Kingston** and **JANICE ELEANOR TURNER** thereafter would either discontinue communication with the victim vendors or claim additional payments were forthcoming, and despite non-payment, **KISEAN PAUL ANDERSON a/k/a Sean Kingston** and **JANICE ELEANOR TURNER** would retain the property.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS 2 – 6
### Wire Fraud
### (18 U.S.C. § 1343)

8. Beginning on or about April 11, 2023, and continuing until on or about March 29, 2024, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**JANICE ELEANOR TURNER**
**and**
**KISEAN PAUL ANDERSON,**
**a/k/a Sean Kingston,**

did knowingly, and with intent to defraud, devise, and intend to devise, a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and knowing that the pretenses, representation, and promises were false and fraudulent when made, did knowingly transmit and cause to be transmitted, by means

3

of wire communications in interstate commerce, certain writings, pictures, signs, signals, and sounds, in violation of Title 18, United States Code, Sections 1343 and 2.

## PURPOSE OF THE SCHEME AND ARTIFICE

9. It was the purpose of the scheme and artifice for the defendants and co-conspirators to unjustly enrich themselves by falsely representing that they had executed bank wire or other monetary payment transfers as payment for vehicles, jewelry, and other goods purchased by the defendants, when in fact no such bank wire or other monetary payment transfers had been executed by the purported banks, and thereafter the defendants retained or attempted to retain the vehicles, jewelry, and other goods despite non-payment.

## THE SCHEME AND ARTIFICE

The manner and means section of Count 1 of this Indictment is realleged and incorporated by reference as though fully set forth herein as the description of the scheme and artifice.

## USE OF THE WIRES

10. On or about the dates specified as to each count below, in Broward County, in the Southern District of Florida, and elsewhere, the defendants, **JANICE ELEANOR TURNER and KISEAN PAUL ANDERSON, a/k/a Sean Kingston**, for the purpose of executing the scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, did knowingly transmit and cause to be transmitted in interstate commerce, by means of wire communication, certain writings, signs, signals, and sounds as set forth below:

| COUNT | DATE | DESCRIPTION OF WIRE COMMUNICATION |
|---|---|---|
| 2 | 05/15/2023 | Transmission of an SMS text message and attachment from wireless phone number 954-770-4578 to wireless phone number 678-532-4493, containing a purported First Republic Bank wire transfer receipt in the amount of $53,000 for the purchase of a vehicle, which traveled from Florida, through computer servers located in either Georgia, Texas, or Missouri. |
| 3 | 10/24/2023 | Transmission of an SMS text message and attachment from wireless phone number 954-770-4578 to wireless phone number 954-400-9300, containing a purported Bank of America wire transfer receipt in the amount of $285,000 for the purchase of a watch, which traveled from Florida, through computer servers located in either Georgia, Texas, or Missouri. |
| 4 | 11/21/2023 | Transmission of an SMS text message and attachment from wireless phone number 863-303-7836 to wireless phone number 786-702-6969, containing a purported First Republic Bank wire transfer receipt in the amount of $159,702.78 for the purchase of a vehicle, which traveled from Florida, through computer servers located in either Georgia, Texas, or Missouri. |
| 5 | 01/15/2024 | Transmission of an SMS text message and attachment from wireless phone number 310-330-6699 to wireless phone number 386-344-8426, containing a purported Novo payment confirmation receipt in the amount of $40,000 for the purchase of AV electronic equipment, which traveled from Florida, through computer servers located in either Georgia, Texas, or Missouri. |
| 6 | 03/14/2024 | Transmission of an SMS text message and attachment from wireless phone number 954-770-4578 to wireless phone number 323-532-7624, containing a purported Bank of America wire transfer receipt in the amount of $480,000 for the purchase of two watches, which traveled from Florida, through computer servers located in either Georgia, Texas, or Missouri. |

In violation of Title 18, United States Code, Sections 1343 and 2.

A TRUE BILL

███████████████████

FOREPERSON

_for_ ___BDB  BRUCE O. BROWN___
HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

___Marc Ant___
MARC S. ANTON
ASSISTANT UNITED STATES ATTORNEY

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 24-60126-CR-LEIBOWITZ(s)

v.

JANICE ELEANOR TURNER
and KISEAN PAUL ANDERSON,

Defendants.
_____/

**CERTIFICATE OF TRIAL ATTORNEY**

**Court Division** (select one)
- ☐ Miami
- ☐ Key West
- ☐ FTP
- ☒ FTL
- ☐ WPB

**Superseding Case Information:**
New Defendant(s) (Yes or No) NO
Number of New Defendants  0
Total number of new counts  0

I do hereby certify that:
1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take  4  days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   ☒ 0 to 5 days
   - II  ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV  ☐ 21 to 60 days
   - V   ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) YES
   If yes, Judge LEIBOWITZ    Case No. 24-60126-CR-LEIBOWITZ
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: _____
Marc S. Anton
Assistant United States Attorney
FL Bar No.    0148369

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: JANICE ELEANOR TURNER

**Case No**: _____

Count #: 1

Conspiracy to Commit Wire Fraud

Title 18, United States Code, Section 1349
* **Max. Term of Imprisonment: 20 years**
* **Mandatory Min. Term of Imprisonment (if applicable): n/a**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000 or not more than the greater of twice the gross gain or twice the gross loss.**

Counts #: 2-6

Wire Fraud

Title 18, United States Code, Section 1343
* **Max. Term of Imprisonment: 20 years**
* **Mandatory Min. Term of Imprisonment (if applicable): n/a**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000 or not more than the greater of twice the gross gain or twice the gross loss.**

Count #:

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: KISEAN PAUL ANDERSON, a/k/a Sean Kingston**

**Case No**: _____

Count #: 1

Conspiracy to Commit Wire Fraud

Title 18, United States Code, Section 1349
* **Max. Term of Imprisonment: 20 years**
* **Mandatory Min. Term of Imprisonment (if applicable): n/a**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000 or not more than the greater of twice the gross gain or twice the gross loss.**

Counts #: 2-6

Wire Fraud

Title 18, United States Code, Section 1343
* **Max. Term of Imprisonment: 20 years**
* **Mandatory Min. Term of Imprisonment (if applicable): n/a**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000 or not more than the greater of twice the gross gain or twice the gross loss.**

Count #:

_____

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.