UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-60126-LEIBOWITZ(s)

UNITED STATES OF AMERICA,

v.

JANICE ELEANOR TURNER
and
KISEAN PAUL ANDERSON,
    a/k/a/ Sean Kingston

              Defendants.
_____/

## GOVERNMENT'S WITNESS LIST

1) Amanda Cook – U.S. Secret Service
2) Amanda Vecchio – Broward Sheriff's Office
3) Brad Jenkins – Ft. Lauderdale Police Department
4) Andrii Nikolenko
5) Ariel Mateos
6) Steve Young
7) Moshe Edery
8) Arnold Bush
9) Miguel Rodriguez
10) Records Custodian – Bank of America
11) Records Custodian – AT&T
12) Records Custodian – First Republic/JP Morgan Chase Bank
13) Records Custodian – Early Warning Systems/Zelle
14) Records Custodian – Middlesex Federal Savings/Novo

                Respectfully submitted,

                HAYDEN P. O'BYRNE
                UNITED STATES ATTORNEY

      By:  /s/ Marc S. Anton
           MARC S. ANTON
           Assistant U.S. Attorney
           Florida Bar No. 0148369
           500 E. Broward Blvd., Suite 700
           Fort Lauderdale, FL 33394
           Tel: (954) 660-5096
           Fax: (954) 356-7336
           Marc.anton@usdoj.gov

      By:  /s/ Trevor Jones
           TREVOR JONES
           Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 12, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Marc S. Anton
Assistant U.S. Attorney