UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-60126-LEIBOWITZ

UNITED STATES OF AMERICA,

vs.

JANICE ELEANOR TURNER and
KISEAN PAUL ANDERSON a/k/a
SEAN KINGSTON,

      Defendants.
_____/

### JAMES M. STARK'S MOTION TO WITHDRAW FROM FURTHER REPRESENTATION OF DEFENDANT JANICE TURNER

James M. Stark, Esq. moves this Court to enter an order permitting him to withdraw from further representation of the Defendant JANICE ELEANOR TURNER in the above-styled case. As grounds, the undersigned would state:

1. That due to irreconcilable differences between the Defendant and the undersigned attorney, it is no longer possible for the undersigned attorney to continue his representation of the Defendant JANICE ELEANOR TURNER in this case.

2. The attorney-client relationship has degraded to the point that it has become adversarial. All efforts have been made by the undersigned to mend the relationship, making further representation of the client impossible.

3. Due to, what has become an adversarial relationship between the undersigned and Defendant JANICE ELEANOR TURNER, the undersigned attorney is unable to fulfill his ethical obligations to the client, making further representation impossible.

4. Fundamental disagreements have arisen between this attorney and the client which necessitates the filing of this motion. See Rule 4-1.16(b)(2)

of the Rules of Professional Conduct of the Florida Bar.  See also <u>Rule 4-1.16(b)(5).</u>

WHEREFORE the undersigned attorney prays this Court to enter an order relieving the undersigned attorney from any further responsibility for representing the Defendant JANICE ELEANOR TURNER in the above-styled case.

**I HEREBY CERTIFY** that a true copy of the foregoing has been delivered to the Defendant and United States Attorney's Office, via e-service on this 17th day of February, 2024.

                           /S/  JAMES M. STARK
                          JAMES M. STARK, ESQ.
                          Attorney for Defendant
                          633 S. Federal Hwy., 6th Floor
                          Fort Lauderdale, FL 33301
                          TEL: (954) 522-3307
                          FL Bar# 169712
                          Jmstarkpa@aol.com