UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-60126-LEIBOWITZ(s)

UNITED STATES OF AMERICA,

v.

JANICE ELEANOR TURNER
and
KISEAN PAUL ANDERSON,
    a/k/a/ Sean Kingston

        Defendants.
_____/

## UNITED STATES OF AMERICA'S AMENDED EXHIBIT LIST

The United States submits the attached Amended Exhibit List, which reflects exhibits that the government intends to introduce at trial in its case-in-chief. The amendment breaks down Exhibit 28 to include 28a–d—three audio messages from a victim's text chain with Defendant Anderson and text messages between the victim and Defendant Janice Turner. The amendment also breaks down Exhibit 12 to include 12a–c—three audio messages from a victim's text chain with Defendant Anderson. Exhibits 28a–d were isolated and shared with Defense Counsel via email on March 19 and 20, 2025. Exhibits 12a–c will be shared immediately upon receipt. The government reserves the right to supplement this list as necessary.

        Respectfully submitted,

        HAYDEN P. O'BYRNE
        UNITED STATES ATTORNEY

BY:   **Trevor C. Jones**
      TREVOR C. JONES
      Assistant United States Attorney
      Fla. Bar No. 0092793
      500 E. Broward Blvd., 7th Floor
      Fort Lauderdale, Florida 33394
      Tel: (786) 564-9109
      Trevor.Jones@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-60126-LEIBOWITZ(s)

UNITED STATES OF AMERICA,

v.

JANICE ELEANOR TURNER
and
KISEAN PAUL ANDERSON,
      a/k/a/ Sean Kingston

                Defendants.
_____/

### UNITED STATES OF AMERICA'S AMENDED EXHIBIT LIST

| ASSISTANT U.S. ATTORNEYS<br><br>Marc S. Anton<br>Trevor Jones | DEFENDANT'S ATTORNEYS<br><br>James Stark (Turner)<br>Robert Rosenblatt (Anderson) | | | |
|---|---|---|---|---|
| GOV. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
| | | | | ***Ariel Mateos (Expimled) (Count 5)*** |
| 1 | | | | Sean Kingston Contact Card |
| 2 | | | | Mama Kingston Contact Card |
| 3 | | | | IG Chats with Sean Kingston |
| 4 | | | | Text Messages with Sean |
| 5 | | | | Text Messages with Mama Kingston |
| 6 | | | | Expimled Invoice |
| 7 | | | | Expimled Receipt Acknowledgement |
| 8 | | | | Fake Novo Transaction Receipt |
| | | | | |
| | | | | |
| | | | | ***Andrii Nikolenko (Count 6)*** |
| 9 | | | | Sean Kingston Contact Card |
| 10 | | | | Mamy Sean Kingston Contact Card |
| 11 | | | | Instagram with seankingston |
| 12 | | | | Text Messages with Sean |
| 12a | | | | Audio Message from Texts with Sean |
| 12b | | | | Audio Message from Texts with Sean |
| 12c | | | | Audio Message from Texts with Sean |

| | | | | |
|---|---|---|---|---|
| 13 | | | | Text Messages with Mamy Sean Kingston |
| 14 | | | | Group Text Message with BK and M |
| 15 | | | | Invoice |
| 16 | | | | Fake Bank of America Transfer Confirmation |
| 17 | | | | Bank of America Screenshots |
| | | | | |
| | | | | ***Steve Young (Count 2)*** |
| 18 | | | | Sean Kingston Contact Card |
| 19 | | | | Sean Mother Contact Card |
| 20 | | | | Seankingston Instagram |
| 21 | | | | Text Messages with Sean Kingston |
| 22 | | | | Text Messages with Sean Mother |
| 23 | | | | Fake Wire Receipt Text |
| 24 | | | | Chase Bank Statement |
| | | | | |
| | | | | ***Moshe Edery (Mazel Jewelers) (Count 3)*** |
| 25 | | | | Sean Kingston Contact Card |
| 26 | | | | Janice Turner Contact Card |
| 27 | | | | Seankingston Instagram |
| 28 | | | | Text Messages with Sean |
| 28a | | | | Audio Message from Texts with Sean |
| 28b | | | | Audio Message from Texts with Sean |
| 28c | | | | Audio Message from Texts with Sean |
| 28d | | | | Text Messages with Janice Turner |
| 29 | | | | Invoice |
| 30 | | | | Fake Bank of America Wire Receipt |
| 31 | | | | Chase Bank Statement |
| | | | | |
| | | | | ***Arnold Bush (Ocean Auto) (Count 4)*** |
| 32 | | | | Sean Kingston Contact Card |
| 33 | | | | Momma Kingston Contact Card |
| 34 | | | | Text Messages with Sean Kingston |
| 35 | | | | Text Messages with Momma Kingston |
| 36 | | | | IMessage with Republic ACH.pdf |
| 37 | | | | Fake First Republic Receipt |
| 38 | | | | Ocean Mazda Receipts |
| | | | | |
| | | | | ***Brad Jenkins*** |
| 39 | | | | Cellphone |
| 39A | | | | Thumbdrive containing Turner Phone Extraction (954-770-4578) |
| | | | | |
| | | | | ***Amanda Cook*** |

| | | | | |
|---|---|---|---|---|
| 40 | | | | AT&T Records |
| 41 | | | | 11/2021 Text Messages skkkkk and Mamakingston Bookings |
| 42 | | | | Seanking and Mamakingston Bookings Text Messages (Ocean Auto) |
| 43 | | | | Mamakingston Bookings and Mark Mosquera Text Messages (Ocean Auto) |
| 44 | | | | Mamakingston Bookings and Mark Mosquera Text Messages (Steve Young) |
| 45 | | | | Mamakingston Bookings and Mark Mosquera Text Messages (VerVer/Eximpled) |
| 46 | | | | Mamakingston Bookings and Mark Mosquera Text Messages (Mazel Jewelers) |
| 47 | | | | Mamakingston Bookings and Ryan Music Text Messages (Nikolenko) |
| 48 | | | | Mamakingston Bookings and Ryan Music Text Messages (2/6/2024 with Fake Bank of America Statements) |
| 49 | | | | Mamakingston Bookings and Ryan Music Text Messages (5/13/2024 with Fake Bank of America Statements) |
| 49A | | | | Mamakingston Bookings and Mark Mosquera Text Messages (6/1/2023) |
| 50 | | | | Bank of America Bank Statements Acct 2924 (10/1/23 – 3/31/24) |
| 51 | | | | Bank of America Bank Statements Acct 2431 (2/15/24 – 4/30/24) |
| 52 | | | | Additional Fake Receipts |
| 53 | | | | Zelle Transactions |
| 54 | | | | Turner Phone Extraction Contact List |
| | | | | |
| 55 | | | | Stipulation |

4