UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60126-LEIBOWITZ/AGUSTIN-BIRCH

UNITED STATES OF AMERICA,

v.

JANICE ELEANOR TURNER and
KISEAN PAUL ANDERSON, a/k/a
SEAN KINGSTON,
       Defendants.
_____/

## DEFENDANTS, JANICE ELEANOR TURNER and KISEAN PAUL ANDERSON a/k/a SEAN KINGSTON'S WITNESS LIST

The Defendants, JANICE ELEANOR TURNER and KISEAN PAUL ANDERSON a/k/a SEAN KINGSTON file their witness list as follows:

1. Duwayne Mills
2. Brandon Goodwin
3. Mark Collier
4. Donald Galarza
5. Lloyd Samuels
6. Courtney Morgan, M.D.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with via e-portal and copied to: Marc S. Anton, AUSA, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, Fl 33394, **marc.anton@usdoj.gov**, Tanya Okun at: **tanya_okun@flsp.uscourts.gov** and to **trevor.jones@usdoj.gov** this 21st day of March, 2025.

Respectfully Submitted,

| | |
|---|---|
| /s/:  ROBERT A. ROSENBLATT | /s/: JAMES M. STARK |
| THE ROSENBLATT LAW FIRM | 633 S. Federal Highway |
| 7695 SW 104th Street | 6th Floor |
| Second Floor, Suite 230 | Ft. Lauderdale, Fl 33301 |
| Pinecrest, Florida 33156 | (954) 522-3307 |
| (305) 536-3300 | **jmstarkpa@aol.com** |
| **rosenblattlaw@hotmail.com** | |
| | |
| Attorney for Kisean Anderson | Attorney for Janice Turner |
| a/k/a Sean Kingston | |