UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60126-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JANICE ELEANOR TURNER and,
KISEAN PAUL ANDERSON
a/k/a
Sean Kingston**,

    Defendants

_____/

### ORDER ON MOTION

THIS CAUSE came before the Court at the hearing held on Monday, March 24, 2025, on United States' First Motion in Limine [ECF No. 50]. During the hearing, the Government withdrew the Motion and counsel for Defendants had no objection. It is therefore **ORDERED AND ADJUDGED** that the Motion is **DENIED AS MOOT AND WITHDRAWN.** The Court will deal with such evidentiary objections and admissibility issues as they might arise at trial.

**DONE AND ORDERED** in the Southern District of Florida on March 25, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record