UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60126-CR-LEIBOWITZ

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**JANICE ELEANOR TURNER,**

    Defendant.
_____/

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SENTENCING**

THIS CAUSE came before the Court on Defendant Janice Eleanor Turner's Unopposed Motion to Continue Sentencing [ECF No. 119]. Being fully advised, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The sentencing hearing scheduled for July 11, 2025, is CANCELLED, and is RESCHEDULED to July 23, 2025, at 10:30 am in the Fort Lauderdale Division.

    **DONE AND ORDERED** in the Southern District of Florida on June 3, 2025.

                                                      DAVID S. LEIBOWITZ
                                                      UNITED STATES DISTRICT JUDGE

cc: counsel of record