```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

             CASE NO.  24-60126-CR-LEIBOWITZ
```

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**KISEAN PAUL ANDERSON**
**a/k/a SEAN KINGSTON,**

    Defendant.
_____/

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

Before the Court is Defendant Anderson's Unopposed Motion for Extension of Time to File Objections to Presentence Investigation Report [ECF No. 134].  Being fully advised, having reviewed the submission of the parties, and for the reasons stated in the Motion, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED.**

Objections to the Presentence Investigation Report shall be filed by July 25, 2025.

**DONE AND ORDERED** in the Southern District of Florida on July 18, 2025.

_____
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record