UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cr-60126-LEIBOWITZ

**UNITED STATES OF AMERICA**
        **Plaintiff,**
vs.

**KISEAN PAUL ANDERSON,**
   a/k/a SEAN KINGSTON,
        **Defendant.**
_____/

## NOTICE OF CHANGE OF ADDRESS

COMES NOW counsel for defendant, BOZANIC LAW, P.A., and hereby files this Notice of Change of Address, effective immediately:

BOZANIC LAW, P.A.
101 NE 3rd Avenue
Suite 1500
Ft. Lauderdale, FL 33301
T:  954.920.9750
F:  954.400.0335
Primary Service E-mail: service@bozaniclaw.com
Secondary Service E-mail: info@bozaniclaw.com

All future pleadings, memoranda, correspondence, orders, etc. hereafter should be directed to the above-referenced address.

## CERTIFICATE OF SERVICE

I HEREBY certify that on July 21, 2025, undersigned counsel electronically filed foregoing document with the Clerk of Courts using CM/ECF which will send notification of such filing to all counsel of record.

Respectfully submitted,

BOZANIC LAW, P.A.
101 NE 3rd Avenue, Suite 1500
Ft. Lauderdale, FL 33301
Telephone:     954.920.9750
Facsimile:     954.400.0335

E-Mail: Zeljka@bozaniclaw.com

By: /s/*Zeljka Bozanic*
_____
Zeljka Bozanic
Florida Bar No.  23707