UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-60126-LEIBOWITZ(s)

UNITED STATES OF AMERICA,

v.

JANICE ELEANOR TURNER

Defendant.
_____/

## SENTENCING EXHIBIT LIST

| EXHIBIT # | DESCRIPTION | WITNESS | ADMITTED | DATE |
|-----------|-------------|---------|----------|------|
| 1 | Loss Spreadsheet | USSS Amanda Cook | Yes | 7/23/2025 |
| 2 | Thumb drive with Loss Data | USSS Amanda Cook | Yes | 7/23/2025 |
| | | | | |
| | | | | |
| | | | | |

**HAYDEN P. O'BYRNE**
**UNITED STATES ATTORNEY**

/s/*Marc S. Anton*
Marc S. Anton
Assistant United States Attorney
Florida Bar No. 0148369
United States Attorney's Office
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Phone: (954) 660-5096
Email: Marc.Anton@usdoj.gov

/s/ Trevor Jones
Assistant United States Attorney