FILED BY___*Tpl*___D.C.

Jul 23, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

CT EX. 1

# Letter to Judge David Lebowitz

Dear Judge David Lebowitz,

My name is Kisean Paul Anderson, known publicly as Sean Kingston. But today, I write to you not as a public figure, but as the son of Janice Elenor Turner.

I respectfully ask for your compassion and understanding as you prepare to sentence my mother. She is 62 years old and has been the backbone of our family her entire life. Despite living with serious spinal and leg injuries, she has always shown strength, love, and selflessness—not just for her children, but for everyone around her. She's been a mother figure to many, always giving without expecting anything in return. Most of all, she has been my rock—my biggest supporter through every step of my journey, both personally and professionally.

What makes this moment so painful is not only her physical suffering, but the emotional toll this situation has taken on her spirit. I am not writing to excuse any mistakes. I understand the justice system has an important responsibility. However, I ask that you take into account the full picture of who my mother truly is—a woman of integrity and resilience, who has consistently tried to do what's right, even when faced with adversity. She has always sought to make things right. Her intention was never to defraud or hurt anyone—only to support her son and hold together what the pressures of the music industry threatened to tear apart.

Judge Lebowitz, I have seen your fairness firsthand, and I'm truly grateful for that. I promise you, my mother is not a threat to society. Her declining health—including high blood pressure, severe spinal and leg issues—makes incarceration not only dangerous but potentially life-threatening. I fear it could permanently break her, both physically and emotionally. She still has so much to give—through community work, mentorship, and the love she shares with those around her.

I humbly ask you to consider her age, her medical condition, her lifelong commitment to others, and the genuine remorse she feels. Please show her mercy. She is a woman who deserves the chance to live the rest of her life in peace, not behind bars.

Thank you for your time and for allowing me to speak on behalf of someone who has meant everything to me.

With deepest gratitude and respect,
Kisean Paul Anderson
(Sean Kingston)