UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(FORT LAUDERDALE)
CASE NO.  24-CR-60126

**UNITED STATES OF AMERICA,**
          Plaintiff,                    Fort Lauderdale, Florida
vs.                                        March 25, 2025

**JANICE ELEANOR TURNER and**
**KISEAN PAUL ANDERSON**
          a/k/a Sean Kingston,
          Defendants.
----------------------------------------------------------
**Excerpt of Proceedings**
Trial Day 2
Testimony of Ariel Mateos,
Andrii Nikolenko and Arnold Bush
BEFORE THE HONORABLE DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

APPEARANCES:
FOR THE PLAINTIFF:    **UNITED STATES ATTORNEY'S OFFICE**, by:
                      Marc S. Anton, Esq.,
                      Trevor C. Jones, Esq.,
                      500 East Broward Blvd., Suite 700
                      Fort Lauderdale, Florida 33394

FOR THE DEFENDANT,    **Humberto R. Dominguez, Esq.**
TURNER:               9100 S. Dadeland Blvd., Suite 1500
                      Miami, Florida  33156

FOR THE DEFENDANT,    **BOZANIC LAW**, by:
ANDERSON:             Zeljka Bozanic, Esq.
                      17100 Royal Palm Blvd., Suite #1
                      Weston, Florida  33326
                              and
                      **LAW OFFICE OF ROBERT A. ROSENBLATT**, by:
                      Robert A. Rosenblatt, Esq.
                      7695 SW 104th Street, Second Floor
                      Pinecrest, Florida  33156

STENOGRAPHICALLY
REPORTED BY:          ELLEN A. RASSIE, RMR-CRR
                      Official Court Reporter to the
                      Honorable Rodney Smith
                      299 E. Broward Blvd., Room 207-C
                      Fort Lauderdale, Florida  33301

**INDEX**

**GOVERNMENT WITNESSES**:

| | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| ARIEL MATEOS | 3 | 40 | 109 | |
| ARIEL MATEOS | | 87 | | |
| ANDRII NIKOLENKO | | 145 | 176 | 177 |
| ANDRII NIKOLENKO | | 167 | | |
| ARNOLD BUSH | 182 | | | |

| Goverment's Exhibits | Received |
|---|---|
| 1 - 8 | 8 |
| 55 | 113 |
| 9 - 17 | 119 |
| 32 - 38 | 181 |

| Defendant's Exhibits | Received |
|---|---|
| 1 | 74 |

***excerpt of proceedings***

(The following proceedings were had after a jury was selected and opening statements were had from all counsel.)

MR. JONES:  The Government calls Ariel Mateos.

THE COURT:  While they're doing that, it's a big courthouse.  They've got to go get everybody.  There's always going to be little breaks in between.

THE COURTROOM DEPUTY:  Good morning.  Please remain standing and raise your right hand to be sworn.

(Witness sworn.)

THE WITNESS:  Yes, ma'am.

THE COURTROOM DEPUTY:  If you can take the seat here.  Please state your full name for the record and spell your last name.

THE WITNESS:  My name is Ariel Mateos.  My last name is M-A-T-E-O-S.

THE COURT:  Mr. Mateos, good morning, sir.  If you'd make yourself comfortable in the chair.  If you'd make sure that the microphone is always close to where you speak so that you can be heard.

Mr. Jones, direct examination.

**DIRECT EXAMINATION OF ARIEL MATEOS**

**BY MR. JONES:**

Q.  Good morning, Mr. Mateos.

A.  Good morning.

Q. How are you?

A. Good.

Q. I'm going to go over some background with you. Can you tell the jury how old you are?

A. 41.

Q. And where do you live?

A. I live in Argentina.

Q. Do you have any property here in the United States as well?

A. We have an office here.

Q. An office related to what?

A. Excuse me?

Q. What is your office related to?

A. It's related to my company, VerVer Entertainment, LLC.

Q. Do you have a family?

A. Yes.

Q. Do you have a wife?

A. Yes.

Q. Any children?

A. Yes, a daughter.

Q. Now, this VerVer Entertainment, can you tell us when was that created?

A. It was created three years ago approximately.

Q. Is that a United States company?

A. Yes.

Q. Are you the owner?

A.   Yes, I'm the owner.

Q.   What does the company do?

A.   We develop and sell micro LED screen.

Q.   Can you explain to the jury what that is?

A.   Yes, of course.  It's like -- it's more or less like the LED screens that you see in the highways, you know, but this kind of technology has a very, very tiny pitch, LED pitch, so you can have a great resolution and a great definition so you can replace a normal LED T.V. that you have in your house with this kind of technology.

Q.   And is this regular televisions like my tiny 45-incher at home?

A.   No, no.  Our smallest one is -- it's 116 inches and it goes from 232 inches.

Q.   So a 116 inches to 232 inches?

A.   Yes.

Q.   Now, you've been -- you've been operating VerVer for three years, but how long have you been in this industry?

A.   For a long time.  Almost 15 years.

Q.   And do you have other companies?

A.   I have another company in Argentina.  It has another name. It's another company.  It's an Argentinian company but we do the same.

Q.   What's the name on that company?

A.   Expimled.

Q.   Expimled?

A.   Expimled.

Q.   Now, related to these televisions, what type of market do you have?  Can you explain how you advertise or whether or not your target market is?

A.   Of course.  We advertise mostly in social media and social media, Google apps, things like that, because it's a technology product so we use a lot of technology apps.  And we have some advertisement in some magazines, you know.

     And our target -- our -- it's -- it's mostly people that can afford the T.V., wealthy people.

Q.   How much approximately -- we talked about the size but how much does it cost from the lowest, the 116-inch to the 232-inch?

A.   We have a starting price from it goes from $27,000, and it goes from -- $150,000, depends on the resolution of the equipment.

Q.   Can you explain that a bit?  So you have the size difference but is there also a quality difference?

A.   Yes.  We have different sizes.  The technology, it's the same, but the resolutions change everything so it changes the cost of the equipment.

     And you have -- we have in our company, we have three different resolutions.  We have 1.2, 1.5, and 1.8 resolution. That means that you have 1.2 millimeters in between each pin,

LED pins or 1.5 or 1.8.

Q.   Now with this type of product and technology, do you keep product on hand?  Is it prebuilt or is this made to order?

A.   It is made to order.  We assemble the equipment and we install it.

Q.   You assemble it at the location of sale or do you start the process?

A.   That depends on the size of the screen.  We can do some of the work in our warehouse, you know.  And if it's too big for that, we install and assemble everything at the location, the location of the client.

Q.   Now, do you have -- you mentioned a warehouse.  Is that the same place as the office in the United States or is that warehouse in Argentina?

A.   Yes, yes, in United States.  In the office, we have plenty of space.

Q.   Now, would the cost of this item, the price of it, is your clientele normally individuals or businesses?  What's the normal clientele?

A.   Both.  Individuals and businesses.  Yes, both, both.

Q.   So, you know why you're here today?

A.   Yes, sir.

Q.   Do you recall being contacted by Sean Kingston also known as Kisean Anderson, about an LED T.V.?

A.   Yes.

Q.   Approximately when was that?

A.   It was on September, 2023.

MR. JONES:  May I have, your Honor, at this time, without objection from counsel, we'd like to move into evidence Exhibits 1 through 8.

THE COURT:  Government's Exhibits 1 through 8.  Any objection?

MR. DOMINGUEZ:  Judge, for the record, we have stipulated to 1 through 8.

THE COURT:  Same for Mr. Anderson.

MS. BOZANIC:  Same, your Honor, yes.

THE COURT:  On stipulation of the parties, Government's Exhibits 1 through 8 are received.  You may publish as you see fit, Mr. Jones.

(Government's Exhibits 1 - 8 Received.)

MR. JONES:  Thank you, your Honor.  May I have the -- I should plug that in so the jury can see it.

THE COURT:  Just one second.  Since this is the first one we're doing in the whole trial, raise your hand if you're having any problems seeing your monitors with a picture that has Government's Exhibit 3 on the lower right hand corner.

All right.  Let the record reflect no hands were raised.  Mr. Jones, you may continue.

MR. JONES:  For the record, I'm publishing to the jury Government's Exhibit Number 1.

**BY MR. JONES:**

Q.  Mr. Mateos, do you recognize what this is?

A.  Yes.

Q.  Sorry, number 3.  I apologize.  This is Government's Exhibit Number 3, page 1.  What is this?

A.  It's our -- it's our Instagram.  It's a direct message.

Q.  A direct message to you or your company's Instagram?

A.  Yes.

Q.  Now, is this the date that you just referenced where you were contacted by Mr. Kingston?

A.  Yes, that's the same date.

Q.  And I want to call to your attention to how he reached out to you.  Can you see that?  Can you see?

A.  Sorry, yes.

Q.  What does it say?

A.  Need the biggest T.V. screen for my house and my upcoming music video with Justin Bieber.

Q.  Now did you know who Justin Bieber is?

A.  Yes, I know.

Q.  Who is he to you?

A.  He's a singer and a very famous one.

Q.  And did you know who Sean Kingston was at that time?

A.  Not at that time.  At that time.

Q.  Did you do anything to learn who he was after he referenced Justin Bieber?

A.   Yes, yes.  I do a research and I realized I knew the song, the Beautiful Girl song.

Q.   Okay.

A.   I knew that song.

Q.   And when he -- once you learned who he was, based on his reference, how did that make you feel about the prospect of selling a T.V. to him?

A.   It made me feel I had no -- comfortable speaking with him, because he was -- he is an artist, a well-known artist and everything was okay.

Q.   Okay.  Now, during your conversations, this is a six page document.  I won't be publishing it all necessarily, but what exactly did you talk about during your contact with Mr. Kingston?

A.   We talk about -- we talk about the screen.  He wants a bigger one.  We made for him a quotation, a really quick quotation.  I think that at the same day or the day after this day, I don't recall.  And we -- that's it.

We made a quotation and he was -- he was -- he was asking for a discount, you know, because of this video, because of this video, because of his friendship with this artist, Justin Bieber, and we start from there.

Q.   And which television was he interested in?

A.   The bigger one, the 232 inches.

Q.   Flipping to page 3 of Exhibit 3.  Is this the original

quote I guess that you had sent him?

A.  Yes.

Q.  But this isn't an invoice yet.  This is just -- by the way, this is how much it would cost at the front end?

A.  Yes.  That's the first invoice.  It's not an invoice.  It's a quotation, it's a quote.

MR. DOMINGUEZ:  My apologies, is that part of Exhibit 3?

MR. JONES:  Yeah, sorry.  Exhibit 3, page 3.

MR. DOMINGUEZ:  Thank you, for the record.

**BY MR. JONES:**

Q.  I'm flipping now to page 4.  I'm going to call out a little -- so it said did you get the quote?

A.  Yes.

Q.  What did Mr. Kingston respond to you?

A.  He respond I was -- I can read it?  I was going to give you guys promo in a Justin Bieber video with me.  Thought you guys was going to work with me on the price.

Q.  Okay.  What are we talking about here?  What is he trying to negotiate?

A.  The thing as always he pushed with this kind of discount, he wanted a discount because of the advertisement.  He will do with this BDO, this promo for our company.  He always said that it's going to life changing for us because he was a huge artist, and Justin Bieber of course is a very huge artist, and

this kind of promo and this video.  It's going to change our company, and our life and it's going to be great.  It's always like that.

Q.  Scrolling now to page 5 of Exhibit 3, did he share with you a video?

A.  Yes.

Q.  Who's that video with?

A.  With Justin Bieber.

Q.  Does it look like an old Justin Bieber or a young Justin Bieber?

A.  It's an old one, but I think he did that because, you know, I know the guy --

        MS. BOZANIC:  Objection, speculation.

        THE COURT:  One moment.  Sustained.

**BY MR. JONES:**

Q.  When you saw that video, how did that make you feel about the prospect of working with Mr. Kingston?

A.  Good.  I mean, because he's a real artist so I think we thought in our company that he's Sean Kingston, he's an artist, he can afford it.  It's a business.  I need to know if he can afford it.

Q.  Now, did that spark negotiations about this advertisement or promotion part of the contract?

A.  It was, yes.  It was never a discount.  I want to be clear with this.  It was never a discount.  The advertisement, it's

supposed to be paid.  Okay.  It was never free money.  It was never a discount and it was clear in the contract.

Q.  I can show you the invoice if we want to discuss that real quickly.

I'm showing or publishing Government's Exhibit 6 for the jury.  This is tiny but do you recognize it?  I'll blow it up.  Do you recognize this document?

A.  Yes.

Q.  What is that?

A.  That's the agreement, the original agreement that we signed in his house.

Q.  And you referenced the --

A.  I referenced that the yellow part when it says social media agreement and it has a number.

Q.  Approximately, can you read that for the jury and based on your memory?

A.  $38,000 approximately.

Q.  So that's what you meant by it not being a discount but part of the contract?

A.  Yes.

Q.  We'll come back to that, that document later.  I just wanted to clarify your testimony.

So at some point, do you ever switch from communicating with Mr. Kingston from Instagram to telephone?

A.  Yes, through SMS message most of the time and video calls

too and phone calls too.

Q.   Publishing for jury Government's Exhibit 4.  Do you recognize this?

A.   Yes.

Q.   What is that?

A.   It's a message with Sean Kingston.

Q.   Approximately what's the date of this first message?

A.   September 14th.

Q.   What year was that?

A.   Yes, it was me.

Q.   I'm sorry, what year was that?

A.   Year, 2023.  Sorry.

Q.   Publishing a split screen, also Government's Exhibit Number 1.  Do you recognize that?

A.   Yes.

Q.   What is that?

A.   It's the picture that he has like a profile when he call you.

Q.   And is this -- can you read the telephone number associated with that contact?

A.   Of course.  Plus 1, 310-330-6699.

Q.   That's the number that you communicated with Mr. Kingston on?

A.   Yes, all the time.

Q.   You mentioned -- we'll get through some of these text

messages, but you also mentioned that you spoke on the phone?

A.  Yes.

Q.  Did you speak on the phone between your Instagram messages and this contact or was this the first contact after your chats on the Instagram?

A.  That depends on the date.  But we -- we talk a lot, several times through phone, and through video calls too.

Q.  In the beginning, which is what we'll call this part, in September of 2023, these phone calls or these video calls, what types of things were being communicated by Mr. Kingston to you?

A.  Same things.  Same things.

Q.  Can you explain what those same things are?

A.  About the T.V., about the discount, about that this is going to change our life and our company, about this video is going to be great, about the advertisement, but he always push with this kind of, you know, agreement, social media agreement and agreement.  He wanted this -- this discount, okay.  That it wasn't a discount, and things like that.

Q.  Now, we already showed you the invoice.  I'll pull that back up real quick.  So Government's Exhibit 6 is being displayed side by side with Government's Exhibit 4.

I'm going to just call out parts of this so that we can examine it.  I've called out the top of this for you to review.  It says Expimled.  What is that?

A.  That is our brand.

Q.   That's the company name in Argentina that you referenced?

A.   It's the same company name, yes, but we used this name as a brand here because if a client wanted to look about our, you know, our company, you have -- you have a lot of information on the internet with Expimled.

Q.   Understood.  Now, who's this invoice to?

A.   It's to Sean Kingston.

Q.   And the address listed there, was that the address that he provided you to install the property?

A.   Yes.

Q.   We already showed the -- you talked about the social media agreement caveat, but the other parts of this invoice, how much was being charged for each?

A.   It was a down payment in advance for $30,000.  And the other part is $47,000, and that has to be paid when the -- with the installation; same day that we install the equipment.

Q.   More around the topic of the cost of this item, do you have any employees?

A.   Sorry?

Q.   Do you have any employees that work for you in the company?

A.   Yes, we have third parties that work for us.

Q.   Okay.  And the breakdown of a piece of equipment such as a 232-inch television, is there a lot of profit in this or where is the profit margin?  You know, without disclosing any trade secrets here, explain to us how this breaks down and whether

you were taking --

MS. BOZANIC:  Objection, relevance.

THE COURT:  One moment.  Overruled.  He can answer.

THE WITNESS:  Okay.  The down payment we ask always, it's -- in this case, it wasn't to cover the cost.  It didn't cover the cost, you know.  Because we asked for more, for more down payment in order to be covered with the business, with the deal.

But in this case, we made, we made an exception, you know, because he was Sean Kingston, an artist, and all of this advertising things.  We were very enthusiastic at that time with this.

**BY MR. JONES:**

Q.  Let me ask you had you worked with other celebrities before?

A.  Not here.  In Argentina, yes, but not in the United States.

Q.  Forgive me.  Back to what you were talking about.

A.  And -- okay.  So the down payment is in order to import the equipment.  And we have to -- we have to pay for the installation, we have to pay for the sound because the high end sound, and it's up to the client what kind of sound he wants, and then we, after all that, we have our profit, of course.

Q.  Now at the bottom here, there's I guess a provision for the invoicee to sign.  What was the date of this?

A.  It was 2023, the year, October, October 25th.

Q.   And now it says here $30,000 payment summary.  Did you receive $30,000 on 10-25-2023?

A.   Yes, we received that amount.

Q.   And there's is a line item here at the bottom for Sean Kingston as customer?

A.   Mm-hmm.

Q.   Did he sign that in your presence or how was that signed?

A.   Yes, he signed in our presence.

Q.   Okay.

A.   We were at his house.

Q.   Okay.  So that's -- let's go back to that then.  After your communications with Mr. Kingston on Instagram and then connecting via text message, what happened next?  What did you do?

A.   I remember that in the same day, we talked, we went to his house.  It was another house.  It wasn't the house that we installed the colossal T.V.  It was another house.

       He told me that he, that -- that house was an Air B&B house that he has, and he was -- he was doing some remodeling and upgrades to his other house that he's going to live.

       But he wants the colossal T.V. in that house.  In this very first house that we met but he -- we cannot fit the screen in any wall there.  So we agreed to make the installation in the other house.

Q.   Okay.  Just to get this out of the way, you met the

defendant that day?

A.   Yes.

Q.   Or you met Sean Kingston that day?

A.   Yes.

Q.   Do you recognize him in the courtroom today?

A.   Yes.

Q.   Can you I guess maybe stand up and identify him by his clothing and where he's sitting?

A.   He's -- yes, he's Sean Kingston.

        MR. JONES:   I guess let the record reflect that he's identified defendant, Sean Kingston.

        THE COURT:   The record will so reflect.

**BY MR. JONES:**

Q.   Is that the man that signed this invoice?

A.   Yes.

Q.   So we'd been flip flopping back a little bit here.  We're going to I guess pre-meeting at the house.  I'm on Government's Exhibit 4, page 4.  Can you see that?  Would it be easier if I call it up for you and highlight it a little bit?  Can you see that, Mr. Mateos?

A.   Yes.

Q.   Okay.  Can you read that for the jury?

A.   Of course.  "Wow, I cannot wait.  We're going to go viral and shut the internet down.  I hope you are ready.  LOL.  Watch how much new customers you get from doing this with me.  Mark

my words, your life is going to change after this.  Watch and see, my brother.  Much love, man.  I'll see you in a few days."

Q.  Is that message consistent with the type of things that he would share with you on the telephone as well?

A.  Yes.  This was always the mood, you know, with our conversations.

Q.  And during the Facetimes, did you ever have an opportunity to say where he may have been or what he was driving at the time or?

A.  Yes.  He called me several times or different times when he was -- he was in -- I don't know, in a plane or traveling for some concert.  He used to call me with video calls when he was, and he showed me that he was in first class and that type of things.

Q.  Turning to page 6 of Government's Exhibit 4, we had talked about a $30,000 down payment.

A.  Yes.

Q.  Is that the, I guess, receipt or evidence of that payment that was sent to you?

A.  Yes.

Q.  We've also discussed the product itself and where it would be installed.  On page 7 now of Government's Exhibit 4, do you recognize that photo?

A.  Yes.

Q.  And what are we looking at?

A.   You're looking at the colossal T.V. mechanical parts.

Q.   And where -- is this a stock photo or is this the photo, the actual photo of the product that was being installed?

A.   No, no, that's the actual photo.  It has to be installed in the wall in the house.

Q.   So your contractors are there or employees are there working on that?

A.   Yeah.

Q.   And this is after the $30,000 deposit?

A.   Yes.

Q.   Had you received the remaining balance of the invoice at that time?

A.   No.

Q.   And what was the understanding or agreement for the second payment?

A.   Of course.  That when we were finished with the installation, we have to be paid.  That was our agreement, that was our agreement.

Q.   So, product's installed, and then same day, you're supposed to be paid?

A.   Yes.

Q.   Had you discussed how that payment would be made?

A.   No, no.  We thought that it would be made with another transfer.

Q.   I've flipped to page 9 of Government's Exhibit 4.  Do you

recognize that photo?

A. Yes.

Q. What are we looking at?

A. The same screen.

Q. Is that a completed product?

A. Yes.

Q. I can't see a date on this text message besides the following date, but do you know approximately when that was finished and completed?

A. Yes, 14, 15. December 15th.

Q. Were you there that day?

A. Yes, yes. We always like to be with the client the day that we -- we show the client, you know, the screen so we can teach him about the screen, and talk about the screen, the sound.

Q. So you're the owner of this company. Are you also effectively the president? Is it closely held?

A. Yes, it's a small company. Yes, it's a very expensive product but it's a small company.

Q. So you're very much involved in the customer service end I guess, the finalization of the installation?

A. Yes.

Q. Now that day that you went to the defendant's house, did you meet his mother also?

A. Yes.

Q.   Did he introduce her as -- how did he introduce her?

A.   The very first time that we met, he introduced me to his mother.

Q.   Was that the day that the invoice was signed?

A.   Yes, I think that that was the same day.

Q.   And do you recognize that person in court here?

A.   Yes.

Q.   Can you identify her?

A.   His mother.

MR. JONES:  Would the record reflect that he's identified defendant, Janice Turner?

THE COURT:  Any objection, Mr. Dominguez?

MR. DOMINGUEZ:  No objection.

THE COURT:  Yes.  The record will so reflect the witness has identified defendant Turner.

**BY MR. JONES:**

Q.   Now, after installation, I guess you're in the house, you're with defendant Kingston and defendant Turner?

A.   Yes.

Q.   What was the conversation?  Did you ask for the money that day?

A.   When we finished the installation, Sean wasn't there, but the mother signed us the paperwork that we use to do, if they received the acknowledgment that everything is okay.  It's everything is installed and working.  And yes, that was the

case.

Then later when Sean was -- he was on a business trip, or he has to sing in -- I don't remember where -- and then when he came, we went and introduced him with the screen.

Q. I'm showing you Government's Exhibit --

A. With some pictures.

Q. I'm showing you Government's Exhibit 7. You had mentioned a receipt, for acknowledgment of receipt. Is this the content of that receipt?

A. Yes.

Q. And in it, you stated that defendant Turner is the one that signed for that?

A. Yes.

Q. And what was the date?

A. The date, 17th December, 2023.

MR. DOMINGUEZ: Which exhibit exactly?

MR. JONES: 7.

**BY MR. JONES:**

Q. So, once this was signed receipt, product's not moving, did you receive your payment that day?

A. No, we ask for the payment and she told us that it's going to be wired or sent in as soon as possible, like in the same day or the day after that day.

Q. Now, customarily or at this point, do you have any concerns? Do you expect to be paid?

A.  No, at this point, we don't have any concerns about the payment.  We thought that they are -- they will pay us.

Q.  Now, how many days approximately do you recall going by before you started following up with the defendant?

A.  It was -- this is -- no, it wasn't 30 days.  More than 30 days, yes.  Two months maybe.  I don't remember the exact amount of time.

Q.  I'm showing you Government's Exhibit 4, page 11.  This was the text messages between you and Sean Kingston.

A.  Yes.

Q.  Right here, we have a December -- or there's --

A.  21st.

Q.  December 21st, and what exactly are you saying here?

A.  I'm saying:  "Hi, Sean.  We didn't receive the transfer yet.  When it's going to be done?  Need the transfer done. Please let me know when it's going to be done."

Q.  What's that date?

A.  22nd, December 22nd.

Q.  Can you read that for the jury?

A.  Yes.  "Okay.  I'm in Dubai.  Time is way different.  Let me check with mom."

Q.  Your statement first, please.

A.  "Hi, Sean.  I haven't received the money yet.  I need the transfer ASAP, please.  Lot of things to pay."

Q.  What's the date of that?

A.   The date is December 26th.

Q.   Did you keep following up with him here?

A.   Yes.

Q.   Which days?

A.   The different days.  We also have phone calls too.  It was hard to reach him.  And we talked with him.  We talked with his mom too about the payment.  And it's always going to be done, you know, it will be done.

Then I remember that they told me that it was -- it's going to be made with wire.  They called telecom wire.  I didn't know at that time what is that.  I didn't know at this time what is that, a telecom wire.  I don't know.  Then that the payment's going to be made from Jamaica.  That's -- and it took time.  Then it's going to be a check, then it's going to be cash.  At that time, we already know that this is kind of, you know, they're not going to pay us.

Q.   I'm publishing for the jury Government's Exhibit 5.  And before I go on, do you recognize what this is?

A.   Yes.

Q.   What is it?

A.   This is SMS with Sean Kingston's mother.

Q.   Okay.  And this dates back to a prior time in October, but that was just the prior contact with her about the contract?

A.   Yes, because Sean told us that we have to talk with his mom about the wires and things like that.

Q.   Okay.

A.   The payments.

Q.   I'm publishing Government's Exhibit 2 in a side by side.
Do you recognize that?

A.   Yes.

Q.   What is that?

A.   That's Mrs. Kingston's profile, you know, when she called
you, you can see this.

Q.   Okay.  And you spoke with Ms. Kingston on this line?

A.   Yes.

Q.   What's the phone number?

A.   Phone number is 954-770-4578.

Q.   I'm showing you page 5 of Government's Exhibit 5.  This is
still the communication with Mama Kingston, Mama Kingston.  I'm
looking at the top part, the December 21st date.  Can you
explain what was happening here?

A.   Yes.  We were asking for the payment.  Do you want me to
read?

Q.   You can just I guess summarize the first part and I can --

A.   Okay.  It's the -- December 21, I asked, I say:  "Hello,
Mrs. Kingston.  We didn't receive the transfer yet.  When is it
going to be done?"

          Then a day, a day after that, the same.  We didn't
have any -- any reply.  And on December 22nd, yes, we have.
"Hi, Dear.  It's done, it's an ACH pay payment."  I don't know

what is that means.  But she told us that it's done.

Q.  You didn't know what that meant when she said -- you didn't know what the type of payment was, I guess?

A.  Yeah, I didn't know the type of payment, an ACH payment, I think is -- I don't know, a platform or things to make payments.  Then Mrs., do you know about how long it's going to take in order to talk with my suppliers, and let them know.

Hello, Mrs. Kingston.  This is 27, Wednesday, the 27th.  Hello, Mrs. Kingston.  We still haven't received the money.  Is everything okay?  Could you please send me transfer receipt?  We start asking about the transfer receipt because if it's done, you can show me the receipt.

Q.  Sorry, go ahead.

A.  No.  We asked for the receipt.  It's not something that I was asking for a payment every day, you know.  So if you send me the receipt, I can be -- okay, I can wait.

Q.  At this point, how were you feeling about this situation? Are you still as confident as you were the date it was installed?

A.  No, no, no.  I realized at that time, that everything was, I don't know, a scam because -- well, realized that day they're not going to pay us.

Q.  And did your communications with Sean Kingston increase via cellphone or decrease?

A.  Decrease.

Q.  Did you try calling him?

A.  Yes, of course.  Several times.

Q.  Prior to the installation date, approximately how many times would you have talked to him?

A.  I don't know.  Many, many times.

Q.  More than 20?

A.  Yes, of course.  More than 20.

Q.  After the installation, how many times did you talk to him?

A.  Less than that.

Q.  Less than five?

A.  Yes, less.

Q.  Less than two?

A.  Yes.

Q.  Now, I'm showing you Government's Exhibit -- we're still on Exhibit 5, page 6.  This is just a continuation from the last page.  You don't have to re-read your messages, but if you can just summarize that and then read the response again?

A.  Okay.  We're still asking about the payment.  "Hello.  I'm, hello, I am -- hello, I'm in Jamaica with little WiFi.  Sean is working and traveling from one country to next -- to the next.  I return on January 2nd and we will keep you posted.  ACH wire has been sent over a week now.  It's the holiday and it's telecom system."

Q.  Now you've already referenced the fact that you had just requested a receipt at that point, correct?

A.  Yes.

Q.  And what did she ask from you at that point?  We're on page 7.

A.  Yes.  She asked me for wire information that they already have the wire information.

Q.  They had had that from when?

A.  From day first, first day we met, because all our quotations, not only invoice, our quotes have the wire information.

Q.  And they already sent you a successful wire, correct?

A.  Yes.

Q.  We are back on Government's Exhibit 4, this is page 16.  Sorry, my eyes are failing me these days.  Can you explain what's happening here?  You don't have to read verbatim.

A.  Yes, I'm asking for the payment again.  And he told me: "Yes, brother, she's working on it.  It's a bank account issue, and it's being handled.  Relax, please."  So I ask for a deadline, you know, in order to know when you are going to pay us.

Q.  And what's the date of this message?

A.  This, the date is January 12th.

Q.  We're on page 17.  Just briefly describe what's being communicated here?

A.  Mm-hmm.  He told me that I have to chill, relax, so I said that I cannot relax.  Just send me the proof of transfer.  If

it's a bank issue, I can understand it but send me the transfer receipt, okay?  I'm getting now.  It's always like this, you know, I'm getting now because it was always like this.  It's today, it's tomorrow, it's done.  Getting now.  It's always like that.

Q.  We're now on page 18 of Government's Exhibit four.  What happened here?  You can start from the top.

A.  Yes.  I asked him again about this payment, and he send me this PDF.  This Novo PDF, like a receipt.  You know, a transfer receipt.

Q.  I'm going the split screen and now publish Government's Exhibit 8.  Let me make that a little larger for you.  Is Government's Exhibit 8 what you were referencing from the messages?

A.  Yes.

Q.  That's the receipt or PDF receipt that he sent you?

A.  Yes.

Q.  What was the date of that?

A.  It was January 15th, the 15th.

Q.  Okay.  And your response to that was what?

A.  Was that when I wrote this, it was ten more days left to be paid so I said to him:  "Ten more days, Sean.  Really."  The total amount is $47,000, and there states it $40,000, you know the amount was not the amount he owed us so I said let's do this.  Send me $7,000 with Zelle so I can send that to my

suppliers and I will wait for the transfer another ten days.

And I say you are killing me, you know, that was for real.  I was -- he told me that he's going to work on this.

Q.  Okay.  Now did that transfer ever come through?

A.  Never.

Q.  Did you ever receive any payments, whether it was $7,000 or $5,000?

A.  Nothing, never.

Q.  At this point, once you've not received the purported transfer of $40,000 that was supposed to hit on January 25, 2024, what are you thinking?

A.  That it's a scam because they don't ask for more time, they don't ask for anything.  They always show me that the payment, it was made, that here's your receipt, and when you do this, okay, it's common sense that you wouldn't lie because there's no Novo payment, there's not any, nothing.

Q.  Okay.  Now, this Novo payment also references, it doesn't say Sean Kingston.  It says Eyes Above Water, LLC.  Were you familiar with that?

A.  I think that this Eyes Above Water, LLC is --

MR. DOMINGUEZ:  Objection.  Speculation.

THE COURT:  One moment.  Sustained as to form.

**BY MR. JONES :**

Q.  Did you know what Eyes Above Water, LLC was at that time?

A.  It rings me a bell because I thought that it was the first

company --

MR. DOMINGUEZ:  Same objection.

MS. BOZANIC:  Objection.

THE COURT:  Sustained.  Jury will disregard the answer.

**BY MR. JONES:**

Q.  Were there any dealings with Mr. Kingston or Ms. Turner that related to other companies that they operated and not just themselves personally?

A.  No, I didn't know about that.

Q.  Did he ever represent that a company would be paying for this, this T.V. instead of themselves?

A.  No, no.  We first talked about that, we talk about that he's -- his manager is going to make the payment and then the wire.  Then different ways to be paid but never, I don't recall that.

Q.  We're on page 19, Government's Exhibit 4.  What's the date up here?

A.  It's --

Q.  Or at least the month?

A.  The month is I think still January, January.

Q.  Okay.  Was that the day -- this is a really embarrassing moment for me.  I don't know if that's a day or month.  Viernes?

A.  Friday, there you go.  There you go.  I'm sorry about my --

I struggle with my English.  I'm sorry.

Q.  I struggle with my Spanish.  You're in good company.

A.  Sorry.

Q.  Okay.  So that's Friday.  We don't have an actual date. This is -- what's going on here?

A.  I asked for the same thing:  "Hello, Sean.  What's going on?  The payment never happened.  When did you make for service?  All the colossal T.V. needs service every 30 days. Let me know if Monday morning, we can go to your house.  We need this because of the warranty, but please let me know when we are going to have the payment complete.  Besides this we need to make the warranty service."

We start acting like -- we thought it's never going to be paid.  We're never going to be paid, but you are in a position that you don't want to -- to be mad because they have to pay you, so you start like in this kind of, you know, relation that please you still asking for -- you have a hope, a little hope that they're going to pay you.  You know that it's not going to happen, but your behavior is like, you know, please, we have to make, you know, like the relation is not broken, all broken.

Q.  Because what's the alternative?

A.  I don't have any alternative, yes.  I have to sue them.  I already did.

Q.  I've turned to page 20, if you can, you don't have to read

these, but I'll flip you through these pages. You can kind of just briefly explain whether you're following up or what's going on?

A. Yes. He called me. I remember that he called me and he said that the payment it's already in his house with a check. That I have to speak with his cousin.

Q. He stated it was a physical check this time?

A. Yes, a physical check.

Q. Did you believe him?

A. No, but we went.

Q. Okay. So now we have some more messages from you.

A. Yes.

Q. Can you just summarize what had happened here?

A. We were there and nobody was there. Then -- and we made -- we fixed -- they have a problem with the screen but it's not about the screen, you know. It's the -- it's plugged off. It was plugged off. The screen have an AV equipment that it has to be powered up and it was plugged off. And so it was nothing. We fixed it, and we hope at that time that the payment's going to be there but it wasn't.

Q. So at this point, you're still willing to fix the equipment for him?

A. Yes.

Q. Why is that?

A. Because -- because we want -- we want things working, you

know.  We wanted payment and we don't want to be like, I don't want to pay you because the equipment is not working.  It's not the case because the equipment was working.  They have signed the receipt, okay, but it's a very, very good piece of equipment.  You know, it's a very good equipment.

Q.  You take pride in it.

A.  It's a great product, okay.  And we want the client happy, okay?

Q.  Now, I'm on page 23 of Exhibit 4.  Just quickly, is this the same day or a different day?

A.  It's -- I think it's a different.  It's a different day.

Q.  And you're referencing another check or the same check, I guess?

A.  It's the same check.  We went for that check three times. The time before we read this, and two different times in two different days.  And he told us that the cousin have the check. This time, first, that his mother had the check.

But we when we spoke with his mother, his mother wasn't in the country at that time.  So okay.  No, no, my cousin have the check.  Okay, so we spoke with his cousin but his cousin, he doesn't have a clue about the check.  Sorry, come back tomorrow and we went.  We went and that was it.

Q.  And this last page here, page 25 of Exhibit 4, you know, there seems to be a tongue in cheek here about -- I'll let you explain what the messaging is here?

A.   Yes, I'm done with this.  I understood that it's not going to -- we are not going to be paid so I was mad at that time.  And I'm sorry, if I read bad, it helps me.

Q.   Absolutely.

A.   Okay.  "Shame on you.  You choose not to pay.  The telecom wire, the Novo payment, the check, what next?  Some cash maybe?"  And he told me yes.  Now it's going to be cash.

"LOL, King, so it's going to be cash.  Let me know when it's time is going to pass by."  I'm joking with him.  Because I know that it's all a lie.  I'm working on it.

Q.   I just flipped to the next page, 25, it's a continuation of your text messages to him.

A.   So, I told him:  "The money is on the way, who is carrying the money?  Send him an Uber or something, help him.  Send him a first class ticket" because you know, he always told me called me he was in first class.

Q.   So, at this time, you said it, you had enough?

A.   No, no.  I mean I have enough.  I had enough.

Q.   Now, did you ever actually recoup any of this product?

A.   Yes.

Q.   And how?

A.   When the police went to his house, we were there and we took -- we dis-installed the colossal T.V.

Q.   Yeah, we talked about the installation.

A.   Mm-hmm.

Q.   Can you tell the jury what it's like to try and break something like this down and preserve it and move it?  Give it to them all.

A.   It's very hard to do that.  It's not supposed to be moved when you install this kind of screen.  Okay.  If you want with the -- the proper care, you can do it, but it's not an easy thing to do because you have to attach all the cabinets through the wall, and it has tons of cables.  It's very hard.

And the screen was -- you have to take your time.  At that time, we didn't have plenty of time, you know, because there were a lot of people.  We have the police there.  They told us act quickly.  If that is yours, took it and that's it.  And the screen was very damaged, okay.  And we have it in our warehouse.

Q.   In addition to the damaged product, did you ever see any videos with Justin Bieber or otherwise with your product in it or any advertisements from the defendant?

A.   No, never.  He never did a single Instagram story.

Q.   Same with the videos?

A.   Same, no.  We never see anything, of course.

Q.   Mr. Mateos, what is your phone number?

A.   386-344-8426.

Q.   Can you say that again for me?

A.   386-344-8426.

Q.   And was that the same number you were using back on

January 15th?

A.   Yes.

Q.   2024?

A.   Yes, the same number.

Q.   And is that the number that Mr. Kingston sent to you or sent you this fake wire receipt?

A.   Yes.

Q.   That was Mr. Kingston's 6699 number, that was part of the Exhibit 1?

A.   Yes, it was always the same number.

Q.   And it was Sean Kingston that sent you that fake wire receipt?

A.   Yes.

Q.   And we talked about check and cash.  There had already been a wire receipt.  Why would you have needed a check or cash if it had already been wired?

A.   Of course.  Because that was, you know, at that time, you can think that it was, I don't know a mistake.  It was, you know, sometimes you want to think good.  Sometimes wires doesn't happen because I don't know.  They have -- they don't have money in the account, things could happen, okay.  So you always have a little faith.

Q.   But you never received that money one way or the other?

A.   No, never.

          MR. JONES:  No further questions.

THE COURT:  Okay.  Counsel for Mr. Anderson.

MS. BOZANIC:  Thank you, your Honor.

THE COURT:  Cross-examination.

MS. BOZANIC:  Judge, I may need to use the ELMO.

THE COURT:  Sure.

MS. BOZANIC:  It is on?

THE COURT:  Sure.  You let us know and we'll switch things around.

MS. BOZANIC:  Thank you.

MR. DOMINGUEZ:  Your Honor, at what point will we BE breaking for the morning break?

THE COURT:  Probably in about ten minutes we're going to take our morning break.

Ms. Bozanic, you can begin cross-examination.

MS. BOZANIC:  Thank you, Judge.

- - - - -

**CROSS EXAMINATION OF ARIEL MATEOS**

**BY MS. BOZANIC:**

Q.  Good morning, Mr. Mateos.

A.  Good morning.

Q.  So Mr. Kingston contacted you about this matter about the T.V. on September 4, 2023?

A.  Yes.

Q.  And he even asked you if it was in stock and ready to go?

A.  Yes.

Q.   And your response was we need 20 days to manufacture it and two days to install it, correct?

A.   Yes.

Q.   All right.

A.   Mostly have to take some time, 20, 30 days.

Q.   Now Mr. Kingston kind of threw an idea out there to you and negotiated that he would give you a promo advertised on social media and in exchange for this television, correct?

A.   Yes.

Q.   And you thought this was a good idea because you lowered the price of the T.V. from $115,000 and I'm going to round up the number, the actual number was $115,540.77.  But let's call it 11K, is that fair?

A.   Yes.

Q.   You lowered it from 115 to $77,027.18 cents, correct?

A.   No.

Q.   Okay.

A.   We didn't lower.  It wasn't a discount.

Q.   The deal was that you would give him a reduction in exchange for getting a promo from Mr. Kingston, correct?

A.   Yes, but the promo has a price.  It wasn't a discount.  He has to make the promo.

Q.   Where in your contract that the Government just introduced does it specify what the terms of this deal were?

A.   It has -- you have the number and it says social media

agreement.

MS. BOZANIC:  Judge, may I?

THE COURT:  Yes.

MS. BOZANIC:  Judge, can I have the ELMO?

THE COURT:  Yes, just give me the exhibit number.  Is it already in evidence?

MS. BOZANIC:  Yes, your Honor.  It's in evidence as Exhibit Government's 6.

THE COURT:  No problem.  You have the ELMO.

MS. BOZANIC:  Thank you, Judge.

**BY MS. BOZANIC:**

Q.  So can you tell me, Mr. Mateos, where in this Government's Exhibit 6 which is the invoice/contract, correct?

A.  Mm-hmm.

Q.  Where does it say the terms of this deal?

A.  It says here social media agreement, $30,000.

Q.  And you would agree with me that the only thing on this invoice/contract, as you say, it says social media agreement, $38,513.59, correct?

A.  Yes.

Q.  It doesn't specify what social media agreement means?

A.  Yes.

Q.  You didn't have this drafted by an attorney?

A.  Excuse me?

Q.  You did not have this drafted by an attorney?

A.   No.

Q.   Okay.  And you're now coming to court and trying to explain what this means?

A.   Yes.

Q.   Okay.  So it is your testimony today that Mr. Kingston was not receiving a discount for doing a promo for you.  Is that what you're testifying to today?

A.   It wasn't a discount.

Q.   Let's not call it a discount.  What would you call it?

A.   A social media agreement.

Q.   Okay.  And can you explain to the ladies and gentlemen of the jury what the social media agreement means?

A.   Yes.  He had to be -- to make social media advertisement for us, okay.  And this thing with Justin Bieber thing that he speaks to that we already talked that you see in our messages, our direct messages, and that's what we called social media agreement and we put it an amount of $38,513.

Q.   So what that meant is that if Mr. Kingston, if his name and likeness is used in social media and you get a promotion out of it, meaning other people get to see your business, right?

A.   Yes.

Q.   The same way that you pay Google advertising, Facebook ads, Instagram adds, correct?

A.   Yes.  We thought that was a good advertisement for us, and it was $30,000.

Q.  So you were trying to use the likeness of Sean Kingston who is somebody?  Is a star, correct?

A.  No, he was trying to use his likeness as a star to buy our T.V.

Q.  You were trying to use his likeness for your business to promote your business, correct?

A.  You can say that.

Q.  Otherwise, you wouldn't reduce the price by $38,000 if it didn't work for your business, correct?

A.  Okay.  We don't reduce the price.

Q.  Was Mr. Kingston supposed to pay you the $38,000 if you got the social media --

A.  In advertisement.

Q.  -- advertising?

A.  He has to pay in advertisement.  You know, advertisement is very expensive thing, you know?

Q.  I know.

A.  You can pay a lot of money for advertisement.

Q.  So, who would pay this $38,000?

A.  Sean Kingston in advertisement.

Q.  Okay.  So he would technically work off the $38,000.  Can we agree on that?

A.  I can agree on that.

Q.  You don't want to call it a discount but you would reduce it if he worked it off in social media agreement, meaning in

Q. you using his name, correct?

A. Okay.

Q. Yes?

A. Yes, yes, okay.

Q. All right.  Now, your a businessman, correct?

A. Yes.

Q. This sounded like a great idea to you at the time?

A. At the time, yes.

Q. And you thought that your business, which you testified is Expimled, would grow, correct?

A. Yes, we were very excited at that time.

Q. Now Expimled is actually an Argentinian company, right?

A. Yes.

Q. The invoice is sent on the Expimled's letterhead, correct?

A. Excuse me?

Q. Expimled is on your letterhead --

A. Yes, this is our brand name.

Q. Okay.  The company that is registered in Florida is VerVer Entertainment, correct?

A. Yes.

Q. And that's the Florida corporation that pays taxes?

A. Yes.

Q. Expimled is not a dba of VerVer, right?

A. It's a name.

Q. But you don't have it registered as doing business as?

A. No.

Q. Okay.

A. It's only a brand name.

Q. Can you tell me after the amount, and I'm going to point it here, 110, what is the next line $5,310.00?

A. It's the tax amount.

Q. And that's a seven percent tax?

A. Yes.

Q. And the total would make $115,548.77, correct?

A. Yes.

Q. So you're collecting tax on an Argentinian company?

A. No.

Q. Okay.  What tax did you collect?  Who was that tax collected for?

A. VerVer Entertainment, LLC.

Q. But your invoice is on a different company?

A. No.

Q. So who was the payment going to?

A. VerVer Entertainment, LLC.

Q. But you're using an invoice of a different company?

A. No.

Q. You did not use Expimled on this invoice?

A. No -- yes.  It's only a name.  It's like an image.  And --

Q. There's no pending question.

        THE COURT:  There's no question before you, sir.  Wait

for the next question.

THE WITNESS:  Sorry, your Honor.

THE COURT:  It's okay.  Next question.

**BY MS. BOZANIC:**

Q.  Now, you at some point installed this T.V., correct?

A.  Yes.

Q.  Or you and people from your company, correct?

A.  Yes.

Q.  You actually worked on installing it yourself, correct?
You were there installing it yourself?

A.  I was there.

Q.  Okay.  Did you actually do the installation?

A.  No.

Q.  Okay.  Now, at some point, you took a photograph of
Mr. Kingston, correct?

A.  Yes.

Q.  Okay.  Do you remember standing next to him with thumbs up?

A.  Yes.  Yes, of course, yes.

Q.  I'm going to show you what's marked or what's in evidence
as Government's Exhibit 3.  Page 6 of the exhibit.  Do you
remember taking this photograph?

THE COURT:  You may have to clean up the marks,
Ms. Bozanic.  Just the hashes from the last time you used it,
you have to wipe it clean.

I'll tell you what we'll do.  We'll take our first

morning break.  We'll let you stretch.  We'll take a 15-minute break.  We'll see you after the break, ladies and gentlemen.

You're going to hear me say this a lot.  Don't discuss the case.  It's the very start of the case.  There's a lot more testimony and evidence that you're going to hear.  We'll see you after your 15-minute break.  All rise for the jury.

(The jury exited the courtroom at 10:44 a.m.)

THE COURT:  Mr. Mateos, sir, if you wish, you can take a 10 to 15-minute break in the hallway and we'll see you back in here in about ten minutes, sir.

Ms. Bozanic, you can feel free to play with the machine.

MS. BOZANIC:  Thank you, Judge.

THE COURT:  If there's a zoom in and zoom out and there's a cleanup.  If there's nothing else from the parties, I'll see you all --

MR. DOMINGUEZ:  There's one thing.  I should have mentioned it this morning.  There was media coverage yesterday.  Actually, she saw a piece of it.  Just if you could inquire of the jury or anybody saw it or whatever just to make sure because I think the Government --

THE COURT:  I'm not going to inquire of the jury, but what I will do is at the lunch break, I will make a note of it and I'll reemphasize my instruction, but I don't think I need to introduce a poll of the jury yet.  There's been no evidence

of any not following but I hear you, sir.  I will remind them on your suggestion.

MR. DOMINGUEZ:  Great.  Thank you, your Honor.

THE COURT:  Thank you very much.

(Recess taken from 10:48 a.m. - 11:01 a.m.)

THE COURT:  Back on the record.  For counsel before we get the jury, at the break, I looked at the realtime transcript, and on the receipt that has the word "water" in it, I sustained two objections.

I actually misheard the witness on the second objection which we start of his answer which led me to sustain the second objection.  I will let either side go into that receipt along those lines if they feel that they need to, that they haven't gotten from the witness what they otherwise would.

It's my way of saying that on reading the witness's actual answer versus what I thought I heard him say, I would not have sustained the second objection.

So I'm going to let the parties explore it as they see fit.  My way of saying that you are not precluded from going back to that area if you feel like I boxed you out.  So I just wanted to make that clear for the record.

I will rule on any fresh objections if they're improperly, you know, asking questions or if they're not relevant.  Both sides have an equal opportunity but I just wanted to make that record.  You're not thwarting the prior

rulings of the court if either side wants to go into that receipt because I misheard the witness.

So with that, we all ready?  All rise for the jury.

(The jury entered the courtroom at 11:03 a.m.)

THE COURT:  Welcome back, everybody.  You may be seated.

Mr. Anton, sir, you can retrieve your witness.  We're going to continue cross-examination.  We're just going to go get the witness.

Welcome back.  Okay.  Ms. Bozanic.

MS. BOZANIC:  Thank you, Judge.

THE COURT:  Cross-examination continues.

MS. BOZANIC:  Thank you, your Honor.

**BY MS. BOZANIC:**

Q.  Mr. Mateos, I was in the middle of showing you a picture that you took with Mr. Kingston at his home.  Government's Exhibit 3, page 6.  Do you remember this photograph?

A.  Yes.

Q.  Who was in this photograph?

A.  It's Roberto, it's Sean Kingston and I.

Q.  You're the one in a white shirt, I'm presuming?

A.  Yes.

Q.  Okay.  And you're all having thumbs up, correct?

A.  Yes.

Q.  And in this picture, there's a writing that says "we

finish," with exclamation points.  Who wrote that?

A.  I think that we wrote that, wrote that.

Q.  This is a posting that you made on your social media tagging Mr. Kingston, correct?

A.  Yes.

Q.  And enjoy@seankingston is the tag, what we call a tag in Instagram, correct?

A.  Mm-hmm.

Q.  Is that a yes?

A.  Yes.

Q.  Okay.  And the reason why you tag somebody in Instagram is that so that all your followers could see that you have some affiliation with Sean Kingston, correct?

A.  Yes.

Q.  And you also tagged yourself and Roberto?

A.  Yes.

Q.  And what is the name here, colossal T.V.?

A.  Yes, that's a name of the model of the product.

Q.  Okay.  And this is your business account where you advertise your product, correct?

A.  Yes.

Q.  Okay.  So you got to use the likeness of Sean Kingston on your Instagram, correct?

A.  That was the idea.

Q.  Okay.  You also did some sponsored ads, correct?  Do you

Q. know what sponsored ads are, the paid ads?

A. Yes.

Q. Okay.  These are the ads that you pay to either Google, Instagram or Facebook, correct?

A. Yes.

Q. And you pay probably you know, "x" amount of dollars.  How much are these ads that you pay?

A. I'm not with that kind -- that thing of the business.  With the social media, we have a company that made everything for us.

Q. Okay.  So somebody handles your social media, correct?

A. Yes.

Q. And you paid him a fee?

A. Yes.

Q. You paid him a monthly fee?

A. Yes, monthly.

Q. And in addition to that monthly fee you paid him the costs of the ads, correct?

A. Correct.

Q. And that costs of the ads is how much per month for you? What is your budget?

A. It's around $6,000, $8,000.  It's like always the same amount.

Q. So this was posted, and let me just check the date.  You sent it to Mr. Kingston or he got it on December 17th, correct?

A.   Yes.

Q.   You used this for your paid ads, correct?

A.   Yes.

Q.   You stood in the living room of Mr. Kingston's house when you took this picture?

A.   Yes.

Q.   Okay.  You also took some other photos in his living room, correct?

A.   Yes.

Q.   You took photographs of yourself, your staff standing in front of this humongous T.V.?

A.   Yes.

Q.   And you used all of these photos of being in Mr. Kingston's house in your sponsored ads?

A.   Yes, we did that.

Q.   We, meaning your company?

A.   Yes.

Q.   Okay.  You ran these ads for months, correct?

A.   I don't know.  Maybe.  I don't know that.  I'm not with that thing, you know, ads and things like that.

Q.   You have access to your Instagram account, don't you?

A.   Excuse me?

Q.   You have access to your Instagram account, don't you?

A.   Yes.  Of course, yes.

Q.   And, of course, when your social media manager posts

something for you, you see what they're posting, right?

A.   Yes.

Q.   And when you got the bill from the social media manager of $8,000 per month, you're the one who pays it, right?

A.   Yes.

Q.   If there are no sponsored ads, you're going to question why you're paying $8,000 a month?

A.   Of course.

Q.   So if you paid for five months, for example, of $8,000, that's about $40,000 of advertisement investment that you made to advertise that you did business for Sean Kingston, right?

A.   Yes, but it wasn't the case.  Because when Sean doesn't -- he did -- when he didn't pay us, we took all the advertisement and we took all the pictures off with Sean Kingston.

Q.   When did you take off all advertisements and pictures with Sean Kingston?

A.   I don't know.  When our relationship goes the way it did.

Q.   Was it before February?

A.   Yeah, maybe.  I don't remember.  January, February, I don't remember.

Q.   So your testimony is that you no longer did any paid ads after January or February with Sean Kingston on your business account, correct?

A.   No, of course not.

Q.   Or your personal account?

A.   No, no, not my personal account.

Q.   And your testimony is that your company no longer used any paid ads or used the likeness of Sean Kingston after January of 2024?

A.   We usually made different kind of ads.  The ones are generated by a computer, and our -- and we want to make our advertisement, our brand and our equipment, but not with Sean Kingston.

Q.   But isn't it true that you used the photograph of standing in his big home, right, and in front of that big colossal T.V.?

A.   Yes, we used it.

Q.   And you still to this day use that for Instagram ads, correct?

A.   To this day, no.

Q.   You used it past February of 2024?

A.   I don't remember that.

Q.   Okay.  You don't remember when you stopped using it?

A.   No, because I don't manage that part of the business.

Q.   Now, you are familiar that Sean reached out to some of his friends to advertise for you, right?

A.   Yes, he told us that.

Q.   He actually sent you a text message showing you a screenshot that he reached out to a rapper from New York called travmbb is his Instagram account?

A.   Yes, but let me say something.  He always told us that he's

going to make a lot of these kind of things with friends and -- and rappers and singers, and it was like all the time.

Q. Of course. He told you, I like you, you're doing something for me, I'm going to help you, correct?

A. Yeah, I don't need any help from Sean Kingston. We need to have our payment and that's it.

Q. So you don't need any help but in your contract, you're giving him a social media advertisement.

A. But that's not a help from Sean Kingston. It's not a help. I don't ask for any help. I asked for our payment.

Q. Okay. You were excited about having potential other buyers, correct?

A. Of course.

Q. And Chris Brown's assistant actually reached out to you, correct?

A. Yes.

Q. And --

A. No, when? He reached me -- reached us -- Chris Brown reached us.

Q. Chris's Brown's assistant reached out to you regarding purchasing a T.V., correct?

A. I don't remember.

Q. Okay. Do you remember Ms. Turner, Sean's mother showing you a text message or that she sent the number -- your number to Chris Brown's assistant?

A.   Yeah, maybe.  But that's nothing, you know.

Q.   Well, do you remember it or not?

A.   Yeah, I remember that.

Q.   You also know that Mr. Kingston contacted Trippie Redd who's another rapper and contacted -- he was supposed to buy a T.V. from you, correct?

A.   I don't remember.  I remember that they were on commission.

Q.   I'm sorry?

A.   They want commission.

Q.   Who's they?

A.   They.  Sean Kingston and his mom.

Q.   Did you have a conversation with his mother about her wanting a commission?

A.   Yes, of course.

Q.   When was that?

A.   In their home, they said to me that they're going to talk with friends and they want a commission.

Q.   Did you ever tell the Government that you had these conversations with Sean Kingston's mom?

A.   No.

Q.   Okay.

A.   I remember now.

Q.   So this is the first time you're remembering that you had these conversations with Sean's mom?

A.   I'm talking about this because you're -- you're saying to

me that all -- that he passed our phone number to friends, okay? But it wasn't any help. They want commission. They want commission. And not one of those people reached us.

Q. Mr. Mateos, please listen to my question.

You never told anybody prior to today in preparation for today's testimony, when talking to anybody from the Government's side, you never mentioned to them that Ms. Turner spoke to you and wanted a commission from referring other rappers, correct? You never said anything to anybody?

A. No, but that was a conversation. I didn't agree to that but that was a conversation.

Q. Mr. Mateos, can you please answer my question? Did you ever tell the Government --

A. No, I already told you.

Q. -- about this conversation?

A. No, because it's not -- I think it's not important in this kind of case but it happened.

Q. Are there any other things that you never told the Government about your involvement in this case?

A. No.

Q. Okay. Did you tell the Government that Mr. Kingston was threatening to call the police and his lawyers on you?

A. Excuse me?

Q. Did you tell the Government that Mr. Kingston threatened you with calling the police and his lawyers to get his money

back?

A.   No.

Q.   You never told the Government that?

A.   No.

Q.   Did Mr. Kingston tell you that he was going to call the police or lawyers to get his money back?

A.   Yes, he was very rude at the time because when we -- when we -- we have an issue with a box, you know, related with the equipment, but we were on time, you know.

So he was very rude, he want his money back because we are not going to install it at the time we supposed to.  That never happened.  We installed the equipment and they signed the receipt acknowledgment that they are okay.  And that's it.  And they asked me -- and he asked me for apologize, deeply apologize for that, for being so rude so --

Q.   How did --

A.   -- I took his apology.

Q.   How did that apology happen?  In person or through a text?

A.   In person and through phone calls.

Q.   So you had this conversation about him not being satisfied and telling you that he wanted his money back, right?

A.   Yes, we spoke about through phone about that, yes.

Q.   How did you speak to him about it?

A.   How did I speak?

Q.   Was it through a phone call or a text message?

A.  Both maybe.

Q.  Okay.  And, again, you never told the Government or the investigators in this case about this conversation?

A.  No, I don't think it's important.

Q.  Okay.  That wasn't important to you?  What did you do?  Did you only provide the Government with what you thought was important in this case?

A.  Yes.

Q.  Okay.  Did they ask you?

A.  What I think is important, of course.

Q.  Did they ask you to provide them with everything in this case?  They wanted to know the whole story, right?

A.  Yes, but they know the whole story.  You know, when you're in business, you always have this kind of things with your client and you -- you work on it.  It's normal.  It's normal.  He was very rude and he apologized so I took his apology.  That's it.

Q.  You found it rude because you didn't deliver your product on time, right?  And you found it rude that he was complaining because he had a deadline to shoot a video or to do something with the T.V., correct?  So you found it rude that you didn't make your deadline?

A.  No.  We made our deadline, yes.

Q.  When was your deadline, sir?

A.  I don't remember the date, but let me tell you this.  We

made our deadline.  You know, then it took some days, more days to finish the installation.  But we were there when we are supposed to be.  We started the installation at the right time.

Q.  Okay.  He sends you $30,000 on November 15th, correct?

A.  Correct.

Q.  And you received that money, correct?

A.  Yes.

Q.  And you promised to have it installed by December 4th, correct?

A.  Yes, but here's the thing.  He delayed that payment a lot, you know.  Yes, he delayed that payment a lot.  He supposed to be -- that payment is supposed to be made at the same time we signed the contract and he delayed that a lot of days that payment.  So we had to readjust our timeline, you know, in order to do installation because we have another installation going on.

Q.  Sir, he decided to proceed with the order on November 15th when he sent you the deposit.  Otherwise, if he doesn't send a deposit, there's no contract, right?

A.  Yes.

Q.  Because if somebody signs a contract and doesn't send you the money, there's no contract.  You agree with me on that?

A.  Yes.

Q.  Basic contract rules, correct?  You're not going to do anything unless you receive the money?

A.   No.

Q.   Now you received the money on November 15th for $30,000, correct?

A.   Correct.

Q.   He sends you a screenshot of the payment, correct?

A.   Yes.

Q.   I'm showing you what has been introduced into evidence as Government's Exhibit 4.   There are 28 pages in this exhibit. These are the text messages.   I'm going to go through them. These are the text messages between you and Sean, correct?

A.   Correct.

Q.   So we go to October 30th, and then we go to November 11th, and then on November 15th, there's a wire transfer confirmation.   Do you see that?

A.   Yes.

Q.   He sends that wire transfer confirmation?

A.   Yes.

Q.   And this wire is for $30,000?

A.   Yes.

Q.   And you agree, and you can tell the jury that you did receive this $30,000?

A.   Yes.

Q.   Okay.

A.   That was the down payment.

Q.   Okay.   The next message is a T.V. installed, correct?

A.   Correct.

Q.   And this is when you were at his house installing the T.V.?

A.   Yes.

Q.   And this will be on December 14th?

A.   Yes, but it took a while to have all that mechanical parts installed.  It's not the same day.

Q.   Okay.  So after you receive this confirmation and you received the wire immediately on November 15th, right?

A.   Yes.

Q.   You're back on December 14th installing it?

A.   30 days.

Q.   And these are the messages that you gave to the Government, right?

A.   Yes.

Q.   And then you actually texted him.  You texted back and forth with certain images to show how the T.V. works, right?

A.   Yes.

Q.   And this is an image in his living room, right?

A.   Right.

Q.   December 4th is the promise date, do you agree?

A.   December.

Q.   December 4th is when you told him the installation date would be?

A.   I don't remember the time.  It was 20 or 30 days that we signed the contract.

Q.   Okay.  But at some point after he gave you the payment, after that, you told him that he would have the T.V. installed by December 4th, correct?

A.   Yes, that's correct.  I think that was the date.

Q.   And you said that you were going to come on November 30th to do the electrical and sound, right?

A.   Yes.

Q.   Okay.

A.   We were there.

Q.   I'm sorry?

A.   And we were there.

Q.   Okay.  Now December 4th came you never showed up, right?

A.   Yes, I showed up.  We delivered the equipment.  We started with the installation.

Q.   On December 4th?

A.   The installation have some delays, okay, because DHL lost one box.  They already know.  He was working with us.  We were working on this thing, and he apologized, and we move on.

Q.   Sir, I'm going to ask you to please listen to my question.

A.   Okay.

Q.   Is it your testimony that you were at his house on December 4th to install?

A.   Yes.

Q.   That's your testimony?

A.   Yes.

Q.   Okay.  And between your installation, between the time you received the money and the installation, you had these conversations with him where he was threatening you to call the police?

A.   Yes.

Q.   And his lawyers?

A.   Yes.

Q.   And he wanted his money back?

A.   Yes.

Q.   And you gave him an excuse of having a delay with the manufacturer, correct?

A.   That was true.

Q.   Okay.  Now --

A.   And I told him that that was true, but I told him that he delayed the payment, you know.  So we have some -- we have to reschedule things, okay.

     I told him that, and that was the conversation that, again, it's normal with some clients, you know.  You have delays.  You talk with your client.  Everything good.  He apologized and we moved on.

Q.   So, isn't it true that on December 9th, he actually called you out and told you that he was calling the cops on you?

A.   We speak through phone, yes.

Q.   Okay.  You never had any messages about that?

A.   Don't remember.

Q.   Did you provide all the messages that you have with Sean Kingston to the Government?

A.   Not all of the messages.

Q.   No?

A.   We have tons of calls and messages and phone, video calls. No.

Q.   Isn't it true that you hid the messages between November 15th and December 17th?

A.   I don't hide anything.  That's messages because we have a civil case.  We have -- we sue him.  So that is our proof that we installed the equipment, and --

Q.   I understand you want to talk about other things.  Can you please listen to my question?

A.   Yeah.

Q.   Isn't it true that you hid the messages between November 15th and December 17th and never gave them to the Government?

A.   No, I never hide, hid anything.

Q.   Will you agree with me that there are messages that you erased from these conversations and did not provide to the Government?

A.   I don't erase anything.

Q.   Would you agree with me that there are messages that you decided not to disclose to the Government?

A.   No, no.  There's messages that we have that they are not

there.  I agree.

MS. BOZANIC:  Judge, may I approach the witness?  I'm showing the Government what's marked as Defendants' Exhibit 1.

THE COURT:  Any objection?

MR. ANTON:  Yes, Judge.  May we approach.

THE COURT:  Sidebar?  First time I get to say this to the ladies and gentlemen jury.  If you want to stretch in place, you want to stretch your arms, stretch your legs.  They want to see me at sidebar.  You may do so.  See you in a bit.

(At the bench.)

THE COURT:  Who wants to go first?

MR. ANTON:  Respectfully, the Government objects to any of these defense exhibits.  There's a reciprocal discovery requirement in federal court.  Defense has made no intentions that they had any exhibit.

THE COURT:  Let me see.

MR. ANTON:  There's no exhibit list filed.

THE COURT:  Let me see.

MR. ANTON:  Nothing provided to the Government whatsoever.  We're now seeing these documents for the first time on cross-examination despite numerous court directives that all evidence has to be turned over by both sides well in advance of trial.

THE COURT:  Okay.  I get it.  So this is -- I'm looking at multipage exhibit of Defense Exhibit 1.

Ms. Bozanic, what say you?

MS. BOZANIC:  Your Honor, this is for impeachment purposes.  Obviously, I had no idea what this witness would say on the stand.  I believe that he's lying.  I went through the messages yesterday with my client, and I was reading some of the messages there in the Government's exhibit.

My client pulled up his iCloud and was reading me different things, and I said I don't understand what you're reading to me because I'm not seeing that.

My client screenshotted the messages, and I compared them and there is a discrepancy.  There's a big gap.

THE COURT:  So tell me in -- excuse me, in Defense Exhibit 1 because it's a multipage exhibit, are you taking a position that all eight pages are inconsistent with his testimony?

MS. BOZANIC:  Judge, this is the last -- so the Defense's Exhibit 1 starts with an online transfer.  That is when the Government's exhibit that's introduced into evidence stops, and then the next message is the T.V. which is towards the end of the messages.  This is the next which is December 17th.

THE COURT:  Okay.

MS. BOZANIC:  So there's a whole gap that was not produced and --

THE COURT:  One moment.  Just reviewing all eight

pages of the exhibit.

Yeah, Mr. Dominguez, if you want to say anything, you may.

MR. DOMINGUEZ:  The only thing I would say is that I'd like the Government to certify that they don't have this because if they had it, they should have turned it over.  It's clearly for impeachment.

THE COURT:  You don't have to answer that, Mr. Anton.

MR. ANTON:  For the record, I clearly don't have it.  She just testified it came directly from the client.  We don't have his cellphone.  We didn't retain his cellphone.  Only she has --

THE COURT:  I'm going to allow inquiry on Defendant's Exhibit 1 for two reasons.  One, it's impeachment.  If he would have answered a certain way, none of it would have been inconsistent.

Even more importantly, there's a fair proffer here just for rule of completeness.  I'm not -- I want to make the record very clear.  I'm not accusing the Assistant United States Attorneys of any impropriety at all.

MR. DOMINGUEZ:  Nor am I, Judge.

THE COURT:  The fact is there's a text string, large pieces of which were submitted into evidence.

Ms. Bozanic quite fairly on cross-examination got certain answers from the witness that make these eight pages

inconsistent and rule of completeness, let me say, you know, the Government is going to get obviously full redirect on anything that they see in this exhibit.

But I'm going to allow Defendants' Exhibit 1, you know.  Make sure that when you approach, that it's on Defendants' Exhibit 1 and that there's going to be foundation laid for authentication.

MS. BOZANIC:  Judge, so you will allow me to introduce it?

THE COURT:  Yes.  You can approach him and you can ask him foundational questions if the Government won't stipulate.

MR. ANTON:  Judge, I would add an additional objection.  It's not relevant.  This is not a civil contract dispute.  The fact they were having some sort of disagreement as to when these were being installed has no relevance to whether or not the defendant sent a fake wire receipt.

THE COURT:  I disagree with that.  That's overruled. This is within the context and completeness of a series of statements that were brought out on direct examination.  They may, they may not.  But they may go towards a scheme to defraud, intent to defraud, they may not.

They may be part of a holistic conversation that the Government's case in chief and arguments on intent to defraud remains but Ms. Bozanic is allowed to get into it.

So if the Government is going to make -- you have him

review it to himself pursuant to the rules of evidence to lay foundation, you may do so. If the Government stipulates, you can just both let me know when you get back to your chairs.

MR. ANTON: Judge, I just like to add one more statement. This would be improper impeachment as an introduced exhibit through this particular witness. If the defense wants to call any witnesses themselves to testify --

THE COURT: Oh, no, not after that. Direct examination, sir. That's overruled as well. There's been enough because of stipulated exhibits and his familiarity with page 1 and page 8 of an exhibit, that I, again, Ms. Bozanic will do it the right way and let him look at all eight pages. Let himself explain foundation if he can do that, if the Government won't stipulate. The Government's objections overruled. That's all. Thank you.

MS. BOZANIC: Thank you, Judge.

(In open court.)

MS. BOZANIC: Judge, may I proceed?

THE COURT: You may proceed.

MS. BOZANIC: May I approach the witness, your Honor?

THE COURT: Yes.

**BY MS. BOZANIC:**

Q. Mr. Mateos, I'm going to show you what's marked as Defendants' Exhibit 1.

THE COURT: For identification?

MS. BOZANIC:  For identification.

THE COURT:  Defense Exhibit 1.

**BY MS. BOZANIC:**

Q.  Sir, do you recognize that?

A.  Yes.

Q.  What is that?

A.  It's conversation with Sean Kingston.

Q.  Can you please go through the all eight pages and then let me know if you recognize these conversations with Sean Kingston.

A.  Eight?

Q.  Through all the pages that I handed to you.

A.  All the pages.  Yes.

Q.  Do you agree that these text messages fairly and accurately depict the conversations between you and Sean Kingston?

A.  Yes, I suppose, yes.

Q.  And these are your messages that occurred between you and Sean Kingston, correct?

A.  Yes.

MS. BOZANIC:  Okay.  Judge, at this point, the defense moves to enter Defense's Exhibit 1 into evidence.

THE COURT:  Lay a little more foundation with the witness on when are the conversations or how they fall in connection with other evidence.

MS. BOZANIC:  Yes, your Honor.

**BY MS. BOZANIC:**

Q.  Sir, on the first page, there's -- do you recognize that these are conversations related to November 15, 2023?

A.  Yes.

Q.  Okay.  And on the last page, do you recognize something that I showed you in the other exhibit which was the Government's Exhibit 4?

A.  Yes.

Q.  Yes?

A.  Yes.

Q.  Okay.  And that Government's Exhibit 4 we talked about the installed T.V. that was sometime in December, correct?

A.  Yes.

Q.  And is that the same photo that you see on the exhibit in front of you?

A.  Yes.

Q.  December 17th or so, 2023, correct?

A.  Sorry, this one?

Q.  Yes.

A.  Yes.

        MS. BOZANIC:  Judge, I move to admit.

        THE COURT:  Defense moves for Defense Exhibit 1 to be entered into evidence.  Government?

        MR. ANTON:  We would just renew our prior objection at sidebar.

THE COURT:  Preserved and overruled.  Defense Exhibit 1 is admitted.  You may publish as you wish.

(Defendants' Exhibit 1 Received.)

**BY MS. BOZANIC:**

Q.  Mr. Mateos, would you look at --

MS. BOZANIC:  Judge, may I switch copies with him?

THE COURT:  Yes, you can grab back and you're going to use the electronics?

MS. BOZANIC:  Yes.

THE COURT:  Yes.

**BY MS. BOZANIC:**

Q.  Mr. Mateos, I handed you the exact copy of Defendants' Exhibit 1.  Please let me know if anything is different in your copy.  Would you agree that that's the same copy?  Look through all eight pages, sir.  I'm going through page 1.  This is page 2.

A.  Yes.

Q.  Page 3.

A.  Yes.

Q.  Page 4.

A.  Yes.

Q.  Page 5.

A.  Yes.

Q.  Page 6.

A.  Yes.

Q.   Page 7.

A.   Yes.

Q.   And finally page -- I'm sorry, page 8?

A.   Yes.

Q.   Page 9?

A.   Yes.

Q.   And page 10?

A.   Yes.

Q.   And page 11?

A.   Yes.

Q.   Now let's go through this.  I'm going to show you Government's Exhibit 4 which were your messages.  Do you remember that?

A.   Yes.

Q.   And I'm going to get to the page of the wire transfer which was November 15th.  This was the Government's Exhibit, this is what you gave to the Government.  Look at the ELMO, please, correct?

A.   Yes.

Q.   Exhibit 4, page 6.  On the next page, we see this screen. Do you see that?

A.   Yes.

Q.   That is what you provided to the Government, right?

A.   Yes.

Q.   On Defendants' Exhibit 1, after that wire transfer, you

text Sean, "Hi, Sean.  I just received the transfer," correct?

A.  Yes.

Q.  You then tell him on November 21st, six days after you received the transfer, that you will send an itinerary for to organize, correct?

A.  Yes.

Q.  He responds with "amazing," correct?

A.  Yes.

Q.  Now, on November 22nd, you say we're going to be at your house on Thursday, the 30th, November 30th, right?  Is that what you meant?

A.  Excuse me, where?

Q.  Where it says:  "Hello, Sean.  We are going to be at your house on Thursday, the 30th, with the sound and setting up some electrical stuff?"

A.  Yes.

Q.  Because this is sent on November 22nd, I'm presuming that you meant on November 30th, is that correct?

A.  Yes.

Q.  Okay.  And you say, "we will be back on Monday, the 4th to start with the installation of the screen."

A.  Yes.

Q.  Those are your words?

A.  Yes.

Q.  On November 22nd, that same day, Sean asks you when will

this all be done, correct?

A.   Correct.

Q.   And you tell him four or five days?

A.   Yes.

Q.   And he says, because you used the word configuration, Sean asks you "I'm asking what date it will be done" and we can see a better copy of it on the next page, correct?

A.   Yes.

Q.   And you say that if you start on Monday, December 4th, or Friday, December 5th, I think that the setup is going to be done.  Maybe less but just in case, you agree those are your words?

A.   Yes., we thought that.

Q.   When you say Monday the 4th, again, I just want to confirm, that you mean December 4th?

A.   Yes.

Q.   And the 5th, you mean December 5th?

A.   Yes.

Q.   Okay.  Now Sean says, "okay, bet, sounds great to me." Now, you say if anything changes, I'll let you know but we're on time.

A.   Yes.  I said it, yes.

Q.   Sean tells you, "brother, I can't wait that long I have a huge stuff.  The shoot is the 7th.

A.   Yes.

Q. And by shoot, you're presuming or you know it's Justin Bieber's shoot, correct?

A. Yes.

Q. You tell him, "We sent it to our manufacturing as soon as we received the payment, these are challenging times of the year, so we wanted to avoid any delays. Nevertheless, we're going well and things are progressing smoothly. There were a few days of delay in finalizing the deal, remember? But we're making every effort to stay on schedule. Don't worry, you're in good hands."

A. We talked through the phone about this a lot, this delay.

Q. Wouldn't you agree with me that right before that, after you received the payment, when Sean asked you when will the installation happen, you said it will be at your house on the 30th, and we will be back on the Monday to install, correct?

A. Yes.

Q. He tells you yes, sir, by the 7th, latest, right?

A. Yes.

Q. See you guys on Thursday. Now, you asked him about whether he had an electrician and he said to you just bring yours. Do you remember that?

A. Yes.

Q. On November 30th, you said Roberto is going to pass by. That's your partner, right?

A. Yes.

Q. On December 5th, Sean says "where are you guys?"

A. December 5th.

Q. 5th. Right there.

A. Yes.

Q. You say, "35 minutes, lots of traffic." He says okay. You get there.

A. Yes, we were there, yes.

Q. Okay. On December 9th, he tells you, "Brother, what's going on? Well, first of all, what did you go there for on December 5th?

A. To set up things that we have to always -- some things has to be seen before the installation.

Q. Okay.

A. The proper --

Q. You agree with me that December 5th is a day after December 4th, correct?

A. Yes.

Q. Okay. And the installation that you promised December 4th did not happen, correct?

A. I thought that we were there on December 4th, yes.

Q. Obviously, you agree with me you didn't install?

A. I don't remember. I'd have to check these because we delivered things in December. We start on December 4th. But okay. I agree with that. It's the same for me.

Q. Let's go back. It's your message. You say we can start on

Monday, the 4th?

A.   Yes, of course.

Q.   I think we're going to be done, right?

A.   Yes, of course.  He also said that the down payment is going to be made when we signed the contract but he took a lot of time to make it, so we are in this kind of relation that you send me something, it's not going according, okay, let's do this.

You have to understand that, he's not like a clock. We have to reschedule a lot of things in order to because he took a lot of time to make that down payment, that we didn't agree.  Okay, we agreed that we signed the contract and you make the payment and he took a lot of days after that.

Q.   December 9th.  Can you look at the text messages on December 9th?

A.   December --

Q.   December 9th, if you look at my screen.

A.   9, yes.

Q.   Sean says to you:  Brother, what is going on?  Do I need to call the police and my lawyer to get money back?  Question marks.  I told you by the 9th I need this done and you agreed to it.  I have the proof to show you.  Now, here's the 9th and nothing.  BS, man.  You're not a man of your word, bro.  I told you this is for a music video shoot.  Wow.

Do you remember those messages to you?

A.  Yes, of course.

Q.  And he was mad, right?

A.  Yes.

Q.  He wasn't happy that you didn't deliver on time?

A.  No.  I was mad too.

Q.  He wasn't -- he wasn't happy that you made him miss the video shoot, right?

A.  Mm-hmm.

Q.  Correct?  Yes?

A.  Yes.  But we were there.  We started with the installation, we delivered things.  We started with the installation.  It took a little bit of time because we have an issue that I told you that if we have any issues, I will let you know, okay.  We had an issue.

DHL lost of our boxes, they knew.  When I spoke with his mother, she told me that is okay, don't worry.  Sean is like this, don't be mad.  It's okay.  She's always like that, you know.

Q.  Sir, he texted you on December 9th, correct?

A.  Yes.

Q.  You didn't respond until two days later, December 11th, correct?

A.  Because we spoke through the phone.

Q.  Hello, Sean.  I'm waiting for the delivery.  As soon as I'm done, I'm going to be on the way to your house, right?

A.   Yes.

Q.   And then you go through the DHL issues?

A.   Yes.

Q.   Now --

A.   He already know because he already knew.

Q.   On December 13th, there's a picture of somebody working hard and installing, correct?

A.   Yes.

Q.   You say, I'm so sorry --

A.   Excuse me, I'm sorry.  Sorry for interrupting you, but this picture is not a one day work.  Okay.  I have to be clear with that.

Q.   He says -- you say to him, I'm so sorry for the interruption of the installation but we're on it.

A.   Interruption of the installation.

Q.   You say I am sorry.

A.   Well, we have an interruption that that occurs during the installation.

Q.   Okay.  Sir, you said I'm sorry to Sean.

A.   Of course.  I'm sorry.

Q.   You apologized?

A.   Of course.

Q.   Even though earlier, before I showed you these exhibits, you claimed he was rude and he apologized to you, correct?

A.   Yes, before this he apologized.

Q.   You would agree with me that in these messages that you somehow forgot to provide to the Government and didn't provide it to anybody -- let me finish my question, please.

You agree that in these text messages that you forgot to provide to the Government --

A.   No.

Q.   -- he is talking to you about calling the police, calling a lawyer, and trying to get his money back and you're the one who says I am sorry, correct?

A.   Of course, because I'm polite and we already spoke through the phone before this and he apologized with me.

Q.   Now, he talks about Justin Bieber.

A.   Yes.

Q.   He's still trying to work on shooting the music video, correct?

A.   Yes.

Q.   He sends you a screenshot of his text message to a rapper, Travmbb, right?

A.   Yes.

Q.   And he basically gives this phone number, 786-794-6785.  Is that your phone number?

A.   No.

Q.   Well, he actually sends you -- he says my other ones that he's talking to Travmbb and telling him about the actual T.V., correct?

A.  Yes.

Q.  And Travmbb actually responds to the post.  It says replied to your story.  Send me the people who did this set up for you, cousin, correct?

A.  Yes, suppose.

Q.  Here, it says replied to your story.  Can you tell me what this means that Sean Kingston actually posted this on his story?

A.  Yes, but if you mean that this is part of our agreement, it is not.

Q.  That's not a question that I asked you, sir.  Do you agree with me that this was posted by Sean Kingston on his story?

A.  I don't know.

Q.  You just testified that these are the messages between you and Sean, correct?

A.  Yes.

Q.  And you agree that Sean sent you a screenshot of what was replied to his story?

A.  Yes.

Q.  Okay.

A.  I agree on that, but I don't know if that's Sean Kingston's post.  I don't know.

Q.  Okay.  That's fair.  Now, he tells you:  Told you, brother. Already shaking my head.  This is -- this set up is going to get so much more business.  A big rapper friend of mine wants

Q. as well, LOL, right?

A. Yes.

Q. And that big rapper --

A. This happens all the time through phone with different people.

Q. He told you that Trippie Redd was that big rapper that he was talking to and wanted one as well, correct?

A. Correct.

Q. Now, we go to the last page, and I'm going to show you again the Government's Exhibit 4, page 7. This is the same page, right?

A. Yes.

Q. As Defense Exhibit 1, correct?

A. Yes.

Q. So Defense Exhibit 1, first page and Defense Exhibit 1, page 11 are what you provided to the Government. Let me rephrase that.

The pages between pages 11 -- 1 and 11 in Defendants' Exhibit 1 were not provided, so these are the nine page that you never provided, correct?

A. Correct.

Q. Is there a reason why you hid these messages from the Government?

A. You have to understand that we have a civil case, okay, so my lawyer asked me in order to prove our relationship and that

we sell the screen and he never paid us, that we collect all the proof that I have.  So that why I did this.  These things that I provided to the Government are those things.

Q.  So you purposely --

A.  And -- yes.

Q.  You purposely did not disclose the fact that Sean asked you for the money back.  You purposely took out the parts that didn't conveniently fit in your story, right?

A.  No.

Q.  You purposely took out the nine pages?

A.  No.

Q.  And if I hadn't shown you the nine pages, you would have never talked about it today?

A.  I don't know.  If you asked, maybe.  Yes, why not?  It's something that happens with some clients, you know.  You have delays, you have issues.  You have to talk, to speak with your client and everything goes well like we did.  Everything goes well.

Q.  The social media agreement you had with him had no due date, right?

A.  No.  It's supposed to start when he finished the payment, when we finished the installation.

MS. BOZANIC:  Judge, may I have a moment, please?

THE COURT:  Yes.

MS. BOZANIC:  Thank you, Mr. Mateos.  That's all for

me.  Thank you, Judge.

THE WITNESS:  Thank you very much.

THE COURT:  Mr. Dominguez, cross-examination.

MR. DOMINGUEZ:  Thank you, your Honor.

- - - - -

**CROSS EXAMINATION OF ARIEL MATEOS**

**BY MR. DOMINGUEZ:**

Q.  Good morning, Mr. Mateos.

A.  Good morning.

Q.  My name's Humberto Dominguez, and I represent Ms. Turner which I think you're familiar with.

A.  Yes.

Q.  You and I have never met, correct?

A.  No, sir.

Q.  You and I have never spoken before?

A.  Never.

Q.  You have, in fact, spoken on numerous occasions with the Government, correct?

A.  Yeah, I don't know about numerous occasions, but yes.

Q.  How many times?

A.  Three times.

Q.  Three times.

A.  But in the whole time, you know, when we first have a -- our meeting with the police and we went to the police station, that's number two, and the other day we spoke through a Zoom

call.

Q. Zoom call. And that was to do the trial preparation, correct?

A. Yes.

Q. And you reviewed your testimony with them before testifying today, correct?

A. Excuse me?

Q. You reviewed your testimony with them before testifying today, correct?

A. Yes, we spoke about the trial and how it's going to be done and --

Q. Well, they told you what they were going to be asking you, correct?

A. Yes.

Q. And you told them what your answers would be, correct?

A. Yes.

Q. Okay. And when was that?

A. When was that -- about the questions?

Q. When. When was it that you met with them?

A. When was that.

Q. Sorry.

A. A week ago, I think.

Q. Okay. Now let's talk a little bit about your company. Your company, I guess you said it's centered in Argentina, then you formed a corporation here in Florida, correct?

A.   There's different companies.

Q.   So you formed a new company down here?

A.   Yes.

Q.   So and how many employees does the company have?

A.   We don't have any employees.

Q.   Okay.  So the company has zero employees?

A.   Yes.

Q.   And are you an employee or are you simply a director, owner or principal?

A.   I'm the owner and the manager of the company.

Q.   And so does it have a physical location?

A.   Yes, we have an office.

Q.   And so you're the only person that goes there?

A.   Yes.

Q.   And how do you obtain clients?

A.   Through social media, advertisements, and things like that.

Q.   And this type of client is really difficult to find, correct?

A.   What type of client do you mean?

Q.   It's a whale.  It's a client with a lot of money.

A.   It's not really hard here in Florida those days.

Q.   But you have to have a direct way to get to them, right? They don't watch Channel 6 and see a commercial for your televisions, do they?

A.   No, of course, yes.

Q.   So you have to have that in?  You have to have that way to get into them, correct?

A.   Yes, yes.  Instagram is not -- supposed to be like that, but yes, we try to target our client.  You want the right client.

Q.   It's a very expensive television.  I can tell you.  Many of the people, would say like who pays that kind of money for a T.V. like that so yeah, it's a very narrow.  Let's say a top one percenter, right?  The people we talk about, the one percenters?

A.   Yeah, or the crazy ones.  The ones who spend that kind of money.

Q.   Yes.  So that's basically what your business is, is very targeted and that's the people you're looking for.  So -- and I can understand you testified that you were really enthusiastic when you got hooked up with Sean and you guys were apparently going to build a good relationship together, correct?

A.   Yes.

Q.   And it seems like at the beginning, it was all fine but then at some point, things started to go awry, correct?

A.   Correct.

Q.   And I think even at the initial installation, wasn't it that you started the installation on the wrong wall?

A.   Yes, because that -- you didn't remember that.  We were there and when we spoke with -- we spoke with Sean about the

wall that is going to be -- what was going the T.V. installed, and we agree on a wall.  Because 232 inches it does not fit in any wall.  It's very, very huge.

And we agree on a wall, that we told him that it's going to be a better fit if we install not a bigger, one you know, we have a 180 -- 188 inches but it's -- we told him it's going to be right here but he wanted the bigger one.

So okay, and we were there and in order to start the installation on time, on time, as we scheduled, they changed the wall.  That his mother said to us that no, no, no.  I'm not want the T.V. there but we spoke with Sean, we told him -- we told her, we spoke with Sean, this is the wall.  No, no, no, I'm going to speak with him, change the wall.  And we changed the wall.  We started the installation in another wall.

Q.  So --

A.  And then we have to -- we have to dis-install and make another installation.  I didn't remember that, that -- that was an issue.

Q.  So, are you saying that then it was their fault that you were on the wrong wall?

A.  Of course.

Q.  Okay.  And then when you remove your structures that you had put, you left holes some in that wall, correct?

A.  Yes.

Q.  You didn't fix them or repair them or anything like that?

A.  We -- I don't remember if we fixed that.  They put a T.V. or a picture, I don't remember.

Q.  Okay.  Maybe it was a mural.  I'm just kidding.  Strike that.

So you go to the wrong wall and then you leave holes. Then you go to another wall.  And then is that why you got delayed or what was the real reason for the delay?

A.  That was an issue.  You have to understand that, okay, we start working there.  This is the wall.  We have to take all the measurements again, and in that wall, in the 232, it's not a fit for a 232 so we thought that, okay, so he's going to have the 188 or the 174.  We have another one, 174 inches.

Q.  But understand something.  You have a contract?

A.  Yes.

Q.  For the 232 King Kong thing, whatever you want to call it?

A.  Yeah, Kong.

Q.  You've already gotten $30,000 and now you're going to say, oh, well, now we're going to put the smaller one.

A.  No, because his mother told us that, you know -- you have to understand this.  We are in her home, and she told us no way you are going to put the T.V. here.  No way.  So we have different -- about your question, we have different configurations.

About, you know, when you configure a screen like that, you can build a 69 configuration.  It's a video

configuration, but you can use the same amount of technology with another configuration.  The same amount of 232 inches with another configuration.

Q.  Okay.  But that's not what you -- you didn't say that right now.  You said you were going to use a different model or different smaller?

A.  No, no.  We said that we can use another, and, you know, that the down payment, it didn't cover near any configurations.  So we can make some changes.  We can use the same amount of technology, the same price for another configuration and I had told her that.

Q.  This is -- this is already in evidence.  This is Government's Exhibit 6.  And you've -- you've already testified about this previously.  I want to go over this -- is this what you referred to as the contract?

A.  Yes.

Q.  Is it a contract or is this an invoice, or is this something of a hybrid?

A.  No, it has a sign.  It's a contract.

Q.  And this is the -- you said that this name up here, that's not the name of the company.  That's just --

A.  That's a brand name.

Q.  A brand.  But that's not the brand of the company in Florida?

A.  No.

Q.   Okay.  Is that -- who made this thing?

A.   We made this.

Q.   We?

A.   Yes.

Q.   You say you have one person working there so is we like you?

A.   Yes, me, my partner.  We have guys in Argentina doing things for us, advertisement.  We run all the advertisements from Argentina.

Q.   Who's your partner?

A.   My partner and friend is Roberto.  You saw it in the picture.

Q.   Right.  So he's not an employee there.  He's just a partner?

A.   He's a partner of mine.

Q.   Is he on the corporate documents?

A.   Excuse me?

Q.   Is he on the corporation, on the corporate documents?

A.   Yes, he is.

Q.   What's his position?

A.   It's a manager too for the company.

Q.   That's on the Florida corporation?

A.   Yes.

Q.   So you guys put this together on what a computer?

A.   No, this is a screen.  The same as -- that's the

232 inches.

Q.   No, I'm saying that this document, what's Exhibit 6, Government's 6, you guys made this, right, in a computer?

A.   Yes.

Q.   Okay.  So you go into the invoice/alleged contract, and then you have the description and the price.

A.   Yes.

Q.   The unit price is 1,332?

A.   Yes.

Q.   And you need 64 pieces, or that will be 64 screens to complete the unit?

A.   Yes, cabinets.

Q.   This item is manufactured by who?

A.   By a company in China.  We import them.

Q.   What's the name of the company?

A.   I don't remember the name.  Gilledad, I think it's G -- I have to check that.  I'm sorry, we have different suppliers.

Q.   It's not a Samsung, correct?

A.   No, sir.

Q.   What does it cost you?  What does each piece that's described here cost you?  What do you pay out of pocket?

A.   I have to check that.  I don't remember exactly the price, but I don't think I need to get into that why I have to.  I'm sorry, I don't know if I can deny that.  Why do I have to speak about our --

Q. You don't want the jury to know how much you actually pay for that?

A. I didn't really. Really I didn't know.

MR. JONES: Objection. Relevance.

THE COURT: Sustained. Move on, sir.

BY MR. DOMINGUEZ:

Q. So, do you -- how much do you mark it up?

A. It's different for the different installations. Sometimes we have 40 percent, 50 percent, 30 percent. That depends on the installation.

Q. So --

A. The product.

Q. So if you mark it up 50 percent from what you pay for it --

A. Not always.

Q. Okay.

A. Not always.

Q. And in this contract --

A. Sometimes it's 20 percent if you have a big client. Sometimes it's less than that.

Q. In this contract, what's the markup?

A. I don't remember. I'm sorry but maybe -- I don't know, 30 percent, 20. I don't remember.

Q. And who does the installation for you?

A. We have a third party that made up the installation for us.

Q. It's a subcontractor, correct?

A.   Yes.

Q.   And what's the name of the subcontractor?

A.   They are -- I don't remember their names.

Q.   How long have you been working with this subcontractor?

A.   How long?

Q.   Yeah.

A.   For the period of time that we are here in America.  A year and a half.

Q.   You don't know the name of your subcontractor?

A.   Yeah, I know the name of the guy who hire the people.  You know, but I don't remember the exact name of his company.  I don't remember.  I call him every time, you know.

Q.   Okay.  What did you pay for the installation at the Kingston house?

A.   What?

        MR. JONES:  Objection.  Relevance, your Honor.

        THE COURT:  Yeah.  At this point, I'm going to sustain it unless you can show me where you're going, sir.

**BY MR. DOMINGUEZ:**

Q.   You said that you got $30,000.

A.   If I have the phone here, I can --

        THE COURT:  No, sir.  No, sir.  There's no question before you.  Next question, Mr. Dominguez.

        MR. DOMINGUEZ:  Thank you.

**BY MR. DOMINGUEZ:**

Q.   You got $30,000 deposit.  What did you spend that on?

A.   We spend that on the import the equipment, buying, we're going to buy sound.  We have to buy the sound, we have to manufacturer the agreement.  We have deliver the equipment.

Q.   You -- I apologize if I cut, you manufacturer the equipment.

A.   No, when I said manufacture, China manufactures the equipment.  We do the import.

Q.   We don't know what that cost you.  So you said you had a hardship, and that's why you kept calling him because of the $30,000 you got from him, that he asked you to give back to him, you had a hardship.  Where did you spend the $30,000?

A.   I'm sorry, I don't understand you.  What is a hardship?

Q.   That you were struggling, that you had to pay your suppliers and that you were going through a hard time, remember?

A.   Of course.

Q.   Because you kept calling and calling and calling?

A.   Of course.  That $30,000 doesn't cover the cost of the equipment.  It doesn't cover everything.

Q.   So what did you pay for it?  That's why I'm asking you all those questions.

A.   More than $30,000.  Of course, more than that.

Q.   So, you don't know the price though?

A.  No.

Q.  Okay.

A.  Not exactly.

Q.  And the installation how much did you pay for that?

A.  We have different, different prices but for that installation, because it's a biggest one, we paid almost $10,000.

Q.  Okay.  And that's to pay to the guy that we don't know his name?

A.  I know his name.

Q.  What's his name?

A.  His name is Osvaldo.  (phonetic.)

Q.  What's the name of the company?

A.  I'm sorry, I don't remember his name but if I have my phone here, I can tell you.  I could tell you.

Q.  Let's -- the Marantz sound system, do you also mark that up?

A.  No.

Q.  So you give it to the client at the wholesale price that you get it for?

A.  Yes.  We always include the sound with the screen but if the client want, you know, a better sound, or a different kind of sound, it's up to him.  We can upgrade the sound, of course. He have to pay.  But every -- because you cannot -- you need sound, so we always included some sound with the screen.  But

in this case, we used a very, very good sound.

Q.  What is the electromechanical assembly configuration?

A.  It's when --

MR. JONES:  Your Honor, I'm going to object. Relevance.

THE COURT:  Yeah.  At this point, I'm going to sustain that.  403.

MR. DOMINGUEZ:  I have trouble seeing this, Judge. I'm sorry for the delay.

THE COURT:  It's okay.  You need to pull it up?

MR. DOMINGUEZ:  Yeah.

THE COURT:  Sometimes it helps.

MR. DOMINGUEZ:  It's just the actual exhibit is tiny. Here I'm fine.

**BY MR. DOMINGUEZ:**

Q.  So this is the document that you referred to.  You consider this a binding contract, correct?

A.  Yes, and we can -- and we have a civil case that they think the same.

Q.  And what was your response when he wanted his money back?

A.  I don't remember but we spoke through telephone.  We spoke, we have different calls about that, and I explained that to him.  I explained that to his mother, that she always told me that don't -- it's the way he is.  Don't worry.  Everything is okay.

Then we spoke again.  Then I explained that it was an issue that it has to -- that that didn't depend on us because it was DHL.  It was a screw box, you know.  Screw.  I think it's the proper name.  You know, and the things in order to assemble the pieces, some pieces that DHL lost, they recovered it to us and I explained that was the issue.  And they were okay and we did the installation and we never get paid.

Q.  So when you installed the device, who removed the device from the wall when you guys took it back?

A.  This company.

Q.  The same?

A.  Yes, the same company.

Q.  Unknown company.

A.  It's not an unknown company.  I'm sorry, because, you know, I'm with -- I'm not with this maybe, this kind of part of the installation things, things like that.  Okay.  But it's not an unknown company so it's a company and they made this installation.

Q.  Did you -- were you there when they removed the item?

A.  No.

Q.  How was it damaged?

A.  It's all -- it's damaged everywhere in the screen.

Q.  The screens are damaged?

A.  Yes, deeply, deeply damaged, yes.

Q.  And that was because --

A.   We have to send it again to the manufacturer in order to fix it.  And he couldn't fix it, all the screens.  We already have it again, okay.  And when we first -- well, okay, it's a lot of damage, yes.

Q.   So did you have a person remove it that was the person trained in removing the device?

A.   Yes, of course.

Q.   Okay.  And yet, it's destroyed according to you?

A.   Yes.

Q.   And it's his fault that it's destroyed?

A.   Yes.

Q.   Because he's the one that removed it?

A.   No.  His fault who?

Q.   Sean removed it?

A.   Sean Kingston, it doesn't have damage because of the removal, no.  It's already had damage.

Q.   What was the damage?

A.   You have these mechanical parts are cabinets, okay.  And then you have the LED technology that it goes in front of the cabinets.

Q.   Yes.

A.   That is -- that is a -- a dedicated part of the screen, and there, you have all the tiny pins.  They were damaged everywhere.

Q.   Before removal --

A.   We think that -- we installed the sound with the speakers, the speakers were big, you know, like this form.  And it was damaged because the speaker, we thought that they -- the speakers made damage when maybe someone -- I'm sorry.

Q.   Knocked it over, knocked it door?

A.   Knocked it down.  We thought that it was damaged in everywhere, yes.

Q.   So it was damaged before the removal?

A.   Of course.

Q.   And you had been out there already before to fix a problem with that T.V., correct?

A.   Excuse me?  Can you repeat?

Q.   You had been out there, you testified earlier about being out there earlier to fix it because it was broken?

A.   Yeah, they told us it doesn't work.  It didn't work well.  And we went there, we went there, they didn't pay us but we went there and we fixed the problem.

The problem was that the AV, you have an AV that runs all the equipment.  The AV was plugged off.  That's it.

Q.   Okay.

A.   We never charged anything.

Q.   To plug in the AV?

A.   Yeah.

Q.   Did you keep -- did you take photos of the damaged items?

A.   Yes.

Q. Okay. Do you have them?

A. Not here. I'm sorry, but we take pictures. We took pictures because we have to send that pictures to the manufacturer so he can understand what's going on. And because he have to charge us for that. But it's -- it's -- that's nothing that -- it's a piece of equipment that we cannot sell again because it's used.

And as you said, we have a target of kind that want everything brand new and it has damage, and it's a repair.

Q. Now, you did this contract with Sean, correct?

A. Yes.

Q. And he's the one that signed, correct?

A. Yes.

Q. And the day that you installed, he's not there, correct?

A. Yes.

Q. And you get his mother to sign?

A. Yes.

Q. Okay. And even after that, they had problems with it?

A. No.

Q. You had to go back to fix it?

A. Yes, but we signed the receipt acknowledgment and then a few days later, maybe one or two days, I don't remember, Sean was in a concert and out of Florida, he came, and we were there, and in order to show him the screen and we took that picture with the thumbs up.

Q.   The promotional picture?

A.   Yes, and he was with the screen and everyone was happy.  We too.

Q.   When was the problem?  Was it after that, or before that?

A.   After, after that.  In January, after Christmas, I think. I don't remember well.

Q.   Is that when you went back the second time?

A.   His mother told -- called me, and we -- and we send someone in order to fix the problem.  It's not -- it was not any problem with the screen.

THE COURT:  How much longer have you got, Mr. Dominguez?

MR. DOMINGUEZ:  I'm wrapping it up, Judge.

THE COURT:  Okay.  Go ahead.

BY MR. DOMINGUEZ:

Q.   Now, in relation to the text messages that we spoke about earlier that you never provided to the Government, you mentioned something about a civil attorney or something?

A.   Yes.

Q.   Is that who told you not to give them to him?

A.   No, no, no.  We -- I don't want to speak.  With all due respect with you what I speak with my attorney.

Q.   Okay.  I understand that.  So the decision not to turn it over was your own?

A.   No.  I don't know in my opinion what that have to do with

this.  That we sell a screen and we never get paid.  Let me know, please.  Let me know what --

Q.  What has to do with not complying with a contract that you had an installation.

THE COURT:  Mr. Dominguez, just ask a question.

**BY MR. DOMINGUEZ:**

Q.  You know, if you didn't comply with the contract to begin with --

A.  He complied with the contract.

Q.  And he was asking for his money back and threatened --

A.  We complied with the question.

THE COURT:  Listen to the question, sir.  Ask the question, Mr. Dominguez.

MR. DOMINGUEZ:  Thank you, your Honor.

**BY MR. DOMINGUEZ:**

Q.  And threatening you with police action as well as suing you, and then were not complying with the contract, correct?

THE COURT:  Sustained.  Move on.

MR. DOMINGUEZ:  I have no further questions, Judge.

THE COURT:  Okay.  We're going to take our lunch break.  Let me say a couple of things to the jury.  We're going to give you -- we're going to see you back here at 1:30.

In addition to my regular repeated admonitions to you, do not discuss the case with each other, don't let anyone discuss the case with you, don't deliberate along the way, you

still have a lot more to hear. Let me say one more thing to you.

It's come to my attention that there may be some media attention already about the trial so what I said to you yesterday, I mean, I'll be real honest with you. I don't see any of that stuff. I'm pretty much focusing on this and trying to make sure it's very efficient and that it complies with the rules of evidence.

But I say to you if you see anything on your phones, when you're at leisure on a television, a newspaper, a snippet, just move on. You're human beings. If you walk into something you don't intend to walk into, that's fine. You don't have to tell me about every little thing that may pop up. Just if it pops up, put it away. Get rid of it. Move on. Okay?

I just wanted to say that to you at the very beginning of the trial. I'm sure you've been doing it anyway because I said it to you yesterday, but it came to my attention that there may be things popping up and it may increase as the days go on, so I just wanted to be very, very clear. I'm sure you'll follow my instruction. We will see the jury after lunch. All rise for the jury.

(Jury exited the courtroom at 12:16 p.m.)

THE COURT: You all may be seated. Sir, we will see you after lunch for redirect examination, so if you can be back here at 1:20, that would be great. Thank you very much, sir.

You can step out.

MR. DOMINGUEZ:  Judge, I don't know if the Government is admonishing him not to speak to anybody about his testimony.

THE COURT:  You can do that, Mr. Anton.  Sir, you're still on examination, so don't speak to anybody about your testimony, okay?  Thank you very much.

MR. DOMINGUEZ:  Thank you, your Honor.

THE COURT:  Yes.  Anything that the parties wish to take up?

MS. BOZANIC:  No, Judge.

MR. ANTON:  No, your Honor.  Thank you.

THE COURT:  I'll see everybody at about 1:25.  Thank you.  Have a nice lunch.

THE COURTROOM DEPUTY:  All rise.

(Luncheon recess taken from 12:17 p.m. - 1:30 p.m.)

(Called to the order of the court at 1:30 p.m.)

THE COURT:  Anything we need to take up, counsel?  Hearing the sweet sound of silence, that's great.

MS. BOZANIC:  Judge, as far as defense witnesses, I just wanted to I guess make sure we have enough heads up so we can have our witnesses ready, and I don't know if the Government knows at this point when this may be done if it's tomorrow, so we can start lining people up for tomorrow.

THE COURT:  We'll take that up at the end of the day.  I'll really lean on them hard so they'll know.  All right.

They all ready?  All right.  We're going to start up right on time.  You can go get him and put him in the box.  Thanks.  All rise for the jury.

(Jury entered the courtroom at 1:30 p.m.)

THE COURT:  Everybody may be seated.  Welcome back.  Please be seated.  The witness is reminded that he's still under oath.  I hope everyone had a nice lunch.

Redirect examination, Mr. Jones.

- - - - -

**REDIRECT EXAMINATION OF ARIEL MATEOS**

**BY MR. JONES:**

Q.  Mr. Mateos, hello again.

A.  Hello.

Q.  You were testifying a bit about the delay in an installation.  Following the October 30th payment -- sorry, the

October 30th signing of the invoice, were you paid that day?

A.   No.

Q.   Did you have to follow up four times?

A.   Yes.

Q.   Were you ultimately finally provided with a wire on November 15th of --

MR. DOMINGUEZ:  Your Honor, I'm going to object.  He's leading the witness.

THE COURT:  Yeah, sustained as to form.

**BY MR. JONES:**

Q.   When were you paid?

A.   I don't remember.  I could check but I don't remember exactly but it was -- it was a few days after, like, maybe three days kind of.  Maybe less.  I don't remember.

Q.   But you had to follow up with him?

A.   Yes, and I spoke about that with his mother.

Q.   And ultimately you two worked out your differences about the installation, correct?

A.   Yes.

Q.   And we showed you the acknowledgment receipt previously which was Government's Exhibit 7.  Do you remember this document?

A.   Yes.

Q.   And that is signed by Janice Turner?

A.   Yes.

Q.   Were you ever paid for the balance of the invoice, the $47,000 that wasn't related to any advertisement?

A.   No.

Q.   And how did you end up getting that T.V. back again?

A.   When the police went to his home, we have the chance to take it.

Q.   Defense counsel went into the name of your -- the traveling name of the company, Expimled, ultimately this agreement was between who?

A.   Between Sean Kingston and our company.

Q.   What company is that?

A.   VerVer Entertainment, LLC.

Q.   And is that clearly listed with an address and Bank of America transfer information on this receipt?

A.   Yes.

       MR. JONES:   That was Government's Exhibit 6. Publishing Government's Exhibit 4, page 18.

**BY MR. JONES:**

Q.   Were you ultimately sent a wire, purported wire transfer regarding the payment of $40,000.

A.   Yes, he sent me this PDF.   This Novo PDF.

Q.   And that was defendant Kingston who sent that to you?

A.   Yes.

Q.   And Government's Exhibit 8, that's the document that was attached in that PDF sent?

A.  Yes.

Q.  And at the top there, what's the name of the company it was addressed to?

A.  It's Eyes Above Water, LLC.

Q.  The name of the company above that?

A.  Sorry.  Above that, VerVer Entertainment, LLC.

Q.  Okay.  Was that a real payment to your account?

A.  No.

Q.  You never received that money?

A.  No, never.

MR. JONES:  No further questions, your Honor.

THE COURT:  Okay.  Any recross, Ms. Bozanic?

MS. BOZANIC:  No, your Honor.

THE COURT:  Mr. Dominguez?

MR. DOMINGUEZ:  No, your Honor.

THE COURT:  Okay.  Sir, you are excused.  Thanks for coming in.  You can step out.

Government can call its next witness.

MR. ANTON:  Judge, before we proceed to the next witness, since it does impact the order of witnesses and who we need to cut loose, at this time the Government would be moving into evidence Exhibit 55, a stipulation signed by all parties.

THE COURT:  One moment.  Can you hand it up?

MR. ANTON:  We'll be publishing it later.

THE COURT:  Government's Exhibit 55 is a stipulation

that can be read and published later but so it's clear, the Government's offering.  It any objection, Ms. Bozanic?

MS. BOZANIC:  Not at all.

THE COURT:  Any objection, Mr. Dominguez?

MR. DOMINGUEZ:  No objection, Judge.

THE COURT:  So 55 is received.  I'm going to hand it back because it's the original to the Government.

MR. JONES:  Thank you.

(Government's Exhibit 55 Received.)

THE COURT:  Yep.  Your next witness, sir.

MR. JONES:  The Government calls Andrii Nikolenko who will be aided by with a Russian interpreter, if we can get a seat.

THE COURT:  Sure.  If you can set up the seat for the interpreter while the witness is coming in.

While that's all happening, ladies and gentlemen, let me give you a brief instruction about what you're going to hear next.  I mentioned this actually in the voir dire.

We seek a fair trial regardless of -- we seek a fair trial here for anyone regardless of what language they speak.  We're going to have a Russian interpreter translate and interpret for the next witness, and you should understand what an interpreter can and cannot do.

Basically you can just hold right there, sir.  Just stay right there.

The interpreter's here only to help us communicate during the proceedings.  The interpreter is not a party to the case.  The interpreter has no interest in the case, and will translate and interpret completely neutrally.

Accordingly, the interpreter is not working for either party.  The interpreter's sole responsibility is to enable us to communicate with each other.

You should treat the interpreter of the witness's testimony as if the witness had spoken in English and no interpreter was present.  Do not allow the fact that the testimony is given in a language other than English to influence you in any way.

Also I don't think it applies, but it is south Florida so I'm going to say it.  If any of you understand Russian or the language of the witness, disregard completely what the witness actually says in the language that you will hear, the foreign language.  Consider as evidence only what is provided by the interpreter in English.  If you're really good at pieces of Russian, and you think that the interpreter made a mistake, you can let me know, but I doubt that will happen here.

But the most important thing is, is to pay attention to what the interpreter says in English.  And just to preview for you, it's a little slower because it has to be snaked all the way through the witness, right?  It's a question, it's interpreted, it gets to the witness, the witness answered, it

goes the interpreter in English.  So just to give you a sense of how that's going to play out for all of the lawyers.

With that, sir, the witness would please take the witness box.  You're right.  Let's do the interpreter first. You're right, T.  Thank you.

THE COURTROOM DEPUTY:  Please remain standing and raise your right hand to be sworn.

(Interpreter sworn.)

THE INTERPRETER:  I do.

THE COURTROOM DEPUTY:  State your name for the record, please, and spell your last name.

THE INTERPRETER:  Andre Tarutz.  T-A-R-U-T-Z.

THE COURTROOM DEPUTY:  Now for the witness.  Would you please raise your right hand to be sworn.

(Witness sworn.)

THE WITNESS:  I do.

THE COURTROOM DEPUTY:  State your full name for the record and spell your last name.

THE WITNESS:  Andrii Nikolenko.  N-I-K-O-L-E-N-K-O.

**BY MR. JONES :**

Q.  Good afternoon, Mr. Nikolenko.  Do you speak a little bit of English?

A.  Yes.

Q.  Can you read and write in English a little?

A.  So so.

Q.   I'm just going to go into a little bit into your background.  How old are you?

A.   37.

Q.   And where do you live?

A.   I live in Los Angeles, California.  Los Angeles, California.

Q.   How long have you lived there?

A.   From November 22nd as a permanent resident.

Q.   Of which year?

A.   2022.

Q.   Okay.  November, 2022.

A.   2022.

Q.   Are you married?

A.   Divorced.

Q.   Any children?

A.   Three children, kids.

Q.   What do you do for a living?

A.   I have a business in Europe and in Dubai.

Q.   Do you have any business in America?

A.   It is being developed.

Q.   And what industry are your businesses in?

A.   In Europe and in Dubai, it's food products.  And in Europe, in Poland, I still have a store which deals in watches and I'm one of the sponsors.  But at this time, I'm not involved with watches.

Q. Were you ever involved in watches in the United States?

A. Yes, for a short time.

Q. When was that?

A. Last year.  I started in January and finished in March.

Q. January of which year did you start?

A. Last year, 2024.

Q. And you stopped the same year?

A. Yes.

Q. And what exactly were you doing in the watch industry?

A. What do you mean, you mean what was my role in this business?

Q. Yes.

A. I set up a page in Instagram.  I opened, or probably registered a private business in Beverly Hills so that it would be official.  And then I began to develop advertising through Instagram.

Q. And is that all -- and what exactly were you doing?  Were you selling watches?

A. Yeah, the purpose was to sell watches.

Q. Were these watches that you personally owned?

THE INTERPRETER:  I can't hear.

**BY MR. JONES:**

Q. Were these watches that he personally owned.

A. Yes.

Q. Did you also sell watches for other people?

A.   Yes.

Q.   How does that work?

A.   There are two options.  One option is when an individual sells me a watch and the other option is that if they are comfortable with that, they would hand over me the watch for the purpose of selling it.

Q.   Is that something referred to as consignment?

A.   What do you mean?

Q.   I think his answer was sufficient.  I'll withdraw.

Now, were these low end watches?  How expensive were these watches?

A.   Different varieties.  There were single watches which were like $15,000, and there was a watch which was 1.5 million dollars.

Q.   Did you have prior experience in the jewelry business?

A.   Yes, but only with watches and in Europe.  Well, there were occasions when I was selling watches to my friends, to people I knew.  That was back in 2017, 2018.  They would call me and say do you have a watch to sell?  That's how it worked.  I often came to this country on a tourist visa.

Q.   Okay.  You were living overseas back then?

A.   Correct.

MR. JONES:  Your Honor, at this time, I'm going to, without objection from defense counsel move into evidence Government's Exhibits 9 through 17.

THE COURT:  9 through 17 are offered.

Ms. Bozanic, any objection?

MS. BOZANIC:  No, your Honor.

THE COURT:  Mr. Dominguez?

MR. DOMINGUEZ:  No objection.

THE COURT:  Government's Exhibits 9 through 17 are received.

(Government's Exhibits 9 - 17 Received.)

MR. JONES:  Permission to publish?

THE COURT:  Yeah, publish as you wish.

THE INTERPRETER:  Question.  Should I watch the monitor?

MR. JONES:  Yes.  It will help you, I think.

**BY MR. JONES:**

Q.  Mr. Nikolenko, do you know why you're here today?

THE INTERPRETER:  I couldn't hear it.

MR. JONES:  Does he know why he's here today.

THE WITNESS:  Yes.

**BY MR. JONES:**

Q.  This relates to contacts with the defendants in this case?

A.  Yes.

Q.  Can you take us back, I guess, to March, 2024.  Do you remember being contacted by Sean Kingston?

A.  Yes.  On this monitor now, I'm looking at our first ever correspondence.

Q.  For the record, the Government has published Government's
Exhibit 11.  We're looking at page 1.  That's what the witness
was referencing.

And in this contact, you can just explain in general
terms, what it's about.

A.  In this case, we were talking about a particular watch by
Richard Miller.  Well, this is -- it looks like a regular
inquiry because many people would reach out to me and ask
questions.

Q.  Okay.  So this is from your Instagram page and has pictures
of watches?

A.  Yes.

Q.  And Mr. Kingston reached out to you about this specific
watch.  You have to say words.  Can you explain he has to
answer yes or no or --

A.  Yes, yes, yes.

Q.  For the record, before we go on, can you describe how you
started the negotiations, or you can use your own words to just
tell the jury how the business deal started.

A.  I was involved in this business already in Europe in part.
And my colleagues and friends in Europe suggested that I may
try to do the same business in the United States based on the
fact that in Europe, we have many pieces.  We are working with
many dealers and if a request comes up, well, I talk to them.
I discussed it because we've known each other for many years.

I didn't have -- all I had to do is ask them, and they would give me the watch.  They would send it to me.  They would take my word that I will either pay for that or return it in the original condition.

Q.  Before we go any further, I noticed that these messages are in English.

A.  Yes.

Q.  And you were able to communicate with Mr. Kingston in English via text message or Instagram messages?

A.  Yes, I used an interpreter or translator.

Q.  Thank you.  For everyone's reference, what's Mapta? M-A-P-T-A.  I just wanted him to identify on the text message here.  I'll pull it up.

A.  I understand.  It's March 3rd, 3:40 p.m.

Q.  Thank you.

A.  5:40.

Q.  Okay.  Now, during these communications, did you know initially who defendant Kingston was?

A.  No.  Well, you know, I paid attention to the fact there was a mark indicating that they found -- following that I opened his page, I found out that he's an actor, and then I noticed that he has about two million subscribers which told me that potentially I could work with that individual.

Q.  Is that because it reflects someone that could afford the type of watch that you had?

A.   Well, you know, I paid attention to the photographs which depicted different watch pieces and I figured out that he's an individual who can afford this type of watch.

Q.   How much was this first watch that he asked about?

A.   Something around $327,000.  That's retail.  My retail.

Q.   During this conversation, did you all discuss the type of payment or how you would -- how payment would be made by Mr. Kingston?

A.   Yes.

Q.   How was that supposed to be made?

A.   Well, in the beginning, he told me that his manager will do everything and most likely it may be a bank transfer.

Q.   Did you ever have to speak with him on the phone or was everything done in text message?

A.   He did send me voice messages.  I explained to him that my spoken English is quite poor so it is much easier for me to communicate through texting because if you have a text message, you can use the automatic translator.

Q.   Fair.  And just so I'm clear, like, for instance, right now, I'm showing page 4 of Exhibit 11.  You cannot read that text message?

A.   His message or mine?

Q.   Either.  I was just trying to get a sense of his ability. I just don't want to belabor going through text messages.  I can ask him questions.

A.   Well, the first one on the top, "see you Monday," I understand that we'll meet on Monday.  The next phrase, "you can come to my house directly."  That phrase I understand also. The next sentence, I cannot understand it.

Q.   Fair enough.  At the time that you received this message, however, you were using a translator?

A.   Translator, yes, yes.

Q.   And do you recall being told by him that he has a mansion here in the southwest or Southwest Ranches?

THE INTERPRETER:  I missed the location.

MR. JONES:  Just a mansion in Southwest Ranches.

THE WITNESS:  Yes, it was a voice message.  Sometimes I can understand a voice message and that message was that, "come over, don't worry.  You will see my house.  You will see how many cars I have, and you have nothing to worry about."

**BY MR. JONES:**

Q.   And when you heard that, did that give you some sort of sense of comfort that this client would pay you for whatever watches that he wants?

A.   Yes, of course.

Q.   Now, I'm showing you Government's Exhibit 11, page 6.  Do you know who Justin Bieber is?

A.   Yes.  Well, I don't know personally, but I know.

Q.   Who is he?

A.   He's a well known and famous singer, musician.  And later

on, when I was learning about Sean Kingston, I found out that these two guys or at least clipped together.

Q.  Was that clip, many, many years ago?

A.  Many years ago.  Yeah, but you know, it existed.

Q.  Do you recall him telling you that he was going to be shooting a music video with Justin Bieber that he might shop with you?

MR. ROSENBLATT:  Your Honor, may I object?  Leading.

THE COURT:  Overruled.  He can answer this.

THE WITNESS:  Yes, he did.  And when I flew in, he told me that when I arrived, he will introduce me to him.  And also in our text communications, he named and showed me the watches which he wanted to buy as a present for Bieber.

BY MR. JONES:

Q.  Okay.  Did he mention Bieber a little bit or a lot?

A.  All the time nonstop.

Q.  I've shown the jury Government's Exhibit 11 at page 8.

A.  What do I need to do here?

Q.  I was actually just giving the jury some time to read it. Did he mention Bieber to you in this text message, can you tell?

A.  Give me a minute.  He mentioned Bieber on the previous page.

Q.  Okay.  Just going to keep moving.  I'm publishing for the jury page 10.  Government's Exhibit 11.  We're going to -- so

at this point, you did not only contact or have communication with him via Instagram, did you also communicate with him with your telephone?

A.   Yes, when I arrived in Miami.

Q.   I'm going to show the witness Government's Exhibit 12. Mr. Nikolenko, do you recognize this?

A.   Yes.

Q.   What is it?

A.   This is our communication, not on Instagram but through the phone.

Q.   I'm doing a split screen publishing as well Government's Exhibit 9.  Do you recognize that image?

A.   This is a screenshot from my phone.

Q.   Okay.  And what is it showing?

A.   On Exhibit Number 9, it shows that I entered my phone number for him and then his responses.

Q.   Do you -- is this the number listed here on Exhibit 9 that contacted you on Exhibit 11?

A.   Yes.

Q.   What is that number in Exhibit 9?

A.   You mean the cell number?

Q.   Yes, the telephone number.

A.   Yeah, it's my cell number.

Q.   Is that your cell number or the cell number for the contact?

A.   Well, this is Sean Kingston's number and the number is on that page.

Q.   Is that number 213-782-9622?

A.   Yes.

Q.   What is your telephone number that he was communicating with?

A.   323-532-7624.  That's my main number.

Q.   Now, I'm showing you Government's Exhibit 12, page 4. There's another it appears to be watch that was shared, is that sent to you or from you?

A.   He sent me the image of this watch and my responses are in blue and his texts are against the white background.

Q.   And was this watch related to something that he wanted or was it for another individual?

A.   Yes, for Justin Bieber.

Q.   On page 5 of Government's Exhibit 12, did you send the defendant a bill or invoice?

A.   Yes.

Q.   And what exactly was that invoice for?  I'm also publishing split screen Government's Exhibit 15.

A.   That was for two watches.  The first one was for -- the first one is Richard Miller, and the one lower is Audemars Piguet, and this invoice was forwarded to him after he received the watches.

Q.   So this is sent -- what's the date of the invoice?

A.   March 13th.

Q.   You said that he had already received the watches or had they -- are they in transit?

A.   He already received them.

Q.   And I think there's -- did he have to adjust the sizing or how does it work with watches?  One size fits all or was there a sizing?

A.   As regards by the Audemars Piguet, you can only downsize it because it is steel but basically, you can adjust a watch except this one.

     As regards Richard Miller, you can adjust it.  Yeah, you could make it bigger or smaller, and you cannot do it with the Audemars Piguet.

Q.   That last part, that's the type of watch.  Is there paperwork or documents showing ownership of watches?

A.   Well, if you look at the documents accompanying a watch, there is no reference to the ownership.  If you are looking at like internal documents, what is mentioned is the warranty period, the model number, and the type of service required.

Q.   Okay.  Is there any certifications about the quality?

A.   There are certificates of origin which indicate the serial number and the origin.

Q.   Did you own these two watches that you invoiced him for?

A.   No.  These watches were meant to be resold.

Q.   For another individual?

A.   I was not the owner of these watches.  It was a different person.

Q.   During your communications with Mr. Kingston, did he ever talk about making your business bigger or better from doing business with him?

A.   What he was saying was that he would introduce me to a large number of clients who can be reliable and who can afford these watches.

Q.   For the record, I was publishing Government's Exhibit 12, page 8.  And those types of individuals also included Bieber multiple times?

A.   From the very first minute, Bieber was mentioned every time constantly.

Q.   I'm just publishing for the jury page 10 of Government's Exhibit 12.  I'm also going to show the jury page 15.

During this period, I mean what was the time span?  How long was it from your first contact with defendant Kingston to him getting the watches?

A.   Under two weeks.  About ten days.  Anywhere from eight to twelve days.

Q.   And this was in which month of which year?

A.   March, 2024.

Q.   And again, the -- well, not again, but during this period, in addition to talking about celebrities and you seeing his status and images, did he ever make representations about a

contract and I can refer you to page 22 of Government's Exhibit 12 for the record?

A.   Yes, he did.

Q.   Specifically to Bieber, did he mention not only him buying watches, did he explain that he was going to be with him in this video that was coming up in March, 2024?

A.   Yes.

Q.   Moving on to the payment for these watches --

A.   Yes.

Q.   -- did you receive the money the day that was originally agreed upon for you to receive payment?

A.   No.

Q.   Did he start making any representations to you regarding issues with his banking?

A.   I'm not sure what type of representations you are asking about.

Q.   Did he ever say that there was a problem with his bank and that's why he couldn't pay you?

A.   No, never happened.  On the contrary, he was saying that I'm fine, everything is good.

Q.   I'm showing the jury page 33 of Government's Exhibit 12. Did the defendant ever tell you that the delay in watches or having the watches was going to affect him and his video shoot?

A.   Yes, he did.  Incidentally, the image of the watch I'm looking at now, this watch was ordered and delivered to him.

Delivered in Miami.

Q.   This watch at the top of page or the top of page 33?

A.   Yes, but it was not pink gold.  It was yellow gold that he received because pink gold was somewhat expensive but yellow gold was okay.  And this watch was delivered to him and he was supposed to buy it.

Q.   It says here $593,600.  Do you see that?

A.   Yes, I entered that amount.

Q.   Is that the cost of the pink gold?

A.   Yes, that's the pink gold price.

Q.   Was the yellow gold price the one that was included in the invoice?

A.   No.

Q.   This is a third watch that he received?

A.   Yes.  He wanted to get that watch, but I was waiting for the money to come in.  Money for the previous two pieces.

Q.   Okay.  So, Mr. Kingston still hasn't paid the prior invoice for two watches?

A.   Correct.

Q.   And he was interested in a third watch?

A.   Yes, me and my partner, we did buy that piece.  We had it.

Q.   Okay.  I'm just showing the jury page 34 for a moment. Did he ever tell you that he wanted to wear all three of these watches in the video?

A.   Well, you know, he was saying that I need all three

watches.  But right now, I have only two, but please send me the third piece.  Don't worry, I'll pay for everything.

Q.   And were you -- at this time, did you believe Mr. Kingston that he was going to pay you for the invoiced watches?

A.   No.  Well, at that time, I didn't believe him, but still there was a minor thought that maybe he will pay but I didn't believe him.

Q.   And he had possession of two of the watches at that point?

A.   Yes.

Q.   I'm just going to show the jury page 49 of Exhibit 12.  Did you ever explain to Mr. Kingston the situation that you were in as a broker?

A.   Yes, I did.

Q.   What did you tell him?

A.   I was telling him that money didn't come in.  Nobody cares about that, and I had to resolve this issue with the individuals who provided me the watches because they -- because I had to pay them, or if I didn't pay, they would be thinking that I sold the watch and I was not going to pay them for these watches.

Q.   These individuals are like your clients?

A.   No, the owners.

Q.   Okay.  Showing the jury page 52 of Government's Exhibit 12. Did defendant Kingston ever talk about promoting you as a watch broker on his YouTube channel?

A.   He did.

Q.   Did he also continue to make you any promises about Justin Bieber?

A.   Yes, he was saying that next weekend, Mr. Bieber would come to visit and we'll go out, we'll go for shopping, we'll eat dinner.

Q.   During your contact with Mr. Kingston, did he ever refer you or put you in contact with his mother, Janice Turner?

A.   Yes.

Q.   I'm publishing for the jury Government's Exhibit 14. Sorry, 13 and 10.  Split screen.

        Mr. Nikolenko, what are we seeing on the right hand side of the screen on Exhibit 10?

A.   A phone number and Sean's mother's phone number, and she was using that number to send me text messages.

Q.   The Government's Exhibit 13 on the left there, are those the messages that you're referring to?

A.   Yes.

Q.   And what was the phone number that Mamy Sean Kingston was using to text you?

A.   Yeah, you can see it's the same number.

Q.   Is it 954-770-4578?

A.   Yes.

Q.   And was she texting the number that you previously stated to the jury, the same cellphone number, 323-532-7624?

A.   Yes.

Q.   That's the phone number relating to these text messages on Exhibit 13.  Yes?

A.   Yes, yes.

Q.   Just I'm going to quickly circle this area for you.  What are we seeing here?  I think you can understand.

A.   You can see on the top, my banking information for wire transfer, the invoice -- I'm sorry, she sent me the file which is supposed to be the confirmation of the wire transfer.

Q.   I'm publishing for the jury Government's Exhibit 16 split screen with Government's Exhibit 13.

         Mr. Nikolenko, is this the -- is Government's Exhibit 16 the same document that was attached to the message you just referred to?

A.   Yes.

Q.   What was the date of that message?

A.   March 14, 2024.

Q.   What is the document?  What does Government's Exhibit 16 purport to reflect?

A.   This is the PDF file which she sent to me indicating that payment was made.

Q.   How much was that payment supposed to be for?

A.   According to the invoice, and that is $480,000.

Q.   And which bank was that supposed to be from?

A.   Bank of America.

Q. Did you ever receive the money that was listed in Government's Exhibit, or did you ever receive the $480,000 that was purportedly sent on March 14, 2024?

A. No, never.

Q. And did you ultimately share this same receipt with defendant Kingston?

A. Yes, I did send it to him.

Q. At that point, had you -- you hadn't received the money.

A. No, I did not.

Q. And were you going to send the third watch now just based on the receipt?

A. No.

THE COURT: Mr. Jones, sir, find a natural resting place. We'll take our first afternoon break when you get there.

MR. JONES: Two more.

BY MR. JONES:

Q. I'm publishing Government's Exhibit -- well, I have published Government's Exhibit 12, page 60 for the jury, and now page 61.

Did you -- did you go and try and verify -- once you figured out that the money did not go to your account, what did you do with that information? Did you ever try and find out what happened?

A. Well, I was trying to get in touch with him and impose on

him that he should either send the money or return the watches.

Q.  Did you ever have an instance of checking the bank to see what happened with the money?

A.  Yes, I did.

Q.  What did they tell you?

A.  The bank was saying that money did not come in.

Q.  Did they tell you anything about the information there as being accurate as or a real transfer?

A.  I shared the confirmation PDF file to my bank manager, and she said that --

MR. ROSENBLATT:  Objection, your Honor.  Hearsay.

THE INTERPRETER:  -- this is a non-existing payment.

THE COURT:  One moment.

MR. DOMINGUEZ:  We join in the objection.

THE COURT:  Yes, sustained all the way up until -- I'll allow the answer "I shared the confirmation PDF file to my banks manager" and nothing else.  The objection is sustained to that extent.  The jury will disregard any other statement.

MR. JONES:  Affect on the listener.

THE COURT:  Overruled.

MR. JONES:  Very well.

THE COURT:  Is this a good place for a break?

MR. JONES:  I think it's a great place for a break.

THE COURT:  We'll take our first afternoon break. Ladies and gentlemen, don't deliberate along the way.  Keep an

open mind, don't discuss the case.  We'll see you in 15 minutes.  Thank you.

(Jury exited the courtroom at 2:43 p.m.)

THE COURT:  So if you could please translate for the witness -- everyone else may be seated.  We'll see you in ten minutes, sir, right back here in the witness box.  You can step into the hall for the break.  And for the interpreter, thank you very much.  We'll see you in ten minutes.

MR. DOMINGUEZ:  Could we have the same admonition?

THE COURT:  They've invoked the rule.  He's still on redirect.  When we got to cross, technically right now, he can speak to him right now.

He's chasing down a microphone, Mr. Anton.  I can only rule in this way when they make objections.  You know, one question at a time.

If there's -- if there's context beyond the single question and single answer that I partially sustained, I'll, of course, you know, there will be another question, but as stated and as answered, there's no effect on the listener there.

If there's -- if there's additional context for additional questions, the defense will rise and make new objections and then I'll see, but I just want to be very clear especially given the mode of presentation, I can only do it one at time.

And so I did sustain it because we were walking into

hearsay not with any exception, but I just wanted to be very careful because you know your case.

Anything else we need to do?

MS. BOZANIC:  No, your Honor.

MR. DOMINGUEZ:  No, your Honor.  Thank you.

THE COURT:  I'll see you in ten minutes.  Thanks, everybody.

THE COURTROOM DEPUTY:  All rise.

(Recess taken from 2:45 p.m. - 2:57 p.m.)

THE COURT:  Please be seated.  Thank you.  Everybody ready to go?

MS. BOZANIC:  Yes, your Honor.

MR. DOMINGUEZ:  Yes.

THE COURT:  Mr. Dominguez is back, so we're ready.  So thank you.  All rise.

(Jury entered the courtroom at 2:57 p.m.)

THE COURT:  Welcome back, everybody.  Please be seated.  You can continue with direct examination, Mr. Jones.

MR. JONES:  Thank you, your Honor.

BY MR. JONES:

Q.  Right now, I'm showing the jury Government's Exhibit 16 and 15 in a split screen.  Mr. Nikolenko, I just want to for the sake of clarity, talk to you about Government's Exhibit 14 so that we know exactly what was sold.  Can you read this that I've pulled up?

A.  Well, I can read from the screen that the first item is a watch by Richard Mille Model RM1102.  It's a chronograph, skeleton pink gold, titanium.  This is a limited edition.  They released only 50 pieces like that.

And the next one is Audemars Piguet.  Only 25 pieces were manufactured.  It's an exclusive model because it has a huge face.

Q.  And with a total cost of both of these items together was what?

A.  It is $480,000.

Q.  And referring back to Government's Exhibit 16, is that the amount that was purportedly sent to you on March 14, 2024?

A.  Correct.

Q.  Now, you've already testified that Mr. Kingston had the watches, correct?

A.  Yes.

Q.  Did you travel to south Florida to see Mr. Kingston about the sale of these watches?

A.  Yes.

Q.  Did you meet Mr. Kingston?

A.  Yes, he picked me up from the airport.

Q.  Where did you go?

A.  To his house.

Q.  Did you have the watches, these two watches that we just referenced in your possession at that time?

A.   Yes.  For the first time, I brought only one piece and that was Richard Mille.

Q.   And how soon after that first visit did you bring the second one?

A.   The second watch was sitting at my place in Los Angeles and on the evening of the second day after that, I did send my delivery man.

Q.   I understand.  So while you were in south Florida, it was mailed here.  Mr. Nikolenko, while you were in south Florida, did the second watch get mailed to you?

A.   Correct.  I met it at the airport.

Q.   Where were you staying and how long did you stay here in south Florida?

A.   I lived at Trump International in Sunny Isles.  I think I spent about five nights there.  Four or five nights.

Q.   Did you --

A.   Five.

Q.   Did you visit with Mr. Kingston every day that you were here?

A.   No.  When the second watch arrived, I picked it up at the airport and then I went to his house.

Q.   With both watches?

A.   No, the first watch was already with him.

Q.   Got it.  So when you went to defendant Kingston's house, was he the only person there or did you meet other people?

A.  Yes.

Q.  Yes, he was the only person there or yes, you met other people?

A.  No, there were other people there.

Q.  Did you ever meet Janice Turner or Mama Kingston?

A.  Yes, I met her.

Q.  Can you identify for the jury the person that you know as Sean Kingston that you met at his home in this courtroom? Do you recognize him?

A.  This young man standing there.

MR. ROSENBLATT:  Stipulate to your identification, your Honor.

THE COURT:  The record will so reflect the witness identified defendant Anderson.

MR. JONES:  You stipulate to Ms. Turner?

MR. DOMINGUEZ:  They know each other.

**BY MR. JONES:**

Q.  You recognize Ms. Turner as well in this courtroom?

A.  Yes, I do.

THE COURT:  The record will so reflect the witness identified defendant Turner.

**BY MR. JONES:**

Q.  Now when you had brought the watches to Mr. Kingston, did you want payment that day?

A.  Yes.

Q.   And were they able to give you payment that day?

A.   In several hours, I did receive the PDF file as confirmation of the transfer.  At that moment, at the moment when I received it, I was in my hotel.

Q.   Did you ever tell Ms. Kingston that you -- did you ever tell Ms. Kingston or Mama Kingston that you didn't receive the money?

A.   Yes, of course.

Q.   I'm publishing Government's Exhibit 13, page 2 on the right hand side of the split screen with Government's Exhibit 14.  Do you remember Mr. Kingston creating a second group chat with his mother about the payment?

A.   Yes.

Q.   Is that what Exhibit 14 is?

A.   Yes.

Q.   Did Ms. Kingston ever tell that you anything about Justin Bieber also?

A.   Yes.  She was basically saying the same thing as Kingston. That we'll introduce you to him, and you'll have lots of clients, and that he's interested in buying a few more pieces.

Q.   I'm showing the jury Government's Exhibit 13, page 3.  Can you describe for the jury the type of atmosphere or communication they were having with you about your relationship with them during this purchase.

A.   It was a normal friendly atmosphere.  Everything was nice

and smooth.  No problems.

Q.  Did you go back and forth between text messages and Instagram messages at some point during this transaction?

A.  Yes.

Q.  I'm showing the jury Government's Exhibit 11, page 19. Once you left the watches there, how often did you have to or did you follow up -- one moment.

Once you left the watches there, and didn't receive the money listed in the wire transfer receipt.  Did you have to keep following up?

A.  Follow up or get in touch with them?

Q.  About the payment.

A.  Yes, it was about payment or return of the watches.

Q.  And you left the watches with him and returned to Los Angeles?

A.  Yes.

Q.  Is that because he said he would pay you for them?

THE INTERPRETER:  Say it again.

**BY MR. JONES:**

Q.  Is that because he promised to pay for them?

A.  Yes.

Q.  I'm showing a split screen of Government's Exhibit 12 starting at page 75.  Government's Exhibit 11, page 19.  On Government's Exhibit 12, did you start receiving text messages from Mr. Kingston, but did not respond on the text message

chain?

A.   Yes, he didn't respond to me.

Q.   Did you start communicating with him primarily on Instagram as opposed to text messages?

A.   No, it was both.  Text messages and Instagram.

Q.   And when he wanted that third watch and you hadn't been paid yet, did you have any concerns about the amount of money that would have totaled without payment for three watches?

A.   Yes, of course, I was concerned because I was responsible for that amount of money.

Q.   Did he assure you that he was -- tell me, did he try and convince you that he was good for it?  Assure you that he could make payment?

A.   Yes, of course.

Q.   Just for the record, I'm displaying Government's Exhibit 11, page 23 for the jury on the left side of the split screen.

Mr. Nikolenko, take a look at here Government's Exhibit 11, page 26.  Do you remember sending this longer message to Mr. Kingston?

A.   Yes.

Q.   And what exactly were you talking about here?

A.   That we had a deal sometime past and money was not transferred.  In this message, I again mentioned the brand names of the watches and the prices.

Q.   At some point, did you lose hope in receiving the money or

did you give up in the process of trying to get payment from the defendant?

A.   Well, you know, all the time limits passed and I just took it that money will not be coming.

Q.   What did you tell your client or the owner of the watches?

A.   Number one, I showed the owner that whatever financial obligations I had before him, they will be resolved.  And that party offered assistance to resolve this problem.

Q.   Did you ever take any additional action with any governments to resolve this or complain?

A.   Well, we went to the police department.  There was no success because that was the wrong administrative unit, and the family did not live in that jurisdiction.

After that, the owner of the watches together with me began to investigate the situation trying to understand what actually happened and what steps need to be taken and how it should be resolved.

All the time we were trying to work with the defendant telling him that let's resolve this issue without any involvement of government structures or bodies.  Just return the watches and let's forget about it.

Q.   I'm just going to show you Government's Exhibit 17 real quickly, page 3.  Do you recognize this statement?  Do you remember providing these records to the Government?

A.   These are the records of transfers made from my Bank of

America account.

Q.  And do the dates show between April 1st and March 11, 2024?

A.  Correct.

Q.  Was this the account the money was supposed to be wired to on March 14th?

A.  Yes.

Q.  And you didn't receive that money?

A.  No.

Q.  Now, you mentioned that you stopped brokering watches in 2024.  Why did you stop?

A.  Well, you know, the situation which has transpired sort of disadvantaged me a lot.  So, basically, I made a conclusion that -- that in this country, I don't want to deal in watches.

MR. JONES:  No further questions, your Honor.

THE COURT:  Okay.  Mr. Rosenblatt, sir.

MR. ROSENBLATT:  Yes, sir.  Thank you.

THE COURT:  Cross-examination.

- - - - -

**CROSS EXAMINATION OF ANDRII NIKOLENKO**

**BY MR. ROSENBLATT:**

Q.  Good afternoon, sir.  I don't believe we've met.  My name's Bob Rosenblatt.  Myself and co-counsel represent Mr. Kingston.

Do you recall in another matter we were going to take your deposition but you called in sick?

MR. JONES:  Objection, your Honor.

THE COURT:  Sustained.

**BY MR. ROSENBLATT:**

Q.  Okay.  We haven't met before, have we?

A.  No.

Q.  And are you testifying today under subpoena from the Government?

A.  I do not understand the question.

Q.  Did you receive a Government document demanding you to be here today to testify?

A.  Yes.

Q.  Now, have you had occasion to meet with Government representatives before your testimony today?

A.  No.

Q.  Have you met -- have you talked to them about your testimony on Zoom?

A.  With whom?

Q.  With any of the Government representatives.  Mr. Jones, Mr. Anton or anyone else?

A.  I don't want to answer this question.  I think this question is totally unrelated to our situation.

THE COURT:  The witness will answer the question.  You may rephrase it, Mr. Rosenblatt.

**BY MR. ROSENBLATT:**

Q.  My question was, sir, did you meet with any the Government representatives before your testimony today?

A.   No.

Q.   When did you arrive in Broward County for this case?

A.   I flew in yesterday.

Q.   Okay.  And did you meet with the Government representatives at their offices to go over your testimony before today?

A.   Of course, no.

Q.   You said you were first contacted by Mr. Kingston in March of 2024, is that correct?

A.   No, I did not say that.

Q.   When did you first meet with him?  Let me withdraw the question.

THE COURT:  Wait for the next question, sir.

**BY MR. ROSENBLATT:**

Q.   When did you have first have contact with Mr. Kingston?

A.   Definitely it was not March.  He reached out to me through Instagram.  Perhaps was mid February.

Q.   And do you recall what that communication consisted of?

A.   First contact?

Q.   Yes, sir.

A.   He had a question about a watch brand name, Mille.  He asked me, is it available, and can I bring it to Miami so that he could buy it.

Q.   Was that through Google or Instagram, that conversation?

A.   He wrote to me through Instagram.

Q.   And did you use the translator from Instagram to convert

your Russian to English?

A.   No, I used an Apple translator.

Q.   Okay.  So you would type in Russian whatever you're going to say to him, and it would translate automatically into English, is that correct?

A.   Correct.

Q.   When you met with Mr. Kingston and you talked on your direct exam about dinner and all of that, did you speak to him in English?

A.   When we met, he spoke English.  I was listening, and if there was something that I did not understand, both of us used automatic the translation program application.

Q.   Okay.  So, from time to time, you did communicate with Mr. Kingston in English, is that correct?

A.   Yes.

Q.   Now you told us earlier that you did some background research on Mr. Kingston, is that correct?

A.   Yes.

Q.   And you found he had I think you said two million followers, is that right?

A.   Yes.

Q.   You talked about the first watch that he inquired about was $327,000 retail, is that correct?

A.   The price of that watch as listed on Instagram was higher, but the invoiced price was 327.  Correction.  The price on the

invoice was less than the price listed on the Instagram.

Q.   Okay.  So you understood the translator or the interpreter earlier and you made a correction, is that correct?

A.   Yes.

Q.   Okay.  And did he indicate that the manager does everything for him in that communication about the first watch?

THE INTERPRETER:  Can you repeat the question, please?

**BY MR. ROSENBLATT:**

Q.   Sure.  When you were talking about the first watch, the $327,000 watch, did Mr. Kingston tell you that the manager, the managers do everything for him?

A.   I understand this is Richard Mille watch.  No, no.  He said his -- is this watch available from you.  He did not ask who's the owner.

Q.   I'm sorry, I miss -- I may have mis-communicated my question to you.  My question was, and I have my note on direct exam.  Did you testify on direct exam that Mr. Kingston said the manager, his manager does everything for him?  Do you recall that testimony?

A.   Yes, yes.  It was mentioned in the text messages and Mr. Kingston said that he has a manager which will resolve everything.

Q.   And you took that to mean that it also applied to the first watch that you were going to sell to Mr. Kingston, is that correct?

A.   Can you please rephrase your question?

MR. ROSENBLATT:  I'll move on.

THE INTERPRETER:  What is the gist of your question?

**BY MR. ROSENBLATT:**

Q.   Well, did Mr. Kingston tell you that the manager does everything for him and that related to the first watch that you were trying to sell him?

A.   No, he did not say that.  He said that I have a manager and the manager will resolve everything.  And that was -- my manager will resolve this question.

And after that, after that, he never mentioned that manager, what kind of manager was his name, I don't know.  And there was -- after that, there was not a single word about the manager.

Q.   And did you take that to be relevant to the first watch that you were trying to sell Mr. Kingston?

A.   Are you asking me about what the manager?

Q.   Yes, sir.

A.   Well, I was not interested in the manager or any manager. I was only interested in finding out how payment will be made.

Q.   But my question was a little different than your answer. My question was did you take that to mean that the manager was also going to be involved in the watch that you were trying to sell Mr. Kingston?

A.   No, I didn't think that.

Q. Now, the watches that -- the first watch that you were going to sell to Mr. Kingston was not owned by you, isn't that correct?

THE INTERPRETER: It was what?

MR. ROSENBLATT: It was not owned by you.

THE WITNESS: Yes. I was not the owner.

**BY MR. ROSENBLATT:**

Q. And was Mark Pugachev the owner?

A. The legal name is Mr. Pugachev.

Q. And he's a Russian individual as well, isn't he?

A. He also speaks Russian.

Q. And did you know him from Russia or from meeting him in the United States?

A. Yes, in the United States.

Q. Okay. And how long had you known Mr. Pugachev?

A. 2019, 2020.

Q. Had you had other business relationships with Mr. Pugachev?

A. No. When I met him, or in general?

Q. In general.

A. There was a time when he was buying watches from me.

Q. And Mr. Mark Pugachev also owned the second watch that we're here about today, is that correct?

A. All the watches sold to Mr. Kingston are owned by Mr. Pugachev.

Q. Now, the time period you actually interacted with

Mr. Kingston, I think you said it was somewhere between eight and twelve days.  Is that accurate, sir?

A.   In Miami?

Q.   Yes, sir.

A.   Yes.

Q.   Between eight and twelve days?

A.   No, not in Miami.  When that begins from the time when we began to talk business and I was thinking about sending or flying to Miami myself.

Q.   Well, the first invoice you sent to Mr. Kingston was -- I believe it was March 14, 2024, is that correct?

A.   Yes.

Q.   You said four to five days at the Trump Hotel Sunny Isles, is that correct?

A.   Yes.

Q.   So between March, you started or you sent the invoice on March 14, 2024, and when did you cease your conversations with Mr. Kingston and return to Los Angeles?  Can you give us a date on that, sir?

A.   It was before the weekend or during the weekend.  When they sent me the confirmation of the transfer, it was a business day.  Well, you know, I was not preparing myself for this testimony, and I may be mistaken about the day of the week, but I think it was Thursday.  And because a wire transfer was mentioned, well, I know from experience, that wire transfers

may take up to three business days.  So, basically, the whole thing might have lasted like over the weekend.

Q.  I'm sorry, I didn't mean to cut you off.  Were you finished?

A.  So, during the weekend, I think it was like Saturday morning, I took a flight to Los Angeles.  My children were waiting for me there.

Q.  So the point I'm trying to make is your relationship after with Mr. Kingston, after the invoice was sent on March 14th, was approximately eight to twelve days, is that accurate and fair before you returned to Los Angeles?

A.  First of all, I cannot qualify this as a business relationship.

Q.  Well, that wasn't my question, sir.  My question was from March 14, 2020 -- or sorry, 2024, when you received the invoice, how many days did you actually spend on this transaction before you went back to Los Angeles?

A.  What transaction?

Q.  The only transaction you had with Mr. Kingston was the watches, isn't that correct?

A.  I'm trying to understand your question.  You are asking me how many days passed between the invoice date and the day when I flew to Los Angeles?  Is this your question?

Q.  Yes, sir.  That is correct.

A.  I don't remember exactly.  It was not long.  Maybe two

days.  Maximum, three days.  Two days.

Q.  So your relationship and communications with Mr. Kingston was you said two or three days, is that accurate?

A.  No, when I came back to LA, I did write to him and he responded.

Q.  Now, I was talking about the time you were actually in Florida.  Not when you returned to LA.

A.  Yes, yes.  I did write to him trying to resolve the issue and things in a normal way.

Q.  Now, right before the break, I have a note that you told Mr. -- on direct examination, you told Mr. Jones that you told Mr. Kingston either send the money or return the watches.  Do you recall that testimony?

A.  Yes.

Q.  When you came in to Fort Lauderdale, you were picked up at the airport by Mr. Kingston, is that correct?

A.  He picked me up, not in Fort Lauderdale, but in Miami International Airport.  First, I was getting messages from his driver, and when I came out, it was a driver and Mr. Kingston.

Q.  Okay.  So he provided you transportation from the airport to his house in Fort Lauderdale, is that correct?

A.  Yes.  I would like to add that he was in a position to purchase my air travel but I refused.

Q.  That was a business expense that you took on yourself to travel to Florida, isn't that right?

A.   Correct.

Q.   Okay.  Now, isn't it true that Mr. Kingston provided you with one of his personal vehicles to use while you were in Fort Lauderdale?

A.   Yes.

Q.   And that was so you saved money by not having to rent a car, isn't that right?

A.   No.

Q.   Were you going -- if you didn't have transportation provided by Mr. Kingston, how would you have gotten from Miami to Fort Lauderdale?

A.   In Miami, I have many friends and families who are happy to provide me with lodging and transportation.  And I do reciprocally the same to them when they come to LA so I don't have this problem.

Q.   Okay.  And Mr. Pugachev lives in Miami, isn't that right?

A.   Yes.

Q.   And he was one of the persons that you could have stayed with that you just talked about?

A.   I always prefer to stay in a hotel.  I can borrow a car.

THE COURT:  Counsel, come to sidebar for a second. I'll discuss with all the attorneys.  Ladies and gentlemen, you can take a stretch break while I talk to the attorneys.  We'll be back in three, four minutes.

(At the bench.)

THE COURT:  Come right in.  So I did not -- I did not call you all over because Mr. Rosenblatt did anything wrong.  I'm going to let him have cross-examination.  In fact, this is not a comment at all upon the obviously scintillating and somewhat riveting direct examination of Mr. Jones.

But in testimony such as this with an interpreter such as this, it is the court's experience that I think the jury needed a stretch break before we hit our last break.

So it gave me an opportunity to make fun of Mr. Jones and compliment Mr. Rosenblatt, and otherwise give the jury a chance to stretch their legs.  Okay?  How much longer have you got?

MR. ROSENBLATT:  Judge --

THE COURT:  It's not easy, I understand.

MR. ROSENBLATT:  He doesn't answer the question directly.  I don't want to cut him off and be admonished by the court.

THE COURT:  I get it.  Just with the constraints in place, give me your best estimate, sir.

MR. ROSENBLATT:  Probably an hour at this point.

THE COURT:  Still got a lot more.  I get it.  We're going to break.

MR. DOMINGUEZ:  I know there's a storm in the area.

THE COURT:  We're going to break for our last afternoon break about 4:15.  You get to go for another 20

minutes and don't get me wrong.  I mean, they're lively compared to where they were with Mr. Jones so you're way ahead.

Thank you, counsel, for the break.

MR. JONES:  Noted.

(In open court.)

THE COURT:  All right, ladies and gentlemen.  We're going to go for about another 20 minutes.  You can be seated, sir.  We're going to go for about another 20 minutes and then we'll hit our last afternoon break.

Mr. Rosenblatt, sir.  You may continue with your cross-examination.

MR. ROSENBLATT:  Thank you, your Honor.

**BY MR. ROSENBLATT:**

Q.  I think my point I was trying to get, sir, was Mr. Kingston supplied you with a vehicle that you used while you were in Fort Lauderdale, is that correct?

A.  I answered yes.

Q.  And what type of vehicle was that?

A.  Mercedes S Class.

Q.  And you were able to drive that and do your errands while you were in Fort Lauderdale, is that correct, with that vehicle?

A.  No, I took this vehicle to Trump Hotel.  It was parked there.  Then on the next day, I went to the airport to pick up the watch.  The Trump Hotel can confirm that.  I did not do my

errands using that car. And when I was -- before turning it in, I topped up the tank.

Q. I'm sorry, I didn't hear the last part.

A. I filled it with gas.

Q. Thank you for that. So you returned the Mercedes that he loaned you before you departed back to Los Angeles, is that correct?

A. I returned the car on the next day when he received the watch and he told me give him the keys and I'll call you a cab. Bye-bye.

Q. Now, there came a time you were shown Government's Exhibit Number 11 on page 19 when Mr. Kingston offered for you to come to the bank with him to take care of the payment for the first watch, isn't that correct?

A. He mentioned that in reference to the third watch. He said so many things. On one occasion, he told me that he's going to have cash in five minutes and I can come over and pick it up.

When I was on my way to his place carrying the second watch, he was telling me that he has cash to pay for all the watches, and will it be okay if when I get the cash, and go back to my hotel, can I do it myself, will I manage.

So when he wanted me to bring him the third watch, he said to come over and we'll go together to the bank and take care of the payment. I didn't go because after everything that has already transpired, I did not trust him.

Q.   So you had an opportunity to go to the bank, receive the
money at the bank, but you declined to do that, is that
correct?

A.   After I received the fraudulent -- after I received
confirmation about the fraudulent wire transfer, and it was
made clear to me that it was a fraudulent transfer, I had on my
hands a piece which is in yellow gold which was -- that's
number three, which was over half a million dollars.

An individual who broke all his promises is telling me
come over, bring the watch and we'll go to the bank.  I told
him go to the bank yourself, get the money, get the cash.  I'm
waiting for you in the Trump Hotel.

Was it a problem?  Why should I go to the bank?
$480,000, people whom I don't know, people who broke all their
promises.

Q.   The fact of the matter is you didn't want to take all that
cash back to Los Angeles, did you, through security, because
you were afraid it might be seized, is that correct?

A.   No, I never thought about that.  I could deposit that money
in my bank account and is it an issue of declaring the money?
I don't understand your question.

Q.   Okay.  The fact of the matter is you were asked by
Mr. Kingston to go to the bank with him where he would give you
payment for the watch, but you didn't want to do that, isn't
that right?  Yes or no?

A.   No.   He asked me to come over to his place to bring the third watch.   The price of that watch is over half a million dollars.   And after that, we were allegedly supposed to go to the bank.

Q.   But the fact is you never had the third watch, did you?

A.   Of course.

Q.   Of course you didn't have that watch in your possession, the third watch?

A.   Third watch.   The gold watch, of course we didn't give it to him.

Q.   But did you have -- you didn't have it in your possession, did you?

A.   Yes.

Q.   Now there came a time when you told Mr. Pugachev of the situation, is that correct?   That you'd not been paid for the watches?

A.   Yes.

Q.   And at some point, Mr. Pugachev took over communications with Mr. Kingston regarding payment of the watch or to return the watch, is that right?

A.   Yeah.   In the beginning, I told Mr. Kingston that I have a partner.   He's the owner of the watch.   I gave him his address in the Instagram.   His name is Mark Pugachev.   They can directly discuss what could be done about it.

Q.   And did you learn, sir, that once Mr. Pugachev got involved

in the case, the first watch was returned to him by Mr. Kingston, isn't that right?

A.   That is not so.

Q.   So you're saying here today under oath, sir, that the first watch was never returned to Mr. Pugachev, is that correct?

A.   No, I did not say that.  I'm saying this.  When Mr. Pugachev began to communicate with Mr. Kingston, about half a year passed.  Continuous calls, requests, appeals that the watch should be returned.

Q.   Sir, my question was simply are you aware from talking to Mr. Pugachev or of your own personal knowledge, that the first watch was returned by Mr. Kingston, they met at Davie Police Department, and it was videotaped, and the first watch was returned?  Are you aware of that fact?

A.   Yes, it was six months later.

Q.   So the answer is yes, is that correct?

A.   For me, what's real important is when it happened and what events led to that.  If one person would call another person and say I'm the owner, this is what happened.  The watch needs to be returned and it is returned or paid for.  There would be no problem.

Q.   The watch was returned, is that correct?  Can we agree on that and that was --

            THE COURT:  Mr. Rosenblatt, it's got to be translated.

            MR. ROSENBLATT:  I'm sorry, your Honor.

THE WITNESS:  Yes.  Only the second watch, the Audemars Piguet.

MR. ROSENBLATT:  I'm sorry?

THE WITNESS:  Only the second watch, not the first watch.

BY MR. ROSENBLATT:

Q.  Janice Turner met with Mr. Pugachev and returned the first watch, isn't that correct?

THE INTERPRETER:  Who met?

THE COURT:  Restate the question, sir, in full.

BY MR. ROSENBLATT:

Q.  Are you aware that Janice Turner met with Mr. Pugachev and returned the first watch?

A.  First watch?

Q.  The first watch.  Yes or no?

A.  Yes.

Q.  Thank you.  Now, are you also aware that Mr. Pugachev's wife came to a law office and retrieved the second watch?

A.  Yes.

Q.  Okay.  So, the owner of the watch asked Mr. Kingston either return the watches, or pay the money and Mr. Kingston or Ms. Turner returned both watches, is that correct?

A.  I personally cannot say that.

Q.  You've talked to Mr. Pugachev recently?  Have you talked to Mr. Pugachev recently?

A.  Yes.

Q.  Okay.  And had you become aware that both of his watches are now in his possession?

A.  I know that the watches were returned but --

Q.  Both watches, is that correct?

A.  Yes, but this is not normal.  This is not a normal situation.

Q.  And -- okay.  But both watches were returned.

THE COURT:  Mr. Rosenblatt, we'll stop there.  We'll take our last afternoon break for the jury.  We'll see you in 17 minutes.  We're going to start up again at 4:30.

Same instructions as before.  Don't discuss the case. Don't deliberate along the way, and have a nice break.  We'll see you in 17 minutes.

(Jury exited the courtroom at 4:13 p.m.)

THE COURT:  You may be seated.  Sir, we'll see in ten minutes right back here.  You can translate that for him.

Anything the parties want to take up?  Seeing nothing, let me say a couple of things.

It's fair warning.  It's difficult with the interpreter and the nature of the testimony so I haven't done it yet but after the break, I'm not going to allow repetition. If it's in the record, I'm not going to allow it.  Just fair warning for that.

I think Mr. Rosenblatt has done his level best, but

starting at places to get repetitive, I just wanted to give him fair warning outside of the presence of the jury.  I'm sure there's going to be new areas that he hasn't explored at all yet and he's entitled to do that.

With respect to strategic decision-making by the Government to not rise and object, I think the parties can tell by now I tend to take all of my cues from counsel.

However, there's been one exception today and we were very close to a second exception where, you know, rank hearsay is not going to be permitted.  I'm taking my cues there was no formal objection.  It's happened.  It's happened a couple of times today.

It's the Government's right to strategically decide whether they wish to object and not object, and I've abided by those strategic decisions.  However, I do think in the same spirit of fair warning, that there just comes a point of rank paragraphs of hearsay that I'm going to have a real problem with because when you start to open those doors, you just get hearsay upon hearsay upon hearsay.

I didn't want to do anything.  It's strategic decision-making.  These are all excellent attorneys that have on both sides done this throughout the case.  There was an entire motion in limine that was withdrawn that allowed Mr. Rosenblatt to get into that normally would never have been gotten into.  That was a strategic decision by all parties here

and I've allowed it, but I just wanted to say my piece because those kinds of strategic decisions open up other doors and I'm going to allow it because the parties are making those decisions for their clients.

But I just wanted to say all that because it's a little outside of -- it's outside of the pure Federal Rules of Evidence and there's a couple of things now that doors are opened.

So I've said my piece. I will see everybody and you don't have to listen to me drone on for the next eight minutes. I'll see you soon. Thanks.

THE COURT SECURITY OFFICER: All rise.

(Recess taken from 4:17 p.m - 4:30 p.m.)

THE COURT: You may be seated. Thank you. You guys ready? You've got something to take up?

MR. ROSENBLATT: Just one, Judge. I was about done actually.

THE COURT: Okay. That's fine. You'll finish up fast then.

MR. ROSENBLATT: Oh, yeah. One question I was going to ask him.

THE COURT: Do you need him in the hallway, sir?

MR. ROSENBLATT: No, that's okay. Trying to make the point was is isn't it a fact that both watches were returned. That's it, but with the court's admonition --

THE COURT:  He's answered that.  You have that twice in the record.

MR. ROSENBLATT:  Then I have no other questions for him.

THE COURT:  I'm going to -- I'm going to call them out.  I'm going to let you say that in front of the jury.  Then I'll move to Mr. Dominguez, okay?

MR. ROSENBLATT:  Yes, sir.

THE COURT:  Great.  You can bring the witness and interpreter forward.  All right.  Whenever you're ready, sir. All rise for the jury.

(Jury entered the courtroom at 4:30 p.m.)

THE COURT:  Welcome back, everybody.  Please be seated.  Hope you had a nice break.  This will be our last session of the day.

I will remind you that when I when you were being chosen as jurors, I told you that when we got to about 5:30, there might be a little bit of an efficiency decision.  Why I might ask you to stay a little longer is because it might make the whole trial as a whole a little more efficient but for now until 5:30, we'll continue our cross-examination.

Mr. Rosenblatt, sir.

MR. ROSENBLATT:  Thank you, your Honor.  Thank you for answering my questions.  I don't have any other questions for you.

THE COURT:  Okay.  Thank you, Mr. Rosenblatt.  We're going to continue cross-examination with Mr. Dominguez.  Sir.

MR. DOMINGUEZ:  Thank you, your Honor.

- - - - -

**<u>CROSS EXAMINATION OF ANDRII NIKOLENKO</u>**

**BY MR. DOMINGUEZ:**

Q.  Good afternoon, Mr. Nikolenko.  Did I say it correctly by the way?  I'm sorry.  You said something interesting, and I kind of agree.  You said not normal.  And would you agree with me that a lot of this whole deal is not normal?

A.  What do you mean exactly?

Q.  Well, I mean, watches that cost more than a house.

A.  It happens.

Q.  No, of course it happens, but what I'm saying is, you know, most normal people never even hear of these things, correct?

A.  I agree.

Q.  And the market is very exclusive, it's very narrow.  It's a one percent?

A.  What market and one percent of what?

Q.  I apologize.  I'll rephrase it.  The market for this type of watch, the watch that you mentioned like the Mille and the -- I think you mentioned one for 1.5 million dollars, as well?

A.  For anybody to understand this, it is advisable to analyze statistical data over a certain period of time.  I cannot

insist that it is one percent more or less, but the fact is that the market is overfilled with this type of merchandise.

Q.   Right.  I didn't mean to use the scientific notation on the exact number but what I mean is in the United States, and I apologize.  We have a saying, the one percenters which is basically the top echelon of society that has the most amount of money.  It's just a saying.

A.   That is true.

Q.   Now, you would agree with me that also in the world of, I think Instagram, right?  There's a lot of people, some who are real and some who are not real?

A.   I would agree with that.

Q.   And that's why you sort of investigate or vet the person, look into who you're dealing with on the Internet because it could be, you know, some 13-year old in a basement?

A.   Hmm, I'm talking about my area of interest.  Only specific individuals would be interested in specific models of watches.  Therefore, if an individual is looking for watches, he would be looking for watches.  If another individual is interested in frying pans, he would be looking for those.

Q.   Okay.

A.   And most people who are looking for watches, they are swindlers because this is a type of item which is not -- you don't wear it in the open.  It can be stolen.  It can be modified.  Anything can be done with that.

Q.   Right.  And I understand that.  So you look -- I think my initial question, which we've kind of sidetracked a little bit was you check out the person that you're dealing with?

A.   Yes.

Q.   Thank you, sir.  Now, in this case, you -- in the Instagram, you presented yourself as the owner, correct?

A.   There was not a single word about that in Instagram.

Q.   Okay.  So when did you first tell Sean that the watches belonged to someone else?

A.   It happened when I went from Miami to LA understood, and understood that money is not coming, this is when I told him.

Q.   That's when you first told him.  So you're basically a broker or commissioner?

A.   Including that, too.

Q.   Right.  So you don't actually have an ownership interest in these watches at all.

A.   I don't understand your question.

Q.   You do not own the watches.

A.   Okay.  What's next?

Q.   Okay.  Is that a yes or is that --

A.   The specific watches which were sold to Sean, I was not the owner.

Q.   Right.  You had not put a single penny in buying them?

A.   Well, if I'm dealing with a person who owns a watch, and I don't know him, in most cases, I would buy that watch.

MR. DOMINGUEZ:  Your Honor, I'm going to object as non-responsive.

THE COURT:  Sustained.  You can re-ask the question, sir.  It's a very short question.

MR. DOMINGUEZ:  I will pivot from this point.

THE COURT:  Okay.

**BY MR. DOMINGUEZ:**

Q.  When these watches, they have serial numbers, correct?

A.  Every watch has a serial number.

Q.  Well, not the cheap ones.

A.  It's all relative.  What's cheap, what's not cheap.

Q.  I'm not -- let's not go there.  What I'm saying to you is these watches certainly had distinct serial numbers.  They're numbered pieces from the manufacturer and they can track every single watch, when it was made, who bought it, and everything, correct?

A.  The dealer may track the first buyer and not in every case.  If you're dealing with -- if you're looking at expensive Swiss watches, the tracking is not done because the only tracking which may exist is like the printed check.

Q.  Well, I mean, when the watches are originally purchased in stores, they have an invoice with a serial number and papers.

A.  If I went to an official store, and I bought a watch, I have the invoice, I have the check, the serial number, the money amount.  If I want to resell that watch, I'm not

transferring the check, so this is the way the watch market is built.

Q.  So --

A.  This is what happens.

MR. DOMINGUEZ:  If I may have just -- do I just press a button here?

THE COURT:  Let me get T.  I don't think I can do it from here.

BY MR. DOMINGUEZ:

Q.  Now, I'm showing you what's in evidence already.  You testified about this exhibit what is this reference number here?

A.  This is a reference number over a specific model and specific watch.

Q.  Right.

THE COURT:  Sir, just for the record, what exhibit is this?

MR. DOMINGUEZ:  I'm sorry.  It's 15.  I apologize.

THE COURT:  Thank you.

MR. DOMINGUEZ:  It's a one-page exhibit?

THE COURT:  Yep.

BY MR. DOMINGUEZ:

Q.  So, in this, it's fair to say you did not put serial numbers on this, correct?

A.  What's written here is the reference number and the watch

model.

Q.   Right.   That's not what I asked you.   I asked you, you did not put the serial numbers.

A.   In that case, I need to understand what is a serial number?

Q.   The serial number is the distinct identifying number in each watch of this category.   In each watch, it's a distinct number.

A.   This number in front of you, it's called ref, so if you use that number, you can find out what type of watch and everything about the watch.

Q.   Yeah, but that's not the distinct serial number of the watch.

A.   It is an identifying number of the watch.

Q.   It is of the type.   It's an identifying type, not of the actual distinct watch.

THE COURT:   Ask it as a question.   One second, sir. There's no question.   Ask it as a question, Mr. Dominguez.

MR. DOMINGUEZ:   Judge, I'm going to move on from this.

THE COURT:   Yep.

**BY MR. DOMINGUEZ:**

Q.   Now, in the world of these watches, would you agree with me that there are a great deal of them that are not authentic?

A.   I never meant that.   I never investigated that.

Q.   You've never heard of fake Rolexes?

A.   No, never.

Q.   You've been to Canal Street in New York?

A.   No.

Q.   Okay.  Now, the person you dealt with, Sean, was a very, very public person, correct?

A.   Yeah, well-known.

Q.   He picked you up at the airport.

A.   Okay.

Q.   He took you to his house?

A.   Okay.

Q.   He introduced you to his mother.

A.   Okay.

Q.   He never avoided you.

A.   No.

Q.   He lent you not a Mercedes S but a Maybach.

A.   Yes.  For that, his mom received a free Rolex watch.

Q.   Correct.  You left his mother as a gift a Rolex?

A.   Well, you know, this is a custom.  When there's a client who's buying, let's say a watch worth $400,000, above 300 and above, it depends on the person who's the buyer.  We offer him a gift, a Rolex watch.

Q.   And that was a nice gesture on your behalf, sir.  And you were, in fact, so generous as to even say if you don't buy the watches, your mother can still keep the Rolex.

A.   We are not discussing the Rolex watch now.  That's number one because -- and also number two, these are the words which

are pulled out from the context and that Rolex watch was my gratitude for the Mercedes S.  Okay.  He gave me a Mercedes.  I gave him a Rolex.  I think it's a nice exchange.

Q.  I'm not criticizing you, sir, honestly.  This is not my line of questions.  I'm just saying you did this.  And you even said keep it and maybe it is out of context.

And along those lines, I have a question because you've testified about a few things but to be clear, all of your negotiations with him were in text, correct?

THE INTERPRETER:  Can you raise the microphone, sir?

**BY MR. DOMINGUEZ:**

Q.  I am sorry.  You're talks or conversations, you have a language barrier, let's say.

A.  Well, it was not in the way of communications and it is still not stopping me from communicating.

Q.  I'm not saying that it did, sir.  What I am trying to say to you is that you utilized the texting system because it was more efficient in getting it translated and you being able to type back in Russian and him receiving it in English.

A.  Yes.

Q.  And your communication with him, remember when you were communicating regarding going to the bank?

A.  Well, it was -- it was an option in which he suggested for me to review after I bring him watch number 3.

Q.  What I'm saying to you is you remember texting about that.

That was my question.

A.  Yes.

Q.  And you responded to him, "nope, you come to the Trump" basically?

A.  These are the words pulled out from the context.

Q.  Well --

A.  During the communication, it was obvious that there is a problem with payment.  When this problem surfaced, he began to tell me that everything is fine.  Everything is normal.  But if the money doesn't come in, we can go together to the bank and withdraw cash.

Q.  Right.  And you told him -- you texted him no, you come to the Trump.

A.  I don't remember.

Q.  You said that during --

A.  I don't remember the exact consequences.  He knew that I was in Trump Hotel.  If I review the text messages, I will remember of course, but I'm positive that he had so many ways to pay me.

Q.  Right.  So let's agree to this.  So I don't want to waste a lot of time here.  Whatever your response was to his three times asking you to go to the bank, it would be in a text?

A.  Yes, yes.

        MR. DOMINGUEZ:  Thank you, sir.  No further questions.

        THE COURT:  Any redirect, Mr. Jones?

MR. JONES:  Just a little.

- - - - -

**<u>REDIRECT EXAMINATION OF ANDRII NIKOLENKO</u>**

**BY MR. JONES :**

Q.  You testified -- I'm just going to clear something up.  You testified that you had not met with any of the Government prior to today's testimony.

A.  No, we did not meet.

Q.  Do you recall being on a phone call with myself and an interpreter last week?

A.  Yes, but it was not a meeting.

Q.  Correct.  Did we discuss the fact that you would have to testify today and inquired about your story?

A.  Yes, I was told that I must appear in court.  Although, I did not have much time for that, there was a document delivered to me indicating that it is my obligation to appear in court and if I fail, there will be some consequences but we did not meet.

Q.  Correct.  We never met face to face.  Did you -- now you were -- you didn't own these watches, but you were responsible for these watches that you were selling?

A.  Correct.

Q.  And regarding any return of property, to the best of your knowledge, was that done only after law enforcement got involved?

A.   Yes, it was returned but it was returned in an awful condition.  For instance, the Mille watch is beyond repair.

MR. JONES:  No further questions, your Honor.

THE COURT:  Okay.  Any recross?

MR. DOMINGUEZ:  Well, he went into a new area.

THE COURT:  No, I'll give you and Mr. Rosenblatt limited recross within the scope on of redirect, whatever you want.

Mr. Rosenblatt, sir.

- - - - -

**RECROSS EXAMINATION OF ANDRII NIKOLENKO**

**BY MR. ROSENBLATT:**

Q.   I just wanted to ask you, sir, about that last comment you made about the condition of one of the watches.  Was that the first watch or the second watch?

A.   Second watch.  Richard Mille.  Mille.  That watch was returned to Pugachev Jeweler.  She's present in the court now.

MR. DOMINGUEZ:  Your Honor, I would object on --

THE COURT:  Grounds?

MR. DOMINGUEZ:  Hearsay.

THE COURT:  Overruled.  Yet, he asked a question about whether it was the first watch or the second watch.  And he answered within the scope of the question so that grounds is overruled.  Anything else, sir?

MR. DOMINGUEZ:  Well, I'll let him finish.

THE COURT: You can continue, Mr. Rosenblatt.

MR. ROSENBLATT: Thank you, your Honor.

BY MR. ROSENBLATT:

Q. So, you said the second watch was returned but it was not in the same condition as it was earlier, is that right?

A. This is correct.

Q. Okay. But did you ever see that watch after it was returned?

A. I saw the condition of the watch through photographs and through video because the watch is in Miami and I was in LA.

Q. So you never saw it physically. You saw photographs of it, is that correct?

A. No.

Q. You said the wife of Mark Pugachev is the young lady in the courtroom here?

A. Yes.

Q. Okay. Did you invite her in to see this testimony?

MR. JONES: Objection. Relevance.

THE COURT: Sustained.

BY MR. ROSENBLATT:

Q. Have you seen any -- have you seen any appraisals of the watch that were done with respect to how much damage allegedly occurred to the watch?

MR. DOMINGUEZ: I'm going to object on hearsay grounds.

THE COURT:  One moment.  One moment.

MR. DOMINGUEZ:  Rather, the question is proper except he will probably answer --

THE COURT:  Oh, overruled.  The question is have you seen any appraisals of the watch which were done with respect to damage.  That's the question.  You want to ask that question, Mr. Rosenblatt?

MR. ROSENBLATT:  Yes, your Honor.

THE COURT:  And your objection's overruled.  You may answer.  You can translate that question.

THE WITNESS:  Okay.  I did not see it.

BY MR. ROSENBLATT:

Q.  Okay.  So you can't give these jurors a dollar figure as to how much damage was allegedly caused to that watch, is that correct?

A.  What I can do is represent the market value of this watch as it is now and --

THE COURT:  That objection is sustained.  The jury will disregard that answer.  You can either re-ask your question or move on, sir.

MR. ROSENBLATT:  Thank you, your Honor.

BY MR. ROSENBLATT:

Q.  So, in fact, you cannot give the jury any certified appraiser damage that was allegedly done to this watch, isn't that correct?

MR. JONES: Objection. Asked and answered.

THE COURT: No, that's overruled. He didn't answer it. It was non-responsive last time. I'm going to let you ask it one more time, Mr. Rosenblatt, because I interrupted to overrule the objection. You can ask the question again to get it cleanly translated.

MR. ROSENBLATT: Thank you, your Honor.

**BY MR. ROSENBLATT:**

Q. As you sit here today, you cannot tell these ladies and gentlemen of the jury how much damage, if any, was done to the watch allegedly, isn't that correct?

A. I'm not a mechanic which specializes in watch repair. I can give you an amount but that would be my estimate based on my experience of dealing with other watches.

MR. ROSENBLATT: Your Honor, objection. That's non-responsive.

THE COURT: That's sustained. Non-responsive. Sir, you'll translate this. As you sit there today, can you give Mr. Rosenblatt an estimate of the damage caused to the watch, yes or no?

No, no. Sir, I'm going to say it one last time through the interpreter. As you sit there today, can you give Mr. Rosenblatt an estimate of the damage to the watch, yes or no?

THE WITNESS: No, no, no.

MR. ROSENBLATT:  No further questions, your Honor.

THE COURT:  Okay.  Mr. Dominguez, sir, any recross?

MR. DOMINGUEZ:  No, Judge, no.

THE COURT:  Okay.  Nothing after that, right?  Sir, you're excused.  Thanks for coming in.  You may step down.

THE WITNESS:  Thank you.

THE COURT:  Next witness, counsel.

MR. ANTON:  Government calls Mr. Arnold Bush.

Judge, before we start with Mr. Bush, I previously have shown defense counsel Government's Exhibits 32 through 38 and with no objection, we'd be moving those items into evidence at this time.

THE COURT:  Counsel for Mr. Anderson, Government moves Exhibits 32 through 38 into evidence.  Any objection?

MS. BOZANIC:  No, Judge.

THE COURT:  Mr. Dominguez, any objection?

MR. DOMINGUEZ:  No, Judge.  Let me just briefly --

THE COURT:  Sure.  Go ahead before you give me your answer.

MR. DOMINGUEZ:  Yeah, no objection.

THE COURT:  No objection, Exhibits 32 through 38 are received.

(Government's Exhibits 32 - 38 Received.)

THE COURT:  Ms. Shotwell, you may swear the witness.  Thank you.

THE COURTROOM DEPUTY:  Please raise your right hand to be sworn.

(Witness sworn.)

THE WITNESS:  I do.

THE COURTROOM DEPUTY:  Please state your fall name for the record and spell your last name.  You can be seated.

THE WITNESS:  Arnold Andre Bush.  My last name is spelled B-U-S-H.

THE COURT:  Mr. Bush, sir, if you would make yourself comfortable in the chair.  If you would make sure the microphone is close to where you speak at all times so that you can be heard.

Mr. Anton, direct examination.

MR. ANTON:  Thank you, Judge.

- - - - -

**DIRECT EXAMINATION OF ARNOLD BUSH**

**BY MR. ANTON:**

Q.  Okay.  Mr. Bush, can you please introduce yourself to the ladies and gentlemen of the jury.

A.  My name is Arnold Bush.  I'm from Miami, Florida.

Q.  Now you mention your name is Arnold Bush.  Do you also go by Andre?

A.  Yes, that is my middle name.

Q.  Which do you prefer?

A.  Andre or Mr. Bush works fine.

Q.   Perfect.  Mr. Bush, could you tell this jury where you're currently employed?

A.   I work for Ocean Auto Club on Bird Road and 72nd Avenue, Miami, Florida.

Q.   And what does Ocean Auto Club do?

A.   We sell luxury and exotic vehicles.

Q.   And what do you do within the Ocean Auto Club?

A.   I'm a sales associate.

Q.   And how long have you been a sales associate at Ocean Auto?

A.   I think in April, it will be two years.

Q.   Now, can you tell the jury what kind of qualifications you have that allow you to be a sales associate?

A.   I'm knowledgeable in the product and pretty good at selling stuff.

Q.   Okay.  Have you been involved in sales in the automotive market for many years?

A.   No, just two years.

Q.   Can you explain to the jury how you get paid?

A.   I'm one hundred percent commission-based pay.

Q.   Which means what?

A.   If I don't sell it, I don't eat.

Q.   How does Ocean Auto get its business?

A.   They do SEO, search engine optimization.  They pay ads so the leads are customers that are potential sales, they come in via phone calls, emails, through Auto Trader, Car Gurus,

cars.com and personal referrals and just walk-ins.  Those are the ways that we get our clients.

Q.  You mentioned search engine optimization.  That essentially is, what, paying to have Google put your ads first?

A.  Mm-hmm.

Q.  So internet-based as well?

A.  Yes.

Q.  Are you familiar with auto brokers?

A.  Yes.  Like in general, like what automobile -- yeah, of course.  Yes, those are people who sell -- they're like in betweens.  They sell cars to clients and they source the cars from the dealers.

Q.  Okay.  So they might be an in-between or intermediary from a buyer and a seller?

A.  Mm-hmm.

Q.  So they would attempt to locate vehicles that need to be purchased by someone who's looking for a car?

A.  Mm-hmm, correct.

Q.  I'm going to draw your attention to November of 2023.  Did you receive a lead online about a vehicle that was potentially for sale that somebody was interested in buying?

A.  Correct.

Q.  Can you explain?

A.  Someone called the dealer asking for a specific vehicle. There's an employee that works there that her job is to receive

all the phone calls, receive all the emails, et cetera, and then she assigns to specific salespeople.  There's an order, and it just happened to be my turn.  She's like, hey, you've got a client inquiring about the Escalade.

Q.  So it's your lucky day.  Your number gets call and you're on for this lead?

A.  I wouldn't say lucky but yeah.  That was my turn, so I wound up with this one.

Q.  And what type of vehicle was being sought?

A.  It was a Cadillac Escalade.  This one just happened to be bulletproof.

Q.  How much was with this bulletproof Cadillac Escalade being sold for by Ocean Auto?

A.  I believe 159.

Q.  When you say 159, do you mean $159,000?

A.  That's correct.

Q.  At the time this lead came in, do you know what was the client or who was interested in buying this vehicle?

A.  I did not.

Q.  What happens next?

A.  I speak to the person who I thought was the client.  I spoke to him and he told me that he was sourcing the car for someone else.

I said that's fine.  We deal with brokers, and he told me that the client, if I took the car to the client's house and

he liked it, he would buy the car on the spot.  I said cool.
So we set it up for the next day, I believe, and I went and I
picked him up at his place.  I believe the guy's name was Alex.
He lived somewhere in, I think, Sunny Isles or something like
that.  Picked him up, put the address in his GPS.  We made our
way.

I mean, the thing about brokers is they don't really
want to tell you who their client are for fear of circumvention
so he didn't want to tell me who his client was until we were
like right the doorstep.  He's like, oh, like it's Sean
Kingston.  I said okay, cool.  And that was about it.

Q.  So now, it's November 21st of 2023?

A.  I believe so.  Yes, that's the following day?

Q.  Mm-hmm.

A.  From the day the lead came in?

Q.  I'm asking you, if you know.

A.  I believe so, yes.

Q.  And where were you taken or where were you directed to go
by this broker?

A.  I don't remember the exact address, but I know it was like
Southwest Ranches.

Q.  And is it odd for you to be dealing with brokers and
anonymous buyers for high end products?

A.  It is not odd, no.

Q.  So when you arrive at this residence in Southwest Ranches,

you learn who is the purchaser?

A. Sean Kingston.

Q. So what happens when you arrive?

A. They open the gate, we call, they come outside. They take a look at the car. They liked the vehicle.

Q. Let's me stop you there. You're saying "they." Who comes out and looks at the car?

A. Sean Kingston and his entourage which was like two or three people who I don't know their names, but Sean Kingston was like the primary person.

Q. And did you recognize Sean Kingston immediately?

A. I did, yes.

Q. Do you see Sean Kingston here in court today?

A. I do, yes.

Q. Could you please point him out and identify him with an article of clothing he may be wearing?

A. Over there with the open collar and tie.

Q. What color is the tie?

A. I'm not sure.

        MR. ROSENBLATT: Judge, we stipulate to identification.

        THE COURT: Okay. The defense has stipulated. The record will reflect that the witness has identified defendant Anderson.

**BY MR. ANTON:**

Q. You say the entourage or they opened the gate. Can you describe what you were seeing at this point? Describe the property.

A. It was -- I mean, it was a pretty big house; had a gate all around it, several cars in the driveway. I guess there was a keypad to let them in, or you can call in and have it opened. They opened up, we pulled in, they came outside, looked at the car, offered a test drive. So --

Q. Did you go on a test drive?

A. Yes, we did. We went up and down the street.

Q. When you say "we," who is we?

A. Myself, the broker, Sean Kingston, and I believe one other member of his group.

Q. And what, if anything, transpired during this test drive?

A. Just basically just asked questions about the vehicle, normal just things, how many miles, what was the price, if the car runs good. You know, just at this moment, everything was on the up and up.

He just wanted to know information about the vehicle. We just drove it up and down the street. He liked it. It drove like a regular car. Although it was heavily armored, it just drove like a regular car.

Q. What happens next?

A. We get back, we pull in. The gate is closed behind us. I

was never handed back the key which I found to be weird.  The key stayed in Mr. Kingston's possession.

We went inside.  I said, okay, so how are we going to do this?  I was told it was going to be a cash deal.  There was a gentleman there.  I believe that he was the driver.  I didn't get his name, but I was like, okay, so if it's a cash deal, who do I send the wiring instructions to?  They asked me to send it to that particular gentleman.  I said, okay, cool.  I gave him the wiring instructions.

Q.  Let me stop you there.  You say you parked the vehicle back in the driveway?

A.  Yeah, a little closer to the house.

Q.  Were there any other vehicles in the driveway?

A.  Yes.  From what I can remember, yes, there were several.

Q.  Okay.  Were any of those vehicles positioned near or behind the Cadillac Escalade?

A.  Not at the moment.  But later on, I did see that there was a black Suburban parked behind the Escalade.

Q.  When you say parked behind, in what type of position?

A.  Like in a T fashion.  So here's the car and the other car was like this. (witness indicating.)

Q.  So would you have been able to remove this the Escalades if you wanted to?

A.  No, I would have to have someone move the Suburban and open the gate in order to leave and also have the key in my

possession.

Q. Which you didn't have?

A. I did not, no.

Q. What types of cars did you see in the driveway?

A. 2022 Mercedes Maybach S580, 2017 Mercedes G63, 6x6. I'm sorry, I mean, there was a few other cars. I just can't remember exactly what they were. Those are the ones that ring a bell.

Q. How would you characterize these cars? High end cars, low end cars?

A. Yeah, they're high end cars.

Q. Meaning what?

A. I mean, a typical 6x6, if it's a real one, will probably cost north of a million dollars.

Q. So we're talking very high end vehicles in this parking lot?

A. That's correct, yes.

Q. So you're where now? Inside?

A. Yes. We're in the entrance of the place. I'm just asking how am I going to pay.

Q. Now based upon the test drive and what you had seen from both the residence and the vehicles in the driveway, how were you feeling about this deal?

A. I mean, so far, I thought it was a home run. I thought, okay, we're going to get paid. I'm going to do my due

diligence, get a tag, get everything done and I'm going to away from here with a sold vehicle.

Q.   And why did you think you were going to get paid?

A.   Because it was verbalized to me several times.

Q.   By who?

A.   By Sean Kingston, by his mom.  By basically everybody who was -- it was like they were making it seem like it was light work.  It was nothing to just send a wire for $159,000 and I said okay.  I mean, it's not something I'm not familiar with. We do sell exotic cars.  It's a type of thing that happens every day.

Q.   Let's talk specifically about then the deal.  You were discussing a minute ago that you believed it was going to be in cash.  Can you explain the jury the structure of the deal as you believed it to be?

A.   I believe we were going to receive a wire for the full amount of the vehicle.  They gave me someone's phone number to send the wiring instructions to.

Later on, I was instructed to send the wiring instructions to a different person.  Someone else is going to handle that which was his mom, and I was given a phone number. I sent the wiring instructions.  I also sent what's called the out the door sheet.  It shows, you know, the price of the vehicle, taxes, fees, et cetera, et cetera, and then the vin number as well so she could already get started on calling her

insurance company and having the vehicle insured.

Q.   You started the process.

A.   That's correct.

Q.   Based on information you received from who?

A.   Sean Kingston and his mom.

Q.   What happens next?

A.   I was told that she was going to handle that part and then it changed to their business manager or their -- yeah, finance manager, whatever, was going to handle it.  I believe his name was Kebo or something like that.

Mind you, this was a very long time ago so I just -- if I say is the name wrong, it's because I don't remember it.

Q.   Understood.

A.   But I believe it was Kebo, that he was going to be the one that was going to send the wire so she was forwarding all the information to him.  That -- this was like around 2:00 p.m., I believe, when all this stuff was happening.

I kept telling him, hey, the only way this car stays here is if my accounting department shows on our bank account it reflects that we received the wire.  I mean, you can show me that you've sent the wire.  But what we need to see is we've received the wire.  Once we have money in-house, then I can release the vehicle to you.

There was like a sense of urgency.  I was like, okay, guys, let's get this done.  It just kept taking longer and

longer and longer and as the day dragged out, I was like, hey, remember, it's not that you've sent the wire.  I need to see the wire in my account in order to release the car.

Q.  Now as the day is dragging on, where you are?

A.  Still there at his house.

Q.  And what's happening at that time?

A.  I had gone -- I had said that I was hungry.  I said I wanted to get some food.  I asked for the key.  I was like, hey, let me take the car real quick.  I'm going to get some food.  They're like don't worry.  We'll have my driver take you.  I said okay, it didn't seem like any big deal at the time.

So their driver took me some place listen down the road, and when we got back, I waited for them in the back of the house where we set up like the food and we were eating and I was just kind of like playing the waiting game at this point.

And I think it was already passed 5:00, and I was getting a little like worried, like, okay, we can't even verify the account at this time.

So I was just like, hey, anything going on?  Anything going on?  They're like, oh, we're waiting for this, we're waiting for that.  Finally, they procure a document that says the money was on its way out.  I was like okay, send it to me and I'll send it to my GM and I'll get his approval because I mean as a salesperson, I can't make that call.  I work for --

it's not an independent dealer.  It's actually a franchise of a Mazda dealership so everything has to be done by the books.

So I said, okay, send me what you have.  I sent it over to my GM.  He's like that doesn't look like any wire that I've ever seen.

Q.  So we're going to get to that in one second but let me back you up a minute.  So it's taking a long time.  Are you having any small talk at this point with the defendants?

A.  Yeah, like, throughout the day, there was, you know, there was talk.  There was like, oh, you know, if we do this deal, you're going to get more deals.  I know this guy.  I know this guy.  A lot of names were dropped and stuff like that.

Q.  So what types of names were being dropped and by who?

A.  You know, Mr. Anderson was telling me, oh, I have a video shoot with Justin Bieber.  I'm working on this stuff with Chris Brown and these are all the like personal friends of mine, Trippie Redd and all this stuff and, you know, this could be the beginning of me selling a bunch of cars to a bunch of different artists which, you know, hey, more power to you.  Absolutely.  I'm not opposed to that.  But I was always trying to keep my focus on, okay, where is the wire, where is the wire?

Q.  Why did you need the wire by 5:00 p.m.?

A.  Because our accounting department closes at 5:00 and they needed to confirm the wire in order for me to release the

vehicle there so it turned into this thing where, okay, like it's a domestic wire.  If you send it, in less than a hour we should reflect it in our account, and they finally said, oh, we sent out the wire out but it was already past 5:00.

Q.  And what was your impression of the deal as it was progressing at this point?  What did you think was happening?

A.  I think there was a little bit of stalling happening.  I don't know if maybe they needed to move some money around to actually get the wire out.  I don't know, to be honest.

At this point, I was just at the mercy of whatever they said and I was just playing the waiting game.  And then also, you know, I was getting calls and text messages from my higher ups like what's going on?  What's going on?

And, you know, at some point, they were just like, hey, man, just grab the keys and bring the car back.  And any time I would actually verbalize that like, hey, I've just got to take the car.  I was read, I was returned with a lot of pushback, you know.  They were like no, we already paid for this car.  As far as I'm concerned, that's my car and this and that.  So as the night went on, they sent me that screenshot or whatever of the wire going out and --

MR. DOMINGUEZ:  Your Honor, I would object.  He's answering "they."  We don't know who's the "they."

THE COURT:  We're going to get there.  It was an open-ended question.  The objection's overruled but, Mr. Anton,

how much longer do you think you have on direct?

MR. ANTON: At least another 30 minutes.

THE COURT: Yeah, that's what I figured. So along these lines, as you start to dig into details, find a natural resting place in about five to ten minutes and then we'll take our leave for the day.

MR. ANTON: Thank you, Judge.

**BY MR. ANTON:**

Q. Okay, sir. You were mentioning that you had been sent on November 21st, finally, some sort of wire.

A. Yes.

Q. Okay. Let me show you what's been has been introduced into evidence as Government's Exhibit 36.

Do you recognize Government's 36?

A. Yeah.

Q. What is 36?

A. That is a text message from what I believe is a phone that belonged to his mom, Sean's mom and --

MS. BOZANIC: Objection. Speculation.

MR. ANTON: If you know.

THE COURT: Overruled. Yeah, you can answer if you know.

THE WITNESS: Yeah, I mean, the only person that was sending me proof of a wire was her so I'm thinking that that was her because she did have two different numbers. So, yeah,

that's -- that's the text message I received.

**BY MR. ANTON:**

Q.   Prior to receiving this, you were negotiating with who regarding the sending of a wire?

A.   With his mom.

Q.   And then one came.

A.   Yes, this is the proof that I got.

Q.   Can you read for the jury the phone number that this particular thick ACH PDF came from?

A.   It's 863-303-7836.

Q.   Let me show you Government's Exhibit 37.  Do you recognize 37?

A.   Yes.  This is what I sent my higher ups saying, oh, this is the proof that they sent the wire.

Q.   And what did you think about this?

A.   To be honest, it didn't look like a wire to me.  And I sent it to my GM and he said it didn't look like any wire he's ever seen, but I was told, oh, this is a small bank.  All wires look different so that, yeah, that's where we are with that.

Q.   That evening, was the wire ultimately confirmed as being valid?

A.   No.

Q.   Now prior to that, you said you were discussing the transmission of wire details.  Let me show you Government's Exhibit 35.  Do you recognize Government's 35?

A.   Yes, that is when I was told to send them the out the door numbers so they can confirm the wire amount and the wiring instructions.

Q.   Now at the top, whose name appears?

A.   It says Mama Kingston.

Q.   Let me show you Government's Exhibit 33.  What are we looking at in Government's Exhibit 33?

A.   That's my contact sheet for the phone number I was given.

Q.   And what is that phone number?

A.   954-770-4578.

Q.   And then the name Mama Kingston?

A.   Correct.

Q.   So let's go back then to Government's 35.  This is now your communication with Mama Kingston also known as Janice Turner?

A.   That's correct.

Q.   So what type of information are you sending?

A.   Basically the vehicle price plus our dealer fee, the taxes, transfer of title, and transfer of tag.

Q.   So the first item is what?

A.   The out the door numbers for the price of the vehicle.

Q.   And the second information?

A.   Our wiring instructions.  That is a screenshot or listing online so that she can get the vin numbers so they can get insurance.

Q.   So I know it's a little unclear here, but does the vin

number appear below the words "sport utility."

A. Yes.

Q. Did you follow up with the status of the wire?

A. Yes, I was still in the house and I was texting to get a confirmation.

Q. Okay. And what did you say?

A. Do we have a confirmation of wire? Later, I wrote just a reminder, the wire cutoff is in 20 minutes.

Q. On the left side of this text thread, what did you receive at approximately 5:50 p.m.?

A. A screenshot showing that the fund transfers had been requested. That they had set up some sort of wire request.

Q. Was there additional information sent later that evening?

A. Yeah, the one that you showed earlier. The one that said Eyes Above Water. That was the only two methods of knowing that there was a wire being sent of some kind.

Q. You're referring to Government's Exhibit 37?

A. That's correct.

Q. The attachment that was sent to you from a separate phone number?

A. Yes.

Q. Did defendant Turner also send you insurance information?

A. Yes.

Q. And what are we looking then at the bottom of Government's Exhibit 35 on page 3?

A.   That is the declaration page.  That is when an insurance company sends you like proof of coverage so just proving that they had gotten the insurance on the vehicle.

Q.   Now, by the end of the day, had you received confirmation that the wire had been sent?

A.   The only confirmation I got was that one screenshot and that other thing.  There was no way for me to confirm that it had hit our account.

Q.   So what did you do now that it was after 5:00 p.m.?

A.   What I did was I called my general manager.  I told him, look, this is what they've sent me.  He's like --

Q.   Don't tell me what he said but based on what he told you, what did you do next?

A.   I provided we were not satisfied with the wire so we needed more information about them, so we looked up their business on SunBiz.  We wanted to see, like, if they actually owned the house they were staying in, or they had any properties.  Just anything to make us feel sat ease with leaving the vehicle there.

          We were not able to do anything that satisfied that request, so what we were given was basically either take the car or if we can get some kind of deposit and then the wire will come coming in the next day.

Q.   Did you ask for the keys at that point?

A.   I did.

Q. And what happened?

A. I was met with a little bit of pushback and aggression.

Q. What do you mean?

A. There was slamming. Mr. Kingston slammed the table and stood up and was like, oh, this is bullshit. I've never had to deal with this before. He got aggressive, but, you know, I just said, look, I'm sorry that this is the situation. I can't make these decisions. And he was like well, we've got to figure something out. You know, I already sent you the money. That's my car.

Q. Did he tell you why that car was so urgently needed?

A. Apparently they were shooting a video, or they were doing something that night and they wanted to show up in the car.

Q. Were you given the car keys and able the take the car that evening?

A. I was not.

Q. Did the defendant's mom get involved at that point?

A. I mean, she -- we were basically all like in the kitchen all together so there was crosstalk from everyone. I was told that, oh, we buy cars all the time by the mom. I was told we buy cars all the time. This never happens to us. This is crazy. We do business with all kinds of people. We've never had anyone give us this much problems, et cetera, et cetera.

I kept telling them, hey, look, we're not an independent. We can't just give you a car and just say, hey,

pay us later or something.  We're a large chain and we need to do everything by the book and basically the only way we were able to leave the vehicle there was if we received some kind of deposit and then the next day, we had like to have assurance that the wire was going through.

Q.  So let's end for today with the deposit, and then we'll pick up if that's okay with the court tomorrow with everything else.

So when you say a deposit, what type of deposit were you looking for for some sort of comfort?

A.  We were looking for $20,000 on a debit card or a credit card.

Q.  Why?

A.  I guess it was just so that they had some skin in the game so they had something to lose.  It was nonrefundable so it was like give us that money for the vehicle, when the wire comes through, then we'll give the money back.  If you don't, then we keep it, but we also get the car back.  It was just something so that they had a vested interest in the vehicle so they weren't just being left with a car for free.

Q.  Let me show what's been introduced into evidence as Government's 38.  Do you recognize 38?

A.  That's an internal document from I guess accounting that shows that we ran a credit card ending in 4594 for $20,000 at that time.

Q.   And ultimately this credit card went through?

A.   We had to run it a few times, but it went through I think like on the fourth time; third time.

Q.   And as a result of the transaction finally being approved, did you leave the vehicle at the Kingston residence that evening?

A.   Yes.  It was -- they were sent some Docusign paperwork that they needed to sign and then there was a tag that needed to be Ubered from the dealership to their home, and I needed to put the tag and, yeah, that's how we got about doing it.

Q.   And you left then for the evening?

A.   We left for -- well, yeah.  Me and the broker left for the evening but we were -- I was super adamant like, hey, this is just a deposit.  The wire's coming in tomorrow, right?

He guaranteed me that the wire was coming in.  Like the wire was outgoing, they already set it up.  You're going to get the wire first thing tomorrow morning, banking hours open, the wire will hit your account.  Guaranteed, guaranteed.  We already sent it.  It's already scheduled.  I said okay.

Q.   And you left for the evening?

A.   Left for the evening.

MR. ANTON:  This is a good place to stop, Judge.

THE COURT:  Okay.  Sir, we'll see you tomorrow morning.  Meet right back here.  You may step down for now and head into the hallway.  We will see you tomorrow at no later

than 9:15 a.m., okay?  Thank you very much, sir.  You can step out into the hallway.

Ladies and gentlemen of the jury, we've made it to the end of our first day of evidence.  I'm going to say the same four things to you that I've said a million times it must feel like already.  You are reminded not to discuss the case with anyone or permit anyone to discuss it with you.

You should also remember not to read, not to listen to anything, not to see -- if there is any media attention at all on your phones, on your T.V.'s, on any devices, you should avoid it if you ever walk into it.

Anyway, you should keep in kind not to do any research on what you've heard today or what you may hear in the days to come.  No Googling, no online research, no electronic research or research of any kind.  Don't visit the dealership that you just heard about.  Don't do anything like that.

Everything matters to these parties because you can see after your first day of evidence, it is about what comes before you as evidence, and that's it.  That's all that matters.  It's not evidence, it doesn't matter.  Evidence comes before you.

Also no contact with any attorneys, parties, or witnesses in the case at any time.  No one should talk to you about the case.  No one should try to talk to you about the case.  If anyone does, it's very unlikely, I've never seen it,

but if they did, you would tell Ms. Shotwell immediately.

And finally, keep an open mind.  Don't form an opinion about the case.  I have a feeling that things in your mind might have changed from 9:38 this morning until 5:38 p.m., and that's going to keep happening and that's why you're the jury.

I will be here with Ms. Shotwell super early.  There was one of you that was so excited to come and fulfill his civic duty, that he almost beat me here.

But whenever you come, you can come whenever from 7:30 on, and I'll make sure that you're comfortable.  I'll start with the parties and the attorneys at 8:30.  And we'll see you at 9:29 a.m.  Really appreciate everyone's attention, seriousness and punctuality.  All rise for the jury.  See you tomorrow.

(Jury exited the courtroom at 5:39 p.m.)

THE COURT:  You all may be seated.  The record should reflect that the jury has retired to the jury room.  You go from a Russian translation to a car salesman, it's like light speed.  We can do anything at this point, right?

Ms. Bozanic, let's talk for a bit about what happens after Mr. Bush tomorrow.  Even this slower judge can see that after Mr. Bush, we're going to have, I think, do we have Middlesex or has that been stipped?

MR. ANTON:  Judge, most of everything else has been stipped.  We'll have our remaining witnesses tomorrow.  We

expect if it goes as quickly as it seems to be going now, we'll probably finish by the end of the day tomorrow.

THE COURT:  So let's just for the uneducated, mainly Leibowitz in the room, we have Bush, we have Edery?

MR. ANTON:  Correct.

THE COURT:  And then who is after Edery?

MR. ANTON:  It would be most likely Jenkins and then Cook is the plan as of now.

THE COURT:  And that's it?

MR. ANTON:  Perhaps.

THE COURT:  I get it.  Fair to say that you think best estimate to your brothers and sister across the way that it is in that order?

MR. ANTON:  Yes, Judge.

THE COURT:  Bush, Edery, Jenkins, Cook?

MR. ANTON:  Correct.

THE COURT:  Fair is fair.  So I will tell the defense this:  Given that very reasonable estimate, given the Government's efficiency and advance notice to the other side, tomorrow morning at 8:30, you don't have to tell me now, but at 8:30 tomorrow, given the estimate, fair is fair.  I'm going to want to know any defense witnesses for the defense case in chief save the two defendants themselves.

You don't have to tell me that tomorrow morning, but anything that would follow if, in fact, we had time after

witness Cook and the Government did rest, that's what I'm going to be asking the defense for tomorrow.  Who and the order, just like they did for you.

And I think it's also fair to say that you should prepare to do that because we will go in the Government's case at least into the afternoon.

If you have more than let's say one, and it carries into the next day, you should be prepared to say those people tomorrow at 8:30.  Again, that is not that you get a game time balls of your feet decision with respect to the two defendants themselves.  You don't have to tell me that tomorrow.  But to see all of the case, and all or most of the defense case before they're going to be asked through their attorneys what they wish to do.

Ms. Bozanic.

MS. BOZANIC:  Around what time I guess after lunch which would be 1:30, we should be have somebody ready to go?

THE COURT:  I do think that it is possible -- let me say it this way.  If he -- if the Government finishes before lunch, we'll just quit for lunch early.  That's really fast.

MR. ANTON:  Judge, I speak extremely fast.  The court reporter is going to hate me for sure, probably already does. I see no way that we finish before lunch.

THE COURT:  I get it and also in fairness, there's double crosses and important crosses to come, and these are all

guesses.  But I appreciate you rising.

I don't think that the defense is going in any universe start until after lunch and it actually sounds to me from what I can see from the 3500, that it's going to be more like late afternoon.  Very optimistic.  So, Yes, ma'am.

MS. BOZANIC:  Judge, I just have one more question. In case we're having to run into Friday for scheduling purposes, does your Honor have court on Fridays?  I've heard you go to Miami.

THE COURT:  I do, but I will tell you a lot is going to depend on what the defense team tells me tomorrow morning. Because I don't have a sense yet if you have one plus possible clients or zero, or 11, and I got a witness list a while back but you're not held to it so part of it is going to be that, and it's just a little bit right now of a game time decision because if we can get it all in, I mean, all of it in, I'd like to try to do that.  I'd like to try to do that by Thursday night.

But that includes a lot, and I don't think if we can do that -- let me tell you what I think and I reserve the right to completely change my mind tomorrow.

But I do think that you all deserve to know what I think, and some guideposts.  If we could get it all in, counsel, and the jury could have the case virtually by Thursday night, I'm inclined to give them a three-day weekend.  Okay.

Because then, they could start deliberating on Monday. If there's any carryover at all, I think we're going to get it done on Friday and I'll move my stuff around and we're going to keep going with this. That's where I am right now.

A lot depends on decisions from the defense counsel that I know you all have to think about so that's my best guess. And I hope that helps. This trial is going to start moving. There's no more Russian interpreters, right?

MR. ANTON: No, Judge.

THE COURT: There's no more interpreters at all?

MR. ANTON: That's correct.

THE COURT: Okay. You guys must have flipped a coin and Mr. Anton must have won that coin flip and so Jones had to do that witness.

Anything we need to take up?

MS. BOZANIC: No, Judge. Thank you.

MR. DOMINGUEZ: Charge conference.

THE COURT: Yeah, so based on this, I think that's tomorrow night. I mean, I have a TRO. She's looking at me because I just spoke and I have a TRO tomorrow so it won't be tomorrow night. It will be the following morning. We may be telling the jury tomorrow that we're going to start with them a little bit later than 9:30 and we'll use our 8:30 to 9:30 or 10:00 to do a charge conference but busy day tomorrow.

Ms. Shotwell will make sure that I don't run into too

many other double scheduled things, and I appreciate you asking.  If you have questions like that, I just the best I can do is give you the sense 24/48 hours ahead.

Anything from the Government?

MR. ANTON:  No, your Honor.  Thank you.

THE COURT:  Well done today.  I'll see you all tomorrow at 8:30.  Thanks, everybody.

(Proceedings adjourned at 5:47 p.m.)

C-E-R-T-I-F-I-C-A-T-E

I hereby certify that the foregoing is an accurate excerpt of the transcription of the proceedings in the above-entitled matter.

SEPTEMBER 30, 2025     Ellen A. Rassie_____
                       ELLEN A. RASSIE, RMR-CRR
                       Official Court Reporter
                       To the Honorable Rodney Smith
                       299 East Broward Blvd., Room 207-C
                       Fort Lauderdale, Florida  33301
                       (954)769-5448

**MR. ANTON: [27]**
67/5 67/12 67/17
67/19 69/9 70/12 71/4
73/24 108/11 112/19
112/24 181/8 182/14
196/2 196/7 196/20
203/22 205/24 206/5
206/7 206/10 206/14
206/16 207/21 209/9
209/11 210/5

**MR. DOMINGUEZ:
[51]** 8/8 11/7 11/10
23/13 24/16 32/21
33/2 40/10 48/17 49/3
69/4 69/21 87/4 97/24
100/8 100/11 100/13
105/13 106/14 106/19
108/2 108/7 110/7
112/15 113/5 119/5
135/14 136/9 137/5
137/13 140/16 156/23
167/3 170/1 170/5
171/5 171/18 171/20
172/18 175/24 177/5
177/18 177/20 177/25
178/24 179/2 181/3
181/17 181/20 195/22
209/17

**MR. JONES: [34]** 3/4
8/3 8/16 8/24 11/9
19/10 23/10 24/17
39/25 96/4 97/16
100/4 111/16 112/11
113/8 113/11 118/23
119/9 119/13 119/17
123/11 134/16 135/19
135/21 135/23 137/19
140/15 145/14 145/25
157/4 176/1 177/3
178/18 180/1

**MR. ROSENBLATT:
[25]** 124/8 135/11
140/11 145/16 150/2
151/5 156/13 156/15
156/20 157/12 161/25
162/3 165/16 165/20
165/23 166/3 166/8
166/23 178/2 179/8
179/21 180/7 180/15
181/1 187/20

**MS. BOZANIC: [44]**
8/11 12/13 17/2 33/3
40/2 40/4 40/6 40/9
40/15 42/2 42/4 42/7
42/10 48/13 50/11
50/13 67/2 68/2 68/16
68/23 70/8 71/16
71/18 71/20 72/1
72/20 72/25 73/21
74/6 74/9 86/23 86/25

108/10 109/4 112/13
113/3 119/3 137/4
137/12 181/15 196/19
207/16 208/6 209/16
**THE COURT
SECURITY
OFFICER: [1]** 165/12
**THE COURT: [178]**
3/5 3/17 8/6 8/10
8/12 8/18 12/14 17/3
19/12 23/12 23/14
32/22 33/4 40/1 40/3
40/5 40/7 40/12 42/3
42/5 42/9 46/25 47/3
47/22 48/8 48/14
48/22 49/4 49/6 50/5
50/12 67/4 67/6 67/11
67/16 67/18 67/24
68/12 68/22 68/25
69/8 69/13 69/22
70/10 70/17 71/8
71/19 71/21 71/25
72/2 72/22 73/22 74/1
74/7 74/10 86/24 87/3
96/5 97/17 97/22
100/6 100/10 100/12
105/11 105/14 106/5
106/12 106/18 106/20
107/23 108/4 108/8
108/12 109/2 109/9
109/15 110/9 112/12
112/14 112/16 112/23
112/25 113/4 113/6
113/10 113/14 119/1
119/4 119/6 119/10
124/9 134/13 135/13
135/15 135/20 135/22
135/24 136/4 136/10
137/6 137/10 137/14
137/17 140/13 140/20
145/15 145/17 146/1
146/21 147/12 155/21
156/1 156/14 156/18
156/21 156/24 157/6
161/24 162/10 163/9
163/16 165/14 165/18
165/22 166/1 166/5
166/9 166/13 167/1
170/3 170/6 171/7
171/16 171/19 171/21
172/16 172/19 175/25
177/4 177/6 177/19
177/21 178/1 178/19
179/1 179/4 179/9
179/18 180/2 180/17
181/2 181/4 181/7
181/13 181/16 181/18
181/21 181/24 182/9
187/22 195/24 196/3
196/21 203/23 205/16
206/3 206/6 206/9
206/11 206/15 206/17

207/18 207/24 208/10
209/10 209/12 209/18
210/6
**THE COURTROOM
DEPUTY: [10]** 3/8
3/12 108/14 115/6
115/10 115/13 115/17
137/8 182/1 182/5
**THE INTERPRETER:
[13]** 115/9 115/12
117/21 119/11 119/16
123/10 135/12 142/18
149/7 150/3 151/4
162/9 174/10
**THE WITNESS: [19]**
3/11 3/15 17/4 47/2
87/2 115/16 115/19
119/18 123/12 124/10
151/6 162/1 162/4
179/11 180/25 181/6
182/4 182/7 196/23

**$**

**$10,000 [1]** 99/7
**$115,000 [1]** 41/11
**$115,540.77 [1]**
41/12
**$115,548.77 [1]**
46/9
**$15,000 [1]** 118/13
**$150,000 [1]** 6/16
**$159,000 [2]** 185/15
191/8
**$20,000 [2]** 202/11
202/24
**$27,000 [1]** 6/15
**$30,000 [18]** 16/14
18/1 18/2 20/16 21/9
42/16 43/25 61/4 62/2
62/18 62/21 92/17
97/20 98/2 98/12
98/13 98/20 98/24
**$327,000 [3]** 122/5
148/23 149/10
**$38,000 [5]** 13/17
44/8 44/11 44/19
44/21
**$38,513 [1]** 43/17
**$38,513.59 [1]**
42/19
**$40,000 [4]** 31/23
32/10 54/10 111/20
**$400,000 [1]** 173/18
**$47,000 [3]** 16/15
31/23 111/2
**$480,000 [4]** 133/23
134/2 138/10 159/14
**$5,000 [1]** 32/7
**$5,310.00 [1]** 46/5
**$593,600 [1]** 130/7
**$6,000 [1]** 52/22
**$7,000 [2]** 31/25

32/6
**$77,027.18 [1]**
41/15
**$8,000 [4]** 52/22
54/4 54/7 54/9

**1**

**1,332 [1]** 95/8
**1.2 [2]** 6/24 6/25
**1.5 [4]** 6/24 7/1
118/13 167/22
**1.8 [2]** 6/24 7/1
**10 [6]** 48/9 75/7
124/25 128/14 132/11
132/13
**10-25-2023 [1]** 18/2
**104th [1]** 1/21
**10:00 [1]** 209/24
**10:44 [1]** 48/7
**10:48 [1]** 49/5
**11 [18]** 25/8 75/9
85/16 85/18 85/18
120/2 122/20 123/21
124/17 124/25 125/18
142/5 142/23 143/16
143/18 145/2 158/12
208/13
**110 [1]** 46/5
**113 [1]** 2/8
**115 [1]** 41/15
**116 inches [2]** 5/13
5/15
**116-inch [1]** 6/13
**119 [1]** 2/9
**11:01 [1]** 49/5
**11:03 [1]** 50/4
**11K [1]** 41/13
**11th [2]** 62/12 81/21
**12 [12]** 125/5 126/8
126/16 128/9 128/15
129/2 129/21 131/10
131/23 134/19 142/22
142/24
**12:16 [1]** 107/22
**12:17 [1]** 108/15
**12th [1]** 30/21
**13 [6]** 132/11 132/16
133/3 133/11 141/9
141/21
**13-year [1]** 168/15
**13th [2]** 82/6 127/1
**14 [11]** 22/10 132/10
133/17 134/3 137/23
138/12 141/10 141/14
152/11 152/17 153/15
**14th [5]** 14/8 63/4
63/10 145/5 153/9
**15 [8]** 5/19 22/10
73/3 126/20 128/15
136/1 137/22 171/18
**15-minute [3]** 48/1
48/6 48/9

**1500 [1]** 1/16
**159 [2]** 185/14
185/15
**15th [13]** 22/10
31/19 31/19 39/1 61/4
61/17 62/2 62/13 63/8
66/8 66/16 75/16
110/6
**16 [6]** 30/12 133/10
133/13 133/18 137/21
138/11
**17 [9]** 2/9 30/22
118/25 119/1 119/6
119/8 144/22 163/11
163/14
**17100 [1]** 1/18
**174 [1]** 92/12
**174 inches [1]** 92/12
**17th [6]** 24/15 52/25
66/8 66/16 68/21
73/17
**18 [2]** 31/6 111/17
**180 [1]** 91/6
**181 [1]** 2/9
**188 [1]** 92/12
**188 inches [1]** 91/6
**19 [4]** 33/17 142/5
142/23 158/12
**1:20 [1]** 107/25
**1:25 [1]** 108/12
**1:30 [5]** 106/22
108/15 109/1 109/14
207/17
**1st [1]** 145/2

**2**

**20 [11]** 29/6 29/7
34/25 41/1 41/5 63/24
96/22 156/25 157/7
157/8 199/8
**20 percent [1]** 96/18
**2017 [2]** 118/18
190/5
**2018 [1]** 118/18
**2019 [1]** 151/16
**2020 [2]** 151/16
153/15
**2022 [4]** 116/10
116/11 116/12 190/5
**2023 [11]** 8/2 14/12
15/9 17/25 18/2 24/15
40/22 73/3 73/17
184/19 186/12
**2024 [17]** 32/11
39/3 55/4 55/15 117/6
119/22 128/22 129/6
133/17 134/3 138/12
145/2 145/10 147/8
152/11 152/17 153/15
**2025 [2]** 1/5 210/16
**207-C [2]** 1/24
210/18

**2**

**21 [1]**  27/20
**213-782-9622 [1]**
 126/3
**21st [6]**  25/12 25/13
 27/15 76/3 186/12
 196/10
**22 [1]**  129/1
**22nd [7]**  25/18 25/18
 27/24 76/9 76/17
 76/25 116/8
**23 [2]**  36/9 143/16
**232 [4]**  5/14 92/10
 92/11 92/15
**232 inches [5]**  5/15
 10/24 91/2 93/2 95/1
**232-inch [2]**  6/14
 16/23
**24-CR-60126 [1]**
 1/2
**24/48 [1]**  210/3
**25 [5]**  1/5 32/10
 36/23 37/11 138/5
**25th [1]**  17/25
**26 [1]**  143/18
**26th [1]**  26/1
**27 [1]**  28/8
**27th [1]**  28/9
**28 [1]**  62/8
**299 [2]**  1/24 210/18
**2:00 [1]**  192/16
**2:43 [1]**  136/3
**2:45 [1]**  137/9
**2:57 [2]**  137/9
 137/16
**2nd [1]**  29/21

**3**

**30 [8]**  25/5 25/5 34/8
 41/5 63/11 63/24
 196/2 210/16
**30 percent [2]**  96/9
 96/22
**300 [1]**  173/18
**30th [10]**  62/12 64/5
 76/10 76/10 76/14
 76/18 78/15 78/23
 109/25 110/1
**310-330-6699 [1]**
 14/21
**32 [5]**  2/9 181/10
 181/14 181/21 181/23
**323-532-7624 [2]**
 126/7 132/25
**327 [1]**  148/25
**33 [4]**  129/21 130/2
 198/6 198/7
**33156 [2]**  1/16 1/21
**33301 [2]**  1/25
 210/18
**33326 [1]**  1/19
**33394 [1]**  1/14

**34 [1]**  130/22
**35 [5]**  79/5 197/25
 197/25 198/13 199/25
**3500 [1]**  208/4
**36 [3]**  196/13 196/14
 196/16
**37 [4]**  116/3 197/11
 197/12 199/17
**38 [7]**  2/9 181/10
 181/14 181/21 181/23
 202/22 202/22
**386-344-8426 [2]**
 38/22 38/24
**3:40 p.m [1]**  121/14
**3rd [1]**  121/14

**4**

**40 percent [1]**  96/9
**403 [1]**  100/7
**41 [1]**  4/5
**45-incher [1]**  5/11
**4578 [3]**  27/12
 132/22 198/10
**4594 [1]**  202/24
**48 [1]**  210/3
**49 [1]**  131/10
**4:13 [1]**  163/15
**4:15 [1]**  156/25
**4:17 [1]**  165/13
**4:30 [3]**  163/11
 165/13 166/12
**4th [16]**  61/8 63/20
 63/22 64/3 64/12
 64/15 64/22 76/20
 77/9 77/14 77/15
 79/16 79/18 79/20
 79/23 80/1

**5**

**50 [3]**  96/9 96/13
 138/4
**500 [1]**  1/14
**52 [1]**  131/23
**5448 [1]**  210/19
**55 [5]**  2/8 112/22
 112/25 113/6 113/9
**5:00 [5]**  193/17
 194/23 194/24 195/4
 200/9
**5:30 [2]**  166/17
 166/21
**5:38 [1]**  205/4
**5:39 [1]**  205/15
**5:40 [1]**  121/16
**5:47 [1]**  210/8
**5:50 [1]**  199/10
**5th [8]**  77/10 77/17
 77/17 79/1 79/2 79/3
 79/10 79/15

**6**

**60 [1]**  134/19

**60126 [1]**  1/2
**61 [1]**  134/20
**64 [2]**  95/10 95/10
**6699 [2]**  14/21 39/8
**6785 [1]**  83/20
**69 [1]**  92/25
**6x6 [2]**  190/5 190/13

**7**

**700 [1]**  1/14
**72nd [1]**  183/3
**74 [1]**  2/12
**75 [1]**  142/23
**7624 [2]**  126/7
 132/25
**769-5448 [1]**  210/19
**7695 [1]**  1/21
**7836 [1]**  197/10
**786-794-6785 [1]**
 83/20
**7:30 [1]**  205/9
**7th [2]**  77/24 78/17

**8**

**8426 [2]**  38/22 38/24
**863-303-7836 [1]**
 197/10
**8:30 [6]**  205/11
 206/20 206/21 207/9
 209/23 210/7

**9**

**9100 [1]**  1/16
**954 [1]**  210/19
**954-770-4578 [3]**
 27/12 132/22 198/10
**9622 [1]**  126/3
**9:15 [1]**  204/1
**9:29 [1]**  205/12
**9:30 [2]**  209/23
 209/23
**9:38 [1]**  205/4
**9th [8]**  65/21 79/8
 80/14 80/15 80/17
 80/21 80/22 81/19

**A**

**a.m [6]**  48/7 49/5
 49/5 50/4 204/1
 205/12
**abided [1]**  164/14
**ability [1]**  122/23
**able [8]**  121/8 141/1
 157/20 174/18 189/22
 200/20 201/14 202/3
**about [165]**  6/12
 7/24 10/6 10/13 10/15
 10/15 11/19 12/16
 12/22 15/13 15/13
 15/13 15/14 15/15
 16/3 16/11 17/17
 20/16 22/14 22/14

25/1 26/7 26/23 26/25
 28/6 28/11 28/17
 29/18 31/8 33/10
 33/13 33/13 33/25
 35/16 36/21 36/24
 37/24 39/14 40/12
 40/21 40/21 48/10
 54/10 56/11 57/12
 57/25 58/15 58/19
 59/20 59/22 59/22
 59/23 60/3 65/24
 66/12 73/11 78/11
 78/19 83/7 83/12
 83/24 86/13 87/19
 88/10 88/18 88/23
 90/9 90/25 92/22
 92/24 93/14 95/25
 100/22 103/13 105/16
 105/18 107/4 107/13
 108/3 108/5 108/12
 109/24 110/16 110/17
 113/17 120/5 120/6
 120/13 121/22 122/4
 123/15 124/1 127/20
 128/4 128/19 128/24
 128/25 129/16 131/16
 131/24 132/2 135/7
 137/23 138/17 139/15
 141/12 141/16 141/23
 142/12 142/13 143/7
 143/21 144/21 146/14
 147/20 148/8 148/22
 148/22 149/6 149/9
 150/13 150/17 151/22
 152/8 152/23 154/6
 155/19 156/25 157/7
 157/8 159/5 159/19
 160/24 161/7 165/16
 166/17 168/16 169/7
 171/11 172/10 174/8
 174/25 176/13 177/13
 177/14 177/21 184/20
 185/4 186/7 186/11
 188/16 188/20 190/23
 191/12 196/5 197/15
 200/15 203/10 204/16
 204/18 204/24 204/24
 205/3 205/20 209/6
**above [10]**  32/18
 32/20 32/24 112/4
 112/5 112/6 173/18
 173/19 199/15 210/14
**above-entitled [1]**
 210/14
**Absolutely [2]**  37/4
 194/20
**access [2]**  53/21
 53/23
**accompanying [1]**
 127/16
**according [3]**  80/7
 102/8 133/23

**Accordingly [1]**
 114/5
**account [20]**  30/16
 39/21 51/19 53/21
 53/23 54/23 54/25
 55/1 55/24 112/7
 134/22 145/1 145/4
 159/20 192/19 193/3
 193/19 195/3 200/8
 203/18
**accounting [3]**
 192/19 194/24 202/23
**accurate [5]**  135/8
 152/2 153/10 154/3
 210/12
**accurately [1]**  72/14
**accusing [1]**  69/19
**ACH [4]**  27/25 28/4
 29/21 197/9
**acknowledgment [5]**
 23/24 24/8 59/13
 104/21 110/20
**across [1]**  206/12
**act [1]**  38/12
**acting [1]**  34/13
**action [2]**  106/16
 144/9
**actor [1]**  121/21
**actual [8]**  21/3 21/4
 34/4 41/12 49/16
 83/24 100/13 172/15
**actually [28]**  37/19
 45/12 47/9 47/12
 48/19 49/10 55/22
 56/14 63/15 65/21
 83/23 84/2 84/7 96/1
 113/18 114/16 124/19
 144/16 151/25 153/16
 154/6 165/17 169/15
 194/1 195/9 195/16
 200/16 208/3
**adamant [1]**  203/13
**add [3]**  70/12 71/4
 154/22
**addition [4]**  38/15
 52/17 106/23 128/24
**additional [5]**  70/12
 136/20 136/21 144/9
 199/13
**address [6]**  16/8
 16/8 111/13 160/22
 186/5 186/20
**addressed [1]**  112/3
**adds [1]**  43/23
**adjourned [1]**  210/8
**adjust [3]**  127/5
 127/9 127/11
**administrative [1]**
 144/12
**admit [1]**  73/21
**admitted [1]**  74/2
**admonished [1]**

**A**

**admonished... [1]**
156/16
**admonishing [1]**
108/3
**admonition [2]**
136/9 165/25
**admonitions [1]**
106/23
**ads [19]**  43/22 51/25
52/1 52/1 52/3 52/7
52/18 52/20 53/2
53/14 53/18 53/20
54/6 54/21 55/3 55/5
55/12 183/23 184/4
**advance [3]**  16/14
67/23 206/19
**advertise [5]**  6/4 6/6
51/20 54/11 55/20
**advertised [1]**  41/7
**advertisement [18]**
6/9 11/22 12/22 12/25
15/15 43/13 43/24
44/13 44/15 44/15
44/18 44/20 54/10
54/13 55/7 56/8 94/8
111/2
**advertisements [4]**
38/17 54/15 89/16
94/8
**advertising [4]**
17/11 43/22 44/14
117/15
**advisable [1]**  167/24
**affect [2]**  129/23
135/19
**affiliation [1]**  51/13
**afford [6]**  6/11 12/20
12/21 121/24 122/3
128/7
**afraid [1]**  159/18
**after [60]**  3/2 9/24
10/17 15/4 17/22
18/11 20/1 21/9 23/17
24/23 27/23 29/8 46/4
48/2 48/6 54/22 55/3
63/7 64/1 64/2 71/8
75/25 76/3 78/12
79/15 80/13 104/18
105/4 105/5 105/5
105/5 107/20 107/24
110/13 126/23 139/3
139/6 144/14 150/11
150/11 150/13 153/8
153/9 158/24 159/4
159/4 160/3 163/22
174/24 176/24 178/7
181/4 200/9 204/18
205/21 205/22 206/6
206/25 207/16 208/3
**afternoon [10]**

115/21 134/14 135/24
145/21 156/25 157/9
163/10 167/7 207/6
208/5
**again [23]**  29/17
30/15 31/8 38/23 60/2
65/18 71/11 77/14
85/10 92/10 101/1
102/1 102/3 104/7
109/22 111/4 128/23
128/23 142/18 143/23
163/11 180/5 207/9
**against [1]**  126/12
**aggression [1]**  201/2
**aggressive [1]**  201/6
**ago [6]**  4/22 88/22
124/3 124/4 191/13
192/11
**agree [33]**  42/17
44/22 44/23 58/10
61/22 62/20 63/20
66/19 66/23 67/1
72/14 74/14 77/11
78/12 79/15 79/21
79/24 80/12 83/1 83/4
84/11 84/17 84/21
91/2 91/4 161/22
167/9 167/9 167/16
168/9 168/12 172/21
175/20
**agreed [4]**  18/23
80/12 80/21 129/11
**agreement [22]**
13/10 13/10 13/14
15/16 15/16 15/17
16/12 21/14 21/17
21/18 42/1 42/16
42/18 42/21 43/10
43/12 43/17 44/25
84/9 86/19 98/5 111/8
**ahead [5]**  28/13
105/14 157/2 181/18
210/3
**aided [1]**  113/12
**air [2]**  18/18 154/23
**airport [8]**  138/21
139/11 139/21 154/16
154/18 154/20 157/24
173/6
**Alex [1]**  186/3
**all [128]**  3/3 8/22
10/12 14/24 17/10
17/22 30/7 34/8 34/21
37/10 38/3 38/7 41/4
45/5 48/6 48/16 50/3
50/3 50/23 51/12
53/13 54/13 54/14
54/15 56/2 58/1 63/5
66/1 66/3 67/22 68/14
68/25 69/20 71/12
71/15 72/8 72/12
72/13 74/15 77/1 79/9

85/4 86/1 86/25 90/19
92/9 94/8 98/22
101/22 102/2 102/23
103/19 105/21 107/21
107/23 108/14 109/10
109/11 109/11 109/13
112/22 113/3 113/16
114/23 115/2 117/17
121/1 122/6 124/16
127/6 130/23 130/25
135/15 137/8 137/15
144/3 144/18 148/8
151/23 153/12 155/22
156/2 156/4 157/6
158/19 159/9 159/14
159/16 164/3 164/7
164/21 164/25 165/5
165/12 166/10 166/11
169/16 170/11 174/8
182/11 185/1 185/1
188/5 192/15 192/17
194/16 194/17 197/18
201/18 201/19 201/20
201/21 201/22 204/9
204/19 205/13 205/16
207/12 207/12 207/25
208/16 208/16 208/22
208/23 209/2 209/6
209/10 210/6
**alleged [1]**  95/5
**allegedly [5]**  160/3
178/22 179/14 179/24
180/11
**allow [9]**  69/13 70/4
70/8 114/10 135/16
163/22 163/23 165/3
183/12
**allowed [3]**  70/24
164/23 165/1
**almost [3]**  5/19 99/6
205/8
**along [6]**  49/13
106/25 135/25 163/13
174/7 196/3
**already [42]**  15/19
16/11 26/15 29/24
30/4 30/10 34/24 35/5
39/14 39/16 42/6
43/15 58/14 64/17
82/5 82/5 83/10 84/24
92/17 93/12 93/13
102/2 102/16 103/10
107/4 120/20 127/2
127/4 138/14 139/23
158/25 171/10 191/25
193/17 195/4 195/18
201/9 203/16 203/19
203/19 204/6 207/22
**also [43]**  6/19 7/23
14/13 15/1 20/21
22/16 22/24 26/5
32/17 51/15 51/25

53/7 57/4 80/4 99/16
114/13 117/25 123/3
124/12 125/2 126/19
128/10 128/15 132/2
141/17 149/23 150/23
151/11 151/21 162/17
168/9 173/25 182/21
189/25 191/22 195/12
198/14 199/22 202/18
204/8 204/22 207/4
207/24
**alternative [2]**  34/22
34/23
**Although [2]**  176/14
188/22
**always [29]**  3/6 3/19
11/21 11/23 12/2
15/15 17/4 20/5 22/12
26/7 31/2 31/3 31/4
32/13 37/15 39/10
39/22 52/22 55/25
60/14 79/11 81/17
96/14 96/16 99/21
99/25 100/23 155/20
194/20
**am [8]**  29/19 69/21
82/16 83/9 174/12
174/16 190/20 209/4
**amazing [1]**  76/7
**AMERICA [6]**  1/4
97/7 111/14 116/19
133/25 145/1
**amount [22]**  18/3
25/7 31/23 31/24
31/24 43/17 46/4 46/6
52/6 52/23 93/1 93/2
93/9 130/8 138/12
143/7 143/10 168/6
170/25 180/13 191/17
198/2
**analyze [1]**  167/24
**ANDERSON [9]**  1/6
1/18 7/24 8/10 40/1
140/14 181/13 187/24
194/14
**Andre [4]**  115/12
182/7 182/22 182/25
**Andrii [7]**  1/10
113/11 115/19 145/19
167/5 176/3 177/11
**Angeles [11]**  116/5
116/5 139/5 142/15
152/18 153/6 153/11
153/17 153/23 158/6
159/17
**anonymous [1]**
186/23
**another [29]**  5/21
5/21 5/22 18/16 18/17
21/23 32/1 36/12 57/5
61/15 91/14 91/17
92/6 92/12 93/2 93/3

93/7 93/10 126/9
126/14 127/25 136/18
145/23 156/25 157/7
157/8 161/18 168/19
196/2
**answer [22]**  17/3
33/5 49/11 49/16
58/12 69/8 118/9
120/15 124/9 135/16
136/17 146/19 146/21
150/21 156/15 161/16
179/3 179/10 179/19
180/2 181/19 196/21
**answered [7]**  69/15
114/25 136/19 157/17
166/1 177/23 180/1
**answering [2]**
166/24 195/23
**answers [2]**  69/25
88/15
**Anton [9]**  1/13 50/7
69/8 108/4 136/13
146/18 182/13 195/25
209/13
**any [94]**  4/8 4/18
8/6 8/20 16/18 16/20
16/24 18/23 23/12
24/24 25/1 27/24
27/24 32/6 32/16 33/7
34/23 37/19 38/15
38/17 49/1 49/22
54/21 55/2 56/5 56/7
56/10 58/2 58/18
65/24 67/4 67/13
67/15 69/20 71/7 78/6
81/13 89/5 91/3 93/8
105/9 107/6 111/2
112/12 113/2 113/4
114/12 114/14 116/15
116/19 119/2 121/5
127/20 129/13 132/2
135/18 137/1 143/7
144/9 144/9 144/19
146/17 146/24 150/19
166/24 175/25 176/6
176/23 177/4 178/21
178/21 179/5 179/23
180/10 181/2 181/14
181/16 189/13 189/15
193/11 194/4 194/8
195/15 197/17 200/17
204/9 204/10 204/12
204/15 204/22 204/23
206/22 208/2 209/2
**anybody [8]**  48/20
58/5 58/6 58/9 83/3
108/3 108/5 167/24
**anyone [7]**  106/24
113/20 146/18 201/23
204/7 204/7 204/25
**anything [36]**  9/24
32/13 38/20 58/9

## A

**anything... [32]** 61/25 66/9 66/18 66/22 69/2 70/3 74/13 77/20 91/25 103/21 107/9 108/8 109/2 135/7 137/3 141/16 156/2 163/18 164/20 168/25 177/24 188/15 193/20 193/20 200/18 200/20 204/9 204/16 205/19 206/25 209/15 210/4

**anyway [2]** 107/16 204/12

**Anywhere [1]** 128/19

**apologies [1]** 11/7

**apologize [7]** 9/4 59/14 59/15 98/6 167/20 168/5 171/18

**apologized [7]** 60/16 64/18 65/20 82/21 82/24 82/25 83/11

**apology [3]** 59/17 59/18 60/16

**apparently [2]** 90/16 201/12

**appeals [1]** 161/8

**appear [3]** 176/14 176/16 199/1

**APPEARANCES [1]** 1/12

**appears [2]** 126/9 198/4

**Apple [1]** 148/2

**application [1]** 148/12

**applied [1]** 149/23

**applies [1]** 114/13

**appraisals [2]** 178/21 179/5

**appraiser [1]** 179/24

**appreciate [3]** 205/12 208/1 210/1

**approach [5]** 67/2 67/5 70/5 70/10 71/20

**approval [1]** 193/24

**approved [1]** 203/4

**approximately [11]** 4/22 6/12 8/1 13/15 13/17 14/7 22/8 25/3 29/3 153/10 199/10

**apps [2]** 6/7 6/8

**April [2]** 145/2 183/10

**are [129]** 4/1 4/4 4/25 8/13 11/19 15/12 19/24 20/25 21/6 21/6 22/3 22/16 25/2 25/13 28/18 30/12 30/13 30/18 32/2 32/11 34/11 34/14 37/2 49/19 52/1 52/3 52/7 54/6 55/5 55/19 58/18 59/11 59/13 61/2 62/8 62/9 62/10 63/12 66/19 66/23 66/25 68/13 68/14 72/17 72/23 73/3 76/13 76/23 77/11 78/5 78/7 79/1 80/6 84/14 85/16 85/19 86/3 89/8 89/8 91/19 92/20 92/21 97/3 97/7 101/23 102/18 112/16 116/2 116/13 116/21 118/3 118/4 119/1 119/6 120/23 121/5 126/11 126/12 127/3 127/17 127/21 129/15 131/21 132/12 132/16 133/6 144/25 146/5 150/17 151/23 153/21 155/12 161/10 161/14 162/12 162/17 163/3 164/21 165/3 165/7 168/10 168/11 168/22 168/22 170/21 172/22 172/22 173/24 173/25 174/1 175/5 181/21 183/24 183/24 184/1 184/8 184/10 186/8 189/3 190/7 193/4 194/7 194/16 197/19 198/6 198/16 199/24 204/6 207/25

**area [5]** 49/20 133/5 156/23 168/16 177/5

**areas [1]** 164/3

**Argentina [8]** 4/7 5/21 7/14 16/1 17/16 88/24 94/7 94/9

**Argentinian [3]** 5/22 45/12 46/11

**arguments [1]** 70/23

**Ariel [7]** 1/9 3/4 3/15 3/22 40/17 87/6 109/20

**armored [1]** 188/22

**arms [1]** 67/8

**Arnold [6]** 1/10 181/8 182/7 182/16 182/20 182/21

**around [9]** 16/17 40/8 52/22 122/5 188/6 192/16 195/8 207/16 209/3

**arrive [3]** 147/2 186/25 187/3

**arrived [3]** 124/11 125/4 139/20

**article [1]** 187/16

**artist [8]** 10/9 10/9 10/21 11/25 11/25 12/18 12/19 17/10

**artists [1]** 194/19

**as [107]** 4/8 7/13 7/24 8/14 11/21 16/2 16/22 18/5 20/4 23/1 24/22 24/22 28/18 28/18 32/22 42/7 42/18 44/3 45/25 45/25 47/20 49/18 62/7 67/3 70/15 71/5 71/9 71/23 74/2 78/4 78/4 81/24 81/24 85/1 85/7 85/13 91/9 93/15 94/25 104/8 106/16 106/16 107/18 109/4 109/4 110/9 114/9 114/17 116/8 118/7 119/10 124/13 125/11 127/8 127/11 131/12 131/24 135/7 135/8 136/18 136/19 140/7 140/18 141/2 141/18 143/4 148/24 151/10 153/12 156/6 156/7 163/12 166/17 166/20 167/22 169/6 170/1 172/16 172/17 173/16 173/22 178/5 179/13 179/17 180/9 180/18 180/22 184/6 191/14 191/25 193/1 193/4 193/25 195/5 195/19 195/19 195/20 196/4 196/13 197/20 198/14 202/21 203/4 204/19 206/1 206/1 206/8

**ASAP [1]** 25/24

**ask [30]** 17/4 17/14 23/20 24/21 30/2 30/17 32/12 32/13 56/10 60/9 60/11 64/19 70/10 106/5 106/12 120/8 121/1 122/25 149/13 165/21 166/19 170/3 172/16 172/17 177/13 179/6 179/19 180/3 180/5 200/24

**asked [30]** 17/6 27/20 28/14 30/4 31/8 34/6 40/24 56/10 59/14 59/14 78/13 78/19 84/11 85/25 86/6 86/14 98/12 122/4 147/21 159/22 160/1 162/20 172/2 172/2 177/21 180/1 188/16 189/7 193/8 207/13

**asking [21]** 10/20 27/17 28/11 28/15 29/18 30/15 34/17 49/23 77/6 88/12 98/22 106/10 129/15 150/17 153/21 175/22 184/24 186/16 190/19 207/2 210/2

**asks [2]** 76/25 77/6

**assemble [4]** 7/4 7/6 7/10 101/5

**assembly [1]** 100/2

**assigns [1]** 185/2

**assistance [1]** 144/8

**assistant [4]** 56/14 56/20 56/25 69/19

**associate [3]** 183/8 183/9 183/12

**associated [1]** 14/19

**assurance [1]** 202/4

**assure [2]** 143/11 143/12

**at [192]** 5/11 7/6 7/10 8/3 9/22 9/23 9/23 10/17 11/4 13/23 17/11 17/23 18/4 18/10 19/17 20/8 20/25 21/1 21/11 22/3 24/24 25/1 26/11 26/11 26/15 27/15 28/17 28/20 29/25 30/2 32/9 32/24 33/20 35/19 35/21 36/19 37/2 37/17 38/9 39/17 40/10 45/7 45/8 45/11 47/5 47/14 48/7 48/23 49/7 49/7 50/4 50/16 59/7 59/11 61/3 61/12 63/2 64/1 64/21 67/9 67/10 67/25 69/20 71/12 72/20 73/24 74/5 75/17 76/9 76/13 78/14 80/14 80/17 90/19 90/20 90/22 97/13 97/17 99/19 100/6 106/22 107/10 107/15 107/22 107/25 108/12 109/1 109/7 109/9 109/14 112/2 112/21 113/3 114/18 116/24 118/23 119/24 120/2 123/5 124/2 124/17 125/1 127/16 127/17 129/25 130/2 131/3 131/5 131/8 134/8 136/3 136/15 136/24 137/16 138/25 139/5 139/11 139/14 139/20 140/8 141/3 141/3 142/3 142/23 143/17 143/25 147/5 152/13 154/15 155/25 156/4 156/20 159/2 160/18 161/12 163/11 163/15 164/1 164/3 166/12 169/16 170/18 173/6 181/12 182/11 183/9 183/13 185/17 186/3 186/25 187/5 187/7 188/3 188/8 188/18 189/17 193/5 193/6 193/11 193/16 193/19 194/8 194/24 195/6 195/10 195/10 195/14 196/2 198/4 198/7 199/10 199/24 200/24 201/17 202/24 203/5 203/25 204/9 204/23 205/11 205/12 205/15 205/19 206/20 206/20 207/6 207/9 209/2 209/10 209/19 210/7 210/8

**atmosphere [2]** 141/22 141/25

**attach [1]** 38/7

**attached [2]** 111/25 133/13

**attachment [1]** 199/19

**attempt [1]** 184/16

**attention [10]** 9/12 107/3 107/4 107/17 114/21 121/19 122/1 184/19 204/9 205/12

**attorney [4]** 42/23 42/25 105/18 105/22

**ATTORNEY'S [1]** 1/12

**attorneys [7]** 69/20 155/22 155/23 164/21 204/22 205/11 207/13

**Audemars [5]** 126/22 127/8 127/13 138/5 162/2

**authentic [1]** 172/22

**authentication [1]** 70/7

**auto [8]** 183/3 183/5 183/7 183/9 183/22 183/25 184/8 185/13

**automatic [2]** 122/18 148/12

**automatically [1]** 148/4

**automobile [1]** 184/9

**automotive [1]** 183/15

**AV [5]** 35/17 103/18 103/18 103/19 103/22

**available [2]** 147/21 149/13

**Avenue [1]** 183/3

**avoid [2]** 78/6

## A

**avoid... [1]** 204/11
**avoided [1]** 173/12
**aware [5]** 161/10 161/14 162/12 162/17 163/2
**away [2]** 107/14 191/1
**awful [1]** 177/1
**awry [1]** 90/20

## B

**B-U-S-H [1]** 182/8
**back [69]** 13/21 15/20 17/17 18/11 19/16 26/22 30/12 36/22 38/25 48/9 49/6 49/20 50/5 50/10 59/1 59/6 59/10 59/21 63/10 63/15 65/8 71/3 74/7 76/20 78/15 79/25 80/20 83/8 86/7 98/12 100/20 101/9 104/20 105/7 106/10 106/22 107/24 109/15 111/4 113/7 118/18 118/21 119/22 136/6 137/14 137/17 138/11 142/2 153/17 154/4 155/24 158/6 158/21 159/17 163/17 166/13 174/19 188/25 189/1 189/10 193/14 193/14 194/6 195/15 198/13 202/17 202/18 203/24 208/13
**background [4]** 4/3 116/2 126/12 148/16
**bad [1]** 37/3
**balance [2]** 21/11 111/1
**balls [1]** 207/10
**bank [26]** 30/16 31/1 111/13 122/12 129/17 133/24 133/25 135/2 135/6 135/9 144/25 158/13 158/23 159/1 159/2 159/10 159/11 159/13 159/20 159/23 160/4 174/22 175/10 175/22 192/19 197/18
**banking [3]** 129/14 133/7 203/17
**banks [1]** 135/17
**barrier [1]** 174/13
**based [11]** 10/5 13/15 120/22 134/10 180/13 183/19 184/6 190/21 192/4 200/12 209/18
**basement [1]** 168/15
**Basic [1]** 61/24

**basically [16]** 83/20 90/13 113/24 127/9 141/18 145/12 153/1 168/6 169/12 175/4 188/16 191/6 198/17 200/21 201/18 202/2
**BDO [1]** 11/23
**be [189]** 3/7 3/9 3/20 10/12 12/2 12/24 13/1 15/15 16/15 17/7 19/18 20/22 21/4 21/17 21/20 21/22 21/23 22/12 24/22 24/25 25/15 25/16 26/7 26/8 26/10 26/13 26/14 26/15 27/22 28/16 31/21 33/11 33/15 34/14 34/14 34/15 35/18 35/20 36/1 36/24 37/2 37/7 37/8 38/4 40/10 43/13 50/5 61/3 61/12 61/12 63/4 63/23 67/22 70/6 70/22 71/5 73/22 76/9 76/13 76/20 77/1 77/6 77/10 78/14 78/15 79/12 80/3 80/5 81/17 81/25 82/11 88/10 88/12 88/15 90/3 91/1 91/5 91/7 95/10 107/3 107/5 107/18 107/19 107/23 107/24 107/25 109/7 109/15 109/16 112/21 112/24 113/1 113/12 114/23 115/7 115/14 117/15 122/7 122/10 122/12 124/5 126/9 127/24 128/7 129/5 131/18 133/9 133/22 133/24 136/5 136/18 136/22 137/1 137/10 137/17 144/4 144/7 144/16 144/17 145/4 146/8 150/15 150/20 150/23 152/23 155/24 156/16 157/7 158/20 159/18 160/24 161/9 161/20 161/20 161/24 163/16 164/3 164/10 165/14 166/13 166/14 166/18 168/15 168/17 168/18 168/20 168/24 168/24 168/25 174/8 175/22 176/17 180/13 181/11 182/2 182/6 182/12 183/10 183/12 184/13 184/16 185/3 185/10 186/22 187/16 189/1 189/4 191/13 191/15 192/14 194/2 194/17 195/9 197/16 203/8 205/6

205/16 206/1 206/7 207/2 207/8 207/13 207/17 207/17 208/4 208/14 209/20 209/21 209/21
**beat [1]** 205/8
**Beautiful [1]** 10/2
**because [124]** 6/7 10/9 10/20 10/20 10/21 11/22 11/24 12/11 12/18 16/3 17/6 17/10 17/20 26/24 28/11 28/21 30/7 31/3 32/12 32/15 32/25 34/10 34/15 34/22 35/25 35/25 36/2 36/3 37/10 37/15 38/7 38/10 39/17 39/20 41/10 48/21 50/2 54/12 55/18 57/25 58/16 59/7 59/10 60/18 60/20 61/15 61/21 64/16 66/9 68/9 68/13 69/6 71/10 76/17 77/5 79/22 80/10 81/12 81/23 82/5 83/10 90/24 91/2 92/19 98/11 98/19 99/6 99/24 101/2 101/14 101/25 102/12 102/15 103/3 103/14 104/3 104/4 104/7 107/16 113/7 114/23 120/8 120/25 121/24 122/17 127/9 130/4 131/17 131/17 136/25 137/2 138/6 142/17 142/20 143/9 144/12 152/24 156/2 158/24 159/17 164/18 165/1 165/3 165/5 166/19 168/14 168/23 170/19 173/25 174/7 174/17 178/10 180/4 191/4 192/12 193/24 194/24 196/25 204/17 207/5 208/12 208/16 209/1 209/20
**become [1]** 163/2
**been [32]** 5/17 5/17 5/18 19/16 20/8 29/22 39/14 39/16 48/25 62/7 69/15 71/9 97/4 103/10 103/13 107/16 143/6 160/15 164/8 164/24 173/1 183/9 183/15 189/22 196/9 196/12 196/12 199/11 200/5 202/21 205/23 205/24
**before [45]** 1/10 17/15 25/4 26/18

36/15 46/25 49/6 54/18 78/12 79/12 82/23 82/25 83/11 87/15 88/5 88/8 97/23 102/25 103/8 103/10 105/4 112/19 120/17 121/5 144/7 146/3 146/12 146/25 147/5 152/20 153/11 153/17 154/10 156/8 158/1 158/6 163/12 181/9 181/18 201/6 204/19 204/21 207/12 207/19 207/23
**began [5]** 117/15 144/15 152/8 161/7 175/8
**begin [2]** 40/14 106/7
**beginning [6]** 15/8 90/19 107/15 122/11 160/21 194/18
**begins [1]** 152/7
**behalf [1]** 173/21
**behavior [1]** 34/19
**behind [4]** 188/25 189/15 189/18 189/19
**being [27]** 7/23 13/18 15/10 15/20 16/13 21/3 30/17 30/22 53/13 59/15 59/20 70/15 103/13 116/20 119/23 123/8 135/8 166/16 174/18 176/9 185/9 185/12 194/13 197/20 199/16 202/20 203/4
**beings [1]** 107/11
**belabor [1]** 122/24
**believe [19]** 35/9 68/4 131/3 131/5 131/7 145/21 152/11 185/14 186/2 186/3 186/13 186/17 188/13 189/5 191/16 192/9 192/14 192/17 196/17
**believed [2]** 191/13 191/15
**bell [2]** 32/25 190/8
**belonged [2]** 169/9 196/18
**below [1]** 199/1
**bench [2]** 67/10 155/25
**besides [2]** 22/7 34/11
**best [6]** 156/19 163/25 176/23 206/11 209/6 210/2
**bet [1]** 77/19
**better [4]** 77/7 91/5 99/22 128/4

**between [22]** 3/7 6/25 15/3 25/9 62/10 65/1 65/1 66/7 66/15 72/15 72/17 84/14 85/18 111/9 111/10 142/2 145/2 152/1 152/6 152/16 153/22 184/13
**betweens [1]** 184/11
**Beverly [1]** 117/14
**beyond [2]** 136/16 177/2
**Bieber [26]** 9/17 9/18 9/25 10/22 11/17 11/25 12/8 12/9 12/10 38/16 43/14 83/12 123/22 124/6 124/13 124/15 124/20 124/22 126/15 128/10 128/12 129/4 132/3 132/4 141/17 194/15
**Bieber's [1]** 78/2
**big [12]** 3/5 7/9 55/10 55/10 68/11 84/25 85/3 85/6 96/18 103/2 188/5 193/11
**bigger [6]** 10/16 10/24 91/5 91/7 127/12 128/4
**biggest [2]** 9/16 99/6
**bill [2]** 54/3 126/17
**binding [1]** 100/17
**Bird [1]** 183/3
**bit [17]** 6/18 19/16 19/19 67/9 81/12 88/23 109/24 115/21 116/1 124/15 166/18 169/2 195/7 201/2 205/20 208/15 209/23
**black [1]** 189/18
**blow [1]** 13/6
**blue [1]** 126/12
**Blvd [5]** 1/14 1/16 1/18 1/24 210/18
**Bob [1]** 145/22
**bodies [1]** 144/20
**book [1]** 202/2
**books [1]** 194/2
**borrow [1]** 155/20
**both [18]** 7/20 7/20 7/20 49/24 60/1 67/22 71/3 138/8 139/22 143/5 148/11 162/22 163/2 163/5 163/8 164/22 165/24 190/22
**bottom [3]** 17/23 18/4 199/24
**bought [2]** 170/15 170/23
**box [6]** 59/8 64/17 101/3 109/12 115/4

**B**

box... [1] 136/6
boxed [1] 49/20
boxes [1] 81/15
BOZANIC [15] 1/17
1/18 40/14 47/23
48/11 50/10 68/1
69/24 70/24 71/11
112/12 113/2 119/2
205/20 207/15
brand [11] 15/25
16/3 45/17 46/3 55/7
93/22 93/23 93/23
104/9 143/23 147/20
break [29] 38/1
40/11 40/13 48/1 48/2
48/2 48/6 48/9 48/23
49/7 106/21 134/14
135/22 135/23 135/24
136/7 154/10 155/23
156/8 156/8 156/22
156/24 156/25 157/3
157/9 163/10 163/13
163/22 166/14
breakdown [1]
16/22
breaking [1] 40/11
breaks [2] 3/7 16/25
brief [1] 113/17
briefly [3] 30/22
35/2 181/17
bring [9] 78/20
139/3 147/21 158/22
159/10 160/1 166/9
174/24 195/15
bro [1] 80/23
broke [2] 159/9
159/14
broken [3] 34/21
34/21 103/14
broker [6] 131/12
131/25 169/13 186/19
188/13 203/12
brokering [1] 145/9
brokers [4] 184/8
185/24 186/7 186/22
brother [6] 20/2
30/16 77/23 79/8
80/19 84/23
brothers [1] 206/12
brought [3] 70/19
139/1 140/23
Broward [4] 1/14
1/24 147/2 210/18
Brown [2] 56/18
194/16
Brown's [3] 56/14
56/20 56/25
BS [1] 80/23
budget [1] 52/21
build [2] 90/17 92/25

built [1] 171/2
bulletproof [2]
185/11 185/12
bullshit [1] 201/5
bunch [2] 194/18
194/18
Bush [15] 1/10 181/8
181/9 182/7 182/9
182/16 182/18 182/20
182/21 182/25 183/1
205/21 205/22 206/4
206/15
business [37] 12/20
17/7 24/2 43/20 44/5
44/6 44/9 45/9 45/25
51/19 52/8 54/11
54/22 55/18 60/14
84/25 90/13 116/18
116/19 117/11 117/14
118/15 120/19 120/20
120/22 128/4 128/5
151/17 152/8 152/21
153/1 153/12 154/24
183/22 192/8 200/15
201/22
businesses [3] 7/18
7/20 116/21
businessman [1]
45/5
busy [1] 209/24
but [199] 5/6 5/18
5/22 6/12 6/19 6/21
10/12 11/3 12/11 13/6
13/18 15/1 15/6 15/15
16/2 16/12 17/9 17/16
18/21 18/22 22/8
22/19 23/22 26/22
28/1 29/16 31/1 33/15
34/10 34/14 34/19
35/1 35/10 35/15
35/20 36/4 36/18
36/20 38/6 39/23
41/12 41/21 44/24
45/25 46/16 46/20
48/22 48/24 49/1
49/24 54/12 55/7 55/9
55/25 56/7 56/9 57/1
58/2 58/10 58/11
58/17 59/9 60/13
60/25 61/2 61/10 63/5
64/1 65/14 70/4 70/20
70/24 77/11 77/20
78/8 79/23 80/5 81/10
82/10 82/14 84/9
84/21 87/19 87/23
89/22 90/4 90/19 91/6
91/7 91/11 92/13 93/1
93/4 93/23 95/23
96/21 97/11 99/5
99/14 99/21 99/24
99/25 100/21 101/16
103/16 104/2 104/5

104/21 107/9 107/17
110/12 110/13 110/15
113/1 114/13 114/20
114/21 116/24 118/16
123/23 124/4 125/9
127/9 128/23 130/3
130/4 130/15 131/1
131/1 131/5 131/6
136/18 136/22 137/1
142/25 145/24 148/25
150/21 152/23 154/17
154/23 156/6 159/2
159/24 160/5 160/11
163/4 163/6 163/8
163/22 163/25 165/1
165/5 165/25 166/20
167/14 168/1 168/4
172/11 173/14 174/8
175/9 175/18 176/11
176/17 176/20 177/1
178/4 178/7 180/13
185/7 186/20 187/9
189/6 189/17 192/14
192/21 194/6 194/20
195/4 195/25 197/18
198/25 200/12 201/6
202/18 203/2 203/13
205/1 205/9 206/20
206/24 207/11 208/1
208/10 208/14 208/19
208/22 209/24
button [1] 171/6
buy [13] 44/3 57/5
98/4 98/4 124/13
130/6 130/21 147/22
169/25 173/22 186/1
201/20 201/21
buyer [3] 170/17
173/19 184/14
buyers [2] 56/12
186/23
buying [8] 98/3
129/4 141/20 151/20
169/23 173/18 184/21
185/18
bye [2] 158/10
158/10
Bye-bye [1] 158/10

**C**

C-E-R-T-I-F-I-C-A-T
-E [1] 210/10
cab [1] 158/9
cabinets [4] 38/7
95/12 102/18 102/20
cables [1] 38/8
Cadillac [3] 185/10
185/12 189/16
California [2] 116/5
116/6
call [33] 9/12 11/12
14/17 15/8 15/22

19/19 20/12 41/12
43/9 43/9 44/24 51/6
58/22 59/5 59/25 65/3
71/7 80/20 88/1 88/2
92/15 97/12 112/18
118/18 156/2 158/9
161/18 166/5 176/9
185/5 187/4 188/7
193/25
called [17] 15/23
20/10 26/10 27/7 35/4
35/4 37/16 43/16
55/23 65/21 105/8
109/1 145/24 172/8
184/24 191/22 200/10
calling [10] 29/1
58/25 65/22 83/7 83/7
98/11 98/19 98/19
98/19 191/25
calls [18] 3/4 13/25
14/1 15/7 15/9 15/9
20/12 26/5 59/19 66/5
66/5 100/22 113/11
161/8 181/8 183/25
185/1 195/12
came [17] 24/4
64/12 69/10 104/23
107/17 118/20 154/4
154/15 154/19 158/11
160/14 162/18 185/17
186/15 188/8 197/6
197/9
can [196] 3/12 3/20
4/3 4/20 5/4 5/8 5/9
6/4 6/11 6/18 7/8
8/17 9/13 9/13 11/16
12/20 12/20 13/3
13/15 14/19 15/12
15/23 17/3 19/7 19/18
19/19 19/22 22/13
23/8 25/19 27/8 27/15
27/19 27/19 28/12
28/16 28/16 29/16
30/13 31/1 31/7 31/25
34/9 34/25 35/1 35/13
38/1 38/6 38/23 39/18
40/14 42/4 42/12
43/11 44/7 44/18
44/21 44/23 46/4 48/8
48/11 50/7 58/12
62/20 66/12 70/10
70/10 71/3 71/13 72/8
74/7 77/6 79/25 80/14
84/6 90/6 90/15 92/25
93/1 93/7 93/9 93/9
95/24 97/18 97/21
99/15 99/23 100/18
103/12 104/4 107/24
108/1 108/4 109/6
109/8 109/12 112/17
112/18 112/23 113/1
113/12 113/14 113/23

113/24 114/20 115/24
119/22 120/4 120/14
120/17 120/18 122/3
122/18 122/25 123/3
123/13 124/9 124/20
127/8 127/9 127/11
128/7 128/7 129/1
132/21 133/6 133/7
136/6 136/11 136/13
136/23 137/18 137/24
138/1 140/7 141/21
147/21 149/7 150/1
152/18 155/20 155/23
157/7 157/25 158/17
158/21 160/23 161/22
163/17 164/6 166/9
168/24 168/24 168/25
170/3 170/14 171/7
172/9 173/23 174/10
175/10 178/1 179/10
179/16 179/19 180/5
180/13 180/18 180/22
182/6 182/12 182/18
183/11 183/18 184/23
188/2 188/7 189/14
191/14 192/20 192/22
196/21 197/8 198/2
198/23 198/23 200/22
204/1 204/17 205/9
205/19 205/21 208/4
208/16 208/19 210/2
can't [9] 22/7 77/23
117/21 179/13 190/6
193/18 193/25 201/7
201/25
Canal [1] 173/1
cannot [14] 18/22
19/23 30/25 99/24
104/6 113/23 122/20
123/4 127/12 153/12
162/23 167/25 179/23
180/9
car [34] 155/7
155/20 158/1 158/8
183/25 184/17 185/22
185/25 186/1 187/5
187/7 188/9 188/18
188/22 188/23 189/20
189/20 192/18 193/3
193/9 195/15 195/17
195/19 195/19 200/22
201/10 201/11 201/13
201/14 201/14 201/25
202/18 202/20 205/18
card [4] 202/11
202/12 202/24 203/1
care [3] 38/6 158/13
158/24
careful [1] 137/2
cares [1] 131/15
carries [1] 207/7
carrying [2] 37/13

## C

carrying... [1] 158/18
carryover [1] 209/2
cars [14] 123/15 184/11 184/11 188/6 190/4 190/6 190/9 190/9 190/10 190/11 191/10 194/18 201/20 201/21
cars.com [1] 184/1
case [45] 1/2 17/5 17/9 24/1 36/3 48/4 48/4 54/12 58/17 58/19 60/3 60/7 60/12 66/10 70/23 77/11 85/24 100/1 100/18 106/24 106/25 114/3 114/3 119/20 120/6 136/1 137/2 147/2 161/1 163/12 164/22 169/5 170/17 172/4 204/6 204/23 204/24 204/25 205/3 206/22 207/5 207/12 207/12 208/7 208/24
cases [1] 169/25
cash [15] 26/15 37/6 37/7 37/8 39/14 39/15 158/17 158/19 158/20 159/11 159/17 175/11 189/4 189/6 191/14
category [1] 172/6
caused [2] 179/14 180/19
caveat [1] 16/12
cease [1] 152/17
celebrities [2] 17/14 128/24
cell [4] 125/21 125/23 125/24 125/24
cellphone [4] 28/24 69/11 69/11 132/25
centered [1] 88/24
cents [1] 41/15
certain [4] 63/16 69/15 69/25 167/25
certainly [1] 170/13
certificates [1] 127/21
certifications [1] 127/20
certified [1] 179/23
certify [2] 69/5 210/12
cetera [5] 185/1 191/24 191/24 201/23 201/23
chain [2] 143/1 202/1
chair [2] 3/18 182/10

chairs [1] 71/3
challenging [1] 78/5
chance [2] 111/5 156/11
change [6] 6/21 12/1 15/14 20/1 91/13 208/21
changed [4] 91/9 91/13 192/8 205/4
changes [3] 6/21 77/20 93/9
changing [1] 11/24
channel [2] 89/23 131/25
characterize [1] 190/9
charge [3] 104/5 209/17 209/24
charged [2] 16/13 103/21
chasing [1] 136/13
chat [1] 141/11
chats [1] 15/4
cheap [3] 170/10 170/11 170/11
check [25] 25/21 26/14 35/5 35/7 35/8 36/12 36/12 36/14 36/14 36/16 36/17 36/20 36/21 37/6 39/14 39/15 52/24 79/22 95/17 95/22 110/12 169/3 170/20 170/24 171/1
checking [1] 135/2
cheek [1] 36/24
chief [2] 70/23 206/23
children [4] 4/18 116/15 116/16 153/6
chill [1] 30/24
China [2] 95/14 98/8
choose [1] 37/5
chosen [1] 166/17
Chris [4] 56/14 56/18 56/25 194/15
Chris's [1] 56/20
Christmas [1] 105/5
chronograph [1] 138/2
circle [1] 133/5
circumvention [1] 186/8
civic [1] 205/8
civil [5] 66/10 70/13 85/24 100/18 105/18
claimed [1] 82/24
clarify [1] 13/22
clarity [1] 137/23
class [4] 20/13 37/15 37/16 157/19
clean [2] 47/22

47/24
cleanly [1] 180/6
cleanup [1] 48/15
clear [12] 12/24 13/2 49/21 69/19 82/11 107/19 113/1 122/19 136/22 159/6 174/8 176/5
clearly [3] 69/7 69/9 111/13
client [30] 7/11 16/3 17/21 22/12 22/13 36/7 60/15 65/19 68/5 68/7 68/10 69/10 86/17 89/17 89/19 89/20 90/4 90/5 96/18 99/19 99/22 123/18 144/5 173/17 185/4 185/18 185/21 185/25 186/8 186/9
client's [1] 185/25
clientele [2] 7/18 7/19
clients [10] 65/18 86/15 89/15 128/7 131/21 141/20 165/4 184/2 184/11 208/13
clip [1] 124/3
clipped [1] 124/2
clock [1] 80/9
close [3] 3/19 164/9 182/11
closed [1] 188/25
closely [1] 22/17
closer [1] 189/12
closes [1] 194/24
clothing [2] 19/8 187/16
Club [3] 183/3 183/5 183/7
clue [1] 36/21
co [1] 145/22
co-counsel [1] 145/22
coin [2] 209/12 209/13
collar [1] 187/17
colleagues [1] 120/21
collect [2] 46/13 86/1
collected [1] 46/14
collecting [1] 46/11
color [1] 187/18
colossal [7] 18/17 18/21 21/1 34/8 37/23 51/17 55/10
come [30] 13/21 32/4 36/22 64/5 107/3 123/3 123/14 130/16 131/15 132/4 135/6 155/14 155/21 156/1

158/12 158/17 158/23 159/10 160/1 175/3 175/10 175/12 183/24 187/4 200/23 204/14 205/7 205/9 205/9 207/25
comes [6] 120/24 164/16 187/6 202/16 204/18 204/20
comfort [2] 123/18 202/10
comfortable [5] 3/18 10/8 118/5 182/10 205/10
coming [10] 43/2 112/17 113/15 129/6 144/4 169/11 181/5 200/23 203/14 203/15
comment [2] 156/4 177/13
commercial [1] 89/23
commission [8] 57/7 57/9 57/13 57/17 58/2 58/3 58/8 183/19
commission-based [1] 183/19
commissioner [1] 169/13
common [1] 32/15
communicate [7] 114/1 114/7 121/8 122/17 125/2 148/13 161/7
communicated [4] 14/22 15/10 30/23 149/15
communicating [5] 13/24 126/5 143/3 174/15 174/22
communication [9] 27/14 125/1 125/9 141/23 147/17 149/6 174/21 175/7 198/14
communications [8] 18/12 28/23 121/17 124/12 128/3 154/2 160/18 174/14
companies [3] 5/20 33/8 89/1
company [57] 4/13 4/23 5/2 5/21 5/22 5/22 5/24 6/23 11/23 12/2 12/19 15/14 16/1 16/2 16/4 16/20 22/16 22/18 22/19 33/1 33/11 34/2 45/12 45/18 46/11 46/16 46/20 47/7 52/9 53/16 55/2 88/23 88/24 89/2 89/4 89/6 89/10 93/21 93/23 94/21 95/14

95/15 97/11 99/13 101/10 101/12 101/13 101/14 101/17 101/17 111/8 111/10 111/11 112/2 112/5 192/1 200/2
company's [1] 9/7
compared [2] 68/10 157/2
complain [1] 144/10
complaining [1] 60/19
complete [2] 34/11 95/11
completed [2] 22/5 22/9
completely [3] 114/4 114/15 208/21
completeness [3] 69/18 70/1 70/18
complied [2] 106/9 106/11
complies [1] 107/7
compliment [1] 156/10
comply [1] 106/7
complying [2] 106/3 106/17
computer [3] 55/6 94/24 95/3
concerned [2] 143/9 195/19
concerns [3] 24/25 25/1 143/7
concert [2] 20/12 104/23
conclusion [1] 145/12
condition [5] 121/4 177/2 177/14 178/5 178/9
conference [2] 209/17 209/24
confident [1] 28/18
configuration [7] 77/5 92/25 93/1 93/2 93/3 93/10 100/2
configurations [2] 92/23 93/8
configure [1] 92/24
confirm [5] 77/14 157/25 194/25 198/2 200/7
confirmation [13] 62/14 62/16 63/7 133/9 135/9 135/16 141/3 152/21 159/5 199/5 199/7 200/4 200/6
confirmed [1] 197/20
connecting [1]

**C**

connecting... [1] 18/13
connection [1] 72/24
consequences [2] 175/16 176/17
consider [2] 100/16 114/17
consignment [1] 118/7
consisted [1] 147/17
consistent [1] 20/3
constantly [1] 128/13
constraints [1] 156/18
contact [15] 10/13 14/20 15/4 15/4 26/23 120/4 125/1 125/25 128/17 132/7 132/8 147/14 147/18 198/8 204/22
contacted [8] 7/23 9/10 40/21 57/4 57/5 119/23 125/18 147/7
contacts [1] 119/20
content [1] 24/8
context [6] 70/18 136/16 136/20 174/1 174/6 175/5
continuation [2] 29/15 37/11
continue [8] 8/23 50/8 132/2 137/18 157/10 166/21 167/2 178/1
continues [1] 50/12
Continuous [1] 161/8
contract [31] 12/23 13/2 13/19 26/23 41/23 42/13 42/18 56/7 61/13 61/19 61/21 61/22 61/24 63/25 70/13 80/5 80/12 92/13 93/15 93/17 93/19 95/5 96/17 96/20 100/17 104/10 106/3 106/7 106/9 106/17 129/1
contractors [1] 21/6
contrary [1] 129/19
conveniently [1] 86/8
conversation [12] 23/20 57/12 58/10 58/11 58/15 59/20 60/3 65/17 70/22 72/7 122/6 147/23
conversations [12]

10/11 20/6 57/19 57/24 65/3 66/20 72/9 72/15 72/23 73/3 152/17 174/12
convert [1] 147/25
convince [1] 143/12
Cook [3] 206/8 206/15 207/1
cool [3] 186/1 186/11 189/8
copies [1] 74/6
cops [1] 65/22
copy [4] 74/12 74/14 74/14 77/7
corner [1] 8/21
corporate [2] 94/16 94/18
corporation [4] 45/21 88/25 94/18 94/22
correct [177] 29/25 30/10 41/2 41/8 41/15 41/20 42/13 42/19 43/23 44/2 44/6 44/9 45/1 45/5 45/10 45/14 45/19 46/9 47/5 47/7 47/9 47/15 50/23 51/4 51/7 51/13 51/20 51/23 51/25 52/4 52/11 52/18 52/19 52/25 53/2 53/8 53/18 54/23 55/13 56/4 56/12 56/15 56/21 57/6 58/9 60/21 61/4 61/5 61/6 61/9 61/24 62/3 62/4 62/5 62/10 62/11 62/25 63/1 64/3 64/4 65/11 72/18 73/12 73/17 75/18 76/1 76/5 76/7 76/18 77/1 77/2 77/7 78/2 78/15 79/16 79/19 81/9 81/19 81/22 82/7 82/24 83/9 83/15 83/25 84/4 84/15 85/7 85/8 85/13 85/20 85/21 87/13 87/18 88/3 88/6 88/9 88/13 88/15 88/25 89/18 90/2 90/17 90/20 90/21 91/23 95/18 96/25 100/17 103/11 104/10 104/12 104/14 106/17 110/18 118/22 130/19 138/13 138/15 139/11 145/3 147/8 148/5 148/6 148/14 148/17 148/23 149/3 149/25 151/3 151/22 152/11 152/14 153/20 153/24 154/16 154/21 155/1 157/16 157/21

158/7 158/14 159/3 159/18 160/15 161/5 161/16 161/22 162/8 162/22 163/5 167/15 169/6 170/8 170/16 171/24 173/4 173/16 174/9 176/12 176/19 176/22 178/6 178/12 179/15 179/25 180/11 184/18 184/22 185/16 190/17 192/3 198/12 198/15 199/18 206/5 206/16 209/11
correction [2] 148/25 149/3
correctly [1] 167/7
correspondence [1] 119/25
cost [15] 6/13 6/22 7/17 11/4 16/17 17/5 17/6 95/20 95/21 98/10 98/20 130/9 138/8 167/12 190/14
costs [2] 52/17 52/20
could [24] 28/10 39/21 48/19 51/12 99/15 110/12 121/23 121/24 127/12 136/4 136/9 143/12 147/22 155/18 159/19 160/24 168/15 183/1 187/15 191/25 194/17 208/23 208/24 209/1
couldn't [3] 102/2 119/16 129/18
counsel [16] 3/3 8/4 40/1 49/6 109/2 111/7 118/24 145/22 155/21 157/3 164/7 181/7 181/10 181/13 208/24 209/5
country [4] 29/20 36/19 118/20 145/13
County [1] 147/2
couple [4] 106/21 163/19 164/11 165/7
course [46] 5/5 6/6 11/25 14/21 17/22 19/23 21/16 29/2 29/7 38/20 39/17 47/18 53/24 53/25 54/8 54/24 56/3 56/13 57/14 60/10 80/2 80/4 81/1 82/20 82/22 83/10 89/25 91/21 98/18 98/20 98/24 99/23 102/7 103/9 123/20 136/18 141/8 143/9 143/14 147/6 160/6 160/7 160/9 167/14 175/18 184/10
court [19] 1/1 1/23

23/6 43/2 50/1 67/14 67/21 71/17 109/1 156/17 157/5 176/14 176/16 177/17 187/13 202/7 207/21 208/8 210/17
court's [2] 156/7 165/25
courthouse [1] 3/6
courtroom [13] 19/5 48/7 50/4 107/22 109/14 136/3 137/16 140/8 140/18 163/15 166/12 178/15 205/15
cousin [6] 35/6 36/16 36/20 36/20 36/21 84/4
cover [5] 17/5 17/6 93/8 98/20 98/21
coverage [2] 48/18 200/2
covered [1] 17/7
CR [1] 1/2
crazy [2] 90/11 201/22
created [2] 4/21 4/22
creating [1] 141/11
credit [3] 202/11 202/24 203/1
criticizing [1] 174/4
cross [18] 2/3 40/3 40/14 40/17 50/8 50/12 67/21 69/24 87/3 87/6 136/11 145/17 145/19 156/3 157/11 166/21 167/2 167/5
cross-examination [12] 40/3 40/14 50/8 50/12 67/21 69/24 87/3 145/17 156/3 157/11 166/21 167/2
crosses [2] 207/25 207/25
crosstalk [1] 201/19
CRR [2] 1/23 210/16
cues [2] 164/7 164/10
currently [1] 183/2
custom [1] 173/17
customarily [1] 24/24
customer [2] 18/5 22/20
customers [2] 19/25 183/24
cut [4] 98/6 112/21 153/3 156/16
cutoff [1] 199/8

**D**

Dadeland [1] 1/16
damage [13] 102/4 102/15 102/16 102/17 103/4 104/9 178/22 179/6 179/14 179/24 180/10 180/19 180/23
damaged [11] 38/13 38/15 101/21 101/22 101/23 101/24 102/23 103/3 103/6 103/8 103/24
data [1] 167/25
date [31] 9/9 9/11 14/7 15/6 17/24 22/7 22/8 24/14 24/15 25/17 25/25 26/1 27/15 28/18 29/3 30/20 30/21 31/18 33/17 34/4 52/24 60/25 63/20 63/22 64/4 77/6 86/20 126/25 133/16 152/18 153/22
dates [2] 26/22 145/2
daughter [1] 4/19
DAVID [1] 1/10
Davie [1] 161/12
day [69] 1/9 10/17 10/17 10/18 16/16 18/15 19/1 19/3 21/19 22/11 22/12 22/23 23/4 23/5 23/21 24/20 24/23 24/23 24/23 27/23 27/23 28/15 28/21 30/7 30/7 33/22 33/23 36/10 36/10 36/11 55/12 55/14 63/6 76/25 79/15 82/11 87/25 104/14 109/9 110/1 129/10 139/6 139/18 140/24 141/1 152/22 152/23 153/22 157/24 158/8 166/15 185/5 186/2 186/13 186/15 191/11 193/1 193/4 194/9 196/6 200/4 200/23 202/4 204/4 204/18 206/2 207/8 208/25 209/24
days [45] 20/2 25/3 25/5 25/6 26/4 26/5 30/13 31/21 31/22 32/1 34/8 36/16 41/1 41/2 41/5 61/1 61/1 61/13 63/11 63/24 76/3 77/3 78/8 80/13 81/21 89/21 104/22 104/22 107/18 110/13

# D

days... [15] 110/14 128/19 128/20 152/2 152/6 152/13 153/1 153/10 153/16 153/22 154/1 154/1 154/1 154/3 204/13
dba [1] 45/23
deadline [6] 30/18 60/20 60/22 60/23 60/24 61/1
deal [20] 17/8 41/19 41/24 42/15 78/8 120/19 143/22 145/13 167/10 172/22 185/24 189/4 189/6 190/23 191/12 191/14 193/11 194/10 195/5 201/6
dealer [4] 170/17 184/24 194/1 198/17
dealers [2] 120/24 184/12
dealership [3] 194/2 203/9 204/15
dealing [6] 168/14 169/3 169/24 170/18 180/14 186/22
dealings [1] 33/7
deals [2] 116/23 194/11
dealt [1] 173/3
Dear [1] 27/25
debit [1] 202/11
December [47] 22/10 24/15 25/11 25/13 25/18 26/1 27/15 27/20 27/24 52/25 61/8 63/4 63/10 63/20 63/21 63/22 64/3 64/12 64/15 64/21 65/21 66/8 66/16 68/21 73/12 73/17 77/9 77/10 77/15 77/17 79/1 79/2 79/8 79/10 79/15 79/15 79/18 79/20 79/23 79/23 80/14 80/15 80/16 80/17 81/19 81/21 82/6
December 11th [1] 81/21
December 14th [2] 63/4 63/10
December 15th [1] 22/10
December 17th [4] 66/8 66/16 68/21 73/17
December 21st [1] 27/15
December 22nd [1]

25/18
December 26th [1] 26/1
December 4th [3] 63/20 63/22 77/15
December 5th [6] 77/10 77/17 79/1 79/2 79/10 79/15
December 9th [6] 65/21 79/8 80/14 80/15 80/17 81/19
decide [1] 164/13
decided [2] 61/17 66/24
decision [7] 105/23 164/5 164/21 164/25 166/18 207/10 208/15
decision-making [2] 164/5 164/21
decisions [5] 164/15 165/2 165/4 201/8 209/5
declaration [1] 200/1
declaring [1] 159/20
declined [1] 159/2
decrease [2] 28/24 28/25
dedicated [1] 102/22
deeply [3] 59/14 101/24 101/24
defendant [26] 1/15 1/17 19/1 19/11 23/11 23/15 23/18 23/18 24/11 25/4 38/17 70/16 111/22 121/18 126/17 128/17 129/22 131/24 134/6 139/24 140/14 140/21 144/2 144/18 187/23 199/22
defendant's [4] 2/11 22/23 69/13 201/17
defendants [5] 1/7 119/20 194/8 206/23 207/10
Defendants' [8] 67/3 70/4 70/6 71/24 74/3 74/12 75/25 85/18
defense [27] 67/13 67/14 67/25 68/12 71/6 72/2 72/20 73/22 73/22 74/1 85/13 85/15 85/15 109/4 111/7 118/24 136/21 181/10 187/22 206/17 206/22 206/22 207/2 207/12 208/2 208/11 209/5
Defense's [2] 68/17 72/21
Definitely [1] 147/15
definition [1] 5/8

defraud [3] 70/21 70/21 70/23
delay [7] 65/10 78/8 78/11 92/7 100/9 109/24 129/22
delayed [5] 61/10 61/11 61/13 65/15 92/7
delays [4] 64/16 65/19 78/6 86/16
deliberate [3] 106/25 135/25 163/13
deliberating [1] 209/1
deliver [3] 60/18 81/4 98/5
delivered [7] 64/13 79/23 81/11 129/25 130/1 130/5 176/15
delivery [2] 81/24 139/7
demanding [1] 146/8
deny [1] 95/24
departed [1] 158/6
department [4] 144/11 161/13 192/19 194/24
depend [2] 101/2 208/11
depends [6] 6/16 7/8 15/6 96/9 173/19 209/5
depict [1] 72/15
depicted [1] 122/2
deposit [11] 21/9 61/18 61/19 98/2 159/19 200/22 202/4 202/6 202/9 202/9 203/14
deposition [1] 145/24
describe [5] 30/22 120/17 141/22 188/3 188/3
described [1] 95/21
description [1] 95/6
deserve [1] 208/22
despite [1] 67/21
destroyed [2] 102/8 102/10
details [2] 196/4 197/24
develop [2] 5/3 117/15
developed [1] 116/20
device [3] 101/8 101/8 102/6
devices [1] 204/10
DHL [5] 64/16 81/15 82/2 101/3 101/5

did [247]
did he ever [4] 128/25 129/17 130/23 132/7
did he have [1] 127/5
did you go [4] 79/9 134/21 138/22 188/10
didn't [65] 17/5 25/14 26/11 26/11 27/21 27/23 28/2 28/2 28/4 33/10 38/10 41/18 42/23 44/9 54/13 58/10 60/18 60/21 69/11 79/21 80/11 81/4 81/21 83/2 86/8 90/24 91/17 91/25 93/4 93/8 96/3 96/3 101/2 103/15 103/16 106/7 121/1 131/5 131/6 131/15 131/18 141/6 142/8 143/2 145/7 150/25 153/3 155/9 158/3 158/24 159/16 159/24 160/7 160/9 160/11 164/20 168/3 176/20 180/2 186/9 189/5 190/2 193/11 197/16 197/17
difference [2] 6/19 6/19
differences [1] 110/17
different [37] 6/20 6/24 20/10 25/20 26/5 33/15 36/10 36/11 36/11 36/15 36/16 46/16 46/20 55/5 68/8 74/13 85/4 89/1 92/22 92/22 93/5 93/6 95/17 96/8 96/8 99/5 99/5 99/22 100/22 118/12 122/2 128/1 150/21 191/20 194/19 196/25 197/19
difficult [2] 89/17 163/20
dig [1] 196/4
diligence [1] 191/1
dinner [2] 132/6 148/8
dire [1] 113/18
direct [18] 2/3 3/21 3/22 9/6 9/7 43/16 70/19 71/8 89/22 137/18 148/8 149/16 149/17 154/11 156/5 182/13 182/16 196/1
directed [1] 186/18
directives [1] 67/21
directly [4] 69/10

123/3 156/16 160/24
director [1] 89/8
dis [2] 37/23 91/16
dis-install [1] 91/16
dis-installed [1] 37/23
disadvantaged [1] 145/12
disagree [1] 70/17
disagreement [1] 70/14
disclose [2] 66/24 86/6
disclosing [1] 16/24
discount [16] 10/20 11/21 11/22 12/24 12/25 13/2 13/18 15/13 15/17 15/18 41/18 41/21 43/6 43/8 43/9 44/24
discovery [1] 67/13
discrepancy [1] 68/11
discuss [12] 13/3 48/3 106/24 106/25 122/6 136/1 155/22 160/24 163/12 176/12 204/6 204/7
discussed [3] 20/21 21/22 120/25
discussing [3] 173/24 191/13 197/23
displayed [1] 15/21
displaying [1] 143/15
dispute [1] 70/14
disregard [4] 33/4 114/15 135/18 179/19
distinct [5] 170/13 172/5 172/6 172/11 172/15
DISTRICT [3] 1/1 1/1 1/11
Divorced [1] 116/14
do [193] 4/6 4/8 4/14 4/16 5/2 5/20 5/22 6/3 7/2 7/6 7/8 7/12 7/23 9/2 9/24 10/1 11/22 13/6 13/7 13/23 14/2 14/14 16/17 16/20 18/14 19/5 20/22 21/25 22/8 23/6 23/23 24/24 24/25 25/3 26/18 27/4 27/17 28/6 31/24 32/14 38/4 38/6 38/7 47/12 47/17 47/20 47/25 48/23 50/17 51/25 56/23 57/2 60/5 60/20 61/15 61/24 62/14 63/20 64/6 67/9 71/2 71/12 71/13 72/4

## D

**do... [129]** 72/14 73/2 73/5 75/12 75/21 78/20 80/7 80/19 80/25 84/11 88/2 89/15 89/19 89/24 95/21 95/24 96/7 96/7 98/9 99/16 104/1 105/25 106/3 106/24 108/4 110/21 113/23 114/10 115/4 115/9 115/16 115/21 116/4 116/17 116/17 116/19 117/10 118/8 118/19 119/15 119/22 120/22 121/1 122/11 123/8 123/21 124/5 124/18 124/18 125/6 125/12 125/17 127/12 130/7 134/23 136/23 137/3 140/9 140/19 141/10 143/18 144/23 144/23 145/2 145/23 146/7 147/17 149/11 149/18 154/12 155/13 157/20 157/25 158/21 159/2 159/24 164/4 164/15 164/20 165/22 167/11 169/18 171/5 171/7 176/9 179/16 182/4 182/21 182/24 183/5 183/7 183/7 183/23 185/15 185/17 187/13 187/14 189/4 189/7 190/25 191/10 194/10 196/1 196/14 197/11 197/25 199/7 200/9 200/13 200/20 201/3 201/22 202/2 202/22 204/12 204/16 205/19 205/22 207/5 207/14 207/18 208/10 208/17 208/17 208/20 208/22 209/14 209/24 210/3

**do you [46]** 4/6 4/8 7/2 7/6 9/2 13/6 13/7 13/23 14/2 14/14 19/5 20/22 21/25 23/6 24/25 26/18 27/4 63/20 72/4 72/14 73/2 73/5 84/11 89/15 95/21 96/7 96/7 99/16 115/21 116/4 116/17 125/6 125/12 125/17 140/9 144/23 165/22 167/11 182/21 182/24 183/7 187/13 196/14 197/11 197/25 202/22

**Do you see [3]** 62/14 75/21 130/7

**document [13]**

10/12 13/7 13/21 95/2 100/16 110/22 111/24 133/13 133/18 146/8 176/15 193/22 202/23

**documents [6]** 67/20 94/16 94/18 127/15 127/16 127/18

**Docusign [1]** 203/7

**does [26]** 5/2 6/13 9/15 12/9 41/24 42/15 89/4 89/11 91/2 95/20 95/20 96/23 112/20 118/2 119/17 127/6 133/18 149/5 149/18 150/5 183/5 183/22 198/25 204/25 207/22 208/8

**doesn't [15]** 32/17 36/21 39/20 42/21 54/12 61/18 61/21 98/20 98/21 102/15 103/15 156/15 175/10 194/4 204/20

**doing [15]** 3/5 8/19 18/19 19/25 43/6 45/25 56/3 94/7 107/16 117/9 117/17 125/11 128/4 201/12 203/10

**dollar [1]** 179/13

**dollars [6]** 52/6 118/14 159/8 160/3 167/22 190/14

**domestic [1]** 195/2

**Dominguez [18]** 1/15 23/12 69/2 87/3 87/10 97/23 105/12 106/5 106/13 112/14 113/4 119/4 137/14 166/7 167/2 172/17 181/2 181/16

**don't [156]** 10/18 20/11 24/3 25/1 25/6 26/12 27/25 28/5 28/21 29/5 29/16 30/14 32/12 32/13 33/15 33/23 34/4 34/15 34/23 34/25 36/1 36/1 39/18 39/20 39/20 44/10 44/24 45/25 48/3 48/24 53/19 53/19 53/21 53/23 54/17 54/19 54/19 55/16 55/17 55/18 56/5 56/7 56/10 56/22 57/7 60/4 60/25 63/24 65/25 66/9 66/22 68/8 69/5 69/8 69/9 69/10 78/9 79/22 81/16 81/17 84/13 84/21 84/22 86/14 87/19 89/5 89/23 92/1

92/2 95/16 95/22 95/23 95/24 96/1 96/21 96/21 96/22 97/3 97/9 97/11 97/12 98/10 98/14 98/25 99/8 99/14 100/21 100/24 100/24 104/22 105/6 105/21 105/25 106/24 106/25 107/5 107/12 107/12 108/2 108/5 109/6 110/12 110/12 110/14 114/13 122/24 123/14 123/23 131/2 135/25 136/1 145/13 145/21 146/19 150/12 153/25 155/14 156/16 157/1 159/14 159/21 163/12 163/13 165/10 166/24 168/24 169/15 169/17 169/25 171/7 173/22 175/14 175/16 175/20 183/21 183/21 186/7 186/20 187/9 192/12 193/10 195/8 195/9 195/23 200/12 202/17 204/15 204/16 205/2 206/20 206/24 207/11 208/2 208/12 208/19 209/25

**done [37]** 25/15 25/15 25/16 26/7 26/8 27/22 27/25 28/1 28/12 31/4 37/1 77/1 77/6 77/11 80/3 80/21 81/25 88/10 109/7 122/14 160/24 163/21 163/25 164/22 165/16 168/25 170/19 176/24 178/22 179/5 179/24 180/10 191/1 192/25 194/2 209/3 210/6

**door [4]** 103/5 191/23 198/1 198/20

**doors [3]** 164/18 165/2 165/7

**doorstep [1]** 186/10

**double [2]** 207/25 210/1

**doubt [1]** 114/20

**down [20]** 16/14 16/25 17/4 17/7 17/18 19/24 20/16 38/2 62/24 80/4 80/11 89/2 93/8 103/6 136/13 181/5 188/11 188/21 193/13 203/24

**downsize [1]** 127/8

**drafted [2]** 42/23 42/25

**dragged [1]** 193/1

**dragging [1]** 193/4

**draw [1]** 184/19

**drive [5]** 157/20 188/9 188/10 188/15 190/21

**driver [5]** 154/19 154/19 189/5 193/10 193/13

**driveway [5]** 188/6 189/11 189/13 190/4 190/22

**driving [1]** 20/8

**drone [1]** 165/10

**dropped [2]** 194/12 194/13

**drove [3]** 188/21 188/22 188/23

**Dubai [3]** 25/20 116/18 116/22

**due [3]** 86/19 105/21 190/25

**during [18]** 10/11 10/13 20/7 82/17 114/2 121/17 122/6 128/3 128/16 128/23 132/7 141/24 142/3 152/20 153/5 175/7 175/15 188/15

**duty [1]** 205/8

## E

**each [9]** 6/25 16/13 95/20 106/24 114/7 120/25 140/16 172/6 172/6

**earlier [8]** 82/23 103/13 103/14 105/17 148/16 149/3 178/5 199/14

**early [2]** 205/6 207/20

**ease [1]** 200/18

**easier [2]** 19/18 122/16

**East [2]** 1/14 210/18

**easy [2]** 38/6 156/14

**eat [2]** 132/5 183/21

**eating [1]** 193/15

**echelon [1]** 168/6

**Edery [3]** 206/4 206/6 206/15

**edition [1]** 138/3

**effect [1]** 136/19

**effectively [1]** 22/17

**efficiency [2]** 166/18 206/19

**efficient [3]** 107/7 166/20 174/18

**effort [1]** 78/9

**eight [12]** 68/14 68/25 69/25 71/12 72/8 72/11 74/15 128/19 152/1 152/6 153/10 165/10

**drive [5]** 157/20

**either [11]** 49/12 50/1 52/3 114/5 121/3 122/23 135/1 154/12 162/20 179/19 200/21

**ELEANOR [1]** 1/6

**electrical [2]** 64/6 76/15

**electrician [1]** 78/20

**electromechanical [1]** 100/2

**electronic [1]** 204/14

**electronics [1]** 74/8

**ELLEN [3]** 1/23 210/16 210/16

**ELMO [4]** 40/4 42/4 42/9 75/17

**else [11]** 48/15 135/17 136/5 137/3 146/18 169/9 177/24 185/23 191/20 202/8 205/24

**emails [2]** 183/25 185/1

**embarrassing [1]** 33/22

**employed [1]** 183/2

**employee [3]** 89/8 94/13 184/25

**employees [6]** 16/18 16/20 21/6 89/4 89/5 89/6

**enable [1]** 114/6

**end [16]** 11/4 17/20 22/20 68/20 109/9 111/4 118/10 186/23 190/9 190/10 190/11 190/15 200/4 202/6 204/4 206/2

**ended [1]** 195/25

**ending [1]** 202/24

**enforcement [1]** 176/24

**engine [2]** 183/23 184/3

**English [17]** 34/1 114/9 114/11 114/18 114/22 115/1 115/22 115/24 121/6 121/9 122/16 148/1 148/5 148/9 148/10 148/14 174/19

**enjoy [1]** 51/6

**enough [6]** 37/17 37/18 37/18 71/10 109/5 123/5

**enter [1]** 72/21

**entered [7]** 50/4 73/23 109/14 125/15 130/8 137/16 166/12

**Entertainment [7]** 4/13 4/20 45/19 46/15

**E**

**Entertainment... [3]** 46/19 111/12 112/6
**enthusiastic [2]** 17/11 90/15
**entire [1]** 164/23
**entitled [2]** 164/4 210/14
**entourage [2]** 187/8 188/2
**entrance [1]** 190/19
**equal [1]** 49/24
**equipment [24]** 6/17 6/22 7/4 16/16 16/22 17/19 35/17 35/21 36/2 36/3 36/5 36/5 55/7 59/9 59/12 64/13 66/11 98/3 98/5 98/7 98/9 98/21 103/19 104/6
**erase [1]** 66/22
**erased [1]** 66/20
**errands [2]** 157/20 158/1
**Escalade [5]** 185/4 185/10 185/12 189/16 189/18
**Escalades [1]** 189/22
**especially [1]** 136/23
**Esq [5]** 1/13 1/13 1/15 1/18 1/20
**essentially [1]** 184/3
**estimate [7]** 156/19 180/13 180/19 180/23 206/12 206/18 206/21
**et [5]** 185/1 191/24 191/24 201/23 201/23
**Europe [7]** 116/18 116/22 116/22 118/16 120/20 120/21 120/23
**even [10]** 40/24 69/17 82/23 90/22 104/18 167/15 173/22 174/5 193/18 205/21
**evening [9]** 139/6 197/20 199/13 201/15 203/6 203/11 203/13 203/20 203/21
**events [1]** 161/18
**ever [34]** 13/23 20/7 32/4 32/6 33/11 37/19 38/15 57/18 58/13 111/1 117/1 119/24 122/13 128/3 128/25 129/17 129/22 130/23 131/11 131/24 132/7 134/1 134/2 134/23 135/2 140/5 141/5 141/5 141/16 144/9 178/7 194/5 197/17

204/11
**every [12]** 28/15 34/8 78/9 97/12 99/24 107/13 128/12 139/18 170/9 170/14 170/17 191/11
**everybody [11]** 3/6 50/5 108/12 109/15 137/7 137/10 137/17 165/9 166/13 191/6 210/7
**everyone [4]** 105/2 109/17 136/5 201/19
**everyone's [2]** 121/11 205/12
**everything [38]** 6/21 7/10 10/10 23/24 23/25 28/10 28/20 52/9 60/11 65/19 86/17 86/17 98/21 100/24 104/9 122/12 122/14 129/20 131/2 141/25 149/5 149/11 149/18 149/22 150/6 150/9 158/24 170/15 172/9 175/9 175/9 188/18 191/1 194/2 202/2 202/7 204/17 205/24
**everywhere [3]** 101/22 102/24 103/7
**evidence [31]** 8/4 20/18 42/6 42/7 47/19 48/5 48/25 62/7 67/22 68/18 69/23 71/1 72/21 72/24 73/23 93/12 107/8 112/22 114/17 118/24 165/7 171/10 181/11 181/14 196/13 202/21 204/4 204/18 204/19 204/20 204/20
**exact [6]** 25/6 74/12 97/11 168/4 175/16 186/20
**exactly [14]** 10/13 24/16 25/13 95/22 99/3 110/13 117/9 117/17 126/19 137/24 143/21 153/25 167/11 190/7
**exam [3]** 148/8 149/17 149/17
**examination [31]** 3/21 3/22 40/3 40/14 40/17 50/8 50/12 67/21 69/24 70/19 71/9 87/3 87/6 107/24 108/5 109/18 109/20 137/18 145/17 145/19 154/11 156/3 156/5 157/11 166/21 167/2

167/5 176/3 177/11 182/13 182/16
**examine [1]** 15/23
**example [1]** 54/9
**excellent [1]** 164/21
**except [2]** 127/10 179/2
**exception [4]** 17/9 137/1 164/8 164/9
**excerpt [3]** 1/8 3/1 210/13
**exchange [3]** 41/8 41/20 174/3
**excited [3]** 45/11 56/11 205/7
**exclamation [1]** 51/1
**exclusive [2]** 138/6 167/17
**excuse [12]** 4/11 42/24 45/15 53/22 58/23 65/10 68/12 76/12 82/10 88/7 94/17 103/12
**excused [2]** 112/16 181/5
**exhibit [144]** 8/21 8/25 9/5 10/25 11/8 11/9 12/4 13/5 14/2 14/13 15/20 15/21 19/18 20/15 20/22 21/25 24/5 24/7 24/16 25/8 26/17 27/3 27/13 29/14 29/15 30/12 31/6 31/12 31/13 33/17 36/9 36/23 39/9 42/5 42/8 42/13 47/20 47/20 50/17 62/8 62/8 67/3 67/15 67/17 67/25 67/25 68/6 68/13 68/13 68/17 68/18 69/1 69/14 70/3 70/4 70/6 71/6 71/11 71/24 72/2 72/21 73/6 73/7 73/11 73/14 73/22 74/2 74/3 74/13 75/12 75/16 75/20 75/25 85/10 85/13 85/15 85/15 85/19 93/13 95/2 100/13 110/21 111/16 111/17 111/24 112/22 112/25 113/9 120/2 122/20 123/21 124/17 124/25 125/5 125/12 125/15 125/17 125/18 125/20 126/8 126/16 126/20 128/9 128/15 129/1 129/21 131/10 131/23 132/10 132/13 132/16 133/3 133/10 133/11 133/13 133/18 134/2

134/18 134/19 137/21 137/23 138/11 141/9 141/10 141/14 141/21 142/5 142/22 142/23 142/24 143/15 143/18 144/22 158/11 171/11 171/16 171/20 196/13 197/11 197/25 198/6 198/7 199/17 199/25
**Exhibit 1 [1]** 74/2
**Exhibit 16 [1]** 133/13
**Exhibit 3 [1]** 11/8
**exhibits [16]** 2/7 2/11 8/5 8/6 8/13 8/15 67/13 71/10 82/23 118/25 119/6 119/8 181/10 181/14 181/21 181/23
**exist [1]** 170/20
**existed [1]** 124/4
**existing [1]** 135/12
**exited [5]** 48/7 107/22 136/3 163/15 205/15
**exotic [2]** 183/6 191/10
**expect [2]** 24/25 206/1
**expense [1]** 154/24
**expensive [6]** 22/18 44/16 90/6 118/10 130/4 170/18
**experience [4]** 118/15 152/25 156/7 180/14
**Expimled [11]** 5/25 6/1 6/2 15/24 16/5 45/10 45/12 45/16 45/23 46/22 111/8
**Expimled's [1]** 45/14
**explain [19]** 5/4 6/4 6/18 15/12 16/25 27/16 30/13 35/2 36/25 43/2 43/11 71/13 120/4 120/14 129/5 131/11 183/18 184/23 191/14
**explained [5]** 100/22 100/23 101/1 101/6 122/15
**explore [1]** 49/18
**explored [1]** 164/3
**extent [1]** 135/18
**extremely [1]** 207/21
**eyes [6]** 30/13 32/18 32/20 32/24 112/4 199/15

**F**

**face [3]** 138/7

176/19 176/19
**Facebook [2]** 43/22 52/4
**Facetimes [1]** 20/7
**fact [19]** 29/24 69/22 70/14 86/6 87/17 114/10 120/23 121/19 156/3 159/16 159/22 160/5 161/14 165/24 168/1 173/22 176/12 179/23 206/25
**fail [1]** 176/17
**failing [1]** 30/13
**fair [19]** 41/13 69/17 84/23 113/19 113/19 122/19 123/5 153/11 163/20 163/23 164/2 164/16 171/23 206/11 206/17 206/17 206/21 206/21 207/4
**fairly [2]** 69/24 72/14
**fairness [1]** 207/24
**faith [1]** 39/22
**fake [4]** 39/6 39/11 70/16 172/24
**fall [2]** 72/23 182/5
**familiar [5]** 32/19 55/19 87/11 184/8 191/9
**familiarity [1]** 71/10
**families [1]** 155/12
**family [2]** 4/14 144/13
**famous [2]** 9/21 123/25
**far [3]** 109/4 190/24 195/19
**fashion [1]** 189/20
**fast [3]** 165/18 207/20 207/21
**fault [3]** 91/19 102/10 102/13
**fear [1]** 186/8
**February [5]** 54/18 54/19 54/22 55/15 147/16
**federal [2]** 67/14 165/6
**fee [4]** 52/13 52/15 52/17 198/17
**feel [8]** 10/6 10/8 12/16 48/11 49/13 49/20 200/18 204/5
**feeling [3]** 28/17 190/23 205/3
**fees [1]** 191/24
**feet [1]** 207/10
**few [8]** 20/2 78/8 104/22 110/13 141/20 174/8 190/6 203/2
**figure [2]** 179/13

## F

**figure... [1]** 201/9
**figured [3]** 122/2 134/22 196/3
**file [5]** 133/8 133/20 135/9 135/16 141/2
**filed [1]** 67/17
**filled [1]** 158/4
**finalization [1]** 22/21
**finalizing [1]** 78/8
**finally [7]** 75/3 110/5 193/22 195/3 196/10 203/4 205/2
**finance [1]** 192/8
**financial [1]** 144/6
**find [5]** 89/17 134/13 134/23 172/9 196/4
**finding [1]** 150/20
**fine [8]** 90/19 100/14 107/12 129/20 165/18 175/9 182/25 185/24
**finish [7]** 51/1 61/2 83/3 165/18 177/25 206/2 207/23
**finished [7]** 21/16 22/9 23/22 86/21 86/22 117/4 153/4
**finishes [1]** 207/19
**first [74]** 8/18 11/5 14/7 15/4 18/22 20/13 23/2 25/22 27/19 30/7 30/7 32/25 33/13 36/17 37/15 37/16 47/25 57/23 67/6 67/11 67/20 73/2 79/9 85/15 87/23 102/3 115/4 119/24 122/4 123/1 126/21 126/22 128/12 128/17 134/14 135/24 138/1 139/1 139/3 139/23 147/7 147/10 147/14 147/18 148/22 149/6 149/9 149/23 150/6 150/15 151/1 152/10 153/12 154/18 158/13 161/1 161/4 161/11 161/13 162/4 162/7 162/13 162/14 162/15 169/8 169/12 170/17 177/15 177/22 184/4 198/19 203/17 204/4 204/18
**fit [7]** 8/14 18/22 49/19 86/8 91/2 91/5 92/11
**fits [1]** 127/6
**five [9]** 29/10 54/9 77/3 139/15 139/15 139/17 152/13 158/17 196/5

**fix [8]** 35/21 91/25 102/2 102/2 103/10 103/14 104/20 105/9
**fixed [4]** 35/15 35/19 92/1 103/17
**flew [3]** 124/10 147/3 153/23
**flight [1]** 153/6
**flip [3]** 19/16 35/1 209/13
**flipped [3]** 21/25 37/11 209/12
**flipping [2]** 10/25 11/12
**Floor [1]** 1/21
**flopping [1]** 19/16
**FLORIDA [24]** 1/1 1/4 1/14 1/16 1/19 1/21 1/25 45/18 45/21 88/25 89/21 93/24 94/22 104/23 114/13 138/17 139/8 139/9 139/13 154/7 154/25 182/20 183/4 210/18
**flying [1]** 152/9
**focus [1]** 194/21
**focusing [1]** 107/6
**follow [7]** 107/20 110/3 110/15 142/7 142/11 199/3 206/25
**followers [2]** 51/12 148/20
**following [11]** 3/2 22/8 25/4 26/2 35/2 49/1 109/25 121/20 142/10 186/13 209/21
**food [4]** 116/22 193/8 193/10 193/15
**foregoing [1]** 210/12
**foreign [1]** 114/17
**forget [1]** 144/21
**Forgive [1]** 17/17
**forgot [2]** 83/2 83/4
**form [4]** 32/22 103/2 110/9 205/2
**formal [1]** 164/11
**formed [2]** 88/25 89/2
**FORT [12]** 1/2 1/4 1/14 1/25 154/15 154/17 154/21 155/3 155/11 157/16 157/21 210/18
**forth [2]** 63/16 142/2
**forward [1]** 166/10
**forwarded [1]** 126/23
**forwarding [1]** 192/15
**found [8]** 60/18 60/19 60/21 121/20 121/21 124/1 148/19

189/1

**foundation [4]** 70/6 71/2 71/13 72/22
**foundational [1]** 70/11
**four [7]** 31/6 77/3 110/3 139/15 152/13 155/24 204/5
**fourth [1]** 203/3
**franchise [1]** 194/1
**fraudulent [3]** 159/4 159/5 159/6
**free [4]** 13/1 48/11 173/15 202/20
**fresh [1]** 49/22
**Friday [5]** 33/25 34/4 77/10 208/7 209/3
**Fridays [1]** 208/8
**friend [2]** 84/25 94/11
**friendly [1]** 141/25
**friends [8]** 55/20 56/1 57/17 58/1 118/17 120/21 155/12 194/16
**friendship [1]** 10/21
**front [7]** 11/4 53/11 55/10 73/15 102/19 166/6 172/8
**frying [1]** 168/20
**fulfill [1]** 205/7
**full [5]** 3/13 70/2 115/17 162/10 191/16
**fun [1]** 156/9
**fund [1]** 199/11
**further [8]** 39/25 106/19 112/11 121/5 145/14 175/24 177/3 181/1

## G

**G63 [1]** 190/5
**game [5]** 193/16 195/11 202/14 207/9 208/15
**gap [2]** 68/11 68/23
**gas [1]** 158/4
**gate [5]** 187/4 188/2 188/5 188/25 189/25
**gave [11]** 63/12 64/1 65/10 66/16 75/17 156/9 160/22 174/2 174/3 189/8 191/17
**general [5]** 120/4 151/18 151/19 184/9 200/10
**generated [1]** 55/6
**generous [1]** 173/22
**gentleman [2]** 189/5 189/8
**gentleman there [1]** 189/5

243

**gentlemen [10]** 43/11 48/2 67/7 113/16 135/25 155/22 157/6 180/10 182/19 204/3
**gesture [1]** 173/21
**get [82]** 3/6 11/13 14/25 18/25 19/25 43/19 43/20 49/7 50/9 58/25 59/6 67/6 67/24 70/2 70/24 71/3 75/15 79/6 80/20 83/8 84/25 89/22 90/2 95/23 99/20 101/7 104/16 106/1 107/14 109/12 113/12 122/23 130/15 134/14 134/25 139/10 142/11 144/1 156/18 156/21 156/25 157/1 157/14 158/20 159/11 159/11 164/1 164/18 164/24 171/7 180/5 183/18 183/22 184/2 188/25 189/6 190/25 191/1 191/1 191/3 191/25 192/25 193/8 193/9 193/24 194/6 194/11 195/9 195/24 198/23 198/23 199/4 200/22 201/17 202/18 203/17 206/11 207/9 207/24 208/16 208/23 209/2
**gets [2]** 114/25 185/5
**getting [10]** 31/2 31/3 31/4 41/20 111/4 128/18 154/18 174/18 193/18 195/12
**gift [2]** 173/16 173/20
**Gilledad [1]** 95/16
**Girl [1]** 10/2
**gist [1]** 150/3
**give [36]** 11/16 38/2 41/7 41/19 42/5 98/12 99/19 105/20 106/22 113/17 115/1 121/2 123/17 124/22 141/1 144/1 152/18 156/10 156/19 158/9 159/23 160/9 164/1 177/6 179/13 179/23 180/13 180/18 180/22 181/18 201/23 201/25 202/16 202/17 208/25 210/3
**given [9]** 114/11 136/23 191/21 198/8 200/21 201/14 206/18 206/18 206/21
**gives [1]** 83/20
**giving [2]** 56/8

124/19
**GM [3]** 193/24 194/4 197/17
**go [68]** 3/6 4/3 18/11 19/23 26/18 28/13 33/25 33/25 34/9 40/24 49/12 50/1 50/8 62/9 62/12 62/12 67/11 70/20 72/8 75/11 79/9 79/25 82/2 85/9 90/20 92/5 92/6 93/14 95/5 104/20 105/14 107/19 109/12 116/1 120/17 121/5 132/5 132/5 134/21 134/22 137/11 138/22 142/2 147/5 156/25 157/7 157/8 158/20 158/23 158/24 159/1 159/10 159/11 159/13 159/23 160/3 170/12 175/10 175/22 181/18 182/21 186/18 188/10 198/13 205/17 207/5 207/17 208/9
**goes [10]** 5/13 6/15 6/16 54/17 86/17 86/17 89/13 102/19 115/1 206/1
**going [212]**
**gold [10]** 130/3 130/3 130/4 130/5 130/9 130/10 130/11 138/3 159/7 160/9
**gone [1]** 193/7
**good [30]** 3/8 3/17 3/24 3/25 4/2 12/18 34/2 36/4 36/5 39/19 40/19 40/20 41/10 43/24 65/19 78/10 87/8 87/9 90/17 100/1 114/18 115/21 129/20 135/22 143/12 145/21 167/7 183/13 188/18 203/22
**Google [5]** 6/7 43/22 52/3 147/23 184/4
**Googling [1]** 204/14
**got [30]** 3/6 44/11 51/22 52/25 54/3 69/24 90/16 92/6 97/20 98/2 98/12 105/11 136/11 139/24 156/12 156/21 160/25 161/24 165/15 166/17 176/24 185/4 193/14 195/16 197/7 200/6 201/6 201/8 203/10 208/13
**gotten [5]** 49/14 92/17 155/10 164/25 200/3

(12) figure... - gotten

## G

**Goverment's [1]** 2/7
**government [58]**
2/2 3/4 41/23 48/21
57/18 58/13 58/19
58/21 58/24 59/3 60/2
60/6 63/12 66/2 66/17
66/21 66/24 67/3
67/12 67/19 69/5 70/2
70/11 70/25 71/2
71/14 73/23 75/17
75/23 83/2 83/5 85/16
85/23 86/3 87/18
105/17 108/2 109/7
112/18 112/21 113/7
113/11 120/1 144/20
144/24 146/6 146/8
146/11 146/17 146/24
147/4 164/6 176/6
181/8 181/13 207/1
207/19 210/4
**Government's [107]**
8/6 8/13 8/15 8/21
8/25 9/4 13/5 14/2
14/13 15/20 15/21
19/17 20/15 20/22
21/25 24/5 24/7 25/8
26/17 27/3 27/13
29/14 30/12 31/6
31/11 31/13 33/17
42/8 42/12 47/20
50/16 58/7 62/8 68/6
68/18 70/23 71/14
73/7 73/11 75/12
75/16 85/10 93/13
95/3 110/21 111/16
111/17 111/24 112/25
113/2 113/9 118/25
119/6 119/8 120/1
123/21 124/17 124/25
125/5 125/11 126/8
126/16 126/20 128/9
128/14 129/1 129/21
131/23 132/10 132/16
133/10 133/11 133/12
133/18 134/2 134/18
134/19 137/21 137/23
138/11 141/9 141/10
141/21 142/5 142/22
142/23 142/24 143/15
143/17 144/22 158/11
164/13 181/10 181/23
196/13 196/14 197/11
197/24 197/25 198/6
198/7 198/13 199/17
199/24 202/22 206/19
207/5
**governments [1]**
144/10
**GPS [1]** 186/5
**grab [2]** 74/7 195/15

**gratitude [1]** 174/2
**great [13]** 5/8 5/8
12/2 15/15 36/7 45/7
49/3 77/19 107/25
109/3 135/23 166/9
172/22
**grounds [3]** 177/19
177/23 178/25
**group [2]** 141/11
188/14
**grow [1]** 45/10
**guaranteed [3]**
203/15 203/18 203/18
**guess [19]** 11/1
17/23 19/7 19/10
19/17 20/18 22/21
23/17 27/19 28/3
36/13 88/24 109/5
119/22 188/6 202/14
202/23 207/16 209/7
**guesses [1]** 208/1
**guideposts [1]**
208/23
**Gurus [1]** 183/25
**guy [5]** 12/12 97/10
99/8 194/11 194/12
**guy's [1]** 186/3
**guys [13]** 11/17
11/17 78/19 79/1
90/16 94/7 94/24 95/3
101/9 124/2 165/14
192/25 209/12

## H

**had [97]** 3/2 3/3
10/8 11/1 17/14 20/15
21/11 21/22 24/7
29/24 30/6 30/6 35/13
36/17 37/17 37/18
39/14 39/16 43/13
57/18 57/23 59/20
60/20 61/14 65/2
65/24 67/15 68/3 69/6
78/20 81/14 86/19
86/19 91/23 93/10
98/10 98/13 98/15
102/16 103/10 103/13
104/18 104/20 106/4
109/17 110/15 114/9
121/1 121/25 127/2
127/2 130/21 131/8
131/16 131/18 134/8
138/14 140/23 143/22
144/7 146/11 147/20
148/19 151/15 151/17
151/17 153/19 159/1
159/6 160/5 163/2
166/14 169/23 170/13
175/18 176/6 188/5
190/21 193/7 193/7
196/9 199/11 199/12
200/3 200/4 200/5
200/8 200/17 201/5
201/23 202/4 202/14
202/15 202/19 203/2
206/25 209/13
**hadn't [3]** 86/12
134/8 143/6
**half [4]** 97/8 159/8
160/2 161/7
**hall [1]** 136/7
**hallway [4]** 48/9
165/22 203/25 204/2
**hand [12]** 3/9 7/3
8/19 8/21 112/23
113/6 115/7 115/14
118/5 132/12 141/10
182/1
**handed [3]** 72/12
74/12 189/1
**handle [3]** 191/21
192/7 192/9
**handled [1]** 30/17
**handles [1]** 52/11
**hands [3]** 8/22 78/10
159/7
**happen [7]** 34/19
39/20 39/21 59/18
78/14 79/19 114/20
**happened [18]**
18/13 31/7 34/7 35/13
58/17 59/12 129/19
134/24 135/3 144/16
161/17 161/19 164/11
164/11 169/10 185/3
185/10 201/1
**happening [8]** 27/16
30/14 113/16 192/17
193/6 195/6 195/7
205/5
**happens [12]** 85/4
86/15 167/13 167/14
171/4 185/20 187/3
188/24 191/10 192/6
201/21 205/20
**happy [5]** 36/7 81/4
81/6 105/2 155/12
**hard [7]** 26/6 38/4
38/8 82/7 89/21 98/16
109/10
**hardship [3]** 98/11
98/13 98/14
**has [51]** 5/7 5/21
8/21 13/14 14/17
16/15 18/19 21/4
23/15 24/3 29/22
35/17 38/8 41/21
41/22 41/25 44/15
49/8 62/7 67/14 67/22
69/12 70/15 79/11
89/6 93/19 101/2
104/9 106/3 114/3
114/23 120/1 120/10
120/14 121/22 123/8

138/6 145/11 149/21
158/19 158/25 163/25
168/6 170/9 187/22
187/23 194/2 196/12
205/17 205/23 205/24
**hashes [1]** 47/23
**hasn't [2]** 130/17
164/3
**hate [1]** 207/22
**have [317]**
**haven't [5]** 25/23
28/9 49/14 146/3
163/21
**having [11]** 8/20
50/23 56/11 65/10
70/14 129/23 141/23
155/6 192/1 194/7
208/7
**he [322]**
**he's [43]** 9/21 12/18
12/19 12/19 18/20
19/8 19/9 19/9 19/10
23/10 32/3 33/14
55/25 68/4 80/9 83/14
83/24 92/11 94/13
94/13 94/15 102/12
104/12 104/14 109/16
110/7 119/17 121/21
122/2 123/25 136/10
136/13 141/20 151/10
158/16 160/22 164/4
166/1 186/10 194/4
195/22 197/17 200/11
**head [2]** 84/24
203/25
**heads [1]** 109/5
**hear [11]** 48/3 48/5
49/1 107/1 113/17
114/16 117/21 119/16
158/3 167/15 204/13
**heard [8]** 3/20 49/16
123/17 172/24 182/12
204/13 204/16 208/8
**Hearing [1]** 109/3
**hearsay [9]** 135/11
137/1 164/9 164/17
164/19 164/19 164/19
177/20 178/24
**heavily [1]** 188/22
**held [2]** 22/17
208/14
**hello [11]** 27/20 28/8
28/9 29/18 29/19
29/19 34/6 76/13
81/24 109/22 109/23
**help [10]** 37/14 56/4
56/5 56/7 56/9 56/9
56/10 58/2 114/1
119/13
**helps [3]** 37/3
100/12 209/7
**her [14]** 23/1 23/1

23/8 26/23 57/12
91/12 92/20 93/11
140/6 178/17 184/25
191/25 196/24 196/25
**here [82]** 3/12 4/8
4/9 7/21 11/19 16/3
16/25 17/16 17/23
18/1 18/4 19/16 23/6
25/11 25/13 26/2
27/16 30/14 30/23
31/7 33/18 34/5 35/13
36/23 36/24 36/25
42/16 46/5 48/10
51/17 69/17 84/6
88/25 89/2 89/21 91/7
92/21 93/20 95/21
97/7 97/21 99/15
100/14 104/2 106/22
107/25 113/20 114/1
114/20 119/15 119/17
121/13 123/9 124/18
125/17 130/7 133/6
136/6 139/9 139/12
139/19 143/17 143/21
146/9 151/22 161/4
163/17 164/25 171/6
171/8 171/12 171/25
175/21 178/15 180/9
187/13 191/2 192/19
198/25 203/24 205/6
205/8
**here's [4]** 32/14
61/10 80/22 189/20
**hereby [1]** 210/12
**hey [11]** 185/3
192/18 193/1 193/9
193/20 194/19 195/15
195/16 201/24 201/25
203/13
**Hi [4]** 25/14 25/23
27/25 76/1
**hid [4]** 66/7 66/15
66/18 85/22
**hide [2]** 66/9 66/18
**high [5]** 17/20
186/23 190/9 190/11
190/15
**higher [3]** 148/24
195/13 197/13
**highlight [1]** 19/19
**highways [1]** 5/6
**Hills [1]** 117/14
**him [156]** 10/7 10/8
10/16 11/1 19/5 19/7
22/14 24/4 26/2 26/6
26/6 29/1 29/4 29/8
31/8 31/22 35/9 35/22
37/9 37/12 37/13
37/14 37/14 37/14
41/19 47/17 49/16
52/13 52/15 52/17
56/8 59/20 59/23

**H**

**him... [123]** 63/15 63/22 64/2 65/3 65/10 65/14 65/14 65/17 66/10 70/10 70/11 70/25 71/12 74/6 76/3 77/3 78/4 78/19 81/6 82/13 83/24 86/19 91/4 91/6 91/11 91/13 97/12 98/11 98/12 98/13 99/23 100/23 104/24 105/20 108/3 109/12 109/12 110/15 121/12 122/13 122/15 122/25 123/8 124/5 124/11 125/2 125/2 125/16 126/23 127/23 128/5 128/18 129/4 129/5 129/23 129/25 130/5 131/5 131/7 131/14 131/15 134/7 134/25 135/1 136/12 139/23 140/9 141/19 142/14 143/3 144/7 144/19 147/10 148/4 148/8 149/6 149/11 149/18 150/6 150/7 151/12 151/12 151/18 154/4 154/8 156/3 156/16 158/9 158/13 158/22 158/25 159/11 159/23 160/10 160/22 161/1 163/17 164/1 165/21 165/22 166/4 169/11 169/12 169/25 173/19 174/3 174/9 174/19 174/21 174/24 175/3 175/12 175/12 177/25 185/22 186/3 186/5 187/15 187/15 189/8 192/16 192/18 200/10
**himself [2]** 71/1 71/13
**hire [1]** 97/10
**his [127]** 10/5 10/21 13/11 18/10 18/15 18/20 19/7 22/24 23/2 23/9 26/6 26/24 33/14 35/5 35/6 36/17 36/18 36/18 36/20 36/21 37/22 43/18 44/3 44/5 45/1 49/11 50/16 53/7 55/10 55/19 55/24 57/11 57/12 58/22 58/25 58/25 59/6 59/10 59/17 59/21 60/16 63/2 63/18 64/21 65/6 65/8 68/7 68/14 69/11 69/11 71/10 81/16 83/8

83/17 84/7 84/12 84/18 91/10 92/19 94/20 97/11 99/8 99/10 99/11 99/12 99/14 100/20 100/23 102/10 102/13 104/16 105/8 106/10 108/3 110/16 111/5 118/9 121/21 122/11 122/22 122/23 125/16 126/12 128/24 129/14 129/17 129/23 131/25 132/8 138/23 139/21 140/8 141/11 149/13 149/18 150/12 154/18 154/21 155/3 158/18 159/9 160/1 160/22 160/23 163/2 163/3 163/25 173/8 173/10 173/15 173/16 175/21 186/3 186/5 186/9 187/8 188/14 189/6 191/6 191/21 192/5 192/9 193/5 193/24 196/18 197/5 205/7
**hit [5]** 32/10 156/8 157/9 200/8 203/18
**hmm [11]** 18/6 30/24 37/25 42/14 51/8 81/8 168/16 184/5 184/15 184/18 186/14
**hold [1]** 113/24
**holes [2]** 91/23 92/5
**holiday [1]** 29/22
**holistic [1]** 70/22
**home [9]** 5/12 50/16 55/10 57/16 92/20 111/5 140/8 190/24 203/9
**honest [3]** 107/5 195/9 197/16
**honestly [1]** 174/4
**Honor [49]** 8/3 8/11 8/16 40/2 40/10 42/7 47/2 49/3 50/13 68/2 71/20 72/25 87/4 97/16 100/4 106/14 108/7 108/11 110/7 112/11 112/13 112/15 118/23 119/3 124/8 135/11 137/4 137/5 137/12 137/19 140/12 145/14 145/25 157/12 161/25 166/23 167/3 170/1 177/3 177/18 178/2 179/8 179/21 180/7 180/15 181/1 195/22 208/8 210/5
**HONORABLE [3]** 1/10 1/24 210/17
**hooked [1]** 90/16

**hope [8]** 19/24 34/17 34/18 35/19 109/17 143/25 166/14 209/7
**hotel [8]** 141/4 152/13 155/20 157/23 157/25 158/21 159/12 175/17
**hour [2]** 156/20 195/2
**hours [3]** 141/2 203/17 210/3
**house [46]** 5/9 9/16 13/11 18/10 18/16 18/16 18/16 18/17 18/18 18/19 18/20 18/21 18/22 18/24 19/17 21/5 22/23 23/17 34/9 35/5 37/22 53/4 53/14 63/2 64/21 76/10 76/14 78/14 81/25 97/14 123/3 123/14 138/23 139/21 139/24 154/21 167/12 173/8 185/25 188/5 189/12 192/22 193/5 193/15 199/4 200/17
**how [82]** 4/1 4/4 5/18 6/4 6/12 6/12 9/12 10/6 11/4 12/16 16/12 16/25 18/7 19/25 21/22 23/1 25/3 28/6 28/17 29/3 29/8 37/21 52/6 52/20 59/16 59/18 59/23 59/24 63/16 72/23 87/20 88/10 89/4 89/15 96/1 96/7 97/4 97/5 99/4 101/21 105/11 111/4 115/2 116/2 116/7 118/2 118/10 118/19 120/17 120/19 122/4 122/7 122/7 122/10 123/15 127/6 128/17 133/22 139/3 139/12 142/6 144/16 150/20 151/15 153/16 153/22 155/10 156/11 178/22 179/14 180/10 183/9 183/18 183/22 185/12 188/17 189/3 190/9 190/20 190/22 196/1 203/10
**how old [2]** 4/4 116/2
**however [3]** 123/6 164/8 164/15
**huge [5]** 11/24 11/25 77/24 91/3 138/7
**human [1]** 107/11
**Humberto [2]** 1/15 87/10
**humongous [1]**

53/11
**hundred [1]** 183/19
**hundred percent [1]** 183/19
**hungry [1]** 193/7
**hybrid [1]** 93/18

**I**

**I get [1]** 67/6
**I got [2]** 197/7 200/6
**I will [14]** 32/1 48/23 48/23 49/1 49/12 49/22 81/13 121/3 165/9 170/5 175/17 205/6 206/17 208/10
**I'd [4]** 69/4 79/22 208/16 208/17
**I'll [33]** 13/6 15/19 20/2 35/1 36/24 47/25 48/16 48/24 77/20 107/5 108/12 109/10 118/9 121/13 131/2 135/16 136/17 136/22 137/6 150/2 155/22 158/9 165/11 166/7 167/20 177/6 177/25 193/24 193/24 205/10 205/10 209/3 210/6
**I'm [195]** 4/3 5/1 8/24 11/12 11/12 13/5 14/11 15/22 19/17 24/5 24/7 25/8 25/14 25/20 26/17 27/3 27/13 27/14 29/14 29/18 29/19 30/15 31/2 31/3 31/11 33/25 34/1 36/9 37/1 37/3 37/9 37/10 41/11 46/4 47/19 48/22 49/18 50/21 52/8 53/19 56/4 57/8 57/25 62/7 62/9 64/10 64/19 67/2 67/24 68/9 69/13 69/18 69/19 70/4 71/23 74/15 75/3 75/11 75/15 76/17 77/6 81/24 81/24 81/25 82/9 82/10 82/13 82/19 82/20 83/10 85/9 89/10 91/10 91/13 92/3 95/2 95/17 95/23 96/21 97/17 98/14 98/22 99/14 100/4 100/6 100/9 100/14 101/14 101/15 101/15 103/4 104/2 105/13 107/6 107/16 107/19 110/7 113/6 114/14 116/1 116/23 116/24 118/23 119/24 122/19 122/20

123/21 124/24 125/5 125/11 126/8 126/19 128/14 128/15 129/15 129/20 129/21 129/24 130/22 131/10 132/10 133/5 133/8 133/10 134/18 137/21 141/9 141/21 142/5 142/22 143/15 144/22 149/15 153/3 153/8 153/21 156/3 158/3 159/11 161/6 161/19 161/25 162/3 163/22 163/23 164/2 164/10 164/17 165/2 166/5 166/5 166/6 167/8 167/14 168/16 169/24 170/1 170/12 170/12 170/25 171/10 171/18 172/18 174/4 174/5 174/16 174/25 175/18 176/5 178/24 180/3 180/12 180/21 182/20 183/8 183/13 183/19 184/19 186/16 187/19 190/5 190/19 190/25 191/1 191/9 193/9 194/15 194/20 195/19 196/24 201/7 204/4 206/21 207/1 208/25
**I've [14]** 15/23 21/25 34/25 124/17 137/25 164/14 165/1 165/9 194/5 195/16 201/5 204/5 204/25 208/8
**iCloud [1]** 68/7
**idea [5]** 41/6 41/10 45/7 51/24 68/3
**identification [4]** 71/25 72/1 140/11 187/21
**identified [6]** 19/11 23/11 23/15 140/14 140/21 187/23
**identify [5]** 19/7 23/8 121/12 140/7 187/15
**identifying [3]** 172/5 172/13 172/14
**if [149]** 3/12 3/17 3/18 7/9 8/19 12/20 13/3 16/3 19/18 23/23 28/11 28/15 29/16 30/25 33/23 34/9 34/25 37/3 38/5 38/12 39/15 40/24 43/18 43/18 44/8 44/11 44/25 48/8 48/14 48/15 48/19 49/13 49/20 49/22 49/23 50/1 54/6 54/9 61/18 61/21 67/7 69/2 69/6

**I**

**if... [106]** 69/14 70/11 70/25 71/2 71/6 71/13 71/13 72/9 74/13 77/9 77/20 80/17 81/13 84/9 84/21 86/12 86/14 91/5 92/1 95/24 96/13 96/18 97/21 98/6 99/14 99/21 106/7 107/9 107/11 107/13 107/24 108/2 109/6 109/7 113/12 113/14 114/9 114/14 114/18 118/4 120/24 122/17 127/16 127/17 131/18 136/4 136/16 136/16 136/20 136/20 148/10 155/9 158/20 161/18 163/23 168/18 168/19 169/24 170/18 170/18 170/23 170/25 171/5 172/8 173/22 175/9 175/17 176/17 180/10 182/9 182/10 183/21 185/25 186/16 188/15 188/17 189/6 189/22 190/13 192/12 192/19 194/10 195/2 195/8 196/20 196/21 200/16 200/22 202/3 202/7 202/17 204/9 204/11 204/25 205/1 206/1 206/25 207/7 207/19 207/19 208/12 208/16 208/19 208/23 209/2 210/2

**if you can [4]** 3/12 29/16 107/24 113/14

**If you know [1]** 196/20

**image [5]** 46/23 63/18 125/12 126/11 129/24

**images [2]** 63/16 128/25

**immediately [3]** 63/8 187/11 205/1

**impact [1]** 112/20

**impeachment [4]** 68/2 69/7 69/14 71/5

**import [4]** 17/18 95/14 98/3 98/9

**important [8]** 58/16 60/4 60/5 60/7 60/10 114/21 161/17 207/25

**importantly [1]** 69/17

**impose [1]** 134/25

**impression [1]** 195/5

**improper [1]** 71/5

**improperly [1]** 49/23

**impropriety [1]** 69/20

**in [469]**

**in-between [1]** 184/13

**in-house [1]** 192/22

**inch [3]** 6/13 6/14 16/23

**incher [1]** 5/11

**inches [10]** 5/13 5/14 5/15 5/15 10/24 91/2 91/6 92/12 93/2 95/1

**Incidentally [1]** 129/24

**inclined [1]** 208/25

**include [1]** 99/21

**included [3]** 99/25 128/10 130/11

**includes [1]** 208/19

**Including [1]** 169/14

**inconsistent [3]** 68/14 69/16 70/1

**increase [2]** 28/23 107/18

**independent [2]** 194/1 201/25

**INDEX [1]** 2/1

**indicate [2]** 127/21 149/5

**indicating [4]** 121/20 133/20 176/16 189/21

**individual [9]** 118/3 121/23 122/3 126/14 127/25 151/10 159/9 168/18 168/19

**individuals [6]** 7/18 7/20 128/10 131/17 131/21 168/17

**industry [3]** 5/18 116/21 117/9

**influence [1]** 114/12

**information [16]** 16/4 30/4 30/5 30/9 111/14 133/7 134/23 135/7 188/20 192/4 192/16 198/16 198/21 199/13 199/22 200/15

**initial [2]** 90/22 169/2

**initially [1]** 121/18

**inquire [2]** 48/19 48/22

**inquired [2]** 148/22 176/13

**inquiring [1]** 185/4

**inquiry [2]** 69/13 120/8

**ins [1]** 184/1

**inside [2]** 189/3 190/18

**insist [1]** 168/1

**Instagram [36]** 9/6 9/7 13/24 15/3 15/5 18/12 38/18 43/23 51/7 51/11 51/23 52/4 53/21 53/23 55/12 55/24 90/3 117/13 117/16 120/10 121/9 125/2 125/9 142/3 143/3 143/5 147/16 147/23 147/24 147/25 148/24 149/1 160/23 168/10 169/6 169/7

**install [12]** 7/5 7/10 16/9 16/16 38/5 41/2 59/11 64/22 78/15 79/21 91/5 91/16

**installation [47]** 16/16 17/20 18/23 21/17 22/21 23/17 23/22 29/3 29/8 37/24 47/12 61/2 61/3 61/15 61/15 63/22 64/14 64/16 65/1 65/2 76/21 78/14 79/12 79/18 81/10 81/11 82/14 82/15 82/18 86/22 90/22 90/23 91/9 91/14 91/17 96/10 96/23 96/24 97/13 99/4 99/6 101/7 101/16 101/18 106/4 109/25 110/18

**installations [1]** 96/8

**installed [21]** 18/17 20/22 21/3 21/4 21/19 23/25 28/19 37/23 47/5 59/12 61/8 62/25 63/6 64/2 66/11 70/15 73/12 91/1 101/8 103/1 104/14

**installing [5]** 47/9 47/10 63/2 63/10 82/7

**instance [3]** 122/19 135/2 177/2

**instead [1]** 33/12

**instructed [1]** 191/19

**instruction [3]** 48/24 107/20 113/17

**instructions [8]** 163/12 189/7 189/9 191/18 191/20 191/22 198/3 198/22

**insurance [5]** 192/1 198/24 199/22 200/1 200/3

**insured [1]** 192/1

**intend [1]** 107/12

**intent [2]** 70/21 70/23

**intentions [1]** 67/14

**interacted [1]** 151/25

**interest [4]** 114/3 168/16 169/15 202/19

**interested [9]** 10/23 130/20 141/20 150/19 150/20 168/17 168/19 184/21 185/18

**interesting [1]** 167/8

**intermediary [1]** 184/13

**internal [2]** 127/18 202/23

**International [2]** 139/14 154/18

**internet [4]** 16/5 19/24 168/14 184/6

**internet-based [1]** 184/6

**interpret [2]** 113/22 114/4

**interpreted [1]** 114/25

**interpreter [23]** 113/12 113/15 113/21 113/23 114/2 114/3 114/5 114/8 114/10 114/18 114/19 114/22 115/1 115/4 115/8 121/10 136/7 149/2 156/6 163/21 166/10 176/10 180/22

**interpreter's [2]** 114/1 114/6

**interpreters [2]** 209/8 209/10

**interrupted [1]** 180/4

**interrupting [1]** 82/10

**interruption [3]** 82/14 82/15 82/17

**into [39]** 8/4 49/12 50/1 62/7 68/18 69/23 70/24 72/21 73/23 90/2 95/5 95/23 107/11 107/12 111/7 112/22 116/1 116/1 118/24 136/7 136/25 148/4 164/24 164/25 168/14 177/5 181/11 181/14 195/1 196/4 196/12 202/21 203/25 204/2 204/11 207/6 207/8 208/7 209/25

**introduce [8]** 23/1 23/1 48/25 70/8 124/11 128/6 141/19 182/18

**introduced [9]** 23/2 24/4 41/23 62/7 68/18 71/5 173/10 196/12 202/21

**investigate [2]** 144/15 168/13

**investigated [1]** 172/23

**investigators [1]** 60/3

**investment [1]** 54/10

**invite [1]** 178/17

**invoice [37]** 11/3 11/5 11/5 13/3 15/19 16/6 16/12 19/14 21/11 23/4 30/8 42/13 42/18 45/14 46/16 46/20 46/22 93/17 95/5 110/1 111/1 126/17 126/19 126/23 126/25 130/12 130/17 133/8 133/23 149/1 152/10 152/16 153/9 153/16 153/22 170/22 170/24

**invoice/alleged [1]** 95/5

**invoice/contract [2]** 42/13 42/18

**invoiced [3]** 127/23 131/4 148/25

**invoicee [1]** 17/24

**invoked [1]** 136/10

**involved [9]** 22/20 116/24 117/1 120/20 150/23 160/25 176/25 183/15 201/17

**involvement [2]** 58/19 144/20

**is [467]**

**Isles [3]** 139/14 152/13 186/4

**isn't [19]** 11/3 55/9 65/21 66/7 66/15 151/2 151/10 153/20 154/25 155/2 155/7 155/16 158/14 159/24 161/2 162/8 165/24 179/24 180/11

**issue [13]** 30/16 31/1 59/8 81/12 81/14 91/18 92/8 101/2 101/6 131/16 144/19 154/8 159/20

**issues [4]** 81/13 82/2 86/16 129/14

**it [523]**

**it's [227]**

**item [8]** 7/17 16/17 18/4 95/13 101/19 138/1 168/23 198/19

**I**

**items [3]** 103/24 138/8 181/11
**itinerary [1]** 76/4
**its [3]** 112/18 183/22 193/23
**itself [1]** 20/21

**J**

**Jamaica [2]** 26/13 29/19
**JANICE [8]** 1/6 23/11 110/24 132/8 140/5 162/7 162/12 198/14
**January [13]** 29/21 30/21 31/19 32/10 33/21 33/21 39/1 54/19 54/22 55/3 105/5 117/4 117/5
**January 12th [1]** 30/21
**January 15th [2]** 31/19 39/1
**January 25 [1]** 32/10
**Jenkins [2]** 206/7 206/15
**Jeweler [1]** 177/17
**jewelry [1]** 118/15
**job [1]** 184/25
**join [1]** 135/14
**joking [1]** 37/9
**Jones [14]** 1/13 3/21 8/14 8/23 109/18 134/13 137/18 146/17 154/11 156/5 156/9 157/2 175/25 209/13
**judge [49]** 1/11 8/8 40/4 40/15 42/2 42/4 42/10 48/13 50/11 67/2 67/5 68/16 69/21 70/8 70/12 71/4 71/16 71/18 72/20 73/21 74/6 86/23 87/1 100/8 105/13 106/19 108/2 108/10 109/4 112/19 113/5 156/13 165/16 172/18 181/3 181/9 181/15 181/17 182/14 187/20 196/7 203/22 205/21 205/24 206/14 207/21 208/6 209/9 209/16
**jurisdiction [1]** 144/13
**jurors [2]** 166/17 179/13
**jury [79]** 3/2 4/4 5/4 8/17 8/24 13/6 13/15 14/2 19/22 25/19 26/17 33/4 38/1 43/12

48/6 48/7 48/20 48/22 48/25 49/7 50/3 50/4 62/20 67/7 96/1 106/21 107/20 107/21 107/22 109/13 109/14 120/19 124/17 124/19 124/25 128/14 128/15 129/21 130/22 131/10 131/23 132/10 132/25 133/10 134/19 135/18 136/3 137/16 137/21 140/7 141/21 141/22 142/5 143/16 156/7 156/10 163/10 163/15 164/2 166/6 166/11 166/12 179/18 179/23 180/10 182/19 183/1 183/11 183/18 191/14 197/8 204/3 205/5 205/13 205/15 205/17 205/17 208/24 209/22
**just [135]** 8/18 9/9 11/3 13/21 15/22 18/25 26/23 27/19 29/15 29/17 29/24 30/22 30/25 33/8 35/2 35/13 36/9 37/11 41/23 42/5 47/23 48/19 48/20 49/20 49/24 50/8 52/24 68/25 69/10 69/18 71/3 71/4 73/24 76/1 77/11 77/14 78/20 84/14 92/3 93/21 94/13 100/13 106/5 107/11 107/13 107/15 107/19 109/5 113/24 113/24 114/22 115/1 116/1 120/4 120/18 121/12 122/19 122/23 122/24 123/11 124/19 124/24 128/14 130/22 131/10 133/5 133/14 134/10 136/22 137/1 137/22 138/24 143/15 144/3 144/20 144/22 155/19 156/18 163/23 164/1 164/16 164/18 165/1 165/5 165/16 168/7 171/5 171/5 171/16 174/5 176/1 176/5 177/13 181/17 183/17 184/1 185/3 185/10 188/16 188/16 188/17 188/18 188/20 188/21 188/23 190/6 190/19 191/8 192/11 192/25 193/16 193/20 195/10 195/11 195/14 195/15 195/16 199/7 200/2 200/17 201/7 201/25 201/25 202/14

202/18 202/20 203/14 204/16 206/3 207/2 207/20 208/6 208/15 209/20 210/2
**Justin [19]** 9/17 9/18 9/25 10/22 11/17 11/25 12/8 12/9 12/9 38/16 43/14 78/1 83/12 123/22 124/6 126/15 132/2 141/16 194/15

**K**

**Kebo [2]** 192/10 192/14
**keep [15]** 7/2 26/2 29/21 103/24 124/24 135/25 142/10 173/23 174/6 194/21 202/18 204/12 205/2 205/5 209/4
**kept [5]** 98/11 98/19 192/18 192/25 201/24
**key [4]** 189/1 189/2 189/25 193/8
**keypad [1]** 188/7
**keys [4]** 158/9 195/15 200/24 201/14
**kidding [1]** 92/3
**kids [1]** 116/16
**killing [1]** 32/2
**kind [33]** 5/7 5/10 11/21 12/1 15/16 17/21 26/15 34/16 35/1 38/5 41/6 52/8 55/5 56/1 58/17 60/14 80/6 90/7 90/11 99/22 101/15 104/8 110/14 150/12 167/9 169/2 183/11 193/16 199/16 200/22 202/3 204/12 204/15
**kinds [2]** 165/2 201/22
**King [2]** 37/8 92/15
**Kingston [151]** 1/7 7/23 9/10 9/22 10/14 11/15 12/17 12/19 13/24 14/6 14/22 15/10 16/7 17/10 18/5 18/12 19/3 19/9 19/11 23/18 25/9 27/9 27/14 27/14 27/21 28/8 28/9 28/23 32/18 33/7 39/5 39/11 40/21 41/6 41/20 43/5 43/18 44/1 44/11 44/20 47/15 50/16 50/20 51/4 51/13 51/22 52/25 54/11 54/14 54/16 54/22 55/3 55/8 56/5 56/9 57/4 57/11 58/21

58/24 59/5 66/2 72/7 72/10 72/15 72/18 84/7 84/12 97/14 102/15 111/10 111/22 119/23 120/13 121/8 121/18 122/8 124/1 128/3 128/17 130/17 131/3 131/11 131/24 132/7 132/19 134/6 138/14 138/17 138/20 139/18 140/5 140/8 140/23 141/5 141/6 141/6 141/11 141/16 141/18 142/25 143/19 145/22 147/7 147/14 148/7 148/14 148/17 149/10 149/17 149/21 149/24 150/5 150/16 150/24 151/2 151/23 152/1 152/10 152/18 153/9 153/19 154/2 154/12 154/16 154/19 155/2 155/10 157/14 158/12 159/23 160/19 160/21 161/2 161/7 161/12 162/20 162/21 186/11 187/2 187/8 187/9 187/11 187/13 188/13 191/6 192/5 198/5 198/11 198/14 201/4 203/5
**Kingston's [10]** 26/21 27/7 39/8 53/4 53/13 57/19 84/21 126/1 139/24 189/2
**KISEAN [2]** 1/6 7/24
**kitchen [1]** 201/18
**knew [6]** 10/1 10/4 81/15 82/5 118/18 175/16
**knocked [3]** 103/5 103/5 103/6
**know [193]** 5/6 6/9 7/9 7/21 9/18 9/19 9/22 10/20 12/11 12/12 12/20 15/16 16/4 16/24 17/6 17/10 20/5 20/11 22/8 22/13 25/16 26/8 26/11 26/11 26/12 26/15 26/16 27/7 27/25 28/2 28/3 28/4 28/5 28/6 28/7 28/15 28/21 29/5 30/18 30/18 31/3 31/9 31/23 32/2 32/24 33/10 33/23 34/9 34/10 34/16 34/18 34/19 34/20 35/16 36/1 36/5 36/23 37/8 37/10 37/15 38/10 39/17 39/18 39/19 39/20 40/7 44/15

44/16 44/17 49/23 52/1 52/6 53/19 53/19 53/20 54/17 57/1 57/4 59/8 59/9 60/12 60/13 60/13 61/1 61/11 61/14 64/17 65/15 65/18 70/1 70/5 71/3 72/9 74/13 77/20 78/1 81/13 81/18 82/5 84/13 84/21 84/22 86/14 86/15 87/19 87/23 91/6 92/19 92/24 93/7 95/24 96/1 96/3 96/21 97/9 97/10 97/11 97/12 98/10 98/25 99/8 99/10 99/22 101/3 101/4 101/14 103/2 105/25 106/2 106/2 106/7 108/2 109/6 109/10 114/20 119/15 119/17 121/17 121/19 122/1 123/22 123/23 123/23 124/4 130/25 136/14 136/18 137/2 137/24 140/7 140/16 144/3 145/11 150/12 151/12 152/22 152/25 156/23 159/14 163/4 164/9 167/14 168/15 169/25 173/17 185/17 186/16 186/20 187/9 188/18 188/20 191/23 194/9 194/10 194/11 194/11 194/14 194/17 194/19 195/8 195/9 195/12 195/14 195/18 195/23 196/20 196/22 198/25 201/6 201/9 206/22 208/22 209/6
**knowing [1]** 199/15
**knowledge [2]** 161/11 176/24
**knowledgeable [1]** 183/13
**known [7]** 7/23 10/9 120/25 123/25 151/15 173/5 198/14
**knows [1]** 109/7
**Kong [2]** 92/15 92/16

**L**

**LA [5]** 154/4 154/7 155/14 169/10 178/10
**ladies [10]** 43/11 48/2 67/7 113/16 135/25 155/22 157/6 180/9 182/19 204/3
**lady [1]** 178/14
**laid [1]** 70/7
**language [6]** 113/20 114/11 114/15 114/16

# L

**language... [2]** 114/17 174/13
**large [3]** 69/22 128/7 202/1
**larger [1]** 31/12
**last [25]** 3/13 3/15 29/15 36/23 47/23 68/16 73/5 85/9 115/11 115/18 117/4 117/6 127/14 156/8 156/24 157/9 158/3 163/10 166/14 176/10 177/13 180/3 180/21 182/6 182/7
**lasted [1]** 153/2
**late [1]** 208/5
**later [15]** 13/21 24/2 81/21 104/22 112/24 113/1 123/25 161/15 189/17 191/19 199/7 199/13 202/1 203/25 209/23
**latest [1]** 78/17
**LAUDERDALE [12]** 1/2 1/4 1/14 1/25 154/15 154/17 154/21 155/4 155/11 157/16 157/21 210/18
**law [4]** 1/17 1/20 162/18 176/24
**lawyer [3]** 80/20 83/8 85/25
**lawyers [5]** 58/22 58/25 59/6 65/6 115/2
**lay [2]** 71/1 72/22
**lead [4]** 184/20 185/6 185/17 186/15
**leading [2]** 110/8 124/8
**leads [1]** 183/24
**lean [1]** 109/10
**learn [3]** 9/24 160/25 187/1
**learned [1]** 10/5
**learning [1]** 124/1
**least [4]** 33/20 124/2 196/2 207/6
**leave [5]** 92/5 189/25 196/6 202/3 203/5
**leaving [1]** 200/18
**led [9]** 5/3 5/6 5/7 5/9 7/1 7/24 49/11 102/19 161/18
**left [15]** 31/21 91/23 132/16 142/6 142/8 142/14 143/16 173/16 199/9 202/20 203/11 203/12 203/12 203/20 203/21

**legal [1]** 151/9
**legs [2]** 67/8 156/11
**LEIBOWITZ [2]** 1/10 206/4
**leisure [1]** 107/10
**lent [1]** 173/14
**less [11]** 5/5 29/9 29/10 29/11 29/12 77/11 96/19 110/14 149/1 168/1 195/2
**let [56]** 8/22 17/14 19/10 25/16 25/20 28/7 31/12 34/9 34/10 36/24 37/8 40/7 48/1 49/12 49/18 52/24 55/25 60/25 67/16 67/18 70/1 71/3 71/12 71/13 72/8 74/13 77/20 81/13 83/3 85/16 106/1 106/2 106/21 106/24 107/1 113/16 114/20 147/10 156/3 163/19 166/6 171/7 177/25 180/3 181/17 188/7 189/10 193/9 194/6 196/12 197/11 197/24 198/6 202/21 207/18 208/20
**let's [25]** 18/11 31/24 41/12 43/9 75/11 79/25 80/7 88/23 90/8 99/16 115/4 144/19 144/21 170/12 173/18 174/13 175/20 187/6 191/12 192/25 198/13 202/6 205/20 206/3 207/7
**letterhead [2]** 45/14 45/16
**level [1]** 163/25
**lie [2]** 32/15 37/10
**life [4]** 11/24 12/2 15/14 20/1
**light [2]** 191/7 205/18
**like [123]** 5/5 5/5 5/11 6/7 8/4 12/3 12/9 14/17 15/18 22/12 24/22 26/25 31/2 31/3 31/5 31/9 34/13 34/16 34/19 34/20 36/1 38/1 38/2 45/7 46/23 49/20 52/22 53/20 56/2 56/3 69/5 71/4 80/9 81/17 81/17 86/17 89/16 90/3 90/7 90/8 90/19 91/25 92/24 94/5 101/16 103/2 110/13 118/13 120/7 122/19 127/18 131/21 138/4 153/2 153/5 154/22

**167/21 170/20 184/9** 184/9 184/10 185/3 186/4 186/10 186/10 186/10 186/20 187/8 187/9 188/22 188/23 189/6 189/20 189/21 191/7 191/7 192/10 192/16 192/24 192/24 193/1 193/8 193/10 193/11 193/15 193/16 193/18 193/18 193/20 193/21 193/23 194/4 194/4 194/9 194/10 194/12 194/16 195/1 195/13 195/14 195/16 195/18 197/16 197/17 200/2 200/11 200/16 201/5 201/8 201/18 202/4 202/16 203/3 203/13 203/15 204/6 204/16 205/18 207/3 208/5 208/16 208/17 210/2
**liked [3]** 186/1 187/5 188/21
**likely [2]** 122/12 206/7
**likeness [6]** 43/19 44/1 44/3 44/5 51/22 55/3
**limine [1]** 164/23
**limited [2]** 138/3 177/7
**limits [1]** 144/3
**line [4]** 18/4 27/9 46/5 174/5
**lines [3]** 49/13 174/7 196/4
**lining [1]** 109/8
**list [2]** 67/17 208/13
**listed [7]** 16/8 111/13 125/17 134/1 142/9 148/24 149/1
**listen [7]** 58/4 64/19 66/13 106/12 165/10 193/13 204/8
**listener [2]** 135/19 136/19
**listening [1]** 148/10
**listing [1]** 198/22
**little [31]** 3/7 11/13 19/16 19/19 29/19 31/12 34/18 39/22 72/22 81/12 88/23 107/13 114/23 115/21 115/24 116/1 124/15 150/21 165/6 166/18 166/19 166/20 169/2 176/1 189/12 193/18 195/7 198/25 201/2 208/15 209/23
**live [6]** 4/6 4/7 18/20

**116/4 116/5 144/13**
**lived [3]** 116/7 139/14 186/4
**lively [1]** 157/1
**lives [1]** 155/16
**living [5]** 53/4 53/7 63/18 116/17 118/21
**LLC [9]** 4/13 32/18 32/20 32/24 46/15 46/19 111/12 112/4 112/6
**loaned [1]** 158/6
**locate [1]** 184/16
**location [5]** 7/6 7/10 7/11 89/11 123/10
**lodging [1]** 155/13
**LOL [3]** 19/24 37/8 85/1
**long [14]** 5/18 5/19 28/6 77/23 97/4 97/5 116/7 128/17 139/12 151/15 153/25 183/9 192/11 194/7
**longer [10]** 54/21 55/2 105/11 143/18 156/11 166/19 192/25 193/1 193/1 196/1
**look [20]** 12/9 16/3 71/12 74/5 74/14 75/17 80/14 80/17 127/16 143/17 168/14 169/1 187/5 194/4 197/16 197/17 197/18 200/11 201/7 201/24
**looked [3]** 49/7 188/8 200/15
**looking [21]** 20/25 21/1 22/3 27/15 67/25 90/14 119/24 120/2 127/17 129/25 168/18 168/19 168/20 168/22 170/18 184/17 198/7 199/24 202/10 202/11 209/19
**looks [2]** 120/7 187/7
**loose [1]** 112/21
**Los [11]** 116/5 116/5 139/5 142/15 152/18 153/6 153/11 153/17 153/23 158/6 159/17
**Los Angeles [3]** 116/5 139/5 142/15
**lose [2]** 143/25 202/15
**lost [3]** 64/16 81/15 101/5
**lot [33]** 6/8 15/6 16/4 16/23 25/24 38/11 44/18 48/3 48/4 56/1 61/10 61/11 61/13 78/11 80/5

**80/10 80/11 80/13** 89/20 102/4 107/1 124/15 145/12 156/21 167/10 168/10 175/21 190/16 194/12 195/17 208/10 208/19 209/5
**lots [2]** 79/5 141/19
**love [1]** 20/2
**low [2]** 118/10 190/9
**lower [3]** 8/21 41/18 126/22
**lowered [2]** 41/10 41/15
**lowest [1]** 6/13
**lucky [2]** 185/5 185/7
**lunch [11]** 48/23 106/20 107/21 107/24 108/13 109/17 207/16 207/20 207/20 207/23 208/3
**Luncheon [1]** 108/15
**luxury [1]** 183/6
**lying [1]** 68/4

# M

**M-A-P-T-A [1]** 121/12
**M-A-T-E-O-S [1]** 3/16
**ma'am [2]** 3/11 208/5
**machine [1]** 48/12
**mad [5]** 34/15 37/2 81/2 81/5 81/17
**made [42]** 7/3 7/4 10/8 10/16 10/19 17/9 17/9 21/22 21/23 26/10 26/13 32/14 35/14 51/3 52/9 54/10 55/5 60/23 61/1 61/12 67/14 80/5 81/6 94/1 94/2 95/3 96/24 101/17 103/4 114/19 122/7 122/10 133/21 144/25 145/12 149/3 150/20 159/6 170/15 177/14 186/5 204/3
**magazines [1]** 6/9
**mailed [2]** 139/9 139/10
**main [1]** 126/7
**mainly [1]** 206/3
**make [49]** 3/18 3/18 10/6 12/16 18/23 28/5 31/12 33/14 34/7 34/12 34/20 41/22 43/13 46/9 48/20 48/23 49/21 49/25 55/6 56/1 60/22 69/18 69/25 70/5 70/25 80/6 80/11 80/13 91/16

# M

**make... [20]** 93/9 107/7 109/5 127/12 128/25 132/2 136/14 136/21 143/13 153/8 156/9 165/23 166/19 182/9 182/10 193/25 200/18 201/8 205/10 209/25

**making [7]** 78/9 128/4 129/13 164/5 164/21 165/3 191/7

**Mama [7]** 27/14 27/14 140/5 141/6 198/5 198/11 198/14

**Mamy [1]** 132/19

**man [7]** 19/14 20/2 80/23 80/23 139/7 140/10 195/15

**manage [2]** 55/18 158/21

**manager [27]** 33/14 53/25 54/3 89/10 94/21 122/11 135/9 135/17 149/5 149/10 149/18 149/18 149/21 150/5 150/8 150/9 150/10 150/12 150/12 150/14 150/17 150/19 150/19 150/22 192/8 192/9 200/10

**managers [1]** 149/11

**mansion [2]** 123/8 123/11

**manufacture [2]** 41/1 98/8

**manufactured [2]** 95/13 138/6

**manufacturer [6]** 65/11 98/5 98/6 102/1 104/4 170/14

**manufactures [1]** 98/8

**manufacturing [1]** 78/4

**many [24]** 25/3 29/3 29/5 29/5 29/8 87/20 89/4 90/6 120/8 120/23 120/24 120/25 123/15 124/3 124/3 124/4 153/16 153/22 155/12 158/16 175/18 183/16 188/17 210/1

**Mapta [1]** 121/11

**Marantz [1]** 99/16

**Marc [1]** 1/13

**March [19]** 1/5 117/4 119/22 121/14 127/1 128/22 129/6 133/17 134/3 138/12

145/2 145/5 147/7 147/15 152/11 152/16 152/17 153/9 153/15

**March 13th [1]** 127/1

**March 14 [6]** 133/17 134/3 138/12 152/11 152/17 153/15

**March 14th [2]** 145/5 153/9

**margin [1]** 16/24

**mark [9]** 19/25 96/7 96/13 99/16 121/20 151/8 151/21 160/23 178/14

**marked [3]** 47/19 67/3 71/23

**market [9]** 6/3 6/5 167/17 167/19 167/20 168/2 171/1 179/16 183/16

**marks [2]** 47/22 80/21

**markup [1]** 96/20

**married [1]** 116/13

**Mateos [24]** 1/9 3/4 3/15 3/17 3/22 3/24 9/2 19/20 38/21 40/17 40/19 42/12 48/8 50/15 58/4 58/12 71/23 74/5 74/12 86/25 87/6 87/8 109/20 109/22

**matter [6]** 40/21 145/23 159/16 159/22 204/20 210/14

**matters [2]** 204/17 204/20

**Maximum [1]** 154/1

**may [54]** 8/3 8/13 8/16 8/23 20/8 40/4 42/2 47/22 50/5 67/2 67/5 67/9 69/3 70/20 70/20 70/20 70/21 70/22 71/2 71/18 71/19 71/20 74/2 74/6 86/23 107/3 107/13 107/18 107/18 107/23 109/7 109/15 120/21 122/12 124/8 136/5 146/22 149/15 152/23 153/1 157/10 163/16 165/14 170/17 170/20 171/5 179/9 181/5 181/24 187/16 203/24 204/13 205/16 209/21

**may be [12]** 50/5 107/3 107/18 107/23 109/15 136/5 152/23 163/16 165/14 187/16 205/16 209/21

**Maybach [2]** 173/14

190/5

**maybe [20]** 19/7 25/6 37/7 53/19 54/19 57/1 60/1 77/11 86/14 92/3 96/21 101/15 103/4 104/22 110/13 110/14 131/6 153/25 174/6 195/8

**Mazda [1]** 194/2

**me [214]**

**mean [35]** 12/18 37/18 77/15 77/17 84/9 89/19 107/5 117/10 117/10 118/8 125/21 128/16 149/23 150/22 153/3 157/1 167/11 167/12 168/3 168/4 170/21 185/15 186/7 188/5 190/6 190/13 190/24 191/9 192/20 193/25 196/23 201/3 201/18 208/16 209/19

**meaning [4]** 43/20 44/25 53/16 190/12

**means [7]** 6/25 28/1 42/21 43/3 43/12 84/7 183/20

**meant [7]** 13/18 28/2 43/18 76/11 76/18 127/24 172/23

**measurements [1]** 92/10

**mechanic [1]** 180/12

**mechanical [3]** 21/1 63/5 102/18

**media [28]** 6/6 6/7 13/13 15/16 16/11 41/8 41/25 42/16 42/18 42/21 43/10 43/12 43/13 43/16 43/19 44/12 44/25 48/18 51/3 52/9 52/11 53/25 54/3 56/8 86/19 89/16 107/3 204/9

**meet [12]** 22/24 123/2 138/20 139/25 140/5 146/11 146/24 147/4 147/10 176/8 176/18 203/24

**meeting [4]** 19/17 87/24 151/12 176/11

**member [1]** 188/14

**memory [1]** 13/16

**mention [4]** 124/15 124/20 129/4 182/21

**mentioned [20]** 7/12 14/25 15/1 24/7 48/18 58/7 105/18 113/18 124/22 127/18 128/12 143/23 145/9 149/20 150/11 152/25 158/15

167/21 167/22 184/3

**mentioning [1]** 196/9

**Mercedes [7]** 157/19 158/5 173/14 174/2 174/2 190/5 190/5

**merchandise [1]** 168/2

**mercy [1]** 195/10

**message [34]** 9/6 9/7 13/25 14/6 14/7 18/13 20/3 22/7 30/20 55/22 56/24 59/25 62/25 68/19 79/25 83/17 121/9 121/12 122/14 122/17 122/21 122/22 123/5 123/12 123/13 123/13 124/20 133/13 133/16 142/25 143/19 143/23 196/17 197/1

**messages [52]** 15/1 15/3 25/9 29/16 31/14 35/11 37/12 43/15 43/16 62/9 62/10 63/12 65/24 66/1 66/3 66/5 66/7 66/9 66/15 66/19 66/23 66/25 68/5 68/6 68/10 68/20 72/14 72/17 75/12 80/14 80/25 83/1 83/4 84/14 85/22 105/16 121/5 121/9 122/15 122/24 132/15 132/17 133/2 142/2 142/3 142/24 143/4 143/5 149/20 154/18 175/17 195/12

**messaging [1]** 36/25

**met [24]** 18/22 18/25 19/3 23/2 30/7 87/13 88/19 139/11 140/2 140/6 140/8 145/21 146/3 146/14 148/7 148/10 151/18 161/12 162/7 162/9 162/12 176/6 176/19 201/2

**methods [1]** 199/15

**Miami [16]** 1/16 125/4 130/1 147/21 152/3 152/7 152/9 154/17 155/10 155/12 155/16 169/10 178/10 182/20 183/4 208/9

**micro [1]** 5/3

**microphone [4]** 3/19 136/13 174/10 182/11

**mid [1]** 147/16

**middle [2]** 50/15 182/23

**Middlesex [1]**

205/23

**might [8]** 124/6 153/2 159/18 166/18 166/19 166/19 184/13 205/4

**miles [1]** 188/17

**Mille [8]** 138/2 139/2 147/20 149/12 167/21 177/2 177/16 177/16

**Miller [3]** 120/7 126/22 127/11

**millimeters [1]** 6/25

**million [8]** 118/13 121/22 148/19 159/8 160/2 167/22 190/14 204/5

**mind [5]** 136/1 192/11 205/2 205/3 208/21

**mine [4]** 84/25 94/15 122/22 194/16

**minor [1]** 131/6

**minute [7]** 48/1 48/6 48/9 124/22 128/12 191/13 194/7

**minutes [19]** 40/12 48/10 79/5 136/2 136/6 136/8 137/6 155/24 157/1 157/7 157/8 158/17 163/11 163/14 163/17 165/10 196/2 196/5 199/8

**mis [1]** 149/15

**mis-communicated [1]** 149/15

**misheard [2]** 49/10 50/2

**miss [2]** 81/6 149/15

**missed [1]** 123/10

**mistake [2]** 39/18 114/19

**mistaken [1]** 152/23

**Mm [10]** 18/6 30/24 37/25 42/14 51/8 81/8 184/5 184/15 184/18 186/14

**Mm-hmm [10]** 18/6 30/24 37/25 42/14 51/8 81/8 184/5 184/15 184/18 186/14

**mode [1]** 136/23

**model [7]** 51/18 93/5 127/19 138/2 138/6 171/13 172/1

**models [1]** 168/17

**modified [1]** 168/25

**mom [15]** 25/21 26/7 26/24 57/11 57/19 57/24 173/15 191/6 191/21 192/5 196/18 196/18 197/5 201/17 201/20

**M**

**moment [16]**  12/14 17/3 32/22 33/23 68/25 86/23 112/23 130/22 135/13 141/3 141/3 142/7 179/1 179/1 188/18 189/17
**Monday [9]**  34/9 76/20 77/9 77/14 78/15 80/1 123/1 123/2 209/1
**money [64]**  13/1 23/20 25/23 28/10 37/13 37/14 39/21 39/23 44/18 58/25 59/6 59/10 59/21 61/6 61/22 61/25 62/2 65/2 65/8 80/20 83/8 86/7 89/20 90/7 90/12 100/20 106/10 112/9 129/10 130/16 130/16 131/15 134/1 134/8 134/22 135/1 135/3 135/6 141/7 142/9 143/7 143/10 143/22 143/25 144/4 145/4 145/7 154/12 155/6 159/2 159/11 159/19 159/20 162/21 168/7 169/11 170/25 175/10 192/22 193/23 195/8 201/9 202/16 202/17
**monitor [2]**  119/12 119/24
**monitors [1]**  8/20
**month [7]**  33/20 33/21 33/23 52/20 54/4 54/7 128/21
**monthly [3]**  52/15 52/16 52/17
**months [4]**  25/6 53/18 54/9 161/15
**mood [1]**  20/5
**more [37]**  5/5 16/17 17/6 17/6 25/5 29/6 29/7 31/21 31/22 32/12 35/11 48/4 61/1 69/17 71/4 72/22 84/25 98/24 98/24 107/1 107/1 134/16 141/20 156/21 166/20 167/12 168/1 174/18 180/4 194/11 194/19 200/15 207/7 208/4 208/6 209/8 209/10
**morning [21]**  3/8 3/17 3/24 3/25 34/9 40/11 40/13 40/19 40/20 48/1 48/18 87/8 87/9 153/6 203/17 203/24 205/4 206/20

206/24 208/11 209/21
**most [10]**  13/25 114/21 122/12 167/15 168/6 168/22 169/25 205/24 206/7 207/12
**mostly [3]**  6/6 6/10 41/5
**mother [22]**  22/24 23/3 23/9 23/23 26/21 36/17 36/18 36/18 56/23 57/12 81/16 91/10 92/19 100/23 104/16 105/8 110/16 132/8 141/12 173/10 173/16 173/23
**mother's [1]**  132/14
**motion [1]**  164/23
**move [16]**  8/4 38/2 64/18 73/21 96/5 106/18 107/11 107/14 118/24 150/2 166/7 172/18 179/20 189/24 195/8 209/3
**moved [2]**  38/4 65/20
**moves [3]**  72/21 73/22 181/13
**moving [6]**  24/19 112/21 124/24 129/8 181/11 209/8
**Mr [174]**  3/17 3/21 3/24 8/10 8/14 8/23 9/2 9/10 11/15 12/17 13/24 14/22 15/10 18/12 19/20 23/12 33/7 38/21 39/5 39/8 40/1 40/19 40/21 41/6 41/20 42/12 43/5 43/18 44/11 48/8 50/7 50/15 50/16 51/4 52/25 53/4 53/13 57/4 58/4 58/21 58/24 59/5 69/2 69/8 71/23 74/5 74/12 86/25 87/3 87/8 97/23 106/5 106/13 108/4 109/18 109/22 112/14 113/4 115/21 119/4 119/15 120/13 121/8 128/3 130/17 131/3 131/11 132/4 132/7 132/12 133/12 134/13 136/13 137/14 137/18 137/22 138/14 138/17 138/20 139/9 139/18 140/23 141/11 142/25 143/17 143/19 145/15 145/22 146/17 146/22 147/7 147/14 148/7 148/17 149/10 149/17 149/24 150/5 150/16 150/24 151/2 151/9 151/15 151/17

151/21 151/23 152/10 152/18 153/9 153/19 154/2 154/11 154/11 154/12 154/16 154/19 155/2 155/10 155/16 156/2 156/5 156/9 156/10 157/2 157/10 158/12 160/14 160/18 160/19 160/21 160/25 161/5 161/7 161/11 161/12 161/24 162/7 162/12 162/17 162/20 162/21 162/24 162/25 163/9 163/25 166/7 166/22 167/1 167/2 167/7 175/25 177/6 177/9 178/1 179/7 180/4 180/19 180/23 181/2 181/8 181/9 181/13 181/16 182/9 182/13 182/18 182/25 183/1 189/2 194/14 195/25 201/4 205/22 209/13
**Mr. [18]**  10/14 47/15 58/12 105/12 122/8 125/6 146/18 148/14 149/21 151/24 152/1 157/14 159/23 161/2 161/7 164/24 172/17 205/21
**Mr. Anton [1]**  146/18
**Mr. Bush [1]**  205/21
**Mr. Dominguez [2]**  105/12 172/17
**Mr. Kingston [9]**  10/14 47/15 122/8 148/14 149/21 152/1 157/14 159/23 161/2
**Mr. Mateos [1]**  58/12
**Mr. Nikolenko [1]**  125/6
**Mr. Pugachev [2]**  151/24 161/7
**Mr. Rosenblatt [1]**  164/24
**Mrs [1]**  28/6
**Mrs. [4]**  27/7 27/21 28/8 28/9
**Mrs. Kingston [3]**  27/21 28/8 28/9
**Mrs. Kingston's [1]**  27/7
**Ms [3]**  69/24 112/12 113/2
**Ms. [25]**  27/9 33/7 40/14 47/23 48/11 50/10 56/23 58/7 68/1 70/24 71/11 87/10 119/2 140/15 140/18 141/5 141/6 141/16

162/22 181/24 205/1 205/6 205/20 207/15 209/25
**Ms. Bozanic [10]**  40/14 47/23 48/11 50/10 68/1 70/24 71/11 119/2 205/20 207/15
**Ms. Kingston [4]**  27/9 141/5 141/6 141/16
**Ms. Shotwell [4]**  181/24 205/1 205/6 209/25
**Ms. Turner [7]**  33/7 56/23 58/7 87/10 140/15 140/18 162/22
**much [32]**  6/12 6/13 11/4 16/12 19/25 20/2 22/20 49/4 52/7 52/20 84/25 87/2 96/1 96/7 99/4 105/11 107/6 107/25 108/6 122/4 122/16 133/22 136/8 156/11 176/15 178/22 179/14 180/10 185/12 196/1 201/23 204/1
**multipage [2]**  67/25 68/13
**multiple [1]**  128/11
**mural [1]**  92/3
**music [4]**  9/17 80/24 83/14 124/6
**musician [1]**  123/25
**must [4]**  176/14 204/5 209/12 209/13
**my [119]**  3/15 3/15 4/13 5/11 9/16 9/16 11/7 20/1 20/2 28/7 30/13 31/25 33/25 34/1 34/2 36/19 48/24 49/15 49/19 55/1 58/4 58/12 64/19 66/13 68/5 68/7 68/10 80/17 80/20 83/3 83/23 84/24 85/25 87/10 94/7 94/11 99/14 105/22 105/25 106/23 107/3 107/17 107/20 117/10 118/17 120/21 121/3 122/5 122/15 123/3 123/14 125/13 125/15 125/23 126/7 126/11 130/21 133/7 135/9 135/16 139/5 139/6 141/4 144/25 145/21 146/24 149/15 149/16 149/16 150/9 150/21 150/22 153/6 153/14 153/14 154/23 157/14 157/25 158/18 158/21 159/6 159/20

161/10 164/7 164/10 165/1 165/9 166/24 168/16 169/1 174/1 174/4 175/1 176/16 180/13 180/14 182/7 182/20 182/23 185/3 185/7 189/25 190/25 192/19 193/3 193/10 193/24 194/4 194/21 195/12 195/19 197/13 197/17 198/8 200/10 201/10 208/21 209/3 209/6
**myself [6]**  145/22 152/9 152/22 158/21 176/9 188/13

**N**

**N-I-K-O-L-E-N-K-O [1]**  115/19
**name [57]**  3/13 3/14 3/15 3/15 5/21 5/24 16/1 16/2 16/2 43/18 45/1 45/17 45/24 46/3 46/23 51/17 51/18 93/20 93/21 93/22 95/15 95/16 97/2 97/9 97/10 97/11 99/9 99/10 99/11 99/12 99/13 99/14 101/4 111/7 111/8 112/2 112/5 115/10 115/11 115/17 115/18 147/20 150/12 151/9 160/23 182/5 182/6 182/7 182/20 182/21 182/23 186/3 189/6 192/9 192/12 198/4 198/11
**name's [2]**  87/10 145/21
**named [1]**  124/12
**names [5]**  97/3 143/24 187/9 194/12 194/13
**narrow [2]**  90/8 167/17
**natural [2]**  134/13 196/4
**nature [1]**  163/21
**near [2]**  93/8 189/15
**necessarily [1]**  10/12
**need [33]**  9/16 12/20 25/15 25/23 34/10 34/12 40/4 41/1 48/24 49/13 56/5 56/5 56/7 80/19 80/21 95/10 95/23 99/24 100/10 109/2 112/21 124/18 130/25 137/3 144/16 165/22 172/4 184/16 192/21 193/2 194/23

**N**

**need... [2]** 202/1 209/15
**needed [9]** 39/15 156/8 194/25 195/8 200/14 201/11 203/8 203/8 203/9
**needs [2]** 34/8 161/19
**negotiate [1]** 11/20
**negotiated [1]** 41/7
**negotiating [1]** 197/3
**negotiations [3]** 12/22 120/18 174/9
**neutrally [1]** 114/4
**never [58]** 12/24 12/25 13/1 13/2 32/5 32/8 33/15 34/7 34/13 34/14 38/18 38/18 38/20 39/23 39/24 58/5 58/7 58/9 58/18 59/3 59/12 60/2 64/12 65/24 66/16 66/18 85/20 86/1 86/13 87/13 87/15 87/16 101/7 103/21 105/17 106/1 112/9 112/10 129/19 134/4 150/11 159/19 160/5 161/5 164/24 167/15 172/23 172/23 172/24 172/25 173/12 176/19 178/11 189/1 201/5 201/21 201/22 204/25
**Nevertheless [1]** 78/6
**new [8]** 19/25 55/23 89/2 104/9 136/21 164/3 173/1 177/5
**newspaper [1]** 107/10
**next [38]** 18/13 29/20 29/20 37/6 37/11 46/5 47/1 47/3 47/17 62/25 68/19 68/20 75/20 77/7 97/23 112/18 112/19 113/10 113/18 113/22 123/2 123/4 132/4 138/5 147/12 157/24 158/8 165/10 169/19 181/7 185/20 186/2 188/24 192/6 200/13 200/23 202/4 207/8
**nice [7]** 108/13 109/17 141/25 163/13 166/14 173/21 174/3
**night [6]** 195/20 201/13 208/18 208/25 209/19 209/21

**nights [2]** 139/15 139/15
**Nikolenko [16]** 1/10 113/11 115/19 115/21 119/15 125/6 132/12 133/12 137/22 139/9 143/17 145/19 167/5 167/7 176/3 177/11
**nine [3]** 85/19 86/10 86/12
**no [223]**
**nobody [2]** 35/14 131/15
**non [5]** 135/12 170/2 180/3 180/16 180/17
**non-existing [1]** 135/12
**non-responsive [4]** 170/2 180/3 180/16 180/17
**none [1]** 69/15
**nonrefundable [1]** 202/15
**nonstop [1]** 124/16
**nope [1]** 175/3
**Nor [1]** 69/21
**normal [14]** 5/9 7/19 60/15 60/15 65/18 141/25 154/9 163/6 163/6 167/9 167/10 167/15 175/9 188/17
**normally [2]** 7/18 164/24
**north [1]** 190/14
**not [216]**
**notation [1]** 168/3
**note [3]** 48/23 149/16 154/10
**Noted [1]** 157/4
**nothing [13]** 32/8 32/16 35/19 48/15 57/1 67/19 80/23 104/6 123/15 135/17 163/18 181/4 191/8
**notice [1]** 206/19
**noticed [2]** 121/5 121/21
**November [24]** 61/4 61/17 62/2 62/12 62/13 63/8 64/5 66/8 66/16 73/3 75/16 76/3 76/9 76/10 76/17 76/18 76/25 78/23 110/6 116/8 116/11 184/19 186/12 196/10
**November 15 [1]** 73/3
**November 15th [9]** 61/4 61/17 62/2 62/13 63/8 66/8 66/16 75/16 110/6
**November 21st [2]**

186/12 196/10
**November 30th [4]** 64/5 76/10 76/18 78/23
**Novo [5]** 31/9 32/16 32/17 37/6 111/21
**now [120]** 4/20 5/17 6/3 7/2 7/12 7/17 9/9 9/18 10/11 11/12 12/4 12/22 15/19 16/6 17/23 18/1 20/22 22/23 23/17 24/24 25/3 29/14 29/22 29/24 31/2 31/3 31/4 31/6 31/11 32/4 32/17 35/11 36/9 37/7 37/19 41/6 43/2 45/5 45/12 47/5 47/14 55/19 57/22 62/2 64/12 65/13 67/20 75/11 76/9 77/19 77/20 78/19 80/22 82/4 83/12 84/23 85/9 88/23 92/17 92/18 93/5 104/10 105/16 115/13 118/10 119/24 121/17 122/20 123/21 126/8 129/25 131/1 134/10 134/20 136/11 136/12 137/21 138/14 140/23 145/9 146/11 148/16 151/1 151/25 154/6 154/10 155/2 158/11 160/14 162/17 163/3 164/7 165/7 166/20 168/9 169/5 171/10 172/21 173/3 173/24 176/19 177/17 179/17 182/21 183/11 186/12 190/18 190/21 193/4 197/23 198/4 198/13 200/4 200/9 203/24 206/1 206/8 206/20 208/15 209/4
**number [80]** 8/25 9/4 9/5 13/14 14/14 14/19 14/22 27/11 27/12 38/21 38/25 39/4 39/5 39/8 39/10 41/12 41/12 41/25 42/5 56/24 56/24 58/1 83/20 83/21 87/25 125/15 125/16 125/17 125/20 125/21 125/22 125/23 125/24 125/24 126/1 126/1 126/3 126/5 126/7 127/19 127/22 128/7 132/14 132/14 132/15 132/19 132/21 132/24 132/25 133/2 144/6 158/12 159/8 168/4 170/9

170/22 170/24 171/11 171/13 171/25 172/4 172/5 172/5 172/7 172/8 172/9 172/11 172/13 173/24 173/25 174/24 185/5 191/17 191/21 191/25 197/8 198/8 198/9 199/1 199/20
**Number 1 [1]** 14/14
**numbered [1]** 170/14
**numbers [8]** 170/8 170/13 171/24 172/3 196/25 198/2 198/20 198/23
**numerous [3]** 67/21 87/17 87/19

**O**

**oath [2]** 109/17 161/4
**object [10]** 100/4 110/7 124/8 164/6 164/14 164/14 170/1 177/18 178/24 195/22
**objection [39]** 8/4 8/7 12/13 17/2 23/12 23/13 32/21 33/2 33/3 49/11 49/12 49/17 67/4 70/13 73/24 96/4 97/16 113/2 113/4 113/5 118/24 119/2 119/5 135/11 135/14 135/17 145/25 164/11 178/18 179/18 180/1 180/5 180/15 181/11 181/14 181/16 181/20 181/21 196/19
**objection's [2]** 179/9 195/25
**objections [5]** 49/9 49/22 71/14 136/14 136/22
**objects [1]** 67/12
**obligation [1]** 176/16
**obligations [1]** 144/7
**obtain [1]** 89/15
**obvious [1]** 175/7
**obviously [4]** 68/3 70/2 79/21 156/4
**occasion [2]** 146/11 158/16
**occasions [3]** 87/17 87/19 118/17
**occurred [2]** 72/17 178/23
**occurs [1]** 82/17
**Ocean [6]** 183/3 183/5 183/7 183/9

183/22 185/13
**October [6]** 17/25 17/25 26/22 62/12 109/25 110/1
**October 30th [3]** 62/12 109/25 110/1
**odd [2]** 186/22 186/24
**off [10]** 35/16 35/17 35/18 44/21 44/25 54/14 54/15 103/19 153/3 156/16
**offer [1]** 173/19
**offered [4]** 119/1 144/8 158/12 188/9
**offering [1]** 113/2
**office [9]** 1/12 1/20 4/9 4/10 4/12 7/13 7/15 89/12 162/18
**offices [1]** 147/5
**official [4]** 1/23 117/15 170/23 210/17
**often [2]** 118/19 142/6
**oh [13]** 71/8 92/18 165/20 179/4 186/10 193/21 194/10 194/14 195/3 197/13 197/18 201/5 201/20
**okay [223]**
**old [5]** 4/4 12/9 12/11 116/2 168/15
**on [280]**
**once [8]** 10/5 24/19 32/9 134/21 142/6 142/8 160/25 192/22
**one [92]** 5/13 8/18 8/19 9/21 10/16 10/24 12/11 12/14 17/3 24/11 29/20 32/22 39/23 48/17 50/21 54/4 58/3 64/17 68/25 69/14 71/4 73/18 82/11 83/8 85/7 90/9 90/9 91/5 91/7 92/12 92/18 94/5 99/6 102/12 104/12 104/22 107/1 112/23 116/24 118/3 123/1 126/21 126/22 126/22 127/6 127/10 130/11 135/13 136/14 136/23 138/5 139/1 139/4 142/7 144/6 155/3 155/18 158/16 161/18 164/8 165/16 165/20 167/18 167/19 167/22 168/1 168/5 171/20 172/16 173/25 177/14 179/1 179/1 180/4 180/21 183/19 185/8 185/10 188/13 190/13 192/14

**O**

**one... [11]** 194/6 197/6 199/14 199/14 200/6 204/23 204/24 205/7 207/7 208/6 208/12
**one-page [1]** 171/20
**ones [6]** 55/5 83/23 90/11 90/11 170/10 190/7
**online [4]** 68/17 184/20 198/23 204/14
**only [34]** 30/8 42/17 46/3 46/23 60/6 69/4 69/11 89/13 114/1 114/17 118/16 125/1 127/8 129/4 131/1 136/13 136/23 138/4 138/5 139/1 139/25 140/2 150/20 153/19 162/1 162/4 168/16 170/19 176/24 192/18 196/23 199/15 200/6 202/2
**open [12]** 71/17 136/1 157/5 164/18 165/2 168/24 187/4 187/17 189/24 195/25 203/17 205/2
**open-ended [1]** 195/25
**opened [6]** 117/13 121/20 165/8 188/2 188/7 188/8
**opening [1]** 3/3
**operated [1]** 33/8
**operating [1]** 5/17
**opinion [2]** 105/25 205/2
**opportunity [4]** 20/7 49/24 156/9 159/1
**opposed [2]** 143/4 194/20
**optimistic [1]** 208/5
**optimization [2]** 183/23 184/3
**option [3]** 118/3 118/4 174/23
**options [1]** 118/3
**or [189]** 5/5 6/4 6/4 7/1 7/1 7/3 7/6 7/13 7/18 9/7 10/17 12/9 12/23 13/5 15/4 15/9 16/23 18/7 19/3 20/8 20/9 20/10 20/11 20/18 21/2 21/6 21/14 24/3 24/22 24/23 24/24 25/11 28/5 28/24 31/16 32/6 33/7 33/20 33/23 35/2 36/10 36/12 37/14

38/16 38/17 39/5 39/15 39/23 47/7 47/19 48/20 48/20 49/23 52/4 52/25 54/22 54/25 55/3 56/24 57/2 59/6 59/18 59/25 60/2 60/20 63/24 70/16 72/23 73/17 77/3 77/9 78/1 89/8 89/9 90/11 91/25 91/25 92/2 92/7 92/12 93/5 93/17 93/17 95/10 99/22 104/22 105/4 105/18 114/14 117/13 120/15 120/15 120/18 121/3 121/9 121/10 122/7 122/13 122/22 123/9 124/2 124/15 125/1 125/24 126/10 126/13 126/17 127/2 127/5 127/6 127/12 127/15 128/4 129/22 130/2 131/18 132/8 134/2 135/1 135/8 139/15 139/25 140/2 140/5 141/6 141/22 142/6 142/11 142/13 143/25 144/5 144/10 144/20 146/18 147/23 149/2 150/19 151/12 151/18 152/8 152/16 152/20 153/15 154/3 154/12 159/25 160/19 161/11 161/20 162/15 162/21 162/21 168/1 168/13 169/13 169/20 174/12 177/15 177/22 179/20 180/20 180/23 182/25 184/13 185/18 186/4 186/18 187/8 188/2 188/7 189/15 192/8 192/10 195/20 198/22 200/17 200/22 201/12 202/1 202/11 204/7 204/13 204/15 204/22 205/23 207/12 208/13 208/13 209/23
**order [23]** 7/3 7/4 17/7 17/18 28/7 30/18 61/15 61/17 80/10 85/25 91/8 101/4 102/1 104/24 105/9 109/1 112/20 185/2 189/25 193/3 194/25 206/13 207/2
**ordered [1]** 129/25
**organize [1]** 76/5
**origin [2]** 127/21 127/22
**original [4]** 10/25 13/10 113/7 121/4

**originally [2]** 129/10 170/21
**Osvaldo [1]** 99/12
**other [41]** 5/20 16/12 16/15 17/14 18/20 18/24 33/8 39/23 43/20 53/7 56/11 58/8 58/18 66/12 72/24 73/6 83/23 87/25 106/24 114/7 114/11 117/25 118/4 120/25 135/18 139/25 140/2 140/4 140/16 151/17 165/2 166/3 166/24 180/14 188/13 189/13 189/20 190/6 200/7 206/19 210/1
**otherwise [5]** 38/16 44/8 49/14 61/18 156/10
**our [77]** 5/13 6/10 6/10 6/23 7/9 9/6 9/6 11/23 12/1 12/2 12/19 15/14 15/14 15/25 16/3 16/4 17/22 18/8 20/5 21/17 21/18 30/7 30/8 38/13 40/13 43/15 43/16 44/3 45/17 47/25 54/17 55/6 55/6 55/7 55/7 56/6 56/10 58/1 60/23 61/1 61/14 66/10 73/24 78/4 81/15 84/9 85/25 87/24 90/4 95/25 106/20 109/6 111/10 119/24 124/12 125/9 134/14 135/24 146/20 156/8 156/24 157/9 163/10 166/14 166/21 184/2 186/5 192/19 194/24 195/3 196/6 198/17 198/22 200/8 204/4 205/25 209/23
**out [56]** 9/12 11/12 15/22 15/23 18/25 41/6 43/19 48/14 49/20 55/19 55/23 56/14 56/20 65/22 70/19 86/7 86/10 95/21 103/10 103/13 103/14 104/23 108/1 110/17 112/17 115/2 120/8 120/13 121/21 122/2 124/1 132/5 134/22 134/23 147/15 150/20 154/19 166/6 169/3 172/9 174/1 174/6 175/5 187/7 187/15 191/23 193/1 193/23 195/4 195/4

195/9 195/21 198/1 198/20 201/9 204/2
**outgoing [1]** 203/16
**outside [5]** 164/2 165/6 165/6 187/4 188/8
**over [23]** 4/3 29/22 67/22 69/6 93/14 103/5 105/24 118/5 123/14 147/5 153/2 156/2 158/17 158/23 159/8 159/10 160/1 160/2 160/18 167/25 171/13 187/17 194/4
**overfilled [1]** 168/2
**overrule [1]** 180/5
**overruled [14]** 17/3 70/17 71/9 71/15 74/1 124/9 135/20 177/21 177/24 179/4 179/9 180/2 195/25 196/21
**overseas [1]** 118/21
**owed [1]** 31/24
**own [6]** 105/24 120/18 127/23 161/11 169/18 176/20
**owned [7]** 117/20 117/23 151/2 151/5 151/21 151/23 200/16
**owner [17]** 4/25 5/1 22/16 89/8 89/10 128/1 144/5 144/6 144/14 149/14 151/6 151/8 160/22 161/19 162/20 169/6 169/22
**owners [1]** 131/22
**ownership [3]** 127/15 127/17 169/15
**owns [1]** 169/24

**P**

**p.m [21]** 107/22 108/15 108/15 109/1 109/14 121/14 136/3 137/9 137/9 137/16 163/15 165/13 165/13 166/12 192/16 194/23 199/10 200/9 205/4 205/15 210/8
**page [89]** 9/5 10/11 10/25 11/9 11/12 12/4 19/18 20/15 20/22 21/25 25/8 27/13 29/15 29/16 30/3 30/12 30/22 31/6 33/17 34/25 36/9 36/23 36/23 37/11 47/20 50/17 71/11 71/11 73/2 73/5 74/15 74/16 74/18 74/20 74/22 74/24 75/1 75/3 75/3 75/5 75/7 75/9

75/15 75/20 75/20 77/7 85/9 85/10 85/11 85/15 85/16 85/19 111/17 117/13 120/2 120/10 121/21 122/20 123/21 124/17 124/23 124/25 126/2 126/8 126/16 128/10 128/14 128/15 129/1 129/21 130/2 130/2 130/22 131/10 131/23 134/19 134/20 141/9 141/21 142/5 142/23 142/23 143/16 143/18 144/23 158/12 171/20 199/25 200/1
**page 2 [1]** 74/16
**page 7 [1]** 30/3
**pages [14]** 35/1 62/8 68/14 69/1 69/25 71/12 72/8 72/12 72/13 74/15 85/18 85/18 86/10 86/12
**paid [35]** 13/1 16/15 21/17 21/20 24/25 31/22 33/15 34/14 34/14 37/2 52/1 52/13 52/15 52/17 53/2 54/9 54/21 55/3 86/1 99/6 101/7 106/1 110/1 110/11 111/1 121/19 122/1 130/17 143/7 160/15 161/20 183/18 190/25 191/3 195/18
**Palm [1]** 1/18
**pans [1]** 168/20
**papers [1]** 170/22
**paperwork [3]** 23/23 127/15 203/7
**paragraphs [1]** 164/17
**parked [4]** 157/23 189/10 189/18 189/19
**parking [1]** 190/15
**part [19]** 11/7 12/23 13/13 13/19 15/8 16/15 27/15 27/19 39/8 55/18 70/22 84/9 101/15 102/22 120/20 127/14 158/3 192/7 208/14
**partially [1]** 136/17
**particular [4]** 71/6 120/6 189/8 197/9
**parties [13]** 8/12 16/21 48/15 49/18 108/8 112/22 163/18 164/6 164/25 165/3 204/17 204/22 205/11
**partner [8]** 78/24 94/7 94/10 94/11 94/14 94/15 130/21

**P**

**partner... [1]** 160/22
**parts [6]** 15/22
16/12 21/1 63/5 86/7
102/18
**party [4]** 96/24
114/2 114/6 144/8
**pass [2]** 37/9 78/23
**passed [5]** 58/1
144/3 153/22 161/8
193/17
**past [3]** 55/15
143/22 195/4
**PAUL [1]** 1/6
**pay [50]** 17/19 17/20
25/2 25/24 26/16
27/25 28/22 30/18
34/16 34/18 36/2 37/5
43/22 44/11 44/15
44/18 44/19 52/3 52/6
52/7 54/13 95/21 96/1
96/13 97/13 98/15
98/22 99/4 99/8 99/24
103/16 114/21 121/3
123/18 129/18 131/2
131/4 131/6 131/18
131/18 131/19 142/17
142/20 158/19 162/21
175/19 183/19 183/23
190/20 202/1
**paying [3]** 33/11
54/7 184/4
**payment [73]** 16/14
17/4 17/7 17/18 18/1
20/16 20/18 21/15
21/22 24/20 24/21
25/2 26/7 27/17 27/25
28/3 28/4 28/4 28/15
29/18 30/15 31/8
32/13 32/16 32/17
33/14 34/7 34/11 35/5
36/1 37/6 46/18 56/6
56/10 61/10 61/11
61/12 61/14 62/5
62/24 64/1 65/15 78/5
78/13 80/4 80/11
80/13 86/21 93/8
109/25 111/20 112/7
122/7 122/7 129/8
129/11 133/21 133/22
135/12 140/24 141/1
141/12 142/12 142/13
143/8 143/13 144/1
150/20 158/13 158/24
159/24 160/19 175/8
**payment's [2]** 26/13
35/20
**payments [3]** 27/2
28/6 32/6
**pays [3]** 45/21 54/4
90/7

**PDF [11]** 31/9 31/9
31/16 111/21 111/21
111/25 133/20 135/9
135/16 141/2 197/9
**pending [1]** 46/24
**penny [1]** 169/23
**people [28]** 6/10
6/11 38/11 43/20 47/7
58/3 84/3 85/5 90/7
90/9 90/14 97/10
109/8 117/25 118/17
120/8 139/25 140/3
140/4 159/14 159/14
167/15 168/10 168/22
184/10 187/9 201/22
207/8
**per [2]** 52/20 54/4
**percent [11]** 46/7
96/9 96/9 96/9 96/13
96/18 96/22 167/18
167/19 168/1 183/19
**percenter [1]** 90/9
**percenters [2]** 90/10
168/5
**Perfect [1]** 183/1
**Perhaps [2]** 147/16
206/10
**period [6]** 97/7
127/19 128/16 128/23
151/25 167/25
**permanent [1]**
116/8
**Permission [1]**
119/9
**permit [1]** 204/7
**permitted [1]**
164/10
**person [23]** 23/6
59/18 59/19 89/13
94/5 102/5 102/5
128/2 139/25 140/2
140/7 161/18 161/18
168/13 169/3 169/24
173/3 173/4 173/19
185/21 187/10 191/20
196/23
**personal [6]** 54/25
55/1 155/3 161/11
184/1 194/16
**personally [5]** 33/9
117/20 117/23 123/23
162/23
**persons [1]** 155/18
**phone [41]** 14/1
15/1 15/3 15/7 15/9
26/5 27/11 27/12
38/21 58/1 59/19
59/22 59/25 65/23
66/5 78/11 81/23
83/11 83/20 83/21
85/4 97/21 99/14
122/13 125/10 125/13

125/15 132/14 132/14
132/19 133/2 176/9
183/25 185/1 191/17
191/21 196/17 197/8
198/8 198/9 199/19
**phones [2]** 107/9
204/10
**phonetic [1]** 99/12
**photo [7]** 20/23 21/2
21/2 21/3 21/4 22/1
73/14
**photograph [5]**
47/14 47/21 50/17
50/19 55/9
**photographs [4]**
53/10 122/1 178/9
178/11
**photos [3]** 53/7
53/13 103/24
**phrase [2]** 123/2
123/3
**physical [3]** 35/7
35/8 89/11
**physically [1]**
178/11
**pick [3]** 157/24
158/17 202/7
**picked [7]** 138/21
139/20 154/15 154/17
173/6 186/3 186/5
**picture [11]** 8/20
14/17 50/15 50/25
53/5 82/6 82/11 92/2
94/12 104/25 105/1
**pictures [7]** 24/6
54/14 54/15 104/2
104/3 104/3 120/10
**piece [11]** 16/22
36/4 48/19 95/20
104/6 130/21 131/2
139/1 159/7 165/1
165/9
**pieces [12]** 69/23
95/10 101/5 101/5
114/18 120/23 122/2
130/16 138/4 138/5
141/20 170/14
**Piguet [5]** 126/23
127/8 127/13 138/5
162/2
**pin [1]** 6/25
**Pinecrest [1]** 1/21
**pink [5]** 130/3 130/4
130/9 130/10 138/3
**pins [2]** 7/1 102/23
**pitch [2]** 5/7 5/7
**pivot [1]** 170/5
**place [14]** 7/13 67/8
134/14 135/22 135/23
139/5 156/19 158/18
160/1 186/3 190/19
193/13 196/5 203/22

**places [1]** 164/1
**Plaintiff [2]** 1/4 1/12
**plan [1]** 206/8
**plane [1]** 20/11
**platform [1]** 28/5
**play [2]** 48/11 115/2
**playing [2]** 193/16
195/11
**please [36]** 3/8 3/13
25/16 25/22 25/24
28/10 30/17 34/10
34/17 34/20 58/4
58/12 64/19 66/13
72/8 74/13 75/17 83/3
86/23 106/2 109/16
115/3 115/6 115/11
115/14 131/1 136/4
137/10 137/17 149/7
150/1 166/13 182/1
182/5 182/18 187/15
**plenty [2]** 7/15
38/10
**plug [2]** 8/17 103/22
**plugged [4]** 35/16
35/17 35/18 103/19
**plus [3]** 14/21
198/17 208/12
**pocket [1]** 95/21
**point [40]** 13/23
24/24 25/1 28/17
29/25 30/2 32/9 35/21
40/10 46/4 47/5 47/14
64/1 72/20 90/20
97/17 100/6 109/7
125/1 131/8 134/8
142/3 143/25 153/8
156/20 157/14 160/18
164/16 165/24 170/5
187/15 188/3 193/16
194/8 195/6 195/10
195/14 200/24 201/17
205/19
**points [1]** 51/1
**Poland [1]** 116/23
**police [14]** 37/22
38/11 58/22 58/25
59/6 65/4 80/20 83/7
87/24 87/24 106/16
111/5 144/11 161/12
**polite [1]** 83/10
**poll [1]** 48/25
**poor [1]** 122/16
**pop [1]** 107/13
**popping [1]** 107/18
**pops [1]** 107/14
**position [5]** 34/15
68/14 94/20 154/22
189/19
**positioned [1]**
189/15
**positive [1]** 175/18
**possession [7]** 131/8

138/25 160/7 160/11
163/3 189/2 190/1
**possible [3]** 24/22
207/18 208/12
**post [2]** 84/2 84/22
**posted [4]** 29/21
52/24 84/7 84/12
**posting [2]** 51/3
54/1
**posts [1]** 53/25
**potential [2]** 56/11
183/24
**potentially [2]**
121/23 184/20
**power [1]** 194/19
**powered [1]** 35/18
**pre [1]** 19/17
**pre-meeting [1]**
19/17
**prebuilt [1]** 7/3
**precluded [1]** 49/19
**prefer [2]** 155/20
182/24
**preparation [2]** 58/5
88/2
**prepare [1]** 207/5
**prepared [1]** 207/8
**preparing [1]** 152/22
**presence [3]** 18/7
18/8 164/2
**present [3]** 114/10
124/13 177/17
**presentation [1]**
136/23
**presented [1]** 169/6
**preserve [1]** 38/2
**Preserved [1]** 74/1
**president [1]** 22/17
**press [1]** 171/5
**presuming [3]** 50/21
76/17 78/1
**pretty [3]** 107/6
183/13 188/5
**preview [1]** 114/22
**previous [2]** 124/22
130/16
**previously [4]** 93/14
110/20 132/24 181/9
**price [24]** 6/15 7/17
11/18 41/11 41/21
44/8 44/10 93/10 95/6
95/8 95/22 98/25
99/19 130/10 130/11
148/24 148/25 148/25
149/1 160/2 188/17
191/23 198/17 198/20
**prices [2]** 99/5
143/24
**pride [1]** 36/6
**primarily [1]** 143/3
**primary [1]** 187/10
**principal [1]** 89/9

**P**

**printed [1]** 170/20
**prior [11]** 26/22
26/23 29/3 49/25 58/5
73/24 118/15 130/17
176/6 197/3 197/23
**private [1]** 117/14
**probably [8]** 40/12
52/6 117/13 156/20
179/3 190/13 206/2
207/22
**problem [16]** 35/15
42/9 103/10 103/17
103/18 105/4 105/9
105/10 129/17 144/8
155/15 159/13 161/21
164/17 175/8 175/8
**problems [4]** 8/20
104/18 142/1 201/23
**proceed [4]** 61/17
71/18 71/19 112/19
**proceedings [6]** 1/8
3/1 3/2 114/2 210/8
210/13
**process [3]** 7/7
144/1 192/2
**procure [1]** 193/22
**produced [1]** 68/24
**product [16]** 6/8 7/2
7/3 20/21 21/3 22/5
22/19 36/7 37/19
38/15 38/16 51/18
51/20 60/18 96/12
183/13
**product's [2]** 21/19
24/19
**products [2]** 116/22
186/23
**proffer [1]** 69/17
**profile [2]** 14/17
27/7
**profit [3]** 16/23
16/24 17/22
**program [1]** 148/12
**progressing [2]** 78/7
195/6
**promise [1]** 63/20
**promised [3]** 61/8
79/18 142/20
**promises [3]** 132/2
159/9 159/15
**promo [8]** 11/17
11/23 12/1 41/7 41/20
41/21 41/22 43/6
**promote [1]** 44/6
**promoting [1]**
131/24
**promotion [2]** 12/23
43/19
**promotional [1]**
105/1

**proof [8]** 30/25
66/10 80/22 86/2
196/24 197/7 197/14
200/2
**proper [4]** 38/6
79/14 101/4 179/2
**properties [1]**
200/17
**property [4]** 4/8
16/9 176/23 188/4
**prospect [2]** 10/6
12/17
**prove [1]** 85/25
**provide [8]** 60/6
60/11 66/1 66/20 83/2
83/2 83/5 155/13
**provided [15]** 16/9
67/19 75/23 85/16
85/19 85/20 86/3
105/17 110/5 114/17
131/17 154/20 155/2
155/10 200/14
**providing [1]** 144/24
**proving [1]** 200/2
**provision [1]** 17/23
**public [1]** 173/4
**publish [5]** 8/14
31/11 74/2 119/9
119/10
**published [3]** 113/1
120/1 134/19
**publishing [18]** 8/24
10/12 13/5 14/2 14/13
26/17 27/3 111/17
112/24 124/24 125/11
126/19 128/9 128/14
132/10 133/10 134/18
141/9
**Pugachev [20]**
151/8 151/9 151/15
151/17 151/21 151/24
155/16 160/14 160/18
160/23 160/25 161/5
161/7 161/11 162/7
162/12 162/24 162/25
177/17 178/14
**Pugachev's [1]**
162/17
**pull [4]** 15/19 100/10
121/13 188/25
**pulled [5]** 68/7
137/25 174/1 175/5
188/8
**punctuality [1]**
205/13
**purchase [2]** 141/24
154/23
**purchased [2]**
170/21 184/17
**purchaser [1]** 187/1
**purchasing [1]**
56/21

**pure [1]** 165/6
**purport [1]** 133/19
**purported [2]** 32/9
111/19
**purportedly [2]**
134/3 138/12
**purpose [2]** 117/19
118/6
**purposely [4]** 86/4
86/6 86/7 86/10
**purposes [2]** 68/3
208/8
**pursuant [1]** 71/1
**push [1]** 15/15
**pushback [2]** 195/18
201/2
**pushed [1]** 11/21
**put [15]** 43/17 91/23
92/1 92/18 92/21
94/24 107/14 109/12
132/8 169/23 171/23
172/3 184/4 186/5
203/9

**Q**

**qualifications [1]**
183/11
**qualify [1]** 153/12
**quality [2]** 6/19
127/20
**question [69]** 46/24
46/25 47/1 47/3 54/6
58/4 58/12 64/19
66/13 80/20 83/3
84/11 92/22 97/22
97/23 106/5 106/11
106/12 106/13 114/24
119/11 136/15 136/17
136/18 146/7 146/19
146/20 146/21 146/24
147/11 147/12 147/20
149/7 149/16 149/16
150/1 150/3 150/10
150/21 150/22 153/14
153/14 153/21 153/23
156/15 159/21 161/10
162/10 165/20 169/2
169/17 170/3 170/4
172/16 172/17 172/17
174/7 175/1 177/21
177/23 179/2 179/4
179/6 179/7 179/10
179/20 180/5 195/25
208/6
**questions [20]**
39/25 49/23 70/11
88/18 98/23 106/19
112/11 120/9 122/25
136/21 145/14 166/3
166/24 166/24 174/5
175/24 177/3 181/1
188/16 210/2

**quick [3]** 10/16
15/20 193/9
**quickly [6]** 13/4 36/9
38/12 133/5 144/23
206/1
**quit [1]** 207/20
**quite [2]** 69/24
122/16
**quotation [4]** 10/16
10/17 10/19 11/6
**quotations [1]** 30/8
**quote [3]** 11/1 11/6
11/13
**quotes [1]** 30/8

**R**

**raise [6]** 3/9 8/19
115/7 115/14 174/10
182/1
**raised [1]** 8/23
**ran [2]** 53/18 202/24
**Ranches [4]** 123/9
123/11 186/21 186/25
**rank [2]** 164/9
164/16
**rapper [6]** 55/23
57/5 83/17 84/25 85/3
85/6
**rappers [2]** 56/2
58/9
**RASSIE [3]** 1/23
210/16 210/16
**Rather [1]** 179/2
**re [3]** 29/16 170/3
179/19
**re-ask [2]** 170/3
179/19
**re-read [1]** 29/16
**reach [2]** 26/6 120/8
**reached [11]** 9/12
55/19 55/23 56/14
56/18 56/18 56/19
56/20 58/3 120/13
147/15
**read [21]** 11/16
13/15 14/19 19/22
25/19 27/18 29/16
29/17 30/14 34/25
36/15 37/3 113/1
115/24 122/20 124/19
137/24 138/1 195/17
197/8 204/8
**reading [4]** 49/15
68/5 68/7 68/9
**readjust [1]** 61/14
**ready [10]** 19/24
40/24 50/3 109/6
109/11 137/11 137/14
165/15 166/10 207/17
**real [15]** 12/18 13/3
15/20 32/3 92/7 107/5
112/7 135/8 144/22

161/17 164/17 168/11
168/11 190/13 193/9
**realized [3]** 10/1
28/20 28/21
**really [13]** 10/16
31/22 33/22 89/17
89/21 90/15 96/3 96/3
109/10 114/18 186/7
205/12 207/20
**realtime [1]** 49/7
**reason [3]** 51/11
85/22 92/7
**reasonable [1]**
206/18
**reasons [1]** 69/14
**recall [11]** 7/23
10/18 25/3 33/15
123/8 124/5 145/23
147/17 149/19 154/13
176/9
**receipt [32]** 20/18
24/8 24/8 24/9 24/19
28/11 28/11 28/12
28/14 28/16 29/25
31/2 31/9 31/10 31/16
31/16 32/14 36/4 39/6
39/12 39/15 49/8
49/13 50/2 59/13
70/16 104/21 110/20
111/14 134/5 134/11
142/9
**receive [23]** 18/2
24/20 25/14 27/21
32/6 61/25 62/21 63/7
129/10 129/11 134/1
134/2 141/2 141/6
142/8 145/7 146/8
159/1 184/20 184/25
185/1 191/16 199/9
**received [46]** 2/7
2/11 8/13 8/15 18/3
21/11 23/24 25/23
28/9 32/9 39/23 61/6
62/2 63/8 65/2 74/3
76/1 76/4 78/5 78/13
112/9 113/6 113/9
119/7 119/8 123/5
126/23 127/2 127/4
130/4 130/14 134/8
141/4 153/15 158/8
159/4 159/4 173/15
181/22 181/23 192/4
192/20 192/22 197/1
200/4 202/3
**receiving [5]** 43/6
142/24 143/25 174/19
197/3
**recently [2]** 162/24
162/25
**recess [4]** 49/5
108/15 137/9 165/13
**reciprocal [1]** 67/13

**R**

**reciprocally [1]** 155/14
**recognize [25]** 9/2 13/6 13/7 14/3 14/14 19/5 20/23 22/1 23/6 26/18 27/4 72/4 72/9 73/2 73/5 125/6 125/12 140/9 140/18 144/23 187/11 196/14 197/11 197/25 202/22
**record [29]** 3/13 8/8 8/22 8/24 11/10 19/10 19/12 23/10 23/14 49/6 49/21 49/25 69/9 69/19 115/10 115/18 120/1 120/17 128/9 129/2 140/13 140/20 143/15 163/23 166/2 171/16 182/6 187/23 205/16
**records [2]** 144/24 144/25
**recoup [1]** 37/19
**recovered [1]** 101/5
**recross [6]** 2/3 112/12 177/4 177/7 177/11 181/2
**Redd [3]** 57/4 85/6 194/17
**redirect [9]** 2/3 70/2 107/24 109/18 109/20 136/11 175/25 176/3 177/7
**reduce [3]** 44/8 44/10 44/24
**reduction [1]** 41/19
**reemphasize [1]** 48/24
**ref [1]** 172/8
**refer [2]** 129/1 132/7
**reference [7]** 10/6 121/11 127/17 158/15 171/11 171/13 171/25
**referenced [7]** 9/9 9/24 13/12 13/13 16/1 29/24 138/25
**references [1]** 32/17
**referencing [3]** 31/13 36/12 120/3
**referrals [1]** 184/1
**referred [4]** 93/15 100/16 118/7 133/14
**referring [4]** 58/8 132/17 138/11 199/17
**reflect [11]** 8/22 19/10 19/12 23/10 23/14 133/19 140/13 140/20 187/23 195/3 205/17
**reflects [2]** 121/24

192/20
**refused [1]** 154/23
**regarding [7]** 56/20 111/20 129/13 160/19 174/22 176/23 197/4
**regardless [2]** 113/19 113/20
**regards [2]** 127/8 127/11
**registered [3]** 45/18 45/25 117/14
**regular [5]** 5/11 106/23 120/7 188/22 188/23
**related [10]** 4/10 4/12 4/13 6/3 33/8 59/8 73/3 111/2 126/13 150/6
**relates [1]** 119/20
**relating [1]** 133/2
**relation [4]** 34/17 34/20 80/6 105/16
**relationship [7]** 54/17 85/25 90/17 141/23 153/8 153/13 154/2
**relationships [1]** 151/17
**relative [1]** 170/11
**relax [3]** 30/17 30/24 30/25
**release [3]** 192/23 193/3 194/25
**released [1]** 138/4
**relevance [6]** 17/2 70/15 96/4 97/16 100/5 178/18
**relevant [3]** 49/24 70/13 150/15
**reliable [1]** 128/7
**remain [2]** 3/8 115/6
**remaining [2]** 21/11 205/25
**remains [1]** 70/24
**remember [63]** 18/15 24/3 25/6 26/9 35/4 47/17 47/21 50/17 54/19 54/20 55/16 55/17 56/22 56/23 57/2 57/3 57/7 57/7 57/22 60/25 63/24 65/25 75/13 78/8 78/21 79/22 80/25 90/24 91/17 92/1 92/2 95/16 95/22 96/21 96/22 97/3 97/11 97/12 98/17 99/14 100/21 104/22 105/6 110/12 110/12 110/14 110/21 119/23 141/11 143/18 144/24 153/25 174/21 174/25

175/14 175/16 175/18 186/20 189/14 190/7 192/12 193/2 204/8
**remembering [1]** 57/23
**remind [2]** 49/1 166/16
**reminded [2]** 109/16 204/6
**reminder [1]** 199/8
**remodeling [1]** 18/19
**removal [3]** 102/16 102/25 103/8
**remove [3]** 91/22 102/5 189/22
**removed [4]** 101/8 101/19 102/12 102/14
**removing [1]** 102/6
**renew [1]** 73/24
**rent [1]** 155/6
**repair [4]** 91/25 104/9 177/2 180/12
**repeat [2]** 103/12 149/7
**repeated [1]** 106/23
**repetition [1]** 163/22
**repetitive [1]** 164/1
**rephrase [4]** 85/17 146/22 150/1 167/20
**replace [1]** 5/9
**replied [3]** 84/2 84/6 84/18
**reply [1]** 27/24
**REPORTED [1]** 1/23
**reporter [3]** 1/23 207/22 210/17
**represent [4]** 33/11 87/10 145/22 179/16
**representations [3]** 128/25 129/13 129/15
**representatives [4]** 146/12 146/17 146/25 147/4
**request [3]** 120/24 199/12 200/21
**requested [2]** 29/25 199/12
**requests [1]** 161/8
**required [1]** 127/19
**requirement [1]** 67/14
**reschedule [2]** 65/16 80/10
**research [6]** 10/1 148/17 204/12 204/14 204/14 204/15
**resell [1]** 170/25
**reserve [1]** 208/20
**residence [3]** 186/25 190/22 203/5

**resident [1]** 116/8
**resold [1]** 127/24
**resolution [3]** 5/8 6/16 6/24
**resolutions [2]** 6/21 6/24
**resolve [8]** 131/16 144/8 144/10 144/19 149/21 150/9 150/10 154/8
**resolved [2]** 144/7 144/17
**respect [5]** 105/22 164/5 178/22 179/5 207/10
**Respectfully [1]** 67/12
**respond [5]** 11/15 11/16 81/21 142/25 143/2
**responded [2]** 154/5 175/3
**responds [2]** 76/7 84/2
**response [5]** 29/17 31/20 41/1 100/20 175/21
**responses [2]** 125/16 126/11
**responsibility [1]** 114/6
**responsible [2]** 143/9 176/21
**responsive [4]** 170/2 180/3 180/16 180/17
**rest [1]** 207/1
**Restate [1]** 162/10
**resting [2]** 134/13 196/5
**result [1]** 203/4
**retail [3]** 122/5 122/5 148/23
**retain [1]** 69/11
**retired [1]** 205/17
**retrieve [1]** 50/7
**retrieved [1]** 162/18
**return [10]** 29/21 121/3 135/1 142/13 144/20 152/18 154/12 160/19 162/21 176/23
**returned [25]** 142/14 153/11 154/7 158/5 158/8 161/1 161/5 161/9 161/12 161/14 161/20 161/20 161/22 162/7 162/13 162/22 163/4 163/8 165/24 177/1 177/1 177/17 178/4 178/8 195/17
**review [4]** 15/24 71/1 174/24 175/17

**reviewed [2]** 88/5 88/8
**reviewing [1]** 68/25
**Richard [7]** 120/7 126/22 127/11 138/2 139/2 149/12 177/16
**rid [1]** 107/14
**right [100]** 3/9 8/21 8/22 25/11 41/4 43/20 45/5 45/12 45/23 54/1 54/4 54/11 55/10 55/20 59/21 60/12 60/19 61/3 61/19 63/8 63/13 63/16 63/18 63/19 64/6 64/12 71/12 75/23 76/10 78/12 78/17 78/24 79/3 80/3 81/2 81/7 81/25 83/18 85/1 85/11 86/8 86/20 89/22 90/4 90/9 91/7 93/4 94/13 95/3 109/10 109/11 109/12 113/24 113/25 114/24 115/4 115/5 115/7 115/14 122/19 131/1 132/12 136/6 136/11 136/12 137/21 141/9 148/20 154/10 154/25 155/7 155/16 156/1 157/6 159/25 160/20 161/2 163/17 164/13 166/10 168/3 168/10 169/1 169/15 169/23 171/15 172/2 175/12 175/20 178/5 181/4 182/1 186/10 203/14 203/24 205/19 208/15 208/20 209/4 209/8
**ring [1]** 190/7
**rings [1]** 32/25
**rise [12]** 48/6 50/3 107/21 108/14 109/13 136/21 137/8 137/15 164/6 165/12 166/11 205/13
**rising [1]** 208/1
**riveting [1]** 156/5
**RM1102 [1]** 138/2
**RMR [2]** 1/23 210/16
**RMR-CRR [2]** 1/23 210/16
**road [2]** 183/3 193/14
**ROBERT [2]** 1/20 1/20
**Roberto [4]** 50/20 51/15 78/23 94/11
**Rodney [2]** 1/24 210/17
**role [1]** 117/10
**Rolex [7]** 173/15

**R**

**Rolex... [6]** 173/16 173/20 173/23 173/24 174/1 174/3
**Rolexes [1]** 172/24
**room [7]** 1/24 53/4 53/7 63/18 205/17 206/4 210/18
**ROSENBLATT [21]** 1/20 1/20 145/15 145/22 146/22 156/2 156/10 157/10 161/24 163/9 163/25 164/24 166/22 167/1 177/6 177/9 178/1 179/7 180/4 180/19 180/23
**round [1]** 41/11
**Royal [1]** 1/18
**rude [8]** 59/7 59/10 59/15 60/16 60/18 60/19 60/21 82/24
**rule [5]** 49/22 69/18 70/1 136/10 136/14
**rules [4]** 61/24 71/1 107/8 165/6
**rulings [1]** 50/1
**run [5]** 94/8 190/24 203/2 208/7 209/25
**runs [2]** 103/18 188/18
**Russia [1]** 151/12
**Russian [11]** 113/12 113/21 114/14 114/19 148/1 148/3 151/10 151/11 174/19 205/18 209/8

**S**

**S580 [1]** 190/5
**said [69]** 11/13 11/23 28/2 30/24 31/22 31/24 35/5 37/17 57/16 58/9 64/5 68/8 77/22 78/14 78/20 78/23 80/4 82/19 88/24 91/10 93/5 93/7 93/20 97/20 98/8 98/10 104/8 107/4 107/17 127/2 135/10 142/17 147/7 148/19 149/12 149/17 149/21 150/8 152/1 152/13 154/3 158/15 158/23 165/9 167/8 167/9 174/6 175/15 178/4 178/14 185/24 186/1 186/11 189/3 189/8 191/9 193/7 193/7 193/11 194/3 195/3 195/11 197/17 197/23 199/14 200/12 201/7 203/19 204/5

**sake [1]** 137/23
**sale [3]** 7/6 138/18 184/21
**sales [5]** 183/8 183/9 183/12 183/15 183/24
**salesman [1]** 205/18
**salespeople [1]** 185/2
**salesperson [1]** 193/25
**same [58]** 5/23 6/21 7/13 8/10 8/11 9/11 10/17 15/11 15/11 15/12 16/2 16/16 18/15 21/19 22/4 23/5 24/22 27/23 33/2 34/6 36/10 36/12 36/14 38/19 38/20 38/25 39/4 39/10 43/22 52/22 61/12 63/6 73/14 74/14 76/25 79/24 85/10 93/1 93/2 93/9 93/10 94/25 100/19 101/11 101/12 117/7 120/22 132/21 132/25 133/13 134/5 136/9 141/18 155/14 163/12 164/15 178/5 204/4
**Samsung [1]** 95/18
**sat [1]** 200/18
**satisfied [3]** 59/20 200/14 200/20
**Saturday [1]** 153/5
**save [1]** 206/23
**saved [1]** 155/6
**saw [7]** 12/16 48/19 48/20 94/11 178/9 178/11 178/11
**say [74]** 9/15 20/8 27/20 32/2 32/18 38/23 42/15 42/18 44/7 48/3 49/16 55/25 67/6 68/1 68/3 69/2 69/4 70/1 76/9 76/20 77/9 77/14 77/20 79/5 79/25 82/9 82/13 82/16 90/7 90/8 93/4 94/5 106/21 107/1 107/9 107/15 114/14 118/18 120/14 129/17 142/18 147/9 148/4 150/8 161/6 161/19 162/23 163/19 165/1 165/5 166/6 167/7 171/23 173/18 173/22 174/13 174/16 180/21 185/7 185/15 188/2 188/12 189/10 189/19 192/12 199/6 201/25 202/9 204/4 206/11 207/4 207/7 207/8

**say, [1]** 92/18
**saying [24]** 25/13 25/14 49/15 49/19 57/25 91/19 95/2 128/6 129/19 130/25 132/4 135/6 141/18 161/4 161/6 167/14 168/5 168/7 170/12 174/5 174/16 174/25 187/6 197/13
**says [24]** 13/13 15/24 18/1 32/18 41/25 42/16 42/18 50/25 76/13 77/5 77/19 79/1 79/5 80/19 82/13 83/9 83/23 84/2 84/6 114/16 114/22 130/7 193/22 198/5
**scam [2]** 28/21 32/12
**schedule [1]** 78/9
**scheduled [3]** 91/9 203/19 210/1
**scheduling [1]** 208/7
**scheme [1]** 70/20
**scientific [1]** 168/3
**scintillating [1]** 156/4
**scope [2]** 177/7 177/23
**screen [42]** 5/3 7/8 9/16 10/15 14/13 18/22 22/4 22/13 22/14 22/14 24/4 31/11 35/15 35/16 35/17 38/5 38/9 38/13 75/20 76/21 80/17 86/1 92/24 94/25 99/21 99/25 101/22 102/22 104/24 105/2 105/10 106/1 125/11 126/20 132/11 132/13 133/11 137/22 138/1 141/10 142/22 143/16
**screens [4]** 5/6 95/10 101/23 102/2
**screenshot [9]** 55/23 62/5 83/17 84/17 125/13 195/20 198/22 199/11 200/6
**screenshotted [1]** 68/10
**screw [2]** 101/3 101/3
**Scrolling [1]** 12/4
**Sean [92]** 1/7 7/23 9/22 12/19 14/6 16/7 17/10 18/4 19/3 19/9 19/11 23/22 24/2 25/9 25/14 25/23 26/21 26/24 28/23 29/19

**207/19**

31/22 32/18 34/6 39/11 44/1 44/20 50/20 51/13 51/22 54/11 54/12 54/14 54/16 54/22 55/3 55/7 55/19 56/5 56/9 57/11 57/19 62/10 66/1 72/7 72/9 72/15 72/18 76/1 76/1 76/13 76/25 77/5 77/19 77/23 78/13 79/1 80/19 81/16 81/24 82/19 84/7 84/12 84/15 84/17 84/21 86/6 90/16 90/25 91/11 91/12 102/14 102/15 104/10 104/22 111/10 119/23 124/1 126/1 132/19 140/8 169/8 169/21 173/3 186/10 187/2 187/8 187/9 187/11 187/13 188/13 191/6 192/5
**Sean's [4]** 56/23 57/24 132/14 196/18
**seankingston [1]** 51/6
**search [2]** 183/23 184/3
**seat [3]** 3/12 113/13 113/14
**seated [13]** 50/6 107/23 109/15 109/16 136/5 137/10 137/18 157/7 163/16 165/14 166/14 182/6 205/16
**second [27]** 1/21 8/18 21/14 49/10 49/12 49/17 105/7 139/4 139/5 139/6 139/10 139/20 141/11 151/21 155/21 158/18 162/1 162/4 162/18 164/9 172/16 177/15 177/16 177/22 178/4 194/6 198/21
**secrets [1]** 16/25
**security [1]** 159/17
**see [78]** 5/6 8/14 8/17 9/13 9/13 19/18 19/19 20/2 20/2 22/7 27/8 38/15 38/20 43/15 43/20 48/2 48/5 48/9 48/16 49/18 51/12 54/1 62/14 67/9 67/9 67/16 67/18 70/3 73/14 75/20 75/21 77/6 78/19 89/23 106/22 107/5 107/9 107/20 107/23 108/12 123/1 123/14 123/14 130/7 132/21 133/7

135/2 136/1 136/5 136/8 136/22 137/6 138/17 163/10 163/14 163/16 165/9 165/11 178/7 178/17 179/11 187/13 189/17 190/4 192/21 193/2 200/16 203/23 203/25 204/9 204/18 205/11 205/13 205/21 207/12 207/23 208/4 210/6
**seeing [9]** 8/20 67/20 68/9 100/8 128/24 132/12 133/6 163/18 188/3
**seek [2]** 113/19 113/19
**seem [2]** 191/7 193/11
**seems [3]** 36/24 90/19 206/1
**seen [8]** 79/12 178/21 178/21 179/5 190/21 194/5 197/18 204/25
**seized [1]** 159/18
**selected [1]** 3/2
**sell [17]** 5/3 86/1 104/6 106/1 117/19 117/25 118/19 149/24 150/7 150/16 150/24 151/2 183/6 183/21 184/10 184/11 191/10
**seller [1]** 184/14
**selling [7]** 10/7 117/18 118/6 118/17 176/21 183/13 194/18
**sells [1]** 118/4
**send [39]** 28/10 28/15 30/25 31/1 31/8 31/25 31/25 37/14 37/14 61/18 61/21 76/4 80/7 84/3 102/1 104/3 105/8 121/2 122/15 126/16 131/1 132/15 134/7 134/10 135/1 139/6 154/12 189/7 189/7 191/8 191/18 191/19 192/15 193/23 193/24 194/3 195/2 198/1 199/22
**sending [5]** 143/18 152/8 196/24 197/4 198/16
**sends [6]** 61/4 62/5 62/16 83/17 83/23 200/2
**sense [7]** 32/15 115/1 122/23 123/18 192/24 208/12 210/3
**sent [52]** 11/1 20/19 24/22 29/22 30/10

**S**

**sent... [47]** 31/16 39/5 39/6 39/11 45/14 52/25 55/22 56/24 61/18 70/16 76/17 78/4 84/17 111/19 111/21 111/22 111/25 126/10 126/11 126/25 133/8 133/20 134/3 138/12 152/10 152/16 152/21 153/9 191/22 191/22 192/21 193/2 194/3 195/4 195/20 196/9 197/13 197/14 197/16 199/13 199/16 199/19 200/5 200/11 201/9 203/7 203/19
**sentence [1]** 123/4
**SEO [1]** 183/23
**separate [1]** 199/19
**September [5]** 8/2 14/8 15/9 40/22 210/16
**September 14th [1]** 14/8
**serial [11]** 127/21 170/8 170/9 170/13 170/22 170/24 171/23 172/3 172/4 172/5 172/11
**series [1]** 70/18
**seriousness [1]** 205/13
**service [5]** 22/20 34/8 34/8 34/12 127/19
**session [1]** 166/15
**set [9]** 79/11 84/3 84/24 113/14 117/13 186/2 193/15 199/12 203/16
**setting [1]** 76/14
**setup [1]** 77/10
**seven [1]** 46/7
**several [7]** 15/6 20/10 29/2 141/2 188/6 189/14 191/4
**shaking [1]** 84/24
**Shame [1]** 37/5
**share [3]** 12/4 20/4 134/5
**shared [3]** 126/9 135/9 135/16
**she [26]** 24/21 27/7 28/1 28/2 30/2 30/4 48/19 56/24 69/10 69/11 81/16 92/20 100/23 132/14 132/24 133/8 133/20 135/10 141/18 185/2 191/25 192/7 192/15 196/25

198/23 201/18
**she's [5]** 30/16 81/17 177/17 185/3 209/19
**sheet [2]** 191/23 198/8
**shirt [1]** 50/21
**shoot [8]** 60/20 77/24 78/1 78/2 80/24 81/7 129/23 194/15
**shooting [3]** 83/14 124/6 201/12
**shop [1]** 124/6
**shopping [1]** 132/5
**short [2]** 117/2 170/4
**Shotwell [4]** 181/24 205/1 205/6 209/25
**should [20]** 8/17 48/17 69/6 113/22 114/8 119/11 135/1 144/17 159/13 161/9 195/3 204/8 204/10 204/12 204/23 204/24 205/16 207/4 207/8 207/17
**show [24]** 13/3 22/13 28/12 32/13 47/19 63/16 71/23 75/11 80/22 85/9 97/18 104/24 125/5 128/15 131/10 144/22 145/2 192/20 196/12 197/11 197/24 198/6 201/13 202/21
**showed [11]** 15/19 16/11 20/13 64/12 64/13 73/6 82/23 110/20 124/12 144/6 199/14
**showing [25]** 13/5 24/5 24/7 25/8 27/13 29/14 50/15 55/22 56/23 62/7 67/3 122/20 123/21 125/14 126/8 127/15 129/21 130/22 131/23 137/21 141/21 142/5 142/22 171/10 199/11
**shown [4]** 86/12 124/17 158/11 181/10
**shows [4]** 125/15 191/23 192/19 202/24
**shut [1]** 19/24
**sick [1]** 145/24
**side [12]** 15/21 15/21 27/3 27/3 49/12 50/1 58/7 132/13 141/10 143/16 199/9 206/19
**sidebar [4]** 67/6 67/9 73/25 155/21
**sides [3]** 49/24 67/22

164/22
**sidetracked [1]** 169/2
**sign [5]** 17/24 18/7 93/19 104/16 203/8
**signed [18]** 13/10 18/7 18/8 19/14 23/4 23/23 24/12 24/19 36/3 59/12 61/13 63/25 80/5 80/12 104/12 104/21 110/24 112/22
**signing [1]** 110/1
**signs [1]** 61/21
**silence [1]** 109/3
**simply [2]** 89/8 161/10
**since [2]** 8/18 112/20
**sing [1]** 24/3
**singer [2]** 9/21 123/25
**singers [1]** 56/2
**single [8]** 38/18 118/12 136/16 136/17 150/13 169/7 169/23 170/15
**sir [81]** 3/17 7/22 46/25 48/8 48/10 49/1 50/7 60/24 61/17 64/19 71/9 72/4 73/2 74/15 78/17 81/19 82/19 84/11 87/14 95/19 96/5 97/18 97/22 97/22 106/12 107/23 107/25 108/4 112/16 113/10 113/24 115/3 134/13 136/6 145/15 145/16 145/21 146/24 147/12 147/19 150/18 152/2 152/4 152/19 153/14 153/24 156/19 157/8 157/10 157/14 160/25 161/4 161/10 162/10 163/16 165/22 166/8 166/10 166/22 167/2 169/5 170/4 171/16 172/16 173/21 174/4 174/10 174/16 175/24 177/9 177/13 177/24 179/20 180/17 180/21 181/2 181/4 182/9 196/9 203/23 204/1
**sister [1]** 206/12
**sit [3]** 180/9 180/18 180/22
**sitting [2]** 19/8 139/5
**situation [8]** 28/17 131/11 144/15 145/11 146/20 160/15 163/7 201/7

**six [3]** 10/11 76/3 161/15
**size [4]** 6/12 6/18 7/8 127/6
**sizes [1]** 6/20
**sizing [2]** 127/5 127/7
**skeleton [1]** 138/3
**skin [1]** 202/14
**slammed [1]** 201/4
**slamming [1]** 201/4
**slower [2]** 114/23 205/21
**small [4]** 22/18 22/19 194/8 197/18
**smaller [3]** 92/18 93/6 127/12
**smallest [1]** 5/13
**Smith [2]** 1/24 210/17
**smooth [1]** 142/1
**smoothly [1]** 78/7
**SMS [2]** 13/25 26/21
**snaked [1]** 114/23
**snippet [1]** 107/10
**so [272]**
**social [25]** 6/6 6/6 13/13 15/16 16/11 41/7 41/25 42/16 42/18 42/21 43/10 43/12 43/13 43/16 43/19 44/12 44/25 51/3 52/9 52/11 53/25 54/3 56/8 86/19 89/16
**society [1]** 168/6
**sold [6]** 131/19 137/24 151/23 169/21 185/13 191/2
**sole [1]** 114/6
**some [58]** 4/3 6/8 6/9 7/8 13/23 14/25 18/19 20/12 24/6 35/11 37/6 41/5 47/5 47/14 51/12 51/25 53/7 55/19 61/1 64/1 64/16 65/15 65/18 68/5 70/14 76/14 79/11 86/15 90/20 91/23 93/9 99/25 101/5 107/3 123/17 124/19 142/3 143/25 148/16 160/18 168/10 168/11 168/15 176/17 193/8 193/9 193/13 195/8 195/14 196/10 199/12 199/16 200/22 202/3 202/10 202/14 203/7 208/23
**somebody [7]** 44/2 51/11 52/11 61/21 82/6 184/21 207/17
**somehow [1]** 83/2

**someone [9]** 103/4 105/8 121/24 169/9 184/17 184/24 185/23 189/24 191/20
**someone's [1]** 191/17
**something [30]** 28/14 37/14 38/2 54/1 55/25 56/3 60/20 73/5 80/7 86/15 92/13 93/18 105/18 105/18 107/11 118/7 122/5 126/13 148/11 165/15 167/8 176/5 186/4 191/9 192/10 201/9 201/13 202/1 202/15 202/18
**sometime [2]** 73/12 143/22
**sometimes [7]** 39/19 39/19 96/8 96/18 96/19 100/12 123/12
**somewhat [2]** 130/4 156/5
**somewhere [2]** 152/1 186/4
**song [3]** 10/1 10/2 10/4
**soon [5]** 24/22 78/4 81/24 139/3 165/11
**sorry [51]** 9/4 9/14 11/9 14/11 14/12 16/19 28/13 30/13 33/25 34/1 34/3 36/21 37/3 47/2 57/8 64/10 73/18 75/3 82/9 82/10 82/10 82/13 82/16 82/19 82/20 83/9 88/21 95/17 95/24 96/21 98/14 99/14 100/9 101/14 103/4 104/2 109/25 112/6 132/11 133/8 149/15 153/3 153/15 158/3 161/25 162/3 167/8 171/18 174/12 190/6 201/7
**sort [7]** 70/14 123/17 145/11 168/13 196/10 199/12 202/10
**sought [1]** 185/9
**sound [18]** 17/20 17/21 17/21 22/15 64/6 76/14 98/4 98/4 99/16 99/21 99/22 99/23 99/23 99/25 99/25 100/1 103/1 109/3
**sounded [1]** 45/7
**sounds [2]** 77/19 208/3
**source [1]** 184/11

# S

**sourcing [1]** 185/22
**south [5]** 114/13 138/17 139/8 139/9 139/13
**SOUTHERN [1]** 1/1
**southwest [5]** 123/9 123/9 123/11 186/21 186/25
**space [1]** 7/16
**span [1]** 128/16
**Spanish [1]** 34/2
**spark [1]** 12/22
**speak [21]** 3/19 15/3 35/6 59/23 59/24 65/23 86/16 91/13 95/24 105/21 105/22 108/3 108/5 113/20 115/21 122/13 136/12 148/8 182/11 185/21 207/21
**speaker [1]** 103/3
**speakers [3]** 103/1 103/2 103/4
**speaking [1]** 10/8
**speaks [2]** 43/15 151/11
**specializes [1]** 180/12
**specific [8]** 120/13 168/16 168/17 169/21 171/13 171/14 184/24 185/2
**specifically [2]** 129/4 191/12
**specify [2]** 41/24 42/21
**speculation [3]** 12/13 32/21 196/19
**speed [1]** 205/19
**spell [4]** 3/13 115/11 115/18 182/6
**spelled [1]** 182/8
**spend [5]** 90/11 98/2 98/3 98/13 153/16
**spent [1]** 139/15
**spirit [1]** 164/16
**split [10]** 14/13 31/11 125/11 126/20 132/11 133/10 137/22 141/10 142/22 143/16
**spoke [23]** 15/1 27/9 36/18 36/20 58/8 59/22 81/15 81/23 83/10 87/25 88/10 90/25 90/25 91/11 91/12 100/21 100/21 101/1 105/16 110/16 148/10 185/22 209/20
**spoken [4]** 87/15 87/17 114/9 122/16

**sponsored [4]** 51/25 52/1 53/14 54/6
**sponsors [1]** 116/24
**sport [1]** 199/1
**spot [1]** 186/1
**staff [1]** 53/10
**stalling [1]** 195/7
**stand [2]** 19/7 68/4
**standing [6]** 3/9 47/17 53/10 55/9 115/6 140/10
**star [2]** 44/2 44/3
**start [30]** 7/6 10/22 28/11 31/7 34/13 34/16 48/4 49/11 76/21 77/9 79/23 79/25 86/21 91/8 92/9 109/8 109/11 117/5 129/13 142/24 143/3 163/11 164/18 181/9 196/4 205/10 208/3 209/1 209/7 209/22
**started [14]** 25/4 61/3 64/13 81/10 81/11 90/20 90/23 91/14 117/4 120/18 120/19 152/16 191/25 192/2
**starting [3]** 6/15 142/23 164/1
**starts [1]** 68/17
**state [4]** 3/13 115/10 115/17 182/5
**stated [4]** 24/11 35/7 132/24 136/18
**statement [4]** 25/22 71/5 135/18 144/23
**statements [2]** 3/3 70/19
**states [16]** 1/1 1/4 1/11 1/12 4/8 4/23 7/13 7/15 17/16 31/23 69/20 117/1 120/22 151/13 151/14 168/4
**station [1]** 87/24
**statistical [1]** 167/25
**status [2]** 128/25 199/3
**stay [5]** 78/9 113/25 139/12 155/20 166/19
**stayed [2]** 155/18 189/2
**staying [2]** 139/12 200/17
**stays [1]** 192/18
**steel [1]** 127/9
**STENOGRAPHICALLY [1]** 1/22
**step [6]** 108/1 112/17 136/6 181/5 203/24 204/1
**steps [1]** 144/16

**still [22]** 27/14 28/9 28/18 29/14 29/18 33/21 34/17 35/21 55/12 83/14 107/1 108/5 109/16 116/23 130/17 131/5 136/10 156/21 173/23 174/15 193/5 199/4
**stipped [2]** 205/23 205/25
**stipulate [5]** 70/11 71/14 140/11 140/15 187/20
**stipulated [3]** 8/9 71/10 187/22
**stipulates [1]** 71/2
**stipulation [3]** 8/12 112/22 112/25
**stock [2]** 21/2 40/24
**stolen [1]** 168/24
**stood [2]** 53/4 201/5
**stop [5]** 145/10 163/9 187/6 189/10 203/22
**stopped [3]** 55/17 117/7 145/9
**stopping [1]** 174/15
**stops [1]** 68/19
**store [2]** 116/23 170/23
**stores [1]** 170/22
**storm [1]** 156/23
**story [10]** 38/18 60/12 60/13 84/3 84/6 84/8 84/12 84/18 86/8 176/13
**strategic [5]** 164/5 164/15 164/20 164/25 165/2
**strategically [1]** 164/13
**street [4]** 1/21 173/1 188/11 188/21
**stretch [7]** 48/1 67/7 67/8 67/8 155/23 156/8 156/11
**Strike [1]** 92/3
**string [1]** 69/22
**structure [1]** 191/14
**structures [2]** 91/22 144/20
**struggle [2]** 34/1 34/2
**struggling [1]** 98/15
**stuff [9]** 76/15 77/24 107/6 183/14 192/17 194/12 194/15 194/17 209/3
**subcontractor [4]** 96/25 97/2 97/4 97/9
**submitted [1]** 69/23
**subpoena [1]** 146/5

**subscribers [1]** 121/22
**Suburban [2]** 189/18 189/24
**success [1]** 144/12
**successful [1]** 30/10
**such [3]** 16/22 156/6 156/6
**sue [2]** 34/23 66/10
**sufficient [1]** 118/9
**suggested [2]** 120/21 174/23
**suggestion [1]** 49/2
**suing [1]** 106/16
**Suite [3]** 1/14 1/16 1/18
**summarize [3]** 27/19 29/17 35/13
**summary [1]** 18/1
**SunBiz [1]** 200/16
**Sunny [3]** 139/14 152/13 186/4
**super [2]** 203/13 205/6
**supplied [1]** 157/15
**suppliers [4]** 28/7 32/1 95/17 98/16
**suppose [2]** 72/16 84/5
**supposed [19]** 13/1 21/19 32/10 38/4 44/11 57/5 59/11 61/3 61/11 61/12 86/21 90/3 122/10 130/6 133/9 133/22 133/24 145/4 160/3
**sure [19]** 3/18 40/5 40/7 48/20 70/5 107/7 107/16 107/19 109/5 113/14 129/15 149/9 164/2 181/18 182/10 187/19 205/10 207/22 209/25
**surfaced [1]** 175/8
**sustain [4]** 49/11 97/17 100/6 136/25
**sustained [16]** 12/14 32/22 33/4 49/9 49/17 96/5 106/18 110/9 135/15 135/17 136/17 146/1 170/3 178/19 179/18 180/17
**SW [1]** 1/21
**swear [1]** 181/24
**sweet [1]** 109/3
**swindlers [1]** 168/23
**Swiss [1]** 170/18
**switch [3]** 13/23 40/7 74/6
**sworn [8]** 3/9 3/10 115/7 115/8 115/14 115/15 182/2 182/3

**system [3]** 29/23 99/16 174/17

# T

**T-A-R-U-T-Z [1]** 115/12
**T.V [36]** 5/9 6/11 7/24 9/16 10/7 15/13 18/17 18/21 21/1 33/12 34/8 37/23 40/22 41/11 44/4 47/5 51/17 53/11 55/10 56/21 57/6 60/21 62/25 63/2 63/16 64/2 68/19 73/12 83/24 90/8 91/1 91/11 92/1 92/21 103/11 111/4
**T.V.'s [1]** 204/10
**table [1]** 201/4
**tag [7]** 51/6 51/6 51/11 191/1 198/18 203/8 203/10
**tagged [1]** 51/15
**tagging [1]** 51/4
**take [45]** 3/12 28/7 36/6 38/9 40/13 41/5 47/25 48/1 48/8 54/15 92/9 103/24 104/2 106/20 108/9 109/2 109/9 111/6 115/3 119/22 121/2 134/14 135/24 143/17 144/9 145/23 150/15 150/22 153/1 155/23 158/13 158/23 159/16 163/10 163/18 164/7 165/15 187/4 193/9 193/10 195/17 196/5 200/21 201/14 209/15
**taken [6]** 49/5 108/15 137/9 144/16 165/13 186/18
**taking [6]** 17/1 47/21 68/13 164/10 192/25 194/7
**talk [27]** 10/13 10/15 10/15 15/6 22/14 26/24 28/7 29/8 33/13 57/16 65/19 66/12 86/16 88/23 90/9 120/24 128/4 131/24 137/23 152/8 155/23 191/12 194/8 194/10 204/23 204/24 205/20
**talked [20]** 6/12 16/11 18/15 20/15 26/6 26/6 29/4 33/13 37/24 39/14 43/15 73/11 78/11 86/13 146/14 148/7 148/22 155/19 162/24 162/24
**talking [15]** 11/19

| T | | | | |
|---|---|---|---|---|
| **talking... [14]**  17/17 57/25 58/6 83/7 83/24 85/7 120/6 128/24 143/21 149/9 154/6 161/10 168/16 190/15 | 137/6 163/16 196/5 **tend [1]**  164/7 **terms [3]**  41/24 42/15 120/5 **test [4]**  188/9 188/10 188/15 190/21 | 137/10 137/15 137/19 145/16 157/3 157/12 158/5 162/17 165/14 166/23 166/23 167/1 167/3 169/5 171/19 175/24 178/2 179/21 | 120/24 121/1 127/4 131/18 131/19 141/24 142/11 142/17 142/20 146/14 155/14 166/5 169/23 172/22 188/7 193/14 198/1 200/15 | 142/6 142/8 144/11 148/11 150/13 150/13 151/20 153/7 157/24 158/11 160/14 161/20 163/9 164/10 164/16 |
| **talks [2]**  83/12 174/12 **tank [1]**  158/2 **target [4]**  6/5 6/10 90/4 104/8 | **testified [11]**  45/9 69/10 84/14 90/15 93/13 103/13 138/14 171/11 174/8 176/5 176/6 | 180/7 181/6 181/25 182/14 196/7 204/1 209/16 210/5 **Thanks [6]**  109/13 112/16 137/6 165/11 181/5 210/7 | 201/24 208/25 209/22 **themselves [5]**  33/9 33/12 71/7 206/23 207/11 **then [70]**  17/22 | 164/22 166/18 169/7 170/12 172/22 175/7 176/15 176/17 180/18 180/22 184/25 187/6 187/17 188/6 189/4 |
| **targeted [1]**  90/14 **Tarutz [1]**  115/12 **tax [5]**  46/6 46/7 46/11 46/13 46/13 | **testify [4]**  71/7 146/9 149/17 176/13 **testifying [5]**  43/7 88/5 88/8 109/24 146/5 | **that [1120]** **that's [108]**  9/11 10/18 11/5 13/10 13/18 14/22 16/1 | 18/11 18/12 21/19 24/2 24/3 26/9 26/12 26/14 26/14 27/23 28/6 29/17 33/14 33/15 35/14 61/1 | 189/5 189/10 189/13 189/14 189/17 190/6 192/24 193/5 194/9 194/9 194/10 195/1 195/7 195/24 199/13 |
| **taxes [3]**  45/21 191/24 198/17 **teach [1]**  22/14 **team [1]**  208/11 | **testimony [27]**  1/9 13/22 43/5 48/5 54/21 55/2 58/6 64/21 64/24 68/15 88/5 88/8 108/3 | 18/11 21/4 26/13 27/7 31/16 33/23 34/4 38/12 43/16 45/21 46/7 51/18 54/10 56/6 | 62/12 62/13 63/15 68/19 72/8 76/3 82/2 88/24 90/20 91/16 91/19 91/22 92/5 92/6 | 199/16 200/7 200/19 201/4 201/19 202/3 203/8 204/9 205/6 **there's [51]**  3/6 |
| **technically [2]**  44/21 136/11 **technology [9]**  5/7 5/10 6/7 6/8 6/20 7/2 93/1 93/10 102/19 | 108/6 114/9 114/11 146/12 146/15 146/25 147/5 149/19 152/23 154/13 156/6 163/21 176/7 178/17 | 56/9 57/1 59/13 60/17 64/4 64/24 66/9 68/18 70/17 71/9 71/15 74/14 78/24 84/11 84/21 84/23 86/25 | 92/6 95/6 101/1 101/1 102/19 104/21 106/17 117/15 118/21 121/21 125/16 136/22 139/21 157/8 157/24 165/19 | 17/23 18/4 25/11 32/15 32/16 46/24 46/25 48/4 48/14 48/15 48/15 48/17 48/25 50/25 61/19 |
| **telecom [4]**  26/10 26/12 29/23 37/5 **telephone [7]**  13/24 14/19 20/4 100/21 125/3 125/22 126/5 | **text [42]**  14/25 18/13 22/7 25/9 37/12 55/22 56/24 59/18 59/25 62/9 62/10 69/22 72/14 76/1 | 87/25 90/13 90/14 93/4 93/20 93/21 93/22 93/23 94/22 94/25 95/20 98/11 98/22 99/8 103/19 | 166/3 166/6 185/2 191/12 191/24 192/7 192/22 195/11 196/5 197/6 198/11 198/13 199/24 200/22 202/4 | 61/22 62/13 66/25 67/13 67/17 68/11 68/23 69/17 69/22 70/6 71/9 73/2 82/6 89/1 97/22 126/9 |
| **television [5]**  10/23 16/23 41/8 90/6 107/10 | 80/14 83/4 83/17 105/16 121/9 121/12 122/14 122/17 122/21 122/24 124/12 124/20 | 104/5 107/12 109/3 111/24 113/16 115/2 118/19 120/2 122/5 126/7 127/14 129/18 | 202/6 202/17 202/17 203/8 203/11 206/6 206/7 209/1 **there [144]**  6/19 | 127/5 136/16 136/16 136/19 136/20 136/20 156/23 164/3 164/8 |
| **televisions [3]**  5/11 6/3 89/24 **tell [53]**  4/4 4/20 38/1 42/12 46/4 47/25 | 132/15 132/20 133/2 142/2 142/24 142/25 143/4 143/5 149/20 174/9 175/17 175/22 195/12 196/17 197/1 | 130/10 133/2 159/7 165/18 165/23 165/25 168/13 169/12 172/2 172/11 173/24 179/6 180/2 180/15 180/17 | 10/22 16/8 16/23 18/23 21/6 21/6 22/11 23/22 31/23 33/7 33/25 33/25 35/14 35/14 35/20 36/24 | 165/7 168/10 172/17 173/17 184/25 185/2 207/24 209/2 209/8 209/10 |
| 57/18 58/13 58/21 58/24 59/5 60/25 62/20 68/12 76/3 77/3 78/4 84/6 90/6 99/15 | 199/9 **texted [4]**  63/15 63/15 81/19 175/12 **texting [5]**  122/17 | 185/16 185/24 186/13 190/17 192/3 195/19 196/3 197/1 197/1 197/19 198/8 198/15 | 37/22 38/11 38/11 39/14 41/6 47/10 47/11 48/18 54/6 58/18 61/2 62/8 64/9 | **Therefore [1]**  168/18 **these [76]**  6/3 14/25 15/9 15/9 30/13 35/1 35/1 52/3 52/7 53/13 |
| 99/15 107/13 120/19 124/21 129/22 130/23 131/14 135/5 135/7 141/5 141/6 141/16 143/11 144/5 149/10 | 132/24 174/17 174/25 199/4 **texts [1]**  126/12 **than [17]**  25/5 29/6 29/7 29/9 29/10 29/12 | 199/18 201/10 202/7 202/23 203/10 204/19 204/19 205/5 205/5 206/9 207/1 207/20 209/4 209/6 209/11 | 64/11 66/19 66/23 67/1 68/6 68/11 78/7 79/3 79/6 79/7 79/9 79/20 81/10 85/22 89/13 90/25 91/8 | 53/18 56/1 57/18 57/24 62/9 62/10 63/12 65/2 66/20 67/13 67/20 69/25 70/15 72/9 72/14 |
| 150/5 164/6 169/8 175/9 180/9 183/1 183/11 186/8 186/9 200/12 201/11 205/1 206/17 206/20 206/24 207/11 208/10 208/20 | 96/19 98/24 98/24 114/11 149/1 150/21 167/12 195/2 204/1 207/7 209/23 **thank [57]**  8/16 11/10 40/2 40/9 40/15 | 209/18 **their [15]**  57/16 91/19 97/3 147/5 156/11 159/14 165/4 186/8 187/9 192/8 192/8 193/13 200/15 | 91/11 92/9 94/5 94/13 101/19 102/23 103/10 103/13 103/14 103/16 103/16 103/17 104/14 104/24 107/3 107/18 | 72/17 73/3 78/5 79/22 82/23 83/1 83/4 84/14 85/19 85/22 86/2 102/18 117/20 117/23 118/10 118/11 121/5 |
| **telling [11]**  59/21 83/24 124/5 131/15 144/19 158/19 159/9 192/18 194/14 201/24 209/22 | 42/10 48/13 49/3 49/4 50/11 50/13 71/15 71/16 86/25 87/1 87/2 87/4 97/24 106/14 107/25 108/6 108/7 | 203/9 207/13 **them [42]**  28/7 34/23 38/3 49/1 58/7 60/11 62/9 66/16 68/11 88/5 88/8 88/15 | 112/2 113/24 113/25 116/7 118/3 118/12 118/13 118/16 121/19 127/6 127/14 127/17 127/20 127/21 129/17 | 121/17 124/2 127/23 127/24 128/1 128/8 129/8 130/23 131/19 131/21 133/2 138/8 138/18 138/24 144/24 |
| **tells [5]**  77/23 78/17 79/8 84/23 208/11 **ten [11]**  31/21 31/22 32/1 40/12 48/10 128/19 136/5 136/8 | 108/11 108/12 113/8 115/5 121/11 121/15 136/2 136/7 137/5 | 88/19 89/22 90/2 91/25 91/25 95/14 104/1 105/20 109/10 | 131/6 132/16 134/15 135/7 136/18 136/19 139/15 139/25 140/2 140/4 140/4 140/10 | 144/25 164/21 167/15 169/16 170/8 170/13 172/21 173/25 175/5 176/20 176/21 179/13 180/9 190/9 194/16 196/4 201/8 204/17 207/25 |

**T**

**they [154]** 23/23 25/2 25/2 26/9 26/10 30/4 30/6 30/10 32/12 32/12 32/13 33/8 34/15 35/15 36/3 38/11 39/20 39/20 49/13 49/13 49/14 49/14 49/18 57/7 57/9 57/10 57/11 57/16 57/17 58/2 58/2 59/12 59/13 59/14 60/9 60/11 60/12 60/13 64/17 66/25 67/8 67/15 69/5 69/6 69/6 70/3 70/14 70/19 70/20 70/20 70/21 70/22 72/23 81/15 88/12 88/12 89/23 89/24 91/9 92/1 97/3 100/18 101/5 101/6 101/17 101/19 102/23 103/3 103/15 103/16 104/18 109/11 113/20 118/4 118/5 118/18 121/1 121/2 121/2 121/20 127/3 127/3 131/17 131/18 135/5 135/7 136/14 138/3 140/16 141/1 141/23 144/7 152/20 155/14 157/2 160/23 161/12 164/14 168/22 170/8 170/14 170/22 183/23 183/23 183/24 184/11 184/11 184/13 184/16 186/7 187/4 187/4 187/4 187/5 187/6 188/2 188/8 188/8 189/7 190/7 191/7 191/17 193/22 194/24 195/3 195/8 195/11 195/14 195/18 195/20 195/23 195/23 197/14 198/2 198/23 199/12 200/3 200/16 200/17 200/17 201/12 201/12 201/13 202/14 202/15 202/19 202/19 203/7 203/8 203/16 205/1 207/3 207/13 209/1

**they'll [1]** 109/10

**they're [15]** 3/5 26/16 28/21 34/18 49/22 49/23 54/1 57/16 157/1 170/13 184/10 190/11 193/10 193/21 207/13

**they've [3]** 3/6 136/10 200/11

**thick [1]** 197/9

**thing [25]** 11/21 34/6 38/7 42/17 43/14 43/14 44/16 48/17 52/8 53/20 61/10 64/18 69/4 92/15 94/1 107/1 107/13 114/21 141/18 153/2 186/7 191/10 195/1 200/7 203/17

**things [48]** 6/7 15/10 15/11 15/11 15/12 15/18 17/11 20/3 20/14 25/24 26/25 28/5 35/25 39/21 40/8 53/20 56/1 58/18 60/14 65/16 66/12 68/8 78/7 79/11 79/11 79/23 80/10 81/11 86/2 86/3 89/16 90/20 94/8 101/4 101/16 101/16 106/21 107/18 154/9 158/16 163/19 165/7 167/15 174/8 188/17 204/5 205/3 210/1

**think [73]** 10/17 12/11 12/18 23/5 28/5 32/20 33/21 36/11 39/18 39/19 48/21 48/24 51/2 58/16 60/4 60/10 64/4 77/10 80/3 87/11 88/22 90/22 95/16 95/23 100/18 101/3 103/1 105/5 114/13 114/19 118/9 119/13 127/5 133/6 135/23 139/14 146/19 148/19 150/25 152/1 152/24 153/5 156/7 157/14 163/25 164/6 164/15 167/22 168/10 169/1 171/7 174/3 183/10 186/4 191/3 193/17 195/6 195/7 196/1 197/15 203/2 205/22 206/11 207/4 207/18 208/2 208/19 208/20 208/22 208/23 209/2 209/6 209/18

**thinking [4]** 32/11 131/18 152/8 196/24

**third [14]** 16/21 96/24 130/14 130/20 131/2 134/10 143/6 158/15 158/22 160/2 160/5 160/8 160/9 203/3

**this [437]**

**this may be [1]** 109/7

**those [23]** 15/12 49/13 58/3 76/23

77/14 80/25 86/3 89/21 98/23 128/10 132/16 164/15 164/18 165/2 165/3 168/20 174/7 181/11 184/1 184/10 189/15 190/7 207/8

**though [2]** 82/23 98/25

**thought [21]** 11/17 12/19 21/23 25/2 32/25 34/13 41/10 43/24 45/9 49/16 60/6 77/13 79/20 92/11 103/3 103/6 131/6 159/19 185/21 190/24 190/24

**thread [1]** 199/9

**threatened [2]** 58/24 106/10

**threatening [3]** 58/22 65/3 106/16

**three [19]** 4/22 5/17 6/23 36/14 87/21 87/22 110/14 116/16 130/23 130/25 143/8 153/1 154/1 154/3 155/24 159/8 175/21 187/8 208/25

**three-day [1]** 208/25

**threw [1]** 41/6

**through [57]** 8/5 8/6 8/9 8/13 13/25 14/25 15/7 15/7 32/4 35/1 38/7 59/18 59/19 59/22 59/25 62/9 65/23 68/4 71/6 72/8 72/12 74/14 74/15 75/11 78/11 81/23 82/2 83/10 85/4 87/25 89/16 98/16 100/21 114/24 117/15 118/25 119/1 119/6 122/17 122/24 125/9 147/15 147/23 147/24 159/17 178/9 178/10 180/22 181/10 181/14 181/21 183/25 202/5 202/17 203/1 203/2 207/13

**throughout [2]** 164/22 194/9

**thumbs [3]** 47/17 50/23 104/25

**Thursday [6]** 76/10 76/14 78/19 152/24 208/17 208/24

**thwarting [1]** 49/25

**ticket [1]** 37/15

**tie [2]** 187/17 187/18

**time [113]** 5/19 8/3 9/22 9/23 9/23 13/25 14/24 17/11 20/9

21/12 23/2 25/7 25/20 26/11 26/12 26/14 26/15 26/22 28/20 32/12 32/24 35/7 35/19 36/15 36/17 36/19 37/2 37/9 37/17 38/9 38/10 38/10 39/17 41/5 45/7 45/8 45/11 47/23 56/2 57/23 59/7 59/9 59/11 60/19 61/3 61/12 63/24 65/1 67/6 67/21 77/21 80/6 80/11 81/4 81/12 85/4 87/23 91/9 91/9 97/7 97/12 98/16 105/7 109/12 112/21 116/24 117/2 118/23 123/5 124/16 124/19 128/12 128/16 131/3 131/5 136/15 136/24 138/25 139/1 144/3 144/18 148/13 148/13 151/20 151/25 152/7 154/6 158/11 160/14 167/25 175/21 176/15 180/3 180/4 180/21 181/12 185/17 192/11 193/6 193/12 193/19 194/7 195/16 201/20 201/21 202/25 203/3 203/3 204/23 206/25 207/9 207/16 208/15

**timeline [1]** 61/14

**times [21]** 15/7 20/10 20/10 29/2 29/4 29/5 29/8 36/14 36/15 78/5 87/20 87/21 87/22 110/3 128/11 164/12 175/22 182/11 191/4 203/2 204/5

**tiny [5]** 5/7 5/11 13/6 100/13 102/23

**titanium [1]** 138/3

**title [1]** 198/18

**today [28]** 7/21 19/5 31/4 43/5 43/7 58/5 86/13 88/6 88/9 119/15 119/17 146/5 146/9 146/12 146/25 147/5 151/22 161/4 164/8 164/12 176/13 180/9 180/18 180/22 187/13 202/6 204/13 210/6

**today's [2]** 58/6 176/7

**together [8]** 90/17 94/24 124/2 138/8 144/14 158/23 175/10 201/19

**told [74]** 18/18 24/21 26/9 26/24 28/1

30/15 30/24 32/3 36/16 37/7 37/13 37/15 38/12 55/21 55/25 56/3 58/5 58/14 58/18 59/3 60/2 63/22 64/2 65/14 65/14 65/17 65/22 80/21 80/23 81/12 81/16 84/23 85/6 88/12 88/15 91/4 91/6 91/11 91/12 92/19 92/20 93/11 100/23 103/15 105/8 105/20 121/22 122/11 123/8 124/11 148/16 154/10 154/11 154/11 158/9 158/16 159/10 160/14 160/21 166/17 169/11 169/12 175/12 176/14 185/22 185/24 189/4 192/7 197/18 198/1 200/10 200/12 201/19 201/20

**tomorrow [27]** 31/4 36/22 109/8 109/8 202/7 203/14 203/17 203/23 203/25 205/14 205/21 205/25 206/2 206/20 206/21 206/24 207/2 207/9 207/11 208/11 208/21 209/19 209/20 209/21 209/22 209/24 210/7

**tongue [1]** 36/24

**tons [2]** 38/8 66/5

**too [11]** 7/9 14/1 14/1 15/7 26/5 26/7 81/5 94/21 105/3 169/14 209/25

**took [32]** 26/14 37/23 38/12 47/14 50/16 53/5 53/7 53/10 54/13 54/14 59/17 60/16 61/1 63/5 80/5 80/11 80/13 81/12 86/7 86/10 101/9 104/2 104/24 144/3 149/23 153/6 154/24 157/23 160/18 173/8 185/25 193/13

**top [11]** 15/23 27/15 31/7 90/8 112/2 123/1 130/2 130/2 133/7 168/6 198/4

**topic [1]** 16/17

**topped [1]** 158/2

**total [3]** 31/23 46/9 138/8

**totaled [1]** 143/8

**totally [1]** 146/20

**touch [2]** 134/25 142/11

**tourist [1]** 118/20

**T**

**towards [2]** 68/19 70/20
**track [2]** 170/14 170/17
**tracking [2]** 170/19 170/19
**trade [1]** 16/24
**Trader [1]** 183/25
**traffic [1]** 79/5
**trained [1]** 102/6
**transaction [5]** 142/3 153/17 153/18 153/19 203/4
**transcript [1]** 49/8
**transcription [1]** 210/13
**transfer [34]** 21/24 25/14 25/15 25/24 27/21 28/10 28/11 30/25 31/1 31/9 32/1 32/4 32/10 62/13 62/16 68/17 75/15 75/25 76/1 76/4 111/14 111/19 122/12 133/8 133/9 135/8 141/3 142/9 152/21 152/24 159/5 159/6 198/18 198/18
**transferred [1]** 143/23
**transferring [1]** 171/1
**transfers [3]** 144/25 152/25 199/11
**transit [1]** 127/3
**translate [7]** 113/21 114/4 136/4 148/4 163/17 179/10 180/18
**translated [3]** 161/24 174/18 180/6
**translation [2]** 148/12 205/18
**translator [7]** 121/10 122/18 123/6 123/7 147/25 148/2 149/2
**transmission [1]** 197/24
**transpired [3]** 145/11 158/25 188/15
**transportation [3]** 154/20 155/9 155/13
**travel [3]** 138/17 154/23 154/25
**traveling [3]** 20/11 29/20 111/7
**travmbb [4]** 55/24 83/18 83/24 84/2
**treat [1]** 114/8
**Trevor [1]** 1/13

**trial [11]** 1/9 8/19 67/23 88/2 88/10 107/4 107/16 113/19 113/20 166/20 209/7
**trip [1]** 24/2
**Trippie [3]** 57/4 85/6 194/17
**TRO [2]** 209/19 209/20
**trouble [1]** 100/8
**true [8]** 55/9 65/12 65/14 65/21 66/7 66/15 155/2 168/8
**Trump [8]** 139/14 152/13 157/23 157/25 159/12 175/3 175/13 175/17
**trust [1]** 158/25
**try [10]** 29/1 38/1 90/4 120/22 134/21 134/23 143/11 204/24 208/17 208/17
**trying [23]** 11/19 43/2 44/1 44/3 44/5 83/8 83/14 107/6 122/23 134/25 144/1 144/15 144/18 150/7 150/16 150/23 153/8 153/21 154/8 157/14 165/23 174/16 194/20
**turn [3]** 105/23 185/3 185/7
**turned [4]** 34/25 67/22 69/6 195/1
**TURNER [21]** 1/6 1/16 23/11 23/15 23/18 24/11 33/7 56/23 58/7 87/10 110/24 132/8 140/5 140/15 140/18 140/21 162/7 162/12 162/22 198/14 199/22
**turning [2]** 20/15 158/1
**twelve [4]** 128/20 152/2 152/6 153/10
**twice [1]** 166/1
**two [35]** 25/6 29/12 36/15 36/15 41/2 49/9 69/14 81/21 87/25 104/22 110/17 118/3 121/22 124/2 126/21 127/23 128/19 130/16 130/18 131/1 131/8 134/16 138/24 148/19 153/25 154/1 154/3 173/25 183/10 183/17 187/8 196/25 199/15 206/23 207/10
**type [29]** 6/3 7/2 20/3 20/13 28/3 28/4 89/17 89/19 121/25

122/3 122/6 127/14 127/19 129/15 141/22 148/3 157/18 167/20 168/2 168/23 172/9 172/14 172/14 174/19 185/9 189/19 191/10 198/16 202/9
**types [4]** 15/10 128/10 190/4 194/13
**typical [1]** 190/13

**U**

**Uber [1]** 37/14
**Ubered [1]** 203/9
**ultimately [7]** 110/5 110/17 111/8 111/19 134/5 197/20 203/1
**unclear [1]** 198/25
**under [4]** 109/17 128/19 146/5 161/4
**understand [32]** 31/1 66/12 68/8 80/9 85/24 90/15 92/8 92/13 92/20 98/14 104/4 105/23 113/22 114/14 121/14 123/2 123/3 123/4 123/13 133/6 139/8 144/15 146/7 148/11 149/12 153/21 156/14 159/21 167/24 169/1 169/17 172/4
**understanding [1]** 21/14
**understood [6]** 16/6 37/1 149/2 169/10 169/11 192/13
**uneducated [1]** 206/3
**unit [3]** 95/8 95/11 144/12
**UNITED [15]** 1/1 1/4 1/11 1/12 4/8 4/23 7/13 7/15 17/16 69/19 117/1 120/22 151/13 151/14 168/4
**universe [1]** 208/3
**unknown [3]** 101/13 101/14 101/17
**unless [2]** 61/25 97/18
**unlikely [1]** 204/25
**unrelated [1]** 146/20
**until [6]** 81/21 135/15 166/21 186/9 205/4 208/3
**up [89]** 13/7 15/20 17/21 19/7 19/19 25/4 26/2 33/18 35/2 35/18 41/11 47/17 47/22 50/23 64/12 64/13 68/7 76/14 79/11 84/3

84/24 90/16 93/20 96/7 96/13 96/24 99/17 99/23 100/10 104/25 105/13 107/13 107/14 107/18 108/9 109/2 109/5 109/8 109/9 109/11 110/3 110/15 111/4 112/23 113/14 117/13 120/24 121/13 129/6 135/15 137/25 138/21 139/20 142/7 142/10 142/11 144/1 153/1 154/15 154/17 157/24 158/2 158/17 163/11 163/18 165/2 165/15 165/18 173/6 176/5 185/8 186/2 186/3 186/5 188/8 188/11 188/19 188/19 188/21 193/15 194/7 199/3 199/12 200/15 201/5 201/13 202/7 203/16 209/15
**upcoming [1]** 9/16
**upgrade [1]** 99/23
**upgrades [1]** 18/20
**upon [5]** 129/11 156/4 164/19 164/19 190/21
**ups [2]** 195/13 197/13
**urgency [1]** 192/24
**urgently [1]** 201/11
**us [49]** 4/20 11/24 16/21 16/25 23/23 24/21 25/2 26/16 26/24 28/1 28/22 30/19 31/24 36/16 38/12 40/7 43/14 43/24 52/10 54/13 55/21 55/25 56/18 56/19 58/3 64/17 86/1 91/10 92/19 92/20 94/8 96/24 101/2 101/6 103/15 103/16 104/5 114/1 114/6 119/22 148/11 148/16 152/18 188/25 200/18 201/21 201/23 202/1 202/16
**use [21]** 6/8 23/23 40/4 44/1 44/3 44/5 46/22 51/22 55/12 74/8 93/1 93/5 93/7 93/9 120/18 122/18 147/25 155/3 168/3 172/8 209/23
**used [18]** 16/2 20/12 43/19 47/23 53/2 53/13 55/2 55/3 55/9 55/11 55/15 77/5 100/1 104/7 121/10

148/2 148/11 157/15
**using [8]** 38/25 45/1 46/20 55/17 123/6 132/15 132/20 158/1
**usually [1]** 55/5
**utility [1]** 199/1
**utilized [1]** 174/17

**V**

**valid [1]** 197/21
**value [1]** 179/16
**varieties [1]** 118/12
**vehicle [26]** 157/15 157/18 157/22 157/23 184/20 184/24 185/9 185/18 187/5 188/16 188/20 189/10 191/2 191/17 191/24 192/1 192/23 195/1 198/17 198/20 200/3 200/18 202/3 202/16 202/19 203/5
**vehicles [7]** 155/3 183/6 184/16 189/13 189/15 190/15 190/22
**verbalize [1]** 195/16
**verbalized [1]** 191/4
**verbatim [1]** 30/14
**verify [2]** 134/21 193/18
**versus [1]** 49/16
**VerVer [9]** 4/13 4/20 5/17 45/18 45/23 46/15 46/19 111/12 112/6
**very [54]** 5/7 5/7 9/21 11/25 17/11 18/22 22/18 22/20 23/2 36/4 36/4 36/5 38/4 38/8 38/13 44/16 45/11 48/4 49/4 59/7 59/10 60/16 69/19 87/2 90/6 90/8 90/13 91/3 91/3 100/1 100/1 107/7 107/15 107/19 107/19 107/25 108/6 128/12 135/21 136/8 136/22 137/1 164/9 167/17 167/17 170/4 173/3 173/4 190/15 192/11 204/1 204/25 206/18 208/5
**vested [1]** 202/19
**vet [1]** 168/13
**via [5]** 18/13 28/23 121/9 125/2 183/25
**video [26]** 9/17 10/20 10/21 11/17 12/1 12/5 12/7 12/16 13/25 15/7 15/9 15/14 20/12 60/20 66/5 80/24 81/7 83/14

**V**

**video... [8]** 92/25 124/6 129/6 129/23 130/24 178/10 194/14 201/12
**videos [2]** 38/16 38/19
**videotaped [1]** 161/13
**Viernes [1]** 33/24
**vin [3]** 191/24 198/23 198/25
**viral [1]** 19/23
**virtually [1]** 208/24
**visa [1]** 118/20
**visit [4]** 132/5 139/3 139/18 204/15
**voice [3]** 122/15 123/12 123/13
**voir [1]** 113/18

**W**

**wait [6]** 19/23 28/16 32/1 46/25 77/23 147/12
**waited [1]** 193/14
**waiting [8]** 81/24 130/15 153/7 159/12 193/16 193/21 193/22 195/11
**walk [4]** 107/11 107/12 184/1 204/11
**walk-ins [1]** 184/1
**walking [1]** 136/25
**wall [20]** 18/23 21/5 38/8 90/23 91/1 91/2 91/3 91/4 91/10 91/12 91/13 91/14 91/14 91/20 91/23 92/5 92/6 92/9 92/10 101/9
**want [52]** 9/12 12/24 13/3 27/17 34/15 35/25 35/25 36/1 36/2 36/7 38/5 39/19 44/24 55/6 57/9 57/17 58/2 58/3 59/10 66/12 67/7 67/8 67/9 69/2 69/18 77/14 90/4 91/11 92/15 93/14 96/1 99/22 104/8 105/21 122/24 136/22 137/22 140/24 145/13 146/19 156/16 159/16 159/24 163/18 164/20 170/25 175/20 177/8 179/6 186/8 186/9 206/22
**wanted [35]** 11/22 13/22 15/17 16/3 36/1 49/21 49/25 58/8 59/21 60/12 65/8 78/6 85/7 91/7 100/20

107/15 107/19 109/5 121/12 124/13 126/13 130/15 130/23 137/1 143/6 158/22 164/1 165/1 165/5 177/13 188/20 189/23 193/8 200/16 201/13
**wanting [1]** 57/13
**wants [8]** 10/15 17/21 18/21 50/1 67/11 71/6 84/25 123/19
**warehouse [4]** 7/9 7/12 7/14 38/14
**warning [4]** 163/20 163/24 164/2 164/16
**warranty [3]** 34/10 34/12 127/18
**was [537]**
**wasn't [19]** 15/18 17/5 18/16 23/22 25/5 35/20 36/19 41/18 41/21 43/8 54/12 58/2 60/5 81/4 81/6 81/6 90/22 111/2 153/14
**waste [1]** 175/20
**watch [131]** 19/24 20/1 89/23 117/9 118/4 118/5 118/13 118/19 119/11 120/6 120/14 121/2 121/25 122/2 122/3 122/4 126/9 126/11 126/13 127/9 127/14 127/16 129/24 129/25 130/2 130/5 130/14 130/15 130/20 131/19 131/24 134/10 138/2 139/5 139/10 139/20 139/23 143/6 147/20 148/22 148/24 149/6 149/9 149/10 149/12 149/13 149/24 150/6 150/15 150/23 151/1 151/21 157/25 158/9 158/14 158/15 158/19 158/22 159/10 159/24 160/2 160/2 160/5 160/7 160/8 160/9 160/9 160/19 160/20 160/22 161/1 161/5 161/9 161/12 161/13 161/19 161/22 162/1 162/4 162/5 162/8 162/13 162/14 162/15 162/18 162/20 167/21 167/21 169/24 169/25 170/9 170/15 170/23 170/25 171/1 171/14 171/25 172/6 172/6 172/9 172/10 172/12 172/13 172/15 173/15 173/18

173/20 173/24 174/1 174/24 177/2 177/15 177/15 177/16 177/16 177/22 177/22 178/4 178/7 178/9 178/10 178/22 178/23 179/5 179/14 179/16 179/24 180/11 180/12 180/19 180/23
**watches [88]** 116/23 116/25 117/1 117/18 117/19 117/20 117/23 117/25 118/10 118/11 118/12 118/16 118/17 120/11 123/19 124/13 126/21 126/24 127/2 127/6 127/15 127/23 127/24 128/1 128/8 128/18 129/5 129/8 129/22 129/23 130/18 130/24 131/1 131/4 131/8 131/17 131/20 135/1 138/15 138/18 138/24 138/24 139/22 140/23 142/6 142/8 142/13 142/14 143/8 143/24 144/5 144/14 144/21 145/9 145/13 151/1 151/20 151/23 153/20 154/12 158/20 160/16 162/21 162/22 163/2 163/4 163/5 163/8 165/24 167/12 168/17 168/18 168/19 168/22 169/8 169/16 169/18 169/21 170/8 170/13 170/19 170/21 172/21 173/23 176/20 176/21 177/14 180/14
**water [6]** 32/18 32/20 32/24 49/8 112/4 199/15
**way [38]** 11/3 18/25 25/20 37/13 39/23 43/22 49/15 49/19 54/17 69/15 71/12 81/25 89/22 90/1 92/20 92/21 100/24 106/25 114/12 114/24 135/15 135/25 136/14 154/9 157/2 158/18 163/13 167/8 171/1 174/14 186/6 192/18 193/23 200/7 202/2 206/12 207/19 207/23
**ways [3]** 33/15 175/18 184/2
**we [457]**
**we'd [3]** 8/4 19/16 181/11
**we'll [43]** 13/21 14/25 15/8 40/7 47/25

47/25 48/1 48/1 48/2 48/5 48/9 109/9 112/24 123/2 132/5 132/5 132/5 134/14 135/24 136/1 136/5 136/8 141/19 155/23 157/9 158/23 159/10 163/9 163/9 163/10 163/13 163/16 166/21 193/10 196/5 202/6 202/17 203/23 205/11 205/25 206/1 207/20 209/23
**we're [51]** 8/19 19/16 19/23 29/14 29/18 30/2 30/22 31/6 33/17 34/14 40/12 50/7 50/8 67/20 76/9 77/20 78/6 78/8 80/3 82/14 92/18 98/3 106/20 106/21 106/22 109/11 113/21 120/2 124/25 137/14 151/22 156/21 156/24 157/6 157/8 163/11 167/1 190/15 190/19 190/25 193/21 193/21 194/6 195/24 201/24 202/1 205/22 208/7 209/2 209/3 209/22
**we've [8]** 20/21 120/25 145/21 169/2 192/21 201/8 201/22 204/3
**wealthy [1]** 6/11
**wear [2]** 130/23 168/24
**wearing [1]** 187/16
**Wednesday [1]** 28/8
**week [4]** 29/22 88/22 152/23 176/10
**weekend [6]** 132/4 152/20 152/20 153/2 153/5 208/25
**weeks [1]** 128/19
**weird [1]** 189/1
**Welcome [5]** 50/5 50/10 109/15 137/17 166/13
**well [68]** 4/8 10/9 20/4 28/21 57/2 67/22 71/9 78/7 79/9 82/17 83/23 85/1 85/7 86/17 86/18 88/12 92/18 102/3 103/15 105/6 106/16 118/16 120/7 120/24 121/19 122/1 122/11 123/1 123/23 123/25 125/11 126/1 127/16 128/23 130/25 131/5 134/18 134/25 135/21 138/1 140/18

144/3 144/11 145/11 150/5 150/19 151/10 152/10 152/22 152/25 153/14 167/12 167/23 169/24 170/10 170/21 173/5 173/17 174/14 174/23 175/6 177/5 177/25 184/6 191/25 201/8 203/12 210/6
**well-known [2]** 10/9 173/5
**went [30]** 18/15 22/23 24/4 35/10 36/14 36/22 36/22 37/22 68/4 87/24 103/16 103/16 103/17 105/7 111/5 111/7 139/21 139/24 144/11 153/17 157/24 169/10 170/23 177/5 186/2 188/11 189/3 195/20 203/1 203/2
**were [167]** 3/2 3/3 8/22 9/10 15/10 17/1 17/11 17/17 18/10 21/16 22/11 27/17 28/17 28/18 31/13 32/18 33/7 35/14 37/22 38/11 38/25 41/24 44/1 44/5 45/11 47/10 56/11 57/7 59/9 61/2 63/2 64/5 64/9 64/11 64/17 64/21 69/23 70/14 70/15 70/19 75/12 78/7 79/7 79/20 81/10 85/19 88/12 90/15 90/16 90/24 91/8 91/20 93/5 98/15 98/16 101/6 101/19 102/23 103/2 104/23 106/17 109/24 110/1 110/5 110/11 111/1 111/19 117/1 117/9 117/17 117/17 117/20 117/23 118/10 118/10 118/12 118/12 118/16 118/21 120/6 121/8 123/6 127/24 131/3 131/11 134/10 136/25 138/6 139/8 139/9 139/12 139/18 140/4 141/1 141/23 143/21 144/18 145/23 147/7 149/9 149/24 150/7 150/16 150/23 151/1 153/3 153/6 154/6 154/15 155/3 155/9 157/2 157/15 157/20 157/21 158/11 159/18 159/22 160/3 163/4 163/8 164/8 165/24 166/16 169/21

**W**

**were... [42]**  173/22
174/9 174/21 176/20
176/20 176/21 178/22
179/5 186/9 186/18
186/18 188/3 189/13
189/14 189/15 190/7
190/22 191/3 191/7
191/12 191/16 193/15
194/12 194/13 195/14
195/18 196/9 197/3
197/23 200/14 200/17
200/20 200/21 201/12
201/12 201/14 201/18
202/2 202/9 202/11
203/7 203/13
**weren't [1]**  202/20
**Weston [1]**  1/19
**whale [1]**  89/20
**what [248]**
**what's [42]**  5/24
7/18 14/7 25/17 25/25
27/11 30/14 30/20
30/22 33/17 34/5 34/6
34/22 35/2 47/19
47/19 67/3 71/23 79/8
94/20 95/2 95/15
96/20 97/2 99/11
99/13 104/4 112/2
121/11 126/25 161/17
169/19 170/11 170/11
171/10 171/25 191/22
193/6 195/13 195/13
196/12 202/21
**whatever [10]**  48/20
92/15 123/18 144/6
148/3 175/21 177/7
192/9 195/10 195/21
**whatsoever [1]**
67/20
**when [154]**  4/20 8/1
10/5 12/16 13/13
14/17 16/15 20/10
20/12 21/16 22/8
23/22 24/2 24/3 25/15
25/16 27/7 27/21 28/2
30/6 30/18 31/21
32/14 34/7 34/10
36/18 37/9 37/22 38/5
53/4 53/25 54/3 54/12
54/13 54/15 54/17
55/17 56/18 57/15
58/6 59/7 59/7 60/13
60/24 61/2 61/18 63/2
63/22 68/18 70/5
70/15 71/3 72/23
76/25 77/14 78/13
78/13 80/5 81/15
86/21 86/22 87/23
88/17 88/18 88/19
88/19 88/20 90/16

90/25 91/22 92/24
98/8 100/3 100/20
101/8 101/9 101/19
102/3 103/4 105/4
105/7 107/10 109/7
110/11 111/5 117/3
118/3 118/17 123/17
124/1 124/10 124/11
125/4 134/14 136/11
136/14 139/20 139/24
140/23 141/4 143/6
147/2 147/10 147/14
148/7 148/10 149/9
151/18 151/20 152/7
152/7 152/17 152/20
153/15 153/22 154/4
154/7 154/15 154/19
155/14 158/1 158/8
158/12 158/18 158/20
158/22 160/14 161/6
161/17 164/18 166/16
166/16 166/17 169/8
169/10 169/11 169/12
170/8 170/15 170/21
173/17 174/21 175/8
185/15 186/25 187/3
188/12 189/19 192/17
193/14 198/1 200/1
202/9 202/16
**whenever [3]**
166/10 205/9 205/9
**where [37]**  3/19 4/6
9/9 16/23 19/8 20/8
20/21 21/2 24/3 41/23
42/12 42/15 51/19
65/3 76/12 76/13 79/1
97/18 98/13 116/4
138/22 139/12 157/2
159/23 164/9 182/11
183/1 186/18 186/18
190/18 193/4 193/15
194/21 194/21 195/1
197/19 209/4
**whether [8]**  6/4
16/25 32/6 35/2 70/16
78/19 164/14 177/22
**which [52]**  10/23
15/8 24/16 26/4 42/13
45/9 49/11 49/11
68/19 68/20 69/23
73/6 75/12 75/15
87/11 110/21 116/9
116/23 117/5 118/12
118/13 121/22 122/1
124/13 127/21 128/21
128/21 133/8 133/20
133/24 145/11 149/21
159/7 159/7 159/8
168/5 168/23 169/2
169/21 170/20 173/25
174/23 179/5 180/12
182/24 183/20 187/8

189/1 190/2 191/21
194/19 207/17
**while [11]**  3/5 63/5
113/15 113/16 139/8
139/9 155/3 155/23
157/15 157/20 208/13
**white [2]**  50/21
126/12
**who [63]**  9/18 9/20
9/22 9/24 10/5 37/13
44/1 44/19 46/13
46/18 50/19 51/1 54/4
67/11 83/8 84/3 90/7
90/11 94/1 95/13
96/23 97/10 101/8
102/13 105/20 111/9
111/22 112/20 113/11
121/18 122/3 123/22
123/24 128/7 128/7
131/17 155/12 159/9
159/14 162/9 168/10
168/11 168/14 168/22
169/24 170/15 184/10
185/18 185/21 186/8
186/9 187/1 187/6
187/9 188/12 189/6
191/5 191/6 192/4
194/13 197/3 206/6
207/2
**who's [10]**  12/7 16/6
57/5 57/10 94/10
149/13 173/18 173/19
184/17 195/23
**whole [9]**  8/19 60/12
60/13 68/23 87/23
153/1 166/20 166/20
167/10
**wholesale [1]**  99/19
**whom [2]**  146/16
159/14
**whose [1]**  198/4
**why [25]**  7/21 35/24
39/15 51/11 54/6
85/22 86/2 86/14 92/6
95/23 95/24 98/11
98/22 119/15 119/17
129/18 145/10 159/13
166/18 168/13 191/3
194/23 201/11 202/13
205/5
**wife [3]**  4/16 162/18
178/14
**WiFi [1]**  29/19
**will [74]**  11/22 19/12
23/14 25/2 26/8 29/21
32/1 33/4 40/10 48/23
48/23 49/1 49/12
49/22 63/4 66/19 70/8
71/12 76/4 76/20
76/25 77/6 78/13
78/14 78/15 81/13
95/10 107/20 107/23

113/12 114/3 114/16
114/20 119/13 121/3
122/11 123/14 123/14
124/11 131/6 135/18
136/18 136/21 140/13
140/20 144/4 144/7
146/21 149/21 150/9
150/10 150/20 158/20
158/21 165/9 166/14
166/16 170/5 175/17
176/17 179/3 179/19
183/10 187/23 190/13
200/23 203/18 203/25
205/6 206/17 207/5
208/10 209/21 209/25
**willing [1]**  35/21
**wipe [1]**  47/24
**wire [69]**  26/10
26/10 26/12 29/21
30/4 30/5 30/8 30/10
33/15 37/6 39/6 39/11
39/15 62/13 62/16
62/18 63/8 70/16
75/15 75/25 110/5
111/19 111/19 133/7
133/9 142/9 152/24
152/25 159/5 191/8
191/16 192/15 192/20
192/21 192/22 193/2
193/3 194/4 194/21
194/22 194/23 194/25
195/2 195/4 195/9
195/21 196/10 196/24
197/4 197/14 197/16
197/17 197/20 197/24
198/2 199/3 199/7
199/8 199/12 199/16
200/5 200/14 200/22
202/5 202/16 203/15
203/16 203/17 203/18
**wire's [1]**  203/14
**wired [3]**  24/22
39/16 145/4
**wires [3]**  26/25
39/19 197/18
**wiring [7]**  189/7
189/9 191/18 191/19
191/22 198/2 198/22
**wish [6]**  48/8 74/2
108/8 119/10 164/14
207/14
**withdraw [3]**  118/9
147/10 175/11
**withdrawn [1]**
164/23
**within [4]**  70/18
177/7 177/23 183/7
**without [5]**  8/4
16/24 118/24 143/8
144/19
**witness [46]**  3/10
23/15 49/10 49/14

50/2 50/7 50/9 67/2
68/3 69/25 71/6 71/20
72/23 109/16 110/8
112/18 112/20 113/10
113/15 113/22 114/9
114/15 114/16 114/24
114/25 114/25 115/3
115/4 115/13 115/15
120/2 125/5 136/5
136/6 140/13 140/20
146/21 166/9 181/7
181/24 182/3 187/23
189/21 207/1 208/13
209/14
**witness's [2]**  49/15
114/8
**witnesses [8]**  2/2
71/7 109/4 109/6
112/20 204/23 205/25
206/22
**won [1]**  209/13
**won't [4]**  10/12
70/11 71/14 209/20
**word [6]**  49/8 77/5
80/23 121/3 150/13
169/7
**words [8]**  20/1 76/23
77/12 120/14 120/18
173/25 175/5 199/1
**work [19]**  7/9 11/18
16/20 16/21 32/3 44/9
44/21 60/15 82/11
83/14 103/15 103/15
118/2 121/23 127/6
144/18 183/3 191/8
193/25
**worked [5]**  17/14
44/25 47/9 110/17
118/19
**working [18]**  12/17
21/7 23/25 29/20
30/16 35/25 36/2 36/3
37/10 64/17 64/18
82/6 92/9 94/5 97/4
114/5 120/23 194/15
**works [3]**  63/16
182/25 184/25
**world [2]**  168/9
172/21
**worried [1]**  193/18
**worry [7]**  78/9 81/16
100/24 123/14 123/15
131/2 193/10
**worth [1]**  173/18
**would [90]**  7/17
11/4 19/18 20/4 20/21
21/22 21/23 23/10
29/4 33/11 39/15 41/7
41/19 42/17 43/9
44/19 44/21 44/24
45/10 46/9 49/14
49/16 63/23 64/2

**W**

**would... [66]** 66/23 68/3 69/4 69/14 69/15 70/12 71/5 73/24 74/5 74/14 83/1 86/12 88/15 90/7 107/25 112/21 115/3 115/13 117/14 118/5 118/18 120/8 121/1 121/2 121/2 122/7 122/7 123/18 128/6 131/18 132/4 142/17 143/8 148/3 148/4 154/22 155/10 159/23 161/18 161/20 164/24 167/9 168/9 168/12 168/17 168/18 168/20 169/25 172/21 175/22 176/12 177/18 180/13 182/9 182/10 184/16 186/1 189/22 189/24 190/9 195/16 195/22 205/1 206/7 206/25 207/17
**wouldn't [4]** 32/15 44/8 78/12 185/7
**wound [1]** 185/8
**Wow [2]** 19/23 80/24
**wrapping [1]** 105/13
**write [3]** 115/24 154/4 154/8
**writing [1]** 50/25
**written [1]** 171/25
**wrong [7]** 90/23 91/20 92/5 144/12 156/2 157/1 192/12
**wrote [6]** 31/21 51/1 51/2 51/2 147/24 199/7

**Y**

**yeah [49]** 11/9 21/8 28/4 37/24 54/19 56/5 57/1 57/3 66/14 69/2 87/19 90/8 90/11 92/16 97/6 97/10 97/17 100/6 100/11 103/15 103/23 110/9 117/19 119/10 124/4 125/23 127/11 132/21 160/21 165/20 172/11 173/5 181/20 184/9 185/7 189/12 190/11 192/8 194/9 196/3 196/15 196/21 196/23 196/25 197/19 199/14 203/10 203/12 209/18
**year [14]** 14/9 14/11 14/12 17/25 78/6 97/7 116/9 117/4 117/5 117/6 117/7 128/21 161/8 168/15
**years [9]** 4/22 5/18

5/19 120/25 124/3 124/4 183/10 183/16 183/17
**yellow [5]** 13/13 130/3 130/4 130/11 159/7
**Yep [3]** 113/10 171/21 172/19
**yes [499]**
**yesterday [5]** 48/18 68/5 107/5 107/17 147/3
**yet [11]** 11/3 25/15 25/23 27/21 48/25 102/8 143/7 163/22 164/4 177/21 208/12
**York [2]** 55/23 173/1
**you [1531]**
**you were [49]** 9/10 17/1 17/17 31/13 38/25 44/1 44/5 47/10 56/11 63/2 64/5 64/21 90/15 91/20 93/5 98/15 98/16 118/21 121/8 123/6 131/11 139/8 139/9 139/18 147/7 149/9 149/24 150/7 150/16 150/23 151/1 154/6 154/15 155/3 157/15 157/20 157/21 158/11 159/18 159/22 166/16 174/21 176/20 176/20 188/3 191/3 196/9 197/3 197/23
**you'd [3]** 3/17 3/18 160/15
**you'll [4]** 107/20 141/19 165/18 180/18
**you're [73]** 7/21 8/19 21/1 21/19 22/16 22/20 23/17 23/18 34/2 35/2 35/21 36/12 43/2 43/7 46/11 46/20 48/3 48/5 49/25 50/21 50/23 54/4 54/6 54/7 56/3 56/7 57/23 57/25 57/25 60/13 61/24 63/10 68/8 74/7 78/1 78/9 80/23 83/8 87/11 89/13 90/14 92/17 97/18 107/10 107/11 108/4 113/17 114/18 115/4 115/5 119/15 132/17 148/3 157/2 161/4 166/10 168/14 169/3 169/12 170/18 170/18 174/12 181/5 183/1 185/5 187/6 190/18 194/11 199/17 203/16 205/5 205/10 208/14

**you've [18]** 5/17 5/17 29/24 32/9 92/17 93/13 93/13 107/16 138/14 162/24 165/15 172/24 173/1 174/8 185/3 192/21 193/2 204/13
**young [3]** 12/9 140/10 178/14
**your [241]**
**yours [2]** 38/12 78/20
**yourself [10]** 3/18 47/9 47/10 51/15 53/10 154/24 159/11 169/6 182/9 182/18
**YouTube [1]** 131/25

**Z**

**Zeljka [1]** 1/18
**Zelle [1]** 31/25
**zero [2]** 89/6 208/13
**zoom [5]** 48/14 48/14 87/25 88/2 146/15