UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(FORT LAUDERDALE)
CASE NO.  24-CR-60126

**UNITED STATES OF AMERICA,**
          Plaintiff,                    Fort Lauderdale, Florida
vs.                                       March 26, 2025

**JANICE ELEANOR TURNER and**
**KISEAN PAUL ANDERSON**
          a/k/a Sean Kingston,
          Defendants.
---------------------------------------------------------

**Excerpt of Proceedings**
Trial Day 3
Testimony of Arnold Bush, Moshe Edery,
Brad Jenkins, Special Agent Amanda Cook
BEFORE THE HONORABLE DAVIS S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

APPEARANCES:
FOR THE PLAINTIFF:     **UNITED STATES ATTORNEY'S OFFICE**, by:
                       Marc S. Anton, Esq.,
                       Trevor C. Jones, Esq.,
                       500 East Broward Blvd., Suite 700
                       Fort Lauderdale, Florida 33394

FOR THE DEFENDANT,     **Humberto R. Dominguez, Esq.**
TURNER:                9100 S. Dadeland Blvd., Suite 1500
                       Miami, Florida  33156

FOR THE DEFENDANT,     **BOZANIC LAW**, by:
ANDERSON:              Zeljka Bozanic, Esq.
                       17100 Royal Palm Blvd., Suite #1
                       Weston, Florida  33326
                              and
                       **LAW OFFICE OF ROBERT A. ROSENBLATT**, by:
                       Robert A. Rosenblatt, Esq.
                       7695 SW 104th Street, Second Floor
                       Pinecrest, Florida  33156

STENOGRAPHICALLY
REPORTED BY:           ELLEN A. RASSIE, RMR-CRR
                       Official Court Reporter to the
                       Honorable Rodney Smith
                       299 E. Broward Blvd., Room 207-C
                       Fort Lauderdale, Florida  33301

**INDEX**

**GOVERNMENT WITNESSES:**

|  | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| ARNOLD BUSH | 3 | 21 | 53 | |
| ARNOLD BUSH | | 43 | | |
| MOSHE EDERY | 58 | 88 | 126 | 129 |
| MOSHE EDERY | | 105 | | 130 |
| MOSHE EDERY | | 110 | | |
| BRAD JENKINS | 134 | 149 | | |
| SPECIAL AGENT AMANDA COOK | 180 | | | |

Exhibits                          Received

Government's Exhibits

| | Received |
|---|---|
| 25 - 31 | 58 |
| 39, 39A | 134 |
| 40 | 185 |
| 41 | 191 |
| 42 | 203 |
| 43 | 204 |
| 45 | 207 |
| 46 | 209 |
| 47 | 211 |
| 50, 51 | 214 |
| 53 | 217 |
| 54 | 232 |
| 48, 49, 49A | 232 |
| 52 | 233 |

****excerpt of proceedings

(Jury entered the courtroom at 9:35 a.m.)

THE COURT:  Good morning, everybody.  Please be seated.  Hope you had a nice night, and thank you again for your punctuality.

Let the record reflect that if there's a little bit of smile, a little bit of shall we say energy emanating from the jury box, it might be a sugar high from Hollywood Donuts.  It might be.

Good morning, everybody.  We have a very full day of evidence.  And Government.

MR. ANTON:  Thank you.

THE COURT:  Your witness, sir.

MR. ANTON:  Mr. Arnold Bush.

THE COURT:  Mr. Bush, sir.  Good morning.  If you'd step forward to the witness box, sir.  I remind you you're still under oath.

We'll continue with Mr. Anton's examination.  Make yourself comfortable in the chair, sir, and make sure the microphone is close to where you speak at all times.  Thank you.

You may continue.

MR. ANTON:  Thank you, Judge.

- - - - -

**CONTINUED DIRECT EXAMINATION OF ARNOLD BUSH**

**BY MR. ANTON:**

Q.   Good morning, Mr. Bush.

A.   Good morning.

Q.   Good morning, ladies and gentlemen.

Mr. Bush, I think when we last left, we were discussing the fact that you had received a wire.  It hadn't passed, you then got a $20,000 deposit and you left for the evening.

A.   That's correct.

Q.   Okay.  Let me just go back to that wire one more time.  I had shown you 36.  You said the wire was sent from phone number 863-303-7836?

A.   The proof of the wire, yeah.

Q.   Okay.  And Government's Exhibit 37 was the actual PDF that we just saw was the attachment, correct?

A.   Correct.

Q.   Okay.  Now, when you say this wire was sent from the number ending in 7836, was it sent to you?

A.   That text message was sent me, yes.

Q.   And what is your phone number?

A.   786-702-6969.

Q.   Before you left for the evening after the $20,000 credit card deposit had been placed, did you do anything to the vehicle?

A.   I put a tag on it and I put a GPS in it.

Q.   Why?

A.   Just the standard practice.  We put GPS's in vehicles when we don't have the full amount just to be able to recover it in case we don't know where the car is.

Q.   So let's now go to the next morning, the 22nd.  Did the funds clear?

A.   No.

Q.   What happens?

A.   Spent the majority of the day calling our accounting department asking them, hey, has the wire came in?  Has the wire came in?

We had our company Thanksgiving lunch.  Just spent the whole time calling, calling, calling, contacting the bank. Since the bank I think is a like west coast bank, I thought there might be a time difference or something, but they said they couldn't give me confidential client information.

So all they could tell me was that they don't see anything incoming.  Anything on its way.  So I didn't hear from anyone or get any response I think until like 4:00 p.m. the following day.

Q.   Let me show you Government's Exhibit 34.  Do you recognize Government's Exhibit 34?

A.   Yes, that's technically coming out from my phone.

Q.   Between you and who?

A.   Sean Kingston.

Q.   And I see that there's a little S at the top of the screen with the name Sean Kingston.  Let me show you Government's Exhibit 32.  What are we looking at?

A.   That is my contact card off of my phone.

Q.   What is the phone number listed for Sean Kingston in your contact card?

A.   310-330-6699.

Q.   And then the little S matches at the S at the top of this text thread?

A.   That is correct.

Q.   So what do you state to Sean Kingston on the 22nd, it looks like?

A.   That we still haven't gotten a wire.  I spoke to the bank. And it said that we should have it by now.  And then later on in the day, I believe we received word from Kebo or the finance guy, I think he was talking to my general manager at that point, that he never sent a wire.  That he had scheduled an ACH and that was like a big revelation at the moment because we were waiting for a wire which is supposed to be, you know, in most cases, if it's a domestic wire, it should be like instant.

But since it was done after hours, we were expecting it first thing the next day.  ACH takes several days to clear. On top of that, it was almost the weekend, and on top of that it was like Thanksgiving, so it wasn't going to be any time soon.

Q.   That's Tuesday, the 22nd.  We zoom in, did you get a response on that day?

A.   Yeah, I think -- I can't tell the time but it was like later on in the day.  It was just telling me just getting up and it was like 4:00 or something in the afternoon like late, late in the day.  Like it was almost time for us to pack it up at work, so it was a pretty nerve rattling day because, you know, I really like put my hand over the fire like, okay, this deal's going to go through.  Everything's going to be fine and the whole day, just trying to get a confirmation of that wire, making sure everything's okay.  I think it says 4:09.

Q.   And you respond with what?

A.   "Give me a call please."

Q.   Does the defendant Sean Kingston respond to you?

A.   Yes, he does.

Q.   What does he say?

A.   "Hey, brother.  I just one to Alex."  I'm not sure what that meant.  I guess he called or spoke to Alex, the broker.

Q.   Do you respond?

A.   Yes.

Q.   What do you say?

A.   At this point, I'm being pressured by my job to receive funds for the vehicle because right now, we have $20,000 in-house which is not even a fraction of what the vehicle is worth.  We don't have any money coming in any time soon.

As a dealership, we have an asset out on the streets and we want to be compensated for it, so the solution we came up with was let's do financing.  The bank that's going to finance the vehicle will pay us in full.  We'll hold that money until the wire clears or the ACH clears, and then we'll refund you.  We'll cancel the contract with the bank, and that's it, car's yours.

It's basically like a courtesy contract, just if we know that money's coming in, we'll get financing so that the bank makes us whole and then once the wire clears or the ACH or whatever clears, then we'll cancel the contract.

Q.  Why are you going out of your way to consummate this deal?

A.  For the reason that we have the $20,000 deposit, and that they have possession of the vehicle and they made it very adamant that they really, really needed the vehicle.  That they really wanted the vehicle and obviously as a salesperson working fully on commission, I wanted to make sure that the deal goes through.

Q.  So as a result, does the financing process begin?

A.  Yes.

Q.  And what does the defendant tell you about his credit?

A.  He has an 800 credit score.

Q.  Is that good?

A.  That is good, yes.

Q.  Would that otherwise normally qualify someone for

financing?

A.   Mm-hmm.

Q.   Meaning yes?

A.   Correct.

Q.   And then do you send links and other information that allows the process to begin?

A.   Yes.

Q.   Does the defendant indicate that he's starting the process?

A.   He does, yes.

Q.   Says "doing it now?"

A.   Mm-hmm.  Yes, sorry.

Q.   Okay.  Do the text messages continue with the financing?

A.   Yes.

Q.   And under what name is the financing supposedly being done?

A.   Kisean Anderson.

Q.   Are you able to push the financing through at this time?

A.   No.  His credit was completely locked.  In the previous page, you'll see where it says all the bureaus says null, null, null.  That means we weren't even able to see his credit. TransUnion, Equifax and Experian.

When it says null like that, it means that the credits are locked.  Whether -- I don't know, he has a lock for security purposes or what it's called?  Identity protection or whatever, but just that the credits were locked.  We were unable to use that application.

Q.  As a result of that, did you attempt a different application?

A.  Yes.

Q.  Explain.

A.  I told him that we could not use his app, so he went ahead and filled out another application and the name that he used on the application was Ronald Lindo.

Q.  Do you know who that person is?

A.  I was told it was an uncle.

Q.  Do discussions then continue about financing --

A.  Yes.

Q.  -- with the uncle?

A.  Yes.

Q.  What happens?

A.  The uncle had multiple vehicles on his credit and really wasn't a good candidate.  We were able to negotiate with one of the banks to get some kind of amount financed with him but it was going to require a much, much larger down payment because his credit wasn't that great and he had a lot of vehicles on his credit.

Q.  Does the defendant make any representations or promises to you concerning the remaining balance and whether or not it's on the way?

A.  I told him that the amount I needed was $50,000.  Mind you, this was a long time ago.  I'm reading it now, like refreshing

my memory.

Q.  That's fine.

A.  Okay.  So, from what I see here, we were able to get some kind of financing done but we needed 50K down, and I told him, I just reminded him that we're just doing this just as a temporary solution just to make us whole while the ACH came in.

Q.  Okay.  What did the defendant specifically tell you about what he was able to do?

A.  He was not able to procure the $50,000.  He said he could do another ten.

Q.  You can read it exactly.

A.  "So Ronald is going to sign documents sent to his email on file that we gave you earlier.  My card can only do $10,000 more today because I'm going to use my personal account since the business one's boxed up from the times we kept running it. You guys have ACH on the way," exclamation points.

I mean, right there, he's acknowledging that we're still supposed to receive the full amount of the vehicle.  "One thousand percent, and Ronald info for the finance so I don't see what's the rush -- rush if we definitely going to resolve this, so please respect our time a bit please."

Q.  How did that make you feel?

A.  Well, I mean, felt like we're trying to provide a way to make this right, and they're not working with us, you know. I'm saying, okay, give me another $50,000.  Let's do the

financing.  They're saying we'll give you ten.  Then you're still getting the money anyways, so what's the big deal?

Obviously, what was happening here is that we were trying to get, you know, made whole.  We were trying to get the full amount of the vehicle just so we had the money and we felt good about that, then when the ACH or the wire, whatever money that was promised to us came in, we would just null and void the contract and resend them back their down payment.

But neither where we were given the full amount of the down payment we asked for.  Neither did we receive the ACH.

Q.  Did you explain to the defendant why there was a rush?

A.  Yes.  The rush is because the store closes in ten minutes. We were supposed to receive a wire 5:00 p.m.  Your finance guy dropped the bomb on us that he sent an ACH like four for five days away.  I'm doing everything to salvage the situation, man. You know how I am.  I just want to make everyone happy.

And he tells me that he fired his business manager because of the situation.

Q.  So he blames it on somebody else?

A.  Yes.  Then on top of that, you know, he went from ten to fifteen which was only half of what we requested.

Q.  Did he express to you what he thought would happen once the deal closes?

A.  Yeah, I guess he said he'd do like a promo video or something like that.

Q.   What did he say exactly?

A.   We'll pop champagne, I'll even come down to the dealer and give you all a crazy promo video for the small dumbass mishaps.

Q.   Small dumbass mishap.  Would you characterize not paying for the car as a small mishap?

A.   No, that was a big catastrophe.

Q.   Do you continue on?  What do you tell him?

A.   Yes.  I told me we can't get the approval done without the 50K.  That's what the bank is, all capitals, requiring.  It's not us, it's Allied Bank.  That's the only way we got it done. Remember that this was an issue with the decline and your mom said to try with a larger down payment.  Remember -- all capitals, remember this is temporary until the ACH hits.  Once it goes through, you'll get it refunded.  Your mom can call and unlock the card because we never received the other money, only 20K.

Q.   And does the defendant acknowledge that text?

A.   Yes, he did a thumbs up reply, and then he wrote she's on it as we speak.  This was I think Thanksgiving eve or the day of Thanksgiving.  Like, okay, I'm here waiting on everything. Let me know when done so we can all enjoy our Thanksgiving. The payment link was sent to the email.  It can be split into different cards as well.  Let me know when we are ready to go so we can send the email to Ronald Lindo.

Q.   Do you send him a picture?

A.   I sent him a picture of basically my entire team in the showroom just waiting for him to do this so that we can go home and I'm like, please keep in mind that we close at 8:00 p.m. and we are just waiting for you.  Then I wrote are we ready.

Q.   Are you getting a response at this point?

A.   No.

Q.   What happens next?  What do you see next?

A.   I can tell that I'm already losing patience because of the way I wrote "my guy."  I wrote, "My guy, there are literally four people with families that want to go home.  It's Thanksgiving eve.  We are an hour and fourteen minutes after closing, waiting for you.  Please give me an answer."

Q.   Do you get a response?

A.   No.

Q.   Now, it looks like we've seen this text before.  What are you sending back to the defendant?

A.   I sent him a screenshot of the previous message that I had sent him reminding him that this is temporary, that, you know, we're just trying to get him some kind of financing so that the bank makes us whole so that when the ACH comes in, we will refund him everything.

          So just it was just a temporary means to an end so that, you know, now we have the full amount of the vehicle on our side, he has a the car.  Then when his wire or ACH comes in, he'll be refunded and we'll null and the void the contract

with the bank and that's it.  Everybody's happy.

Q.  You said it was Thanksgiving, Thanksgiving eve.  We're talking about November 27th-ish?

A.  I believe so, yes.

Q.  You don't get any response, do you?

A.  No.

Q.  Do you send the follow up text on January 5th?

A.  Yeah.

Q.  Of the following year now?

A.  Yes.  What wound up happening was that after a while, my higher ups were like, hey, leave it alone.  We'll deal with it from this point on.

I got in a lot of trouble with my job.  I almost lost my job and basically the finance manager and general manager were the ones who continued to speak with him.  And at this point, I guess he wasn't replying to them either so they told me to send him --

MR. DOMINGUEZ:  Objection.  Move to strike.

THE COURT:  One moment.  It's sustained to the point that the witness said "I guess he wasn't replying."  That is sustained.  The jury should disregard the end of the answer.  The rest is overruled.

**BY MR. ANTON:**

Q.  What is the defendant replying to you?

A.  At this point, no.

Q.   Okay.   January 5th, no response?

A.   No.

Q.   Again, January 5th, response?

A.   No.

Q.   Do you ever get a response from the defendant after that Thanksgiving eve when he left you and your staff waiting?

A.   I don't recall.   I don't think so.   I mean, if my text messages were there everything.   Every conversation I had with him, every conversation I had with his mom and I screenshotted and provided it.

So, again, this happened a long time ago, so if he did reply, I don't remember but it's in the text messages then.

Q.   So if it's not there, it's not there?

A.   Yeah, I provided every piece of information so if it's not there, he never replied.

Q.   Now in addition to texting with the defendant, Sean Kingston, did you ever also have communications with his mother?

A.   That is correct, yes.

Q.   Now, we were talking yesterday about how you had sent her wire instructions.

A.   Yes.

Q.   And we had discussed in Government's 33 that you had a contact card for her.

A.   That is correct.

Q.   And the phone number was what?

A.   954-770-4578.

Q.   And then we had started with Government's Exhibit 35 where you were having a text conversation with Mama Kingston?

A.   Yes.   That's where I sent the out the door numbers, the wiring instructions, and the vin number so she could set up the insurance.

Q.   Let's fast forward also to November 22nd.   When you were texting with the defendant Kingston on November 22nd, did you also send the same text message to the mom?

A.   That is correct, yes.

Q.   What did you send her?

A.   "Hey, it's Andrii with the Escalade.   We have not received the wire.   Could you please have the financial manager contact me, please."

Q.   And did you send a screenshot again?

A.   Yes, just to remind them that this was a temporary solution until the money came in.

Q.   And whose screenshot did you resend Mama Kingston?

A.   The one with her son.

Q.   Did she respond to you on November 29th?

A.   Yes.

Q.   What did she tell you?

A.   "I remember this text.   It's before you spoke to Shara, and both texted and told her you will need 30K for the finance to

go through so why we cannot finish the finance since now it's clear it's not a cash deal.  We sign application, left deposit, have monthly payment amount, insurance truck, so why are you still forcing cash sale?  You ran a hard credit, just saw text. Took meds, have a bad flu.  Sorry took time to respond."

Q.  Okay.  The deal's changing now.  So what is your response?

A.  "We aren't doing anything different than what was spoken about from the very beginning that it was an ACH and a courtesy contract on the meantime with 50K down.  But this was always a cash deal and we don't want to go into the legal battle of sending false wire ACH documentation.  It's bad for public perception."

Q.  Because you had been sent a bogus wire?

A.  We were sent a screenshot of what appeared to be a wire which was not a wire.

Q.  And no money ever came through?

A.  No money ever came through.

Q.  And what is the defendant Turner's response?

A.  She asked, "What?  I just sent over contract that was signed to our lawyer.  Wire that was --"

Q.  Here's the rest of it.

A.  "Wire that was sent, insurance that was bought at four different conversations that had there is and was no false wire ACH documentation sent.  That's a crazy accusation.  We will have our attorney handle from here.  You said in my kitchen

90 percent of you guys deals are finance, what's going on here? You ran two of our credits temporarily, guys said it was finance.  We have the text, nothing said temporary when you spoke to Shara for additional 30K."

Q.  She denies she sent you a false wire?

A.  Yes, and she is saying there that it was -- that we always said it was a finance deal.

Q.  And I know it's small, but what did you send back?

A.  I think this was a screenshot of when I was asking them for the wire that day.  "Do we have confirmation of wire.  Just a reminder wire cutoff is in 20 minutes."

Q.  Okay.  Does she respond?

A.  "That's correct.  That's generated from bank, and sent to email."  I wrote, "Okay.  Funds sent short and falsified ACH wire documents.  Not sure you really want to go this route but we're here.  We have all conversations documented."

Q.  Keep going.

A.  To what I wrote or what she wrote?

Q.  What you wrote her.

A.  I wrote, "The only reason we left the car with you guys is because you quote, unquote wired us the full amount of the vehicle.  That never happened.  We have documentation of that."

Q.  Was she pushing back prior to that?

A.  Of course.

Q.  What did she tell you?

A.   "Sir, yes, again my attorney is reaching out to a company to get it all straight.  File what you must.  Not sure what you are talking about.  What we got we gave you.  It's for a truck."

Q.   After that date, did you ever get full payment for the vehicle?

A.   No.

Q.   Did the defendants continue to keep the vehicle in their possession?

A.   Yes.

Q.   Were you ever able on your own to recover the vehicle?

A.   No.

Q.   Was full payment ever received by Ocean Auto for this particular truck?

A.   No.

Q.   Ultimately, did Ocean Auto ever get the truck back?

A.   Yes, it was returned to us I think through the Broward County Sheriff's Office.

Q.   So the sheriff's office had to recover the vehicle?

A.   From my knowledge, I saw there was like a raid and a lot of things were taken and it was --

        MR. DOMINGUEZ:  Objection, your Honor.  What he's testifying is hearsay.

        THE COURT:  One moment.  Sustained.  The jury will disregard.

**BY MR. ANTON:**

Q.  Do you know personally based on your employment with Ocean Auto how your asset was recovered?

A.  It was given back to us by the Broward County Sheriff's Office.

Q.  Thank you.

MR. ANTON:  Nothing further at this time.  Thank you, Judge.

THE COURT:  Okay.  Cross-examination?  Mr. Rosenblatt, sir.

MR. ROSENBLATT:  Thank you, your Honor.

- - - - -

**CROSS EXAMINATION OF ARNOLD BUSH**

**BY MR. ROSENBLATT:**

Q.  Good morning, Mr. Bush.

A.  Good morning.

Q.  Now you were originally contacted by a broker, is that correct?

A.  Yes.

Q.  And that broker indicated that he wanted to obtain a 2022 Cadillac Escalade that was bulletproof, correct?

A.  Correct.

Q.  And the broker made arrangements with you to go to Broward County and go to Mr. Kingston's residence, is that correct?

A.  At the time, he didn't tell me who his client was but

ultimately yes.

Q.   Right.  Once you arrived there, you realized that the client was Sean Kingston, is that correct?

A.   That's correct.

Q.   Now, had you heard of Mr. Kingston before?

A.   Yes.

Q.   You're a musical -- one of your hobbies is music?

A.   A long time ago, but yes.

Q.   Okay.  So you knew who he was at that point?

A.   Yes.

Q.   Okay.  Now you said that Mr. Kingston test drove the vehicle?

A.   Yes.

Q.   Are you sure about that?

A.   Yes.

Q.   And do you recall who else was in that vehicle when it was test driven?

A.   Myself, the broker, and another gentleman.  I don't recall, but it was Sean Kingston was the one driving.

Q.   And there came a time when you told Mr. Kingston that he can either pay with a wire transfer or lender financing, correct?

A.   I told him the various ways that we could take payment for the vehicle, yes.

Q.   Right.  One of those was through lender financing, correct?

A.   Correct, which he declined immediately.

Q.   Okay.  But that was an option given to him?

A.   Yes.

Q.   And the financing would be through Ocean Auto Club?

A.   The financing would be through one of the various financial institutions we use.  We don't do in-house financing.

Q.   There came a time when you and Ms. Turner left the company of Sean Kingston and went to another part of the house to complete the deal?

A.   That is correct, yes.

Q.   Okay.  And when that occurred, Mr. Kingston was not part of that entourage going back to another part of the house, is that correct?

A.   No, it was just her and I.

Q.   Okay.  That was a large house, and he was in a different portion of the house, correct?

A.   He was in the living room and we actually went to her room. Her, I guess bedroom.  She had like a little office set up in there.

Q.   Okay.  And what occurred at that point when you went to the office of Ms. Turner?

A.   We discussed what the next steps were in order to acquire the vehicle that day.  It was very important that they wanted the car that day so I provided her the wiring instructions, the out the door numbers, and a screenshot that showed the vin

number so that she could insure the vehicle.

Q. How long did you spend back in the bedroom/office with Ms. Turner approximately, if you recall?

A. 15, 20 minutes that first time.

Q. Okay. And after that, you went back into the living room, is that correct?

A. Right.

Q. And who else was present at that time when you went back into the living room?

A. In the house, there was Sean Kingston, his mom, another gentleman that was on a couch. I don't remember his name. The driver, and the broker that I came with and myself.

Q. And how long did you remain there with the broker before you departed approximately?

A. We were there, I want to say from 1:00 something in the afternoon, maybe 2:00 p.m. in the afternoon, till maybe 9:30, almost 10:00 at night.

Q. Okay. And at some point, you asked for more documentation because you weren't pleased with the authenticity of the documents, is that correct?

A. That's correct.

Q. And you told Mr. Kingston that if you left, you were taking the vehicle with you?

A. That's correct.

Q. Okay. And then at that point, you called your boss,

Mr. Miguel Rodriguez?

A.   Yes.

Q.   And sought instructions from him?

A.   That's correct.

Q.   And certainly if you wanted to, you could have taken that vehicle, as you said, and left with that vehicle and it was your decision to stay there and try to work out an alternative way to finance the vehicle, is that correct?

A.   That is incorrect.  I did not have the keys, and I was not given the keys although I asked for them.  And I was not able to leave.  The only way I would have been able to leave would be to leave the car there and take an Uber or something like that, but that was not an option for me.

Q.   Well, did it concern you that weren't given the keys?

A.   A little bit, yeah.

Q.   Why did that concern you?

A.   Because it felt like I wasn't being given the option to leave.  Like I either left the car there and left, or had to stay there until we saw the deal through.

Q.   Okay.  Well, if you wanted and you were concerned you could have called the police, is that correct, and they would have come out and assisted you in leaving?

A.   Yeah, that's true.

Q.   And you didn't do that, did you?

A.   I was not in fear for my safety.

Q.   Right, I understand that.  But that was an option that you could have taken the vehicle if you wished with the assistance of the police department and departed with that vehicle, but you chose not to do that, isn't that correct?

A.   That is correct.  I chose not to escalate it to that point.

Q.   You chose not to take the vehicle back to Miami, isn't that right, at that point?

A.   If calling the police and getting the keys forcibly removed from them was the only way, then yes, that's the decision I made.

Q.   But you wanted, as you said, this was a sale that you needed to make to make your commission, and you were doing everything you could to make that commission and conclude the sale, correct?

A.   That is correct.

Q.   And this decision wasn't totally yours, was it?

A.   The decision to leave the vehicle there?

Q.   The decision to change the original deal to what's called -- what you call a courtesy contract?

A.   That decision was not made that day.  That decision was made the next day.

Q.   Okay.  That was through Mr. Rodriguez, your supervisor?

A.   The general manager of the store, correct.

Q.   General manager.  Okay.  And that was something that it was proposed by either you or Mr. Rodriguez?

A.   The following day, yes.

Q.   Following day.  And this was done after $20,000 was put on a credit card, a debit card, is that correct?

A.   Correct.

Q.   Okay.  And whose debit card was used for that $20,000, do you recall?

A.   I believe it was the debit card of the company, Eyes Wide Shut, or Eyes Wide Open.

Q.   Eyes Above Water?

A.   That one, yeah.

Q.   That's a California company, is that correct?

A.   I don't know.

Q.   Okay.  And do you know whether Mr. Kingston is a signatory on that account?

A.   I do not know.

Q.   Okay.  But in any event, after consulting with Mr. Rodriguez, your general manager --

A.   Mm-hmm.

Q.   -- it was agreed that $20,000 would be paid and the vehicle would remain with Mr. Kingston, is that correct?

A.   The reason the vehicle was left there was because we had a confirmation of a wire that was incoming the next day and $20,000 deposit that would be refunded him once the funds cleared.

Q.   But you had the $20,000 in your -- paid to you at that

time?

A.  To the company, yes.

Q.  To the company.  Okay.  Now, the next day, on November 22nd, did you text an associate of Mr. Kingston in an effort to inquire about the transaction?

A.  I don't know.  I don't recall texting an associate of his.  Him and his mom, yes, but an associate of his, no.

MR. ROSENBLATT:  May I have a moment, your Honor?

THE COURT:  Yes, sir.

MR. ROSENBLATT:  Your Honor, may we approach?

THE COURT:  Sidebar?

MR. ROSENBLATT:  Yes.

THE COURT:  Sure.  First stretch break of the day, ladies and gentlemen.  Work off the donuts.  I'll see you in a minute.

(At the bench.)

MR. ANTON:  I object.  We didn't get donuts.

THE COURT:  It wasn't an oversight.  It was intentional.

Mr. Rosenblatt, one moment, sir.  Okay.  Right into there, sir.  Why are we here?

MR. ROSENBLATT:  Your Honor, we took his deposition --

THE COURT:  I'm aware of it.

MR. ROSENBLATT:  -- in the state case, and I want to use it to impeach him or to refresh his recollection as to the

associate.

THE COURT:  There's two different things.  So far, what possible grounds of impeachment do you have in comparison to the depo?

MR. ROSENBLATT:  It's not really impeachment.  It would be more to refresh his recollection.

THE COURT:  Let me get my copy.

MR. ROSENBLATT:  This is on page 28, he talks about the associate.

THE COURT:  What page, sir?

MR. ROSENBLATT:  Page 28, line 2.

THE COURT:  Yep.  So let me ask you very carefully, have you asked any questions about this area at all of this witness?

MR. ROSENBLATT:  I guess I asked him if it was Mr. Kingston's associate that was involved and he said it wasn't an associate.

MR. ANTON:  I believe the question he asked simply was did you text anybody else about the transaction.

THE COURT:  That's right.

MR. ANTON:  He said no, I only texted Mr. Kingston and Ms. Turner.

THE COURT:  Yep.  So the lines on page 26, sir, 28, which lines do you want?

MR. ROSENBLATT:  28, lines 2 to I guess 8.

THE COURT:  So I think if I understand what you're saying is at that time of the deposition, he answered a question, "Do you recall the name of Mr. Anderson's or Mr. Kingston's associate who sent a copy of the wire transfer?" And the answer is, "No, I would just be guessing.  No, it's weird name.  It's like Katie or Kegal (phonetic) or something like that."

MR. ROSENBLATT:  Right.

THE COURT:  So you want to put that question to him right now without showing that, see what his answer is, and then if he says something like "I can't recall," you want to place these lines before him to refresh his recollection?

MR. ROSENBLATT:  Yes, sir.

THE COURT:  Any objection to that?

MR. ANTON:  Judge, he's already said that on direct examination, he mentioned that he was discussing the transaction at one point with the business -- who he claimed was the business manager, Kebu or something like that.

THE COURT:  That's right.

MR. ANTON:  He didn't exactly say the name.

THE COURT:  That's right.

MR. ANTON:  No impeachment if he's already said it.

THE COURT:  It's not impeachment.  It's refreshment of the witness's memory which is permitted under the rules.

What I will allow, and Mr. Anton is right.  There is

evidence in the record already that is very consistent but it is spotty.

So because it's spotty, I will allow essentially a follow up along these lines, but it's going to be done just like Mr. Rosenblatt stated which is he's going to ask him essentially do you recall the name of that associate of Mr. Kingston's and if the answer is anything like this, or no, I can't remember, then I'll let him put -- let's identify this by some sort of number and the page, only that page, only those lines. Read it to yourself, sir, let me know when you're done, give it back to me, and then does that refresh your recollection on the name? We'll get his answer.

Is that what you want, Mr. Rosenblatt?

MR. ROSENBLATT: Yes, your Honor, and I was being cautious because I know the court --

THE COURT: Yep.

MR. ROSENBLATT: -- admonished me slightly before.

THE COURT: No.

MR. ROSENBLATT: Before when I tried using a deposition.

THE COURT: What you're doing now, sir, is completely within the rules and otherwise appreciated.

Anything else? And by, you know, you don't have to check with me every time. If you exhaust the witness's memory, and you believe that a cocktail napkin or a song can refresh

his memory, you may, or a bowl of spaghetti, you may do so pursuant to the rules.

All I ask is to make sure that things are identified by a number and it's provided to the witness quietly and so that he can read to himself and then you get it back from him and then you ask about the refreshment but so far, I want to be very clear and fair to Mr. Anton.  I don't see any ground for in impeachment.  I see ground for refreshment.  Okay?

MR. ROSENBLATT:  Judge, one last question.

THE COURT:  Yes, sir.

MR. DOMINGUEZ:  You want to use this one?  It's bigger.

MR. ROSENBLATT:  No issues.  That's really not the issue.  I'm going to ask him if he recalls testifying in a deposition.

THE COURT:  No.  What you're going to do first is you're going just try to refresh on something that's marked for identification purposes.  If you get to impeachment, then we can get down the road of that, but you don't have to call this anything except a 3500 number, if you will, and we'll see where it goes, sir, okay?

If you believe that you have grounds for impeachment at any time, you'll let me know, or you'll go into it and I'll shut you down, or we'll go to sidebar and you'll clarify.  Just identification.

MR. ROSENBLATT:  What I'm thrown is by is how do I identify this?

THE COURT:  You don't have to.  All you have to do, if he comes up short in your eyes, you'll just say, sir, I'm placing before you a document that is marked for identification as whatever you want, page 28, line 4 and ask him I'd ask you to read it yourself.

MR. ANTON:  I think before we even get to that, he asks the foundation.  Is there any document that would refresh your memory whether or not you're able to identify a business associate's name.  If he says yes, you have to ask him what is that document.

THE COURT:  No, no, no.

MR. ROSENBLATT:  No.

THE COURT:  No, no, no.  And if a witness would say that's a hostile witness to a defense attorney that there is nothing in the world that could refresh his recollection, I've got news for you.  Mr. Rosenblatt's going to get to try anyway. He has already said under oath in here that he's spotty, and because he's already said that, I'm going to let you do it. Just do it the right way like you're saying at this sidebar, Mr. Rosenblatt, okay?

MR. ROSENBLATT:  Okay.

THE COURT:  Thank you.

(In open court.)

THE COURT:  Thank you very much.  The record can reflect there was some actual calisthenics from the jury during the break.  We are back now.

Continuing cross-examination, Mr. Rosenblatt, sir.

MR. ROSENBLATT:  Thank you, your Honor.

THE COURT:  Your witness.

**BY MR. ROSENBLATT:**

Q.  Mr. Bush, you testified -- do you recall, did you testify earlier on direct exam about an associate or someone named Kebu regarding being present at the time when the wire transfer was sent?

A.  He was not physically there at the time, no.

Q.  Okay.  Was there an associate of Mr. Kingston's who sent a copy of the wire transfer to your office?

A.  It was sent to his mom and then that was sent to me.

Q.  Okay.  Was that through an associate of his --

A.  The --

Q.  -- as opposed to Mr. Kingston or Ms. Turner?

A.  The cover of the wire came from what they described as their business manager.  Someone named Kebu.

Q.  Okay.  Was that -- did they describe him as an associate?

A.  Yes.

Q.  Okay.  Thank you.

So it got to the point where you've received $20,000 on a debit card.  And at some point, you left for the evening,

is that correct?

A.   Yes.

Q.   And you and Mr. Rodriguez, your general manager, agreed to change the transaction to a courtesy contract, is that correct?

A.   The following day, yes.

Q.   Right.  And that was your suggestion or suggestion from Ocean Auto?

A.   Correct.

Q.   Okay.  And is that -- that's not done very frequently, is it?

A.   I mean, it happens every once in a while but it's not rare.

Q.   It's not common, right?

A.   No.

Q.   And that was being done in order to keep the transaction going so the sale would go through and, of course, you'd earn your commission and Ocean Auto would receive profit, correct?

A.   Yes.

Q.   Now there came a time on November 24, 2023, when you texted Ms. Turner, and you said that you would be contacting the police, do you recall that?

A.   I do not recall.

Q.   Okay.  And do you recall that Ms. Turner told you that they canceled the ACH and they made an additional $25,000 deposit?

A.   I was not aware of that.  Was that to me?  Was that a conversation between her and I?

Q.   Yes.

A.   Or it was between her and someone else at Ocean?

Q.   Did Ocean receive a $25,000 deposit on November 24, 2023?

A.   I'm not aware of that.

Q.   Okay.  And there came a time that you told the jurors that Mr. Kingston applied for credit but the credit was locked and you couldn't run the credit.

A.   That is correct.

Q.   And do you know how long it had been locked for?

A.   No.

Q.   That was for security purposes, is that correct?  That's one reason?

A.   That's one of the reasons that you could have your credit locked, correct.

Q.   And then there came a time when Ronald Lindo and a Shara Moore applied for financing?

A.   That is correct.

Q.   Okay.  And that was permitted by Ocean Auto, is that correct?

A.   Yes, as either a co-signer or as just another person to take the delivery of the vehicle in his stead.

Q.   Okay.  And that credit was denied because of multiple existing car loans from Mr. Lindo, is that right?

A.   Correct.

Q.   Okay.  So what happens after that?

A. They referred me to someone named Shara, and we tried to run her credit but her credit just wasn't strong enough for a $150,000 loan.

Q. It was strong enough for a loan but not a loan in that amount, right?

A. That is correct.

Q. So you had no knowledge that a payment was made on December I believe 23rd for $25,000?

A. No.

Q. You're not saying it wasn't made. You're not aware of it?

A. I was not aware of it; still not the amount we required though.

Q. Okay. Now the next day, on the 22nd of November, you text an associate and he said he was out of the office at a funeral, is that correct?

A. I do not recall that conversation.

Q. Well, did you become aware that at that point, Ms. Turner changed her mind and wanted to finance the vehicle?

A. From the text messages that I received back and forth from her, it seemed that she was under the impression that we were doing a finance deal.

Q. Okay. And that was something that was given to them as an option at the beginning of the transaction, is that correct?

A. That is incorrect.

Q. Pardon me?

A.  That is incorrect.

Q.  Okay.  What was -- was that a financing option given to them at the beginning?  They could finance it or pay cash?

A.  Any time you buy a vehicle, you have the option to pay cash or financing.  That goes without being said, but they turned down the financing.  They said it was a cash deal.

Q.  Okay.  But evidently, she changed her mind and decided to make a finance deal, correct?

A.  It was told to them that we were waiting for the money to come in and in the meantime, when the money came in, we would do a finance deal as a courtesy contract just to get the money paid in full.  And then when the wire or ACH came in, we would refund the money.  That was reiterated to them several times.

Q.  Okay.  Do you recall texting Mr. Kingston and saying that you got approval for $50,000 done with the uncle which I guess was Mr. Lindo?

A.  That is correct.

Q.  And you needed him to sign documents and run the card for another $30,000?

A.  That is correct.

Q.  And you indicated that $30,000 would be returned at later time if everything went through?

A.  The full amount.  They had given us the 20 from the day prior and the 30.

Q.  Okay.  And at that point, Mr. Kingston told you that he

could only run $10,000 more on his card?

A.   That is correct.

Q.   Now do you recall on December 1, 2023, Ocean Auto received another $5,000 from Eyes Above Water?

A.   I am not aware of that transaction.

Q.   There are financial transactions that you're not aware of that occurred in December, is that correct?

A.   Yes.  As I said, at a certain point, this was out of my hands and they were dealing directly with the general manager and the finance manager.

Q.   Well, in preparation for your testimony today, did you ever inquire as to how much was paid?

A.   No.

Q.   Okay.  And was another $25,000 paid on December 15th to Ocean Auto?

A.   I'm not aware of that transaction.

Q.   Okay.  Are you aware that $75,000 was paid by the defendants for this vehicle from November 21st through December 15th?

A.   I'm not aware of that.

Q.   Okay.  So it appears that as some point, your general manager took over this transaction, is that correct?

A.   That is correct.

Q.   And you were out of it?

A.   Yes.

Q.   Would that be towards the end of November of 2023 when you ceased to be active with Mr. Kingston and Ms. Turner?

A.   I don't recall the exact date, but like I would assume around that point, yes.

Q.   Because you opt out from December, and the Government showed you some evidence in January.

A.   Right.

Q.   On January 3rd, do you recall asking for additional documents for a loan in a text message?

A.   Did it come from my phone?  Was it my text message?

Q.   You asked Ms. Turner for additional documents for a loan via text?

A.   I know I texted Sean Kingston about filling out a credit application under his personal name again; asking him if he had unlocked his credit.

Q.   Well, do you recall on January 4, 2024, Ms. Turner sent you several documents but you indicated they were not sufficient and the loan was denied?

A.   I don't recall that, no.

Q.   So there came a time I think we've established that Mr. Lindo applied for credit and it was denied, is that correct?

A.   Correct.

Q.   Okay.  What's the next step that occurred after Mr. Lindo's credit was denied?

A.   We were asking them to return the vehicle.

Q.   Okay.  And what happened with that?

A.   We were not able to get the vehicle back.

Q.   And what steps did you make judicially?  I mean, did you call the police to get the vehicle back or file any lawsuits or anything?

A.   We contacted the Broward County Sheriff's Office, had them detach the registration from the tag that was on the vehicle making the car undriveable.  And then I guess we contacted the police.  Yeah, we contacted the police, and then that's when he we started working with the investigation that was ongoing.

Q.   And there came a time when you -- you don't know how much money was paid by the defendants, correct?

A.   That is correct.

Q.   And would it surprise you that $75,000 was paid to Ocean Auto?

A.   I don't know.

Q.   Okay.  In any event, in addition to the money that was paid, the vehicle was returned to Ocean Auto, correct?

A.   Yes, through the Broward County Sheriff's Office.

Q.   Right.  And did Ocean Auto then, were they able to resell the vehicle?

A.   At this point, I'm not sure whether it was sent to auction or whether the vehicle was still on one of our lots.

Q.   Okay.  Do you recall the last time you had any contact with

either Mr. Kingston or Ms. Turner?

A.   I do not.

Q.   Do you recall if you received any portion of your commission from the money that was paid by the defendants?

A.   I did not receive any commission.

Q.   Okay.  And of your own personal knowledge, you don't know how much was paid, is that correct, other than the $20,000?

A.   That is correct.  I do know that the full amount of the vehicle was never paid.

Q.   Okay.  But you don't know that $75,000 was paid, do you?

A.   I do not know, but I do know that we were not made whole.

Q.   Okay.  Assuming that more than was paid, $75,000 was paid and you got the vehicle back, is that correct?

A.   I don't know the amount that we received, but I do know we got the vehicle back because I saw it with my own eyes come back.

Q.   Were there periodic payments made by the defendants?

        MR. ANTON:  Judge, I'm going to object.  Asked and answered.

        THE COURT:  Sustained at this point.

        MR. ROSENBLATT:  I don't have any other questions, your Honor.

        THE COURT:  Okay.  We'll continue cross-examination with Mr. Dominguez.  Sir.

        MR. DOMINGUEZ:  Okay.

- - - - -

**CROSS EXAMINATION OF ARNOLD BUSH**

**BY MR. DOMINGUEZ:**

Q.  Good morning, everyone.  Good morning, Mr. Bush.

You worked for Ocean Auto Club you said, correct?
Ocean Club?

A.  That's correct.

Q.  And that's a used car place, correct?

A.  Yes, it is.

Q.  Okay.  And primarily, all you sell are used cars, correct?

A.  That is correct.

Q.  The Alex, who's Alex?

A.  Alex, was the client that called in the store.  He was a
lead and he turned out to be a broker for the deal.

Q.  Okay.  So how do you know he's a broker?

A.  Because he's a broker.  He was.

Q.  What's his name?

A.  His name is Alex.  I don't know his full name.  We had it
obviously but I don't remember it at the time, but he was the
in-between between Mr. Kingston and Ocean Auto.

Q.  Well, what I'm saying is did you check him out?  I mean,
it's not some guy from the street that walked in and said hey,
I've got a guy that wants to buy a car?

A.  We checked him as far as you check someone out.  In this
case, his name, his address, just, you know, if someone comes

into a dealership saying that I have a client for a car, they're not the one buying the car.  We don't ask to vet so much, as much as the client that's actually purchasing the car.

Q.  So who you call is a broker is just basically a guy from the street?

A.  Everybody is someone from the street.

Q.  Well, I mean, but there are brokers and then there are people that have no affiliation whatsoever.  Did he give you a business card?

A.  He showed me his business on Instagram.

Q.  Okay.  And what was the name of the business on Instagram?

A.  I don't recall.

Q.  Okay.  And what else did he show you, a business license like an occupational license?

A.  I don't believe you need to have an occupational license to be a broker.

Q.  To sell cars?

A.  For a client.

Q.  To work with anybody?

A.  I don't think you do.  You can just come in and say, hey I've got somebody for you, what can you do for me?

Q.  What would -- the broker is going to get paid, you had to discuss that, right?

A.  Of course.

Q.  Yeah.  What was he going to get paid on this, on a $158,000

car?

A.   I believed he was going to get $10,000.

Q.   His commission was $10,000?

A.   That is correct.

Q.   And what was your commission going to be?

A.   Twenty percent of whatever the profit is.

Q.   Okay.  So if it's 159, now you're -- and you give him $10,000, you're at about 149.  Let's say 150, more or less.  So your commission is twenty percent of that?

A.   Twenty percent of the profit.

Q.   Of the profit from the vehicle?

A.   Correct.

Q.   So what did the vehicle cost you or the dealer?

         MR. ANTON:  I'm going to object to relevance.

         THE COURT:  At this point, sustained.

         MR. DOMINGUEZ:  The exhibits are up here for him?

         MR. ANTON:  Yes.

BY MR. DOMINGUEZ:

Q.   I'm showing you what's in evidence as Exhibit 36.  This is where the PDF came in which they showed you as Exhibit 37.

A.   That is correct.

Q.   Okay.  And you said that this 863 number belongs to Ms. Turner?

A.   I believe at that moment.  That's what I was under the impression, yes.

Q.   But you testified that she has a 954 number?

A.   She had multiple numbers.

Q.   So this is --

A.   Multiple phones.

Q.   Your testimony is that this is her number?

A.   I believe so, yes.

Q.   How do you know that?  Do you work for the phone company or how did you check it out?

A.   Because I asked her to send me the proof of the wire and she said I'm sending it to you right now and then I received this.

Q.   Well, that could be sending it through a third party, correct?  Somebody else's phone or somebody else's location?

A.   That could be, yes.

Q.   I mean -- now, when somebody buys a car, you don't issue title or you don't convey title until you're paid?

A.   That's correct.

Q.   Either by the person buying it paying it in full or the finance company, correct?

A.   That is correct.

Q.   And until then, you own the car, period end of story?

A.   Well, as a dealership, most dealerships don't title vehicles under their name.  We just hold the title as an open title and then we title the vehicle under the person who purchases the vehicle's name.

Q. But you hold physical title at that point. In other words, you control the title?

A. That is not the case, no.

Q. So who owns the car during that time period?

A. Usually the vehicle remains titled under the previous owner's name or the -- what do you call it -- the title agency will just clear -- it will just belong basically to no one, and the dealership. If this is like for Car Fax, if you check a vehicle on him, you want to buy a one owner car, if the dealership has the title under their name, we take ownership of the car. That's a two owner. It depreciates the value of the vehicle.

Q. It's not issued formally. The person selling you the car has signed on the bottom of the title, and given it to you.

A. That is correct.

Q. Turning it over to your specific institution?

A. Sometimes it's an e-title. There's not an actual physical title.

Q. Was it an e-title in this case?

A. I don't know.

Q. Basically the title has not transferred over to Sean.

A. That's correct.

Q. Or anybody in his family?

A. That is correct.

Q. At that point, the car is owned technically by Ocean?

A.  Yes.

Q.  Okay.  And I'm going to show you Exhibit 38.  Exhibit 38, Government's Exhibit 38 which is in evidence, okay.

MR. DOMINGUEZ:  May I approach, your Honor?

THE COURT:  Yes.

**BY MR. DOMINGUEZ:**

Q.  I want you to look at that and see if that refreshes your recollection as to the payments that were made towards this vehicle.

THE COURT:  It's multipage exhibit.  You want him to look at the entire exhibit?

MR. DOMINGUEZ:  Yes, your Honor.

THE COURT:  Let Mr. Dominguez know when you're done looking through the entire exhibit.

THE WITNESS:  I'm done looking.

**BY MR. DOMINGUEZ:**

Q.  Does that refresh your recollection to how much was paid?

A.  The first page is the only page I already know.

Q.  The second page, you don't know?

A.  Negative.  I didn't see any of that.

MR. DOMINGUEZ:  This is in evidence.  I'd like to be able to refer to it.  If you want, I'll publish it with the ELMO.

THE COURT:  Whatever you want, Mr. Dominguez.  You're correct.  It's in evidence.  You can public publish it or have

him talk about it.  Whatever you want.

MR. DOMINGUEZ:  I'll go ahead and do it.

**BY MR. DOMINGUEZ:**

Q.  Exhibit 38, page 1 shows the $20,000 which you talked about.

A.  Yes.

Q.  Then we have here the same exhibit but this is page 2, the Ocean Mazda operating account receiving $25,000.

A.  Mm-hmm.

Q.  Is that correct?  Do you see that?

A.  Yes.

Q.  On November 24th, correct?

A.  Correct.

Q.  Okay.  And on page 3 of that exhibit, the Mazda, is that your -- the company name?  By the way, that's Ocean Mazda new operating account?

A.  That is correct.

Q.  Okay.  And that is a payment on December 1st of $5,000, correct?

A.  That's correct.

Q.  Page 4, sorry, do you see that of Exhibit 38?

A.  Yes.

Q.  And that is Ocean Mazda new operating account?

A.  Correct.

Q.  And that is Ocean Mazda receiving $25,000 on December 15th.

A.   Correct.

Q.   Are you good at math?  You're a salesman.

A.   That doesn't add up to $159,000.

Q.   What does it add up to?

A.   $75,000.

Q.   Okay.  So, at this point, you have a car, you have the car that's titled to you, to your company, and $75,000, correct?

A.   We did not have the car.

Q.   Well, you got the car.

A.   Eventually, yes.

Q.   Yeah, you got the car.  You get to resell the car.  You got $75,000 and did your company give you a dime of commission from the $75,000 that they took in?

A.   Absolutely not.  It was not a completed sale.

Q.   All right.  And do you know what that car is currently selling for?

A.   I do not.

Q.   Did you refund any of the money that was paid to your company after the sale of that vehicle if it had been sold?

A.   I do not know.

Q.   And the reason they stopped talking to you at that point was because the attorneys were involved to try to get back their deposits?

        MR. ANTON:  Objection.  Calls for speculation.

        THE COURT:  Sustained.

**BY MR. DOMINGUEZ:**

Q.  Do you know of the reason why they stopped talking to you?

A.  No.

Q.  Do you know if they were dealing with anybody specifically inside your dealership?

A.  I believe they were with the lawyers.  The lawyers at this point were involved.

Q.  You're aware that they were talking with lawyers?

A.  I was texted that, yes.

Q.  Okay.

A.  At some point, it was like my lawyer will handle this from this point on.  I said okay.

Q.  They were following their lawyer's instructions.

          MR. ANTON:  Objection.  Calls for speculation.

          THE COURT:  Sustained.

**BY MR. DOMINGUEZ:**

Q.  Now you and I have never met, correct?

A.  Correct.

Q.  We've never talked before?

A.  Did we on a Facetime call, a Zoom call recently?

Q.  No.  I don't know you.

A.  I don't know.  I know that I had a Facetime or Zoom call with the defense attorneys at some point recently.

Q.  It wasn't me if you did.  Did you meet with the Government?

A.  Did I meet with them?  Via Zoom call, yes.

Q.   How many times have you talked to them?

A.   Once.

Q.   Okay.  Did they ask you look to at the records so that you would be able to testify regarding the amounts of money that your company that you work for had received?

A.   They asked me only about the stuff that was pertinent to me, my text messages, my back and forth, my conversations but they didn't tell me about anything about anyone else.

Q.   Are you surprised to learn that they got $75,000?

A.   No, I mean, the car was $159,000.  If all we got was 75, there's still a huge balance owed.

Q.   Well, you have the car, right?

A.   Right, but not at that time.

Q.   But you have the car now?

A.   Correct.

Q.   So I mean, 75 and the car.

A.   Okay.

Q.   So who lost?

MR. ANTON:  Objection.

THE COURT:  Sustained.

MR. DOMINGUEZ:  No further questions.

THE COURT:  Redirect.  You know what?  We'll do our first morning break.  It's 10:47.  We'll see the jury a couple minutes after 11:00.  Enjoy your first morning break.  All rise for the jury.

(Jury exited the courtroom at 10:47 a.m.)

THE COURT:  Mr. Bush, you can step into the hallway. We'll see you back here in about ten minutes, okay, sir?  Thank you.  The rest of you may be seated.

(Mr. Bush exited the courtroom.)

THE COURT:  Anything counsel wishes to take up at the break?

MR. ANTON:  No, your Honor.

MR. ROSENBLATT:  No, sir.

MS. BOZANIC:  No, sir.

MR. DOMINGUEZ:  No, sir.

THE COURT:  See you all in about twelve minutes. Thanks.

THE COURTROOM DEPUTY:  All rise.

(Recess taken from 10:48 a.m. - 11:03 a.m.)

THE COURT:  You can come forward, sir, and sit in the chair.  We're going to bring out the jury.  Thank you, sir. We're ready.  All rise.

(Jury entered the courtroom at 11:03 a.m.)

THE COURT:  Welcome back, everyone.  Please be seated. Hope the break helped you.  We're going to continue with our redirect examination.  Mr. Anton, sir.

MR. ANTON:  Thank you, Judge.

- - - - -

**<u>REDIRECT EXAMINATION OF ARNOLD BUSH</u>**

**BY MR. ANTON:**

Q.   Okay.  Mr. Bush, just so we're clear, showing you Government's Exhibit 36, you received a text message from 863-303-7836?

A.   Yes.

Q.   Containing what?

A.   A PDF document showing an incoming wire.

Q.   On November 21st?

A.   Correct.

Q.   Showing you Government's 37.

A.   Correct.

Q.   Was this the attachment?

A.   Yes.

Q.   And in what amount?

A.   $159,702.78.

Q.   Purportedly paying who?

A.   Ocean Auto, Incorporated.

Q.   Which was supposed to be the payment for the vehicle?

A.   Correct.

Q.   Never cleared, right?

        MR. ROSENBLATT:  Objection to leading, your Honor.

        THE COURT:  Yeah, sustained as to form.  Let's not lead but it's within the scope of cross.  You can continue, Mr. Anton.

**BY MR. ANTON:**

Q.   Did the money ever come through as promised?

A.   No.

Q.   Was there ever a wire transfer in the amount of $159,702.78 that cleared into the Ocean Auto bank account?

          MR. DOMINGUEZ:   Objection, Judge.

          THE WITNESS:   No.

          THE COURT:   Within the scope of cross.   Let's speed it along.   Overruled to that point.

**BY MR. ANTON:**

Q.   After the wire transfer never came, is that when you tried to salvage the deal with financing?

A.   Correct.

Q.   Is that why additional sums of money were then placed down?

          MR. ROSENBLATT:   Objection to leading, your Honor.

          THE COURT:   Sustained.

**BY MR. ANTON:**

Q.   Why were additional sums of money placed?

A.   To try to get a financed deal done and temporarily so that we can get the car, like the amount made whole while the wire came in and then we would refund them the down payment and also null and void the contract.

Q.   Did the financing deal ever go through?

A.   Did not.

Q.   Now defense counsel said 20 plus 25 plus five plus 25

equaled $75,000, right?

A.   Correct.

Q.   And you now know that's the total that was placed down by the defendants?

A.   That is correct.

Q.   Does $75,000 represent the purchase price of the vehicle?

A.   It does not.

Q.   At that point, did they have the right to keep the vehicle?

        MR. ROSENBLATT:   Objection to leading.

        THE COURT:   Sustained.

**BY MR. ANTON:**

Q.   Was the full purchase price paid?

A.   No.

Q.   When and only when was the vehicle returned to Ocean Auto?

A.   When the police brought it back.

        MR. ANTON:   Nothing further.   Thank you.

        THE COURT:   Thank you.   Any recross?

        MR. ROSENBLATT:   No recross, your Honor.

        THE COURT:   Mr. Dominguez?

        MR. DOMINGUEZ:   No, your Honor.   Thank you.

        THE COURT:   Mr. Bush, sir, you're excused.   Thanks for coming in.   You can step out, sir.

        THE WITNESS:   Thank you.

        THE COURT:   Your next witness, Mr. Anton.

        MR. ANTON:   Government calls Mr. Moshe Edery.   He's

just in the bathroom.

THE COURT:  Yes, sir.  Bear with us, just a short break.

THE COURTROOM DEPUTY:  Sir, please take the stand. Remain standing and raise your right hand to be sworn.

(Witness sworn.)

THE WITNESS:  I do.

THE COURTROOM DEPUTY:  Please state your full name and spell your last name.  You may be seated.

THE WITNESS:  Moshe Edery.  E-D-E-R-Y.

THE COURT:  Mr. Edery, sir, if you make yourself comfortable in the chair.  If you make sure the microphone is always close to where you speak so that you can be heard.

Direct examination, Mr. Anton.

MR. ANTON:  Thank you, Judge.

Judge, I have previously shown both defense counsel Government's Exhibits 25 through 31.  And without objection, we would move to introduce 25 through 31 at this time.

THE COURT:  Government's Exhibit 25 through 31 are offered.  Ms. Bozanic?

MS. BOZANIC:  No objection, your Honor.

THE COURT:  Mr. Dominguez?

MR. DOMINGUEZ:  No objection.

THE COURT:  25 through 31 are received.  You may publish as you wish.  Your witness.

(Government's Exhibits 25 - 31 Received.)

MR. ANTON:  Thank you, Judge.

- - - - -

**DIRECT EXAMINATION OF MOSHE EDERY**

**BY MR. ANTON:**

Q.  Good morning, sir.  Could you please introduce yourself to the ladies and gentlemen of the jury?

A.  Good morning.  My name is Moshe Edery, the owner of Mazal Jewelers.

Q.  What type of business is Mazal Jewelers?

A.  Luxury watch company.

Q.  How long have you been in the watch business?

A.  Eight years.

Q.  What type of watches does Mazal Jewelers sell?

A.  Rolex watches, Audemars Piguet, Richard Mille, and Patek Philippe.

Q.  Are those considered high end watches?

A.  Yes.

Q.  Meaning what?  How much generally do they cost?

A.  The lower end could be $10,000 all the way up to over a million.

Q.  How long have you been in the watch industry or jewelry business in general?

A.  I started in 2018.

Q.  So quite some time now?

A.  Yes.

Q.  You said you own Mazal Jewelers?

A.  That is correct.

Q.  Just you?

A.  That's me, yes.

Q.  Do you have a physical location like a storefront or how do you operate?

A.  Well, I meet clients over at my father-in-law's business office on Griffin Road.

Q.  Okay.  So you have a physical location that you utilize at times?

A.  Yes, when I need to.

Q.  And how do you advertise your business?

A.  It's mainly through social media and through WhatsApp.

Q.  So online sales?

A.  Correct.

Q.  Now when you say through social media and WhatsApp, can you explain?

A.  Correct.  WhatsApp I use for my wholesale network and social media like Facebook and Instagram is for advertising to more like retail clientele.

Q.  So when you're advertising to retail clientele, explain to the jury like what happens?  You just post pictures of your inventory or what happens?

A.  I post the picture of a watch with a brief description, and

that we have the watch available, it's for sale, and direct message us with any inquiries.

Q.   Did there come a time, sir, when an individual who later became known to you as Sean Kingston reached out on social media inquiring about a watch?

A.   That is correct.

Q.   Can you explain?

A.   He sent me a direct message to my company account inquiring if I had a watch available for sale.

Q.   I'm going to show you what's been introduced into evidence as Government's Exhibit 27.  Do you recognize Government's 27?

A.   Yes.

Q.   And what are we looking at?

A.   The first message he sent me.

Q.   And when you say "he," who's he?

A.   Sean Kingston.

Q.   And what is the first message that's sent?

A.   He wrote, hey, there.  I responded hey.  He asked me if this watch is still available and he sent me a link to a watch that I had on my Instagram page.

Q.   So the left side of the conversation is who?

A.   That will be Mr. Kingston.

Q.   And the right side is?

A.   Me.

Q.   What type of watch was he inquiring about?

A.  An Audemars Piguet black ceramic.  It's a skeletonized dial.  It's a perpetual calendar.

Q.  And did he indicate anything else?

A.  The next message is he was inquiring about a different watch, a Patek Philippe 5990, and he wanted to do a trade with his Patek Philippe 5980.

Q.  What does that mean?

A.  Two different models of a watch, same brand.  He had his Patek Philippe 5980 and he wanted to trade that with a difference for the 5990 which is more expensive.

Q.  Is that something you do in your business?

A.  All the time.

Q.  So, as a result of his inquiry, did you then ask follow up questions?

A.  Yes.  I responded that the watch was still available, the original one that he inquired about, and I asked him what are the details of his 5980, and then the eight piece ceramic skeleton, I told him a price of $375,000.

Q.  Even though it says 375, you're referring thousands of dollars?

A.  Correct.

Q.  What was the defendant's response?

A.  Don't want the skeleton, sorry.

Q.  Which one did he say he wanted?

A.  He sent another picture of a black ceramic perpetual

calendar which is a lesser expensive watch.  He said I want this one and I told him a price of $210,000.  I said the white I have as well is 285.  The blue ceramic which was a new release at the time I have as well in stock for $450,000.

Q.  And the response from Sean Kingston?

A.  Perfect.

Q.  Did he continue?

A.  Yes.

Q.  What did he tell you?

A.  Do you have the 5990?  Then I responded in rose gold or in steel because there's two different models, in rose gold or in stainless steel.  He responded rose and I told him a price of $270,000.

Q.  Did he then send what appears to be a screenshot of something he had already sent you before?

A.  Correct.

Q.  What was he referencing?

A.  I have this already.  I want to do a trade.  He sent me a picture of his 5980 rose gold Patek Philippe watch and then pay the difference.  Give me a great deal and I'll get the white ceramic and the trade in with a 5990 rose gold ASAP.

Q.  And what was your response?

A.  I asked him if his 5980 is new with papers.

Q.  And why is that important?

A.  Papers of the watch ensures that the watch is authentic

certified by Patek Philippe and it's able to traded easier into the market. A consumer would want an expensive watch like this with papers.

Q. Was there a response?

A. Yes.

Q. Yes, there's a response, or yes was the response?

A. The response is yes with a photograph with two watches on his wrist. The right one being the 5980 rose gold and then the papers are in the background of that picture.

Q. And what is your response?

A. I responded if it has the new buckle, I will pay $165,000 for your 5980 plus an additional $105,000 wire on top for the 5990 which is the one that he wanted.

Q. So what happens next?

A. He said let's go. Let's do the ceramic black one first. When can we meet. I responded whatever works for you. I'm located in Hollywood, Florida. He said send me your cell, I'll text you. That's my cellphone number.

Q. Which is what?

A. 954-400-9300.

Q. What does the defendant send you next?

A. He sent me a reel. He put out a song apparently with Chris Brown and he said let's go, Mazal. Big wins only and I responded congratulations.

Q. So that's you? Let's go, Mazal?

A.   No, let's go Mazal, that would be him.  I responded congratulations after that.

Q.   But I'm saying he wrote "let's go, Mazal," he's referring to you saying let's go?

A.   Yes, yes.

Q.   Like it's going to happen?

A.   Mm-hmm.

Q.   After this exchange on Instagram direct messaging, did you switch to text messaging?

A.   Yes.

Q.   Now you had just given him your cell number, correct?

A.   Yes.

Q.   Let me first show you Government's Exhibit 25.  Do you recognize Government's Exhibit 25?

A.   Yes.

Q.   What is 25?

A.   Sean Kingston's contact number.

Q.   Okay.  From your phone?

A.   Yes.

Q.   And what is the phone number associated with Sean Kingston in your contact?

A.   310-330-6699.

Q.   And then there's a little picture of Sean Kingston on the circle?

A.   Yes.

Q.   I want to draw your attention now to Government's Exhibit 28.   What is Government's Exhibit 28?

A.   I received a text message from that number saying Kingston with the lock emojis.   Knowing that it was his phone number.   I responded, hey, boss, this is Moshe from Mazal Jewelers and the video beneath is of the Audemars Piguet white ceramic perpetual.   I sent him a video of it.

Q.   It says October 20th of what year?

A.   2023.

Q.   After you send the picture of the watch, what information do you convey?

A.   I see he wrote, "My addy, I trust you, LOL."   I responded with the address that I was going to have him meet me at to conduct the deal and then he sent me a link to homes.com. Sending you my new house, 5900 Estates Drive, Southwest Ranches.   We've got to be close.   I told him yeah, I'm right on Griffin Road not too far from you.

Q.   Do you then begin discussions as to when to meet?

A.   Yes.

Q.   What does the defendant tell you?

A.   "See you Monday, my brother."   I responded, "What time works for you?"   He said "Around 1ish".

Q.   What happens next?

A.   On that Monday, I sent him a message at around 1:00 p.m. "hey, brother, how are you?   We still meeting today."

Q.   And the response?

A.   "Hey, my brother, yes, be to you in an hour."  I said, "perfect.  You need the address?"

     "Off of Griffin, right," is what he responded.  And I said, "Yeah, 2974 Griffin Road," and he responded, "got it."

Q.   Now, that same day later in the evening, did you text additional information?

A.   Yes.

Q.   Had you already met with the defendant at this time?

A.   Yes.

Q.   So before we get to these next set of text messages, what happens around 1:00 or 2:00 that afternoon?

A.   He showed up at the building at around 3:00 p.m. approximately.

Q.   When you say he, who's he?

A.   Sean Kingston.

Q.   Do you see Sean Kingston in the court today?

A.   Yes.

Q.   Can you please identify him and point him out with an article of clothing he may be wearing?

A.   Wearing a suit with a white shirt, button down shirt.

     MR. ANTON:  Your Honor, let the record reflect the witness identified the defendant, Sean Kingston.

     THE COURT:  The record will so reflect the witness identified defendant Anderson.

**BY MR. ANTON:**

Q.   What happens next?

A.   He came with some another gentleman that was with him.  He referred to him as like his brother, his cousin or his driver.

He came into the building, we sat down, we were talking for a bit.  I had two watches to show him.  The first one was the video in the text messages was the Audemars Piguet white ceramic perpetual calendar, and in addition to that, I had the black ceramic version of that same watch which he sent me a message through Instagram, so I had both of these watches that I showed him at this business meeting.

And after exchanging everything, we agreed on the price which was the price that I sent him in the messages on Instagram was $285,000 and he responded this is the one that he wanted.

The text message at 5:00 is me sending all of my bank information for him to proceed with the wire transfer.

Q.   So what type of information did you give him then on October 23rd at about 5:02 p.m.?

A.   That is the information, the bank -- my bank information to send the wire transfer to and the amount was $285,000.

Q.   What happens next, what do you send next?

A.   That's a video of my son throwing a banana into my cup of coffee from behind me.

Q.   Why did you send that?

A.   He wanted to see it.

Q.   Are you having additional conversations with the defendant at this time?

A.   Yes.

Q.   What are you talking about?

A.   The next message is the company that I'm supposed to be invoicing, Eyes Above Water, LLC, 1411 NW 138th Drive, Sunrise, Florida, 33323.

Q.   And how did you get that information?

A.   Directly from Mr. Kingston.

Q.   What did he tell you about that company?

A.   This is the company to send the invoice to.

Q.   Were you having any other conversations with the defendant at that time?

A.   After that, there were a few messages later on in the evening.  But after he left my office at around I think it was around maybe 6:00, we continued to message each other later on that evening.

Q.   After the defendant left your office, was he with or without the watch you had sold him?

A.   He was with the watch.

Q.   Can you -- did he pay for the watch at that time?

A.   No, I did not receive any funds.

Q.   Can you explain to the jury then why you let a $285,000 watch walk out the door?

A.   I knew of his celebrity status, and typically when you are
in the watch business, we go based on trust.  And when you're
dealing with a high profile client, this is based on trust, him
trying to bring me clients, so I am trusting him so I am --
obviously, this is a sale of a watch.  He's supposed to pay me
for it but this was the introductory sale.  I was hoping to
bring in more business to my company as I started my own
company and was looking to build it up hopefully with the
influence of somebody big.

Q.   You say the influence of somebody big.  Did you know who
Sean Kingston was at this time?

A.   Yes.

Q.   Okay.  Did he tell you anything else that gave you comfort
as to who he was or that he was good for it?

A.   I knew who he was.  I knew he was a famous singer, listened
to his music when I was in high school so I knew that he was --
he's made a bunch of music.  He's famous.  He's done many songs
with a lot of famous artists as well.  Justin Bieber being one
of them.

Q.   So there's Justin Bieber's name again.  Did he mention
Justin Bieber to you?

A.   Yes.

Q.   How many times?

A.   Plenty.

Q.   You say plenty.  How did that come up?

A.   Well, at the conversation when we were, you know, he had the watch and we were just talking, and he's telling me, you know, I'm friends with Justin Bieber.  We're doing a video shoot in two weeks.  I'm going to have you right there with me. You're going to meet him, and I'm going to introduce you to a bunch of other people as well.  Some other famous like rappers. A couple names he mentioned, Trippie Redd, Nba Youngboy, couple of -- and obviously Justin Bieber.  That was the big one.  That he said yes, in two weeks, I'm going to have you right there with me at a video shoot.

Q.   How did that make you feel?

A.   Excited.

Q.   Okay.  Why?

A.   Because it's Justin Bieber.  He's a famous artist.

Q.   How about the other names, or just the impressions generally you were getting at that time?

A.   I saw it as a potential opportunity to work with celebrity clientele.

Q.   You said you invoiced the defendant.  Let me show you Government's Exhibit 29.  Do you recognize 29?

A.   Yes.

Q.   What is Government's Exhibit 29?

A.   An invoice from Mazal Jewelers, Incorporated to Eyes Above Water, LLC and there is an invoice number, 10028, dated October 23, 2023 at the time of the sale, the date of the sale.

And there's the purchase order number again, and then there's the description of the watch that he took possession of which is Audemars Piguet Royal Oak Perpetual Calendar White Ceramic.  The model, 26579CB which is a 2021 with box and warranty card with a total unit price of $285,000.

Q.  Now it says shipped by FedEx, but you didn't send it to him, did you?

A.  No.

Q.  Now on page 2, what are we looking at?

A.  This is my bank information for him to send the wire transfer to.

Q.  Okay.  You mentioned then you continue to text with the defendant.  What happens next?

A.  Intruders Always Love My Momma was a song we were referring to in our conversation.  And the next one is 5261R which is a Patek Philippe Aquanaut which was a new release at the time in 2023.  Copy and I sent him a picture of one that I had available to me.  And he responded, "Sick.  French wanted to see.  I'm on Facetime with him now."  French, meaning French Montana, another rapper.

Q.  So you're continuing to discuss additional watches?

A.  Yeah.

Q.  Had you received payment at this point?

A.  No.

Q.  Can you read for the jury the continuation of your

conversation?

A.   I told him, "LOL.  This one just came out this year," and he responded, "Sent it to him just now, LOL.  Love yall, man. We locked in for life, my brother.  I won't let you down.  I promise I stand on doing great by great people.  It's hard to find.  Ya step pops sealed it, bro.  Love yall, man.  See you all tomorrow at 4."

I responded, "We had a great time hangin' out with you.  All love, brother.  My pops said the car guy sent you the info on the car.  It's 25K over list."

Q.   So what are you talking about?

A.   We were talking about a car that he was interested in. Nothing related to our deal.

Q.   Such as small talk?

A.   Yes.

Q.   What happens now on October 23rd at 7:45 in the evening?

A.   The first invoice was sent in a PDF file, and I told him, "Hey, brother, this is the invoice for the white ceramic. Sending you one in a few for the 5990" and the second invoice which is invoice 10029, Eye Above Water, is for the Patek Philippe 5990 rose gold that we were going to do a trade-in for his watch for, mine plus he would be paying the difference.

And he responded, "Got both, king.  Calling you now." And the bottom there is a colleague of the -- of Mr. Kingston, Luka Brazi, and he told me "guy's worth 180 million off legal

weed."

Q.  What happens next?

A.  I told him, "Think I've heard of him before.  Wow."  He told me, "Go in his page for ya page, you'll see.  His collection is insane.  He just told me he wants one.  He's doing dinner with his wife at Carbone but he's ready, ready.  See, brother, I'm already working for you."

I responded, "I appreciate you, my brother.

"It's over, brother.  Ima blow you up even more."

"Checking out his page right now" is what I responded, and he responded, "All my athletes friends as well."

Q.  Does the small talk continue?

A.  Yes.  I saw on his friend's page that he got the skeleton.  Both of them actually because there's two different models.  And he said, "Told you, LOL.  Guy's nuts.  Great friend of mines.  12 years in."  I responded, "That's amazing, bro."

I sent him an old picture that the wife had in her collection when she met him years ago.  I told him "wifey found this" and he responded, "wow, wow, wow, wow, wow, it was destin, my brother.  Sending to my mom now."

I responded with some hearts, and he responded with some hearts.

Q.  What happens then the next morning?  Had you received any payment yet?

A.  No.  He texted me, "Morning, my brother.  Biz manager has

everything ready to go, so soon as he gets in the office he will send wire out.  Send me the screenshot and I'll forward to you.  He's on west coast time though he's based in Arizona so 6:00 a.m. there."  And he responded -- I responded, "Morning, brother.  Thank you."

Q.  And at that point, did the defendant send you an audio message?

A.  Yes.

Q.  Okay.  I want to play for you Government's Exhibit 28A which is already in evidence.

                    (Audio played.)

**BY MR. ANTON:**

Q.  Government's Exhibit 28A, is this the type of conversation the defendant had with you about his connections?

A.  Yes.

Q.  About what he could do for if you continued the relationship?

A.  Yes.

Q.  Now we heard defendant Kingston just talk about I'm going to hook up with you later.

        If we can switch back to the ELMO.  What did you say at the top of page 11 Government's Exhibit 28?

A.  "Thank you, my bro.  Many blessings.  I definitely think we were meant to meet.  God works in mysterious ways.  I really appreciate you looking out, and I will think we'll do great

things.  Much love and see you later today."

Q.  Does the defendant give you an address?

A.  Yeah.

Q.  What is the address?

A.  4610 SW 178th Avenue, Fort Lauderdale, Florida, 33331.

Q.  And why is an address being exchanged?

A.  It's the address I'm supposed to meet him at.

Q.  Why are you going to meet him?

A.  To -- he invited me over to his house.

Q.  And what was your question?

A.  "Okay, bro, this your house?"  He responded "Yes."

I said "Got it."

Q.  Why are you being invited over to his house?

A.  He wanted me there to introduce me to his mother, his realtor.  He wanted me to show his new house that he said, oh, I just bought this new house and I never even seen it.

Q.  What happens next?

A.  "See you soon, brother.  Hey, brother, can you send me the address."

Q.  Why are you asking for the address again?

A.  This is later on in that -- on that Tuesday.  This is 5:00 p.m., so we were at his house over in Southwest Ranches.  And then we went to -- we were going to follow him to his other house over in towards the beach.

Q.  And what happened -- let's back up.  What happened when you

were at his house in Southwest Ranches?

A.   I was introduced to his mother, to his realtor.  Couple other individuals there at his house.  And his mother had told me yes, we're working with the business manager right now and we're going to get you your wire transfer, and as soon as we have the confirmation of the wire transfer, we'll send it to you immediately.

Q.   Do you see the defendant's mother in court here today?

A.   Yes.

Q.   Can you please point her out and identify her with an article of clothing she might be wearing?

A.   Pink button down blouse.

MR. ANTON:  Your Honor, let the record reflect the witness identified the defendant, Janice Turner.

THE COURT:  The record will so reflect.

**BY MR. ANTON:**

Q.   So you're at the Southwest Ranches home discussing what, finances?

A.   Discussing when the wire will be hit, and he was showing me his new house.  He said I just bought this new house.  I never even seen it yet.  The house was empty; practically empty when we got there.

Q.   What do you mean, like no furniture?

A.   Didn't see any furniture.

Q.   Just a shell of a house?

A.  For the most part, yeah.

Q.  You see any cars?

A.  There was some cars parked out front, yeah.

Q.  What type of cars were out front?

A.  I remember seeing the car that he came the day before.  It was a Maybach.

Q.  Okay.  What kind of vehicle is a Maybach?

A.  Mercedes Benz Maybach.

Q.  High end?

A.  Yes.

Q.  Expensive?

A.  Yes.

Q.  What happens after you discuss finances with mom and Sean Kingston at the Southwest Ranches house?

A.  Well, after we -- she had told me, yeah, the business manager's going to send me the wire transfer.  I'll send it to you.  We were -- he was saying come with me to my other house. I'll show you my other house.  It's over by the beach, just follow me.

Q.  Is that the second address you're given, the 3325 NE 18th Street?

A.  Yes.

Q.  Do you go there?

A.  Yes.

Q.  Okay.  What happens at 9:45 in the evening?

A.  I had left his house around 7:00 or 7:30, and he had told me come back later.  So I said okay.  So I was coming back later.  I texted him at 9:45.  "Hey, brother we just got here."

Q.  What was the defendant's response?

A.  "Huh?  Mom said we were linking tomorrow.  She went to sleep so I left to circle house studio to link French."  French Montana.

Q.  So he wasn't there?

A.  No.

Q.  Okay.  Were you confused by with the fact that he wasn't there?

A.  Yes.

Q.  So what did you respond?

A.  "Hey, Sean.  I was texting your mom to see if I could stop by to pick up the watch tonight since I was still in the area and already made commitments for someone to pick up the watch from me early in the morning by Miami.  Can I come by you early in the morning tomorrow?  You know, I appreciate you guys but I have some other people relying on me to process their own transactions and still also need to get that watch polished."

Q.  So what watch are you talking about?

A.  This is in referring to a second deal that he wanted to do which was his Patek Philippe 5980 rose gold plus an additional $105,000 wire transfer in exchange for a 5990 rose gold Patek Philippe.

Q.   So a trade?

A.   Correct.

Q.   And you were looking to pick up the watch he was trading?

A.   Yes.

Q.   Okay.  What happens next then?  Did you get a response that evening?

A.   No.

Q.   What happens the next morning?

A.   "Good morning, brother.  I need to pick up the rose gold Patek 5980 to take it to Miami to get it polished and checked as soon as possible.  To fulfill your order tomorrow, my guy was holding the spot for me.  I need to take it with me.  I can be by you at 10:30 then rush to Miami."

Q.   Did you get a response that day?

A.   No.

Q.   Did you text him again the following day on October 26th?

A.   Yes.

Q.   What did you say?

A.   "You called."

Q.   And do you get a response?

A.   No.

Q.   Do you get a response ultimately at any point in time?

A.   Not until November 1st.

Q.   And what was that response?

A.   "Just spoke to Dennis."

Q.  Continue.

A.  "It's getting handled as we speak, please call."  Then on Tuesday, "I paid Dennis 200K.  It's 85K left.  Call me back ASAP."

Q.  What does that mean?

A.  Dennis was my former boss.

Q.  Okay.  So while you were communicating with the defendant, Sean Kingston, were you also communicating with his mother, Janice Turner, pursuant to his instructions?

A.  Yes.

Q.  Let me show you Government's Exhibit 28D.  What's happening here?

A.  On the top there is the amount that was supposed to be wired into my account.  I responded "we need the confirmation that the wire was sent."

Q.  Okay.  Now at the top, it says Janice Turner with a circle of JS.  Let me show now Government's Exhibit 26.  Do you recognize Government's 26?

A.  Yes.

Q.  What is Government's Exhibit 26?

A.  My contact in my phone for Janice Turner, Sean Kingston's mom.

Q.  And what is that phone number?

A.  954-770-4578.

Q.  And again, your conversations with defendant Turner, yours

is in blue on the right?

A.   Yes.

Q.   And she's in white on the left?

A.   Yes.

Q.   So how does this conversation start then?

A.   The Tuesday evening, "Hey, brother.  Wire has been sent. Sending you confirmation now.  Great meeting you guys.  Sorry I was dealing with so much with Sean's new house.  Sean video shoot with Justin," referring to Justin Bieber, "is two weeks away.  Please after the watch on Thursday, no more, LOL.  He has enough, trust me."

Q.   What happens next?

A.   "Hey, thank you.  Awaiting for the confirmation.  He has a lovely new house.  You're blessed to have an amazing son.  I'm going to help him sell the watches he doesn't want anymore."

Q.   Is there a response from defendant Turner?

A.   "See you guys Thursday for the other" it was like the other 105K wire.  "It has to be early because he leaves for his shows Thursday night."

        I responded, "yes, if you can please send the 105K in the morning.  I'm going to pick up -- pick it up Thursday morning and bring it to him.  I need the confirmation for the bank before releasing the watch."

Q.   And is there a response?

A.   "I'm confused.  We sent you $285,000.  He said you're going

to bring the other purchase on Thursday and we do the deal at his house.  Now you're saying different.  Going to sleep.  See you guys tomorrow.  Thank you."

Q.  Okay.  How do you respond?

A.  "Sorry for the confusion.  Sean is doing a trade-in on the second watch and he's wiring the difference for the new watch I'm bringing Thursday.  The 285 is for the watch he bought on Monday.  I was trying to call you to explain it to you."

Q.  What is sent to you?

A.  She replied on top of that, "Yes, and that was sent.  Here it is."  This was the wire confirmation I received from Janice Turner.

Q.  Okay.  Indicating how much?

A.  $285,000.

Q.  Now, what does this state, the next line?

A.  "Sorry, thought it was sent."  And I replied, "Great.  I sent it to my bank.  They said the picture isn't clear.  Could you send a picture of the outbound wire through the Bank of America app.  Thank you so much."

Q.  So up until now, that screenshot is all you got?

A.  Yes.

Q.  And what is the response?

A.  "It's late.  I will contact you with business manager in the morning."

Q.  How does the conversation continue?

A.   "I understand.  I did make a commitment with another business to get the watch from me early in the morning. Originally I was under the impression we were meeting tonight. We're actually in the area already.  Is it possible I could just get the watch from you now so I can honor the other commitments I already made.  Either way, I appreciate you guys."

Q.   What happens next?

A.   She replied, "Not with Sean.  I think he went with engineer so text him.  Appreciate you as well."

Q.   Let me show you Government's Exhibit 30.  Do you recognize Government's Exhibit 30?

A.   Yes.

Q.   What is Government's Exhibit 30?

A.   The wire confirmation I received from Janice Turner.

Q.   From which company?

A.   Bank of America.

Q.   And who is the supposed client?

A.   Eyes Above Water, LLC.

Q.   And in the amount of how much?

A.   $285,000 U.S. dollars.

Q.   And who's the receiver of these funds?

A.   Mazal Jewelers, Inc.

Q.   And the date this wire transfer was purportedly sent?

A.   October 25, 2023.

Q.   Okay.  Now previously in the text thread, she had sent it to you the day earlier, is that right?

A.   Yes.

Q.   So, on Tuesday, October 24th, you're texting with the defendant?

A.   Yes.

Q.   And that was one of the attachments?

A.   Yes.

Q.   And on the text that was sent to you on October 24th, it had a wire date of October 25th?

A.   Yes.

Q.   So you were texted a wire receipt for a wire that hadn't even been sent yet?

A.   Yes.

Q.   Did this wire ever come through?

A.   No.

Q.   Showing you Government's Exhibit 31.  Do you recognize Government's Exhibit 31?

A.   Yes.

Q.   What is Government's 31?

A.   A bank statement from my company, Mazal Jewelers, Inc.

Q.   Why are we looking at bank statement for your company, Mazal Jewelers, Inc.?

A.   Because from the dates down below, from October 5th to October 30th, there was no incoming wire for $285,000 from Eyes

Above Water, LLC.

Q.   So when the money never came, what happens next?

A.   I realized what was going on.  I've seen many, many thousands of wire transfer confirmations in my business so I took this to my bank.  I showed them this and I said is there any incoming wire from a Bank of America account to my account?  They told me no, and they said that this doesn't look -- this wire confirmation you received doesn't look original.

Q.   Okay.  And what's going through your mind at that point?

A.   I'm being scammed.

Q.   So what happens next?

A.   Well, I have to notify the authorities of what's going on.

Q.   Do you attempt to reach out to either defendant Kingston or defendant Turner to find out what's going on?

A.   After that Wednesday, there was no communication between me and either of them.

Q.   What do you mean, like they just didn't answer you or you didn't try?

A.   There was no answer.  I had sent the last message was on Wednesday, and that was the last text message I sent or received from any of them.

Q.   So ghosted?

A.   Yeah.

Q.   So what happens next then?

A.   I file a police report and report the watch as stolen.

Q.   What's happening now internally with you and the watch itself?

A.   I'm responsible for this watch.  This watch belongs to a private party which I have authorization to sell the watch for this private client.

Q.   Okay.  So let's explore that with the jury real quick.  Do you have in your business an inventory of jewelry and watches?

A.   At the time, I was -- I didn't have any physical inventory.  The inventory I was selling belonged to my ex-boss, Dennis Gold.

Q.   So can you explain.

A.   I worked for a company, Gold Watches, Incorporated from 2018 until 2023, and the watches I was advertising and selling were his.  They belonged to him.  I'm under his company.

And in 2021, he told all the employees that worked for him that commission was not being paid through his company anymore.  That it was going to be paid through our own companies which we all set up.

I started Mazal Jewelers in 2021 which is what he told me to do.  So the watch -- fast forward here.  The watch -- the watch that he had, that I had sold him on that Monday was -- it belonged to a private party which was given to Dennis Gold and I had authorization to sell this watch.

Q.   So you were the salesperson for this watch?

A.   Correct.

Q. And any payment for the watch was to go through you?

A. Correct.

Q. So now what happens when you tell your boss I'm out $285,000?

A. I told him what happened. He said file a police report immediately, report it as stolen.

Q. And was that done?

A. Yes.

Q. What happened to you in terms of your employment with his company?

A. I was immediately fired. I lost my job. I lost all credibility in the watch business. I was basically blacklisted, and I've been doing this for quite some time. I've built established relationships with some of the top guys in the business. They all knew me. They trusted me. I had credibility with everybody and I lost everything. I was not able to sell another watch after that.

Q. And just to confirm, what is your phone number? Your cellphone number?

A. 954-400-9300.

MR. ANTON: Nothing further. Thank you.

THE COURT: Cross-examination.

MS. BOZANIC: Thank you.

THE COURT: Ms. Bozanic, your witness.

MS. BOZANIC: Thank you, Judge.

- - - - -

**CROSS EXAMINATION OF MOSHE EDERY**

**BY MS. BOZANIC:**

Q.  Good morning, Mr. Edery.  My name is Zeljka Bozanic.  Have we ever met?

A.  No.

Q.  All right.  Sean initially contacted you through Instagram, right?

A.  Yes.

Q.  And you never met him before that?

A.  No.

Q.  You negotiated or you started negotiating two different deals?

A.  Yes.

Q.  Okay.  So the watch that he wanted to purchase was the white AP, correct?

A.  Yes.

Q.  And then you also talked about the Patek which is 5980 that he wanted to trade possibly for a 5990?

A.  Yes.

Q.  And the 5980 is much cheaper -- well, not much cheaper.  It's a little bit cheaper than the 5990 so he would have to pay the difference, correct?

A.  Yes.

Q.  But that was never finalized as far as the trade.  He said

Q. that he possibly wanted to trade, but he didn't say yes, let's go?

A. That's correct. We never did that deal.

Q. Now, this all happened on October 20th when you started talking to each other, correct?

A. He reached out to me on Thursday before that, so the 20th I believe it was, yes.

Q. Okay. And you said that your place of business is off of Griffin. 2874 Griffin Road, I believe you said?

A. 2974 Griffin Road.

Q. Now this is a standalone business right next to -- it's in between 441 and 95, correct, on Griffin Road?

A. Yes.

Q. And it's owned by -- the actual building is owned by Meyer Minyan, correct?

A. Minyan Realty Group, yes.

Q. And the CEO of Minyan Realty Group is Meyer Minyan?

A. Yes.

Q. And he rents this building or the little suites within the building to different people?

A. Yes.

Q. And one of the tenants is some kind of a car dealership or a guy. It's a solo guy who just has like a leasing company inside?

A. He was there. He's no longer a tenant there anymore. He

was there at the time.

Q.   At the time when this was happening, he was there, correct?

A.   Yes, he was there.

Q.   And Meyer Minyan is actually an entrepreneur who has many different businesses.  Would you agree with that?

A.   I know he has a real estate business, yes.

Q.   Okay.  Meyer Minyan used to be a -- he used to live in New York, right?

A.   Yes.

Q.   And when you walk into Meyer Minyan's office, he has a whole wall of pictures with famous people, correct?

A.   In his office, yes, he does.

Q.   Okay.  And these famous people are like rock stars from the 1960's and '70s or '80's.  I'm not -- basically people before our time, correct?  Before yours and my time, I guess?

        MR. DOMINGUEZ:  Objection.

        THE COURT:  One moment.  What's the objection?

        MR. DOMINGUEZ:  I withdraw the objection.

        THE COURT:  You can answer, sir.

        THE WITNESS:  He has plaques on his wall of artists, yes.

**BY MS. BOZANIC:**

Q.   He used to be in the music business, correct?

A.   A long time ago, yes.

Q.   And he worked with different stars?

A. Yes.

Q. And Meyer Minyan is your stepfather, correct?

A. Father-in-law.

Q. Father-in-law. I'm sorry. Father-in-law, correct?

A. Yeah.

Q. All right. Now, Meyer Minyan is also on the corporation of Mazal Jewelers, correct?

A. He was listed there, yes.

Q. Okay. At the time, he was your business partner. He had an interest in the company, correct?

A. He had interest, yes.

Q. All right. And you rent from him. Your office is within his building, correct?

A. I don't rent the office space. He allows me to use it when I need it.

Q. Okay. Well, I'm not asking whether you actually pay him. Obviously, it's your family but your business is within his building, correct?

A. Yes.

Q. All right. Now, you said that you worked for Gold -- remind me the name of the company?

A. Gold Watches, Inc.

Q. Okay. And is this a company that has an office in the Seybold Building?

A. Yes.

Q.   Now, when you got contacted by Mr. Kingston, you obviously didn't have these watches that you wanted to show him within that office building on Griffin, right?

A.   No.   The watches were not at that location, no.

Q.   And you wouldn't leave the watches at that location overnight because, you know, it's not I guess an area that you would feel comfortable leaving watches overnight, correct?

A.   Yes.

Q.   All right.   And what you had to do is you had to go to the Seybold Building and pick up the watches that Mr. Kingston wanted, right?

A.   I went to the Seybold to pick up one of the watches for him.

Q.   And that was the white AP?

A.   Yes.

Q.   The $285,000 watch?

A.   Yes.

Q.   You already testified you didn't own that watch, right?

A.   Yes, I'm not the owner of the watch.

Q.   All right.   Dennis, the owner of the company, didn't even know that you got the watch from the safe, is that correct?

MR. ANTON:   Objection.   Calls for speculation.

THE COURT:   Well, overruled.   If he knows.   You can answer the question.

THE WITNESS:   He was notified by a colleague of mine

that I was taking the watch to show it to Mr. Kingston, yeah.

**BY MS. BOZANIC:**

Q.   After you took the watch, correct?

A.   He was bringing -- my colleague was bringing it down to me. I was outside, yes.

Q.   But you did not ask Dennis for permission to take the watch.  You just took the watch without authorization, correct?

A.   With Dennis, I did not.  But the owner of the watch itself knew I was selling it.

Q.   Dennis owns the Gold Watches, Inc., correct?

A.   Yes.

Q.   The watch, the AP, the white AP that you took that somebody took for you out of the safe belonged -- well, it was in the safe of Gold Watches, correct?  Gold Watches, Inc.?

A.   Yes.

Q.   Okay.  And when you got that watch in your hand, you did not ask permission of the owner of Gold Watches to take the watch, right?

A.   I have authorization to sell any watch as an employee of Gold Watches, Inc.  I can sell -- I can take a watch from the safe any time I want and if it's for selling it, yeah.

Q.   So you mean to tell me that you have authority to take a $285,000 watch out of the safe without notifying the owner?

A.   I do it all the time.  That's how we did business.  I would open the safes even when I was working there.

Q.  Okay.

A.  I had all the combinations and everything.

Q.  So at some point, you used to work there but then you testified that in 2021, you had to open your own company and you had your own office on Griffin, right?

A.  I was still working in the Seybold Building at that time.

Q.  All right.

A.  Under Dennis Gold.

Q.  So some employee brings you the watch down.  You don't go upstairs, correct?

A.  No.

Q.  And no, it's not correct, or you just don't go upstairs?

A.  I don't go upstairs.

Q.  You then drive back to Griffin and you have the watch ready when you meet Sean, right?

A.  Yes.

Q.  And you -- when Sean gets there, your father-in-law, Meyer Minyan is there, right?

A.  Yes.

Q.  And you guys spent hours together, isn't that right?

A.  We were talking, yes.

Q.  It was hours?

A.  Few hours, yeah.

Q.  You guys kinds of clicked, you had fun?

A.  We had a good time.  We were talking, yes.

Q.  Because you already said your wife was a big fan of Sean Kingston?

A.  She was a fan, yeah.

Q.  And you even sent them later on a photo that she dug up from somewhere of when she met him?

A.  From a long time ago, yeah.

Q.  And, in fact, Meyer Minyan spoke to Sean about all of his contacts and things he used to do in the music industry?

A.  They spoke about what he used to do in the music industry. Yes, they did.

Q.  And you guys even said that you just had dinner with French Montana a few days before that, right?  And you were trying to sell him a watch?

A.  I did not say that.  I did not say I had dinner with French Montana, no.

Q.  Do you know if your father-in-law had dinner with French Montana?

A.  He did not.

Q.  Okay.  So do you remember any conversation about French Montana while you were just talking that night?

A.  A buddy of my father-in-law's had dinner with French Montana, yes.

Q.  And was that buddy there?

A.  No.

Q.  So do you remember any conversation from your father-in-law

with Sean about any kind of dinner with French Montana?

A.  They were talking about some dinner with French Montana, yes.

Q.  Isn't it true that you were also trying to sell a watch to French Montana?

A.  I was.

Q.  And didn't Sean Kingston get on Facetime with French Montana that day and say, "hey, French, look who I ran into" and kind of introduced you guys?

A.  That wasn't on Monday.

Q.  Okay.  When was that?

A.  That was Tuesday.

Q.  Okay.  So at some point, Sean took his phone, called French Montana on Facetime and you guys were kind of laughing and talking, right?

A.  Yeah.

Q.  You got introduced to French Montana?

A.  Yes.

Q.  Okay.  And, in fact, he told you he was going to try to bring you French Montana as a client so you could make some more money?

A.  Yes.

Q.  He also kind of clicked with your father-in-law, would you -- would that be fair to say?

A.  They hit it off.

Q.  Yes.  They had a lot of stuff in common, right?

A.  Mostly music, but yes.

Q.  Okay.  And Sean even discussed with your father-in-law giving him a chance to possibly be either his manager or, you know, get back into the waters of music?

A.  Something like that.  I wasn't involved.  I wasn't really paying attention to their conversation.  They were talking about that and I was just spectating.

Q.  Okay.  And your father-in-law used to hang out or manage Fat Joe, right?

A.  I don't know if he did or not.  To be honest, I don't know.

Q.  Was there some conversation, or is it your understanding that your father-in-law was kind of negotiating or talking to Sean about possibly doing some kind of business and coming back into the music industry?

A.  They were talking about something related to the music industry.  I don't know if it was related to him bringing him back into the music industry.  I know they were talking about the music industry.

Q.  And Sean got to see that plaque on a wall of all the different stars that your dad had pictures with, correct?

A.  Yeah, he has some pictures hanging up.

Q.  Okay.  Now, you even tried --

THE COURT:  Ms. Bozanic, I don't want to interrupt you.  We're going to take our break whenever you get to a

natural resting place in the next five to ten minutes.  You'll have more time after lunch, okay?

MS. BOZANIC:  Okay, Judge.

THE COURT:  Just wanted to tell you.

MS. BOZANIC:  Thank you, Judge.

**BY MS. BOZANIC:**

Q.  Now, after Sean left that night, he even sent you a picture of the watch that he was talking to French Montana about, right?

A.  I sent him that picture.

Q.  Okay.  And so what was he supposed to do with the picture?

A.  Send it to French Montana because that's the one he was interested in.

Q.  You were hoping that Sean would kind of push the sale onto French, meaning bring you more business?

A.  Yes.

Q.  Okay.  And as far as the AP $285,000 watch, what was your cut out of it if you took it from Dennis Gold?

A.  My commission from the sale?

Q.  Yes.

A.  $20,000.

Q.  You did not have permission from Dennis Gold to give a watch to Sean to just leave the building with it, right?

A.  I was an employee of him and the way we did business is is I'm an employee.  If I have a customer for a watch, I can take

the watch, show it to the customer.

Q.   Okay.   But that was not my question.   When you just handed a $285,000 watch to a person that you just met, obviously somebody that you've known because he is a famous musician, you just literally handed a $285,000 watch to a person you just met, correct?   Can we agree on that?

A.   I had just met him, yes.   He was in possession of that watch, yes.

Q.   You didn't receive any wire receipts at that time before you released the watch?

A.   I did not.   I had sent him all the information to send me a wire transfer.

Q.   You sent him the information for the wire transfer at 7:45 p.m. after he already left, correct?

A.   He had my bank information at the time he was still there.

Q.   You sent him a text with the wire information at 7:45 p.m., correct?

A.   The bank information?

Q.   The wire, the invoice.

A.   The invoices were later.   The bank information he had.   He was still sitting there and then he also -- I had texted him the company that he wanted me to invoice.

Q.   Okay.   That was at 7:45 p.m. on October 23rd, correct?

A.   I don't know the exact time, but it was later on in the evening I had sent him two invoices.

Q.   I'm going to show you Government's Exhibit 28 that's already in evidence, page 7.  Can you tell me what time you sent him the invoice if that refreshes?

A.   7:45 p.m.

Q.   That would be on October 23rd?

A.   Monday, October 23rd, yes.

Q.   At that point, Sean Kingston was already out of your office, right?

A.   Yes.

Q.   You let the watch go, correct?

A.   Yes.

Q.   Okay.  Now, Dennis Gold, you didn't call Dennis Gold and say, "hey, can I just give this guy that I just met today a watch to take home?"  You didn't call him that day, right?

A.   I didn't call him that day.

Q.   He had no idea that you just released a $285,000 watch to somebody?

A.   I didn't tell him that the sale was done yet.

Q.   Now if a non-famous person came into your store, would you just let that watch go with no wire, no money or anything like that?

A.   I would not release a watch to somebody that -- yeah, I would not release a watch without the funds.

Q.   Have you ever released a watch before to famous person or anybody like that where they just walk out of the door with a

watch?

A.  Yes.

Q.  Okay.  Was it a famous person or somebody that you've known before?

A.  Very famous person.

Q.  Okay.  Did you know them from before?

A.  No.

Q.  Now, on October 24th at 9:00 a.m. Sean told you that his business manager has everything ready and you were waiting for something from the business manager, correct?

A.  I was waiting on a wire confirmation from his mother who was supposed to send it to me which she was supposed to receive from the business manager.

MS. BOZANIC:  Okay.  Judge, has it been five minutes now?

THE COURT:  If you want -- is this is a good place?

MS. BOZANIC:  Yes, your Honor.

THE COURT:  We're going to take our lunch break, ladies and gentlemen.  We'll see you back here at probably about 1:25.

Let me just remind you don't discuss the case.  Don't deliberate along the way.  Don't do any outside research.  And continue to keep an open mind and you'll get all the evidence before you deliberate.  Have a nice lunch.  All rise.

(Jury exited the courtroom at 12:12 p.m.)

THE COURT:  You all may be seated.

MR. DOMINGUEZ:  We were going to ask you to admonish the witness about not talking to anybody.

THE COURT:  You can bring the witness back.  Go get the witness.  I'll remind him although I'm sure the Government meets its obligations.  When he's on cross he tells him that, I'll do it for you, Mr. Dominguez.

MR. DOMINGUEZ:  I appreciate it, your Honor.

(Mr. Edery returned to the courtroom at 12:13 p.m.)

THE COURT:  Sir, I just wanted to tell you -- let the record reflect the witness has returned to the courtroom.

Sir, you can stay right there.  Just wanted you to know we'll see you back here at about 20 minutes after 1:00 and because you're still on cross-examination, you should not discuss your testimony or anything about the case.  You shouldn't talk to the Government on the lunch break.  You shouldn't talk to anyone about your testimony, okay, during the break; understand?

THE WITNESS:  Yes.

THE COURT:  Thank you very much, sir.  We'll see you at 20 minutes after 1:00.

Anything else that counsel wishes to do?

MR. DOMINGUEZ:  No, your Honor.

MS. BOZANIC:  No, your Honor.

MR. ANTON:  No, Judge.

THE COURT:  I'll see you.  Thanks.

THE COURTROOM DEPUTY:  All rise.

(Luncheon recess was taken from 12:14 p.m. - 1:24 p.m.)

THE COURT:  T, you ready.

THE COURTROOM DEPUTY:  Yes, sir.  Recalling the matter of the United States versus Janice Eleanor Turner and Kisean Paul Anderson, case number 24, criminal, 60126.

Counsel, please re-announce your appearances for the record beginning with the Government.

MR. ANTON:  Good afternoon, your Honor.  Marc Anton and Trevor Jones on behalf of the United States.

THE COURT:  Good afternoon.

MS. BOZANIC:  Good afternoon, your Honor.  Zeljka Bozanic and --

MR. ROSENBLATT:  Bob Rosenblatt for Mr. Anderson.

MR. DOMINGUEZ:  Humberto Dominguez on behalf of Ms. Turner.

THE COURT:  Good afternoon to you all.  I think you all want to take something up with me before we bring out the jury or no?

MR. ANTON:  Judge, we can do it on the next break.  It's not relevant to this particular witness who's being crossed now.  It's not relevant to the next witness, but it will be relevant to Agent Cook.

THE COURT:  I like how you guys think.  We're not wasting the jury's time.  We'll take it up on the next break.

We're on cross of this witness, so you can go get the witness and put him in the box and, sir, if the jury's ready to

go, we're ready to go.  All rise.

(Witness returned to the courtroom at 1:25 p.m.)

THE COURT:  Sir, welcome back.  You can take your seat in the witness box.  Jury's needs to be gotten in my courtroom. Thanks.  Thank you.  Thank you, David.

THE COURT SECURITY OFFICER:  All rise for the jury.

(Jury entered the courtroom at 1:26 p.m.)

THE COURT:  Welcome back, everyone.  Please be seated. Hope you enjoyed your lunch and your break.  Ladies and gentlemen of the jury, we're going to continue with our cross-examination.

Ms. Bozanic.

MS. BOZANIC:  Thank you, your Honor.

- - - - -

**CONTINUED CROSS EXAMINATION OF MOSHE EDERY**

**BY MS. BOZANIC:**

Q.  Mr. Edery, we discussed the Seybold Building about a half an hour ago or an hour ago.  Do you remember that?

A.  Yeah.

Q.  Can you tell the ladies and gentlemen of the jury what is the Seybold Building?

A.  It is a building located in downtown Miami.  It's a hub of jewelers and watch dealers.

Q.  And it has about seven floors more or less?

A.  It's about ten floors, yeah.

Q.   Okay.  And it's a pretty big building, would you agree with me?

A.   Yes.

Q.   It's probably about the size of this federal courthouse?

A.   More or less.

Q.   Okay.  If somebody needs to buy jewelry, would you say that that's the main place where you go to get a good deal?

A.   It's one of the places you would go to buy jewelry, yeah.

Q.   But if you could think of one hub like a place where all the jewelers like if somebody wants to buy watches or buy high end jewelry, would that be the Seybold Building?

A.   Yes.  For Miami, yes.

Q.   Now, let me ask you this:  You testified earlier that Mr. Kingston stopped responding to you, right?

A.   Yeah.

Q.   And at some point, you text him and you say you called.  Do you remember that?

A.   Yes.

Q.   That was on October 26th at 7:31 p.m.?

A.   Yes.

Q.   Did you miss his phone call?  What did that mean, "you called?"

A.   I missed his phone call.

Q.   Okay.  So the last time he called you was October 26th?

A.   That's correct, yeah.

Q.   All right.   The next message from Mr. Kingston is November 1st, right?

A.   Yes.

Q.   Which would be, I guess, five or so days later?

A.   Yeah.

Q.   And in that message, he tells you "just spoke to Dennis. It's getting handled as we speak.  Please call."  Correct?

A.   Yes.

Q.   Did you call him?

A.   Call who?

Q.   Sean.

A.   No.

Q.   You were aware that he stopped responding at some point because Dennis reached out to Sean directly through a mutual friend?

          MR. ANTON:  Objection.  Calls for hearsay.

          THE COURT:  One moment.  Sustained.

**BY MS. BOZANIC:**

Q.   Dennis was your boss, correct?

A.   He was my boss, yes.

Q.   Do you know why Sean responded -- stopped responding to you?

A.   I don't know why he stopped responding to me, no.

Q.   Okay.  Do you know that Sean paid Dennis directly the full $285,000?

A.   I don't have any knowledge of that.

Q.   So you never learned that this watch was paid for directly to Dennis?

A.   No.

Q.   You testified that you were blacklisted in the building, in the Seybold Building, right?  Correct?

A.   I was blacklisted across all watch dealers locally and abroad.

Q.   And, in fact, you now have a different type of a job, right?  Completely different industry?

A.   Yeah.

Q.   Okay.  And Dennis fired you, or no longer will work with you, correct?

A.   Yes.

Q.   And you were blacklisted because you took a watch from Dennis without authorization and released it to a person without authorization from Dennis, isn't that true?

A.   I have authorization to take a watch.  I worked for Dennis, and in our business, if I'm an employee, I can take a watch and sell it to a client.

Q.   So you testified that watch dealers do this all the time, right?  If you have a client, you just let the watch go with somebody and you get paid later, right?  That's what your testimony was?

A.   With celebrity clients --

Q.   Yes.

A.   -- watches are released and payment is expected as was agreed upon in our deal, yes.

Q.   But you were blacklisted because you did something that you were not supposed to do.  You took this watch when you had no permission from Dennis to do so and released it to somebody you had no permission from Dennis?

A.   I was blacklisted because I released the watch without getting paid first.  That's why I got blacklisted.

Q.   So your testimony today is that you did not get blacklisted because you took the watch from Dennis without his authorization and released it to Sean Kingston without asking Dennis if that was okay first.  Is that your testimony today?

A.   I'm sorry, repeat that one more time.

Q.   Is it your testimony today that you were blacklisted because you did not get paid versus taking the watch from Dennis without his authorization and then on top of that, releasing to it a third party without calling Dennis first and making sure that was okay?

A.   To my knowledge, I was blacklisted because I released a watch of such high value to somebody without being paid first.

Q.   And where did you get that knowledge from?

A.   That's from -- that's what I've heard amongst other watch dealers who I have spoken to after this happened.

Q.   So no other watch dealers in the United States, Europe,

Asia, anywhere in the world will work with you, correct?

A. Yes.

MS. BOZANIC: Thank you. No further questions.

THE COURT: Mr. Dominguez, cross-examination.

MR. DOMINGUEZ: Yes. Thank you, your Honor.

- - - - -

**CROSS EXAMINATION OF MOSHE EDERY**

**BY MR. DOMINGUEZ:**

Q. Good afternoon, Mr. Mazal.

A. Good afternoon.

Q. A few questions. What type of training did you receive in order to be a high end watch dealer?

A. I learned everything from my ex-boss.

Q. Well, describe to the jury, what is it that exactly goes into learning about being a dealer of these watches.

A. Well, the first thing is to learn the models, learn the complications of the watch, learn its functions, learn how it operates.

And then in terms of learning how to price a watch, it's all about becoming familiar with monitoring the market similar to how stocks work. You monitor the market, see where the prices are fluctuating and that's where you would know how to learn how to buy a watch or learn how to sell a watch is by just monitoring the market and also being -- working in the industry hands-on. You get a better feel of the watches

themselves and where they -- what price they need to be sold at.

Q.  And is part of your training is in determining fakes, correct?

A.  It wasn't necessarily part of training.  I learned how to determine a fake from an original.

Q.  Right.  Well, I'm asking you in general how you became familiar with the business.  So one of the things you have to do is to learn how to tell between a real and a fake, correct?

A.  Correct.

Q.  And part of that, too, did you also learn how to -- well, are there also fakes that have the exteriors are real but the interior is a fake?

A.  That's correct and vice versa.

Q.  So often time when you're dealing with a high end watch, you have to open it, correct?

A.  Depends on the watch, but sometimes, yeah.

Q.  And that's how you determine whether or not the machinery is actually real?

A.  Yes, you would have to sometimes open the watch to determine if the mechanical movement is original.

Q.  Original, right?

A.  Yes.

Q.  Because that affects the value tremendously?

A.  Oh, a hundred percent.

Q.   The other thing you look for in the business is stolen watches, correct?

A.   Yes.   We have to be aware if a watch is reported stolen.

Q.   Right.   And how do you do that?

A.   We'll -- typically if it's a Rolex or Audemars Piguet, Patek Philippe, if the customer were to take it into a store, a local authorized dealer, they could check the watch and if they see that the watch has been reported stolen, it probably would come up on their system.

Q.   How is that determined?

A.   I know that with Rolexes, because when Rolex, you buy a watch from Rolex directly, if you're buying Rolexes from a third party dealer, some customers want the peace of mind to take it into an authorized dealer and they can determine if the watch has been reported stolen by checking the serial number of the watch.

Q.   These all these watches have serial numbers, correct?   Any of the high end, not like a Timex.

A.   Rolexes lacks, AP, Patek Philippe, Richard Mille all the have serial numbers.

Q.   Do you often list in the invoices the serial numbers so that the customer has the peace of mind that they're buying this watch with this serial number and they can check that it's not a stolen watch, it's not a fake watch and it's not a combination like a Frankenstein where they put different pieces

from other watches on it.  I know it was a compound question if you don't understand --

A.  No, I understand the question.  I mean, yes.  Sometimes when billing or invoicing, yes, we will put the serial number on an invoice.

Q.  Right.  Your industry, you're really in the industry of used watches, right, correct?

A.  New and preowned, yes.

Q.  Preowned because these watches, although they fluctuate a little bit in value, these are items that generally retain value for extensive and long periods of time, correct?

A.  Depends on the model, but sometimes, yes.

Q.  I mean, some just even gain value over time?

A.  Not in today's market but yes, a couple years ago.

Q.  Like the older -- some of the older Rolexes with the plastic and stuff like that?

A.  The vintage ones, yes, because there's still a market for vintage.

Q.  So these are all the things that you learned about how each watch has a serial number, how there are fakes in the market, how there are fakes that include fake machinery, and you also learn about the stolen watches, correct?

A.  Yes.

Q.  And you learned all of that through experience in working in the Seybold Building?

A.   Yes.

Q.   You were asked about the Seybold building.  Seybold Building is outside of New York City, it's like the jewelery central, right, pretty much?

A.   That's -- if you're familiar with 47th Street in New York, it's that in a nutshell --

Q.   So --

A.   -- in one building.

Q.   It's the south Florida version of that.  It's, you know, high energy, watches flying left and right, movement.  A lot of people in and out of that building all day long, and it's a tremendous amount of money moving up and down there, correct?

A.   Yes.

Q.   And the security is like as high as can be?

A.   There's armed security on every floor.

Q.   Cameras everywhere.  I mean, every person that comes in there is on camera from the minute they walk through the vestibule to the any office that they go to, correct?

A.   Yes.

Q.   And that's one of the places that you were working at, right?

A.   Yes.

Q.   Now you said you were an employee.  I want to touch base with you before I go further into the facts in this case.

When you say you're an employee, did you actually get

a W-2 form?

A.   Yes.

Q.   So how did he pay you?

A.   I would get a weekly salary check.

Q.   You got a weekly salary check, and he took out withholding and tax and all that stuff, right?

A.   Yes.

Q.   And on top of that, you were paid a commission?

A.   Any sales I would do, I would get paid commission, yes.

Q.   What was the -- how did the commission work?

A.   It was paid commission to my company.  That's when I opened my company and all commission was paid there.

Q.   So, let me -- let me get this straight.  You worked for someone who gave you a paycheck.  Your paycheck came from what company?

A.   Gold Watches, Inc.

Q.   Inc.  And then Gold Watches, Inc. had an agreement with -- is it Mazal?

A.   Mazal Jewelers.

Q.   Mazal Jewelers, to pay the commission to Mazal Jewelers, right?

A.   Yes.

Q.   So you had basically your own, not necessarily competing but your own corporation that was in the same type of industry, not as advanced obviously as your employer, but it was in the

same industry as your employer, right?

A.   Yes.

Q.   So you were sort an independent contractor also?

A.   I was employed by him but yes, my sales -- my commission from my sales would go to Mazal Jewelers, Inc., yes.

Q.   Did you also sell through Mazal watches from other people?

A.   That did not belong to Gold Watches Inc.?

Q.   Right.

A.   All the time.

Q.   All the time.  So you were also a completely independent contractor, correct?

A.   Yes.  I could source my own watches too and sell my own watches too.

Q.   You could run -- could be on the 5th floor at the Seybold, then run down to the third floor and flip a watch before you hit, you know, the first floor?

A.   You could.  It's possible.

Q.   It happens often.  Somebody's looking for something and comes up on your site because now you use -- you spoke about social media and one of the things that's used now is the social media.

        Somebody needs a Rolex of this vintage, of this size, and it clicks on you and you're able to get it from someone and flip it in a matter of minutes, correct?

A.   If there's a client for the watch, and I know if I could

source it and yeah, of course.

Q.  So you really don't need any inventory whatsoever in the line of work that you're in, correct?

A.  Technically, yeah.  You don't need inventory to sell a watch.

Q.  The big guys like gold and other people have several million dollars, millions in inventory, correct?

A.  I know that Gold Watches, Inc. had millions in inventory.

Q.  And in the Seybold generally almost everybody has several million dollars in inventory, corrected?

A.  Yes.  You see them in the window or --

Q.  Diamonds and, I mean, just everything.

A.  Yeah.

Q.  So these are the guys bearing the costs of operation, meaning the rent there is exorbitant, right?

A.  The rent is pretty high there, yeah.

Q.  You wouldn't be able to afford the rent there, would you?

A.  Probably not.

Q.  So -- and their inventory, basically you have a social media account, correct?

A.  Yes, I have an Instagram account.

Q.  And what is a -- what do you use in order to track people in your social media account?

A.  It's just posts.

Q.  But is there -- do you have algorithms that work within

your account which you pay extra for?

A.  No, I would just put appropriate hash tags or something to draw attention to it.

Q.  But are there algorithms that link you into other people so it appears in their accounts?

A.  Yes, you can do that so that it appears in their feed, yes.

Q.  How do you do that?  Explain to the jury how is it that you do that.

A.  Well, I use hash tags.  I use hash tags like if it's a watch, if it's an AP, I put a hash tag, a hash tag Audemars Piguet.  If it's a perpetual calendar, hash tag perpetual calendar.

Q.  What is that -- what is it when you do -- you go in there you do the hash tag perpetual calendar, what does that actually do to make it be found, if you know?  And if the question's weird, I'll rephrase it for you unless you understand.

A.  I don't understand how the algorithms work.  All I know is that when I input them, I can see how many times it's been used.  So the more frequently, like the more frequently a hash tag is used, it's better to use that one as opposed to something that's lesser used, yeah.

Q.  Like, for example, if I were in which media did you use? I'm sorry, you said it was --

A.  Instagram.

Q.  If I were in Instagram, I would never see one of your ads

because I don't have a watch so it's like it's not one of the things that I search.  So you would only be drawn to people that do those searches, right, with a hash tag?

A.  If they would search it, then it would come up.  It would be a ways down but yeah.

Q.  And it would be the -- you do the super high end stuff so it's even rarer, right?  You're not selling a kitchen table where it's like, you know, you're selling a Richard Mille, Audemars Piguet, things of that nature?

A.  Yes.  Very high end watches, yes.

Q.  And they're very exclusive, right?

A.  Some are exclusive, yes.

Q.  So you use this account and you draw people in.  You don't have any inventory and then based on your post, you could post literally any watch that you don't have or own, and then draw somebody in and offer to sell something and you don't really have it, right?

A.  If it's not in my inventory, yes, I would have to obviously have the source secured first before I could quote a price on anything.

Q.  Right.  So when -- let's say you post for an AP, right?  And you get a hit, somebody wants this AP, you don't have it but you can locate it somewhere in the Seybold Building and then what is it -- explain to the jury what is it that you do at that point?

A.   If a customer reaches out to me, I'm looking for such and such watch.  I'm a part of a dealer network of thousands of watch dealers from local and abroad all over the world.

So, I can put a call, it's what we call it.  We put a call out for the watch, and people -- other dealers will direct message you.  Hey, I have this one in stock.  This is the year, this is if it's new, if it's preowned, does it have the box, does it have papers, et cetera.

Q.   Right.  And also by the serial number if they give it to you, you can also tell the year of the watch and all that, correct?

A.   Some models you can, yes.

Q.   So that network you have on what platform is that?

A.   WhatsApp.

Q.   That's a WhatsApp.  That's an account that's been set up between thousands of jewelers, right?

A.   Mainly watch dealers.

Q.   Well, that's what I mean.  Thousands of watch jewelers?

A.   Yes.

Q.   I should have corrected myself.  And it's an instant thing.  You put in there, listen, I need an AP from last year, rose gold, band size, all that stuff.  You put it in there and then you basically have these tentacles that go out everywhere, right?  And you can have a guy from California offer it to you, correct?

A.   Yes.  If he has it in stock, yeah.

Q.   And if it's convenient, you do it.  If not, you just run up in the Seybold Building you grab it from somebody else?

A.   Yes, but the watches that I was selling, most of the time you couldn't find them in the Seybold Building.

Q.   So you had to go outside of that to do that?

A.   Yeah.

Q.   This case though, the watch in this case, it was actually available in the Seybold Building?

A.   Yes.

Q.   Okay.  And that's because Gold had it?

A.   My ex-boss, yes.

Q.   I'm looking for -- in this case, when you started talking to Sean, you knew who he was.  He was well-known.  I think we showed this.  This is Exhibit 28 and it's page 9 and your wife had followed him so, you know, it was something that you felt really familiar with and you really wanted to be a part of, correct?

A.   I knew who he was.  I knew who he was as a singer years ago, yes.

Q.   And I believe you testified that it was exciting for you to be able to get into that clique because if you get into that world, you're able to sell watches to the people at his level, correct?

A.   Yes.

Q.   And they're crazy about watches, right?

A.   A lot of athletes, celebrities, they love watches and they love collecting them, yes.

Q.   And that's was like a thing.  Hey, I've got a shot at this.  You know, this is great and it made you feel good.

A.   I saw it as an opportunity --

Q.   Right.

A.   -- to expand the business and build a bigger clientele base.

Q.   I'm going to show you Exhibit 30.  You said this is the wire that you got, correct?

A.   Yes.

Q.   All right.  Do you see the last line where it says status?

A.   Pending, yes.

Q.   What does status pending mean?

A.   Meaning that it's still pending being sent.

Q.   Or it's actually saying that it's hasn't been sent?

A.   Correct.

Q.   Right.  So when you have this, you know that this has not been sent?

A.   I know that the status is pending.  It's pending being sent, yes.

Q.   You wouldn't -- if I went to you, you don't know me, right?  We've never met?

A.   No.

Q.   And I grabbed a $280,000 watch from the counter you were selling at, would you let me walk out the door with this wire pending?

A.   No.

Q.   When was it that you told Sean that you were not the owner of the watch?

A.   That never occurred from what I can remember.

Q.   You never told him, right?

A.   No.

Q.   Okay.  So if Sean would hear that you were not the owner of the watch, would that draw suspicion?

MR. ANTON:  Objection.  Calls for speculation.

THE COURT:  Overruled.

THE WITNESS:  I don't necessarily think so.

**BY MR. DOMINGUEZ:**

Q.   Okay.  Would you buy a watch from somebody that doesn't own a watch?

A.   If he was selling it on behalf of somebody else.

Q.   If you knew about it though, but what if you didn't know and then you find out after the fact?

A.   I would have to check the watch, make sure it's all authentic.  That's number one.

Q.   But if you're dealing with me, I'm selling you a watch, and then you find out it's not even my watch, wouldn't that make you suspicious?

A. Suspicious of what?

Q. Of you selling a watch that's not yours.

A. The watch business people sell watches that don't belong to them all the time.

Q. In that little network that you guys have?

A. That's correct.

Q. Yeah. But do you think that the average Joe knows that?

A. Most likely not.

Q. Right. You don't say hey, this is really not my watch. I'm selling it for someone else and I'm loading a $20,000 commission in it.

A. That information doesn't get disclosed. It's -- you know.

Q. It's not in your interest. You'd be out of business. You wouldn't be able to sell a watch?

A. Yeah.

Q. Because people would go to the real owner and buy it from them, save 20 grand, right? You wouldn't pay 20 grand extra, would you, on a watch?

A. If I could find it for a better price.

Q. Right. If you knew there was a middleman, what would you do on a sale?

A. If it's a middleman from a wholesaler or from a private client?

Q. Just you're buying a watch and find out this guy's actually just a middleman, and I know the real owner, you can just go to

him.  What would you do?

A.  I would still have to honor the sale.

Q.  You would buy the watch from $20,000 more?

A.  I committed to something.  That's how it works in the jewelry business.  When you make a deal, you honor your deal. If you break your deal, that's how people don't trust you and they don't want to do business with you.

Q.  You've always honored all your deals?

A.  Every single one of them.

Q.  And that's why you're blacklisted and you're not allowed on the network anymore.

A.  Yes.

Q.  Did you pay Dennis for the watch?

A.  I didn't have any money to send him.

Q.  Did he ask you to pay him?

A.  He wanted me responsible for it.  He asked me to, yes.

Q.  Okay.  And did he sue you?  Did he try to get the money from you?

A.  He did not sue me.

Q.  Okay.  Did he do anything to get the money from you?

A.  No.

Q.  And do you know why he didn't do anything to get the money from you?

A.  He was also responsible for the watch.

Q.  But do you know why he didn't try to get the money from

you?

A.  No, I don't.

Q.  Do you think he lost the $285,000 and just let it slide off his back?

A.  No.

Q.  He got paid, right?

A.  I have no idea if he got paid.

          MR. DOMINGUEZ:  No further questions.

          THE COURT:  Redirect examination.  Mr. Anton.

          MR. ANTON:  Thank you, Judge.

                    -  -  -  -  -

**REDIRECT EXAMINATION OF MOSHE EDERY**

**BY MR. ANTON:**

Q.  Mr. Edery, I'm confused.  You were authorized to sell this watch, right?

A.  I'm allowed to sell a watch that was in possession of Gold Watches, Inc. yes.

Q.  Right.  Because you're the salesperson?

A.  Correct.

Q.  So you're selling the watch as represented in terms of Gold, Inc. has this watch that needs to be sold and you found a buyer so you consummated the transaction?

A.  That's correct.

Q.  And ultimately, defendant Kingston or Kisean Anderson wanted to buy the watch that you were selling?

A.   Yes.

Q.   And this watch was being sold on behalf of Gold, Inc. but he didn't know that, right?

A.   No.

Q.   Does it matter?

A.   No, it does not.

Q.   And ultimately, you reached a deal?

A.   Yes.

Q.   What was the purchase price?

A.   $285,000.

Q.   And as a result of a consummation of that deal, showing you Government's 29, you invoiced the transaction?

A.   Yes.

Q.   And the invoice was directed to which company?

A.   Eyes Above Water, LLC.

Q.   And why was it directed to that company?

A.   That is the company I was told to invoice by Mr. Kingston.

Q.   And the amount was?

A.   $285,000.

Q.   Now the invoice appears on Mazal Jewelers, Inc. letterhead or with that title above it.  Why was it Mazal Jewelers, Inc. versus, I guess, Gold, Inc.?

A.   The sale was through Mazal Jewelers, Inc. so the money was supposed to be transferred to Mazal Jewelers, Inc.

Q.   And then later, you settle up with Gold?

A.   Correct.

Q.   After you take your commission?

A.   Correct.

Q.   Because that's the way, what, your arrangement was set up?

            MS. BOZANIC:  Objection.  Leading.

            THE COURT:  Sustained.

**BY MR. ANTON:**

Q.   How was your arrangement set up?

A.   I have -- if he has a watch, I'll sell it for him and he gives me a price that he wants it for and as long as he gets what he wants, I can add any price on top of that.  And whatever is left over is my commission.

Q.   Showing you Government's Exhibit 28D.  On October 24th of 2023, were you sent a purported wire transfer receipt from Janice Turner?

A.   Yes.

Q.   In the amount of $285,000?

A.   Yes.

Q.   For the purchase of Sean Kingston's watch?

A.   Yes.

Q.   Defense said, well, it says status pending.  Did you believe that this wire transfer receipt represented that payment was on its way?

A.   I did not believe payment was on its way.

Q.   Why not?

A.   Because that is a fraudulent wire transfer confirmation.

Q.   But why was the transfer sent to you?  In response to what?

A.   His mother, when we spoke, she was supposed to give me a wire transfer confirmation that funds were being sent to my account.

Q.   And that's what was sent?

A.   And this is what I received.

Q.   Right.  Was it legitimate?

A.   No.

Q.   Were funds ever received pursuant to this wire receipt in your bank account?

A.   Never.

Q.   As a result of not being paid, were the police involved?

A.   Yes.

Q.   And only then ultimately was money received?

A.   I never received any money from them.

Q.   You never received anything?

A.   Not a penny.

          MR. ANTON:  Nothing further, thank you.

          THE COURT:  Thank you.  Any recross?

          MS. BOZANIC:  Yes.  Me first?

          THE COURT:  Ms. Bozanic.

                    - - - - -

          **RECROSS EXAMINATION OF MOSHE EDERY**

**BY MS. BOZANIC:**

Q.   You never received any money from them because you didn't own the watch, isn't that true?

A.   I'm not the owner of the watch.  I am authorized to sell the watch.

Q.   But you can't tell the jury whether Sean paid Dennis Gold directly?

A.   I don't know if he paid Dennis Gold directly or not.

Q.   And to this day, you're actually prepared to testify -- you met with the Government a few times, right, before testifying?

A.   Just once.

Q.   Okay.  And to this day, you still claim you have no knowledge whether Dennis Gold was paid?

A.   I don't know if he was paid.

Q.   Okay.  And the wire instructions that you sent were to Mazal Jewelers for the whole amount.  Not just for the 20, it.  Was for the whole amount, 285?

A.   285 was from Mazal Jewelers to Eyes Above Water, LLC.

          MS. BOZANIC:  Thank you.

          THE COURT:  Mr. Dominguez, any recross?

          MR. DOMINGUEZ:  Briefly, Judge.

                    -  -  -  -  -

          **RECROSS EXAMINATION OF MOSHE EDERY**

**BY MR. DOMINGUEZ:**

Q.   I believe you said to on redirect to Mr. Anton that you did not believe that that was real.

A.   That's correct.

Q.   From the getgo, so you never relied on that at any time for turning over the watch?

A.   When I received that, I knew that the funds were not coming.

Q.   Right.  So that was a nothing burger to you, correct?

A.   I'm sorry?

Q.   That was nothing to you.  It meant nothing because it didn't -- it wasn't real?

A.   That's correct.

Q.   Right.  And the watch was already with Mr. Kingston?

A.   Yes.

        MR. DOMINGUEZ:  All right.  Thank you.  No further questions.

        THE COURT:  Okay.  Sir, you may step down.  You are excused.  Thank you for coming in.  You can step into the hallway.

        Mr. Anton, your next witness, sir.

        MR. ANTON:  Government calls Detective Brad Jenkins.

        THE COURTROOM DEPUTY:  Please step this way.  Good afternoon.  Remain standing and raise your right hand to be sworn.

                        (Witness sworn.)

        THE WITNESS:  I do.

        THE COURTROOM DEPUTY:  Please state your full name for

the record and spell your last name.  You may be seated.  Speak into the microphone.

THE WITNESS:  Brad Jenkins.  Last is J-E-N-K-I-N-S.

THE COURT:  Mr. Jenkins, if you'd make yourself comfortable in the chair.  If you make sure the microphone always close to you so you can be heard.

Direct examination, Mr. Anton.  Your witness.

MR. ANTON:  Thank you, Judge.  Before we get started, having previously shown to defense counsel Government's Exhibit 39 and 39A, without objection, we'd be moving those two items of evidence.

THE COURT:  Ms. Bozanic, 39 and 39A, any objection?

MS. BOZANIC:  No objection.

THE COURT:  Mr. Dominguez?

MR. DOMINGUEZ:  No objection, Judge, but there is an exhibit derived therefrom where there is an objection.  As to these two, this is fine.

THE COURT:  We're just talking about 39 and 39A so is there anything inside of those that you object to?  If the answer is yes, we need to take it up at sidebar.  If the answer is no, they're received.

MR. DOMINGUEZ:  I do object.  We would like to have a sidebar.

THE COURT:  First stretch break of the afternoon, ladies and gentlemen.  I'll see you in two minutes.

(At the bench.)

THE COURT:  Okay.  Mr. Dominguez.

MR. DOMINGUEZ:  Judge, I'm being careful.  I don't want to waive anything.  The phones were taken in a search.  That's fine, and there was a copy made of the phone contents as well which is also fine.

But there are items in the phone that the Government intends to use in a separate exhibit which, you know, we believe are not admissible for a variety of reasons.

THE COURT:  Let me make sure we parse this out.  You have no objection to Exhibit 39 being received into evidence because 39 is a cellular telephone inside an evidence bag.

MR. DOMINGUEZ:  Yes.

THE COURT:  That's correct?

MR. DOMINGUEZ:  That is correct.

THE COURT:  Then you have no objection to 39A being admitted into evidence because 39A is just a physical USB drive that the Government is representing contains an extraction of 39.  Do I have that right?

MR. DOMINGUEZ:  That is correct, your Honor.

THE COURT:  There's no objection to those two actual exhibits --

MR. DOMINGUEZ:  Yes.

THE COURT:  -- being admitted into evidence, correct?

MR. DOMINGUEZ:  That's correct.

THE COURT:  Now what on 39A, meaning what files on 39A do you actually object to that the Government is going to use with this witness?

MR. DOMINGUEZ:  Oh, not with this witness.

THE COURT:  Okay.  So we will go forward.  We will take up any specific files after the witness is off the stand or at a break, okay?

MR. DOMINGUEZ:  Excellent.

THE COURT:  There's no objection from either defense counsel, correct?

MS. BOZANIC:  No, your Honor.

THE COURT:  We'll do that.  I'll announce it to the jury.

(In open court.)

THE COURT:  Okay.  We are back.  We're going to start our direct examination in a moment.

After conferring with counsel and without objection, 39 and 39A are received.

You may proceed, Mr. Anton.

(Government's Exhibits 39 and 39A Received.)

MR. ANTON:  Thank you, Judge.

- - - - -

**DIRECT EXAMINATION OF BRAD JENKINS**

**BY MR. ANTON:**

Q.  Good afternoon, sir.  Could you please introduce yourself

to the ladies and gentlemen of the jury?

A.   Sure.   Brad Jenkins, as I stated earlier.   Currently, I'm employed as a network intrusion forensic analyst for the United States Secret Service.

Q.   Okay.   That's a lot to unpack there.   So who do you actually work for?

A.   United States Secret Service Miami Field Office.

Q.   And how long have you been with the United States Secret Service?

A.   I started my employment there officially as an employee of the Secret Service in 2023 of October.

Q.   Prior to that, where did you work?

A.   I started my employment in law enforcement with City of Fort Lauderdale back in 2002 is when I first started.   I was there serving as a patrol officer for two years, and in 2005, I was transferred to forensics doing crime scene investigations where I spent about eight or nine years there.

        And then in 2013, I was introduced to the Digital Forensic Unit within Fort Lauderdale.   After starting there, I was introduced to the Task Force Office with the United States Secret Service, which I was there and I've been working there since 2013.

Q.   Prior to becoming a police officer, can you describe your educational background?

A.   I got my degree at Fort Lauderdale High School.   I got my

undergraduate at Eckerd College in St. Petersburg, and after being employed with the Secret Service and with Fort Lauderdale, I got introduced to the digital forensic world so I decided to get my masters degree from Utica College.

Q.   What was that masters in?

A.   It was in computer forensics and cyber security.

Q.   Can you describe just briefly the types of courses you took as part of that masters and science program?

A.   Part of that degree was specifics to open source intelligence, digital forensics, cyber security work, of which I took about eight different courses in order to actually graduate from the course, and in addition to, I had to create a Capstone which is -- it's a little bit smaller than a thesis for that, for a requirement to actually fulfill my engagement with the university.

Q.   And you graduated and got your degree?

A.   I did, yes.

Q.   And then you began or continued your work with the United States Secret Service?

A.   I did, yes.

Q.   So what are your duties and responsibilities as a digital forensic analyst within the Secret Service?

A.   So our duties are -- actually, it's twofold.  It's the acquisition of devices that come in.  Those devices could consist of mobile devices, tablets, computers, desktops,

routers.  Any of the electronic devices that are necessary for an investigation.

Once we obtain those, we make sure that we secure those.  After being secured, we do an acquisition and an acquisition is basically the collection of data that resides on whatever that device is.

After that, we have software that allows us to actually look at the data that has been acquired and go through all of the data there and find out what is necessary or what's been asked for us to collect.

Q.  So before we get to the specifics of exactly what happened in this particular case, do they take just anyone on your electronic crimes task force, or do you have to have specialized knowledge?

A.  That isn't really necessarily a requirement.  There is a need to show actual interest for doing what you want to do for digital forensics.  Will they take anybody?  No.  But is there requirements?  Also no.

But once you are in that unit, it's a duty upon yourself to actually continue reading and educating yourself on the actual rapid transformations of digital electronics in today's society.

Q.  So let's talk specifically about your ongoing training. Can you describe for the jury the types of training and certifications that you hold that allow you to be a qualified

digital forensic analyst within the United States Secret Service?

A.   Well, I started my -- when I got started in it, there is a requirement once you got into the unit, that you have to go to training and, in fact, that training is held in Hoover, Alabama at the NCFI which is the National Computers Forensics Institute.  There, I did five weeks of doing nothing but collections and analysis on computers.

After that, I spent four weeks doing mobile devices which was nothing but learning the different forensic tools that are used in today's society.  I've been to Basic Network Intrusion courses.  I've been to cell tower courses.

Recently or approximately four years ago, I was brought on as a contract instructor with Cellebrite, Incorporated as a contract instructor where I've continued to teach for the past three years and continue to take classes for Cellebrite.

Q.   While we're there, can you describe for the jury what is Cellebrite?

A.   Cellebrite is a leading partner within the digital forensics world where they do the collection analysis of mobile devices and/or computer devices.

Q.   What does that mean in English?

A.   Your IOS device, your Android advice, they take a look at that.  We plug your device into a piece of forensic hardware,

or a box, if you will, and we open up an interface and we ask those devices -- we ask our software to ask the device for information.

So if I say, hey, I would like to get phone logs or SMS messages or chats, can you give that to me?  The device will say well, let me check, is that available and if it is available, they will provide you that data.

Q.  So you're basically copying cellphones?

A.  In a sense, yes.

Q.  Okay.  What other types of training have you taken?

A.  Recently, I've gotten into the SANS Institute where I have done mobile devices where I was certified as a mobile device examiner.  I have done network intrusions, I have done cyber security courses.  And most recently, I've done advanced incident response courses.

Q.  Which teach you to do what?

A.  Respond to businesses that have had ransomware or business email compromise.  These institutions face -- their devices have been encrypted and they're no longer able to use them.  Our job is to go in there, use tools, gather information and find out exactly what happened, what has been installed on systems, have they moved anywhere within an environment, have they exfiltrated any data, and then once we do that, it's our responsibility to get back with the business and say, hey, this is what happened.  You might want to reconsider taking these

changes and challenges that you've been faced with and moving forward with your operations.

Q.   In addition to the training you just mentioned and your Cellebrite training, have you received any other training specific to digital forensics as it relates to cellphones?

A.   I think I've covered most of it.

Q.   What is chip-off forensics?

A.   So, chip-off forensics, that was before the encryption world.  As if you don't know, IOS and Android devices from the manufacturer, they say let's encrypt those devices.  Why do they encrypt those devices?  Because if a device is stolen, they don't want any of those messages or any or your data to be read or stolen.  So both ISO and Android have encrypted those devices by default.

We would be able to get an extraction from it, we just wouldn't be able to read it.  Prior to doing that, all of the data that you store on your cellphone devices resides on a little tiny chip within your device.

If the phone is locked and we don't have a password, we're able to physically go open the device, remove the chip from that device, put it into an adaptor, and then read the data from that in human readable form.

Q.   In addition to the trainings we've just discussed, are you a member of any professional societies?

A.   I was when I was with crime scene at High Tech Crime

Association.  Other than that, no.

Q.  Have you received any awards?

A.  I have received an award for top examiner for the United States Secret Service in 2015, I believe.  And I got my certification with a GX certification with SANS Institute for motion devices.

Q.  What is that?

A.  It's a -- you take a week course with SANS.  After that, they have a test that you're required to take if you want to get a certification upon completion or successful completion of that course, they award you a certification within that course.

THE COURT:  Are you offering him as an opinion witness?

MR. ANTON:  I will be, sir, yes.

THE COURT:  Are you ready to do that?

MR. ANTON:  Yes.  The government offers him as an opinion expert, your Honor.

THE COURT:  Any objection?

MS. BOZANIC:  No, your Honor.

THE COURT:  Mr. Dominguez, you want some voir dire on his qualifications.

MR. DOMINGUEZ:  On the qualifications.

THE COURT:  Sure.

BY MR. DOMINGUEZ:

Q.  How many times have you testified as an expert in court?

A.   As an expert in court, I did so in crime scene on one occasion.  I've testified about over 50 times with crime scene. Probably over a dozen in mobile devices and electronic devices.

Q.   Thank you.  Are you familiar with meta-data?

A.   Yes.

          MR. DOMINGUEZ:  Thank you.  I have no objection to him being certified as an expert.

          THE COURT:  Okay.  So, ladies and gentlemen, as happens from time to time, whenever scientific, technical or other specialized knowledge might be helpful to the finder of fact, that's you, a person who has specialized training or experience in that field is allowed to state an opinion about the matter.

          In this matter, the Government is proffering this witness to provide expert testimony to you in the field broadly described as digital forensics and extraction analysis, but that doesn't mean you have to accept the witness's opinion.

          As with any other witness's testimony, you must decide for yourself whether to rely upon any opinion given and what weight to give it.

          Mr. Anton, your witness.

BY MR. ANTON:

Q.   Detective or Agent, pursuant to the execution of a search warrant, did you obtain any electronic devices in this case for analysis?

A.  I did.  One cellular phone, yes.

MR. ANTON:  May I approach, Judge?

THE COURT:  Yes, sir.

**BY MR. ANTON:**

Q.  Sir, I'm showing what's already been introduced into evidence as Government's Exhibit 39.  Do you recognize 39?

A.  I do, yes.

Q.  And what is it?

A.  It is a cellular phone with the markings on the back that we apply.  Once we actually bring in a device into our lab, we'll put a label on it to identify that device with lab numbers and case numbers.

Q.  And whose device is this?

A.  Janice Turner.

Q.  And is this the same device, Government's Exhibit 39, that you were asked to forensically analyze?

A.  Yes.

Q.  We're going to get to it in a second, but also showing you Government's Exhibit 39, do you recognize Government's 39A?

A.  This is a Sandisk flash drive that I provided with a copy of a UFED reader report that I generated when I was doing the acquisitions.

Q.  We'll talk about that in second.  So Government's Exhibit 39, it comes into the lab.  What do you do first?

A.  It comes into the lab, we remove the item from the bag if

it's sealed.  Oftentimes, it does not come in a bag but if it is in a bag, we'll unseal it.

We will identify the device.  We will -- if able to, we will place that device in airplane mode.  Now what is airplane mode?  Airplane mode is an ability to actually stop signals from coming in so if you go on an airplane, they say, hey, put your phone into airplane mode.  At that point, you would stop receiving data from that device.

Once we do that, we would secure that phone, whether it's in our lab or whether it's in a Faraday.

Q.  What's a Faraday room?

A.  A Faraday room, think of it as a large container that allows no communications whatsoever into your device.

Q.  And why is that done?

A.  So, in today's world, let's say you left your phone at a bar or it got stolen if you're out late one night or at a restaurant and your phone is lost or stolen.  You actually have the ability to use a feature from either Apple IOS or Android to say, hey, let me lot into my account and let me remotely wipe that account, wipe those devices.

Forensic haters are aware of that.  We would place those devices in airplane mode and/or a Faraday room to say I don't want that data to be lost.

So at that point, when a forensic exam is required, we would have that data available to us.

Q.   What happens next?

A.   After that, depending on -- there's a lot of circumstances that actually go on with it.  Depending on the make and model of the device, we would plug those devices into a box, a forensic hardware that is either Graykey or that is either a physical analyzer.

Depending upon the make, model of the phone and the version of the operating system, we can actually call upon the forensic hardware to say, hey, I would like to get a forensic examination or an extraction done.

If that is not possible, if it is available, again, depending on the make, model and the IOS or the Android software, we can, say, hey, I would like to brute force this phone and get the password from it.

If that is an option, then it would circle through it, could take a number of days, it could take a significant amount of years to actually call upon and get that actual pin code from the device.

MR. DOMINGUEZ:  Your Honor, I'm going to object.

THE COURT:  One moment.

MR. DOMINGUEZ:  Objection.  I'm objecting that we should get to 39 and 39A as opposed to just general commentary.

THE COURT:  Overruled.  We'll get there.  You can finish the answer.

THE WITNESS:  Okay.  Upon getting that, we would ask

the device, as I explained, to acquire data from that device. Once we get that data, we can take that data and move it to forensic software which we will be getting to look at that data.

**BY MR. ANTON:**

Q.   In this particular case, Government's Exhibit 39, Janice Turner's cellphone, were you able to get into her phone?

A.   I was, yes.

Q.   And were you able to utilize software that allowed you to extract the information from the cellphone to an external flash drive?

A.   With the help of Graykey which is forensic hardware, yes, I was.

Q.   And is Government's Exhibited 39A the searchable format, the exact -- of the exact contents of Government's 39?

A.   Yes.

Q.   Okay.  In addition to being able to essentially copy in a readable format from the phone itself to something that we can plug into a computer and see, did you extract any other information from the phone itself, 39, that is identifying in any way?

A.   Just the device or just the data from the device.

Q.   Okay.  Are you able to learn when you conduct your extractions the phone number that's associated with the particular device, for instance?

A.   Yes.

Q.   And what was the phone number associated with Government's Exhibit 39?

A.   954-770-4578.

Q.   In addition to basically extracting the phone number or learning what the phone number was that was associated with Government's 39, did you find any other user IDs or Apple IDs that were relevant in this particular case?

A.   We were able to determine a lot of information, but user IDs, yes, we could.

Q.   Which user IDs were located?

A.   I believe it was Mamakingston90 and Kingstonbookings90, I believe.

Q.   Now, why as an investigator would you want to copy the contents of the actual phone itself onto a readable format thumb drive or external device?

A.   Well, most of the time and, in fact, pretty much all the time, if there's an investigation that is ongoing, when we acquire data, it's only readable to somebody that possesses a license to actually look at the interface and at the data.

        So we would actually acquire the data, we would open it or point our software to the extraction, open it, at which time, the software that we use would go through all the data that was collected and present it to you in a human readable format such as messages, pictures, videos, and in some cases,

emails.

Q.  Now in this particular case, your role is strictly limited to that of basically a forensic examiner who copies information from A to B?

A.  We generate a report, yes.

Q.  But the report just details the fact that you have done the steps that we had talked to the jury about here today?

A.  Yes.

Q.  You don't know the specific facts and circumstances of the underlying case, right?

A.  Just what was outlined in the search warrant.

Q.  Okay.  So would you then say that your role is complete once you make this copy so agents who know more about the case can search through the phone and find whatever may or may not be relevant?

A.  Yes, unless further analysis is needed.

Q.  Okay.  Is that what was done in this case?  You made a copy of Government's Exhibit 39A that would be readable by a lead detective or a lead agent in this particular case to search for evidence?

A.  Yes.  I generated a report, yes.

        MR. ANTON:  Nothing further, Judge.  Thank you.

        THE COURT:  Thank you.  Cross-examination.

        MS. BOZANIC:  Judge, I will pass since this is Mr. Dominguez's client.

THE COURT:  Okay.  So Ms. Bozanic passes.

Mr. Dominguez, cross-examination.

- - - - -

**<u>CROSS EXAMINATION OF BRAD JENKINS</u>**

**BY MR. DOMINGUEZ:**

Q.  Good afternoon, sir.

A.  How are you?

Q.  Great.  Well, in working the Cellebrite in this case, is that basically the program you utilized in order to make the copy?

A.  I snow that the word "copy" has been used.  I don't really -- never copied.

Q.  Do you prefer mirror?

A.  Well, it depends on how you're asking.  If you're talking about the acquisition of the data, I would say then, yes, I'm making a copy.

If you're asking once I opened that extraction within Cellebrite which in this case was used, we look at the data and we generate a report.  In this case, I believe it was UFED reader report.

Q.  Okay.  So -- and when you download this into a readable fashion, does that include the meta-data?

A.  The meta-data which is data about data, it could.  Anything from -- if there's a picture taken, it would allow you to see the meta-data, if you will which is what was the device's

model, what was the pixels, what was the date that it was captured.  But yes, it does.

Q.  GPS locations?

A.  GPS locations is possible, yes.

Q.  So the meta-data is something that you can look at in this program, or in the method you utilize in order to determine where photographs are coming from, right?

A.  There is meta-data that would be attached to the photographs, yes.

Q.  It's also attached to items that have been scanned?

A.  That -- the meta-data on that would be quite limited.  It will tell you the file paths.

Q.  Right.

A.  Where it came from.

Q.  Right.  But you'll also know if the meta-data was generated within that device.  In other words, if I create a document within my phone and send it, the meta-data would be limited to that phone, correct?

A.  Yeah, it could be.  And depending upon what was taken, if you're talking about scanning a device, yes, it could tell you the date but yes, what would be more important would be the actual file path on where it came from.

Q.  Right.  So and you're able to do that.  You're able to determine where emails are coming from, correct?

A.  Based upon the headers of that email, sure.

Q.   And the meta-data will tell you time, date, other distinguishing factors, correct?

A.   It could, yeah.

Q.   And that's not just -- that's with photographs, with scanned items, with emails received and sent, correct?

A.   Sure.

Q.   That's all there, correct?

A.   Well, it depends upon what you're asking in regards to emails.  The emails may have been recovered, but the emails actually may not be there.  IOS devices a little bit tricky depending upon the actual extraction that you get.  Are emails available and recoverable?  Yes, they can be, yes.

Q.   Right.  And that would include, when you do recover it though, it has the meta-data?

A.   It's email headers, yes.

Q.   Right.  And were you asked to provide the meta-data from this device on various items?

A.   I was asked to look for specific communications with specific partners, but to record the meta-data that would be -- that would go along with whatever I had bookmarked in this case and transferred or actually generate a report which is on that flash drive.

Q.   Okay.  So you do have the meta-data included on all the things that you were asked to look for?

A.   I believe the meta-data was there, yes.

Q.  And that's included in your report?

A.  It is in my physical report.  It's in that UFED reader that's on that flash drive.

Q.  Right.  You'd have to go in, look at it, open the specific item and then you can look at the meta-data, et cetera?

A.  Yeah.

Q.  It's still there, it's workable.  It's something that could be looked at and determined where these things are being generated?

A.  It is, yes.  It should be.

Q.  Should be.  Perfect.

        MR. DOMINGUEZ:  Thank you very much, sir.  No further questions.

        THE COURT:  Thank you, Mr. Dominguez.  Any redirect?

        MR. ANTON:  No, your Honor.  Thank you.

        THE COURT:  Okay.  Agent Jenkins, you are excused, sir.  Thanks for coming in.  You may head out in the hallway.

        Ladies and gentlemen, we're going to take our first afternoon break.  We'll see you in about 15 minutes.  All rise for the jury.

        (Jury exited the courtroom at 2:31 p.m.)

        THE COURT:  You may be seated.  Cook and then Young?  Young and then Cook?  What are we doing?

        MR. ANTON:  Cook.

        THE COURT:  And that's it.

MR. ANTON:  Yes.

THE COURT:  Anything else you want to take up?

MR. ANTON:  I think defense has an issue.

THE COURT:  Let's do that.  You may be seated.  What's going on, Mr. Dominguez, on files?

MR. DOMINGUEZ:  I think that the Government has -- which exhibit is coming up next?

MR. ANTON:  40 through 54.

MR. DOMINGUEZ:  Right.  There's an exhibit there in question that's communications with a party who is not going to be testifying here who was one of the people supposedly charged within the conspiracy, that was part -- or what happened with that person is within the time period of the conspiracy, correct?

THE COURT:  You have exhibit numbers for me that are in contest?

MR. ANTON:  I believe he's referring to Exhibit 44 only, the text messages between defendant Turner and an individual who's identified as Mark Mosquera that relate to Steve Young.

THE COURT:  Let me get there.

MR. DOMINGUEZ:  So --

THE COURT:  One second, sir.  Let the record reflect that I'm exercising my biceps getting through the welter of Government paper in the case.  One second.

All right. I'm at 44. I'll hear you, Mr. Dominguez. What's the problem?

MR. DOMINGUEZ: Well, this whole incident is relating to a supposed victim that's not going to be testifying. So it shouldn't come in. It's not part of this case at this point. It's not relevant to begin with.

THE COURT: Well --

MR. DOMINGUEZ: And you have hearsay within the exhibit itself as well. Part of it's okay. You have the communication from Ms. Turner which is, you know, party opponent but the other party is not.

THE COURT: So I'll hear from the Government. I'm looking at -- just so we're making sure we're all on the same song sheet. I'm looking at nine-page exhibit of Exhibit 44. I guess, first, we'll do relevance. What relevance to the case does Exhibit 44 have?

MR. ANTON: Judge, in Exhibit 44, this is a conversation between the defendant, Janice Turner, and an individual who's identified as Mark Mosquera Business.

In this particular text thread, the defendant Turner takes wire transfer information and transfers it over to this other individual who then prepares a fake wire receipt and then syndicates it back to the defendant, Ms. Turner.

This time period is squarely within the time period of the alleged conspiracy and goes to the heart of the falsity of

the documents that the defense has already stipulated to in that she's now procuring the issuance of the false wire.  This is where they come from.

The forensics of the phone have revealed that she had conversations with another person.  She took the information that was required to be put on the wire receipt, she sent it to another individual as indicated in this particular exhibit, as well as a handful of other exhibits that are listed here.

That information was taken, a false receipt was generated.  It was also paid for by Ms. Turner, sent back to Ms. Turner and then sent either directly to our victims or to the defendant/co-defendant Kisean Anderson for him to send to other victims.  So it's the procurement of false wire.

THE COURT:  How do you connect this conversation to evidence that's actually in the case, either documentary evidence or testimonial evidence that's actually in the case?

In other words, I'll give you an example.  The last page of this exhibit looks very much like a pending wire from Eyes Above Water, LLC.  First Republic Bank, name, Steven Young is the receiver, status, pending and a date.  Eyes Above Water, LLC and this kind of record certainly connects the other evidence that is already in the case.

But I need to know for the conversation and the generation of this, how do you connect this conversation, for instance, Mosquera, to the case and, therefore, the defendant?

Defendant Turner?

MR. ANTON:  Because Agent Cook will indicate that the cellphone number and the cellphone that was Ms. Turner's was one side of the conversation where she's specifically procuring the false documents from another individual.

And then it is provided back to Ms. Turner to be provided to not only to the individuals that we've heard testimony from, but this case also involved a conspiracy count.

And between April 11th of 2023 and March 29th of 2024, there are potentially dozens of other victims of wire fraud out there that are relevant to a conspiracy count.

This particular evidence, in addition to pertaining to the witnesses that you've heard from here testify before you for some of these substantive counts, also go directly to the defendant's commission of the wire fraud conspiracy because one of these specifically alleged manner and means was that in support of the payments to the victim vendors, Kisean Paul Anderson and Janice Eleanor Turner sent via text message fraudulent documents purporting to memorize that either the bank wire or the other monetary transfers had been initiated on their behalf.

This evidence directly shows where these fake documents came from, and that she knew they were fake because they paid for them and bought them.

THE COURT:  So you said a lot there, Mr. Anton.  I'm

surprised that something that the Government is going to rely on for what you just stated are multiple acts in furtherance of the conspiracy that we've seen no evidence of, and will only on the Government's telling hear evidence of any of it through Agent Cook.  That's a lot and I'm not so sure -- let me back up a second.

With respect to the exhibit itself, is the Government contending that Mosquera is only a co-conspirator or is he also an employee or agent of either defendant?

MR. ANTON:  Judge, I honestly have no idea.  He appears to be an unindicted co-conspirator.

THE COURT:  Well, no, no, you know.  If you have no idea --

MR. ANTON:  I don't know if he's a business associate. Well, I can tell you he's a business associate in my eyes because Ms. Turner has paid for his services but whether or not --

THE COURT:  Is there evidence that's going to come into the case that she paid for his services?

MR. ANTON:  Yes, Judge.  There's Zelle transactions that indicate on a per receipt basis, she would be paying for the falsity of these documents.

THE COURT:  Okay.  That would get you, assuming that I accept your proffer, because the United States Attorney's Office is going to proffer very carefully and you are, Zelle

receipts and other such evidence that allows Agent Cook to say there's an inference of an agent relationship to the defendant Turner. I think you may have just done that.

If it comes in that way and you're offering this 44 effectively subject to connection with other evidence that's going to be put in the case by Agent Cook. Am I -- are you in agreement with that so far?

MR. ANTON: In a sense, but I'm not understanding where your Honor's concern is concerning why there haven't been any other witnesses.

THE COURT: Because you don't just get to stand up and say in a conspiracy case, "x" is a co-conspirator. At the end of the case, if literally the only thing in the case is "x" on this, now, "x" on this Mosquera plus other evidence like a phone number that Agent Cook can connect to.

Other documents that look very similar to numbers that Mosquera is generating in this exhibit, then I'm starting to understand how he may be an agent, he may be an employee. I don't know yet if he's a co-conspirator.

But for purposes of the hearsay rule, you don't need him to be a co-conspirator. You only need him to be an agent or an employee. Co-conspirator's gravy because then his statements would come in for all purposes related to the conspiracy.

So I just need to understand -- you have to

understand, Mr. Anton, I'm hearing this literally for the first time because defense counsel is asking essentially does this fall within any hearsay exception, and so far all you've said is co-conspirator. If that's your position, you have to connect it.

MR. ANTON: Well, a hundred percent, Judge. But what I'm saying is from the defendant Turner's side of the conversation, she is now seeking false receipts from others in exchange for payment. She will as --

THE COURT: So show me that. Show me the snippet of this exhibit or another one where she is doing that. So her statements -- I hear you. By the way, I don't have a date on this exhibit so I'm taking your proffer that 5-11-2023 on the bottom of the exhibit is from the phone and, therefore, accurate. But if it's May 11, 2023, and it's her statements --

MR. ANTON: Maybe I can make it easier. If you can turn to Exhibit 43.

THE COURT: Sure. 43. Yes, sir, I'm there.

MR. ANTON: So Government's Exhibit 43 starts with defendant Turner sending via text message wire information and invoice information regarding the Ocean Auto transaction.

THE COURT: Yes, perfect. Perfect place to start. That's much more helpful. Who's going to testify to that?

MR. ANTON: Agent Cook.

THE COURT: Thank you. Agent Cook is going to. Keep

going.

MR. ANTON:  She will say that she reviewed the forensic copy essentially of the cellphone, searched by transactions and found that on November 21, 2023, the defendant, Janice Turner, sent via text message the information you see in green.

THE COURT:  Yep.

MR. ANTON:  To an individual named Mark Mosquera business account.

THE COURT:  Okay.  So she's going to be able to do all of that because she actually went into the phone take, she looked at those windows and attachments and she'll be able to give that testimony.  So far I'm with you.

MR. ANTON:  Then there's a response from the Mark Mosquera business account entitled Republic ACH.PDF.

THE COURT:  That's page 4 of Exhibit 43.  Is that what you're pointing at there?

MR. ANTON:  I was looking at the text message itself on the first page.  But it shows you that there's a PDF being sent back to Ms. Turner.

THE COURT:  Yes.

MR. ANTON:  And then on page 4, that is the blown up copy of the attachment that was sent back to Ms. Turner.

THE COURT:  Now I'm with you.

MR. ANTON:  And that is a fake receipt.

THE COURT:  No, now I'm with you.  That's a very clear example.  This doesn't even -- this is what the Government is now saying is that you don't even need Mosquera to be anything.

What this essentially is is evidence in and of itself from the phone that itself is relevant.  Even if Mosquera was literally fictitious, this is -- this is, itself, evidence that is 403 as to defendant Turner in the case.

MR. ANTON:  It's direct evidence, not only as to this particular witness, but to other witnesses who you've heard before and from other people who might have fallen within the time period of the conspiracy because this transaction happens over and over and over and over again.

THE COURT:  Yes.  We'll get to the over and over in a second because you made a comment about like twelve things that were not in the case before we got to there.

What I think you've clearly done with respect to the five charged counts of substantive wire fraud that the Government is going to argue survive Rule 29 and reach the jury.

What you've clearly done with Exhibit 43 and, therefore, 44, to start where Mr. Dominguez was, you've done enough to admit those exhibits for the reasons stated.

First of all, if Mosquera -- if there's any testimony at all that would allow the inference that Mosquera is because of phone number connections or other texts or other documents

in the case or other things that are relevant from the phone that come into the case, if Mosquera can be deemed an agent/employee of either of the defendants, that's fine. That's gravy.

But separate and apart from that, 43 and 44 connect to other evidence that is already in the case, so that it is direct evidence for 403 purposes that satisfies the conspiracy count.  It's allowed in for the conspiracy count and it's allowed in for substantive counts to which things like page 4 of Exhibit 43 clearly points to as an example.

Now, that leaves one last thing.  So 43, I have no problem with.  44 is a better example because I understand now that you may have uncharged substantive counts, uncharged conduct in the case that the Government is going to take the position, well, even if it's not charged subsequently, it goes to Count 1 and Count 1 charges for a period of about a year, if I remember correctly.  It's April of '23 to March of '24.

My problem is is that I need to know what evidence is coming in the case through Agent Cook or otherwise to know whether if there is something that looks similar, okay, it looks similar, Steven Young might be an example because nothing else about Steven Young is coming into the case apparently.

If something looks similar in modus operandi, but it's not going to be talked about in any way, I'm not going to let the Government stand up and go, well, there's twelve other

things. I'm not going to let you do that on Count 1.

I will let you talk about things that are within the period of the conspiracy if, for example, in the Steve Young example if we're going to get evidence that Steve Young connected to another watch or another car, if there was anything like that, or if there was someone that came in and said, I know that they used to do it all the time, and they did it in these 17 areas and I can tell you names of people, or watches that were defrauded, I would allow that, too.

But if you're literally saying to me, Mr. Anton, and I know it's a long windup but I'm going to let you answer, if you're literally saying to me that if Agent Cook doesn't talk about anything else, but you have a string of things that look similar and it's to a guy named David Leibowitz, that you're allowed to stand up and say that's another one. No. I'm not going to let you do that on the conspiracy counts. So you're going to have to disentangle where you have some connection, and you only need some, you don't have to prove it all like you are, the substantive counts, or you have nothing, okay?

So I hope that helps you so that you can disentangle these exhibits for me.

MR. ANTON: Let me start -- there was a lot there so let me start in the beginning. So I think the original objection to Government's Exhibit 44 was because Steve Young, despite being subpoenaed, has failed to honor that subpoena and

is not going to appear.

MR. DOMINGUEZ: That's not my fault, Judge.

THE COURT: No.

MR. ANTON: I didn't say it was your fault. I think that's why there was an original objection to 44.

THE COURT: Yep.

MR. ANTON: So as to Government's Exhibit 44, your Honor seems to already indicate that it is still nonetheless admissible, but there is additional testimony remarks regarding the transaction that Agent Cook has found in the phone that are the exact same similar MO to all of the other transactions --

THE COURT: And you also have the 2021 text message exchange which is 404(b) in the case.

MR. ANTON: That's correct.

THE COURT: And we haven't heard that yet. So I understand that's why you may have stood up rather confidently because of evidence like the 2021 evidence gives the Government an inference of there is an MO here.

So, therefore, incomplete evidence of given transactions, you should get it for the conspiracy count. Do I have that about right?

MR. ANTON: That is correct, Judge, yes.

THE COURT: So, here's what I need to know. I need to know, so Young, because of the First Republic wire and these transactions, let's call it transaction texts, which include

importantly statements of a party opponent, so the opposite side is fairly admissible because it gives context to the statement of the party opponent.

I think that takes care of 43 and 44.  What I'm worried about, sir, is that I need to know, let's call it what other Steven Youngs are out there?  Meaning are there things out there that have some connection and similarity, or are we literally going to say anything that comes out of her phone, I'm going to call that another one?

MR. ANTON:  No, I'm not calling that another one, Judge.

THE COURT:  Well, I've got to tell you, what are you saying is in the case?  43 and 44 and what else?

MR. ANTON:  Judge, we're for sure seeking to admit 40 through 51 and 53.  I think the issue that your Honor is having is with 52, which is a whole bunch of additional fake wire receipts that falls squarely within the time period of the conspiracy that are of the exact same MO as the charged conduct -- as the charged conduct, and as specifically pulled out and identified in 43, 44, 45, 46, 47.

THE COURT:  So now I think I can put more on the defenses.  With respect to Mr. Dominguez's objection on which started on 44, and it went a little bit into 43, that is overruled subject to connection for the reasons stated by the prosecutor.

Subject to connection is an important phrase in the law, and we'll see if it connects. I think it will, but that is overruled subject to connection.

Mr. Dominguez, Ms. Bozanic, are there any other exhibits that you have similar objections because so far, you only raised 44 actually and I gave you 43, too, but they're both overruled.

MS. BOZANIC: Yes, Judge. 49A.

THE COURT: One second. I promise you, Ellen, you will get your break. 49A. I see 49. I do not see a 49A. Oh, yes, I do. 49A, for the same reasons, Ms. Bozanic?

MS. BOZANIC: Judge, yes, and it's a completely different -- there's an invoice from California Entertainer Coach Leasing. To be quite honest with you, I'm not sure how this is connected.

THE COURT: I see. Well, I'm going to try to do my best Marc Anton impersonation, but on page 4 of 49A, there is a window of the text string that includes "this one you used First Republic." And is the agent going to testify about this string and the exhibit that's in that string?

MR. ANTON: Yes, Judge.

THE COURT: And that string includes an exhibit which is a First Republic, shall we say, invoice?

MR. ANTON: It ultimately ends up being a Bank of America invoice because as the defendant admits, they already

used a fraudulent First Republic one and now this time, they need to change to a Bank of America one and that's why she says, "use this one.  Okay, I'll fix it now."

Because on page 1, the defendant specifically says today's date and use Bank of America template because they already got First Republic.  So this goes directly to her knowledge and intent to defraud.

She's telling her document-maker specifically which fraudulent document to use, which date to put on it, and even goes so for as to say you can't use A because you've already used A, let's use B now.

THE COURT:  Yeah, yeah.  Let me just ask one last question.  It will help the court.  What evidence is there that's competent evidence under the rules of evidence that will allow anybody to say who Mark Mosquera is?  Who's going to do that and how do they know that?

MR. ANTON:  The testimony will be from Agent Cook that there was a text string between mamakingstonbookings and an individual who identified themselves as Mark Mosquera Business Account, and there's an associated phone number in the particular cellphone that is a real phone number because obviously otherwise the texts wouldn't go through.

THE COURT:  So you're being very careful.  What's the Government's actually saying is that the testimony will be that there was an account called Mark Mosquera Business Account.

There's a phone number that is associated, but there's not going to be testimony that characterizes Mark Mosquera in the case, right?

MR. ANTON:  Only that defendant Turner reached out to an account labeled Mark Mosquera Business Account with instructions as to how to manipulate documents and as a result of the defendant reaching out to this account, documents came back.

THE COURT:  So give me --

MR. ANTON:  False documents came back.

THE COURT:  Give me the person or way that that first piece is coming.  Someone reached out to Mosquera and told him how to manipulate accounts.  Who's doing that?

MR. ANTON:  Not even someone.  Agent Cook would say I reviewed Janice Turner's cellphone as indicated by mamakingstonbookings which she will link up that that is the defendant, and that the defendant made a statement as part of this conspiracy but as a direct statement of the defendant --

THE COURT:  Because it's in the string.

MR. ANTON:  Because it's in the string and printed it, her admission of guilt, but it's a statement of the defendant.

THE COURT:  With that proffer and subject to that connection, Ms. Bozanic's objection to 49A is overruled.

Any others that the defendant wishes to do?  Excuse me, that either defendant wishes to do?  Obviously, I made

these rulings subject to connection. Agent Cook is, shall we say, connecting witness that is going to be asked the questions the way Mr. Anton said pursuant to the rules of evidence to do this and there are limits to it.

The Government itself is not saying that it has a complete understanding and characterization of someone who can come in here and say everything about Mosquera but to the extent that they have proffered the limited testimony on these exhibits, it's more than enough to admit them.

Mr. Dominguez?

MR. DOMINGUEZ: I just wanted to add some argument to it, Judge. They never -- you know, this whole thing falls because -- in fact, we had stipulated earlier, Steve Young is not on here, so I cannot cross-examine Steve Young. I don't know if he got this. I don't know if he relied on it. I don't know if it has anything to do with that.

THE COURT: Yeah, and you can get that on cross from the agent. She doesn't know either. The simple fact of the matter is what I've learned in this colloquy which was important for the court is that actually it doesn't matter how Mosquera is characterized for purposes of the hearsay exception rule.

What this is is defendant Turner's phone and there is -- I might get it wrong because it's been a long time since I was in law school. I believe it's the stuff itself, it's the

res gestae of that phone that is itself evidence of what is charged in Count 1, and even circumstantially the other substantive counts.  It doesn't have to be actually Mr. Mosquera's statement as a co-conspirator.  And he may be, he may not be, but this court is not relying on the co-conspirator exception at all for the admissibility of this.

These are statements of a party opponent, and they are the res gestae that comes from defendant Turner's phone that itself has 403 admissibility clearly on its face just based on what we did in the last 15 minutes.

Mr. Dominguez, anything else?

MR. DOMINGUEZ:  What do we do about the Steve Young though?  How do we cross-examine him?  Are they going to mention anything about Steve Young?

THE COURT:  You can cross on the limits of the witness's knowledge or lack of knowledge of anything you want.

What the Government is saying is is there's a conspiracy count here, and the conspiracy is allowed to bring out any evidence of acts in furtherance of that conspiracy and that means we don't have to complete crimes within the conspiracy like we are going with to argue we did for the other substantive counts.

There's modus operandi here that allows us to bring in this evidence of modus operandi.  They've been more than satisfied that.

I want to be very careful though because the court feels a little ambushed -- not saying I was -- but I feel that way a little bit which is I am only addressing the objections that are raised and the exhibits that are raised.

If there is a game time decision that defense thinks this is very far afield from what I've even ruled on now, I'll hear you and the Government's going to have to live with that because there's a lot of exhibits here that to the naked eye, very quickly until we have these fifteen minute conversations, I can't make the connection on its face.

I'm making the connection now.  There's more than enough for the Government on these exhibits.

Anything else, Mr. Dominguez?

MR. DOMINGUEZ:  I also think -- I think that the wire as it relates to Steve Young should not come in even though we stipulated to because we stipulated under the impression that he was going to testify.

THE COURT:  Which exhibit?

MS. BOZANIC:  We had a stipulation, Judge.  54.

MR. ANTON:  55.

MR. DOMINGUEZ:  That one should be removed.

THE COURT:  55 has already been admitted?

MR. DOMINGUEZ:  Right.  But it should be redacted because I did that under the impression that Steve Young --

THE COURT:  What's the Government's position?

MR. ANTON:  Judge, these counts are not specific to witnesses per say.  The count as charged in Government's Exhibit -- Count 2 is the transmission of an SMS text message and attachment from wireless phone 954-770-4578 to wireless phone number 678-532-4493 containing a purported First Republic bank wire transfer receipt in the amount of $53,000 for the purchase of a vehicle which travels from Florida to computer servers located in either Florida, Georgia, Texas, and Missouri and they stipulated because they're not disputing that these were false wire receipts, and that they traveled in interstate commerce.

There's no mention as in other substantive victim type counts a particular victim per say.  There will be evidence, and it's certainly I believe up to the jury to determine whether or not the Government has met its burden but there will be evidence that the defense sent or procured items and that false wire receipts were sent in return as payment for those items.  It's as you mentioned --

THE COURT:  Are you really taking the position that you think that Count 2 substantive gets to a jury without Young testifying?

MR. ANTON:  Yes, Judge, because it's a transmission of a false wire and we can prove --

THE COURT:  But it's got to be a scheme to defraud and I understand your point that it doesn't have to be a successful

scheme to defraud.  I understand that.  There doesn't have to be reliance under the Federal Wire Fraud Statute.  I understand that.

But there has to be for Count 2, proof that a reasonable jury can find beyond a reasonable doubt the elements that for the Young transaction, that there was a scheme to defraud with the intent to cause loss.

How can you get that without Young?

MR. ANTON:  Because quite honestly, Judge, there was only one reason why a fraudulent receipt or a fraudulent document would ever be sent in a transaction and that's to defraud somebody.  Because the document --

THE COURT:  Not if the next day, Young said and it was all corrected.  It was all corrected the next day.  I realized that yeah, they actually in that moment, they intended to.  I thought they intended to deceive me.  The next day, it all went through, and I had a conversation with the defendants, and they actually satisfied me.  I mean, you get it, Mr. Anton.

MR. ANTON:  I understand that, but that, Judge, respectfully is not relevant because the charge is the defendants' intent to defraud at the time the wire was sent.

And at the time they sent it, they're knowingly sending false wire documents.

THE COURT:  Yes, that's right.

MR. ANTON:  Whether or not the defendants were made

whole in this case as defense is trying to argue is completely irrelevant.

THE COURT:  But you don't know that it was -- you don't know even on the Government's fair but aggressive view of Count 2, you don't know that there's not testimony in the case that the wire didn't bounce.  You don't know that there's not testimony in the case because Young can't tell you, oh, there was something else.  There was something else that popped into my phone that deleted at the moment they sent the wire.

I'm not saying that that actually happened.  What I'm saying is that without Young, you actually think that you satisfy scheme to defraud on Count 2?

MR. ANTON:  Yes, Judge.  Because if I could prove, for instance, that if an individual walks into a 7-Eleven and pays the clerk with a counterfeit dollar bill to buy, you know, their stick of gum, whether they come back the next day or ten minutes later to say, oh, here my real dollar --

THE COURT:  Oh, no, no.  If they came back ten seconds later, Mr. Anton, and say I made a mistake, that would clearly throw the light upon whether at time one, they intended to deceive.

MR. ANTON:  That might be from the defendant's mouth and that's certainly fine.  If they want to testify that they sent all these fake wire receipts by mistake, they're more than welcome to testify to that.

But they have stipulated already that these are false wires.  There's more than ample evidence that proves that they know they're sending fake wires because they admitted themselves to each other.

THE COURT:  You've got other problems with Count 2, and I'll hear you on Rule 29.  I'm not prejudicing the Government if they want to make the case on Rule 29 for Count 2 at the close of their evidence.

But it just so happens that Count 2 is the first substantive that's actually charged in the case within the conspiracy period.  You don't have -- I mean, tell me before May 15, 2023, what do you have in the case?

MR. ANTON:  Before that date?

THE COURT:  Yes, because it's the first substantive date.  It just so happens, so I get it if Count 2 was Count 5, and it was after January the 15th, 2024, this argument may have some purchase because the Federal Wire Fraud Statute to say the least captures a lot of conduct that doesn't succeed.

I hear you.  You don't need reliance.  You don't need success.  I need to know if you really are going to make the argument for Count 2 to reach the jury, what do you have between April 11, 2023 and May 14, 2023 that's in the case?

And if you don't have it, it's hard to make the argument on a count that you're never going to have live testimony about, that there couldn't be -- that a reasonable

jury couldn't find a mistake, an incompleteness, a lack of intent. That's my point, Mr. Anton.

MR. ANTON: There's going to be evidence from Special Agent Cook that the defendant, Janice Tuner procured the purchase and the issuance of this fake wire receipt and it will be previous evidence dating as far as back 2021 pursuant to your Honor's 404(b) ruling where the defendants knew they were issuing fake receipts and there's MO, and that the defendants have already spoken amongst themselves that --

THE COURT: Where does the 404(b) come in the case?

MR. ANTON: In the middle of the testimony.

THE COURT: So I think what we'll do is I think it would help the fairness of this adjudication, I'll hear that out of order. We're going to -- I'm going to ask you to put that in early in Agent Cook's testimony. It throws light upon everything that happens after 2021.

Maybe that's part of the issue for the court is that I can't see -- you seem to have clairvoyance, Mr. Anton, that everything is just connected post 2021.

I need to see that, and maybe when I do -- let me leave it here because we need to continue with the trial.

I've overruled objections with respect to specific exhibits that have been objected to by counsel. There are many that are not objected to.

I'm going to give the reporter and you all another 15

minutes to take a break.  You should put your arms around very specifically other exhibits that you believe don't come in. And we will keep those to the side.

The Government can do a lot with Agent Cook without whatever they keep to the side, and then if we go all the way through Agent Cook, and then we're only at the stuff that they still have objections about, I'll let them go and then we'll really have at it.

But I've made enough rulings I think that the Government can have an efficient use of their time and the defense is not prejudiced.  They can make objections to other exhibits that I just may not know about, okay?

Anything else?

MR. DOMINGUEZ:  I have one little thing.  How do I know that Steve Young even got this?

THE COURT:  Well, I hear you.  That's -- I'm not so sure yet.  The point, Mr. Dominguez, which I need to hear other evidence about, because it's all subject to connection which the Government is saying that regardless of whether Leibowitz or Jones or Young or anybody else comes into the case, we have enough in the case that then these exhibits from that phone, it's all got enough connection in it.  That it is itself evidence of the conspiracy.

I think the Government might be right.  I just maybe need to hear a couple of pieces out of order to know that

they're right.

On the substantive Rule 29, sir, you're going to have more than enough time at the close of evidence because they're representing that Young's not testifying.  If Young somehow comes in here tomorrow, it's a different story, but you'll have your Rule 29 at the close of evidence.

But for now, let me give you 15 minutes and more importantly, let me give Ms. Rassie 15 minutes.

MR. ANTON:  So we're clear then, I will hold back Exhibit 44 and 52 at this point and then we can readdress as the testimony comes in?

THE COURT:  And if they over this break circle any others that they think they're not going to stipulate to that are not encompassed by the rulings that I've given at this break, they can do that and you can keep those to the side. You'll still have a lot to do, Mr. Anton.

MS. BOZANIC:  Judge, if I just may, because we have somebody on standby as a defense witness.  It doesn't seem like we're going to get to anybody on the defense side today.  Are we allowed to tell them to not just wait around?

THE COURT:  Yeah, you're allowed.  That's fine.  The defense, your witnesses will be tomorrow.

MS. BOZANIC:  Thank you, Judge.

MR. DOMINGUEZ:  Appreciate it.

THE COURT:  Thank you.

THE COURT SECURITY OFFICER: All rise.

(Recess taken from 3:15 p.m. - 3:25 p.m.)

THE COURT: Everybody ready?

MR. ANTON: Yes, Judge.

THE COURT: Let's bring them in. Thank you, sir.

(Jury entered the courtroom at 3:25 p.m.)

THE COURT: Welcome back, everybody. Please be seated. I know what you're thinking. You're thinking that was long and I really missed the judge.

But let me tell you, I can assure you, ladies and gentlemen, that everything that we do, everything, even when it takes longer, is to your benefit. Everything that I do with these excellent professional attorneys is because we're going to make sure we're efficient when you're out here.

And I can also tell you, and it's going to stay this way in case you're wondering, we're ahead of schedule so don't fret.

With that, Mr. Anton.

MR. ANTON: Government calls Special Agent Amanda Cook.

THE COURTROOM DEPUTY: Good afternoon.

(Witness sworn.)

THE WITNESS: Yes, I do.

THE COURTROOM DEPUTY: Please state your full name for the record and spell your last name.

THE WITNESS:  Amanda Cook.  Last name C-O-O-K.

THE COURT:  Ms. Cook, if you'd make yourself comfortable in the chair and make sure the microphone is close to where you speak at all times so that you can be heard.

Mr. Anton, direct examination.

MR. ANTON:  Thank you, Judge.

- - - - -

**DIRECT EXAMINATION OF SPECIAL AGENT AMANDA COOK**

**BY MR. ANTON:   :**

Q.  Good afternoon, Agent Cook.  Could you introduce to the ladies and gentlemen of the jury?

A.  Special Agent Amanda Cook.  I'm a Special Agent with the United States Secret Service.

Q.  How long have you been with the United States Secret Service?

A.  I've been employed with the Secret Service since August, 2022.

Q.  Before we get to your duties and responsibilities as a Secret Service agent, can you briefly describe your background and training in law enforcement?

A.  Sure.  So to become a special agent with the Secret Service, you have to go to the Federal Law Enforcement Training Officer and that's in Glencoe, Georgia.  It's a three month program to become a criminal investigator and then you go to the NSFI, so National Computer Forensic Institute for one week

with the Secret Service and then you go to the Secret Service Academy in Maryland and that consists of five months training of protection and financial investigations.

Q.  And did you -- did you go to the Federal Law Enforcement Training Officer and then the subsequent Secret Service Training Academy?

A.  Yes, I did.

Q.  And did you graduate?

A.  Yes.

Q.  And where were you assigned?

A.  I was assigned to the Miami Field Office.

Q.  And are you assigned to any specific squads within the Miami Field Office?

A.  Yes.  At the time of this investigation, I was assigned to the South Florida Organized Fraud Task Force.

Q.  Can you briefly describe, first, what are your duties generally as a Secret Service Agent?

A.  So we're more well-known for protection where we have a twofold duty.  So protection of the president and his family. Protection of the vice president and family.  And then also foreign heads of state that come into the country.

So generally for Miami, that would be, you know, presidents or prime ministers of South American or Jamaican countries, Caribbean areas as well, and then we also do investigations.

So a little lesser known of what Secret Service does, we do financial investigations to include wire fraud, bank fraud, identity theft.  Really just white collar crime.

Q.   Counterfeit currency as well?

A.   Yes.

Q.   Anything affecting the monetary systems of the United States potentially could be investigated by agents of the Secret Service?

A.   Correct.

Q.   Are you assigned to any particular squad down here in the Miami Field Office?

A.   Currently I'm assigned to the Technical Operations Squad.

Q.   And at the time you received this investigation?

A.   I was assigned to the South Florida Organized Fraud Task Force.

Q.   And as an agent within the South Florida Organized Crime Task Force, what types of cases did you work on?

A.   So we worked on organized fraud task forces.  Mainly wire fraud and access device fraud cases.

Q.   When you say task force, why is it called a task force?

A.   We're comprised of local agencies, other federal agencies to include ATF, DEA, and FBI.

Q.   So everybody gets together in kind of a holistic manner to combat a problem?

A.   Yes.

Q.  I want to draw your attention specifically to the matter at hand at here.  Did you become involved in an investigation of alleged criminal activities of Janice Turner and Kisean Anderson also known as Sean Kingston?

A.  Yes.

Q.  Do you see them here in court today?

A.  I do.

Q.  Could you please identify the defendant, Janice Turner with an article of clothing she is wearing?

A.  She's wearing a black suit with a pink button down.

MR. ANTON:  Your Honor, let the record reflect the witness identified defendant Turner.

THE COURT:  The record will so reflect.

BY MR. ANTON:

Q.  And how about defendant, Kisean Anderson?  Do you see him here today?

A.  I do.

Q.  Could you please point him out and identify an article of clothing he's wearing?

A.  Also in a suit with a white button down.

MR. ANTON:  Your Honor, let the record reflect the witness has identified co-defendant, Kisean Anderson.

THE COURT:  The record will so reflect.

BY MR. ANTON:

Q.  Okay.  You mentioned that you began investigating this

particular case.  What type of investigation was it when you started?

A.  When I started, it was a Broward Sheriff's case and they were investigating theft charges.

Q.  And as a result of that investigation, did you determine that there would be potentially federal crimes involved?

A.  Yes, I did.

Q.  And knowing that information, what types of investigative steps did you take in furtherance of this case?

A.  So, in furtherance of this case, I knew it was a wire fraud case just due to the use of interstate wire communications.  So one of the things we wanted to get was obviously evidence of those transmissions that were sent.

So one of the first steps I took was I contacted the Broward Sheriff's Office and inquired about defendant Turner's cellphone.

Q.  As a result of this investigation, did you issue grand jury -- or did you cause to be issued grand jury subpoenas or subpoenas in general to AT&T?

A.  Yes.

Q.  Why is that?

A.  So, you know, a phone number, you might not know at the beginning of an investigation who it belongs to.  So what you can do is you can subpoena AT&T and get what they call subscriber information.  It gives you a little bit of

information about that phone number, who's paying for it, things like that.

MR. ANTON:  Your Honor, I'd offer Government's Exhibit 40 without objection, we'd move Government's 40 into evidence.

THE COURT:  Ms. Bozanic?

MS. BOZANIC:  No objection.

THE COURT:  Mr. Dominguez?

MR. DOMINGUEZ:  No objection.

THE COURT:  40 is received.  You can publish as wish.

(Government's Exhibit 40 Received.)

**BY MR. ANTON:**

Q.  Let's start with Government's Exhibit Number 40.  What is Government's Exhibit 40?

A.  It's the subpoena return from AT&T for subscriber information.

Q.  So let's talk about the types of information that comes back from AT&T when you request, quote, subscriber information. Let's first talk about the phone number.  Can you show me where on Government's Exhibit 40 the phone number is located?

A.  Yes.  It's under user information.  It's that first line item right there.

Q.  Okay.  And what is the phone number on page 1 of Government's Exhibit 40?

A.  954-770-4578.

Q.  So that corresponds with here, the box for MSISDN?

A.   Correct.

Q.   Do you know what MSISDN stands for?

A.   Not off the top of my head.

Q.   That's the phone number we're talking about?

A.   Correct.

Q.   As a result of Government's Exhibit 40, what type of
information was returned regarding phone number 954-770-4578?

A.   The name was Kisean Anderson.

Q.   So who's the financially liable party?

A.   Defendant Anderson.

Q.   And there's an address?

A.   Yes.

Q.   Okay.  And is there billing information?

A.   Yep.

Q.   Who's the billing party?

A.   Kisean Anderson.

Q.   And is there user information?

A.   Yes.

Q.   And who's the user?

A.   Kisean Anderson.

Q.   And does it indicate a service start date?

A.   It does.

Q.   And what is that date?

A.   February 25, 2012 to current.

Q.   Was another phone number subpoenaed to determine subscriber

information?

A.   Yes.

Q.   What is the phone number as indicated on the second page of Government's Exhibit 40?

A.   863-303-7836.

Q.   And again, is there a financially liable party?

A.   Yes.

Q.   Who's that?

A.   Kisean Anderson.

Q.   Is there a billing party?

A.   Yes.

Q.   And is there a user information?

A.   It just says wireless caller for the name.

Q.   And is there contact emails?

A.   Yes.

Q.   And what is that email?

A.   It is mamakingston90@yahoo.com.

Q.   Have you seen that email before?

A.   I have.

Q.   Where did you see that email?

A.   Throughout my investigation, I saw that email multiple times within the phone, and so I've identified that that belonged to defendant Turner.

Q.   On page 3, the phone number is 310-330-6699?

A.   Yes.

Q.   Who is the financially liable party?

A.   Kisean Anderson.

Q.   The billing party?

A.   The same, Kisean Anderson.

Q.   And the user information?

A.   Kisean Anderson.

Q.   And the service start date?

A.   That was June 6, 2023.

Q.   And again, there's indications of a mamakingston90@yahoo.com?

A.   Correct.

Q.   As a contact email?

A.   Yes.

Q.   Was an additional phone number sought pursuant to the subpoena?

A.   Yes.

Q.   What phone number are we looking at now?

A.   It's 213-782-9622.

Q.   And again, the financially liable party?

A.   Kisean Anderson.

Q.   With an additional email contact?

A.   Mamakingston90@yahoo.com.

Q.   And then a billing party and user information?

A.   Yep.  So user information, wireless caller again for the name, and billing party, Kisean Anderson.

Q.   Then on the final page of Government's Exhibit 40 is there a certification from AT&T indicating that these are, in fact, AT&T's official records?

A.   Yes.

Q.   Now you talked a moment ago about having reviewed June's cellphone.  Let me show you what has been introduced into evidence as Government's Exhibit 39.  Do you recognize Government's 39?

A.   Yes, I do.

Q.   And what is that?

A.   That's defendant Turner's cellphone.

Q.   And Government's Exhibit 39A, do you recognize 39A?

A.   Yes.  That was provided by examiner, Brad Jenkins.

Q.   To who?

A.   To myself.

Q.   And what is 39A?

A.   It's a, for lack of better terms, a copy of what was located on that device of defendant Turner's.

Q.   Were you able to search Government's Exhibit 39A for information that you deemed to be relevant to this investigation?

A.   Yes.

Q.   Okay.  Was that pursuant to a lawfully executed and issued search warrant?

A.   Correct.

Q.   And did you, in fact, search Government's Exhibit 39 for evidence as allowed by the search warrant?

A.   Yes, I did.

MR. ANTON:   Judge, I think now is a good time for the 404(b) warning.

THE COURT:   Sure.   Ladies and gentlemen, you're about to hear evidence of acts allegedly done by the defendants that may be similar to those charged in the indictment but were committed on another occasion.

All of the charges against the defendants in this case as you'll see from the indictment when you retire to deliberate are alleged to have occurred between about April 11, 2023 and about March 29th of 2024.   The evidence that you're about to hear is alleged to have occurred in 2021.

You must not consider this evidence to decide if the defendants engaged in the activities alleged in the indictment, but you may consider this evidence to decide whether for each defendant that you're considering, whether the defendant had the state of mind or intent necessary to commit the crimes charged in the indictment, or whether for the defendant you are considering, the defendant acted according to a plan or in preparation to commit the crime charged in the indictment, or for the defendant you are considering, whether the defendant committed the acts charged in the indictment by accident or mistake.

You may consider the evidence you're about to hear for this limited purpose -- for these limited purposes only and you may not consider this evidence for any other purpose.

Okay, Mr. Anton.

MR. ANTON: Thank you, Judge.

**BY MR. ANTON:**

Q. Agent, I'm showing you --

MR. ANTON: Judge, having previously shown defense counsel Government's Exhibit 41. We'd move it in without objection.

THE COURT: Ms. Bozanic?

MS. BOZANIC: Judge, no objection. Just relying on the previous objection.

THE COURT: Yep, it's preserved prior ruling.

Mr. Dominguez?

MR. DOMINGUEZ: Same, your Honor. No objection.

THE COURT: Yep. Preserved. Overruled. 41 is received.

(Government's Exhibit 41 Received.)

**BY MR. ANTON:**

Q. Agent, on the first page of Government's Exhibit 41, what are we looking at?

A. So we're looking at the two numbers and how they were saved in defendant Turner's phone.

Q. Is there phone number associated with mamakingstonbookings?

A.  Yes.

Q.  What is that phone?

A.  954-770-4578.

Q.  Is it indicated as owner?

A.  Correct.

Q.  What does that mean?

A.  That means that that's who the phone belongs to.

Q.  And what is this SKKKKK?

A.  So that's 863-266-5813.  That was one of the numbers that Sean Kingston was using.

Q.  Did you have the opportunity to conduct a search for text messages within Janice Turner's cellphone?

A.  Yes.

Q.  Let's start with page 1 of Government's Exhibit 41.

Whose conversations appear on the left?

A.  On the left in blue is Sean Kingston, and on the right in green is defendant Turner, mamakingstonbookings.

Q.  Now back in November, November 3rd of 2021, does defendant mamakingstonbookings text anything to SKKKKK?

A.  Yes.

Q.  What is said?

A.  "Lawyer said if one more jeweler says anything, they will treat this is as a criminal case."

Q.  This is November 3rd of 2021?

A.  Correct.

Q.   What is the response?

A.   KU black dude.

Q.   Does defendant Turner respond?

A.   Yes.

Q.   What is stated?

A.   "You owe four new jewelers.  Ain't got no money for no more, not even penny."

Q.   What is the response?

A.   "Please do this last one, mother.  Imma give you the other back today."

Q.   What is defendant Turner's response?

A.   "But I don't have money to pay dude, Sean.  It's 120K.  The rest of the watches are in the safe."

Q.   Does she continue?

A.   Yes.

Q.   What is she discussing?

A.   A jewelry, name for another jewelry man.

Q.   Okay.  Does she continue sending text messages?

A.   Yes.

Q.   What's stated?

A.   "What's up with you and all this jewelry, bro.  Focus on your craft.  All 36 songs got to be turn in by December 31st and you only have 18.  While you worried about watches, get rid of the man.  Let him go to the hotel.  That's your problem want man to stay at your house.  Sean, I'm in serious pain and

laying down."

"I didn't know mother.  Give him the gold rose AP."

Q.  Does the conversation continue?

A.  Yes.

Q.  What's being discussed?

A.  "Not going out there.  Tell him just left.  Dentist pills knock me out.  I'm in pain."

"Okay, I'll tell him."

"And drop off other jewelry man."

Q.  Are there other discussions that continue?

A.  Yes.

Q.  On November 4, 2021 at 4:08:23 in the morning?

A.  Yes.

Q.  What does defendant Turner state?

A.  "Just open the email so he can see because he knows when you open it.  Sean, not sure what's happening but you went from 75K to 133K, bro, I'm gone to sleep."

Q.  Is there a response?

A.  Yes.

Q.  What is that sponges?

A.  "He gave me the chain you liked.  Kept pressuring me to buy so."

Q.  And who is SKKKKK?

A.  Sean Kingston.

Q.  And how do you know that?

A.   That number was provided by multiple victims and in addition that was -- so in Zelle, if you use it, you can either register a number or an email address.  That number that belonged to SKKKKK was registered.  It was the token I.D. for Kisean Anderson.

Q.   We'll get to that in a moment but is there anything even more direct as contained in a text at November 4, 2021 at 4:10:03 a.m.?

A.   "We got this, mom."  The context of the messages is Sean, mom, it was very clear that it was the two defendants engaging in this conversation.

Q.   What does he want done?

A.   "Just please work this for me lastly.  I got you forever. You know that.  Explain to me how."

Q.   Go ahead.

A.   "Drop off man to get car and go to hotel."

Q.   What happens at 4:31:42?

A.   "Same thing like other fool, and then they take shit back and hood get.  All good in safe."

Q.   What does defendant Kingston then say?

A.   "So guy think it's a video with Bieber happening which it's not so I'm going to send you his number to hit him first when you wake up that cuz of Bieber having a flu they want to reschedule for Monday.  Tell him I'm sleeping.  Then we need dainty to make us a wire receipt.  Show him the pic and that's

when I'll wake up, I'll call him and that's that."

Q.  Is there a cellphone number provided?

A.  Yes.

Q.  Is there a continued discussion as to what should be said to this individual?

A.  Yes.

Q.  What does defendant Kingston or Anderson say?

A.  "The key is call him early 9:30 a.m. around there."

Q.  Do the discussions continue?

A.  Yes.

Q.  What happens on November 4, 2021 at 7:49:37 p.m.?

A.  Sean texts his mom and says, "mother, you don't listen to me.  I told you to make a fake receipt so it looked like the transfer will be there in a couple days so he can get on his flight tonight."

Q.  Okay.  Does defendant Kingston go on?

A.  Yes.

Q.  What does he say at 7:51 p.m.?

A.  "Now he's saying something about next Friday.  I told him I'll talk with biz manager and call him back.  He said okay."

Q.  Is there a response from defendant Turner?

A.  Yes.

Q.  What is that response?

A.  "I did.  He said wanted to talk to accountant so he said he cannot wait for Monday.  It must be today.  I said today is

already passed deadline so he will have to wait tomorrow, so
now doing one for him to get wire tomorrow."

Q.   And does defendant have a response?

A.   Yes.

Q.   And what is defendant Anderson's response?

A.   "All good.  I got him calm."

Q.   What happens next?

A.   The conversation continues.

MR. DOMINGUEZ:  What page was that?

MR. ANTON:  The continued page?

MR. DOMINGUEZ:  Yeah, because you're not referring to
the page numbers.

**BY MR. ANTON:**

Q.   Page 17, does the conversation continue?

A.   Yes.

Q.   Page 18, it continues on again?

A.   Yes.

Q.   And on the bottom of page 18 at 10:11:15 p.m.?

A.   "Accountant email wire receipt.  Please screenshot and send
to him."

Q.   Does it continue?

A.   Yes.

Q.   What is said?

A.   "Yo, the black man keep F calling me.  I sent you wire
receipt.  New one in email."

Q.   And does the defendant, Sean Kingston acknowledge receipt?

A.   Yes.  He says okay.

Q.   We're on the bottom of page 19 now.  Does it continue on page 20, November 4, 2021, 10:14:03?

A.   Yes.

Q.   What does defendant Turner say?

A.   "Wire, look in email and screenshot and sent to him."

Q.   Does the defendant Anderson acknowledge receipt?

A.   He does.  He says "I got this."

Q.   Does the conversation continue on November 5, 2021?

A.   Yes.

Q.   On page 21.

A.   Yes.

Q.   What does defendant Turner say?

A.   "He took receipt."

Q.   And what does defendant Anderson say in response?

A.   "I know."

Q.   What's being discussed in Government's Exhibit 41?

A.   It's a conversation between the two defendants about the creation of a fake wire receipt.

          MR. DOMINGUEZ:  Objection.

          THE COURT:  One moment.  What's the grounds?

          MR. DOMINGUEZ:  It never says wire receipt.  It says receipt.

          THE COURT:  Could you put it back up?

MR. ANTON:  Sure.  I can put it back up.

THE COURT:  One moment.  What's the objection?  Ground?

MR. DOMINGUEZ:  It's a mischaracterization.

THE COURT:  Subject for cross.  Overruled.  That's fodder for cross.

MR. DOMINGUEZ:  What page is that?

MR. ANTON:  Page 14.

**BY MR. ANTON:**

Q.  Agent, what is stated on page 14?

A.  "Mother, you don't listen to me.  I told you to make a fake receipt."

Q.  Spelled R-E-C-I-E-T?

A.  Yes.

Q.  Previously on page 11 at 8:42:30 a.m., what does defendant Anderson state specifically?

A.  "Then we need dainty to make us a wire receipt."

MR. DOMINGUEZ:  What page was that?  I'm sorry, I missed it.

MR. ANTON:  It was page 11.

MR. DOMINGUEZ:  Thank you.

**BY MR. ANTON:**

Q.  Now before we go to additional text messages, I want to go back to Government's Exhibit 40 for a second.

THE COURT:  Just a moment, Mr. Anton.  So we're moving

on to another area other than 41, correct?

MR. ANTON:  Well, we're going back to 40.  Then we'll go to 41.

THE COURT:  Let me know when you're done with 41.

MR. ANTON:  Yes, sir.

THE COURT:  Thanks.

MR. ANTON:  Done with 41.

THE COURT:  So, ladies and gentlemen, I just want to make sure I put a bracket.  What you just heard was specific evidence that you are to consider for the limited purposes that I stated to you before you heard the evidence and I will give you a similar instruction at the end of the case.

Mr. Anton, your witness.

MR. ANTON:  Thank you, Judge.

**BY MR. ANTON:**

Q.  Agent, we were discussing some phone numbers previously. Let's talk about 954-770-4578.  Have you seen that phone number in your investigation?

A.  Yes, several times.

Q.  Where?

A.  So that was the number that was belonged to defendant Turner's phone.  So that came from the actual phone information when that was provided by Investigator Jenkins when he provided me the phone.

I have also seen that number that had messaged and

engaged in conversations with victims in this case.

Q. So --

MR. DOMINGUEZ: Objection to the characterization. Move to strike, Judge.

THE COURT: Overruled. It's fodder for cross.

**BY MR. ANTON:**

Q. Let's talk about the phone number ending in 4578. Was this phone number used to send a purported Bank of America wire transfer in the amount of $285,000?

A. Yes, on October 24, 2023.

Q. And we heard testimony from an individual who was discussing a $285,000 purported wire receipt from Bank of America. Who was that?

A. That was the owner of Mazal Jewelers, Mr. Moshe Edery.

Q. Did we also see this 4578 number used to send a text message containing a fraudulent or purported Bank of America wire receipt for $480,000?

A. Yes, that was sent to Andrii Nikolenko, and it was sent on March 14, 2024.

Q. Those two wires, based on your investigation, were purportedly sent by who?

A. Defendant Turner.

Q. Let's take a look at the 863-303-7836 number. Have you seen this phone number in your investigation?

A. Yes, I have. That was the number that Ocean Auto received

the fraudulent -- purported to be a First Republic bank receipt for roughly $159,000 on November 21, 2023.

Q.   Who was the sender of that particular wire?

A.   Sean Kingston.

Q.   Also known as Kisean Anderson?

A.   Yes.

Q.   The 310-330-6699 number, have you seen that in your investigation?

A.   I have.   That was the number that sent the fraudulent Novo receipt for VerVer Entertainment for $40,000 for the purchase of television set up on January 15, 2024.

Q.   That was the big LED T.V. screen?

A.   Yeah, the 232 inch Colossal T.V.

Q.   And based on the investigation, who was the purported sender of that text message?

A.   Sean Kingston.

Q.   Did you conduct additional searches of defendant Turner's cellphone for evidence that you believe to be relevant?

A.   I did.

        MR. ANTON:   Judge, at this time, without objection the Government moves 42 into evidence.

        THE COURT:   Ms. Bozanic?

        MS. BOZANIC:   No objection, Judge.

        THE COURT:   Mr. Dominguez?

        MR. DOMINGUEZ:   No objection.

THE COURT:  42 is received.  You may publish as you wish.

(Government's Exhibit 42 Received.)

MR. ANTON:  Thank you, Judge.

**BY MR. ANTON:**

Q.  As a result of your search of Government's Exhibit 39 and 39A, defendant Turner's cellphone, did you uncover texts between someone identified as Sean King and mamakingstonbookings?

A.  Yes, I did.

Q.  What happens on November 19th of 2023?

A.  He texts "it's Sean."

Q.  Is there a response?

A.  Yes.

Q.  What is that?

A.  "I'm at the gate, all good up front."

Q.  Does mamakingstonbookings or Janice Turner then send Sean King indicated as it's Sean, anything?

A.  Yes, a Republic ACH.PDF.

Q.  And what is the time of that sending?

A.  November 21, 2023.

Q.  Were you able to recover the attachment that was indicated in Government's Exhibit 42 on this particular text?

A.  Yes, I was.

Q.  Showing you the second page of this exhibit, what are we

looking at?

A.  So right here, we're looking at what's purported to be a First Republic wire transfer receipt from Eyes Above Water to Ocean Auto Center for roughly $159,000.

Q.  So this purported receipt is being sent from who to who?

A.  From defendant Turner to Sean Kingston.

MR. ANTON:  Judge, at this time, the Government moves 43 into evidence without objection.

THE COURT:  Ms. Bozanic?

MS. BOZANIC:  No objection, Judge.

THE COURT:  Mr. Dominguez?

MR. DOMINGUEZ:  No objection.

THE COURT:  43 is received.

MR. ANTON:  Thank you, Judge.

(Government's Exhibit 43 Received.)

**BY MR. ANTON:**

Q.  Agent, in addition to finding text messages between defendant Turner and defendant Anderson, did you locate any other text messages that were relevant to this particular transactions or transactions that you just testified was with Ocean Auto?

A.  Yes, I did.  There was a conversation between mamakingstonbookings and another individual listed as Mark Mosquera.

Q.  On November 23, 2023 at 7:47 p.m., what does

mamakingstonbookingsbookings appear to send to this other account indicated as Mark Mosquera Business Account?

A. So there's two images that were sent at that time, and the first one, if you recall from Ocean Auto, that's the out the door price for the vehicle. And in that second image was the wiring instructions for the vehicle.

Q. After both the text at 7:47 p.m. and then the text at 11:03:17 p.m. are sent, is there a response from this account, Mark Mosquera?

A. Yes, there is. They sent back a Republic ACH.PDF.

Q. On what day?

A. November 21, 2023.

Q. At what time?

A. 11:22:34 p.m., but I want to point out that's UTC. It's not Eastern Standard Time.

Q. Were you able to extract or see what these tiny pictures were?

A. Yes, I was able to download those.

Q. So on page 2 of this exhibit?

A. Yeah, that was the first image in that text right there. Again, that's a the Ocean Automotive Group picture that shows the out the door price.

Q. The third page of Government's Exhibit 43?

A. That was a screenshot that was sent. It just shows a funds transfer request with a number there.

Q. Now, these texts and these two pictures are being sent outbound from mamakingstonbookings?

A. That's correct.

Q. So someone is sending it to somebody?

A. Yes.

Q. Now, she's receiving something at 11:22:33 p.m. UTC?

A. Yes.

Q. On the final page of Government's Exhibit 43, what is received?

A. It's purported to be a First Republic bank wire transfer again from Eyes Above Water to Ocean Auto Center.

Q. And what is the amount?

A. Roughly $159,000.

Q. Once this text is received at 11:22:34, now showing you Government's Exhibit 42. Is it immediately forwarded to defendant, Sean Kingston at 11:23:41?

A. Yes. Roughly one minute after she received it, she forwarded it to Sean Kingston.

MR. ANTON: Judge, at this time, without objection, the Government would move 45 into evidences.

THE COURT: Ms. Bozanic?

MS. BOZANIC: No objection.

THE COURT: Mr. Dominguez?

MR. DOMINGUEZ: No objection.

THE COURT: 45 is received.

(Government's Exhibit 45 Received.)

**BY MR. ANTON:**

Q.  Agent Cook, did you conduct additional searches for text messages relevant to your investigation?

A.  Yes, I did.

Q.  Okay.  Let me show you Government's Exhibit 45.  What does mamakingstonbookings send on January 3, 2024 at 07:10:47 p.m. UTC?

A.  It's a screenshot.

Q.  Okay.  And then later at 07:25:53?

A.  She sends two images.

Q.  And then something comes back.  We're going to get to that in a second, but yes?

A.  Yes.

Q.  So, on January 3, 2024 at 07:56:11, Government's Exhibit 45, what is sent back from the account identified as Mark Mosquera Business Account?

A.  A Novo.PDF.

Q.  Okay.  Is there a response from defendant Janice Turner?

A.  Yes.  "When you have time, please change date from 10 to 26."

Q.  What is sent back?

A.  The Novo.PDF.

Q.  By 7:15:28 p.m., had there been a response?

A.  Can you repeat that?

Q.  By 7:15:28 p.m., does defendant Turner indicate whether or not there had been a response?

A.  No.

Q.  Question marks?

A.  Question marks.

Q.  Like nothing had come yet?

A.  Correct.

Q.  Two minutes later, is there a response from the Mark Mosquera Business Account?

A.  Yes, there's a Novo.PDF sent.

Q.  And the response the additional statement from this particular account?

A.  "Good morning.  Did it work."

Q.  And the response from mamakingstonbookings?

A.  "Yep, good morning."

Q.  And the response from Mark Mosquera Business Account?

A.  "Great."

Q.  Were you able to uncover the underlying documents that were associated with this particular text string?

A.  Yes, I did.

Q.  Okay.  What are we looking at on this particular page of Government's Exhibit 45?

A.  So we're looking at accounting and routing information and that was for VerVer Entertainment.

Q.  And ultimately what is the first Novo.PDF that gets sent

back to defendant Turner?

A.   The first one was the -- Novo, well purported to be a Novo receipt for $40,000.  It's a VerVer Entertainment and the date on that says January 10, 2024.

Q.   But the defendant wanted that corrected?

A.   Yes.  She said change it from 10 to 26.

Q.   Okay.  And ultimately, was another Novo receipt sent back now with a different date?

A.   Correct.  So it was ultimately sent back and it had a date of January 25, 2024 on it.

            MR. ANTON:  Judge, at this time, without objection, the Government moves 46 into evidence.

            THE COURT:  Ms. Bozanic?

            MS. BOZANIC:  No objection, Judge.

            THE COURT:  Mr. Dominguez?

            MR. DOMINGUEZ:  No objection.

            THE COURT:  46 is received.

                  (Government's Exhibit 46 Received.)

**BY MR. ANTON:**

Q.   Did you conduct additional text message searches, Agent Cook, concerning additional transactions?

A.   Yes.

Q.   On October 24, 2023 at 8:16 p.m., UTC, does mamakingstonbookings, also known as Janice Turner, send texts again to Mark Mosquera Business Account?

A.   She does.

Q.   Okay.  What's indicated in her first text?

A.   So it says beneficiary name is Mazal Jeweler and it has address, account routing numbers.

Q.   Is there a response?

A.   Okay.

Q.   And what does defendant Turner say?

A.   "Can you do this receipt so I can have them leave me the F alone."

Q.   What's the response?

A.   "What's the amount?  Do Bank of America."

Q.   Who says do Bank of America?

A.   Defendant Turner.

Q.   Defendant Turner is telling Mark Mosquera Business Account what bank to use for the receipt?

A.   That's correct.

Q.   Okay.  Does the conversation continue?

A.   Yes.

Q.   So after the defendant, Janice Turner, says do Bank of America, what is the response from Mark Mosquera Business Account?

A.   "Your phone going in and out."

Q.   And the continued response is that same evening from defendant, Janice Turner?

A.   "285K, it's my people, just to shut them up."

Q.  Does she say which bank to use?

A.  She says again "Use Bank of America, not First Republic, do ACH."

Q.  Is there a response?

A.  Okay.  And then a PDF titled wire BOA (1) comes.

"Did he accept the letter."

"Yes, girl.  Running arount."

"The receipt, nahhhh, LOL."

"Laughed at the receipt, nah, LOL."

Q.  Didn't work?

A.  And they're laughing about it.

Q.  Yes.  Were you able to extract a PDF associated with what defendant, Janice Turner, was procuring from the Mark Mosquera account?

A.  Yes.  This was the Bank of America, the wire BOA1.PDF.

Q.  That the Mosquera account made for the defendant at her direction?

A.  Correct.

MR. ANTON:  Judge, at this time, the Government would move 47 into evidence.

MS. BOZANIC:  No objection.

THE COURT:  Ms. Bozanic?  Thank you.  Mr. Dominguez?

MR. DOMINGUEZ:  No objection.

THE COURT:  47's received.

(Government's Exhibit 47 Received.)

**BY MR. ANTON:**

Q.  Agent Cook, were there additional text messages relevant to this particular investigation?

A.  Yes, there were.

Q.  Let's take a look at Government's Exhibit 47.  Did defendant, Janice Turner, now start sending text messages to an account labeled Ryan Music?

A.  She did.

Q.  And what on March 15, 2024 did defendant, Janice Turner send?

A.  It's Andre Nikolenko, and then it's his bank account information.

Q.  And what instruction?

A.  "Do this now please."

Q.  And the response?

A.  Okay.

Q.  Does defendant Turner indicate how much this wire needs to be drafted up for?

A.  Yes, $480,000.

Q.  Does Ryan Music send a response?

A.  He does.

Q.  And is there a PDF attached?

A.  There's -- yes, Kingston Bookings.  I can't read the last part of it.

Q.  Were you able to extract from the cellphone that particular

text?

A.   Yes, I did.

Q.   Showing you the second page of Government's Exhibit 47, what are we looking at?

A.   So we're looking at that PDF and it's purported to be a Bank of America wire transfer to Andrea Nikolenko for $480,000.

Q.   Agent, I've shown you a whole bunch of PDFs with wire transfer or purported wire transfer receipts as indicated in Government's Exhibit 42, 43, 45, and 46 and 7.

Have we seen those in this investigation and testimony here?

A.   We have.  The four witnesses that testified earlier all received those purported wire receipts.

Q.   As what?

A.   As confirmation of payment that never came.

MR. DOMINGUEZ:  I'm going to object to these exhibits.

THE COURT:  We'll take those up at the break.  Any others that are not objected to?

MR. ANTON:  Judge, at this time, without objection, the Government would move 50 and 51 into evidence.

THE COURT:  Ms. Bozanic?

MS. BOZANIC:  No objection.

THE COURT:  Mr. Dominguez?

MR. DOMINGUEZ:  No objection, Judge.

THE COURT:  50 and 51 are received.

(Government's Exhibit 50 and 51 Received.)

**BY MR. ANTON:**

Q.   Agent, as part of your investigation, did you also subpoena the Bank of America checking accounts associated with Eyes Above Water, LLC?

A.   Yes.

Q.   Were you able to determine how many different bank accounts were located under Eyes Above Water, LLC with Bank of America?

A.   There were two accounts.

Q.   I'm going to show first what's been introduced into evidence as Government's Exhibit 50.  To which Bank of America bank account does Government's Exhibit 50 relate to?

A.   So this account ends in 2924.  The owner of that, in fact, is Eyes Above Water, LLC.

Q.   What is a business signature card?

A.   So it tells you what type of account there is, the account title, and then who the person it belongs to so at the bottom, yeah, you'll have the signature card and that's someone who's authorized as a signatory authority on a bank account.

Q.   And who's the authorized and only authorized signatory on this particular account?

A.   Janice Turner.

Q.   The defendant?

A.   Yes.

Q.   And on page 2 of this particular exhibit, what are we

looking at?

A. So, again, this is similar to that first one. It tells you who the authorized signers are for that business account.

Q. Just in a digital format?

A. Yes. It has both accounts on that for that Bank of America. The 2924 and the 2431.

Q. We'll get to that second account in a second. Let's take a look at some of the Bank of America checking account statements for Eyes Above Water, LLC.

Let's take a look at the statement or account number ending in 2924 for the period October 1, 2023 to October 31, 2023. What is the beginning and ending balance?

A. The beginning balance on October 1, 2023 is $2,918.46 and the ending balance on October 31, 2023 is $3,580.49.

Q. How about the ending balance on the November 1, 2023 to November 30, 2023 statement?

A. The beginning balance for November 1, 2023 was $3,580.49 and the ending balance on November 30, 2023 was $1,346.43.

Q. Time period December 1, 2023 through December 31, 2023, what's the ending balance on December 31st?

A. The ending balance was negative $3,346.26.

Q. January 31, 2024 how much money is in the 2924 account?

A. $815.66.

Q. The February 29, 2024 ending balance?

A. Negative $1,145.23.

Q.   March 31, 2024?

A.   Zero dollars.

Q.   Is there also a declaration of Bank of America that these are, in fact, authentic documents?

A.   Yes.

Q.   Let's take a look at Government's Exhibit 51.  What is Government's Exhibit 51?

A.   So that's the signature card for the account ending in 2431.  The account title on that one, again, is Eyes Above Water, LLC.

Q.   And who's the sole signatory on this particular account?

A.   Defendant, Janice Turner.

        MR. DOMINGUEZ:  What was the date of that?  I'm sorry.

        MR. ANTON:  The date of?

        MR. DOMINGUEZ:  The one with the signature.

        MR. ANTON:  February 15, 2024.

**BY MR. ANTON:**

Q.   And let's just go a few statements.  What is the ending balance on February 29, 2024 of the account ending in 2431?

A.   $933.12.

Q.   Ending balance on March 31, 2024?

A.   $1,603.89.

Q.   Ending balance on April 30, 2024?

A.   $12,156.37.

Q.   And, again, there's a declaration from Bank of America that

these are authentic records?

A.   Correct.

          MR. DOMINGUEZ:  No objection, Judge.

          MS. BOZANIC:  No objection, Judge.

          MR. ANTON:  At this time, the Government would move 53 into evidence.

          THE COURT:  Being the defense has no objection, 53 received.

          (Government's Exhibit 53 Received.)

**BY MR. ANTON:**

Q.   Agent, I'm showing you what has been introduced into evidence as Government's Exhibit 53.  What is Government's 53?

A.   It's the Zelle subpoena return.

Q.   Why was Zelle subpoenaed?

A.   I subpoenaed Zelle because I found conversations on the phone that talked about using Zelle as payment for wire receipts.

Q.   Okay.  Did you find any evidence of payments for wire receipts by reviewing the Zelle transactions?

A.   I did.

Q.   Can you explain?

A.   So on numerous dates where a wire transfer confirmation document had come back from that Mark Mosquera Business Account, it coincided with a transfer from defendant Turner to that phone number that was sending those wire transfer receipts

back.

Q.   And in what general amount?

A.   $50.

Q.   Now also as part of your investigation and review of the Zelle records, I'm going to draw your attention to Exhibit 53 and page 3, and I will zoom in as best I can.  Is there an entry that is important to your investigation?

A.   Yes.  So this is what I was mentioning before where you can register a token ID or you can register an email address, and that will be associated with a recipient and a bank account.

So, in this case, that conversation between defendant Turner and defendant Kingston.  The number being utilized was 863-266-5813 and the recipient ID for that token was Kisean Anderson.

Q.   So what does that mean?

A.   It means he was the one using that phone number in order to register for Zelle.

Q.   Why is that 863 phone number important in this investigation?

A.   It's important because that was the number being utilized by Sean Kingston for those text messages that reference the fake wire receipt in November of 2021.

Q.   The SKKKKK?

A.   Correct.

THE COURT:  Mr. Anton, let's take our last afternoon

break now.  We'll let the jury have some time and then we'll proceed on.

Same directions, same three things.  Don't discuss the case.  Don't deliberate along the way.  Keep an open mind. We'll see you in 15 minutes.  All rise for the jury.

(Jury exited the courtroom at 4:25 p.m.)

THE COURT:  You all may be seated.  I imagine you have some things that you want to take up, but before we get into that, maybe what you want to do is I guess summarize the universe of things because if there's a lot, we can let them go home and we can argue because I turn into a pumpkin at about 5:30.  I have a TRO we're and going to make sure that Ms. Rassie has a break because the TRO is long, so maybe what you want to do is take about five minutes between the three parties and let me know kind of what's up for grabs.

And if there's a lot, I'll let them go and then we can start again tomorrow with the jury, but we'll be all teed up so does that makes sense, Mr. Anton?

MR. ANTON:  It does.  I mean, I could probably proffer it right now while you're standing there if that's okay.

THE COURT:  You have it from them?  What they're objecting to?

MR. ANTON:  The only things that haven't been introduced other than this very quick exhibit which is 54 which is just a contact card are the items that we've been discussing

at the previous break.  So I saved all that for the end so we can address it.

THE COURT:  So 44, 48, 49, and 49A and 52?  Is that what we're talking about?

MR. ANTON:  Yes, that's correct.  I've had a discussion with co-counsel and at this point, we will not be seeking to introduce Government's Exhibit 44.

THE COURT:  Okay.  So 44 is out.  Not coming in.  How about 54?  Is that up for grabs or is that stipulated?

MR. ANTON:  54 is going to be a stipulation.  It's just a contact card of phone numbers that were found in the defendant's phone.

THE COURT:  Then I'm going to keep them around for a little while.  Let's just very quickly, I think 48 and 49, let me get those.  I looked at them before.  I think they're similar to what's been introduced already.

MR. ANTON:  48 and 49 were the subject of a -- were the subject of a 404(b) or inextricably intertwined notice that was filed way back on March 5th of 2025 under document 49.

THE COURT:  Yeah.

MR. ANTON:  There was never any kind of response or anything to that particular notice.

THE COURT:  So 48 is four pages of a very similar text string and then banking documents.

MR. ANTON:  Correct.  So in Government's Exhibit 48,

then also in 49, it's just a continuation with different dates. There are text messages between mamakingstonbookings and, again, with Ryan Music sending back and forth, this time Bank of America bank statements.

THE COURT:  Which are Eyes Above Water?

MR. ANTON:  Which are Eyes Above Water, so half of the bank statements have already been introduced into evidence as authentic documents.

The other half are documents from the Ryan Music account that are falsified and manipulated Bank of America bank statements to make it appear that they have hundreds, if not hundreds of thousands of dollars of additional money in their bank accounts that they honestly did not have.

THE COURT:  And that's in the screenshots of the text string itself?

MR. ANTON:  That's correct.

THE COURT:  That the agent will testify that she reviewed?

MR. ANTON:  Yes, Judge.  If you see the PDF attachment in a little box like the other ones, and they're able to pull out the actual documents you can see the entire manipulated statements in addition to the actual statement that was sent by defendant Turner to this Ryan Music account.

THE COURT:  Is there any -- not saying you don't have enough yet, and I'll hear from defense, but is there any

connection elsewhere in the case about what Ryan Music means or is?

MR. ANTON:  What Ryan Music is or means, no, other than in the previous couple of exhibits, there was texts back and forth between defendant Turner and Ryan Music that received fraudulent wire receipts that were made by Ryan Music at the direction of Janice Turner.

These text messages are now being sent back and forth to the same parties, but this time the subject matter is not a fraudulent wire receipt.  It's a manipulation and fraudulent Bank of America bank statements.

THE COURT:  So I'll hear from defense on anything they wish to say in argument about why 48 and 49 should not come in.

MR. DOMINGUEZ:  The contact with Ryan is one receipt. And it's, you know, that's -- there was only one and then in relation to the bank records, there's zero, zero evidence here of any use at all whatsoever of bank records with any victim.

The bank records were never displayed to anyone, oh, look how much I have.  Zero connection to anything involving this conspiracy charge.

THE COURT:  I'm not sure I follow from that.  What you mean, Mr. Dominguez, is that there's text strings between your client and a Ryan Music account that has within it fake Bank of America statements.  So your point is is that they don't come in for the conspiracy count why?

MR. DOMINGUEZ:  I mean, it's not even at all connected in any way, shape, or form.  Ryan Music is not a part of this case.

THE COURT:  No, no.  If that's your argument, the direct connection of the date of the string, and the similarity of the communications, I agree with you that they're not as strong for 401, 402, 403, but they're certainly probative and material.  They're found in the phone that is hers.  So unless there's another --

MR. DOMINGUEZ:  Judge, that is so prejudicial for something that is not at all connected with this case.

THE COURT:  Tell me what's so prejudicial.  That's a 403 argument.  What's so prejudicial about these records?

MR. DOMINGUEZ:  Now they just want to bring in these statements that could have, yeah, they may have been used -- I'm sorry, may have been prepared or whatever sent to her, but never used in any way, shape -- they haven't shown that it was used in anything or in any way connected to any of this case.

The fact that you receive fake statements and don't use them for anything is going to lead this jury to believe somehow that because it came in, that these things were utilized in some way in this case and they weren't.

THE COURT:  No, I don't agree with that argument.  For instance, there is a piece of this exhibit which is the bank records that are on 48 starting at page 5.  I mean, I certainly

agree with you that the entire record -- I guess I'll ask

Mr. Anton, if you look at the banking records that are part of

48, you don't contend that all of the banking records are

relevant to the conspiracy, right?  Because there's just a ton

of transactions across these records, so maybe you can piece it

together form me.

MR. ANTON:  Yes, Judge.  In terms of these particular

records, for instance, on page -- well, it's labeled as page 1

of the statement of November 1, 2023 to November 30, 2023, it

shows an ending balance of $1,346.43.

THE COURT:  Yes.

MR. ANTON:  If you look at the next statement that's

been attached --

THE COURT:  So the December 1 statement?

MR. ANTON:  That's correct.

THE COURT:  Which is on page 32 of Exhibit 48.

MR. ANTON:  Now, after having been sent to Ryan Music,

and back to defendant Janice Turner, the same bank statement

for the same period now has the additional name of Ronald Lindo

which we've heard about in testimony with the Ocean Auto

transaction but now, the bank account has $301,346.43.  They

added $300,000 to their bank account through these fraudulent

manipulations.

THE COURT:  And I think your point is even somewhat

better than that which is to the extent that it is not the

result of the Government's theory, the record is there, and it's free for cross.  If there's some aspect of the rest of the bank records that add up to $499,000 that they want to contend is not fraud or not part of this, your point is is that those two bank records that support at least by a preponderance the Government's theory, and then everything else is for cross, is that fair?

MR. ANTON:  That's correct, Judge.  They also as indicated in our motion, go directly to the defendant's financial condition.  There's been lots of testimony about how much money they were making and this -- obviously, if you look at the actual bank statements, they have perhaps a thousand dollars or negative dollars in their account and now they're manipulating bank statements to show that they have hundreds of thousands of dollars in their accounts.  That's certainly probative because the defendants' intent to defraud is relevant in this case and the Government has to prove what's in the defendants' head.

THE COURT:  Yeah, I get it, Mr. Anton.  I thank you. And you're making the same arguments for 49 as you are for 48?

MR. ANTON:  That's correct.  It's just a continuation in terms of the dates.

THE COURT:  Ms. Dominguez, Ms. Bozanic, I'll, of course, hear from you if you think --

MR. DOMINGUEZ:  Well, if Mr. Anton is saying that they

don't have money because of this one account, they didn't pull the rest of their accounts so now I'm going to be able to bring in --

THE COURT:  Oh, yeah.

MR. DOMINGUEZ:  -- in my case --

THE COURT:  You have a defense case.

MR. DOMINGUEZ:  -- all the money that he was making.

THE COURT:  Oh, yeah, you can.

MR. DOMINGUEZ:  If that's where we're going, that's where we're going.

THE COURT:  I get it.  That's why I'm doing this.  I have to have the Government's theory and you have the ability to cross the agent on, well, do you know about other sources of income?  Maybe these wires into this account on these transactions were, you know, completely legit.  Or if they weren't legit, it didn't matter because he could have backfilled it.  I get it.

You're allowed to do what you want to do on your defense case and those are strategic decisions.  My question is for 48 and 49, you still have a 403 objection?

MR. DOMINGUEZ:  I maintain my objection, but I also would like to let the Court know that now my questioning of my defense witnesses is much broader now.

THE COURT:  I get it.

MR. DOMINGUEZ:  I wasn't going to go there.  If they

want to go there, they've got it.

THE COURT:  I get it.  The Government has a burden of proof and they get to make strategic decisions on exhibits that they think supports the burden of proof and that could open the case up.  That could open up doors.

But the 403 as stated for 48 and 49, is overruled for all the reasons stated by Mr. Anton, for the clear on their face -- I want to be very clear about this.  This is all coming out of defendant Turner's phone.

For 401, 402 and 403, given that fact and given the connection to the other testimony and evidence in the case, that connects into entities, amounts, people, and transactions, 48 and 49 are admissible and your objection is preserved and overruled.  And I guess we have 49A and 52 that we need to do?

MS. BOZANIC:  Judge, I just wanted to join in the objection.

THE COURT:  You join and it's preserved, Ms. Bozanic.  For sure, as to 48 and 49, that is a double objection, it's double overruled and double preserved.

49A and 52.

MR. DOMINGUEZ:  Judge, that was part of a 404(b) notice, so are you going to then also instruct the jury of its very limited purpose?

THE COURT:  Well, wait a minute.  48 is clearly within the time period of the charged conspiracy so that is a very

different kettle of fish.  No.  To the extent that you raise that again, what was discussed about 41 was that that was 2021 evidence, so in an abundance of caution, the court said it would give a 404(b).

The Government's law even on Exhibit 41 as to how it is part and parcel of the fraud was probably right, but in an abundance of caution, I gave the 404(b) on 41.

On 48, no.  That is within the very charged conduct itself.  I understand, Mr. Dominguez, the defense case, if one is brought, may throw different light upon that time period.  But no, there will be no 404(b).  The Government's not asking for a 404(b) instruction on 48, correct?

MR. ANTON:  No, Judge.

THE COURT:  Right.  So that is -- that objection is overruled as well.  Let's do -- is it 49 and 49A?

MR. ANTON:  48 is attached to 49.

THE COURT:  Sorry.  49A and 52 is what we need to do. Let me do 49A.

MR. DOMINGUEZ:  Which exhibit is it you're not doing now?

MR. ANTON:  We're not doing 44.

THE COURT:  So 49A it's the same objection, correct?

MR. DOMINGUEZ:  Yes.

THE COURT:  Right.  Same objection, Ms. Bozanic, right?

MS. BOZANIC:  Yes, your Honor.  Yes, Judge.

THE COURT:  Same argument, right?  On 49A, there's nothing in particular either side wishes to argue with respect to 49A, right?

MS. BOZANIC:  Well, Judge, this also -- I know it's within the time of the conspiracy.  The date, it's 4-18, but it's an uncharged count.

THE COURT:  49A, the one I'm looking at which is 49A, page 1, it states on the record June 1, 2023.  That's page 1.

And then it has an invoice, and then it keeps going.  And this one, again, to the naked eye, to just the court, this is even clearer.  This is, again, Mark Mosquera.  This is, again, Eyes Above Water, and for purposes of Count 1, this is more than enough.  Your objection is preserved.

Anything special you wish to say, Mr. Dominguez, that you think I'm missing on 49A?

MR. DOMINGUEZ:  No, that's okay.  Same argument.

THE COURT:  Same argument.  Objection is overruled.  49A is admissible.

Last one, 52.  Additional fake receipts.  What do I need to know about this, Mr. Dominguez?

MR. DOMINGUEZ:  This is like death by a thousand cuts, Judge.  That's what they're trying to do here.

THE COURT:  No, no.  This is all out of her phone and I'm looking at it now.  This is the equivalent, sir, of at a

search warrant, and if this was on her desk, it doesn't matter who says it.  These are on her desk and in this case, it's on her phone which was subject to a search warrant.

This one's even easier in the sense that for Count 1, 52 is essentially, to describe it, 33 pages of documents that purport to be bank wire instructions, bank wire transfers that are very similar to what there's been testimony about in this case.

So, 54, unless I hear something differently, there's no -- and by the way, in 403, you're talking about the time period of the charged conspiracy for much of it, and if not all of it, and there's no prejudice.  This is Eyes Above Water.  This is the entity.

So for all of those reasons, 54 is admissible.  Your objections for both defendants are overruled and preserved.

MR. ANTON:  Judge, it's 52, not 54.

THE COURT:  Sorry, 52.  Let me get it.  That's correct.  It's 52.  52 is admissible, and your objection is overruled and preserved.

Okay.  I'm going to let Ms. Rassie have her 15 minutes now, and then we'll come back at about 5:00 and we'll get a half an hour more in and obviously, this is going to carry over to tomorrow but at least I think the runway is starting to line up.  I'll see everybody in about 15 minutes.  Thank you, counsel.

(Recess taken from 4:48 p.m. - 5:00 p.m.)

THE COURT:  Back on the record.  Three things that were said off the record I'm going to make very clear on the record.

One, Mr. Dominguez brought up that there are other evidentiary motions such as rulings on prior criminal history that need to be ruled on.  That will be done tomorrow.

Second, there's going to be a charge conference.

Third, I told Mr. Anton that if he wanted -- if the Government's going to want Count 2 to go past Rule 29, they should spend the time and brief it for the court.

At that point, Mr. Anton stated that he has been in contact with defense and that they're going to walk off Count 2.  That's fine.  That is if the Government talks to defense right after trial today and changes its mind, we're not at the end of the case.  There hasn't been a Rule 29 motion, but I am saying to the Government, with respect to Count 2, especially that if they're going to want Count 2, they're going to need to give me law and highlight the evidence on Count 2.

I understand it may be mooted, but the Government is not prejudiced until the very end of their case and have to make final decisions.

So having said that, finally, before we get the jury, so that counsel knows, we will go until 5:30 today at the latest.  If the Government finishes their direct in ten

minutes, we'll start cross, but it will carry over and tomorrow, I will tell the jury that we will only start with the jury at 10:30 so that we have two hours together to do all of this stuff without the jury, okay?

And with that, let's go get them.  Thank you, sir.

THE COURT SECURITY OFFICER:  All rise for the jury.

(Jury entered the courtroom at 5:02 p.m.)

THE COURT:  Welcome back, everybody.  Please be seated.  We're going to go for about a half hour more, then it will be the end of the day.  Thanks for your patience and all the back and forth.

Mr. Anton, you may continue, sir.

MR. ANTON:  Thank you, Judge.  At this time, without objection, the Government moves Exhibit 54 into evidence.

MS. BOZANIC:  No objection, Judge.

THE COURT:  Mr. Dominguez?

MR. DOMINGUEZ:  No objection.

THE COURT:  54 is received.

(Government's Exhibit 54 Received.)

MR. ANTON:  And while we're discussing evidence, Judge, the Government also moves 48, 49, and 49A into evidence subject to the previous objections and your Honor's rulings.

THE COURT:  Those objections are preserved and overruled.  48, 49 and 49A are received.

(Government's Exhibits 48, 49 and 49A Received.)

MR. ANTON:  And then we would also move Exhibit 52 into evidence at this time, again, pursuant to the defenses objections and your Honor's rulings.

THE COURT:  Yes.  Those objections are preserved and overruled.  52 is received.

(Government's Exhibit 52 Received.)

**BY MR. ANTON:**

Q.  Okay.  Agent, when we last spoke, we were discussing your review of defendant Turner's cellphone.  Let me show what has been marked and introduced as Government's Exhibit 54.

What are we looking at in Government's Exhibit 54?

A.  We're looking at how the numbers, the name that was associated in defendant Turner's phone, how those numbers were associated.

Q.  And what is the phone number for mamakingstonbookings?

A.  954-770-4578.

Q.  And how about the next contact for C.E.O. King?

A.  310-330-6699.

Q.  And Sean King?

A.  863-303-7836.

Q.  Why are these phone numbers relevant to your investigation?

A.  These are relevant because these are the three numbers that sent fake wire receipts to the witnesses who testified earlier in this case.

Q.  And this is defendant Turner's memorialization of who these

numbers belonged to?

A.   That's correct.  It was from her cellphone.

Q.   So despite what any -- or in light of what any AT&T subscriber information might show is the financial party or the user, this clarifies it a bit more?

A.   Correct.  And based off of the context of the messages, I read the communications for those text threads.  Based off of that context as well, it was very clear that it was the defendants who were using those numbers.

Q.   In reviewing the defendant Turner's cellphone, showing you Government's Exhibit 49A, did you find any other texts between mamakingstonbookings and this Mark Mosquera Business Account we've been discussing?

A.   Yes, I did.

Q.   What happens on June 1st of 2023?

A.   Mamakingstonbookingsbookings says "Today's date and use Bank of America template because they have First Republic."

Q.   And is there a response?

A.   Yes.  Mark Mosquera says, "Got it."

     Mamakingstonbookings replies, "Do you know when because I have the other one as well."

     Mark Mosquera says "Ready."

Q.   There was a PDF that was attached?

A.   That's correct.  So that was the PDF sent by defendant Turner to that Mark Mosquera account, and it's an invoice to

Eyes Above Water, LLC and like the text said, use Bank of America because they have First Republic Bank. You'll see down at the bottom, it has the bank name and account and routing numbers as well.

Q. Is there a discussion about the amount?

A. Yes. Mamakingstonbookingsbookings says, "No, this is for $25,000 plus, look at invoice. I'll send you the one for 10K plus."

"Okay. I'll fix it now."

"This one, use First Republic."

Q. That's being sent by who?

A. Defendant Turner.

Q. And does a PDF of a purported wire receipt then get returned to mamakingstonbookingsbookings?

A. That's correct. Mark Mosquera sends back a wire BOA, Bank of America, number (1) PDF.

Q. And on the final page of 49A, what are we looking at?

A. We're looking at that PDF, what's purported to be a Bank of America transfer receipt from Eyes Above Water to the name that was on the invoice for roughly $25,000.

Q. So more wire receipts being procured by defendant Turner?

A. Correct.

Q. While we're on the topic of additional wire receipts, did you have the opportunity to scrub defendant Turner's phone for any additional wire receipts that occurred between the time

period as alleged in the indictment?

A.   I did.

Q.   Showing you Government's Exhibit 52, what are we looking at in this stack?

A.   We're looking at purported First Republic Bank wire transfer receipt for Eyes Above Water, LLC to Steven Young.

Q.   And how many pages compromise in Government's Exhibit 52?

A.   33.

MR. DOMINGUEZ:  Judge --

**BY MR. ANTON:**

Q.   33.

A.   Correct.

THE COURT:  One moment.

MR. DOMINGUEZ:  We're objecting.  We thought we had resolved this issue.

THE COURT:  Which exhibit is this?

MR. ANTON:  52.

THE COURT:  Yeah, your objection is preserved and overruled.  It's admitted.

MR. DOMINGUEZ:  Thank you.

THE COURT:  Yes, sir.

**BY MR. ANTON:**

Q.   So, page 1, First Republic receipt?

A.   Correct.

Q.   Page 2, another one?

A.   Yes.

Q.   Page 3?

A.   Yes.

Q.   All with different receiver names?

A.   I believe Steven Young on the last one and this one's Aandre Wright.

Q.   And all for different amounts?

A.   Yes.

Q.   To different people?

A.   Yes.

Q.   Page 4?

A.   Another one.

Q.   Page 5?

A.   Another First Republic receipt.

Q.   Page 6?

A.   Another First Republic receipt.

Q.   7?

A.   They didn't put the logo on this one, but appears to be a wire transfer from Eyes Above Water, LLC to 4610 Southwest Ranches, LLC.

Q.   Page 8?

A.   Again, no logo but purported to be a transfer between Eyes Above Water, LLC and receiver, Bo Coates.  Another one.

Q.   Page 9 is another one?

A.   Correct.

Q.   To Bo Coates?

A.   Yes.

Q.   Page 10?

A.   Another one.

Q.   Amounts are changing?

A.   They are.  I believe that one might have been the same amount as before to 4610 Southwest Ranches, but they're different between the receivers.

Q.   Page 11 of 52?

A.   Yes.

Q.   For instance, page 10 was for $32,400?

A.   Mm-hmm.

Q.   Again, 32,400 on page 11?

A.   Yes.  If you look at the account numbers, they're different.

Q.   So this on page 10, it's account number ending in 667?

A.   Correct.

Q.   And then on page 11, now the account number is 9006?

A.   Correct.

Q.   Page 12?

A.   Yep, with the logo this time.

Q.   Page 13?

A.   Another one.

Q.   Page 14?

A.   Again, another purported First Republic bank receipt.

Q.  15?

A.  Another one.

Q.  16?

A.  Another receipt.

Q.  17?

A.  Another receipt.

Q.  All to different receivers?

A.  Correct.

Q.  Okay.  18 again?

A.  Yep, another receipt to Approved Jets.

Q.  19?

A.  Another receipt to Alan & Co. Jewelers.

Q.  20?

A.  Another receipt.

Q.  21?

A.  Again, another receipt.

Q.  22?

A.  Same thing.

Q.  And this goes on all the way until there are 33 pages of these receipts?

A.  That's correct.

Q.  Okay.  At the back of the stack, on page 26 of Government's Exhibit 52, what kinds of receipts?  What bank are we looking at now?

A.  We're looking at Bank of America instead of First Republic

now.

Q.   Okay.  Page 27?

A.   Bank of America.

Q.   28?

A.   Bank of America.

Q.   29?

A.   Bank of America.

Q.   30?

A.   Bank of America.

Q.   31?

A.   Bank of America.

Q.   32?

A.   Bank of America.

Q.   And 33?

A.   Bank of America again.

Q.   Now let me ask you a question.  Let's talk about your training as a Secret Service agent.

     You indicated that it's your responsibility as an agent to investigate allegations of fraud as relates to the U.S. financial institutions.

A.   That's correct.

Q.   And as a result of your training and experience, are you familiar with the types of information that should be appearing on legitimate wire transfers or ACH transfers?

A.   Yes, I am.

Q.  Do you come into contact on a daily basis as an investigator with the United States Secret Service with bank investigators and others involved in the banking industry?

A.  Yes, very frequently.

Q.  So as a result of that, did you take a look at these wire receipts to determine whether or not they contained accurate information?

A.  Yes, I reviewed all of them.

Q.  So let's take a look.  For instance, let's just pull up page 3 as an example.  This First Republic receipt that purportedly is sent from Eyes Above Water to receiver Aandre Wright, can you explain to the jury why on its face you, as a Secret Service agent, know that this is a fraudulent or false document?

A.  Yeah, there's several things wrong with the document.  So, first of all, the logo for banks, they come out clear on these wire transfer receipts.  This one was blurry.

In addition to that, there's something called the ABA. It's also known as the American Banker's Association or also known as a routing number.  So in order to complete a transfer, you need an account number and a routing number.  That way, banks know what bank to send the money to and then they send that to your account.  It's kind of like a street address and a zip code.

So the routing number acts as a zip code, gets it to

the right area, and the account number is like an actual address and it gets you to that right account for that person.

So ABAs can be looked up.  There's a list of them.  So you can do that on Google.  You can Google ABAs and you can see if it's valid or not.  This was not a valid ABA.

There's also another way to tell a valid ABA.  There's also --

Q.  Let me stop you there for a second.  When you say not a valid ABA, meaning it doesn't associate with First Republic Bank?

A.  That's correct.

Q.  What else?

A.  So, the BIC, also known as a banking identification code, you've probably heard of it as a SWIFT code.  It's a routing number used for international bank transfers.  That was odd to me because this is purported to be a wire transfer that's domestic.

So and also ABA, like I said, is routing.  BIC is also routing, so it doesn't have any account listed on there.

Further, the BIC or the SWIFT code will always be eight digits or 11 digits.  In this case, it's shown as ten digits.  That's because the bank code which is the first four digits is actually incorrect.

So for First Republic Bank, the bank code should be FRBB.  In this instance, it's shown as FRB.  It's not correct.

And then further, if you go down to the receiver, you see the ABA or the routing number, and then you also see in this instance, what's referred to as an IBAN which is an international bank account number.  So IBANs are generally 22 to 34 characters long, they're alphanumeric and they always start with a two digit country code.

So again, that's odd because it doesn't start with a two digit country code and it's not within that character length that it should have been.

Q.   Anything else?

A.   Is that enough?

Q.   And do those types of errors occur on all of these purported legitimate wire transfer receipts?

A.   There's errors on all of these receipts.

Q.   Let's look at just, for instance, the Bank of America page 30 as an example.  What type of information is wrong on the Bank of America?

A.   Again, you have issues with the logo and then the words for Bank of America that are in red.  The "of" shouldn't be capitalized in this instance.

In addition to that, just there's layout errors. There's things are bolded.  If you look at the account number right there, the zero looks different than the rest of the numbers there.  It's not consistent throughout the receipt which you would expect on a legitimate receipt.

Q.   So we've got spacing errors?

A.   Yeah.

Q.   Type size errors?

A.   Yes.

Q.   Again, routing code and other information errors?

A.   Potentially.  I don't recall if I checked the routing or information on this particular one.  But, again, spacing issues.  You can see after account, after routing, there's a space between there between that colon there.  It's just inconsistent throughout the receipt.

Q.   And then, of course, the logo as well you said was problematic?

A.   Absolutely.

Q.   Showing you what has been introduced into evidence as Government's Exhibit 48, did you also find additional text messages between mamakingstonbookingsbookings and Ryan Music in February of 2024?  February 6, 2024 to be specific?

A.   Yes, I did.

Q.   Now, there are multiple attachments that are being sent by mamakingstonbookingsbookings on February 6, 2024 starting at 5:45:31 p.m. UTC.  I see one, two, three, four, five, five of these PDFs are sent.

     What types of information purports to be on these PDFs as indicated purely by the title?

A.   So it says e-statement, so that to me means like a

financial statement and it has the dates so it would be a statement for that particular month.

Q.   Were you able to extract the actual PDFs that were associated with these embedded texts?

A.   Yes, I did.

Q.   Now, after on page 1 and 2 of Exhibit 48, PDFs are sent from mamakingstonbookings to Ryan Music.  Does Ryan Music then return statements that now appear to be similar except now they have an "F" after them in the parentheses?

A.   Yes, that's correct.

Q.   So let's take a look at the attachments in more specificity.  For instance, we had a November 30th e-statement as an attachment, correct?

A.   That's correct.

Q.   Looking now at what appears to be page 1 of the e-statement attachment from November 1st through November 30, 2023, do you recognize this?

A.   Yes, I do.  That was the same statement that was returned for the subpoena to Bank of America.

Q.   For the November 1st through November 30, 2023 timeframe?

A.   That's correct.

Q.   For the account ending in 2924?

A.   Yes.

Q.   Now what's the beginning balance as indicated on this particular statement?

A.  $3,580.49.

Q.  And the ending balance?

A.  $1,346.43.

Q.  And what is the name and address associated with this particular statement?

A.  It's Eyes Above Water, LLC and the address is 3721 NW 29th Street, Lauderdale Lakes, Florida.

Q.  When the statement comes back from Ryan Music, were you able to extract that text?

A.  Yes, I did.

Q.  Taking a look now at that particular attachment from Government's Exhibit 48, who now appears to be the owner of this account?

A.  Ronald Lindo.

Q.  And?

A.  Eyes Above Water, LLC.

Q.  With the same address?

A.  Correct.

Q.  How about the beginning balance?

A.  No, the beginning balance has now been increased by $200,000.

Q.  And says what?

A.  $200 -- or $203,580.49.

Q.  And the ending balance?

A.  $301,346.43.

Q.   So basically Ryan Music adds $200,000 to the beginning balance?

A.   Correct.

Q.   And now on the ending balance adds $300,000?

A.   Yes.

Q.   Okay.  The document on the left you indicated was the legitimate bank statement for November 1st through November 30th?

A.   That's correct.  It matched the subpoena return from Bank of America.

Q.   And the corresponding month from Ryan Music on its way back, not accurate?

A.   Not accurate at all.

Q.   December 1, 2023 through December 31, 2023, for whatever reason, let's take a look at page 1, the beginning balance?

A.   Beginning balance, $1,346.43.

Q.   And the ending balance?

A.   Negative $336.26.

Q.   We saw that one before?

A.   We did.

Q.   When it comes back from Ryan Music?

A.   Yep.  Now it has Eyes Above Water, LLC and they've added Ronald Lindo.

Q.   And the beginning balance?

A.   $301,346.43.

Q.   Now what does the ending balance say?

A.   I think they forgot to take the negative off there, but it's negative almost half a million dollars.

Q.   Not such good work on this one.

A.   No.

Q.   Let's take a look at the legitimate attachment for the month of January 1, 2024 through January 31, 2024.  What's the beginning balance?

A.   Negative $336.26.

Q.   And this is the account number ending in 2924 at Bank of America?

A.   Correct.

Q.   For Eyes Above Water?

A.   Yes.

Q.   Ending balance?

A.   $815.66.

Q.   This is the legitimate bank statement?

A.   Yes.

Q.   When it comes back?

A.   When it comes back, again, additional person listed, Ronald Lindo, and the beginning and ending balances are not the same.

Q.   So the beginning balance is now what?

A.   Negative almost half a million dollars.

Q.   And the ending balance?

A.   Over $600,000.

Q.   So $600,000 is added.   Instead of being $815.66, it's now $600,815.66?

A.   Correct.

Q.   Does it continue on Government's Exhibit 49 with additional text messages from defendant Janice Turner to Ryan Music?

A.   Yes.

Q.   And each time on Government's Exhibit 49, are e-statements now attached and sent to Ryan Music from Janice Turner?

A.   Yes.

Q.   So let's continue.   For the 2431 Bank of America account, what is the legitimate beginning balance?

A.   Zero dollars.

Q.   And the legitimate ending balance?

A.   $933.12.

Q.   It's only Eyes Above Water, LLC?

A.   Correct.

Q.   When the statement comes back, now who's a co-owner?

A.   Ronald Lindo again and the address is changed.

Q.   How much now does the bank account mysteriously have?

A.   Now it has $10,027.43.

Q.   Does this practice then continue the following month?

A.   It does.

Q.   Okay.   Bank account ending in 2431, March 1, 2024 through March 31, 2024, what is the legitimate beginning balance?

A.   $933.12.

Q. And ending balance?

A. $1,603.89.

Q. When this bank statement comes back, now what is the co-owner?

A. Ronald Lindo.

Q. Okay. The beginning balance?

A. $10,027.43.

Q. And the ending balance?

A. $40,698.20.

Q. Let's take a look finally at account ending in 2431 for April 1, 2024 through April 30, 2024, what does the legitimate statement look like in terms of beginning balance?

A. $1,603.89.

Q. And the legitimate ending balance?

A. $12,156.37.

Q. And now as modified by the Ryan Music account, what is contained on this bank statement in terms of beginning balance?

A. $40,698.20.

Q. And the ending balance?

A. $51,250.68.

Q. So as it relates, Agent Cook, to the purported wire transactions that the victims indicated were coming from Bank of America, did you scrub defendant Turner's bank statements?

A. I did.

Q. Did you see whether or not any of the Eyes Above Water, LLC

Bank of America wire receipts that had been sent to the victims as purported payments ever were reflected in the legitimate bank accounts of the Bank of America Eyes Above Water, LLC account that they purportedly came from?

A.   None of those wire receipts were reflected on the wire receipts received on the subpoena.

Q.   Because they didn't happen?

A.   Correct.

          MR. ANTON:  Nothing further, Judge.  Thank you.

          THE COURT:  Okay.  Ladies and gentlemen, six minutes before 5:30, we're going to let you go.  You can stay there, Agent.

          Let me just tell you my similar end of day instructions.  Do not discuss the case with anyone or permit anyone to discuss the case with you.  Until you retire at the end of the case to deliberate on your verdict, you are simply not to talk about case.

          If you walk into any media coverage of any kind, avoid it.  Put it away or discard it.  Keep this mind.  No outside research, no outside investigation, no contact with the attorneys, parties or witnesses in the case.  They won't talk to you and you should not talk to them.

          And, again, we've had a long day.  We've had two very productive and efficient days with a lot of evidence, but it's not over.  Keep an open mind.  You're going to hear more

evidence tomorrow.  Thank you.

Here's the good news.  Tomorrow, we're only going to start with you at 10:30 a.m.  So you can come whenever you want.  I'll be here at the same time but you don't have to be in that room until 10:29 a.m., and I promise you if you're there at 10:29 a.m., we're going to start efficiently for you.

I thank you for your careful attention throughout the day.  We'll see you tomorrow at 10:29 a.m.  All rise.

(Jury exited the courtroom at 5:26 p.m.)

THE COURT:  Everyone else may be seated.  We've got a lot to do between 8:30 and 10:15 tomorrow.

Anything you want to take up now?

MR. ANTON:  No, your Honor.  Thank you.

MS. BOZANIC:  Judge, as far as defense witnesses, when should we have our witnesses here?

THE COURT:  You should have them --

MS. BOZANIC:  10:30?

THE COURT:  At this point, his direct is over and the Government has no more witnesses for its case in chief, correct?

MR. ANTON:  That's correct, Judge.  Just be introducing the stipulation.

THE COURT:  So from here forward, all of the timing is driven by defense counsel.  So starting tomorrow, I would advise that everybody's here because my goal tomorrow is that

certainly at least the evidentiary portion is done.

Maybe I'm wrong in my guess, Ms. Bozanic, you'll let me know if that's wrong, but I think that the minimum goal is to finish the evidentiary portion of the entire case.  And then if possible, even to do closings.

But I understand I'm not Mr. Anton and quite as optimistic as him.

MS. BOZANIC:  Judge, and if not, let's just say we finish our case, and we have to do the closings, do you foresee this going into Monday for closings or Friday?

THE COURT:  I think if the evidentiary portion is done, let me look at my -- yeah, we're going to be here on Friday given the pace that's been demonstrated because I think at a minimum, evidence will be very likely done tomorrow.

Of course, if either defendant testifies, different kettle of fish entirely.  That will elongate the trial as is their absolute right.  So I'm guessing, but if the evidentiary portion concludes tomorrow, I think we're going to be here on Friday.  We're going to be closing and I'll be charging the jury, okay?  That's the best I can do for you.  I'll see everybody at 8:30.  Very nice job, counsel.

MR. DOMINGUEZ:  Thank you, your Honor.  See you tomorrow.

THE COURT:  Thank you, sir.

(Proceedings concluded at 5:29 p.m.)

C-E-R-T-I-F-I-C-A-T-E


        I hereby certify that the foregoing is an accurate

transcription of an excerpt of the proceedings in the

above-entitled matter.


SEPTEMBER 30, 2025   Ellen A. Rassie
                     ELLEN A. RASSIE, RMR-CRR
                     Official Court Reporter
                     To the Honorable Rodney Smith
                     299 East Broward Blvd., Room 207-C
                     Fort Lauderdale, Florida  33301
                     (954)769-5448

**MR. ANTON: [146]**
3/12 3/14 3/23 21/7
28/17 29/18 29/21
30/15 30/20 30/22
33/8 42/18 45/14
45/17 50/24 51/14
52/19 53/8 53/23
56/16 56/25 57/15
58/2 66/22 76/13
87/21 92/22 102/25
104/7 104/18 107/16
123/12 126/10 129/19
131/19 132/8 134/21
141/14 141/16 143/2
148/22 152/15 152/24
153/1 153/3 153/8
153/17 154/17 156/2
157/10 157/14 157/20
158/8 159/6 159/16
159/19 159/24 160/2
160/8 160/14 160/18
160/22 160/25 161/8
163/22 164/4 164/7
164/14 164/22 165/10
165/14 166/21 166/24
167/17 168/4 168/10
168/14 168/20 171/20
172/1 172/22 173/9
173/19 173/25 174/13
174/22 175/13 176/3
176/11 178/9 179/4
179/19 180/6 183/11
183/21 185/3 190/4
191/5 191/8 197/10
199/1 199/8 199/20
200/2 200/5 200/7
200/14 202/20 203/4
204/7 204/14 206/19
209/11 211/19 213/19
216/14 216/16 217/5
219/19 219/23 220/5
220/10 220/17 220/21
220/25 221/6 221/16
221/19 222/3 224/7
224/12 224/15 224/17
225/8 225/21 228/13
228/16 228/21 230/16
232/13 232/20 233/1
236/17 251/9 252/13
252/21

**MR. DOMINGUEZ:**
**[93]** 15/18 20/22
32/11 42/25 45/16
48/4 48/12 48/21 49/2
52/21 53/11 55/6
56/20 57/23 90/16
90/18 102/2 102/8
102/23 104/13 110/5
126/8 130/20 131/13
132/15 132/22 133/3

133/13 133/15 133/20
133/23 133/25 134/4
134/8 141/22 142/6
145/19 145/21 152/12
153/6 153/9 153/22
154/3 154/8 164/2
169/11 170/12 171/14
171/21 171/23 177/14
178/24 185/8 191/16
197/9 197/11 198/21
198/23 199/4 199/7
199/18 199/21 201/3
202/25 204/12 206/24
209/16 211/23 213/16
213/24 216/13 216/15
217/3 222/14 223/1
223/10 223/14 225/25
226/5 226/7 226/9
226/21 226/25 227/21
228/19 228/23 229/17
229/22 232/17 236/9
236/14 236/20 253/22

**MR. ROSENBLATT:**
**[29]** 21/11 28/8
28/10 28/12 28/22
28/24 29/5 29/8 29/11
29/15 29/25 30/8
30/13 31/14 31/17
31/19 32/9 32/13 33/1
33/14 33/23 34/5
42/21 53/9 54/21
55/15 56/9 56/18
104/12

**MS. BOZANIC: [40]**
53/10 57/21 87/23
87/25 98/3 98/5
101/14 101/17 102/24
104/10 105/13 110/3
128/5 129/21 130/18
132/13 134/11 141/19
148/24 166/8 166/12
171/19 178/17 178/23
185/6 191/12 202/23
204/10 206/22 209/14
211/21 213/22 217/4
227/15 229/1 229/5
232/15 252/14 252/17
253/8

**THE COURT**
**SECURITY**
**OFFICER: [3]** 105/6
179/1 232/6

**THE COURT: [282]**
**THE COURTROOM**
**DEPUTY: [9]** 53/14
57/4 57/8 103/2 104/2
131/20 131/25 179/21
179/24

**THE WITNESS: [14]**
48/15 55/7 56/23 57/7
57/10 90/20 92/25
102/19 123/14 131/24

132/3 145/25 179/23
180/1

**$**

**$1,145.23 [1]**
215/25
**$1,346.43 [4]**
215/18 224/10 246/3
247/16
**$1,603.89 [3]**
216/22 250/2 250/13
**$10,000 [6]** 11/13
39/1 45/2 45/3 45/8
58/20
**$10,027.43 [2]**
249/20 250/7
**$105,000 [2]** 63/12
78/24
**$12,156.37 [2]**
216/24 250/15
**$150,000 [1]** 37/3
**$158,000 [1]** 44/25
**$159,000 [5]** 50/3
52/10 202/2 204/4
206/13
**$159,702.78 [2]**
54/15 55/4
**$165,000 [1]** 63/11
**$2,918.46 [1]**
215/13
**$20,000 [15]** 4/7
4/22 7/23 8/13 27/2
27/5 27/19 27/23
27/25 34/24 42/7 49/4
98/21 124/10 125/3
**$200 [1]** 246/23
**$200,000 [2]** 246/21
247/1
**$203,580.49 [1]**
246/23
**$210,000 [1]** 62/2
**$25,000 [8]** 35/23
36/3 37/8 39/14 49/8
49/25 235/7 235/20
**$270,000 [1]** 62/13
**$280,000 [1]** 123/1
**$285,000 [22]** 67/14
67/21 68/24 71/5
81/25 82/14 83/21
84/25 87/4 92/16
93/23 98/17 99/3 99/5
100/16 107/25 126/3
127/10 127/19 128/17
201/9 201/12
**$3,346.26 [1]**
215/21
**$3,580.49 [3]**
215/14 215/17 246/1
**$30,000 [2]** 38/19
38/21
**$300,000 [2]** 224/22
247/4

**$301,346.43 [3]**
224/21 246/25 247/25
**$32,400 [1]** 238/11
**$336.26 [2]** 247/18
248/9
**$375,000 [1]** 61/18
**$40,000 [2]** 202/10
209/3
**$40,698.20 [2]**
250/9 250/18
**$450,000 [1]** 62/4
**$480,000 [3]** 201/17
212/19 213/6
**$499,000 [1]** 225/3
**$5,000 [2]** 39/4
49/18
**$50 [1]** 218/3
**$50,000 [4]** 10/24
11/9 11/25 38/15
**$51,250.68 [1]**
250/20
**$53,000 [1]** 172/6
**$600,000 [2]** 248/25
249/1
**$600,815.66 [1]**
249/2
**$75,000 [11]** 39/17
41/15 42/10 42/12
50/5 50/7 50/12 50/13
52/9 56/1 56/6
**$815.66 [3]** 215/23
248/16 249/1
**$933.12 [3]** 216/20
249/14 249/25

**,**

**'23 [1]** 162/17
**'24 [1]** 162/17
**'70s [1]** 90/14
**'80's [1]** 90/14

**0**

**07:10:47 p.m [1]**
207/7
**07:25:53 [1]** 207/10
**07:56:11 [1]** 207/15

**1**

**10 [6]** 207/20 209/4
209/6 238/3 238/11
238/16
**10028 [1]** 70/24
**10029 [1]** 72/20
**104th [1]** 1/21
**105K [2]** 81/18
81/20
**10:00 [1]** 24/17
**10:11:15 [1]** 197/18
**10:14:03 [1]** 198/4
**10:15 [1]** 252/11
**10:29 [3]** 252/5
252/6 252/8

**10:30 [4]** 79/13
232/3 252/3 252/17
**10:47 [2]** 52/23 53/1
**10:48 [1]** 53/15
**10K [1]** 235/7
**11 [10]** 74/22 159/15
175/22 190/12 199/15
199/20 238/9 238/13
238/18 242/21
**11:00 [1]** 52/24
**11:03 [2]** 53/15
53/19
**11:03:17 p.m [1]**
205/8
**11:22:33 p.m [1]**
206/6
**11:22:34 [1]** 206/14
**11:22:34 p.m [1]**
205/14
**11:23:41 [1]** 206/16
**11th [1]** 156/9
**12 [2]** 73/16 238/20
**120K [1]** 193/12
**12:12 [1]** 101/25
**12:13 [1]** 102/9
**12:14 [1]** 103/3
**13 [1]** 238/22
**133K [1]** 194/17
**134 [1]** 2/10
**138th [1]** 68/7
**14 [5]** 175/22 199/8
199/10 201/19 238/24
**1411 [1]** 68/7
**149 [1]** 45/8
**15 [14]** 24/4 152/19
170/10 175/12 176/25
178/7 178/8 202/11
212/9 216/16 219/5
230/20 230/24 239/1
**150 [1]** 45/8
**1500 [1]** 1/16
**159 [1]** 45/7
**15th [4]** 39/14 39/19
49/25 175/16
**16 [1]** 239/3
**17 [3]** 163/8 197/14
239/5
**17100 [1]** 1/18
**178th [1]** 75/5
**18 [5]** 193/23 197/16
197/18 229/6 239/9
**180 [1]** 72/25
**185 [1]** 2/11
**18th [1]** 77/20
**19 [2]** 198/3 239/11
**191 [1]** 2/11
**1960's [1]** 90/14
**19th [1]** 203/11
**1:00 [5]** 24/15 65/24
66/12 102/13 102/21
**1:24 [1]** 103/3
**1:25 [2]** 101/20

**1**

**1:25... [1]** 105/2
**1:26 [1]** 105/7
**1ish [1]** 65/22
**1st [7]** 49/18 79/23 107/2 234/15 245/16 245/20 247/7

**2**

**20 [11]** 19/11 24/4 38/23 55/25 102/13 102/21 124/17 124/17 130/15 198/4 239/13
**2002 [1]** 135/14
**2005 [1]** 135/15
**200K [1]** 80/3
**2012 [1]** 186/24
**2013 [2]** 135/18 135/22
**2015 [1]** 141/4
**2018 [2]** 58/24 86/13
**2021 [19]** 71/4 86/15 86/19 94/4 164/12 164/17 176/6 176/16 176/19 190/14 192/18 192/24 194/12 195/7 196/11 198/4 198/10 218/22 228/2
**2022 [2]** 21/20 180/17
**2023 [45]** 35/18 36/3 39/3 40/1 65/9 70/25 71/17 83/25 86/13 128/14 135/11 156/9 159/13 159/15 160/4 175/12 175/22 175/22 188/8 190/12 201/10 202/2 203/11 203/21 204/25 205/12 209/23 215/11 215/12 215/13 215/14 215/15 215/16 215/17 215/18 215/19 215/19 224/9 224/9 229/9 234/15 245/16 245/20 247/14 247/14
**2024 [27]** 40/16 156/9 175/16 190/13 201/19 202/11 207/7 207/15 209/4 209/10 212/9 215/22 215/24 216/1 216/16 216/19 216/21 216/23 244/17 244/17 244/20 248/7 248/7 249/23 249/24 250/11 250/11
**2025 [3]** 1/5 220/19 254/7
**203 [1]** 2/12
**204 [1]** 2/12
**207 [1]** 2/13
**207-C [2]** 1/24 254/9

**209 [1]** 2/13
**20K [1]** 13/16
**20th [3]** 65/8 89/4 89/6
**21 [6]** 160/4 198/12 202/2 203/21 205/12 239/15
**211 [1]** 2/14
**213-782-9622 [1]** 188/18
**214 [1]** 2/14
**217 [1]** 2/15
**21st [2]** 39/18 54/8
**22 [2]** 239/17 243/4
**22nd [7]** 5/5 6/11 7/1 17/8 17/9 28/4 37/13
**23 [2]** 70/25 204/25
**232 [2]** 2/15 2/16
**232 inch [1]** 202/13
**233 [1]** 2/16
**23rd [6]** 37/8 67/19 72/16 99/23 100/5 100/6
**24 [5]** 35/18 36/3 104/4 201/10 209/23
**24-CR-60126 [1]** 1/2
**2431 [6]** 215/6 216/9 216/19 249/10 249/23 250/10
**24th [5]** 49/12 84/4 84/9 101/8 128/13
**25 [14]** 2/10 55/25 55/25 57/17 57/18 57/19 57/24 58/1 64/13 64/14 64/16 83/25 186/24 209/10
**25K [1]** 72/10
**25th [1]** 84/10
**26 [8]** 1/5 29/23 80/17 80/18 80/20 207/21 209/6 239/22
**26579CB [1]** 71/4
**26th [3]** 79/16 106/19 106/24
**27 [3]** 60/11 60/11 240/2
**28 [11]** 29/8 29/11 29/23 29/25 33/6 65/2 65/2 74/22 100/1 121/15 240/4
**285 [4]** 62/3 82/7 130/16 130/17
**285K [1]** 210/25
**2874 [1]** 89/9
**28A [2]** 74/9 74/13
**28D [2]** 80/11 128/13
**29 [14]** 70/20 70/20 70/22 127/12 161/18 175/6 175/7 178/2

178/6 215/24 216/19 231/10 231/16 240/6
**2924 [6]** 214/13 215/6 215/11 215/22 245/22 248/10
**2974 [2]** 66/5 89/10
**299 [2]** 1/24 254/9
**29th [4]** 17/21 156/9 190/13 246/6
**2:00 [2]** 24/16 66/12
**2:31 [1]** 152/21

**3**

**30 [15]** 38/24 83/11 83/12 83/14 122/10 215/16 215/18 216/23 224/9 240/8 243/16 245/16 245/20 250/11 254/7
**30K [2]** 17/25 19/4
**30th [3]** 84/25 245/12 247/8
**31 [19]** 2/10 57/17 57/18 57/19 57/24 58/1 84/17 84/18 84/20 215/11 215/14 215/19 215/22 216/1 216/21 240/10 247/14 248/7 249/24
**310-330-6699 [5]** 6/7 64/22 187/24 202/7 233/18
**31st [2]** 193/22 215/20
**32 [3]** 6/3 224/16 240/12
**32,400 [1]** 238/13
**33 [6]** 16/23 230/5 236/8 236/11 239/19 240/14
**33156 [2]** 1/16 1/21
**3325 [1]** 77/20
**33301 [2]** 1/25 254/9
**33323 [1]** 68/8
**33326 [1]** 1/19
**33331 [1]** 75/5
**33394 [1]** 1/14
**34 [3]** 5/21 5/22 243/5
**35 [1]** 17/3
**3500 [1]** 32/20
**36 [4]** 4/11 45/19 54/3 193/22
**37 [3]** 4/14 45/20 54/10
**3721 [1]** 246/6
**375 [1]** 61/19
**38 [5]** 48/2 48/2 48/3 49/4 49/21
**39 [24]** 2/10 132/10 132/12 132/18 133/11

133/12 133/19 134/18 134/20 143/6 143/6 143/15 143/19 143/24 145/22 146/6 146/15 146/20 147/3 147/7 189/7 189/8 190/1 203/6
**39A [19]** 2/10 132/10 132/12 132/18 133/16 133/17 134/1 134/1 134/18 134/20 143/19 145/22 146/14 148/18 189/12 189/12 189/16 189/19 203/7
**3:00 p.m [1]** 66/13
**3:15 [1]** 179/2
**3:25 [2]** 179/2 179/6
**3rd [3]** 40/8 192/18 192/24

**4**

**4-18 [1]** 229/6
**40 [16]** 2/11 153/8 165/14 185/4 185/4 185/9 185/10 185/12 185/13 185/19 185/23 186/6 187/4 189/1 199/24 200/2
**401 [2]** 223/7 227/10
**402 [2]** 223/7 227/10
**403 [9]** 161/7 162/7 170/9 223/7 223/13 226/20 227/6 227/10 230/10
**404 [10]** 164/13 176/7 176/10 190/5 220/18 227/21 228/4 228/7 228/11 228/12
**41 [14]** 2/11 191/9 191/17 191/19 191/21 192/14 198/18 200/1 200/3 200/4 200/7 228/2 228/5 228/7
**42 [7]** 2/12 202/21 203/1 203/3 203/23 206/15 213/9
**43 [20]** 2/12 159/17 159/18 159/19 160/16 161/20 162/5 162/10 162/11 165/4 165/13 165/20 165/23 166/6 204/8 204/13 204/15 205/23 206/8 213/9
**44 [22]** 153/17 154/1 154/14 154/16 154/17 158/4 161/21 162/5 162/12 163/24 164/5 164/7 165/4 165/13 165/20 165/23 166/6 178/10 220/3 220/7 220/8 228/21
**441 [1]** 89/12

**4493 [1]** 172/5
**45 [9]** 2/13 165/20 206/20 206/25 207/1 207/6 207/16 208/22 213/9
**4578 [11]** 17/2 80/24 147/4 172/4 185/24 186/7 192/3 200/17 201/7 201/15 233/16
**46 [6]** 2/13 165/20 209/12 209/17 209/18 213/9
**4610 [3]** 75/5 237/19 238/7
**47 [6]** 2/14 165/20 211/20 211/25 212/5 213/3
**47's [1]** 211/24
**47th [1]** 114/5
**48 [25]** 2/16 220/3 220/14 220/17 220/23 220/25 222/13 223/25 224/3 224/16 225/20 226/20 227/6 227/13 227/18 227/24 228/8 228/12 228/16 232/21 232/24 232/25 244/15 245/6 246/12
**49 [20]** 2/16 166/10 220/3 220/14 220/17 220/19 221/1 222/13 225/20 226/20 227/6 227/13 227/18 228/15 228/16 232/21 232/24 232/25 249/4 249/7
**49A [25]** 2/16 166/8 166/10 166/10 166/11 166/17 168/23 220/3 227/14 227/20 228/15 228/17 228/18 228/22 229/2 229/4 229/8 229/8 229/16 229/19 232/21 232/24 232/25 234/11 235/17
**4:00 [2]** 5/19 7/5
**4:08:23 [1]** 194/12
**4:09 [1]** 7/11
**4:10:03 [1]** 195/8
**4:25 [1]** 219/6
**4:31:42 [1]** 195/17
**4:48 [1]** 231/1

**5**

**5-11-2023 [1]** 159/13
**50 [7]** 2/14 142/2 213/20 213/25 214/1 214/11 214/12
**500 [1]** 1/14
**50K [3]** 11/4 13/9 18/9

**5**

**51 [7]** 2/14 165/15 213/20 213/25 214/1 216/6 216/7

**52 [21]** 2/16 165/16 178/10 220/3 227/14 227/20 228/17 229/20 230/5 230/16 230/17 230/18 230/18 233/1 233/5 233/6 236/3 236/7 236/17 238/9 239/23

**5261R [1]** 71/15

**53 [8]** 2/15 165/15 217/5 217/7 217/9 217/12 217/12 218/5

**54 [14]** 2/15 153/8 171/19 219/24 220/9 220/10 230/9 230/14 230/16 232/14 232/18 232/19 233/10 233/11

**5448 [1]** 254/10

**55 [2]** 171/20 171/22

**58 [1]** 2/10

**5813 [2]** 192/9 218/13

**5900 [1]** 65/15

**5980 [11]** 61/6 61/9 61/17 62/19 62/23 63/8 63/12 78/23 79/10 88/18 88/21

**5990 [10]** 61/5 61/10 62/10 62/21 63/13 72/19 72/21 78/24 88/19 88/22

**5:00 [4]** 12/13 67/16 230/21 231/1

**5:00 p.m [1]** 75/22

**5:02 [2]** 67/19 232/7

**5:26 [1]** 252/9

**5:29 [1]** 253/25

**5:30 [3]** 219/12 231/24 251/11

**5:45:31 p.m [1]** 244/21

**5th [6]** 15/7 16/1 16/3 84/24 116/14 220/19

**6**

**60126 [2]** 1/2 104/4

**667 [1]** 238/16

**6699 [5]** 6/7 64/22 187/24 202/7 233/18

**678-532-4493 [1]** 172/5

**6969 [1]** 4/21

**6:00 [2]** 68/17 74/4

**7**

**7-Eleven [1]** 174/14

**700 [1]** 1/14

**75 [2]** 52/10 52/16

**75K [1]** 194/17

**769-5448 [1]** 254/10

**7695 [1]** 1/21

**7836 [6]** 4/12 4/18 54/4 187/5 201/23 233/20

**786-702-6969 [1]** 4/21

**7:00 [1]** 78/1

**7:15:28 [2]** 207/24 208/1

**7:30 [1]** 78/1

**7:31 p.m [1]** 106/19

**7:45 [4]** 72/16 99/16 99/23 100/4

**7:45 p.m [1]** 99/14

**7:47 [2]** 204/25 205/7

**7:49:37 p.m [1]** 196/11

**7:51 p.m [1]** 196/18

**8**

**800 [1]** 8/22

**85K [1]** 80/3

**863 [2]** 45/22 218/18

**863-266-5813 [2]** 192/9 218/13

**863-303-7836 [5]** 4/12 54/4 187/5 201/23 233/20

**8:00 p.m [1]** 14/3

**8:16 p.m [1]** 209/23

**8:30 [2]** 252/11 253/21

**8:42:30 [1]** 199/15

**9**

**90 percent [1]** 19/1

**9006 [1]** 238/18

**9100 [1]** 1/16

**9300 [2]** 63/20 87/20

**95 [1]** 89/12

**954 [2]** 46/1 254/10

**954-400-9300 [2]** 63/20 87/20

**954-770-4578 [9]** 17/2 80/24 147/4 172/4 185/24 186/7 192/3 200/17 233/16

**9622 [1]** 188/18

**9:00 [1]** 101/8

**9:30 [2]** 24/16 196/8

**9:35 [1]** 3/2

**9:45 [2]** 77/25 78/3

**A**

**a.m [14]** 3/2 53/1 53/15 53/15 53/19 74/4 101/8 195/8 196/8 199/15 252/3

252/5 252/6 252/8

**Aandre [2]** 237/6 241/11

**ABA [6]** 241/18 242/5 242/6 242/9 242/18 243/2

**ABAs [2]** 242/3 242/4

**ability [3]** 144/5 144/18 226/12

**able [48]** 5/3 9/16 9/19 10/16 11/3 11/8 11/9 20/11 25/10 25/11 33/10 41/3 41/21 48/22 52/4 63/1 87/17 116/23 117/17 121/22 121/23 124/14 139/19 140/15 140/16 140/20 144/3 146/7 146/9 146/17 146/23 147/9 150/23 150/23 160/10 160/12 189/19 203/22 205/16 205/18 208/18 211/12 212/25 214/7 221/20 226/2 245/3 246/9

**about [138]** 8/21 10/10 11/7 12/6 15/3 16/20 18/8 20/3 22/14 28/5 29/8 29/13 29/19 32/6 34/9 40/13 45/8 49/1 49/5 52/6 52/8 52/8 53/3 53/12 60/5 60/25 61/4 61/16 67/19 68/5 68/11 70/15 72/11 72/12 74/14 74/16 74/19 78/21 88/18 95/7 95/9 95/19 96/1 96/2 97/8 97/14 97/16 97/18 98/8 101/20 102/3 102/13 102/15 102/17 105/17 105/24 105/25 106/4 110/15 110/20 113/19 113/22 114/2 116/19 122/1 123/19 132/18 135/17 136/11 137/23 142/2 142/12 143/23 148/7 148/13 149/15 149/23 150/20 152/19 161/14 162/16 162/22 162/24 163/2 163/13 164/21 165/5 166/19 169/7 170/12 170/14 175/25 177/7 177/12 177/18 183/15 184/15 185/1 185/16 185/18 186/4 189/5 190/6 190/12 190/13 190/13 191/1 193/23 196/19 198/19 200/17 201/7 211/11 215/15 217/16 219/11 219/14

220/4 220/9 222/1 222/13 223/13 224/20 225/10 226/13 227/8 228/2 229/21 230/7 230/10 230/21 230/24 232/9 233/17 235/5 240/16 246/19 251/17

**above [37]** 27/9 39/4 68/7 70/23 72/20 83/19 85/1 127/15 127/21 130/17 155/19 155/20 204/3 206/11 214/5 214/8 214/14 215/9 216/9 221/5 221/6 229/13 230/12 235/1 235/19 236/6 237/19 237/23 241/11 246/6 246/16 247/22 248/13 249/15 250/25 251/3 254/5

**above-entitled [1]** 254/5

**abroad [2]** 108/8 120/3

**absolute [1]** 253/17

**Absolutely [2]** 50/14 244/13

**abundance [2]** 228/3 228/7

**Academy [2]** 181/2 181/6

**accept [3]** 142/17 157/24 211/6

**access [1]** 182/19

**accident [1]** 190/24

**according [1]** 190/21

**account [92]** 11/14 27/14 49/8 49/16 49/23 55/5 60/8 80/14 85/6 85/6 117/20 117/21 117/23 118/1 119/13 120/15 129/5 129/11 144/19 144/20 160/9 160/15 167/20 167/25 167/25 168/5 168/5 168/7 205/2 205/2 205/8 207/16 207/17 208/9 208/12 208/16 209/25 210/4 210/14 210/21 211/14 211/16 212/7 212/11 214/12 214/13 214/16 214/16 214/19 214/21 215/3 215/7 215/8 215/10 215/22 216/8 216/9 216/11 216/19 217/24 218/10 221/10 221/23 222/23 224/21 224/22 225/13 226/1 226/14 234/12 234/25 235/3 238/14 238/16 238/18 241/21 241/23

242/1 242/2 242/19 243/4 243/22 244/8 245/22 246/13 248/10 249/10 249/19 249/23 250/10 250/16 251/4

**accountant [2]** 196/24 197/19

**accounting [2]** 5/9 208/23

**accounts [10]** 118/5 168/13 214/4 214/7 214/9 215/5 221/13 225/15 226/2 251/3

**accurate [5]** 159/15 241/6 247/12 247/13 254/3

**accusation [1]** 18/24

**ACH [20]** 6/17 6/22 8/5 8/10 11/6 11/16 12/6 12/10 12/14 13/13 14/20 14/24 18/8 18/11 18/24 19/14 35/23 38/12 211/3 240/24

**ACH.PDF [3]** 160/15 203/19 205/10

**acknowledge [3]** 13/17 198/1 198/8

**acknowledging [1]** 11/17

**acquire [4]** 23/22 146/1 147/19 147/21

**acquired [1]** 137/8

**acquisition [4]** 136/24 137/4 137/5 149/15

**acquisitions [1]** 143/22

**across [2]** 108/7 224/5

**acted [1]** 190/21

**active [1]** 40/2

**activities [2]** 183/3 190/16

**acts [5]** 157/2 170/19 190/7 190/24 241/25

**actual [17]** 4/14 34/2 47/17 89/14 133/21 137/16 137/21 145/17 147/15 150/22 151/11 200/22 221/21 221/22 225/12 242/1 245/3

**actually [43]** 23/17 44/3 73/14 83/4 90/4 91/16 111/19 114/25 118/14 121/8 122/17 124/24 130/8 134/2 135/6 136/11 136/14 136/23 137/8 137/20 143/10 144/5 144/17

**A**

**actually... [20]** 145/3 145/8 145/17 147/20 147/21 151/10 151/21 155/15 155/16 160/11 166/6 167/24 169/20 170/3 173/15 173/18 174/10 174/11 175/10 242/23
**adamant [1]** 8/15
**adaptor [1]** 140/21
**add [5]** 50/3 50/4 128/11 169/11 225/3
**added [3]** 224/22 247/22 249/1
**addition [14]** 16/16 41/18 67/8 136/12 140/3 140/23 146/17 147/5 156/12 195/2 204/17 221/22 241/18 243/21
**additional [30]** 19/4 35/23 40/8 40/11 55/14 55/18 63/12 66/7 68/2 71/21 78/23 164/9 165/16 188/14 188/21 199/23 202/17 207/3 208/11 209/20 209/21 212/2 221/12 224/19 229/20 235/23 235/25 244/15 248/20 249/4
**address [21]** 43/25 65/13 66/3 75/2 75/4 75/6 75/7 75/19 75/20 77/20 186/11 195/3 210/4 218/9 220/2 241/23 242/2 246/4 246/6 246/17 249/18
**addressing [1]** 171/3
**adds [2]** 247/1 247/4
**addy [1]** 65/12
**adjudication [1]** 176/13
**admissibility [2]** 170/6 170/9
**admissible [7]** 133/9 164/9 165/2 227/13 229/19 230/14 230/18
**admission [1]** 168/21
**admit [3]** 161/22 165/14 169/9
**admits [1]** 166/25
**admitted [5]** 133/17 133/24 171/22 175/3 236/19
**admonish [1]** 102/2
**admonished [1]** 31/17

**ads [1]** 118/25
**advanced [2]** 115/25 139/14
**advertise [1]** 59/13
**advertising [3]** 59/20 59/22 86/13
**advice [1]** 138/24
**advise [1]** 252/25
**affecting [1]** 182/6
**affects [1]** 111/24
**affiliation [1]** 44/8
**afford [1]** 117/17
**afield [1]** 171/6
**after [55]** 4/22 6/21 14/11 15/10 16/5 20/5 24/5 27/2 27/16 36/25 40/24 50/19 52/24 55/11 64/2 64/8 65/10 67/12 68/15 68/16 68/19 77/13 77/15 81/10 85/15 87/17 93/3 98/2 98/7 99/14 102/13 102/21 109/24 123/20 128/2 134/6 134/17 135/19 136/1 137/4 137/7 138/9 141/8 145/2 175/16 176/16 205/7 206/17 210/19 224/17 231/15 244/8 244/8 245/6 245/9
**afternoon [18]** 7/5 24/16 24/16 66/12 104/7 104/9 104/10 104/15 110/9 110/10 131/21 132/24 134/25 149/6 152/19 179/21 180/10 218/25
**again [45]** 3/4 16/3 16/11 17/16 20/1 40/14 69/20 71/1 75/20 79/16 80/25 145/11 161/12 187/6 188/9 188/19 188/24 197/16 205/21 206/11 209/25 211/2 215/2 216/9 216/25 219/17 221/3 228/2 229/11 229/12 229/13 233/2 237/22 238/13 238/25 239/9 239/16 240/15 243/7 243/18 244/5 244/7 248/20 249/18 251/23
**against [1]** 190/10
**agencies [2]** 182/21 182/21
**agency [1]** 47/6
**agent [57]** 1/10 104/21 142/23 148/19 152/16 156/2 157/5 157/9 158/1 158/2

158/6 158/15 158/18 158/21 159/24 159/25 162/3 162/19 163/12 164/10 166/19 167/17 168/14 169/1 169/18 176/4 176/15 177/4 177/6 179/19 180/8 180/10 180/12 180/12 180/19 180/21 181/17 182/16 191/7 191/21 199/10 200/16 204/17 207/3 209/20 212/2 213/7 214/3 217/11 221/17 226/13 233/8 240/17 240/19 241/13 250/21 251/12
**agent/employee [1]** 162/3
**agents [2]** 148/13 182/7
**aggressive [1]** 174/4
**ago [12]** 10/25 16/11 22/8 73/18 90/24 95/6 105/18 105/18 113/14 121/20 138/13 189/5
**agree [6]** 90/5 99/6 106/1 223/6 223/23 224/1
**agreed [4]** 27/19 35/3 67/12 109/3
**agreement [2]** 115/17 158/7
**ahead [4]** 10/5 49/2 179/16 195/15
**Ain't [1]** 193/6
**airplane [6]** 144/4 144/5 144/5 144/6 144/7 144/22
**Alabama [1]** 138/5
**Alan [1]** 239/12
**Alex [6]** 7/17 7/18 43/12 43/12 43/13 43/18
**algorithms [3]** 117/25 118/4 118/17
**all [137]** 3/20 5/17 9/18 13/3 13/9 13/12 13/21 19/16 20/2 29/13 32/3 33/3 43/10 50/15 52/10 52/24 53/12 53/14 53/18 58/20 61/12 67/16 72/7 72/9 73/11 82/20 86/15 86/18 87/11 87/15 88/7 89/4 91/6 91/12 91/20 92/9 92/20 93/24 94/2 94/7 95/7 97/20 99/11 101/23 101/24 102/1 103/2 104/15 104/16 105/1 105/6 106/9 107/1 108/7 108/21

110/20 112/17 112/19 113/19 113/24 114/11 115/6 115/12 116/9 116/10 118/17 120/3 120/10 120/22 122/13 123/21 124/4 125/8 131/13 137/9 140/16 147/17 147/23 151/7 151/23 152/19 154/1 154/13 158/23 159/3 160/10 161/23 161/24 163/7 163/18 164/11 170/6 173/14 173/14 173/16 174/24 176/25 177/5 177/18 177/22 179/1 180/4 190/10 193/21 193/22 195/19 197/6 203/16 213/12 219/5 219/7 219/17 220/1 222/17 223/1 223/11 224/3 226/7 227/7 227/8 229/24 230/11 230/14 232/3 232/6 232/10 237/4 237/7 239/7 239/19 241/8 241/16 243/12 243/14 247/13 252/8 252/23
**allegations [1]** 240/19
**alleged [7]** 154/25 156/16 183/3 190/12 190/14 190/16 236/1
**allegedly [1]** 190/7
**Allied [1]** 13/10
**allow [7]** 30/25 31/3 137/25 149/24 161/24 163/9 167/15
**allowed [12]** 125/10 126/16 142/12 146/9 162/8 162/9 163/15 170/18 178/20 178/21 190/2 226/18
**allows [6]** 9/6 91/14 137/7 144/13 158/1 170/23
**almost [7]** 6/23 7/6 15/13 24/17 117/9 248/3 248/23
**alone [2]** 15/11 210/9
**along [5]** 31/4 55/9 101/22 151/20 219/4
**alphanumeric [1]** 243/5
**already [35]** 14/8 30/15 30/22 31/1 33/19 33/20 48/18 62/15 62/18 66/9 73/7 74/10 78/16 83/4 83/6 92/18 95/1 99/14 100/2 100/7 131/11

143/5 155/1 155/22 162/6 164/8 166/25 167/6 167/10 171/22 175/1 176/9 197/1 220/16 221/7
**also [60]** 16/17 17/8 17/10 55/21 78/20 80/8 88/18 91/6 96/4 96/23 99/21 110/24 111/11 111/12 113/21 116/3 116/6 116/10 120/9 120/10 125/24 133/6 137/18 143/18 150/10 150/15 155/10 156/8 156/14 157/8 164/12 171/14 179/15 181/20 181/24 183/4 183/20 200/25 201/15 202/5 209/24 214/3 216/3 218/4 221/1 225/8 226/21 227/22 229/5 232/21 233/1 241/19 241/19 242/6 242/7 242/13 242/18 242/18 243/2 244/15
**alternative [1]** 25/7
**although [3]** 25/10 102/5 113/9
**always [8]** 18/9 19/6 57/13 71/14 125/8 132/6 242/20 243/5
**am [9]** 12/16 39/5 69/4 69/4 130/3 158/6 171/3 231/17 240/25
**Amanda [5]** 1/10 179/19 180/1 180/8 180/12
**amazing [2]** 73/16 81/14
**ambushed [1]** 171/2
**AMERICA [49]** 1/4 82/19 83/17 85/6 166/25 167/2 167/5 201/8 201/13 201/16 210/11 210/12 210/20 211/2 211/15 213/6 214/4 214/8 214/11 215/6 215/8 216/3 216/25 221/4 221/10 222/11 222/24 234/17 235/2 235/16 235/19 239/25 240/3 240/5 240/7 240/9 240/11 240/13 240/15 243/15 243/17 243/19 245/19 247/10 248/11 249/10 250/23 251/1 251/3
**American [2]** 181/23 241/19
**amongst [2]** 109/23 176/9
**amount [33]** 5/3

**A**

**amount... [32]** 10/17 10/24 11/18 12/5 12/9 14/23 18/3 19/21 37/5 37/11 38/23 42/8 42/14 54/14 55/4 55/20 67/21 80/13 83/20 114/12 127/18 128/17 130/15 130/16 145/16 172/6 201/9 206/12 210/11 218/2 235/5 238/7
**amounts [4]** 52/4 227/12 237/7 238/5
**ample [1]** 175/2
**analysis [5]** 138/8 138/21 142/16 142/25 148/16
**analyst [3]** 135/3 136/22 138/1
**analyze [1]** 143/16
**analyzer [1]** 145/6
**ANDERSON [30]** 1/6 1/18 9/15 66/25 104/4 104/12 126/24 155/12 156/18 183/4 183/15 183/22 186/8 186/10 186/16 186/20 187/9 188/2 188/4 188/6 188/20 188/25 195/5 196/7 198/8 198/16 199/16 202/5 204/18 218/14
**Anderson's [2]** 30/3 197/5
**Andre [1]** 212/11
**Andrea [1]** 213/6
**Andrii [2]** 17/13 201/18
**Android [5]** 138/24 140/9 140/13 144/18 145/12
**announce [2]** 104/5 134/12
**another [50]** 10/6 11/10 11/25 22/18 23/8 23/12 24/10 36/20 38/19 39/4 39/14 61/25 67/3 71/20 83/1 87/17 155/5 155/7 156/5 159/11 163/5 163/5 163/15 165/9 165/10 176/25 186/25 190/9 193/17 200/1 204/23 209/7 223/9 236/25 237/12 237/14 237/16 237/23 237/24 238/4 238/23 238/25 239/2 239/4 239/6 239/10 239/12 239/14 239/16

242/6
**answer [14]** 14/12 15/21 30/5 30/10 31/7 31/12 85/17 85/19 90/19 92/24 132/20 132/20 145/24 163/11
**answered [2]** 30/2 42/19
**Anton [39]** 1/13 30/25 32/7 53/22 54/24 56/24 57/14 104/7 126/9 130/24 131/18 132/7 134/19 142/21 156/25 159/1 163/10 166/17 169/3 173/18 174/19 176/2 176/18 178/16 179/18 180/5 191/4 199/25 200/13 218/25 219/18 224/2 225/19 225/25 227/7 231/9 231/12 232/12 253/6
**Anton's [1]** 3/18
**any [103]** 5/19 6/24 7/25 7/25 10/21 15/5 27/16 29/13 30/14 32/7 32/23 33/9 38/4 41/5 41/18 41/25 42/3 42/5 42/21 48/20 50/18 56/17 60/2 68/13 68/23 73/23 76/24 77/2 79/22 85/6 85/21 86/8 87/1 93/19 93/21 95/19 95/25 96/1 99/9 101/22 108/1 112/17 114/18 115/9 117/2 119/14 119/15 125/14 128/11 129/16 129/20 130/1 130/19 131/2 132/12 134/6 137/1 139/23 140/4 140/12 140/12 140/24 141/2 141/18 142/18 142/19 142/24 146/19 146/21 147/7 152/14 157/4 158/10 159/3 161/23 162/24 166/4 168/24 170/19 178/12 181/12 182/10 191/3 204/18 213/17 217/18 220/21 221/24 221/25 222/17 222/17 223/2 223/17 223/18 223/18 234/3 234/3 234/11 235/25 242/19 250/25 251/18 251/18
**anybody [10]** 29/19 44/19 47/23 51/4 100/25 102/3 137/17 167/15 177/20 178/19
**anymore [4]** 81/15 86/17 89/25 125/11

**anyone [7]** 5/19 52/8 102/17 137/12 222/18 251/14 251/15
**anything [46]** 4/23 5/18 5/18 18/7 31/7 31/23 32/20 41/6 52/8 53/6 61/3 69/13 100/20 102/15 102/22 119/20 125/20 125/22 129/17 132/19 133/4 149/23 153/2 161/3 163/6 163/13 165/8 169/16 170/11 170/14 170/16 171/13 177/13 182/6 192/19 192/22 195/6 203/18 220/22 222/12 222/19 223/18 223/20 229/15 243/10 252/12
**anyway [1]** 33/18
**anyways [1]** 12/2
**anywhere [2]** 110/1 139/22
**AP [11]** 88/16 92/14 93/12 93/12 98/17 112/19 118/10 119/21 119/22 120/21 194/2
**apart [1]** 162/5
**app [2]** 10/5 82/19
**apparently [2]** 63/22 162/22
**appear [5]** 164/1 192/15 205/1 221/11 245/8
**appearances [2]** 1/12 104/5
**appeared [1]** 18/14
**appearing [1]** 240/23
**appears [9]** 39/21 62/14 118/5 118/6 127/20 157/11 237/18 245/15 246/12
**Apple [2]** 144/18 147/7
**application [6]** 9/25 10/2 10/6 10/7 18/2 40/14
**applied [3]** 36/6 36/16 40/21
**apply [1]** 143/10
**appreciate [7]** 73/8 74/25 78/18 83/6 83/10 102/8 178/24
**appreciated [1]** 31/22
**approach [3]** 28/10 48/4 143/2
**appropriate [1]** 118/2
**approval [2]** 13/8 38/15

**Approved [1]** 239/10
**approximately [4]** 24/3 24/14 66/14 138/13
**April [7]** 156/9 162/17 175/22 190/12 216/23 250/11 250/11
**Aquanaut [1]** 71/16
**are [175]** 6/3 8/12 9/16 9/22 13/23 14/4 14/4 14/5 14/9 14/11 14/15 18/3 19/1 20/3 22/14 28/21 32/3 34/3 39/6 39/17 43/10 44/7 44/7 45/16 50/2 52/9 57/19 57/24 58/17 60/13 61/16 63/9 65/25 68/2 68/5 69/1 71/9 72/11 75/8 75/13 75/20 78/21 84/22 90/13 109/2 110/22 111/12 111/12 113/10 113/19 113/20 113/21 117/14 118/4 119/12 131/15 133/7 133/9 134/15 134/18 136/21 136/23 137/1 137/19 138/11 140/23 141/12 141/15 142/4 144/21 146/23 149/7 150/7 150/24 151/11 152/8 152/16 152/23 153/15 155/8 156/10 156/11 157/2 157/25 158/6 162/1 163/2 163/19 164/10 165/6 165/6 165/7 165/12 165/18 166/4 169/4 170/7 170/7 170/13 170/21 171/4 171/4 172/1 172/19 175/1 175/20 176/23 176/24 178/14 178/19 181/12 181/16 182/10 188/17 189/2 190/12 190/20 190/23 191/22 193/13 194/10 200/10 203/25 205/8 206/1 208/21 213/4 213/18 213/25 214/25 215/3 216/4 217/1 219/25 221/2 221/5 221/6 221/9 221/10 222/8 223/25 224/2 224/3 225/20 226/19 227/13 227/22 230/2 230/7 230/15 231/5 232/23 232/24 233/4 233/11 233/21 233/22 233/22 235/17 236/3 238/5 238/6 239/19 239/23 240/22 243/4 243/19 243/22 244/19

244/19 244/22 245/6 248/21 249/7 251/16
**area [6]** 29/13 78/15 83/4 92/6 200/1 242/1
**areas [2]** 163/8 181/24
**aren't [1]** 18/7
**argue [5]** 161/18 170/21 174/1 219/11 229/3
**argument [11]** 169/11 175/16 175/21 175/24 222/13 223/4 223/13 223/23 229/2 229/17 229/18
**arguments [1]** 225/20
**Arizona [1]** 74/3
**armed [1]** 114/15
**arms [1]** 177/1
**Arnold [6]** 1/9 3/14 3/25 21/13 43/2 53/25
**around [12]** 40/4 65/22 65/24 66/12 66/13 68/16 68/17 78/1 177/1 178/20 196/8 220/13
**arount [1]** 211/7
**arrangement [2]** 128/4 128/8
**arrangements [1]** 21/23
**arrived [1]** 22/2
**article [4]** 66/20 76/11 183/9 183/18
**artist [1]** 70/14
**artists [2]** 69/18 90/20
**as [222]** 8/1 8/16 8/19 10/1 11/5 13/5 13/19 13/23 25/6 26/11 28/25 33/6 34/18 34/19 34/21 36/20 36/20 37/22 38/11 39/8 39/12 39/21 43/24 43/24 44/3 44/3 45/19 45/20 46/22 46/23 48/8 54/22 55/2 57/25 60/4 60/11 61/13 62/3 62/4 65/18 67/4 69/7 69/14 69/18 70/6 70/17 72/14 73/11 74/1 76/5 76/5 79/11 79/11 80/2 83/10 85/25 87/6 88/25 88/25 93/19 96/20 98/17 98/17 107/7 109/2 114/14 114/14 115/25 115/25 116/1 118/20 121/19 122/6 126/20 127/11 128/10 128/10 129/13

## A

**as... [144]** 132/16 133/5 135/2 135/3 135/10 135/15 136/8 136/21 138/14 138/15 139/12 140/5 140/9 141/12 141/16 141/25 142/1 142/7 142/8 142/16 142/18 143/6 144/12 145/22 146/1 147/14 147/25 153/19 154/9 154/19 155/7 155/7 155/8 159/9 161/7 161/8 162/10 164/7 165/18 165/19 165/19 166/25 167/10 167/19 168/6 168/6 168/15 168/17 168/18 170/4 171/15 172/2 172/12 172/17 172/18 174/1 176/6 176/6 178/10 178/18 180/18 181/17 181/24 182/4 182/16 183/4 184/5 184/17 185/9 186/6 187/3 188/12 189/7 190/2 190/11 192/4 192/23 195/7 196/4 202/5 203/1 203/6 203/8 203/18 204/23 205/2 207/16 209/24 213/8 213/14 213/15 214/3 214/11 214/19 217/12 217/16 218/4 218/6 221/7 223/6 224/8 225/8 225/20 227/6 227/18 228/5 228/15 231/6 233/10 234/8 234/21 235/4 236/1 238/7 240/17 240/18 240/19 240/22 241/1 241/5 241/10 241/12 241/19 241/20 241/25 242/13 242/14 242/21 242/25 243/3 243/16 244/11 244/14 244/24 245/13 245/24 250/16 250/21 251/2 252/14 252/14 253/6 253/7 253/16

**ASAP [2]** 62/21 80/4
**Asia [1]** 110/1
**ask [24]** 29/12 31/5 32/3 32/6 32/14 33/6 33/6 33/11 44/2 52/3 61/13 93/6 93/17 102/2 106/13 125/15 139/1 139/2 139/2 145/25 167/12 176/14 224/1 240/16
**asked [22]** 12/10 18/19 24/18 25/10 29/13 29/15 29/18 40/11 42/18 46/9 52/6 60/18 61/16 62/23 114/2 125/16 137/10 143/16 151/16 151/18 151/24 169/2
**asking [14]** 5/10 19/9 40/8 40/14 41/1 75/20 91/16 109/12 111/7 149/14 149/17 151/8 159/2 228/11
**asks [1]** 33/9
**aspect [1]** 225/2
**asset [2]** 8/1 21/3
**assigned [7]** 181/10 181/11 181/12 181/14 182/10 182/12 182/14
**assistance [1]** 26/2
**assisted [1]** 25/22
**associate [17]** 28/4 28/6 28/7 29/1 29/9 29/16 29/17 30/4 31/6 34/9 34/13 34/16 34/21 37/14 157/14 157/15 242/9
**associate's [1]** 33/11
**associated [15]** 64/20 146/24 147/2 147/6 167/20 168/1 191/25 208/19 211/12 214/4 218/10 233/13 233/14 245/4 246/4
**Association [2]** 141/1 241/19
**assume [1]** 40/3
**assuming [2]** 42/12 157/23
**assure [1]** 179/10
**at [312]**
**ATF [1]** 182/22
**athletes [2]** 73/11 122/2
**attached [7]** 150/8 150/10 212/22 224/13 228/16 234/23 249/8
**attachment [10]** 4/15 54/12 160/23 172/4 203/22 221/19 245/13 245/16 246/11 248/6
**attachments [4]** 84/7 160/12 244/19 245/11
**attempt [2]** 10/1 85/13
**attention [6]** 65/1 97/7 118/3 183/1 218/5 252/7
**attorney [3]** 18/25 20/1 33/16
**ATTORNEY'S [2]**

1/12 157/24
**attorneys [4]** 50/22 51/23 179/13 251/21
**auction [1]** 41/23
**Audemars [8]** 58/15 61/1 65/6 67/7 71/3 112/5 118/10 119/9
**audio [2]** 74/6 74/11
**August [1]** 180/16
**authentic [5]** 62/25 123/22 216/4 217/1 221/8
**authenticity [1]** 24/19
**authorities [1]** 85/12
**authority [2]** 93/22 214/19
**authorization [9]** 86/4 86/23 93/7 93/19 108/16 108/17 108/18 109/12 109/17
**authorized [8]** 112/7 112/14 126/14 130/3 214/19 214/20 214/20 215/3
**Auto [24]** 20/13 20/16 21/3 23/4 35/7 35/16 36/18 39/3 39/15 41/16 41/19 41/21 43/5 43/20 54/17 55/5 56/14 159/21 201/25 204/4 204/21 205/4 206/11 224/20
**Automotive [1]** 205/21
**available [11]** 60/1 60/9 60/19 61/15 71/18 121/9 139/6 139/7 144/25 145/11 151/12
**Avenue [1]** 75/5
**average [1]** 124/7
**avoid [1]** 251/18
**Awaiting [1]** 81/13
**award [2]** 141/3 141/11
**awards [1]** 141/2
**aware [15]** 28/23 35/24 36/4 37/10 37/11 37/17 39/5 39/6 39/16 39/17 39/20 51/8 107/13 112/3 144/21
**away [3]** 12/15 81/10 251/19

## B

**back [94]** 4/10 12/8 14/16 19/8 19/23 20/16 21/4 23/12 24/2 24/5 24/8 26/6 31/11

32/5 34/3 37/19 41/3 41/5 42/13 42/15 42/16 50/22 52/7 53/3 53/20 56/15 74/21 75/25 78/2 78/2 80/3 94/14 97/5 97/14 97/18 101/19 102/4 102/13 105/3 105/8 126/4 134/15 135/14 139/24 143/9 154/23 155/10 156/6 157/5 160/20 160/23 168/8 168/10 174/16 174/18 176/6 178/9 179/7 185/17 192/18 193/10 195/18 196/20 198/25 199/1 199/24 200/2 205/10 207/12 207/16 207/22 209/1 209/7 209/9 217/23 218/1 220/19 221/3 222/4 222/8 224/18 230/21 231/2 232/8 232/11 235/15 239/22 246/8 247/12 247/21 248/19 248/20 249/17 250/3
**backfilled [1]** 226/17
**background [3]** 63/9 135/24 180/19
**bad [2]** 18/5 18/11
**bag [4]** 133/12 143/25 144/1 144/2
**balance [41]** 10/22 52/11 215/12 215/13 215/14 215/15 215/17 215/18 215/20 215/21 215/24 216/19 216/21 216/23 224/10 245/24 246/2 246/19 246/20 246/24 247/2 247/4 247/15 247/16 247/17 247/24 248/1 248/8 248/15 248/22 248/24 249/11 249/13 249/24 250/1 250/6 250/8 250/12 250/14 250/17 250/19
**balances [1]** 248/21
**banana [1]** 67/23
**band [1]** 120/22
**bank [126]** 5/13 5/14 5/14 6/13 8/3 8/6 8/10 13/9 13/10 14/20 15/1 19/13 55/5 67/16 67/20 67/20 71/10 81/23 82/17 82/18 83/17 84/21 84/22 85/5 85/6 99/15 99/18 99/20 129/11 155/19 156/20 166/24 167/2 167/5 172/6 182/2 201/8 201/12

201/16 202/1 206/10 210/11 210/12 210/15 210/19 211/1 211/2 211/15 212/11 213/6 214/4 214/7 214/8 214/11 214/12 214/19 215/5 215/8 216/3 216/25 218/10 221/3 221/4 221/7 221/10 221/10 221/13 222/11 222/11 222/16 222/17 222/18 222/23 223/24 224/18 224/21 224/22 225/3 225/5 225/12 225/14 230/6 230/6 234/17 235/1 235/2 235/3 235/15 235/18 236/5 238/25 239/23 239/25 240/3 240/5 240/7 240/9 240/11 240/13 240/15 241/2 241/22 242/10 242/15 242/22 242/24 242/24 243/4 243/15 243/17 243/19 245/19 247/7 247/9 248/10 248/17 249/10 249/19 249/23 250/3 250/17 250/22 250/23 251/1 251/3 251/3
**Banker's [1]** 241/19
**banking [5]** 220/24 224/2 224/3 241/3 242/13
**banks [3]** 10/17 241/16 241/22
**bar [1]** 144/16
**base [2]** 114/23 122/9
**based [11]** 21/2 69/2 69/3 74/3 119/14 150/25 170/9 201/20 202/14 234/6 234/7
**Basic [1]** 138/11
**basically [17]** 8/8 14/1 15/14 44/4 47/7 47/21 87/12 90/14 115/23 117/19 120/23 137/5 139/8 147/5 148/3 149/9 247/1
**basis [2]** 157/21 241/1
**bathroom [1]** 57/1
**battle [1]** 18/10
**be [209]** 3/3 3/8 3/9 5/3 5/15 6/19 6/20 6/24 7/9 8/2 13/22 14/25 18/14 23/4 23/5 25/12 27/19 27/23 29/6 30/5 31/4 32/6 35/19 38/21 40/1 40/2 43/14 44/16 45/5

**B**

**be... [180]** 46/12 46/14 48/21 52/4 53/4 53/20 54/18 57/5 57/9 57/13 58/20 60/22 62/14 64/1 65/16 66/2 66/20 68/6 72/22 76/11 76/19 79/13 80/13 81/18 86/17 90/7 90/23 96/24 97/4 97/11 100/5 102/1 104/21 105/4 105/8 106/11 107/4 110/12 111/1 112/3 114/14 116/14 117/17 118/15 119/2 119/5 119/6 121/17 121/22 124/13 124/14 126/21 127/24 131/21 132/1 132/6 132/10 137/25 140/12 140/15 140/16 141/14 142/10 144/23 146/3 148/15 148/18 150/8 150/11 150/17 150/19 150/21 150/21 151/10 151/12 151/19 152/8 152/10 152/11 152/22 153/4 153/11 154/4 155/6 156/6 157/11 157/21 158/6 158/18 158/18 158/21 158/21 160/10 160/12 161/3 162/2 162/21 162/24 166/14 167/17 167/24 168/2 169/2 170/3 170/4 170/5 171/1 171/21 171/23 172/13 172/16 172/24 172/25 173/2 173/4 173/11 174/22 175/25 176/3 176/6 177/24 178/22 179/7 180/4 181/22 182/7 184/6 184/18 189/20 190/8 193/22 196/4 196/14 196/25 202/1 202/18 204/2 206/10 209/2 212/18 213/5 218/10 219/7 219/17 220/6 220/10 226/2 227/8 228/11 230/6 231/7 231/7 231/8 231/20 232/8 232/10 235/18 237/18 237/22 240/23 242/3 242/16 242/20 242/24 243/19 244/17 244/23 245/1 245/8 245/15 246/12 252/4 252/4 252/10 252/21 253/12 253/14 253/18 253/19 253/19

**beach [2]** 75/24 77/18
**Bear [1]** 57/2
**bearing [1]** 117/14
**became [2]** 60/4 111/7
**because [126]** 6/18 7/7 7/23 10/18 11/14 12/12 12/18 13/15 14/8 18/13 19/21 24/19 25/17 27/21 31/3 31/15 33/20 36/22 40/5 42/15 43/16 46/9 50/22 62/11 70/14 73/14 81/18 84/24 92/6 95/1 98/12 99/4 102/14 107/14 108/15 109/4 109/8 109/11 109/16 109/20 111/24 112/11 113/9 113/17 116/19 119/1 121/11 121/22 124/16 126/18 128/4 129/1 130/1 131/8 133/12 133/17 140/11 156/2 156/15 156/23 157/16 157/24 158/11 158/22 159/2 160/11 161/11 161/14 161/24 162/12 162/21 163/24 164/17 164/24 165/2 166/5 166/25 167/4 167/5 167/10 167/21 168/19 168/20 169/13 169/24 171/1 171/8 171/16 171/24 172/9 172/22 173/9 173/12 173/20 174/7 174/13 175/3 175/14 175/17 176/21 177/18 178/3 178/17 179/13 194/15 197/11 217/15 218/20 219/10 219/11 219/13 223/21 224/4 225/16 226/1 226/16 233/22 234/17 234/21 235/2 242/16 242/22 243/7 251/7 252/25 253/13
**become [4]** 37/17 180/21 180/24 183/2
**becoming [2]** 110/20 135/23
**bedroom [2]** 23/18 24/2
**bedroom/office [1]** 24/2
**been [64]** 4/23 18/13 25/11 36/9 50/19 58/12 58/22 60/10 81/6 84/13 87/13 101/14 112/8 112/15 118/18 120/15 122/17

122/20 135/8 135/21 137/8 137/10 138/11 138/12 139/19 139/21 140/1 143/5 149/11 150/10 151/9 156/20 158/9 169/24 170/24 171/22 176/23 180/14 180/16 189/6 207/24 208/2 214/10 217/11 219/23 219/25 220/16 221/7 223/15 223/16 224/13 224/17 225/10 230/7 231/12 231/16 233/10 234/13 238/6 243/9 244/14 246/20 251/1 253/13
**before [51]** 1/10 4/22 14/15 17/24 22/5 24/13 30/12 31/17 31/19 33/5 33/8 51/19 62/15 66/11 73/3 77/5 81/23 88/10 89/6 90/14 90/15 95/12 99/9 100/24 101/4 101/6 101/24 104/16 114/24 116/15 119/19 130/9 132/8 137/11 140/8 156/13 161/10 161/15 175/11 175/13 180/18 187/18 199/23 200/11 218/8 219/8 220/15 231/23 238/7 247/19 251/11
**began [2]** 136/18 183/25
**begin [4]** 8/19 9/6 65/18 154/6
**beginning [24]** 18/8 37/23 38/3 104/6 163/23 184/23 215/12 215/13 215/17 245/24 246/19 246/20 247/1 247/15 247/16 247/24 248/8 248/21 248/22 249/11 249/24 250/6 250/12 250/17
**behalf [5]** 104/8 104/13 123/18 127/2 156/21
**behind [1]** 67/24
**being [47]** 7/22 9/14 25/17 31/14 34/10 35/14 38/5 63/8 69/18 75/6 75/13 85/10 86/16 104/19 109/21 110/15 110/24 122/16 122/21 127/2 129/4 129/13 133/3 133/11 133/16 133/24 136/2 137/4 142/7 146/17 152/8 160/19 163/25 166/24 167/23 194/5

198/18 204/5 206/1 217/7 218/12 218/20 222/8 235/11 235/21 244/19 249/1
**believe [32]** 6/15 15/4 27/7 29/18 31/25 32/22 37/8 44/15 45/24 46/6 51/6 89/7 89/9 121/21 128/22 128/24 130/24 130/25 133/9 141/4 147/12 147/13 149/19 151/25 153/17 169/25 172/14 177/2 202/18 223/20 237/5 238/6
**believed [1]** 45/2
**belong [3]** 47/7 116/7 124/3
**belonged [8]** 86/9 86/14 86/22 93/13 187/23 195/4 200/21 234/1
**belongs [5]** 45/22 86/3 184/23 192/7 214/17
**below [1]** 84/24
**bench [2]** 28/16 133/1
**beneath [1]** 65/6
**beneficiary [1]** 210/3
**benefit [1]** 179/12
**Benz [1]** 77/8
**best [3]** 166/17 218/6 253/20
**better [6]** 110/25 118/20 124/19 162/12 189/17 224/25
**between [32]** 5/24 35/25 36/2 43/20 43/20 85/15 89/12 111/9 120/16 153/18 154/18 156/9 167/18 175/22 190/12 198/19 203/8 204/17 204/22 218/11 219/14 221/2 222/5 222/22 234/11 235/25 237/22 238/8 244/9 244/9 244/16 252/11
**beyond [1]** 173/5
**BIC [3]** 242/13 242/18 242/20
**biceps [1]** 153/24
**Bieber [8]** 69/18 69/21 70/3 70/8 70/14 81/9 195/21 195/23
**Bieber's [1]** 69/20
**big [11]** 6/18 12/2 13/6 63/23 69/9 69/10 70/8 95/1 106/1 117/6 202/12

**bigger [2]** 32/12 122/8
**bill [1]** 174/15
**billing [7]** 113/4 186/13 186/15 187/10 188/3 188/23 188/25
**bit [13]** 3/6 3/7 11/21 25/15 67/6 88/22 113/10 136/13 151/10 165/23 171/3 184/25 234/5
**biz [2]** 73/25 196/20
**black [7]** 61/1 61/25 63/15 67/9 183/10 193/2 197/24
**blacklisted [11]** 87/13 108/5 108/7 108/15 109/4 109/8 109/9 109/10 109/15 109/20 125/10
**blames [1]** 12/19
**blessed [1]** 81/14
**blessings [1]** 74/23
**blouse [1]** 76/12
**blow [1]** 73/9
**blown [1]** 160/22
**blue [3]** 62/3 81/1 192/16
**blurry [1]** 241/17
**Blvd [5]** 1/14 1/16 1/18 1/24 254/9
**Bo [2]** 237/23 238/1
**BOA [2]** 211/5 235/15
**BOA1.PDF [1]** 211/15
**Bob [1]** 104/12
**bogus [1]** 18/13
**bolded [1]** 243/22
**bomb [1]** 12/14
**Bookings [1]** 212/23
**bookmarked [1]** 151/20
**boss [9]** 24/25 65/5 80/6 86/9 87/3 107/19 107/20 110/13 121/12
**both [10]** 17/25 57/16 67/10 72/23 73/14 140/13 166/7 205/7 215/5 230/15
**bottom [7]** 47/14 72/24 159/14 197/18 198/3 214/17 235/3
**bought [5]** 18/22 75/16 76/20 82/7 156/24
**bounce [1]** 174/6
**bowl [1]** 32/1
**box [10]** 3/8 3/16 71/4 104/25 105/4 120/7 139/1 145/4 185/25 221/20

**B**

**boxed [1]** 11/15
**BOZANIC [25]** 1/17
1/18 57/20 87/24 88/4
97/24 104/11 105/12
129/22 132/12 149/1
166/4 166/11 185/5
191/11 202/22 204/9
206/21 209/13 211/22
213/21 225/23 227/17
228/24 253/2
**Bozanic's [1]** 168/23
**bracket [1]** 200/9
**Brad [7]** 1/10 131/19
132/3 134/23 135/2
149/4 189/13
**brand [1]** 61/8
**Brazi [1]** 72/25
**break [26]** 28/13
34/3 52/23 52/24 53/7
53/21 57/3 97/25
101/18 102/16 102/18
104/18 104/23 105/9
125/6 132/24 134/7
152/19 166/10 177/1
178/12 178/15 213/17
219/1 219/13 220/1
**brief [2]** 59/25
231/11
**briefly [4]** 130/20
136/7 180/19 181/16
**bring [15]** 53/17
69/4 69/7 81/22 82/1
96/20 98/15 102/4
104/16 143/10 170/18
170/23 179/5 223/14
226/2
**bringing [4]** 82/7
93/4 93/4 97/17
**brings [1]** 94/9
**bro [6]** 72/6 73/16
74/23 75/11 193/21
194/17
**broader [1]** 226/23
**broadly [1]** 142/15
**broker [13]** 7/18
21/17 21/20 21/23
22/18 24/12 24/13
43/14 43/15 43/16
44/4 44/16 44/22
**brokers [1]** 44/7
**brother [19]** 7/17
65/21 65/25 66/2 67/4
72/4 72/9 72/18 73/7
73/8 73/9 73/20 73/25
74/5 75/18 75/18 78/3
79/9 81/6
**brought [4]** 56/15
138/14 228/10 231/5
**Broward [10]** 1/14
1/24 20/17 21/4 21/23

41/7 41/20 184/3
184/15 254/9
**Brown [1]** 63/23
**brute [1]** 145/13
**buckle [1]** 63/11
**buddy [2]** 95/21
95/23
**build [2]** 69/8 122/8
**building [28]** 66/13
67/5 89/14 89/19
89/20 91/13 91/18
91/24 92/3 92/10 94/6
98/23 105/17 105/21
105/22 106/1 106/11
108/5 108/6 113/25
114/2 114/3 114/8
114/11 119/23 121/3
121/5 121/9
**built [1]** 87/14
**bulletproof [1]**
21/21
**bunch [4]** 69/17 70/6
165/16 213/7
**burden [3]** 172/15
227/2 227/4
**bureaus [1]** 9/18
**burger [1]** 131/6
**Bush [16]** 1/9 3/14
3/15 3/25 4/2 4/5
21/13 21/15 34/8 43/2
43/4 53/2 53/5 53/25
54/2 56/21
**business [69]** 11/15
12/17 30/17 30/18
33/10 34/20 44/9
44/10 44/11 44/13
58/10 58/12 58/23
59/8 59/13 61/11
67/11 69/2 69/7 76/4
77/15 82/23 83/2 85/4
86/7 87/12 87/15 89/8
89/11 90/6 90/23 91/9
91/17 93/24 97/14
98/15 98/24 101/9
101/10 101/13 108/19
111/8 112/1 122/8
124/3 124/13 125/5
125/7 139/17 139/24
154/19 157/14 157/15
160/9 160/15 167/19
167/25 168/5 205/2
207/17 208/9 208/16
209/25 210/14 210/20
214/15 215/3 217/23
234/12
**businesses [2]** 90/5
139/17
**but [172]** 5/15 6/21
7/3 9/24 10/17 11/4
12/9 16/12 18/9 19/8
19/15 21/25 22/8
22/19 23/2 25/13 26/1

26/3 26/11 27/16
27/25 28/7 31/1 31/4
32/6 32/19 35/11 36/6
37/2 37/4 38/5 38/7
40/3 40/17 42/10
42/11 42/14 43/19
43/19 44/7 46/1 47/1
49/7 52/7 52/13 52/14
54/23 64/3 68/16 69/6
71/6 73/6 78/18 88/25
89/1 91/17 93/6 93/8
94/3 97/2 99/2 99/24
104/20 106/9 109/4
111/12 111/17 113/12
113/14 115/24 115/25
116/4 117/25 118/4
119/5 119/23 121/4
123/19 123/23 124/7
125/25 127/2 129/2
130/5 132/15 133/7
137/17 137/19 138/7
138/10 142/16 143/18
144/1 147/9 148/6
150/2 150/15 150/21
151/9 151/19 154/11
155/23 156/8 157/16
158/8 158/20 159/6
159/15 160/19 161/9
162/5 162/23 163/10
163/11 163/13 164/9
166/2 166/6 166/17
168/1 168/18 168/21
169/7 170/5 171/2
171/23 172/15 172/24
173/4 173/19 174/3
174/4 175/1 175/9
177/9 178/5 178/7
179/10 190/8 190/17
193/12 194/16 195/6
205/14 207/13 209/5
219/8 219/17 221/25
222/9 223/7 223/16
224/21 226/21 227/6
228/6 228/11 229/6
230/23 231/17 231/20
232/1 237/18 237/22
238/7 244/7 248/2
251/24 252/4 253/3
253/6 253/17
**button [4]** 66/21
76/12 183/10 183/20
**buy [15]** 38/4 43/23
47/9 106/6 106/8
106/10 106/10 110/23
112/11 123/16 124/16
125/3 126/25 174/15
194/21
**buyer [1]** 126/22
**buying [5]** 44/2
46/18 112/12 112/22
124/24
**buys [1]** 46/15

**C**

**C-E-R-T-I-F-I-C-A-T-E [1]** 254/1
**C-O-O-K [1]** 180/1
**C.E.O [1]** 233/17
**Cadillac [1]** 21/21
**calendar [7]** 61/2
62/1 67/8 71/3 118/11
118/12 118/14
**California [3]** 27/11
120/24 166/13
**calisthenics [1]** 34/2
**call [34]** 7/13 13/14
26/19 32/19 41/5 44/4
47/6 51/20 51/20
51/22 51/25 80/2 80/3
82/8 100/12 100/14
100/15 106/21 106/23
107/7 107/9 107/10
120/4 120/4 120/5
145/8 145/17 164/25
165/5 165/9 184/24
196/1 196/8 196/20
**called [14]** 7/18 9/23
24/25 25/21 26/19
43/13 79/19 96/13
106/16 106/22 106/24
167/25 182/20 241/18
**caller [2]** 187/13
188/24
**calling [9]** 5/9 5/13
5/13 5/13 26/8 72/23
109/18 165/10 197/24
**calls [8]** 50/24 51/14
56/25 92/22 107/16
123/12 131/19 179/19
**calm [1]** 197/6
**came [40]** 5/10 5/11
8/2 11/6 12/7 17/18
18/16 18/17 22/20
23/7 24/12 34/19
35/18 36/5 36/15
38/10 38/12 40/20
41/12 45/20 55/11
55/21 67/3 67/5 72/2
77/5 85/2 100/19
115/14 150/14 150/22
156/23 163/6 168/7
168/10 174/18 200/22
213/15 223/21 251/4
**camera [1]** 114/17
**Cameras [1]** 114/16
**can [137]** 11/11
11/13 13/14 13/21
13/22 13/24 14/2 14/8
22/21 31/25 32/5
32/19 34/1 44/20
44/21 48/25 53/2
53/16 54/23 55/20
56/22 57/13 59/17
60/7 63/16 66/19

68/22 68/24 71/25
74/21 75/18 76/10
78/17 79/12 81/20
83/5 86/11 90/19
92/23 93/20 93/20
98/25 99/6 100/2
100/13 102/4 102/12
104/18 104/24 105/3
105/20 108/19 112/14
112/23 114/14 118/6
118/18 119/23 120/4
120/10 120/12 120/24
123/7 124/25 128/11
131/16 132/6 135/23
136/7 137/24 138/18
139/5 145/8 145/13
145/23 146/2 146/18
148/14 150/5 151/12
152/5 157/15 158/15
159/16 159/16 162/2
163/8 163/20 165/21
169/6 169/17 170/15
172/23 173/5 173/8
177/4 177/10 177/11
178/10 178/15 178/15
179/10 179/15 180/4
180/19 181/16 184/24
184/24 185/9 185/18
194/15 195/2 196/14
199/1 207/25 210/8
210/8 217/21 218/6
218/8 218/9 219/10
219/11 219/16 220/2
221/21 224/5 226/8
241/12 242/3 242/4
242/4 242/4 244/8
251/11 252/3 253/20
**can't [10]** 7/3 13/8
30/11 31/8 130/5
167/10 171/10 174/7
176/18 212/23
**cancel [2]** 8/6 8/11
**canceled [1]** 35/23
**candidate [1]** 10/16
**cannot [3]** 18/1
169/14 196/25
**capitalized [1]**
243/20
**capitals [2]** 13/9
13/13
**Capstone [1]** 136/13
**captured [1]** 150/2
**captures [1]** 175/18
**car [42]** 5/4 13/5
14/24 19/20 23/24
25/12 25/18 36/23
41/9 43/8 43/23 44/1
44/2 44/3 45/1 46/15
46/21 47/4 47/8 47/9
47/11 47/13 47/25
50/6 50/6 50/8 50/9
50/11 50/11 50/15

**C**

**car... [12]** 52/10 52/12 52/14 52/16 55/20 72/9 72/10 72/12 77/5 89/22 163/5 195/16
**car's [1]** 8/7
**Carbone [1]** 73/6
**card [20]** 4/23 6/4 6/6 11/13 13/15 16/24 27/3 27/3 27/5 27/7 34/25 38/18 39/1 44/9 71/5 214/15 214/18 216/8 219/25 220/11
**cards [1]** 13/23
**care [1]** 165/4
**careful [4]** 133/3 167/23 171/1 252/7
**carefully [2]** 29/12 157/25
**Caribbean [1]** 181/24
**carry [2]** 230/22 232/1
**cars [5]** 43/10 44/17 77/2 77/3 77/4
**case [99]** 1/2 5/4 28/24 43/25 47/3 47/19 101/21 102/15 104/4 114/24 121/8 121/8 121/13 137/12 142/24 143/12 146/6 147/8 148/2 148/10 148/13 148/17 148/19 149/8 149/18 149/19 151/20 153/25 154/5 154/15 155/15 155/16 155/22 155/25 156/8 157/19 158/6 158/12 158/13 158/13 161/7 161/15 162/1 162/2 162/6 162/14 162/19 162/22 164/13 165/13 168/3 174/1 174/5 174/7 175/7 175/10 175/12 175/22 176/10 177/20 177/21 179/16 184/1 184/3 184/9 184/10 184/11 190/10 192/23 200/12 201/1 218/11 219/4 222/1 223/3 223/11 223/18 223/22 225/17 226/5 226/6 226/19 227/5 227/11 228/9 230/2 230/8 231/16 231/21 233/24 242/21 251/14 251/15 251/16 251/17 251/21 252/19 253/4 253/9
**cases [4]** 6/20

147/25 182/17 182/19
**cash [6]** 18/2 18/4 18/10 38/3 38/4 38/6
**catastrophe [1]** 13/6
**cause [2]** 173/7 184/18
**caution [2]** 228/3 228/7
**cautious [1]** 31/15
**ceased [1]** 40/2
**celebrities [1]** 122/2
**celebrity [3]** 69/1 70/17 108/25
**cell [3]** 63/17 64/11 138/12
**Cellebrite [7]** 138/14 138/17 138/19 138/20 140/4 149/8 149/18
**cellphone [21]** 63/18 87/19 140/17 146/7 146/10 156/3 156/3 160/3 167/21 168/15 184/16 189/6 189/11 192/12 196/2 202/18 203/7 212/25 233/9 234/2 234/10
**cellphones [2]** 139/8 140/5
**cellular [3]** 133/12 143/1 143/9
**Center [2]** 204/4 206/11
**central [1]** 114/4
**CEO [1]** 89/17
**ceramic [11]** 61/1 61/17 61/25 62/3 62/21 63/15 65/6 67/8 67/9 71/4 72/18
**certain [1]** 39/8
**certainly [8]** 25/5 155/21 172/14 174/23 223/7 223/25 225/15 253/1
**certification [5]** 141/5 141/5 141/10 141/11 189/2
**certifications [1]** 137/25
**certified [3]** 63/1 139/12 142/7
**certify [1]** 254/3
**cetera [2]** 120/8 152/5
**chain [1]** 194/21
**chair [5]** 3/19 53/17 57/12 132/5 180/3
**challenges [1]** 140/1
**champagne [1]** 13/2
**chance [1]** 97/4
**change [5]** 26/18 35/4 167/2 207/20 209/6

**changed [3]** 37/18 38/7 249/18
**changes [2]** 140/1 231/15
**changing [2]** 18/6 238/5
**character [1]** 243/8
**characterization [2]** 169/6 201/3
**characterize [1]** 13/4
**characterized [1]** 169/21
**characterizes [1]** 168/2
**characters [1]** 243/5
**charge [3]** 173/20 222/20 231/8
**charged [15]** 153/11 161/17 162/15 165/18 165/19 170/2 172/2 175/10 190/8 190/20 190/22 190/24 227/25 228/8 230/11
**charges [3]** 162/16 184/4 190/10
**charging [1]** 253/19
**chats [1]** 139/5
**cheaper [3]** 88/21 88/21 88/22
**check [11]** 31/24 43/21 43/24 46/8 47/8 112/7 112/23 115/4 115/5 123/21 139/6
**checked [3]** 43/24 79/10 244/6
**checking [4]** 73/10 112/15 214/4 215/8
**chief [1]** 252/19
**chip [4]** 140/7 140/8 140/18 140/20
**chip-off [2]** 140/7 140/8
**chose [3]** 26/4 26/5 26/6
**Chris [1]** 63/22
**circle [5]** 64/24 78/6 80/16 145/15 178/12
**circumstances [2]** 145/2 148/9
**circumstantially [1]** 170/2
**City [2]** 114/3 135/13
**claim [1]** 130/11
**claimed [1]** 30/17
**clairvoyance [1]** 176/18
**clarifies [1]** 234/5
**clarify [1]** 32/24
**classes [1]** 138/16
**clear [15]** 5/6 6/22 18/2 32/7 47/7 54/2

82/17 161/1 178/9 195/10 227/7 227/8 231/3 234/8 241/16
**cleared [3]** 27/24 54/20 55/5
**clearer [1]** 229/12
**clearly [6]** 161/16 161/20 162/10 170/9 174/19 227/24
**clears [4]** 8/5 8/5 8/10 8/11
**clerk [1]** 174/15
**clicked [2]** 94/24 96/23
**clicks [1]** 116/23
**client [17]** 5/16 21/25 22/3 43/13 44/1 44/3 44/18 69/3 83/18 86/5 96/20 108/20 108/22 116/25 124/23 148/25 222/23
**clientele [4]** 59/21 59/22 70/18 122/8
**clients [3]** 59/8 69/4 108/25
**clique [1]** 121/22
**close [9]** 3/20 14/3 57/13 65/16 132/6 175/8 178/3 178/6 180/3
**closes [2]** 12/12 12/23
**closing [2]** 14/12 253/19
**closings [3]** 253/5 253/9 253/10
**clothing [4]** 66/20 76/11 183/9 183/19
**Club [3]** 23/4 43/5 43/6
**co [16]** 36/20 155/12 157/8 157/11 158/12 158/19 158/21 158/22 159/4 170/4 170/6 183/22 220/6 239/12 249/17 250/4
**co-conspirator [8]** 157/8 157/11 158/12 158/19 158/21 159/4 170/4 170/6
**Co-conspirator's [1]** 158/22
**co-counsel [1]** 220/6
**co-defendant [1]** 183/22
**co-owner [2]** 249/17 250/4
**co-signer [1]** 36/20
**Coach [1]** 166/14
**coast [2]** 5/14 74/3
**Coates [2]** 237/23 238/1

**cocktail [1]** 31/25
**code [11]** 145/17 241/24 241/25 242/13 242/14 242/20 242/22 242/24 243/6 243/8 244/5
**coffee [1]** 67/24
**coincided [1]** 217/24
**collar [1]** 182/3
**colleague [3]** 72/24 92/25 93/4
**collect [1]** 137/10
**collected [1]** 147/24
**collecting [1]** 122/3
**collection [4]** 73/5 73/18 137/5 138/21
**collections [1]** 138/8
**College [2]** 136/1 136/4
**colloquy [1]** 169/19
**colon [1]** 244/9
**Colossal [1]** 202/13
**combat [1]** 182/24
**combination [1]** 112/25
**combinations [1]** 94/2
**come [37]** 13/2 25/22 38/10 40/10 42/15 44/20 53/16 55/2 60/3 69/25 77/17 78/2 78/17 84/15 112/9 119/4 136/24 144/1 154/5 155/3 157/18 158/23 162/2 169/7 171/15 174/16 176/10 177/2 181/21 208/6 217/23 222/13 222/24 230/21 241/1 241/16 252/3
**comes [23]** 14/20 14/24 33/4 43/25 114/16 116/19 143/24 143/25 158/4 165/8 170/8 177/20 178/5 178/11 185/16 207/12 211/5 246/8 247/21 248/19 248/20 249/17 250/3
**comfort [1]** 69/13
**comfortable [5]** 3/19 57/12 92/7 132/5 180/3
**coming [19]** 5/23 7/25 8/9 56/22 78/2 97/14 131/5 131/16 144/6 150/7 150/24 152/17 153/7 162/19 162/22 168/12 220/8 227/8 250/22
**comment [1]** 161/14
**commentary [1]**

**C**

**commentary... [1]** 145/22

**commerce [1]** 172/11

**commission [23]** 8/17 26/12 26/13 35/16 42/4 42/5 45/3 45/5 45/9 50/12 86/16 98/19 115/8 115/9 115/10 115/11 115/12 115/20 116/4 124/11 128/2 128/12 156/15

**commit [2]** 190/19 190/22

**commitment [1]** 83/1

**commitments [2]** 78/16 83/6

**committed [3]** 125/4 190/9 190/24

**common [2]** 35/12 97/1

**communicating [2]** 80/7 80/8

**communication [2]** 85/15 154/10

**communications [7]** 16/17 144/13 151/18 153/10 184/11 223/6 234/7

**companies [1]** 86/18

**company [41]** 5/12 20/1 23/7 27/7 27/11 28/2 28/3 46/7 46/19 49/15 50/7 50/12 50/19 52/5 58/11 60/8 68/6 68/11 68/12 69/7 69/8 83/16 84/21 84/22 86/12 86/14 86/16 87/10 89/23 91/10 91/21 91/23 92/20 94/4 99/22 115/11 115/12 115/15 127/14 127/16 127/17

**comparison [1]** 29/3

**compensated [1]** 8/2

**competent [1]** 167/14

**competing [1]** 115/23

**complete [5]** 23/9 148/12 169/6 170/20 241/20

**completed [1]** 50/14

**completely [7]** 9/17 31/21 108/10 116/10 166/12 174/1 226/15

**completion [2]** 141/10 141/10

**complications [1]** 110/17

**compound [1]** 113/1

**comprised [1]** 182/21

**compromise [2]** 139/18 236/7

**computer [5]** 136/6 138/22 146/19 172/7 180/25

**computers [3]** 136/25 138/6 138/8

**concern [3]** 25/14 25/16 158/9

**concerned [1]** 25/20

**concerning [3]** 10/22 158/9 209/21

**conclude [1]** 26/13

**concluded [1]** 253/25

**concludes [1]** 253/18

**condition [1]** 225/10

**conduct [11]** 65/14 146/23 162/14 165/19 165/19 175/18 192/11 202/17 207/3 209/20 228/8

**conference [1]** 231/8

**conferring [1]** 134/17

**confidential [1]** 5/16

**confidently [1]** 164/16

**confirm [1]** 87/18

**confirmation [16]** 7/10 19/10 27/22 76/6 80/14 81/7 81/13 81/22 82/11 83/15 85/8 101/11 129/1 129/4 213/15 217/22

**confirmations [1]** 85/4

**confused [3]** 78/10 81/25 126/14

**confusion [1]** 82/5

**congratulations [2]** 63/24 64/2

**connect [5]** 155/14 155/24 158/15 159/5 162/5

**connected [6]** 163/5 166/15 176/19 223/1 223/11 223/18

**connecting [1]** 169/2

**connection [16]** 158/5 163/17 165/7 165/24 166/1 166/3 168/23 169/1 171/10 171/11 177/18 177/22

222/1 222/19 223/5 227/11

**connections [2]** 74/14 161/25

**connects [3]** 155/21 166/2 227/12

**consider [5]** 190/15 190/17 191/1 191/3 200/10

**considered [1]** 58/17

**considering [3]** 190/18 190/21 190/23

**consist [1]** 136/25

**consistent [2]** 31/1 243/24

**consists [1]** 181/2

**conspiracy [29]** 153/12 153/13 154/25 156/8 156/11 156/15 157/3 158/12 158/24 161/11 162/7 162/8 163/3 163/16 164/20 165/18 168/18 170/18 170/18 170/19 170/21 175/11 177/23 222/20 222/25 224/4 227/25 229/6 230/11

**conspirator [8]** 157/8 157/11 158/12 158/19 158/21 159/4 170/4 170/6

**conspirator's [1]** 158/22

**consulting [1]** 27/16

**consumer [1]** 63/2

**consummate [1]** 8/12

**consummated [1]** 126/22

**consummation [1]** 127/11

**contact [19]** 6/4 6/6 16/24 17/14 41/25 64/17 64/21 80/21 82/23 187/14 188/12 188/21 219/25 220/11 222/14 231/13 233/17 241/1 251/20

**contacted [7]** 21/17 41/7 41/9 41/10 88/7 92/1 184/14

**contacting [2]** 5/13 35/19

**contacts [1]** 95/8

**contained [3]** 195/7 241/6 250/17

**container [1]** 144/12

**containing [3]** 54/6 172/5 201/16

**contains [1]** 133/18

**contend [2]** 224/3 225/3

**contending [1]** 157/8

**contents [3]** 133/5 146/15 147/15

**contest [1]** 153/16

**context [4]** 165/2 195/9 234/6 234/8

**continuation [3]** 71/25 221/1 225/21

**continue [33]** 3/18 3/22 9/12 10/10 13/7 20/8 42/23 53/21 54/23 62/7 71/12 73/12 80/1 82/25 101/23 105/10 137/20 138/16 176/21 193/14 193/18 194/3 194/10 196/9 197/14 197/21 198/3 198/10 210/17 232/12 249/4 249/10 249/21

**continued [10]** 3/25 15/15 68/17 74/16 105/15 136/18 138/15 196/4 197/10 210/23

**continues [2]** 197/8 197/16

**continuing [2]** 34/4 71/21

**contract [13]** 8/6 8/8 8/11 12/8 14/25 18/9 18/19 26/19 35/4 38/11 55/22 138/14 138/15

**contractor [2]** 116/3 116/11

**control [1]** 47/2

**convenient [1]** 121/2

**conversation [32]** 16/8 16/9 17/4 35/25 37/16 60/21 70/1 71/15 72/1 74/13 81/5 82/25 95/19 95/25 97/7 97/12 154/18 155/14 155/23 155/24 156/4 159/8 173/17 194/3 195/11 197/8 197/14 198/10 198/19 204/22 210/17 218/11

**conversations [11]** 18/23 19/16 52/7 68/2 68/13 80/25 155/5 171/9 192/15 201/1 217/15

**convey [2]** 46/16 65/11

**Cook [31]** 1/10 104/21 152/22 152/23 152/24 156/2 157/5 158/1 158/6 158/15 159/24 159/25 162/19

163/12 164/10 167/17 168/14 169/1 176/4 177/4 177/6 179/20 180/1 180/2 180/8 180/10 180/12 207/3 209/21 212/2 250/21

**Cook's [1]** 176/15

**copied [1]** 149/12

**copies [1]** 148/3

**copy [16]** 29/7 30/4 34/14 71/17 133/5 143/20 146/17 147/14 148/13 148/17 149/10 149/11 149/16 160/3 160/23 189/17

**copying [1]** 139/8

**corporation [2]** 91/6 115/24

**correct [243]** 4/9 4/15 4/16 6/10 9/4 16/19 16/25 17/11 19/13 21/18 21/21 21/22 21/24 22/3 22/4 22/22 22/25 23/1 23/10 23/13 23/16 24/6 24/20 24/21 24/24 25/4 25/8 25/21 26/4 26/5 26/14 26/15 26/23 27/3 27/4 27/11 27/20 35/1 35/4 35/8 35/16 36/8 36/11 36/14 36/17 36/19 36/24 37/6 37/15 37/23 38/8 38/17 38/20 39/2 39/7 39/22 39/23 40/22 40/23 41/13 41/14 41/19 42/7 42/8 42/13 43/5 43/7 43/8 43/10 43/11 45/4 45/12 45/21 46/13 46/17 46/19 46/20 47/15 47/22 47/24 48/25 49/10 49/12 49/13 49/17 49/19 49/20 49/24 50/1 50/7 51/17 51/18 52/15 54/9 54/11 54/19 55/13 56/2 56/5 59/3 59/16 59/19 60/6 61/21 62/16 64/11 79/2 86/25 87/2 88/16 88/23 89/3 89/5 89/12 89/15 90/2 90/11 90/15 90/23 91/2 91/4 91/7 91/10 91/13 91/18 92/7 92/21 93/3 93/7 93/10 93/14 94/10 94/12 97/21 99/6 99/14 99/17 99/23 100/10 101/10 106/25 107/7 107/19 108/6 108/13 110/1

**C**

**correct... [97]** 111/4 111/9 111/10 111/14 111/16 112/2 112/17 113/7 113/11 113/22 114/12 114/18 116/11 116/24 117/3 117/7 117/20 120/11 120/25 121/18 121/24 122/11 122/18 124/6 126/19 126/23 128/1 128/3 131/1 131/6 131/10 133/14 133/15 133/20 133/24 133/25 134/10 150/18 150/24 151/2 151/5 151/7 153/14 164/14 164/22 182/9 186/1 186/5 188/11 189/25 192/5 192/25 200/1 206/3 208/7 209/9 210/16 211/18 217/2 218/24 220/5 220/25 221/16 224/15 225/8 225/21 228/12 228/22 230/18 234/2 234/6 234/24 235/15 235/22 236/12 236/24 237/25 238/17 238/19 239/8 239/21 240/21 242/11 242/25 245/10 245/13 245/14 245/21 246/18 247/3 247/9 248/12 249/3 249/16 251/8 252/20 252/21
**corrected [5]** 117/10 120/20 173/14 173/14 209/5
**correctly [1]** 162/17
**corresponding [1]** 247/11
**corresponds [1]** 185/25
**cost [2]** 45/13 58/19
**costs [1]** 117/14
**couch [1]** 24/11
**could [55]** 5/17 10/5 11/9 17/6 17/14 22/23 24/1 25/5 25/20 26/2 26/13 33/17 36/13 38/3 39/1 46/12 46/14 58/6 58/20 74/16 78/14 82/17 83/4 96/20 106/9 112/7 116/12 116/14 116/14 116/17 116/25 119/14 119/19 124/19 134/25 136/24 145/16 145/16 147/10 149/23 150/19 150/20 151/3 152/7 174/13 180/10 182/7 183/8 183/18 198/25

219/19 223/15 226/16 227/4 227/5
**couldn't [5]** 5/16 36/7 121/5 175/25 176/1
**counsel [16]** 53/6 55/25 57/16 102/22 104/5 132/9 134/10 134/17 159/2 176/23 191/9 220/6 230/25 231/24 252/24 253/21
**count [32]** 156/8 156/11 162/8 162/8 162/16 162/16 163/1 164/20 170/2 170/18 172/2 172/3 172/20 173/4 174/5 174/12 175/5 175/7 175/9 175/15 175/15 175/21 175/24 222/25 229/7 229/13 230/4 231/10 231/14 231/17 231/18 231/19
**Count 2 [1]** 231/14
**counter [1]** 123/1
**counterfeit [2]** 174/15 182/4
**countries [1]** 181/24
**country [3]** 181/21 243/6 243/8
**counts [10]** 156/14 161/17 162/9 162/13 163/16 163/19 170/3 170/22 172/1 172/13
**County [5]** 20/18 21/4 21/24 41/7 41/20
**couple [8]** 52/23 70/7 70/7 76/2 113/14 177/25 196/14 222/4
**course [11]** 19/24 35/15 44/24 117/1 136/12 141/8 141/11 141/11 225/24 244/11 253/15
**courses [6]** 136/7 136/11 138/12 138/12 139/14 139/15
**court [20]** 1/1 1/23 31/15 33/25 66/17 76/8 134/14 141/25 142/1 167/13 169/20 170/5 171/1 176/17 183/6 226/22 228/3 229/11 231/11 254/8
**courtesy [5]** 8/8 18/8 26/19 35/4 38/11
**courthouse [1]** 106/4
**courtroom [15]** 3/2 53/1 53/5 53/19 101/25 102/9 102/11 105/2 105/4 105/7

152/21 179/6 219/6 232/7 252/9
**cousin [1]** 67/4
**cover [1]** 34/19
**coverage [1]** 251/18
**covered [1]** 140/6
**CR [1]** 1/2
**craft [1]** 193/22
**crazy [3]** 13/3 18/24 122/1
**create [2]** 136/12 150/16
**creation [1]** 198/20
**credibility [2]** 87/12 87/16
**credit [21]** 4/22 8/21 8/22 9/17 9/19 10/15 10/19 10/20 18/4 27/3 36/6 36/6 36/7 36/13 36/22 37/2 37/2 40/13 40/15 40/21 40/25
**credits [3]** 9/21 9/24 19/2
**crime [8]** 135/16 140/25 140/25 142/1 142/2 182/3 182/16 190/22
**crimes [4]** 137/13 170/20 184/6 190/19
**criminal [5]** 104/4 180/24 183/3 192/23 231/6
**cross [31]** 2/3 21/9 21/13 34/4 42/23 43/2 54/23 55/8 87/22 88/2 102/6 102/14 104/24 105/11 105/15 110/4 110/7 148/23 149/2 149/4 169/14 169/17 170/13 170/15 199/5 199/6 201/5 225/2 225/6 226/13 232/1
**cross-examination [9]** 21/9 34/4 42/23 87/22 102/14 105/11 110/4 148/23 149/2
**cross-examine [2]** 169/14 170/13
**crossed [1]** 104/20
**CRR [2]** 1/23 254/7
**cup [1]** 67/23
**currency [1]** 182/4
**current [1]** 186/24
**currently [3]** 50/15 135/2 182/12
**customer [5]** 98/25 99/1 112/6 112/22 120/1
**customers [1]** 112/13
**cut [1]** 98/18
**cutoff [1]** 19/11

**cuts [1]** 229/22
**cuz [1]** 195/23
**cyber [3]** 136/6 136/10 139/13

**D**

**dad [1]** 97/21
**Dadeland [1]** 1/16
**daily [1]** 241/1
**dainty [2]** 195/25 199/17
**data [40]** 137/5 137/8 137/9 139/7 139/23 140/12 140/17 140/22 142/4 144/8 144/23 144/25 146/1 146/2 146/2 146/4 146/22 147/19 147/20 147/21 147/23 149/15 149/18 149/22 149/23 149/23 149/23 149/25 150/5 150/8 150/11 150/15 150/17 151/1 151/14 151/16 151/19 151/23 151/25 152/5
**date [26]** 20/5 40/3 70/25 83/24 84/10 150/1 150/21 151/1 155/20 159/12 167/5 167/9 175/13 175/15 186/21 186/23 188/7 207/20 209/3 209/8 209/9 216/13 216/14 223/5 229/6 234/16
**dated [1]** 70/24
**dates [5]** 84/24 217/22 221/1 225/22 245/1
**dating [1]** 176/6
**David [2]** 105/5 163/14
**DAVIS [1]** 1/10
**day [45]** 1/9 3/10 5/9 5/20 6/15 6/22 7/2 7/4 7/6 7/7 7/10 13/19 19/10 23/23 23/24 26/20 26/21 27/1 27/2 27/22 28/3 28/13 35/5 37/13 38/23 66/6 77/5 79/14 79/16 84/2 96/8 100/14 100/15 114/11 130/8 130/11 173/13 173/14 173/16 174/16 205/11 232/10 251/13 251/23 252/8
**days [7]** 6/22 12/15 95/12 107/4 145/16 196/14 251/24
**DEA [1]** 182/22
**deadline [1]** 197/1
**deal [32]** 8/12 8/18

12/2 12/23 15/11 18/2 18/10 19/7 23/9 25/19 26/18 37/21 38/6 38/8 38/11 43/14 55/12 55/19 55/23 62/20 65/14 72/13 78/22 82/1 89/3 106/7 109/3 125/5 125/5 125/6 127/7 127/11
**deal's [2]** 7/9 18/6
**dealer [8]** 13/2 45/13 110/12 110/15 112/7 112/13 112/14 120/2
**dealers [8]** 105/23 108/7 108/21 109/24 109/25 120/3 120/5 120/17
**dealership [7]** 8/1 44/1 46/22 47/8 47/10 51/5 89/22
**dealerships [1]** 46/22
**dealing [6]** 39/9 51/4 69/3 81/8 111/15 123/23
**deals [3]** 19/1 88/13 125/8
**death [1]** 229/22
**debit [4]** 27/3 27/5 27/7 34/25
**deceive [2]** 173/16 174/21
**December [15]** 37/7 39/3 39/7 39/14 39/19 40/5 49/18 49/25 193/22 215/19 215/19 215/20 224/14 247/14 247/14
**December 15th [3]** 39/14 39/19 49/25
**December 1st [1]** 49/18
**December 31 [1]** 215/19
**December 31st [2]** 193/22 215/20
**decide [3]** 142/18 190/15 190/17
**decided [2]** 38/7 136/4
**decision [8]** 25/7 26/9 26/16 26/17 26/18 26/20 26/20 171/5
**decisions [3]** 226/19 227/3 231/22
**declaration [2]** 216/3 216/25
**decline [1]** 13/11
**declined [1]** 23/1
**deemed [2]** 162/2

**D**

**deemed... [1]** 189/20
**default [1]** 140/14
**defendant [139]**
1/15 1/17 7/14 8/21
9/8 10/21 11/7 12/11
13/17 14/16 15/24
16/5 16/16 17/9 18/18
63/21 65/20 66/9
66/23 66/25 68/2
68/13 68/19 70/19
71/13 74/6 74/14
74/19 75/2 76/14 80/7
80/25 81/16 84/5
85/13 85/14 126/24
153/18 154/18 154/20
154/23 155/12 155/12
155/25 156/1 157/9
158/2 159/7 159/20
160/5 161/7 166/25
167/4 168/4 168/7
168/17 168/17 168/18
168/21 168/24 168/25
169/23 170/8 176/4
183/8 183/12 183/15
183/22 184/15 186/10
187/23 189/11 189/18
190/18 190/18 190/20
190/21 190/23 190/23
191/24 192/17 192/18
193/3 193/11 194/14
195/20 196/7 196/16
196/21 197/3 197/5
198/1 198/6 198/8
198/14 198/16 199/15
200/21 201/22 202/17
203/7 204/6 204/18
204/18 206/16 207/19
208/1 209/1 209/5
210/7 210/13 210/14
210/19 210/24 211/13
211/16 212/6 212/9
212/17 214/23 216/12
217/24 218/11 218/12
221/23 222/5 224/18
227/9 233/9 233/13
233/25 234/10 234/24
235/12 235/21 235/24
249/5 250/23 253/15
**defendant's [7]**
61/22 76/8 78/4
156/15 174/22 220/12
225/9
**defendant/co-defen
dant [1]** 155/12
**defendants [19]** 1/7
20/8 39/18 41/13 42/4
42/17 56/4 162/3
173/17 173/25 176/7
176/8 190/7 190/10
190/16 195/10 198/19

230/15 234/9
**defendants' [3]**
173/21 225/16 225/18
**defense [29]** 33/16
51/23 55/25 57/16
128/21 132/9 134/9
153/3 155/1 159/2
171/5 172/16 174/1
177/11 178/18 178/19
178/22 191/8 217/7
221/25 222/12 226/6
226/19 226/23 228/9
231/13 231/15 252/14
252/24
**defenses [2]** 165/22
233/2
**definitely [2]** 11/20
74/23
**defraud [8]** 167/7
172/24 173/1 173/7
173/12 173/21 174/12
225/16
**defrauded [1]** 163/9
**degree [4]** 135/25
136/4 136/9 136/16
**deleted [1]** 174/9
**deliberate [5]**
101/22 101/24 190/11
219/4 251/16
**delivery [1]** 36/21
**demonstrated [1]**
253/13
**denied [4]** 36/22
40/18 40/21 40/25
**denies [1]** 19/5
**Dennis [33]** 79/25
80/3 80/6 86/9 86/22
92/20 93/6 93/8 93/10
94/8 98/18 98/22
100/12 100/12 107/6
107/14 107/19 107/24
108/3 108/12 108/16
108/17 108/18 109/6
109/7 109/11 109/13
109/17 109/18 125/13
130/5 130/7 130/12
**Dentist [1]** 194/6
**departed [2]** 24/14
26/3
**department [2]** 5/10
26/3
**depending [6]** 145/2
145/3 145/7 145/12
150/19 151/11
**depends [4]** 111/17
113/12 149/14 151/8
**depo [1]** 29/4
**deposit [7]** 4/7 4/23
8/13 18/2 27/23 35/23
36/3
**deposition [4]** 28/22
30/2 31/20 32/15

**deposits [1]** 50/23
**depreciates [1]**
47/11
**derived [1]** 132/16
**describe [9]** 34/21
110/14 135/23 136/7
137/24 138/18 180/19
181/16 230/5
**described [2]** 34/19
142/16
**description [2]**
59/25 71/2
**desk [2]** 230/1 230/2
**desktops [1]** 136/25
**despite [2]** 163/25
234/3
**destin [1]** 73/20
**detach [1]** 41/8
**details [2]** 61/17
148/6
**detective [3]** 131/19
142/23 148/19
**determine [12]**
111/6 111/18 111/21
112/14 147/9 150/6
150/24 172/14 184/5
186/25 214/7 241/6
**determined [2]**
112/10 152/8
**determining [1]**
111/3
**device [31]** 137/6
138/24 138/25 139/2
139/5 139/12 140/11
140/18 140/20 140/21
143/10 143/11 143/13
143/15 144/3 144/4
144/8 144/13 145/4
145/18 146/1 146/1
146/22 146/22 146/25
147/16 150/16 150/20
151/17 182/19 189/18
**device's [1]** 149/25
**devices [23]** 136/24
136/24 136/25 137/1
138/9 138/22 138/22
139/2 139/12 139/18
140/9 140/10 140/11
140/14 140/17 141/6
142/3 142/3 142/24
144/20 144/22 145/4
151/10
**dial [1]** 61/2
**Diamonds [1]**
117/12
**did [190]** 4/23 5/5
7/1 10/1 11/7 11/22
12/10 12/11 12/22
13/1 13/18 16/11
16/17 17/9 17/12
17/16 17/19 17/21
17/23 19/8 19/25 20/5

20/8 20/16 24/2 24/13
25/9 25/14 25/16
25/24 28/4 29/19 34/8
34/21 36/3 37/17
39/11 40/10 41/4 41/4
41/21 42/5 43/21 44/8
44/13 45/13 46/8 50/8
50/12 50/18 51/20
51/24 51/24 51/25
52/3 55/2 55/23 55/24
56/8 60/3 61/3 61/13
61/24 62/7 62/9 62/14
64/8 66/6 67/18 67/25
68/9 68/11 68/22
68/23 69/10 69/13
69/20 69/25 70/11
71/7 74/6 74/21 78/13
79/5 79/14 79/16
79/18 83/1 84/15 89/3
93/6 93/8 93/16 93/24
95/10 95/14 95/14
95/18 97/11 98/22
98/24 99/11 101/6
106/21 106/21 107/9
109/4 109/10 109/16
109/22 110/11 111/11
114/25 115/3 115/10
116/6 116/7 118/22
125/13 125/15 125/17
125/17 125/19 125/20
128/21 128/24 130/24
135/12 136/17 136/20
138/7 142/1 142/24
143/1 146/19 147/7
163/7 170/10 170/21
171/24 181/4 181/4
181/7 181/8 182/17
183/2 184/5 184/7
184/9 184/17 184/18
187/20 190/1 190/3
192/11 196/24 201/15
202/17 202/19 203/7
203/10 204/18 204/22
207/3 207/5 208/13
208/20 209/20 211/6
212/5 212/8 212/9
213/2 214/3 217/18
217/20 221/13 234/11
234/14 235/23 236/2
241/5 244/15 244/18
245/5 246/10 247/20
250/23 250/24 250/25
**did you go [1]** 181/4
**didn't [37]** 5/18
21/25 25/24 28/17
30/20 48/20 52/8 71/6
76/24 85/17 85/18
86/8 89/1 92/2 92/18
92/20 96/7 99/9
100/12 100/14 100/15
100/18 123/19 125/14
125/22 125/25 127/3

130/1 131/9 164/4
174/6 194/2 211/10
226/1 226/16 237/18
251/7
**difference [6]** 5/15
61/10 62/20 72/22
82/6 88/23
**different [36]** 10/1
13/23 18/7 18/23
23/15 29/2 61/4 61/8
62/11 73/14 82/2
88/12 89/20 90/5
90/25 97/21 108/9
108/10 112/25 136/11
138/10 166/13 178/5
209/8 214/7 221/1
228/1 228/10 237/4
237/7 237/9 238/8
238/15 239/7 243/23
253/15
**differently [1]** 230/9
**digit [2]** 243/6 243/8
**digital [11]** 135/18
136/3 136/10 136/21
137/17 137/21 138/1
138/20 140/5 142/16
215/4
**digits [4]** 242/21
242/21 242/22 242/23
**dime [1]** 50/12
**dinner [7]** 73/6
95/11 95/14 95/16
95/21 96/1 96/2
**dire [1]** 141/20
**direct [22]** 2/3 3/25
30/15 34/9 57/14 58/4
60/1 60/8 64/8 120/5
132/7 134/16 134/23
161/8 162/7 168/18
180/5 180/8 195/7
223/5 231/25 252/18
**directed [2]** 127/14
127/16
**direction [2]** 211/17
222/7
**directions [1]** 219/3
**directly [13]** 39/9
68/10 107/14 107/24
108/2 112/12 130/6
130/7 155/11 156/14
156/22 167/6 225/9
**discard [1]** 251/19
**disclosed [1]** 124/12
**discuss [8]** 44/23
71/21 77/13 101/21
102/15 219/3 251/14
251/15
**discussed [8]** 16/23
23/22 97/3 105/17
140/23 194/5 198/18
228/2
**discussing [11]** 4/6

**D**

**discussing... [10]** 30/16 76/17 76/19 193/16 200/16 201/12 219/25 232/20 233/8 234/13
**discussion [3]** 196/4 220/6 235/5
**discussions [4]** 10/10 65/18 194/10 196/9
**disentangle [2]** 163/17 163/20
**displayed [1]** 222/18
**disputing [1]** 172/9
**disregard [2]** 15/21 20/25
**distinguishing [1]** 151/2
**DISTRICT [3]** 1/1 1/1 1/11
**do [261]**
**Do discussions [1]** 10/10
**do you [44]** 5/21 6/11 7/19 7/21 9/5 13/7 13/7 13/25 15/5 15/7 42/10 47/6 59/6 59/7 59/13 60/11 64/13 65/11 65/18 67/22 70/20 76/8 80/17 82/4 83/11 84/17 85/13 112/4 112/21 117/22 118/7 134/2 135/5 143/6 143/19 143/24 149/13 155/14 155/24 189/7 189/12 241/1 245/16 253/9
**do you see [7]** 14/7 49/10 49/21 66/17 122/13 183/6 183/15
**document [14]** 33/5 33/9 33/12 54/7 150/16 167/8 167/9 173/11 173/12 217/23 220/19 241/14 241/15 247/6
**document-maker [1]** 167/8
**documentary [1]** 155/15
**documentation [4]** 18/11 18/24 19/22 24/18
**documented [1]** 19/16
**documents [25]** 11/12 19/15 24/20 38/18 40/9 40/11 40/17 155/1 156/5

156/19 156/23 157/22 158/16 161/25 168/6 168/7 168/10 173/23 208/18 216/4 220/24 221/8 221/9 221/21 230/5
**does [90]** 7/14 7/15 7/16 8/19 8/21 9/8 9/9 10/21 13/17 19/12 31/11 48/17 50/4 56/6 56/7 58/14 61/7 63/21 65/20 73/12 75/2 80/5 81/5 82/15 82/25 90/12 118/14 120/7 120/8 122/15 127/5 127/6 138/23 144/1 149/22 150/2 154/16 159/2 176/10 182/1 186/21 186/22 192/6 192/18 193/3 193/14 193/18 194/3 194/14 195/12 195/20 196/7 196/16 196/18 197/3 197/14 197/21 198/1 198/3 198/6 198/8 198/9 198/10 198/14 198/16 199/15 203/17 204/25 207/6 208/1 209/23 210/1 210/7 210/17 211/1 212/17 212/20 212/21 214/12 218/15 219/18 219/19 235/13 245/7 248/1 249/4 249/19 249/21 249/22 250/11
**doesn't [20]** 50/3 81/15 85/7 85/8 123/16 124/12 142/17 161/2 163/12 169/18 169/20 170/3 172/25 173/1 175/18 178/18 230/1 242/9 242/19 243/7
**doing [26]** 9/10 11/5 12/15 18/7 26/12 31/21 37/21 70/3 72/5 73/6 82/5 87/13 97/14 135/16 137/16 138/7 138/9 140/16 143/21 152/23 159/11 168/13 197/2 226/11 228/19 228/21
**dollar [2]** 174/15 174/17
**dollars [12]** 61/20 83/21 117/7 117/10 216/2 221/12 225/13 225/13 225/15 248/3 248/23 249/12
**domestic [2]** 6/20 242/17
**Dominguez [38]**

1/15 42/24 48/13 48/24 56/19 57/22 102/7 104/13 110/4 130/19 132/14 133/2 141/20 149/2 152/14 153/5 154/1 161/21 166/4 169/10 170/11 171/13 177/17 185/7 191/15 202/24 204/11 206/23 209/15 211/22 213/23 222/22 225/23 228/9 229/15 229/21 231/5 232/16
**Dominguez's [2]** 148/25 165/22
**don't [116]** 5/3 5/4 5/17 7/25 9/22 11/19 15/5 16/7 16/7 16/12 18/10 22/18 23/6 24/11 27/12 28/6 28/6 31/23 32/7 32/19 33/3 40/3 40/19 41/12 41/17 42/6 42/10 42/14 42/21 43/18 43/19 44/2 44/12 44/15 44/20 46/15 46/16 46/22 47/20 48/19 51/21 51/22 61/23 91/14 94/9 94/12 94/13 97/11 97/11 97/17 97/24 99/24 101/21 101/21 101/22 107/23 108/1 113/2 117/2 117/4 118/17 119/1 119/13 119/15 119/16 119/22 122/23 123/14 124/3 124/9 125/6 125/7 126/2 130/7 130/13 133/3 140/9 140/12 140/19 144/23 148/9 149/11 157/14 158/11 158/19 158/20 159/12 161/3 163/18 169/14 169/15 169/15 170/20 174/3 174/4 174/5 174/6 175/11 175/19 175/19 175/23 177/2 179/16 193/12 196/12 199/11 219/3 219/4 221/24 222/24 223/19 223/23 224/3 226/1 244/6 252/4
**done [38]** 6/21 9/14 11/4 13/8 13/10 13/21 27/2 31/4 31/10 35/9 35/14 38/15 48/13 48/15 55/19 69/17 87/7 100/18 139/12 139/13 139/13 139/14 144/14 145/10 148/6 148/17 158/3 161/16

161/20 161/21 190/7 195/12 200/4 200/7 231/7 253/1 253/12 253/14
**donuts [3]** 3/8 28/14 28/17
**door [7]** 17/5 23/25 68/25 100/25 123/2 205/5 205/22
**doors [1]** 227/5
**double [3]** 227/18 227/19 227/19
**doubt [1]** 173/5
**down [30]** 10/18 11/4 12/8 12/10 13/2 13/12 18/9 32/19 32/24 38/6 55/14 55/21 56/3 66/21 67/5 72/4 76/12 84/24 93/4 94/9 114/12 116/15 119/5 131/15 182/10 183/10 183/20 194/1 235/2 243/1
**download [2]** 149/21 205/18
**downtown [1]** 105/22
**dozen [1]** 142/3
**dozens [1]** 156/10
**drafted [1]** 212/18
**draw [7]** 65/1 118/3 119/13 119/15 123/11 183/1 218/5
**drawn [1]** 119/2
**drive [9]** 65/15 68/7 94/14 133/17 143/20 146/11 147/16 151/22 152/3
**driven [2]** 22/17 252/24
**driver [2]** 24/12 67/4
**driving [1]** 22/19
**drop [2]** 194/9 195/16
**dropped [1]** 12/14
**drove [1]** 22/11
**dude [2]** 193/2 193/12
**due [1]** 184/11
**dug [1]** 95/4
**dumbass [2]** 13/3 13/4
**during [3]** 34/2 47/4 102/17
**duties [4]** 136/21 136/23 180/18 181/16
**duty [2]** 137/19 181/19

**E**

**E-D-E-R-Y [1]** 57/10
**e-statement [3]**

244/25 245/12 245/15
**e-statements [1]** 249/7
**e-title [2]** 47/17 47/19
**each [6]** 68/17 89/5 113/19 175/4 190/17 249/7
**earlier [8]** 11/13 34/9 84/2 106/13 135/2 169/13 213/12 233/23
**early [6]** 78/17 78/17 81/18 83/2 176/15 196/8
**earn [1]** 35/15
**easier [3]** 63/1 159/16 230/4
**East [2]** 1/14 254/9
**Eastern [1]** 205/15
**Eckerd [1]** 136/1
**Edery [17]** 1/9 56/25 57/10 57/11 58/4 58/8 88/2 88/4 102/9 105/15 105/17 110/7 126/12 126/14 129/24 130/22 201/14
**educating [1]** 137/20
**educational [1]** 135/24
**effectively [1]** 158/5
**efficient [3]** 177/10 179/14 251/24
**efficiently [1]** 252/6
**effort [1]** 28/4
**eight [5]** 58/13 61/17 135/17 136/11 242/21
**either [26]** 15/16 22/21 25/18 26/25 36/20 42/1 46/18 83/6 85/13 85/16 97/4 134/9 144/18 145/5 145/5 155/11 155/15 156/19 157/9 162/3 168/25 169/18 172/8 195/2 229/3 253/15
**ELEANOR [3]** 1/6 104/3 156/18
**electronic [4]** 137/1 137/13 142/3 142/24
**electronics [1]** 137/21
**elements [1]** 173/5
**Eleven [1]** 174/14
**ELLEN [4]** 1/23 166/9 254/7 254/7
**ELMO [2]** 48/23 74/21
**elongate [1]** 253/16
**else [28]** 12/19 22/16 24/8 29/19

**E**

**else... [24]** 31/23 36/2 44/13 52/8 61/3 69/13 102/22 121/3 123/18 124/10 153/2 162/22 163/13 165/13 170/11 171/13 174/8 174/8 177/13 177/20 225/6 242/12 243/10 252/10
**else's [2]** 46/13 46/13
**elsewhere [1]** 222/1
**email [19]** 11/12 13/22 13/24 19/14 139/18 150/25 151/15 187/16 187/18 187/20 187/21 188/12 188/21 194/15 195/3 197/19 197/25 198/7 218/9
**emails [8]** 148/1 150/24 151/5 151/9 151/9 151/9 151/11 187/14
**emanating [1]** 3/7
**embedded [1]** 245/4
**emojis [1]** 65/4
**employed [4]** 116/4 135/3 136/2 180/16
**employee [12]** 93/19 94/9 98/24 98/25 108/19 114/23 114/25 135/10 157/9 158/18 158/22 162/3
**employees [1]** 86/15
**employer [2]** 115/25 116/1
**employment [4]** 21/2 87/9 135/10 135/13
**empty [2]** 76/21 76/21
**encompassed [1]** 178/14
**encrypt [2]** 140/10 140/11
**encrypted [2]** 139/19 140/13
**encryption [1]** 140/8
**end [21]** 14/22 15/21 40/1 46/21 58/17 58/20 77/9 106/11 110/12 111/15 112/18 119/6 119/10 158/12 200/12 220/1 231/16 231/21 232/10 251/13 251/16
**ending [34]** 4/18 201/7 215/11 215/12 215/14 215/15 215/18 215/20 215/21 215/24

216/8 216/18 216/19 216/21 216/23 224/10 238/16 245/22 246/2 246/24 247/4 247/17 248/1 248/10 248/15 248/21 248/24 249/13 249/23 250/1 250/8 250/10 250/14 250/19
**ends [2]** 166/24 214/13
**energy [2]** 3/7 114/10
**enforcement [4]** 135/13 180/20 180/22 181/4
**engaged [2]** 190/16 201/1
**engagement [1]** 136/14
**engaging [1]** 195/10
**engineer [1]** 83/9
**English [1]** 138/23
**enjoy [2]** 13/21 52/24
**enjoyed [1]** 105/9
**enough [13]** 37/2 37/4 81/11 161/22 169/9 171/12 177/9 177/21 177/22 178/3 221/25 229/14 243/11
**ensures [1]** 62/25
**entered [5]** 3/2 53/19 105/7 179/6 232/7
**Entertainer [1]** 166/13
**Entertainment [3]** 202/10 208/24 209/3
**entire [6]** 14/1 48/11 48/14 221/21 224/1 253/4
**entirely [1]** 253/16
**entities [1]** 227/12
**entitled [2]** 160/15 254/5
**entity [1]** 230/13
**entourage [1]** 23/12
**entrepreneur [1]** 90/4
**entry [1]** 218/7
**environment [1]** 139/22
**equaled [1]** 56/1
**Equifax [1]** 9/20
**equivalent [1]** 229/25
**errors [6]** 243/12 243/14 243/21 244/1 244/3 244/5
**Escalade [2]** 17/13 21/21
**escalate [1]** 26/5

**especially [1]** 231/18
**Esq [5]** 1/13 1/13 1/15 1/18 1/20
**essentially [7]** 31/3 31/6 146/17 159/2 160/3 161/4 230/5
**established [2]** 40/20 87/14
**estate [1]** 90/6
**Estates [1]** 65/15
**et [2]** 120/8 152/5
**Europe [1]** 109/25
**eve [4]** 13/19 14/11 15/2 16/6
**even [39]** 7/24 9/19 13/2 33/8 61/19 73/9 75/16 76/21 84/13 92/20 93/25 95/4 95/11 97/3 97/23 98/7 113/13 119/7 123/24 161/2 161/3 161/5 162/15 167/9 168/14 170/2 171/6 171/15 174/4 177/15 179/11 193/7 195/6 223/1 224/24 228/5 229/12 230/4 253/5
**evening [12]** 4/8 4/22 34/25 66/6 68/16 68/18 72/16 77/25 79/6 81/6 99/25 210/23
**event [2]** 27/16 41/18
**Eventually [1]** 50/10
**ever [18]** 16/5 16/17 18/16 18/17 20/5 20/11 20/13 20/16 39/11 55/2 55/4 55/23 84/15 88/5 100/24 129/10 173/11 251/2
**every [8]** 16/8 16/9 16/14 31/24 35/11 114/15 114/16 125/9
**everybody [11]** 3/3 3/10 44/6 87/16 117/9 179/3 179/7 182/23 230/24 232/8 253/21
**everybody's [2]** 15/1 252/25
**everyone [5]** 12/16 43/4 53/20 105/8 252/10
**everything [20]** 12/15 13/20 14/21 16/8 26/13 38/22 67/12 74/1 87/16 94/2 101/9 110/13 117/12 169/7 176/16 176/19 179/11 179/11 179/12 225/6

**everything's [2]** 7/9 7/11
**everywhere [2]** 114/16 120/23
**evidence [92]** 3/11 31/1 40/6 45/19 48/3 48/21 48/25 60/10 74/10 100/2 101/23 132/11 133/11 133/12 133/17 133/24 143/6 148/20 155/15 155/16 155/16 155/22 156/12 156/22 157/3 157/4 157/18 158/1 158/5 158/14 161/4 161/6 161/8 162/6 162/7 162/18 163/4 164/17 164/17 164/19 167/13 167/14 167/14 169/3 170/1 170/19 170/24 172/13 172/16 175/2 175/8 176/3 176/6 177/18 177/23 178/3 178/6 184/12 185/4 189/7 190/2 190/7 190/13 190/15 190/17 191/1 191/3 200/10 200/11 202/18 202/21 204/8 209/12 211/20 213/20 214/11 217/6 217/12 217/18 221/7 222/16 227/11 228/3 231/19 232/14 232/20 232/21 233/2 244/14 251/24 252/1 253/14
**evidences [1]** 206/20
**evidentiary [5]** 231/6 253/1 253/4 253/11 253/17
**evidently [1]** 38/7
**ex [3]** 86/9 110/13 121/12
**ex-boss [3]** 86/9 110/13 121/12
**exact [6]** 40/3 99/24 146/15 146/15 164/11 165/18
**exactly [6]** 11/11 13/1 30/20 110/14 137/11 139/21
**exam [2]** 34/9 144/24
**examination [32]** 3/18 3/25 21/9 21/13 30/16 34/4 42/23 43/2 53/22 53/25 57/14 58/4 87/22 88/2 102/14 105/11 105/15 110/4 110/7 126/9 126/12 129/24 130/22 132/7 134/16 134/23

145/10 148/23 149/2 149/4 180/5 180/8
**examine [2]** 169/14 170/13
**examiner [4]** 139/13 141/3 148/3 189/13
**example [10]** 118/22 155/17 161/2 162/10 162/12 162/21 163/3 163/4 241/10 243/16
**excellent [2]** 134/8 179/13
**except [2]** 32/20 245/8
**exception [3]** 159/3 169/21 170/6
**excerpt [3]** 1/8 3/1 254/4
**exchange [4]** 64/8 78/24 159/9 164/13
**exchanged [1]** 75/6
**exchanging [1]** 67/12
**Excited [1]** 70/12
**exciting [1]** 121/21
**exclamation [1]** 11/16
**exclusive [2]** 119/11 119/12
**Excuse [1]** 168/24
**excused [3]** 56/21 131/16 152/16
**executed [1]** 189/23
**execution [1]** 142/23
**exercising [1]** 153/24
**exfiltrated [1]** 139/23
**exhaust [1]** 31/24
**exhibit [149]** 4/14 5/21 5/22 6/3 17/3 45/19 45/20 48/2 48/2 48/3 48/10 48/11 48/14 49/4 49/7 49/14 49/21 54/3 57/19 60/11 64/13 64/14 65/1 65/2 70/20 70/22 74/9 74/13 74/22 80/11 80/17 80/20 83/11 83/12 83/14 84/17 84/18 100/1 121/15 122/10 128/13 132/9 132/16 133/8 133/11 143/6 143/15 143/19 143/23 146/6 147/3 148/18 153/7 153/9 153/15 153/17 154/9 154/14 154/14 154/16 154/17 155/7 155/18 157/7 158/17 159/11 159/13 159/14 159/17 159/19 160/16

**E**

**exhibit... [78]**  161/20 162/10 163/24 164/7 166/20 166/22 171/18 172/3 178/10 185/3 185/10 185/12 185/13 185/19 185/23 186/6 187/4 189/1 189/7 189/12 189/19 190/1 191/9 191/19 191/21 192/14 198/18 199/24 203/3 203/6 203/23 203/25 204/15 205/19 205/23 206/8 206/15 207/1 207/6 207/16 208/22 209/18 211/25 212/5 213/3 213/9 214/1 214/11 214/12 214/25 216/6 216/7 217/9 217/12 218/5 219/24 220/7 220/25 223/24 224/16 228/5 228/19 232/14 232/19 233/1 233/6 233/10 233/11 234/11 236/3 236/7 236/16 239/23 244/15 245/6 246/12 249/4 249/7
**Exhibit 45 [1]**  207/16
**Exhibited [1]**  146/14
**exhibits [23]**  2/8 2/9 45/16 57/17 58/1 133/22 134/20 155/8 161/22 163/21 166/5 169/9 171/4 171/8 171/12 176/23 177/2 177/12 177/21 213/16 222/4 227/3 232/25
**existing [1]**  36/23
**exited [6]**  53/1 53/5 101/25 152/21 219/6 252/9
**exorbitant [1]**  117/15
**expand [1]**  122/8
**expect [1]**  243/25
**expected [1]**  109/2
**expecting [1]**  6/21
**expensive [4]**  61/10 62/1 63/2 77/11
**Experian [1]**  9/20
**experience [3]**  113/24 142/12 240/22
**expert [5]**  141/17 141/25 142/1 142/7 142/15
**explain [13]**  10/4 12/11 59/18 59/22 60/7 68/24 82/8 86/11 118/7 119/24 195/14

217/21 241/12
**explained [1]**  146/1
**explore [1]**  86/6
**express [1]**  12/22
**extensive [1]**  113/11
**extent [3]**  169/8 224/25 228/1
**exteriors [1]**  111/12
**external [2]**  146/10 147/16
**extra [2]**  118/1 124/17
**extract [7]**  146/10 146/19 205/16 211/12 212/25 245/3 246/9
**extracting [1]**  147/5
**extraction [7]**  133/18 140/15 142/16 145/10 147/22 149/17 151/11
**extractions [1]**  146/24
**eye [3]**  72/20 171/8 229/11
**eyes [39]**  27/7 27/8 27/9 33/4 39/4 42/15 68/7 70/23 83/19 84/25 127/15 130/17 155/19 155/20 157/15 204/3 206/11 214/4 214/8 214/14 215/9 216/9 221/5 221/6 229/13 230/12 235/1 235/19 236/6 237/19 237/22 241/11 246/6 246/16 247/22 248/13 249/15 250/25 251/3

**F**

**face [5]**  139/18 170/9 171/10 227/8 241/12
**Facebook [1]**  59/20
**faced [1]**  140/1
**Facetime [5]**  51/20 51/22 71/19 96/7 96/14
**fact [18]**  4/6 78/10 95/7 96/19 108/9 123/20 138/5 142/11 147/17 148/6 169/13 169/18 189/2 190/1 214/13 216/4 223/19 227/10
**factors [1]**  151/2
**facts [2]**  114/24 148/9
**failed [1]**  163/25
**fair [4]**  32/7 96/24 174/4 225/7
**fairly [1]**  165/2
**fairness [1]**  176/13

**fake [22]**  111/6 111/9 111/13 112/24 113/21 154/22 156/22 156/23 160/25 165/16 174/24 175/3 176/5 176/8 196/13 198/20 199/11 218/22 222/23 223/19 229/20 233/23
**fakes [4]**  111/3 111/12 113/20 113/21
**fall [1]**  159/3
**fallen [1]**  161/10
**falls [2]**  165/17 169/12
**false [15]**  18/11 18/23 19/5 155/2 155/9 155/13 156/5 159/8 168/10 172/10 172/17 172/23 173/23 175/1 241/13
**falsified [2]**  19/14 221/10
**falsity [2]**  154/25 157/22
**familiar [6]**  110/20 111/8 114/5 121/17 142/4 240/23
**families [1]**  14/10
**family [4]**  47/23 91/17 181/19 181/20
**famous [12]**  69/15 69/17 69/18 70/6 70/14 90/11 90/13 99/4 100/19 100/24 101/3 101/5
**fan [2]**  95/1 95/3
**far [13]**  29/2 32/6 43/24 65/17 88/25 98/17 158/7 159/3 160/13 166/5 171/6 176/6 252/14
**Faraday [4]**  144/10 144/11 144/12 144/22
**fashion [1]**  149/22
**fast [2]**  17/8 86/20
**Fat [1]**  97/10
**father [12]**  59/8 91/3 91/4 91/4 94/17 95/16 95/21 95/25 96/23 97/3 97/9 97/13
**father-in-law [10]**  91/3 91/4 91/4 94/17 95/16 95/25 96/23 97/3 97/9 97/13
**father-in-law's [2]**  59/8 95/21
**fault [2]**  164/2 164/4
**Fax [1]**  47/8
**FBI [1]**  182/22
**fear [1]**  25/25
**feature [1]**  144/18
**February [7]**  186/24

215/24 216/16 216/19 244/17 244/17 244/20
**February 15 [1]**  216/16
**February 25 [1]**  186/24
**February 29 [1]**  215/24
**federal [7]**  106/4 173/2 175/17 180/22 181/4 182/21 184/6
**FedEx [1]**  71/6
**feed [1]**  118/6
**feel [6]**  11/22 70/11 92/7 110/25 122/5 171/2
**feels [1]**  171/2
**felt [4]**  11/23 12/5 25/17 121/16
**few [7]**  68/15 72/19 94/23 95/12 110/11 130/9 216/18
**fictitious [1]**  161/6
**field [6]**  135/7 142/12 142/15 181/11 181/13 182/11
**fifteen [2]**  12/21 171/9
**file [8]**  11/13 20/2 41/5 72/17 85/25 87/5 150/12 150/22
**filed [1]**  220/19
**files [3]**  134/1 134/6 153/5
**filled [1]**  10/6
**filling [1]**  40/13
**final [4]**  189/1 206/8 231/22 235/17
**finalized [1]**  88/25
**finally [2]**  231/23 250/10
**finance [18]**  6/15 8/4 11/19 12/13 15/14 17/25 18/1 19/1 19/3 19/7 25/8 37/18 37/21 38/3 38/8 38/11 39/10 46/19
**financed [2]**  10/17 55/19
**finances [2]**  76/18 77/13
**financial [9]**  17/14 23/5 39/6 181/3 182/2 225/10 234/4 240/20 245/1
**financially [4]**  186/9 187/6 188/1 188/19
**financing [22]**  8/3 8/9 8/19 9/1 9/12 9/14 9/16 10/10 11/4 12/1 14/19 22/21 22/25 23/4 23/5 23/6

36/16 38/2 38/5 38/6 55/12 55/23
**find [16]**  72/6 85/14 121/5 123/20 123/24 124/19 124/24 137/9 139/21 147/7 148/14 173/5 176/1 217/18 234/11 244/15
**finder [1]**  142/10
**finding [1]**  204/17
**fine [9]**  7/9 11/2 132/17 133/5 133/6 162/3 174/23 178/21 231/14
**finish [4]**  18/1 145/24 253/4 253/9
**finishes [1]**  231/25
**fire [1]**  7/8
**fired [3]**  12/17 87/11 108/12
**first [70]**  6/22 24/4 28/13 32/16 48/18 52/23 52/24 60/14 60/17 63/15 64/13 67/6 72/17 109/9 109/13 109/18 109/21 110/16 116/16 119/19 129/21 132/24 135/14 143/24 152/18 154/15 155/19 159/1 160/19 161/23 164/24 166/19 166/23 167/1 167/6 168/11 172/5 175/9 175/14 181/16 184/14 185/18 185/20 191/21 195/22 202/1 204/3 205/4 205/20 206/10 208/25 209/2 210/2 211/2 214/10 215/2 234/17 235/2 235/10 236/5 236/23 237/14 237/16 238/25 239/25 241/10 241/16 242/9 242/22 242/24
**fish [2]**  228/1 253/16
**five [11]**  12/14 55/25 98/1 101/14 107/4 138/7 161/17 181/2 219/14 244/21 244/21
**fix [2]**  167/3 235/9
**flash [4]**  143/20 146/10 151/22 152/3
**flight [1]**  196/15
**flip [2]**  116/15 116/24
**floor [5]**  1/21 114/15 116/14 116/15 116/16
**floors [2]**  105/24 105/25
**FLORIDA [18]**  1/1 1/4 1/14 1/16 1/19 1/21 1/25 63/17 68/8

**F**

**FLORIDA... [9]**  75/5 114/9 172/7 172/8 181/15 182/14 182/16 246/7 254/9
**flu [2]**  18/5 195/23
**fluctuate [1]**  113/9
**fluctuating [1]**  110/22
**flying [1]**  114/10
**Focus [1]**  193/21
**fodder [2]**  199/6 201/5
**follow [6]**  15/7 31/4 61/13 75/23 77/19 222/21
**followed [1]**  121/16
**following [8]**  5/20 15/9 27/1 27/2 35/5 51/13 79/16 249/21
**fool [1]**  195/18
**force [8]**  135/20 137/13 145/13 181/15 182/15 182/17 182/20 182/20
**forces [1]**  182/18
**forcibly [1]**  26/8
**forcing [1]**  18/4
**foregoing [1]**  254/3
**foreign [1]**  181/21
**forensic [17]**  135/3 135/19 136/3 136/22 138/1 138/10 138/25 144/21 144/24 145/5 145/9 145/9 146/3 146/12 148/3 160/3 180/25
**forensically [1]**  143/16
**forensics [11]**  135/16 136/6 136/10 137/17 138/6 138/21 140/5 140/7 140/8 142/16 155/4
**foresee [1]**  253/9
**forever [1]**  195/13
**forgot [1]**  248/2
**form [5]**  54/22 115/1 140/22 223/2 224/6
**formally [1]**  47/13
**format [5]**  146/14 146/18 147/15 147/25 215/4
**former [1]**  80/6
**FORT [10]**  1/2 1/4 1/14 1/25 75/5 135/14 135/19 135/25 136/2 254/9
**forth [6]**  37/19 52/7 221/3 222/5 222/8 232/11

**forward [8]**  3/16 17/8 53/16 74/2 86/20 134/5 140/2 252/23
**forwarded [2]**  206/15 206/18
**found [8]**  73/18 118/15 126/21 160/4 164/10 217/15 220/11 223/8
**foundation [1]**  33/9
**four [10]**  12/14 14/10 18/22 138/9 138/13 193/6 213/12 220/23 242/22 244/21
**fourteen [1]**  14/11
**fraction [1]**  7/24
**Frankenstein [1]**  112/25
**fraud [16]**  156/10 156/15 161/17 173/2 175/17 181/15 182/2 182/3 182/14 182/18 182/19 182/19 184/10 225/4 228/6 240/19
**fraudulent [14]**  129/1 156/19 167/1 167/9 173/10 173/10 201/16 202/1 202/9 222/6 222/10 222/10 224/22 241/13
**FRB [1]**  242/25
**FRBB [1]**  242/25
**free [1]**  225/2
**French [21]**  71/18 71/19 71/19 78/6 78/6 95/11 95/14 95/16 95/19 95/21 96/1 96/2 96/5 96/7 96/8 96/13 96/17 96/20 98/8 98/12 98/15
**frequently [4]**  35/9 118/19 118/19 241/4
**fret [1]**  179/17
**Friday [4]**  196/19 253/10 253/13 253/19
**friend [2]**  73/15 107/15
**friend's [1]**  73/13
**friends [2]**  70/3 73/11
**front [3]**  77/3 77/4 203/16
**fulfill [2]**  79/11 136/14
**full [20]**  3/10 5/3 8/4 11/18 12/5 12/9 14/23 19/21 20/5 20/13 38/12 38/23 42/8 43/18 46/18 56/12 57/8 107/24 131/25 179/24
**fully [1]**  8/17

**fun [1]**  94/24
**functions [1]**  110/17
**funds [11]**  5/6 7/23 19/14 27/23 68/23 83/22 100/23 129/4 129/10 131/4 205/24
**funeral [1]**  37/14
**furniture [2]**  76/23 76/24
**further [15]**  21/7 52/21 56/16 87/21 110/3 114/24 126/8 129/19 131/13 148/16 148/22 152/12 242/20 243/1 251/9
**furtherance [4]**  157/2 170/19 184/9 184/10

**G**

**gain [1]**  113/13
**game [1]**  171/5
**gate [1]**  203/16
**gather [1]**  139/20
**gave [7]**  11/13 20/3 69/13 115/14 166/6 194/21 228/7
**general [13]**  6/16 15/14 26/23 26/24 27/17 35/3 39/9 39/21 58/23 111/7 145/22 184/19 218/2
**generally [7]**  58/19 70/16 113/10 117/9 181/17 181/22 243/4
**generate [3]**  148/5 149/19 151/21
**generated [6]**  19/13 143/21 148/21 150/15 152/9 155/10
**generating [1]**  158/17
**generation [1]**  155/24
**gentleman [3]**  22/18 24/11 67/3
**gentleman that [2]**  24/11 67/3
**gentlemen [15]**  4/4 28/14 58/7 101/19 105/10 105/20 132/25 135/1 142/8 152/18 179/11 180/11 190/6 200/8 251/10
**Georgia [2]**  172/8 180/23
**gestae [2]**  170/1 170/8
**get [125]**  5/19 7/1 7/10 8/9 10/17 11/3 12/4 12/4 13/8 13/14 14/13 14/19 15/5 16/5

20/2 20/5 20/16 28/17 29/7 31/12 32/5 32/18 32/19 33/8 33/18 38/11 41/3 41/5 44/22 44/25 45/2 50/11 50/22 55/19 55/20 62/20 66/11 68/9 76/5 78/20 79/5 79/10 79/14 79/20 79/22 83/2 83/5 96/7 97/5 97/25 101/23 102/4 104/24 106/7 108/23 109/10 109/16 109/22 110/25 114/25 115/4 115/9 115/13 116/23 119/22 121/22 121/22 124/12 125/17 125/20 125/22 125/25 132/8 136/4 137/11 139/4 139/24 140/15 141/10 143/18 145/9 145/14 145/17 145/22 145/23 146/2 146/7 151/11 153/21 157/23 158/11 161/13 163/4 164/20 166/10 169/17 169/24 173/8 173/18 175/15 178/19 180/18 184/12 184/24 193/23 195/6 195/16 195/19 196/14 197/2 207/12 215/7 219/8 220/15 225/19 226/11 226/17 226/24 227/2 227/3 230/17 230/21 231/23 232/5 235/13
**getgo [1]**  131/2
**gets [8]**  74/1 94/17 128/10 172/20 182/23 208/25 241/25 242/2
**getting [11]**  7/4 12/2 14/5 26/8 70/16 80/2 107/7 109/9 145/25 146/3 153/24
**ghosted [1]**  85/22
**girl [1]**  211/7
**give [31]**  5/16 7/13 11/25 12/1 13/3 14/12 31/11 44/8 45/7 50/12 62/20 67/18 75/2 98/22 100/13 120/9 129/3 139/5 142/20 155/17 160/13 168/9 168/11 176/25 178/7 178/8 193/9 194/2 200/11 228/4 231/19
**given [19]**  12/9 21/4 23/2 25/10 25/14 25/17 37/22 38/2 38/23 47/14 64/11 77/20 86/22 142/19 164/19 178/14 227/10

227/10 253/13
**gives [4]**  128/10 164/17 165/2 184/25
**giving [1]**  97/4
**Glencoe [1]**  180/23
**go [87]**  4/10 5/5 7/9 13/23 14/2 14/10 18/1 18/10 19/15 21/23 21/24 32/23 32/24 35/15 49/2 55/23 63/15 63/23 63/25 64/1 64/3 64/4 69/2 73/4 74/1 77/23 87/1 89/2 92/9 94/9 94/12 94/13 100/10 100/20 102/4 104/24 105/1 105/1 106/7 106/8 108/22 114/18 114/24 116/5 118/13 120/23 121/6 124/16 124/25 134/5 137/8 138/4 139/20 140/20 144/6 145/3 147/23 151/20 152/4 156/14 162/25 167/22 177/5 177/7 180/22 180/24 181/1 181/4 193/24 195/15 195/16 196/16 199/23 199/23 200/3 216/18 219/10 219/16 225/9 226/25 227/1 231/10 231/24 232/5 232/9 243/1 251/11
**goal [2]**  252/25 253/3
**God [1]**  74/24
**goes [10]**  8/18 13/14 32/21 38/5 110/14 154/25 162/15 167/6 167/10 239/19
**going [141]**  6/24 7/9 7/9 8/3 8/12 10/18 11/12 11/14 11/20 19/1 19/17 23/12 31/4 31/5 32/14 32/16 32/17 33/18 33/20 35/15 42/18 44/22 44/25 45/2 45/5 45/14 48/2 53/17 53/21 60/10 64/6 65/13 70/4 70/5 70/5 70/9 72/21 74/19 75/8 75/23 76/5 77/16 81/15 81/21 81/25 82/2 85/3 85/9 85/12 85/14 86/17 96/19 97/25 100/1 101/18 102/2 105/10 122/10 134/2 134/15 143/18 145/19 152/18 153/5 153/10 154/4 157/1 157/18 157/25 158/6 159/23 159/25

**G**

**going... [69]** 160/1 160/10 161/18 162/14 162/24 162/24 163/1 163/4 163/11 163/16 163/17 164/1 165/8 165/9 166/16 166/19 167/15 168/2 169/2 170/13 170/21 171/7 171/17 175/20 175/24 176/3 176/14 176/14 176/25 178/2 178/13 178/19 179/13 179/15 194/6 195/22 200/2 207/12 210/22 213/16 214/10 218/5 219/12 220/10 220/13 223/20 226/2 226/9 226/10 226/25 227/22 229/10 230/20 230/22 231/3 231/8 231/10 231/13 231/18 231/18 232/9 251/11 251/25 252/2 252/6 253/10 253/12 253/18 253/19

**gold [40]** 62/10 62/11 62/19 62/21 63/8 72/21 78/23 78/24 79/9 86/10 86/12 86/22 91/20 91/22 93/10 93/14 93/14 93/17 93/20 94/8 98/18 98/22 100/12 100/12 115/16 115/17 116/7 117/6 117/8 120/22 121/11 126/16 126/21 127/2 127/22 127/25 130/5 130/7 130/12 194/2

**gone [1]** 194/17

**good [43]** 3/3 3/10 3/15 4/2 4/3 4/4 8/23 8/24 10/16 12/6 21/15 21/16 43/4 43/4 50/2 58/6 58/8 69/14 79/9 88/4 94/25 101/16 104/7 104/9 104/10 104/15 106/7 110/9 110/10 122/5 131/20 134/25 149/6 179/21 180/10 190/4 195/19 197/6 203/16 208/13 208/15 248/4 252/2

**Google [2]** 242/4 242/4

**got [61]** 4/7 13/10 15/13 20/3 33/18 34/24 38/15 42/13 42/15 43/23 44/21 50/9 50/11 50/11 52/9 52/10 65/16 66/5

72/23 73/13 75/12 76/22 78/3 82/20 92/1 92/21 93/16 96/17 97/20 109/9 115/5 122/4 122/11 126/6 126/7 135/25 135/25 136/3 136/16 138/3 138/4 141/4 144/16 161/15 165/12 167/6 169/15 172/24 175/5 177/15 177/22 193/6 193/22 195/9 195/13 197/6 198/9 227/1 234/19 244/1 252/10

**gotten [3]** 6/13 105/4 139/11

**government [51]** 2/2 3/11 40/5 51/24 56/25 102/5 102/16 104/6 130/9 131/19 133/7 133/18 134/2 141/16 142/14 153/6 153/25 154/12 157/1 157/7 161/2 161/18 162/14 162/25 164/17 169/5 170/17 171/12 172/15 175/7 177/4 177/10 177/19 177/24 179/19 202/21 204/7 206/20 209/12 211/19 213/20 217/5 225/17 227/2 231/14 231/17 231/20 231/25 232/14 232/21 252/19

**Government's [125]** 2/9 4/14 5/21 5/22 6/2 16/23 17/3 48/3 54/3 54/10 57/17 57/19 58/1 60/11 60/11 64/13 64/14 65/1 65/2 70/20 70/22 74/9 74/13 74/22 80/11 80/17 80/18 80/20 83/11 83/12 83/14 84/17 84/18 84/20 100/1 127/12 128/13 132/9 134/20 143/6 143/15 143/19 143/19 143/23 146/6 146/14 146/15 147/2 147/7 148/18 157/4 159/19 163/24 164/7 167/24 171/7 171/25 172/2 174/4 185/3 185/4 185/10 185/12 185/13 185/19 185/23 186/6 187/4 189/1 189/7 189/8 189/12 189/19 190/1 191/9 191/19 191/21 192/14 198/18 199/24 203/3 203/6 203/23 204/15

205/23 206/8 206/15 207/1 207/6 207/15 208/22 209/18 211/25 212/5 213/3 213/9 214/1 214/11 214/12 216/6 216/7 217/9 217/12 217/12 220/7 220/25 225/1 225/6 226/12 228/5 228/11 231/10 232/19 232/25 233/6 233/10 233/11 234/11 236/3 236/7 239/22 244/15 246/12 249/4 249/7

**GPS [3]** 4/25 150/3 150/4

**GPS's [1]** 5/2

**grab [1]** 121/3

**grabbed [1]** 123/1

**grabs [2]** 219/15 220/9

**graduate [2]** 136/12 181/8

**graduated [1]** 136/16

**grand [4]** 124/17 124/17 184/17 184/18

**gravy [2]** 158/22 162/4

**Graykey [2]** 145/5 146/12

**great [12]** 10/19 62/20 72/5 72/5 72/8 73/15 74/25 81/7 82/16 122/5 149/8 208/17

**green [2]** 160/6 192/17

**Griffin [11]** 59/9 65/17 66/4 66/5 89/9 89/9 89/10 89/12 92/3 94/5 94/14

**ground [3]** 32/7 32/8 199/3

**grounds [3]** 29/3 32/22 198/22

**Group [3]** 89/16 89/17 205/21

**guess [18]** 7/18 12/24 15/16 15/20 23/18 29/15 29/25 38/15 41/9 90/15 92/6 107/4 127/22 154/15 219/9 224/1 227/14 253/2

**guessing [2]** 30/5 253/17

**guilt [1]** 168/21

**gum [1]** 174/16

**guy [15]** 6/16 12/13 14/9 14/9 43/22 43/23 44/4 72/9 79/11 89/23

89/23 100/13 120/24 163/14 195/21

**guy's [3]** 72/25 73/15 124/24

**guys [19]** 11/16 19/1 19/2 19/20 78/18 81/7 81/17 82/3 83/7 87/14 94/20 94/24 95/11 96/9 96/14 104/22 117/6 117/14 124/5

**GX [1]** 141/5

**H**

**had [116]** 3/4 4/6 4/11 4/23 5/12 6/17 10/15 10/19 12/5 14/17 16/8 16/9 16/20 16/23 16/23 17/3 18/13 18/23 20/19 22/5 23/18 25/18 27/21 27/25 36/9 37/7 38/23 40/14 41/7 41/25 43/18 44/22 46/2 50/19 51/22 52/5 60/9 60/20 61/8 62/15 64/11 66/9 67/6 67/9 67/10 68/20 70/1 71/17 71/23 72/8 73/17 73/23 74/14 76/3 77/15 78/1 78/1 84/1 84/10 85/19 86/21 86/21 86/23 87/15 91/9 91/11 92/9 92/9 94/2 94/4 94/5 94/24 94/25 95/11 95/14 95/16 95/21 97/1 97/21 99/7 99/11 99/15 99/20 99/21 99/25 100/16 109/5 109/7 115/17 115/23 117/8 121/6 121/11 121/16 136/12 139/17 148/7 151/20 155/4 156/20 169/13 171/19 173/17 190/18 200/25 207/24 208/2 208/6 209/9 217/23 220/5 236/14 245/12 251/1 251/23 251/23

**hadn't [2]** 4/6 84/12

**half [8]** 12/21 105/17 221/6 221/9 230/22 232/9 248/3 248/23

**hallway [3]** 53/2 131/17 152/17

**hand [5]** 7/8 57/5 93/16 131/21 183/2

**handed [2]** 99/2 99/5

**handful [1]** 155/8

**handle [2]** 18/25 51/11

**handled [2]** 80/2 107/7

**hands [2]** 39/9 110/25

**hands-on [1]** 110/25

**hang [1]** 97/9

**hangin' [1]** 72/8

**hanging [1]** 97/22

**happen [3]** 12/22 64/6 251/7

**happened [14]** 16/11 19/22 41/2 75/25 75/25 87/5 87/9 89/4 109/24 137/11 139/21 139/25 153/12 174/10

**happening [7]** 12/3 15/10 80/11 86/1 90/2 194/16 195/21

**happens [39]** 5/8 10/14 14/7 35/11 36/25 59/23 59/24 63/14 65/23 66/12 67/2 67/22 71/13 72/16 73/2 73/23 75/17 77/13 77/25 79/5 79/8 81/12 83/8 85/2 85/11 85/24 87/3 116/18 142/9 145/1 161/11 175/9 175/15 176/16 195/17 196/11 197/7 203/11 234/15

**happy [2]** 12/16 15/1

**hard [3]** 18/4 72/5 175/23

**hardware [4]** 138/25 145/5 145/9 146/12

**has [75]** 5/10 5/10 8/22 9/22 14/24 33/19 46/1 47/10 47/14 47/21 63/11 73/25 81/6 81/11 81/13 81/18 89/23 90/4 90/6 90/10 90/20 91/23 97/22 101/9 101/14 102/11 105/24 112/8 112/15 112/22 113/20 117/9 121/1 122/19 126/21 128/9 137/8 139/21 142/11 149/11 151/14 153/3 153/6 155/1 157/16 163/25 164/10 169/5 169/16 170/9 171/22 172/15 173/4 183/22 189/6 210/3 215/5 217/7 217/11 219/13 222/23 224/19 224/21 225/17 227/2 229/10 231/12 233/9 235/3 244/14 245/1 246/20 247/22 249/20 252/19

**H**

**hash [9]** 118/2 118/9 118/9 118/10 118/10 118/11 118/14 118/19 119/3

**hasn't [2]** 122/17 231/16

**haters [1]** 144/21

**have [265]**

**haven't [5]** 6/13 158/9 164/15 219/23 223/17

**having [10]** 17/4 68/2 68/13 132/9 165/15 189/5 191/8 195/23 224/17 231/23

**he [296]**

**he'd [1]** 12/24

**he'll [1]** 14/25

**he's [31]** 9/8 11/17 20/22 30/15 30/22 31/5 33/19 33/20 43/15 43/16 56/25 64/3 69/5 69/17 69/17 69/17 70/2 70/14 73/5 73/6 74/3 74/3 82/6 89/25 102/6 153/17 157/14 157/15 158/19 183/19 196/19

**head [3]** 152/17 186/3 225/18

**headers [2]** 150/25 151/15

**heads [1]** 181/21

**hear [21]** 5/18 123/10 154/1 154/12 157/4 159/12 171/7 175/6 175/19 176/13 177/16 177/17 177/25 190/7 190/14 191/1 221/25 222/12 225/24 230/9 251/25

**heard [16]** 22/5 57/13 73/3 74/19 109/23 132/6 156/7 156/13 161/9 164/15 180/4 200/9 200/11 201/11 224/20 242/14

**hearing [1]** 159/1

**hearsay [6]** 20/23 107/16 154/8 158/20 159/3 169/21

**heart [1]** 154/25

**hearts [2]** 73/21 73/22

**held [1]** 138/5

**help [4]** 81/15 146/12 167/13 176/13

**helped [1]** 53/21

**helpful [2]** 142/10 159/23

**helps [1]** 163/20

**her [38]** 16/20 16/24 17/12 17/20 17/25 19/19 23/14 23/17 23/18 23/24 35/25 36/2 37/2 37/2 37/18 37/20 38/7 46/5 46/9 73/17 76/10 76/10 146/7 159/11 159/15 165/8 167/6 167/8 168/21 210/2 211/16 223/16 229/24 230/1 230/2 230/3 230/20 234/2

**here [47]** 11/3 12/3 13/20 18/25 19/1 19/16 28/21 33/19 45/16 49/7 53/3 76/8 78/3 80/12 82/10 86/20 101/19 102/13 148/7 153/11 155/8 156/13 164/18 169/7 169/14 170/18 170/23 171/8 174/17 176/21 178/5 179/14 182/10 183/2 183/6 183/16 185/25 204/2 213/11 222/16 229/23 252/4 252/15 252/23 252/25 253/12 253/18

**here's [3]** 18/21 164/23 252/2

**hereby [1]** 254/3

**hers [1]** 223/8

**hey [28]** 5/10 7/17 15/11 17/13 43/22 44/20 60/18 60/18 65/5 65/25 66/2 72/18 75/18 78/3 78/14 81/6 81/13 96/8 100/13 120/6 122/4 124/9 139/4 139/24 144/7 144/19 145/9 145/13

**high [17]** 3/8 58/17 69/3 69/16 77/9 106/10 109/21 110/12 111/15 112/18 114/10 114/14 117/16 119/6 119/10 135/25 140/25

**higher [1]** 15/11

**highlight [1]** 231/19

**him [150]** 10/5 10/17 10/24 11/4 11/5 13/7 13/25 14/1 14/2 14/17 14/18 14/18 14/19 14/21 15/15 15/17 16/9 22/23 23/2 25/3 27/23 28/7 28/25 29/15 30/9 30/12 31/5 31/8 32/5 32/14 33/6 33/11 34/21 38/18 40/14 43/21 43/24

45/7 45/16 47/9 48/10 49/1 61/16 61/18 62/2 62/12 62/23 64/1 64/11 65/7 65/13 65/16 65/24 66/19 66/19 67/3 67/4 67/6 67/11 67/13 67/17 67/18 68/20 69/3 69/4 70/5 71/7 71/10 71/17 71/19 72/2 72/3 72/17 73/3 73/3 73/17 73/18 73/18 75/7 75/8 75/23 78/3 79/16 81/15 81/22 83/10 86/14 86/16 86/21 87/5 88/10 91/12 91/16 92/2 92/13 95/5 95/13 97/4 97/17 97/17 98/10 98/24 99/7 99/11 99/13 99/16 99/21 99/25 100/3 100/14 100/15 100/18 102/5 102/6 104/25 106/16 107/9 116/4 121/16 123/8 125/1 125/14 125/15 128/9 141/12 141/16 142/6 155/12 158/21 158/21 168/12 170/13 183/15 183/18 193/24 194/2 194/6 194/8 195/22 195/24 195/25 196/1 196/8 196/19 196/20 197/2 197/6 197/20 198/7 253/7

**himself [1]** 32/5

**his [109]** 8/21 9/17 9/19 10/5 10/15 10/19 10/20 11/12 12/17 14/24 16/9 16/17 21/25 24/10 24/11 28/6 28/7 28/7 28/22 28/25 29/6 30/10 30/12 31/12 32/1 33/17 34/15 34/16 36/21 39/1 40/14 40/15 43/17 43/18 43/18 43/25 43/25 44/10 45/3 47/23 61/6 61/8 61/13 61/17 62/19 62/23 63/8 65/4 67/4 67/4 67/4 69/1 69/16 72/22 73/4 73/4 73/6 73/10 73/13 74/14 75/9 75/13 75/14 75/14 75/15 75/22 75/23 76/1 76/2 76/2 76/3 76/3 76/20 78/1 78/23 80/8 80/9 81/18 82/2 86/14 86/14 86/16 87/9 90/12 90/20 91/13

91/17 95/7 96/13 97/4 101/8 101/11 106/21 106/23 109/11 109/17 121/23 126/4 129/3 141/21 157/16 157/19 158/22 181/19 195/22 196/12 196/14 212/11 252/18

**history [1]** 231/6

**hit [5]** 76/19 96/25 116/16 119/22 195/22

**hits [1]** 13/13

**hmm [6]** 9/2 9/11 27/18 49/9 64/7 238/12

**hobbies [1]** 22/7

**hold [5]** 8/4 46/23 47/1 137/25 178/9

**holding [1]** 79/12

**holistic [1]** 182/23

**Hollywood [2]** 3/8 63/17

**home [5]** 14/2 14/10 76/17 100/14 219/11

**homes.com [1]** 65/14

**honest [2]** 97/11 166/14

**honestly [3]** 157/10 173/9 221/13

**honor [45]** 20/22 21/11 28/8 28/10 28/22 31/14 34/5 42/22 48/4 48/12 53/8 54/21 55/15 56/18 56/20 57/21 66/22 76/13 83/5 101/17 102/8 102/23 102/24 104/7 104/10 105/13 110/5 125/2 125/5 133/20 134/11 141/17 141/19 145/19 152/15 163/25 164/8 165/15 183/11 183/21 185/3 191/16 229/1 252/13 253/22

**Honor's [4]** 158/9 176/7 232/22 233/3

**HONORABLE [3]** 1/10 1/24 254/8

**honored [1]** 125/8

**hood [1]** 195/19

**hook [1]** 74/20

**Hoover [1]** 138/5

**hope [4]** 3/4 53/21 105/9 163/20

**hopefully [1]** 69/8

**hoping [2]** 69/6 98/14

**hostile [1]** 33/16

**hotel [2]** 193/24 195/16

**hour [6]** 14/11 66/2 105/18 105/18 230/22 232/9

**hours [5]** 6/21 94/20 94/22 94/23 232/3

**house [30]** 7/24 23/6 23/8 23/12 23/15 23/16 24/10 65/15 75/9 75/11 75/13 75/15 75/16 75/22 75/24 76/1 76/3 76/20 76/20 76/21 76/25 77/14 77/17 77/18 78/1 78/6 81/8 81/14 82/2 193/25

**how [93]** 11/22 12/16 16/20 21/3 24/2 24/13 33/1 36/9 39/12 41/12 42/7 43/15 46/7 46/8 48/17 52/1 58/12 58/19 58/22 59/6 59/13 65/25 68/9 69/23 69/25 70/11 70/15 81/5 82/4 82/13 82/25 83/20 93/24 104/22 110/17 110/19 110/21 110/22 110/23 110/23 111/5 111/7 111/9 111/11 111/18 112/4 112/10 113/19 113/20 113/21 115/3 115/10 118/7 118/7 118/17 118/18 125/4 125/6 128/8 135/8 141/25 149/7 149/14 155/14 155/24 158/18 166/14 167/16 168/6 168/13 169/20 170/13 173/8 177/14 180/14 183/15 191/23 194/25 195/14 212/17 214/7 215/15 215/22 220/8 222/19 225/10 228/5 233/12 233/13 233/17 236/7 246/19 249/19

**hub [2]** 105/22 106/9

**huge [1]** 52/11

**Huh [1]** 78/5

**human [2]** 140/22 147/24

**Humberto [2]** 1/15 104/13

**hundred [2]** 111/25 159/6

**hundreds [3]** 221/11 221/12 225/14

**I**

**I get [2]** 226/17 227/2

**I got [1]** 136/3

**I will [11]** 30/25

**I**

**I will... [10]**  31/3 63/11 74/25 141/14 148/24 163/2 178/9 200/11 218/6 232/2
**I'd [3]**  33/6 48/21 185/3
**I'll [41]**  13/2 28/14 31/8 32/23 48/22 49/2 62/20 63/17 74/2 77/16 77/18 102/5 102/7 103/1 118/16 128/9 132/25 134/12 154/1 154/12 155/17 167/3 171/6 175/6 176/13 177/7 194/8 196/1 196/1 196/20 219/16 221/25 222/12 224/1 225/23 230/24 235/7 235/9 252/4 253/19 253/20
**I'm [133]**  7/17 7/22 10/25 11/14 11/25 12/15 13/20 14/3 14/8 28/23 32/14 33/1 33/4 33/20 36/4 39/16 39/20 41/23 42/18 43/21 45/14 45/19 46/10 48/2 48/15 60/10 63/16 64/3 65/16 68/6 70/3 70/4 70/5 70/9 71/19 73/7 74/19 75/7 81/14 81/21 81/25 82/7 85/10 86/3 86/14 87/3 90/14 91/4 91/16 92/19 98/25 100/1 102/5 108/19 109/14 111/7 118/23 120/1 120/2 121/13 122/10 123/23 124/10 124/10 126/14 126/16 130/3 131/7 133/3 135/2 143/5 145/19 145/21 149/15 153/24 154/1 154/12 154/14 156/25 157/5 158/8 158/17 159/1 159/7 159/13 159/18 160/13 160/24 161/1 162/24 163/1 163/11 163/15 165/4 165/9 165/10 166/14 166/16 171/11 174/10 174/10 175/6 176/14 176/25 177/16 180/12 182/12 191/7 193/25 194/7 194/17 195/22 195/24 199/18 203/16 213/16 214/10 216/13 217/11 218/5 220/13 222/21 223/16 226/2

226/11 229/8 229/16 229/25 230/20 231/3 253/2 253/6 253/17
**I've [27]**  33/17 43/23 44/21 73/3 85/3 87/13 87/14 109/23 122/4 135/21 138/11 138/12 138/15 139/11 139/14 140/6 142/2 165/12 169/19 171/6 176/22 177/9 178/14 180/16 187/22 213/7 220/5
**I.D [1]**  195/4
**IBAN [1]**  243/3
**IBANs [1]**  243/4
**ID [2]**  218/9 218/13
**idea [4]**  100/16 126/7 157/10 157/13
**identification [4]** 32/18 32/25 33/5 242/13
**identified [13]**  32/3 66/23 66/25 76/14 153/19 154/19 165/20 167/19 183/12 183/22 187/22 203/8 207/16
**identify [9]**  31/8 33/2 33/10 66/19 76/10 143/11 144/3 183/8 183/18
**identifying [1]** 146/20
**identity [2]**  9/23 182/3
**IDs [4]**  147/7 147/7 147/10 147/11
**if [220]**  3/6 3/15 6/20 8/8 11/20 16/7 16/11 16/13 16/14 24/3 24/22 25/5 25/20 26/2 26/8 29/15 30/1 30/11 30/22 31/7 31/24 32/14 32/18 32/20 32/22 33/3 33/11 33/15 38/22 40/14 42/3 43/25 45/7 47/8 47/8 47/9 48/7 48/22 50/19 51/4 51/24 52/10 57/11 57/12 60/9 60/18 62/23 63/11 74/16 74/21 78/14 81/20 92/23 93/21 95/16 97/11 97/17 98/18 98/25 100/3 100/19 101/16 104/25 106/6 106/9 106/10 108/19 108/22 109/13 111/21 112/3 112/5 112/6 112/7 112/12 112/14 113/1 114/5 116/25 116/25 118/9 118/10

118/11 118/15 118/15 118/22 118/25 119/4 119/18 120/1 120/7 120/7 120/9 121/1 121/2 121/2 121/22 122/23 123/10 123/18 123/19 123/19 123/23 124/19 124/20 124/22 125/6 126/7 128/9 130/7 130/13 132/4 132/5 132/19 132/20 139/1 139/4 139/6 140/9 140/11 140/19 141/9 143/25 144/1 144/3 144/6 144/16 145/11 145/11 145/15 147/18 149/14 149/17 149/24 149/25 150/15 150/16 150/19 157/12 157/14 158/4 158/13 158/19 159/4 159/15 159/16 161/5 161/23 161/23 162/2 162/15 162/16 162/20 162/23 163/3 163/4 163/5 163/6 163/10 163/11 163/12 166/2 169/15 169/15 169/16 171/5 173/13 174/13 174/14 174/18 174/23 175/7 175/15 175/20 175/23 177/5 178/4 178/12 178/17 180/2 190/15 192/22 195/2 205/4 219/10 219/16 219/20 221/11 221/19 223/4 224/2 224/12 225/2 225/11 225/24 225/25 226/9 226/15 226/25 228/9 230/1 230/11 231/9 231/9 231/14 231/18 231/25 238/14 242/5 243/1 243/22 244/6 251/18 252/5 253/3 253/5 253/8 253/11 253/15 253/17
**if you can [2]**  81/20 159/16
**Ima [1]**  73/9
**image [2]**  205/5 205/20
**images [2]**  205/3 207/11
**imagine [1]**  219/7
**Imma [1]**  193/9
**immediately [5]** 23/1 76/7 87/6 87/11 206/15
**impeach [1]**  28/25
**impeachment [7]** 29/3 29/5 30/22 30/23 32/8 32/18 32/22

**impersonation [1]** 166/17
**important [8]**  23/23 62/24 150/21 166/1 169/20 218/7 218/18 218/20
**importantly [2]** 165/1 178/8
**impression [5]** 37/20 45/25 83/3 171/16 171/24
**impressions [1]** 70/15
**in [594]**
**in-between [1]** 43/20
**in-house [2]**  7/24 23/6
**Inc [21]**  83/23 84/21 84/23 91/22 93/10 93/14 93/20 115/16 115/17 115/17 116/5 116/7 117/8 126/17 126/21 127/2 127/20 127/21 127/22 127/23 127/24
**inch [1]**  202/13
**incident [2]**  139/15 154/3
**include [6]**  113/21 149/22 151/13 164/25 182/2 182/22
**included [2]**  151/23 152/1
**includes [2]**  166/18 166/22
**income [1]**  226/14
**incoming [5]**  5/18 27/22 54/7 84/25 85/6
**incomplete [1]** 164/19
**incompleteness [1]** 176/1
**inconsistent [1]** 244/10
**Incorporated [4]** 54/17 70/23 86/12 138/15
**incorrect [4]**  25/9 37/24 38/1 242/23
**increased [1]**  246/20
**independent [2]** 116/3 116/10
**INDEX [1]**  2/1
**indicate [8]**  9/8 61/3 156/2 157/21 164/8 186/21 208/1 212/17
**indicated [18]**  21/20 38/21 40/17 155/7 168/15 187/3 192/4 203/18 203/22 205/2 210/2 213/8 225/9

240/18 244/24 245/24 247/6 250/22
**indicating [2]**  82/13 189/2
**indications [1]** 188/9
**indictment [7]**  190/8 190/11 190/16 190/20 190/22 190/24 236/1
**individual [12]**  60/3 153/19 154/19 154/22 155/7 156/5 160/8 167/19 174/14 196/5 201/11 204/23
**individuals [2]**  76/3 156/7
**industry [14]**  58/22 95/8 95/9 97/15 97/17 97/18 97/19 108/10 110/25 113/6 113/6 115/24 116/1 241/3
**inextricably [1]** 220/18
**inference [3]**  158/2 161/24 164/18
**influence [2]**  69/9 69/10
**info [2]**  11/19 72/10
**information [56]** 5/16 9/5 16/14 65/10 66/7 67/17 67/18 67/20 67/20 68/9 71/10 99/11 99/13 99/15 99/16 99/18 99/20 124/12 139/3 139/20 146/10 146/20 147/9 148/3 154/21 155/5 155/9 159/20 159/21 160/5 184/8 184/25 185/1 185/15 185/16 185/17 185/20 186/7 186/13 186/17 187/1 187/12 188/5 188/23 188/24 189/20 200/22 208/23 212/12 234/4 240/23 241/7 243/16 244/5 244/7 244/23
**initially [1]**  88/7
**initiated [1]**  156/20
**input [1]**  118/18
**inquire [2]**  28/5 39/12
**inquired [2]**  61/16 184/15
**inquiries [1]**  60/2
**inquiring [4]**  60/5 60/8 60/25 61/4
**inquiry [1]**  61/13
**insane [1]**  73/5
**inside [4]**  51/5 89/24 132/19 133/12

## I

**Instagram [11]**
44/10 44/11 59/20
60/20 64/8 67/10
67/14 88/7 117/21
118/24 118/25
**installed [1]** 139/21
**instance [12]** 146/25
155/25 174/14 223/24
224/8 238/11 241/9
242/25 243/3 243/15
243/20 245/12
**instant [2]** 6/20
120/20
**instead [2]** 239/25
249/1
**Institute [4]** 138/7
139/11 141/5 180/25
**institution [1]** 47/16
**institutions [3]** 23/6
139/18 240/20
**instruct [1]** 227/22
**instruction [3]**
200/12 212/13 228/12
**instructions [11]**
16/21 17/6 23/24 25/3
51/13 80/9 130/14
168/6 205/6 230/6
251/14
**instructor [2]**
138/14 138/15
**insurance [3]** 17/7
18/3 18/22
**insure [1]** 24/1
**intelligence [1]**
136/10
**intended [3]** 173/15
173/16 174/20
**intends [1]** 133/8
**intent [6]** 167/7
173/7 173/21 176/2
190/19 225/16
**intentional [1]** 28/19
**interest [4]** 91/10
91/11 124/13 137/16
**interested [2]** 72/12
98/13
**interface [2]** 139/1
147/20
**interior [1]** 111/13
**internally [1]** 86/1
**international [2]**
242/15 243/4
**interrupt [1]** 97/24
**interstate [2]** 172/10
184/11
**intertwined [1]**
220/18
**into [79]** 13/22
18/10 24/5 24/9 28/20
32/23 44/1 53/2 55/5

60/10 63/1 67/5 67/23
80/14 90/10 96/8 97/5
97/15 97/18 100/19
110/15 112/6 112/14
114/24 118/4 121/22
121/22 131/16 132/2
133/11 133/17 133/24
138/4 138/25 139/11
140/21 143/5 143/10
143/24 143/25 144/7
144/13 144/19 145/4
146/7 146/19 149/21
157/19 160/11 162/2
162/22 165/23 174/8
174/14 177/20 181/21
185/4 189/6 202/21
204/8 206/20 209/12
211/20 213/20 214/10
217/6 217/11 219/8
219/11 221/7 226/14
227/12 232/14 232/21
233/2 241/1 244/14
251/18 253/10
**introduce [7]** 57/18
58/6 70/5 75/14
134/25 180/10 220/7
**introduced [16]**
60/10 76/2 96/9 96/17
135/18 135/20 136/3
143/5 189/6 214/10
217/11 219/24 220/16
221/7 233/10 244/14
**introducing [1]**
252/22
**introductory [1]**
69/6
**Intruders [1]** 71/14
**intrusion [2]** 135/3
138/12
**intrusions [1]**
139/13
**inventory [12]** 59/24
86/7 86/8 86/9 117/2
117/4 117/7 117/8
117/10 117/19 119/14
119/18
**investigate [1]**
240/19
**investigated [1]**
182/7
**investigating [2]**
183/25 184/4
**investigation [26]**
41/11 137/2 147/18
181/14 182/13 183/2
184/1 184/5 184/17
184/23 187/21 189/21
200/18 201/20 201/24
202/8 202/14 207/4
212/3 213/10 214/3
218/4 218/7 218/19
233/21 251/20

**investigations [4]**
135/16 181/3 181/25
182/2
**investigative [1]**
184/8
**investigator [4]**
147/14 180/24 200/23
241/2
**investigators [1]**
241/3
**invited [2]** 75/9
75/13
**invoice [22]** 68/12
70/23 70/24 72/17
72/18 72/19 72/20
99/19 99/22 100/3
113/5 127/14 127/17
127/20 159/21 166/13
166/23 166/25 229/10
234/25 235/7 235/20
**invoiced [2]** 70/19
127/12
**invoices [3]** 99/20
99/25 112/21
**invoicing [2]** 68/7
113/4
**involved [9]** 29/16
50/22 51/7 97/6
129/13 156/8 183/2
184/6 241/3
**involving [1]** 222/19
**IOS [5]** 138/24 140/9
144/18 145/12 151/10
**irrelevant [1]** 174/2
**is [686]**
**ish [1]** 15/3
**isn't [8]** 26/4 26/6
82/17 94/20 96/4
108/17 130/2 137/15
**ISO [1]** 140/13
**issuance [2]** 155/2
176/5
**issue [8]** 13/11 32/14
46/15 153/3 165/15
176/17 184/17 236/15
**issued [3]** 47/13
184/18 189/23
**issues [3]** 32/13
243/18 244/8
**issuing [1]** 176/8
**it [518]**
**it with [1]** 48/22
**it's [215]** 6/20 8/8
9/23 10/22 13/9 13/10
14/10 15/19 16/12
16/13 16/13 16/14
17/13 17/24 18/1 18/2
18/11 19/8 20/3 29/5
30/5 30/6 30/23 30/23
31/3 31/4 32/4 32/11
35/11 35/12 43/22
45/7 47/13 47/17

48/10 48/25 52/23
54/23 59/14 60/1 61/1
61/2 63/1 64/6 70/14
72/5 72/10 73/9 75/7
77/18 80/2 80/3 82/23
88/22 89/11 89/14
89/23 91/17 92/6
93/21 94/12 104/19
104/20 105/22 105/25
106/1 106/4 106/8
107/7 110/20 112/5
112/23 112/24 112/24
114/3 114/6 114/9
114/9 114/11 116/17
117/24 118/9 118/10
118/11 118/18 118/20
119/1 119/1 119/7
119/8 119/18 120/4
120/7 120/7 120/20
121/2 121/15 122/16
122/17 122/17 122/21
123/21 123/24 124/12
124/13 124/22 136/13
136/23 136/23 137/19
139/23 141/8 144/1
144/10 144/10 147/19
150/10 151/15 152/2
152/7 152/7 152/7
154/5 154/6 154/9
155/13 159/15 159/15
161/8 162/8 162/8
162/15 162/17 162/23
163/11 163/14 166/12
168/19 168/20 168/21
169/9 169/24 169/25
169/25 172/14 172/18
172/22 172/24 175/14
175/23 177/18 177/22
178/5 179/15 180/23
185/14 185/20 185/20
188/18 189/17 191/14
193/12 195/21 195/21
198/19 199/4 201/5
203/12 203/18 205/14
206/10 207/9 209/3
210/25 212/11 212/11
213/5 217/13 218/20
220/10 221/1 222/10
222/15 223/1 224/8
225/2 225/21 227/17
227/18 228/22 229/5
229/6 229/7 230/2
230/16 230/18 234/25
236/19 238/16 240/18
241/19 241/23 242/5
242/14 242/21 242/25
242/25 243/8 243/24
244/9 246/6 248/3
249/1 249/15 251/24
**item [3]** 143/25
152/5 185/21
**items [9]** 113/10

132/10 133/7 150/10
151/5 151/17 172/16
172/18 219/25
**its [13]** 5/18 102/6
110/17 128/23 128/24
170/9 171/10 172/15
227/22 231/15 241/12
247/11 252/19
**itself [18]** 86/2 93/8
146/18 146/20 147/15
154/9 157/7 160/18
161/4 161/5 161/6
169/5 169/25 170/1
170/9 177/22 221/15
228/9

## J

**J-E-N-K-I-N-S [1]**
132/3
**Jamaican [1]** 181/23
**JANICE [33]** 1/6
76/14 80/9 80/16
80/21 82/11 83/15
104/3 128/15 143/14
146/6 154/18 156/18
160/5 168/15 176/4
183/3 183/8 192/12
203/17 207/19 209/24
210/19 210/24 211/13
212/6 212/9 214/22
216/12 222/7 224/18
249/5 249/8
**January [15]** 15/7
16/1 16/3 40/6 40/8
40/16 175/16 202/11
207/7 207/15 209/4
209/10 215/22 248/7
248/7
**January 25 [1]**
209/10
**January 31 [1]**
215/22
**January 5th [3]** 15/7
16/1 16/3
**Jenkins [10]** 1/10
131/19 132/3 132/4
134/23 135/2 149/4
152/16 189/13 200/23
**Jets [1]** 239/10
**jeweler [2]** 192/22
210/3
**jewelers [28]** 58/9
58/10 58/14 59/2 65/5
70/23 83/23 84/21
84/23 86/19 91/7
105/23 106/10 115/19
115/20 115/20 116/5
120/16 120/18 127/20
127/21 127/23 127/24
130/15 130/17 193/6
201/14 239/12
**jewelery [1]** 114/3

**J**

**jewelry [10]** 58/22 86/7 106/6 106/8 106/11 125/5 193/17 193/17 193/21 194/9
**job [7]** 7/22 15/13 15/14 87/11 108/9 139/20 253/21
**Joe [2]** 97/10 124/7
**join [2]** 227/15 227/17
**Jones [3]** 1/13 104/8 177/20
**JS [1]** 80/17
**judge [88]** 1/11 3/23 21/8 30/15 32/9 42/18 53/23 55/6 57/15 57/16 58/2 87/25 98/3 98/5 101/14 102/25 104/18 126/10 130/20 132/8 132/15 133/3 134/21 143/2 148/22 148/24 154/17 157/10 157/20 159/6 164/2 164/22 165/11 165/14 166/8 166/12 166/21 169/12 171/19 172/1 172/22 173/9 173/19 174/13 178/17 178/23 179/4 179/9 180/6 190/4 191/5 191/8 191/12 200/14 201/4 202/20 202/23 203/4 204/7 204/10 204/14 206/19 209/11 209/14 211/19 213/19 213/24 217/3 217/4 221/19 223/10 224/7 225/8 227/15 227/21 228/13 229/1 229/5 229/23 230/16 232/13 232/15 232/21 236/9 251/9 252/14 252/21 253/8
**judicially [1]** 41/4
**June [3]** 188/8 229/9 234/15
**June 1 [1]** 229/9
**June 1st [1]** 234/15
**June's [1]** 189/5
**jurors [1]** 36/5
**jury [57]** 3/2 3/8 15/21 20/24 34/2 52/23 52/25 53/1 53/17 53/19 58/7 59/23 68/24 71/25 86/6 101/25 104/17 105/6 105/7 105/10 105/20 110/14 118/7 119/24 130/5 134/13 135/1 137/24 138/18 148/7 152/20 152/21

161/19 172/14 172/20 173/5 175/21 176/1 179/6 180/11 184/18 184/18 219/1 219/5 219/6 219/17 223/20 227/22 231/23 232/2 232/3 232/4 232/6 232/7 241/12 252/9 253/20
**jury's [3]** 104/23 104/25 105/4
**just [158]** 4/10 4/15 5/2 5/3 5/12 7/4 7/4 7/10 7/17 8/8 9/24 11/5 11/5 11/5 11/6 12/5 12/7 12/16 14/2 14/4 14/19 14/22 14/22 17/17 18/4 18/19 19/10 23/14 30/5 31/4 32/17 32/24 33/4 33/21 36/20 37/2 38/11 43/25 44/4 44/20 46/23 47/7 47/7 54/2 57/1 57/2 59/4 59/23 64/11 70/2 70/15 72/2 72/3 73/5 74/19 75/16 76/20 76/25 77/18 78/3 79/25 83/5 85/17 87/18 89/23 93/7 94/12 95/11 95/20 97/8 98/4 98/23 99/2 99/3 99/5 99/5 99/7 100/13 100/13 100/16 100/20 100/25 101/21 102/10 102/12 107/6 108/22 110/24 113/13 117/12 117/24 118/2 121/2 124/24 124/25 124/25 126/3 130/10 130/15 132/18 133/17 136/7 137/12 140/3 140/15 140/23 145/22 146/22 146/22 148/6 148/11 151/4 154/13 157/2 158/3 158/11 158/25 167/12 169/11 170/9 175/9 175/15 176/19 177/12 177/24 178/17 178/20 182/3 184/11 187/13 191/12 194/6 194/15 195/13 199/25 200/8 200/9 204/20 205/24 210/25 215/4 216/18 219/25 220/11 220/14 221/1 223/14 224/4 225/21 227/15 229/11 241/9 243/15 243/21 244/9 251/13 252/21 253/8
**Justin [8]** 69/18 69/20 69/21 70/3 70/8

70/14 81/9 81/9

**K**

**Katie [1]** 30/6
**Kebo [1]** 6/15
**Kebu [3]** 30/18 34/9 34/20
**keep [15]** 14/3 19/17 20/8 35/14 56/8 101/23 159/25 177/3 177/5 178/15 197/24 219/4 220/13 251/19 251/25
**keeps [1]** 229/10
**Kegal [1]** 30/6
**kept [2]** 11/15 194/21
**kettle [2]** 228/1 253/16
**key [1]** 196/8
**keys [4]** 25/9 25/10 25/14 26/8
**kind [18]** 10/17 11/4 14/19 77/7 89/22 96/1 96/9 96/14 96/23 97/13 97/14 98/14 155/21 182/23 219/15 220/21 241/23 251/18
**kinds [2]** 94/24 239/23
**king [5]** 72/23 203/8 203/18 233/17 233/19
**Kingston [76]** 1/7 5/25 6/2 6/5 6/11 7/14 16/17 17/4 17/9 17/19 22/3 22/5 22/11 22/19 22/20 23/8 23/11 24/10 24/22 27/13 27/20 28/4 29/21 34/18 36/6 38/14 38/25 40/2 40/13 42/1 43/20 60/4 60/16 60/22 62/5 64/20 64/23 65/3 66/16 66/17 66/23 68/10 69/11 72/24 74/19 77/14 80/8 85/13 92/1 92/10 93/1 95/2 96/7 100/7 106/14 107/1 109/12 126/24 127/17 131/11 183/4 192/10 192/16 194/24 195/20 196/7 196/16 198/1 202/4 202/16 204/6 206/16 206/18 212/23 218/12 218/21
**Kingston's [8]** 21/24 29/16 30/4 31/7 34/13 64/17 80/21 128/19
**Kingstonbookings90 [1]** 147/12

**KISEAN [21]** 1/6 9/15 104/3 126/24 155/12 156/17 183/3 183/15 183/22 186/8 186/16 186/20 187/9 188/2 188/4 188/6 188/20 188/25 195/5 202/5 218/13
**kitchen [2]** 18/25 119/7
**knew [16]** 22/9 69/1 69/15 69/15 69/16 87/15 93/9 121/14 121/19 121/19 123/19 124/20 131/4 156/23 176/7 184/10
**knock [1]** 194/7
**know [148]** 5/4 6/19 7/8 8/9 9/22 10/8 11/24 12/4 12/16 12/20 13/21 13/23 14/18 14/23 19/8 21/2 27/12 27/13 27/15 28/6 31/10 31/15 31/23 32/23 36/9 40/13 41/12 41/17 42/6 42/8 42/10 42/11 42/11 42/14 42/14 43/15 43/18 43/25 46/7 47/20 48/13 48/18 48/19 50/15 50/20 51/2 51/4 51/21 51/22 51/22 52/22 56/3 69/10 70/1 70/3 78/18 90/6 92/6 92/21 95/16 97/5 97/11 97/11 97/17 97/18 99/24 101/6 102/13 107/21 107/23 107/24 110/22 112/11 113/1 114/9 116/16 116/25 117/8 118/15 118/17 119/8 121/16 122/5 122/19 122/21 122/23 123/19 124/12 124/25 125/22 125/25 127/3 130/7 130/13 133/8 140/9 148/9 148/13 150/15 154/10 155/23 157/12 157/14 158/19 162/18 162/19 163/7 163/11 164/23 164/24 165/5 167/16 169/12 169/15 169/15 169/16 169/18 174/3 174/4 174/5 174/6 174/15 175/3 175/20 177/12 177/15 177/25 179/8 181/22 184/22 184/22 186/2 194/2 194/25 195/14 198/17 200/4 219/15 222/15 226/13

226/15 226/22 229/5 229/21 234/20 241/13 241/22 253/3
**knowing [2]** 65/4 184/8
**knowingly [1]** 173/22
**knowledge [12]** 20/20 37/7 42/6 108/1 109/20 109/22 130/12 137/14 142/10 167/7 170/16 170/16
**known [12]** 60/4 99/4 101/3 121/14 181/18 182/1 183/4 202/5 209/24 241/19 241/20 242/13
**knows [4]** 92/23 124/7 194/15 231/24
**KU [1]** 193/2

**L**

**lab [5]** 143/10 143/11 143/24 143/25 144/10
**label [1]** 143/11
**labeled [3]** 168/5 212/7 224/8
**lack [3]** 170/16 176/1 189/17
**lacks [1]** 112/19
**ladies [15]** 4/4 28/14 58/7 101/19 105/9 105/20 132/25 135/1 142/8 152/18 179/10 180/11 190/6 200/8 251/10
**Lakes [1]** 246/7
**large [2]** 23/15 144/12
**larger [2]** 10/18 13/12
**last [23]** 4/5 32/9 41/25 57/9 85/19 85/20 106/24 120/21 122/13 132/1 132/3 155/17 162/11 167/12 170/10 179/25 180/1 193/9 212/23 218/25 229/20 233/8 237/5
**lastly [1]** 195/13
**late [4]** 7/5 7/6 82/23 144/16
**later [22]** 6/14 7/4 38/21 60/3 66/6 68/15 68/17 74/20 75/1 75/21 78/2 78/3 95/4 99/20 99/24 107/4 108/23 127/25 174/17 174/19 207/10 208/8
**latest [1]** 231/25
**LAUDERDALE [11]**

# L

**LAUDERDALE... [11]**
1/2 1/4 1/14 1/25
75/5 135/14 135/19
135/25 136/3 246/7
254/9
**Laughed [1]** 211/9
**laughing [2]** 96/14
211/11
**law [20]** 1/17 1/20
91/3 91/4 91/4 94/17
95/16 95/25 96/23
97/3 97/9 97/13
135/13 166/2 169/25
180/20 180/22 181/4
228/5 231/19
**law's [2]** 59/8 95/21
**lawfully [1]** 189/23
**lawsuits [1]** 41/5
**lawyer [3]** 18/20
51/11 192/22
**lawyer's [1]** 51/13
**lawyers [3]** 51/6
51/6 51/8
**laying [1]** 194/1
**layout [1]** 243/21
**lead [5]** 43/14 54/23
148/18 148/19 223/20
**leading [5]** 54/21
55/15 56/9 128/5
138/20
**learn [11]** 52/9
110/16 110/16 110/17
110/17 110/23 110/23
111/9 111/11 113/22
146/23
**learned [6]** 108/2
110/13 111/5 113/19
113/24 169/19
**learning [4]** 110/15
110/19 138/10 147/6
**leasing [2]** 89/23
166/14
**least [4]** 175/18
225/5 230/23 253/1
**leave [10]** 15/11
25/11 25/11 25/12
25/18 26/17 92/5
98/23 176/21 210/8
**leaves [2]** 81/18
162/11
**leaving [2]** 25/22
92/7
**LED [1]** 202/12
**left [29]** 4/5 4/7 4/22
16/6 18/2 19/20 23/7
24/22 25/6 25/18
25/18 27/21 34/25
60/21 68/16 68/19
78/1 78/6 80/3 81/3
98/7 99/14 114/10

128/12 144/15 192/15
192/16 194/6 247/6
**legal [2]** 18/10 72/25
**legit [2]** 226/15
226/16
**legitimate [13]**
129/8 240/24 243/13
243/25 247/7 248/6
248/17 249/11 249/13
249/24 250/11 250/14
251/2
**LEIBOWITZ [3]** 1/10
163/14 177/19
**lender [2]** 22/21
22/25
**length [1]** 243/9
**less [3]** 45/8 105/24
106/5
**lesser [3]** 62/1
118/21 182/1
**let [74]** 3/6 4/10
5/21 6/2 13/21 13/23
29/7 29/12 31/8 31/10
32/23 33/20 48/13
64/13 66/22 68/24
70/19 72/4 76/13
80/11 80/17 83/11
100/10 100/20 101/21
102/10 106/13 108/22
115/13 115/13 123/2
126/3 133/10 139/6
144/19 144/19 153/21
153/23 157/5 162/24
163/1 163/2 163/11
163/16 163/22 163/23
167/12 176/20 177/7
178/7 178/8 179/10
183/11 183/21 189/6
193/24 200/4 207/6
219/1 219/10 219/15
219/16 220/14 226/22
228/18 230/17 230/20
233/9 240/16 242/8
251/11 251/13 253/2
253/12
**let's [53]** 5/5 8/3
11/25 17/8 31/8 45/8
54/22 55/8 63/15
63/15 63/23 63/25
64/1 64/3 64/4 75/25
86/6 89/1 119/21
137/23 140/10 144/15
153/4 164/25 165/5
167/11 179/5 185/12
185/16 185/18 192/14
200/17 201/7 201/23
212/5 215/7 215/10
216/6 216/18 218/25
220/14 228/15 232/5
240/16 241/9 241/9
243/15 245/11 247/15
248/6 249/10 250/10

253/8
**letter [1]** 211/6
**letterhead [1]**
127/20
**level [1]** 121/23
**liable [4]** 186/9
187/6 188/1 188/19
**license [4]** 44/13
44/14 44/15 147/20
**life [1]** 72/4
**light [4]** 174/20
176/15 228/10 234/3
**like [99]** 5/14 5/19
6/12 6/18 6/20 6/24
7/3 7/5 7/5 7/6 7/8
7/8 8/8 9/21 10/25
11/23 12/14 12/24
12/25 13/20 14/3
14/15 15/11 20/20
23/18 25/12 25/17
25/18 30/6 30/7 30/11
30/18 31/5 31/7 33/21
40/3 44/14 47/8 48/21
51/11 55/20 59/6
59/20 59/21 59/23
63/2 64/6 67/4 70/6
76/23 81/17 85/17
89/23 90/13 97/6
100/20 100/25 104/22
106/9 106/10 112/18
112/25 113/15 113/16
114/3 114/14 117/6
118/9 118/19 118/22
119/1 119/8 122/4
132/22 139/4 145/9
145/13 155/18 158/14
161/14 162/9 163/6
163/18 164/17 170/21
178/18 185/2 195/18
196/13 208/6 221/20
226/22 229/22 235/1
241/23 242/1 242/18
244/25 250/12
**liked [1]** 194/21
**likely [2]** 124/8
253/14
**limited [8]** 148/2
150/11 150/17 169/8
191/2 191/2 200/10
227/23
**limits [2]** 169/4
170/15
**Lindo [12]** 10/7
13/24 36/15 36/23
38/16 40/21 224/19
246/14 247/23 248/21
249/18 250/5
**Lindo's [1]** 40/24
**line [7]** 29/11 33/6
82/15 117/3 122/13
185/20 230/23
**lines [6]** 29/23 29/24

29/25 30/12 31/4
31/10
**link [6]** 13/22 60/19
65/14 78/6 118/4
168/16
**linking [1]** 78/5
**links [1]** 9/5
**list [3]** 72/10 112/21
242/3
**listed [6]** 6/5 91/8
155/8 204/23 242/19
248/20
**listen [3]** 120/21
196/12 199/11
**listened [1]** 69/15
**literally [9]** 14/9
99/5 119/15 158/13
159/1 161/6 163/10
163/12 165/8
**little [22]** 3/6 3/7 6/1
6/8 23/18 25/15 64/23
88/22 89/19 113/10
124/5 136/13 140/18
151/10 165/23 171/2
171/3 177/14 182/1
184/25 220/14 221/20
**live [3]** 90/7 171/7
175/24
**living [3]** 23/17 24/5
24/9
**LLC [24]** 68/7 70/24
83/19 85/1 127/15
130/17 155/19 155/21
214/5 214/8 214/14
215/9 216/10 235/1
236/6 237/19 237/20
237/23 246/6 246/16
247/22 249/15 250/25
251/3
**loading [1]** 124/10
**loan [6]** 37/3 37/4
37/4 40/9 40/11 40/18
**loans [1]** 36/23
**local [3]** 112/7 120/3
182/21
**locally [1]** 108/7
**locate [2]** 119/23
204/18
**located [7]** 63/17
105/22 147/11 172/8
185/19 189/18 214/8
**location [5]** 46/13
59/6 59/10 92/4 92/5
**locations [2]** 150/3
150/4
**lock [2]** 9/22 65/4
**locked [8]** 9/17 9/22
9/24 36/6 36/9 36/14
72/4 140/19
**logo [6]** 237/18
237/22 238/21 241/16
243/18 244/11

**logs [1]** 139/4
**LOL [7]** 65/12 72/2
72/3 73/15 81/10
211/8 211/9
**long [21]** 10/25
16/11 22/8 24/2 24/13
36/9 58/12 58/22
90/24 95/6 113/11
114/11 128/10 135/8
163/11 169/24 179/9
180/14 219/13 243/5
251/23
**longer [4]** 89/25
108/12 139/19 179/12
**look [42]** 48/7 48/11
52/3 85/7 85/8 96/8
112/1 137/8 138/24
146/3 147/20 149/18
150/5 151/18 151/24
152/4 152/5 158/16
163/13 198/7 201/23
212/5 215/8 215/10
216/6 222/19 224/2
224/12 225/11 235/7
238/14 241/5 241/9
243/15 243/22 245/11
246/11 247/15 248/6
250/10 250/12 253/12
**looked [5]** 152/8
160/12 196/13 220/15
242/3
**looking [36]** 6/3
48/14 48/15 60/13
69/8 71/9 74/25 79/3
84/22 116/18 120/1
121/13 154/13 154/14
160/18 188/17 191/22
191/23 204/1 204/2
208/21 208/23 213/4
213/5 215/1 229/8
229/25 233/11 233/12
235/17 235/18 236/3
236/5 239/23 239/25
245/15
**looks [7]** 6/11 14/15
155/18 162/20 162/21
162/23 243/23
**losing [1]** 14/8
**loss [1]** 173/7
**lost [8]** 15/13 52/18
87/11 87/11 87/16
126/3 144/17 144/23
**lot [22]** 10/19 15/13
20/20 69/18 97/1
114/10 122/2 135/5
144/19 145/2 147/9
156/25 157/5 163/22
171/8 175/18 177/4
178/16 219/10 219/16
251/24 252/11
**lots [2]** 41/24 225/10
**love [7]** 71/14 72/3

**L**

**love... [5]** 72/6 72/9 75/1 122/2 122/3
**lovely [1]** 81/14
**lower [1]** 58/20
**Luka [1]** 72/25
**lunch [6]** 5/12 98/2 101/18 101/24 102/16 105/9
**Luncheon [1]** 103/3
**Luxury [1]** 58/11

**M**

**machinery [2]** 111/18 113/21
**made [27]** 8/14 12/4 21/23 26/10 26/20 26/21 35/23 37/7 37/10 42/11 42/17 48/8 55/20 69/17 78/16 83/6 122/5 133/5 148/17 161/14 168/17 168/25 173/25 174/19 177/9 211/16 222/6
**main [1]** 106/7
**mainly [3]** 59/14 120/17 182/18
**maintain [1]** 226/21
**majority [1]** 5/9
**make [51]** 3/18 3/19 8/17 10/21 11/6 11/22 11/24 12/16 26/12 26/12 26/13 32/3 38/8 41/4 57/11 57/12 70/11 83/1 96/20 118/15 123/21 123/24 125/5 132/4 132/5 133/10 137/3 145/3 145/7 145/12 148/13 149/9 159/16 171/10 175/7 175/20 175/23 177/11 179/14 180/2 180/3 195/25 196/13 199/11 199/17 200/9 219/12 221/11 227/3 231/3 231/22
**maker [1]** 167/8
**makes [3]** 8/10 14/20 219/18
**making [9]** 7/11 41/9 109/19 149/16 154/13 171/11 225/11 225/20 226/7
**Mama [2]** 17/4 17/19
**mamakingston90 [4]** 147/12 187/17 188/10 188/22
**mamakingstonbooki ngs [17]** 167/18 168/16 191/25 192/17 192/19 203/9 203/17

204/23 206/2 207/7 208/14 209/24 221/2 233/15 234/12 234/20 245/7
**mamakingstonbooki ngsbookings [6]** 205/1 234/16 235/6 235/14 244/16 244/20
**man [9]** 12/15 72/3 72/6 193/17 193/24 193/25 194/9 195/16 197/24
**manage [1]** 97/9
**manager [22]** 6/16 12/17 15/14 15/14 17/14 26/23 26/24 27/17 30/18 34/20 35/3 39/9 39/10 39/22 73/25 76/4 82/23 97/4 101/9 101/10 101/13 196/20
**manager's [1]** 77/16
**manipulate [2]** 168/6 168/13
**manipulated [2]** 221/10 221/21
**manipulating [1]** 225/14
**manipulation [1]** 222/10
**manipulations [1]** 224/23
**manner [2]** 156/16 182/23
**manufacturer [1]** 140/10
**many [12]** 52/1 69/17 69/23 74/23 85/3 85/3 90/4 118/18 141/25 176/23 214/7 236/7
**Marc [3]** 1/13 104/7 166/17
**March [11]** 1/5 156/9 162/17 190/13 201/19 212/9 216/1 216/21 220/19 249/23 249/24
**March 29th [2]** 156/9 190/13
**March 31 [1]** 216/1
**March 5th [1]** 220/19
**Mark [26]** 153/19 154/19 160/8 160/14 167/15 167/19 167/25 168/2 168/5 204/23 205/2 205/9 207/17 208/8 208/16 209/25 210/14 210/20 211/13 217/23 229/12 234/12 234/19 234/22 234/25

235/15
**marked [3]** 32/17 33/5 233/10
**market [7]** 63/2 110/20 110/21 110/24 113/14 113/17 113/20
**markings [1]** 143/9
**marks [2]** 208/4 208/5
**Maryland [1]** 181/2
**masters [3]** 136/4 136/5 136/8
**matched [1]** 247/9
**matches [1]** 6/8
**material [1]** 223/8
**math [1]** 50/2
**matter [12]** 104/2 116/24 127/5 142/13 142/14 169/19 169/20 183/1 222/9 226/16 230/1 254/5
**may [47]** 3/22 28/8 28/10 32/1 32/1 48/4 53/4 57/9 57/24 66/20 102/1 131/15 132/1 134/19 143/2 148/14 148/14 151/9 151/10 152/17 152/22 153/4 158/3 158/18 158/18 159/15 162/13 164/16 170/4 170/5 175/12 175/16 175/22 177/12 178/17 190/8 190/17 191/1 191/3 203/1 219/7 223/15 223/16 228/10 231/20 232/12 252/10
**May 14 [1]** 175/22
**May 15 [1]** 175/12
**may be [13]** 53/4 57/9 66/20 102/1 132/1 152/22 158/18 158/18 170/4 190/8 219/7 231/20 252/10
**Maybach [3]** 77/6 77/7 77/8
**maybe [12]** 24/16 24/16 68/17 159/16 176/17 176/20 177/24 219/9 219/13 224/5 226/14 253/2
**Mazal [30]** 58/8 58/10 58/14 59/2 63/23 63/25 64/1 64/3 65/5 70/23 83/23 84/21 84/23 86/19 91/7 110/9 115/18 115/19 115/20 115/20 116/5 116/6 127/20 127/21 127/23 127/24 130/15 130/17 201/14 210/3

**Mazda [5]** 49/8 49/14 49/15 49/23 49/25
**me [172]** 4/10 4/19 5/16 5/17 5/21 6/2 7/4 7/13 11/25 12/17 13/8 13/21 13/23 14/12 15/17 17/15 21/25 25/13 29/7 29/12 31/10 31/11 31/17 31/24 32/23 34/15 35/24 37/1 37/25 44/10 44/21 46/9 51/24 52/6 52/7 52/8 59/5 60/8 60/14 60/18 60/19 60/24 62/18 62/20 63/17 63/22 64/13 65/13 65/14 67/10 67/16 67/24 69/4 69/5 70/2 70/4 70/10 70/19 71/18 72/25 73/4 73/5 73/25 74/2 75/9 75/14 75/14 75/15 75/18 76/4 76/19 77/15 77/16 77/17 77/19 78/2 78/17 78/19 79/12 79/12 80/3 80/11 80/17 81/11 83/2 83/11 85/7 85/15 86/20 87/15 87/15 89/6 91/14 91/21 93/4 93/22 99/11 99/22 100/2 101/12 101/21 104/16 106/2 106/13 107/23 115/13 115/13 120/1 122/23 123/2 123/23 125/16 125/16 125/19 128/10 129/3 129/21 133/10 139/5 139/6 144/19 144/19 153/15 153/21 157/5 159/10 159/10 163/10 163/12 163/21 163/22 163/23 167/12 168/9 168/11 168/25 173/16 173/18 175/11 176/20 178/7 178/8 179/10 185/18 189/6 194/7 194/21 194/21 195/13 195/14 196/13 197/24 199/11 200/4 200/24 207/6 210/8 219/15 220/15 223/12 224/6 228/18 230/17 231/19 233/9 240/16 242/8 242/16 244/25 251/13 253/3 253/12
**mean [32]** 11/17 11/23 16/7 35/11 41/4 43/21 44/7 46/15 52/10 52/16 61/7

76/23 80/5 85/17 93/22 106/21 113/3 113/13 114/16 117/12 120/18 122/15 138/23 142/17 173/18 175/11 192/6 218/15 219/19 222/22 223/1 223/25
**meaning [9]** 9/3 58/19 71/19 98/15 117/15 122/16 134/1 165/6 242/9
**means [10]** 9/19 9/21 14/22 156/16 170/20 192/7 218/16 222/1 222/3 244/25
**meant [3]** 7/18 74/24 131/8
**meantime [2]** 18/9 38/10
**mechanical [1]** 111/21
**media [10]** 59/14 59/17 59/20 60/5 116/20 116/21 117/20 117/23 118/22 251/18
**meds [1]** 18/5
**meet [11]** 51/24 51/25 59/8 63/16 65/13 65/18 70/5 74/24 75/7 75/8 94/15
**meeting [4]** 65/25 67/11 81/7 83/3
**meets [1]** 102/6
**member [1]** 140/24
**memorialization [1]** 233/25
**memorize [1]** 156/19
**memory [5]** 11/1 30/24 31/24 32/1 33/10
**mention [3]** 69/20 170/14 172/12
**mentioned [6]** 30/16 70/7 71/12 140/3 172/18 183/25
**mentioning [1]** 218/8
**Mercedes [1]** 77/8
**message [32]** 4/19 14/17 17/10 40/9 40/10 54/3 60/2 60/8 60/14 60/17 61/4 65/3 65/24 67/10 67/16 68/6 68/17 74/7 85/19 85/20 107/1 107/6 120/6 156/18 159/20 160/5 160/18 164/12 172/3 201/16 202/15 209/20
**messaged [1]** 200/25

# M

**messages [28]** 9/12 16/8 16/12 37/19 52/7 66/11 67/7 67/13 68/15 139/5 140/12 147/25 153/18 192/12 193/18 195/9 199/23 204/17 204/19 207/4 212/2 212/6 218/21 221/2 222/8 234/6 244/16 249/5

**messaging [2]** 64/8 64/9

**met [13]** 51/17 66/9 73/18 88/5 88/10 95/5 99/3 99/6 99/7 100/13 122/24 130/9 172/15

**meta [16]** 142/4 149/22 149/23 149/25 150/5 150/8 150/11 150/15 150/17 151/1 151/14 151/16 151/19 151/23 151/25 152/5

**meta-data [16]** 142/4 149/22 149/23 149/25 150/5 150/8 150/11 150/15 150/17 151/1 151/14 151/16 151/19 151/23 151/25 152/5

**method [1]** 150/6

**Meyer [9]** 89/14 89/17 90/4 90/7 90/10 91/2 91/6 94/17 95/7

**Miami [12]** 1/16 26/6 78/17 79/10 79/13 105/22 106/12 135/7 181/11 181/13 181/22 182/11

**microphone [5]** 3/20 57/12 132/2 132/5 180/3

**middle [1]** 176/11

**middleman [3]** 124/20 124/22 124/25

**might [14]** 3/8 3/9 5/15 76/11 139/25 142/10 161/10 162/21 169/24 174/22 177/24 184/22 234/4 238/6

**Miguel [1]** 25/1

**Mille [3]** 58/15 112/19 119/8

**million [6]** 58/21 72/25 117/7 117/10 248/3 248/23

**millions [2]** 117/7 117/8

**mind [13]** 10/24 14/3 37/18 38/7 85/9 101/23 112/13 112/22

190/19 219/4 231/15 251/19 251/25

**mine [2]** 72/22 92/25

**mines [1]** 73/16

**minimum [2]** 253/3 253/14

**ministers [1]** 181/23

**minute [5]** 28/15 114/17 171/9 206/17 227/24

**minutes [26]** 12/12 14/11 19/11 24/4 52/24 53/3 53/12 98/1 101/14 102/13 102/21 116/24 132/25 152/19 170/10 174/17 177/1 178/7 178/8 208/8 219/5 219/14 230/20 230/24 232/1 251/10

**Minyan [10]** 89/15 89/16 89/17 89/17 90/4 90/7 91/2 91/6 94/18 95/7

**Minyan's [1]** 90/10

**mirror [1]** 149/13

**mischaracterization [1]** 199/4

**mishap [2]** 13/4 13/5

**mishaps [1]** 13/3

**miss [1]** 106/21

**missed [3]** 106/23 179/9 199/19

**missing [1]** 229/16

**Missouri [1]** 172/8

**mistake [4]** 174/19 174/24 176/1 190/25

**Mm [6]** 9/2 9/11 27/18 49/9 64/7 238/12

**Mm-hmm [6]** 9/2 9/11 27/18 49/9 64/7 238/12

**MO [4]** 164/11 164/18 165/18 176/8

**mobile [6]** 136/25 138/9 138/21 139/12 139/12 142/3

**mode [5]** 144/4 144/5 144/5 144/7 144/22

**model [6]** 71/4 113/12 145/3 145/7 145/12 150/1

**models [5]** 61/8 62/11 73/14 110/16 120/12

**modified [1]** 250/16

**modus [3]** 162/23 170/23 170/24

**mom [15]** 13/11 13/14 16/9 17/10 24/10 28/7 34/15

73/20 77/13 78/5 78/14 80/22 195/9 195/10 196/12

**moment [18]** 6/18 15/19 20/24 28/8 28/20 45/24 90/17 107/17 134/16 145/20 173/15 174/9 189/5 195/6 198/22 199/2 199/25 236/13

**Momma [1]** 71/14

**Monday [9]** 65/21 65/24 82/8 86/21 96/10 100/6 195/24 196/25 253/10

**monetary [2]** 156/20 182/6

**money [42]** 7/25 8/4 12/2 12/5 12/6 13/15 17/18 18/16 18/17 38/9 38/10 38/11 38/13 41/13 41/18 42/4 50/18 52/4 55/2 55/14 55/18 85/2 96/21 100/20 114/12 125/14 125/17 125/20 125/22 125/25 127/23 129/15 129/16 130/1 193/6 193/12 215/22 221/12 225/11 226/1 226/7 241/22

**money's [1]** 8/9

**monitor [1]** 110/21

**monitoring [2]** 110/20 110/24

**Montana [16]** 71/20 78/7 95/12 95/15 95/17 95/20 95/22 96/1 96/2 96/5 96/8 96/14 96/17 96/20 98/8 98/12

**month [5]** 180/23 245/2 247/11 248/7 249/21

**monthly [1]** 18/3

**months [1]** 181/2

**Moore [1]** 36/16

**mooted [1]** 231/20

**more [44]** 4/10 11/14 24/18 29/6 39/1 42/12 45/8 59/21 61/10 69/7 73/9 81/10 96/21 98/2 98/15 105/24 106/5 109/14 118/19 118/19 125/3 148/13 150/21 159/23 165/21 169/9 170/24 171/11 174/24 175/2 178/3 178/7 181/18 192/22 193/7 195/7 229/14 230/22 232/9 234/5 235/21 245/11

251/25 252/19

**morning [30]** 3/3 3/10 3/15 4/2 4/3 4/4 5/5 21/15 21/16 43/4 43/4 52/23 52/24 58/6 58/8 73/23 73/25 74/4 78/17 78/18 79/8 79/9 81/21 81/22 82/24 83/2 88/4 194/12 208/13 208/15

**Moshe [13]** 1/9 56/25 57/10 58/4 58/8 65/5 88/2 105/15 110/7 126/12 129/24 130/22 201/14

**Mosquera [39]** 153/19 154/19 155/25 157/8 158/14 158/17 160/8 160/15 161/3 161/5 161/23 161/24 162/2 167/15 167/19 167/25 168/2 168/5 168/12 169/7 169/21 204/24 205/2 205/9 207/17 208/9 208/16 209/25 210/14 210/20 211/13 211/16 217/23 229/12 234/12 234/19 234/22 234/25 235/15

**Mosquera's [1]** 170/4

**most [8]** 6/20 46/22 77/1 121/4 124/8 139/14 140/6 147/17

**Mostly [1]** 97/2

**mother [12]** 16/18 75/14 76/2 76/3 76/8 80/8 101/11 129/3 193/9 194/2 196/12 199/11

**motion [3]** 141/6 225/9 231/16

**motions [1]** 231/6

**mouth [1]** 174/22

**move [11]** 15/18 57/18 146/2 185/4 191/9 201/4 206/20 211/20 213/20 217/5 233/1

**moved [1]** 139/22

**movement [2]** 111/21 114/10

**moves [5]** 202/21 204/7 209/12 232/14 232/21

**moving [4]** 114/12 132/10 140/1 199/25

**Mr [130]** 3/14 3/15 3/18 4/2 4/5 21/15 21/24 22/5 22/11 22/20 23/11 24/22 26/22 26/25 27/13

27/20 28/4 28/20 29/21 30/3 30/25 31/13 32/7 33/18 33/22 34/4 34/8 34/13 34/18 35/3 36/6 36/23 38/14 38/25 40/2 40/24 42/1 42/24 43/4 43/20 48/13 48/24 53/2 53/5 53/22 54/2 56/19 56/21 56/24 56/25 57/11 57/14 57/22 60/22 68/10 72/24 88/4 92/1 92/10 93/1 102/7 102/9 104/12 105/17 107/1 110/4 110/9 126/9 126/14 127/17 130/19 130/24 131/11 131/18 132/4 132/7 132/14 133/2 134/19 141/20 142/21 149/2 152/14 153/5 154/1 156/25 159/1 161/21 163/10 165/22 166/4 169/3 169/10 170/11 171/13 173/18 174/19 176/2 176/18 177/17 178/16 179/18 180/5 185/7 191/4 191/15 199/25 200/13 201/14 202/24 204/11 206/23 209/15 211/22 213/23 218/25 219/18 222/22 225/19 225/25 227/7 228/9 229/15 229/21 231/5 231/9 231/12 232/12 232/16 253/6

**Mr. [14]** 21/9 25/1 27/17 29/16 30/4 31/5 31/7 38/16 40/21 54/24 106/14 148/25 170/4 224/2

**Mr. Anton [2]** 54/24 224/2

**Mr. Dominguez's [1]** 148/25

**Mr. Kingston [1]** 106/14

**Mr. Kingston's [3]** 29/16 30/4 31/7

**Mr. Lindo [2]** 38/16 40/21

**Mr. Miguel [1]** 25/1

**Mr. Mosquera's [1]** 170/4

**Mr. Rodriguez [1]** 27/17

**Mr. Rosenblatt [2]** 21/9 31/5

**Ms [2]** 129/22 156/6

**Ms. [48]** 23/7 23/21 24/3 29/22 34/18

**M**

**Ms.... [43]** 35/19 35/22 37/17 40/2 40/11 40/16 42/1 45/23 57/20 87/24 97/24 104/14 105/12 132/12 149/1 154/10 154/23 155/10 155/11 156/3 157/16 160/20 160/23 166/4 166/11 168/23 178/8 180/2 185/5 191/11 202/22 204/9 206/21 209/13 211/22 213/21 219/13 225/23 225/23 227/17 228/24 230/20 253/2
**Ms. Bozanic [20]** 57/20 87/24 97/24 105/12 132/12 149/1 166/4 166/11 185/5 191/11 202/22 204/9 206/21 209/13 211/22 213/21 225/23 227/17 228/24 253/2
**Ms. Bozanic's [1]** 168/23
**Ms. Cook [1]** 180/2
**Ms. Dominguez [1]** 225/23
**Ms. Rassie [3]** 178/8 219/13 230/20
**Ms. Turner [21]** 23/7 23/21 24/3 29/22 34/18 35/19 35/22 37/17 40/2 40/11 40/16 42/1 45/23 104/14 154/10 154/23 155/10 155/11 157/16 160/20 160/23
**Ms. Turner's [1]** 156/3
**MSISDN [2]** 185/25 186/2
**much [30]** 10/18 10/18 34/1 39/12 41/12 42/7 44/3 44/3 48/17 58/19 75/1 81/8 82/13 82/19 83/20 88/21 88/21 102/20 114/4 147/17 152/12 155/18 159/23 212/17 215/22 222/19 225/11 226/23 230/11 249/19
**multipage [1]** 48/10
**multiple [8]** 10/15 36/22 46/2 46/4 157/2 187/21 195/1 244/19
**music [34]** 22/7 69/16 69/17 90/23 95/8 95/9 97/2 97/5 97/15 97/16 97/18

97/19 212/7 212/20 221/3 221/9 221/23 222/1 222/3 222/5 222/6 222/23 223/2 224/17 244/16 245/7 245/7 246/8 247/1 247/11 247/21 249/5 249/8 250/16
**musical [1]** 22/7
**musician [1]** 99/4
**must [4]** 20/2 142/18 190/15 196/25
**mutual [1]** 107/14
**my [125]** 5/23 6/4 6/4 6/16 7/8 7/22 11/1 11/13 11/14 14/1 14/9 14/9 15/10 15/13 15/14 16/7 18/25 20/1 20/20 25/25 29/7 39/8 40/10 40/10 42/15 51/11 52/7 52/7 52/7 58/8 59/8 59/19 60/8 60/20 63/18 65/12 65/15 65/21 66/2 67/16 67/20 67/23 67/23 68/16 69/7 69/7 71/10 71/14 72/4 72/9 73/8 73/11 73/20 73/20 73/25 74/23 77/17 77/18 79/11 80/6 80/14 80/21 80/21 82/17 84/21 85/4 85/5 85/6 86/9 87/11 88/4 90/15 93/4 95/21 98/19 99/2 99/15 105/4 107/20 109/20 110/13 115/11 115/12 116/4 116/4 116/5 116/12 116/12 119/18 121/12 123/24 124/9 128/12 129/4 135/10 135/13 135/25 135/25 136/4 136/14 138/3 141/4 144/19 150/17 152/2 153/24 157/15 162/18 164/2 166/16 174/9 174/17 176/2 186/3 187/21 210/25 226/5 226/19 226/21 226/22 226/22 251/13 252/25 253/2 253/12
**myself [4]** 22/18 24/12 120/20 189/15
**mysterious [1]** 74/24
**mysteriously [1]** 249/19

**N**

**nah [1]** 211/9
**nahhhh [1]** 211/8

**naked [2]** 171/8 229/11
**name [43]** 6/2 9/14 10/6 24/11 30/3 30/6 30/20 31/6 31/12 33/11 40/14 43/17 43/18 43/18 43/25 44/11 46/23 46/25 47/6 47/10 49/15 57/8 57/9 58/8 69/20 88/4 91/21 131/25 132/1 155/19 179/24 179/25 180/1 186/8 187/13 188/25 193/17 210/3 224/19 233/12 235/3 235/19 246/4
**named [5]** 34/9 34/20 37/1 160/8 163/14
**names [4]** 70/7 70/15 163/8 237/4
**napkin [1]** 31/25
**National [2]** 138/6 180/25
**natural [1]** 98/1
**nature [1]** 119/9
**Nba [1]** 70/7
**NCFI [1]** 138/6
**NE [1]** 77/20
**necessarily [4]** 111/5 115/23 123/14 137/15
**necessary [3]** 137/1 137/9 190/19
**need [42]** 17/25 44/15 59/12 66/3 78/20 79/9 79/12 80/14 81/22 91/15 111/1 117/2 117/4 120/21 132/20 137/16 155/23 158/20 158/21 158/25 161/3 162/18 163/18 164/23 164/23 165/5 167/2 175/19 175/19 175/20 176/20 176/21 177/17 177/25 195/24 199/17 227/14 228/17 229/21 231/7 231/19 241/21
**needed [6]** 8/15 10/24 11/4 26/12 38/18 148/16
**needs [5]** 105/4 106/6 116/22 126/21 212/17
**negative [9]** 48/20 215/21 215/25 225/13 247/18 248/2 248/3 248/9 248/23
**negotiate [1]** 10/16
**negotiated [1]** 88/12
**negotiating [2]**

88/12 97/13
**neither [2]** 12/9 12/10
**nerve [1]** 7/7
**network [8]** 59/19 120/2 120/13 124/5 125/11 135/3 138/11 139/13
**never [33]** 6/17 13/15 16/15 19/22 42/9 51/17 51/19 54/20 55/11 75/16 76/20 85/2 88/10 88/25 89/3 108/2 118/25 122/24 123/7 123/8 129/12 129/16 129/17 130/1 131/2 149/12 169/12 175/24 198/23 213/15 220/21 222/18 223/17
**new [21]** 49/15 49/23 62/3 62/23 63/11 65/15 71/16 75/15 75/16 76/20 76/20 81/8 81/14 82/6 90/7 113/8 114/3 114/5 120/7 193/6 197/25
**news [2]** 33/18 252/2
**next [50]** 5/5 6/22 14/7 14/7 23/22 26/21 27/22 28/3 37/13 40/24 56/24 61/4 63/14 63/21 65/23 66/11 67/2 67/22 67/22 68/6 71/13 71/15 73/2 73/23 75/17 79/5 79/8 81/12 82/15 83/8 85/2 85/11 85/24 89/11 98/1 104/18 104/20 104/23 107/1 131/18 145/1 153/7 173/13 173/14 173/16 174/16 196/19 197/7 224/12 233/17
**nice [3]** 3/4 101/24 253/21
**night [6]** 3/4 24/17 81/19 95/20 98/7 144/16
**Nikolenko [3]** 201/18 212/11 213/6
**nine [2]** 135/17 154/14
**nine-page [1]** 154/14
**no [192]** 1/2 5/7 9/17 13/6 14/6 14/14 15/6 15/25 16/1 16/2 16/4 18/16 18/17 18/23 20/7 20/12

20/15 23/14 28/7 29/21 30/5 30/5 30/22 31/7 31/18 32/13 32/16 33/13 33/13 33/13 33/14 33/15 33/15 33/15 34/12 35/13 36/10 37/7 37/9 39/13 40/19 44/8 47/3 47/7 51/3 51/21 52/10 52/21 53/8 53/9 53/10 53/11 55/3 55/7 56/13 56/18 56/20 57/21 57/23 64/1 68/23 71/8 71/24 73/25 76/23 78/9 79/7 79/15 79/21 81/10 84/16 84/25 85/7 85/15 85/19 88/6 88/11 89/25 92/4 92/4 94/11 94/12 95/15 95/24 100/16 100/20 100/20 101/7 102/23 102/24 102/25 104/17 107/12 107/23 108/4 108/12 109/6 109/7 109/25 110/3 113/3 118/2 122/25 123/4 123/9 125/21 126/2 126/5 126/7 126/8 127/4 127/6 129/9 130/11 131/13 132/13 132/15 132/21 133/11 133/16 133/21 134/9 134/11 137/17 137/18 139/19 141/1 141/19 142/6 144/13 152/12 152/15 157/3 157/10 157/12 157/12 157/12 161/1 162/11 163/15 164/3 165/10 172/12 174/18 174/18 185/6 185/8 191/12 191/16 193/6 193/6 202/23 202/25 204/10 204/12 206/22 206/24 208/3 209/14 209/16 211/21 211/23 213/22 213/24 217/3 217/4 217/7 222/3 223/4 223/4 223/23 228/1 228/8 228/11 228/11 228/13 229/17 229/24 229/24 230/10 230/12 232/15 232/17 235/6 237/22 246/20 248/5 251/19 251/20 251/20 252/13 252/19
**non [1]** 100/19
**non-famous [1]** 100/19
**None [1]** 251/5
**nonetheless [1]** 164/8

**N**

**normally [1]** 8/25
**not [244]** 7/17 7/24
10/5 10/22 11/9 11/24
13/4 13/10 16/13
16/13 16/14 17/13
18/2 18/15 19/15 20/2
23/11 25/9 25/9 25/10
25/13 25/25 26/4 26/5
26/6 26/20 27/15 29/5
30/23 32/13 33/10
34/12 35/9 35/11
35/12 35/21 35/24
36/4 37/4 37/10 37/10
37/11 37/11 37/16
39/5 39/6 39/16 39/20
40/17 41/3 41/23 42/2
42/5 42/11 42/11
43/22 44/2 47/3 47/13
47/17 47/21 50/8
50/14 50/14 50/17
50/20 52/13 54/22
55/24 56/7 65/17
68/23 79/23 83/9
86/16 87/16 88/21
90/14 91/16 92/4 92/6
92/19 93/6 93/8 93/17
94/12 95/14 95/14
95/18 97/11 98/22
99/2 99/11 100/22
100/23 102/3 102/14
104/19 104/20 104/22
109/5 109/10 109/16
111/18 112/18 112/24
112/24 112/24 113/14
115/23 115/25 116/7
117/18 119/1 119/7
119/18 121/2 122/19
123/5 123/10 123/24
124/2 124/8 124/9
124/13 125/10 125/19
127/6 128/24 128/25
129/13 129/18 130/3
130/7 130/15 130/25
131/4 133/9 134/4
144/1 145/11 148/14
151/4 151/10 153/10
154/4 154/5 154/6
154/11 156/7 157/5
157/17 158/8 161/8
161/15 162/15 162/24
162/24 163/1 163/15
164/1 164/2 165/10
166/10 166/14 168/1
168/14 169/5 169/14
170/5 170/5 171/2
171/15 172/1 172/9
172/15 173/13 173/20
173/25 174/5 174/6
174/10 175/6 176/24
177/11 177/12 177/16

178/4 178/13 178/14
178/20 184/22 186/3
190/15 191/3 193/7
194/6 194/16 195/22
197/11 205/15 208/2
211/2 213/18 220/6
220/8 221/11 221/13
221/24 222/9 222/13
222/21 223/1 223/2
223/6 223/11 224/25
225/4 225/4 228/11
228/19 228/21 230/11
230/16 231/15 231/21
241/6 242/5 242/5
242/8 242/25 243/8
243/24 247/12 247/13
248/4 248/21 250/25
251/14 251/17 251/22
251/25 253/6 253/8
**nothing [18]** 19/3
21/7 33/17 56/16
72/13 87/21 129/19
131/6 131/8 131/8
138/7 138/10 148/22
162/21 163/19 208/6
229/3 251/9
**notice [3]** 220/18
220/22 227/22
**notified [1]** 92/25
**notify [1]** 85/12
**notifying [1]** 93/23
**November [42]** 15/3
17/8 17/9 17/21 28/3
35/18 36/3 37/13
39/18 40/1 49/12 54/8
79/23 107/1 160/4
192/18 192/18 192/24
194/12 195/7 196/11
198/4 198/10 202/2
203/11 203/21 204/25
205/12 215/15 215/16
215/17 215/18 218/22
224/9 224/9 245/12
245/16 245/16 245/20
245/20 247/7 247/8
**November 19th [1]**
203/11
**November 21 [1]**
160/4
**November 21st [2]**
39/18 54/8
**November 24 [2]**
35/18 36/3
**November 24th [1]**
49/12
**November 27th-ish
[1]** 15/3
**November 29th [1]**
17/21
**November 30 [1]**
224/9
**November 30th [2]**

245/12 247/8
**November 3rd [2]**
192/18 192/24
**November 5 [1]**
198/10
**Novo [4]** 202/9 209/2
209/2 209/7
**Novo.PDF [4]** 207/18
207/23 208/10 208/25
**now [147]** 4/17 5/5
6/14 7/23 9/10 10/25
14/15 14/23 15/9
16/16 16/20 18/1 18/6
21/17 22/5 22/11 28/3
30/10 31/21 34/3
35/18 37/13 39/3 45/7
46/10 46/15 51/17
52/14 55/25 56/3
58/25 59/17 64/11
65/1 66/6 71/6 71/9
71/19 72/3 72/16
72/23 73/10 73/20
74/19 76/4 80/16
80/17 81/7 82/2 82/15
82/20 83/5 84/1 86/1
87/3 89/4 89/11 91/6
91/20 92/1 97/23 98/7
100/12 100/19 101/8
101/15 104/20 106/13
108/9 114/23 116/19
116/20 127/20 134/1
144/4 147/14 148/2
155/2 158/14 159/8
160/24 161/1 161/3
162/11 162/12 165/21
167/1 167/3 167/11
171/6 171/11 178/7
188/17 189/5 190/4
192/18 196/19 197/2
198/3 199/23 206/1
206/6 206/14 209/8
212/6 212/14 218/4
219/1 219/20 222/8
223/14 224/17 224/19
224/21 225/13 226/2
226/22 226/23 228/20
229/25 230/21 235/9
238/18 239/24 240/1
240/16 244/19 245/6
245/8 245/8 245/15
245/24 246/11 246/12
246/20 247/4 247/22
248/1 248/22 249/1
249/8 249/17 249/19
249/20 250/3 250/16
252/12
**NSFI [1]** 180/25
**null [7]** 9/18 9/18
9/19 9/21 12/7 14/25
55/22
**number [94]** 4/11
4/17 4/20 6/5 17/1

17/6 24/1 31/9 32/4
32/20 45/22 46/1 46/5
63/18 64/11 64/17
64/20 65/3 65/4 70/24
71/1 80/23 87/18
87/19 104/4 112/15
112/23 113/4 113/20
120/9 123/22 145/16
146/24 147/2 147/5
147/6 156/3 158/15
161/25 167/20 167/21
168/1 172/5 184/22
185/1 185/12 185/18
185/19 185/22 186/4
186/7 186/25 187/3
187/24 188/14 188/17
191/25 195/1 195/3
195/3 195/22 196/2
200/17 200/21 200/25
201/7 201/8 201/15
201/23 201/24 201/25
202/7 202/9 205/25
215/10 217/25 218/12
218/16 218/18 218/20
233/15 235/16 238/16
238/18 241/20 241/21
241/21 241/25 242/1
242/15 243/2 243/4
243/22 248/10
**numbers [25]** 17/5
23/25 46/2 112/17
112/20 112/21 143/12
143/12 153/15 158/16
191/23 192/9 197/12
200/16 210/4 220/11
233/12 233/13 233/21
233/22 234/1 234/9
235/4 238/14 243/24
**numerous [1]**
217/22
**nuts [1]** 73/15
**nutshell [1]** 114/6
**NW [2]** 68/7 246/6

**O**

**Oak [1]** 71/3
**oath [2]** 3/17 33/19
**object [8]** 28/17
42/18 45/14 132/19
132/22 134/2 145/19
213/16
**objected [3]** 176/23
176/24 213/18
**objecting [3]** 145/21
219/22 236/14
**objection [82]** 15/18
20/22 30/14 50/24
51/14 52/19 54/21
55/6 55/15 56/9 57/17
57/21 57/23 90/16
90/17 90/18 92/22
107/16 123/12 128/5

132/10 132/12 132/13
132/15 132/16 133/11
133/16 133/21 134/9
134/17 141/18 142/6
145/21 163/24 164/5
165/22 168/23 185/4
185/6 185/8 191/10
191/12 191/13 191/16
198/21 199/2 201/3
202/20 202/23 202/25
204/8 204/10 204/12
206/19 206/22 206/24
209/11 209/14 209/16
211/21 211/23 213/19
213/22 213/24 217/3
217/4 217/7 226/20
226/21 227/13 227/16
227/18 228/14 228/22
228/24 229/14 229/18
230/18 232/14 232/15
232/17 236/18
**objections [10]**
166/5 171/3 176/22
177/7 177/11 230/15
232/22 232/23 233/3
233/4
**obligations [1]**
102/6
**obtain [3]** 21/20
137/3 142/24
**obviously [15]** 8/16
12/3 43/19 69/5 70/8
91/17 92/1 99/3
115/25 119/18 167/22
168/25 184/12 225/11
230/22
**occasion [2]** 142/2
190/9
**occupational [2]**
44/14 44/15
**occur [1]** 243/12
**occurred [8]** 23/11
23/20 39/7 40/24
123/7 190/12 190/14
235/25
**Ocean [33]** 20/13
20/16 21/2 23/4 35/7
35/16 36/2 36/3 36/18
39/3 39/15 41/15
41/19 41/21 43/5 43/6
43/20 47/25 49/8
49/15 49/23 49/25
54/17 55/5 56/14
159/21 201/25 204/4
204/21 205/4 205/21
206/11 224/20
**October [26]** 65/8
67/19 70/25 72/16
79/16 83/25 84/4 84/9
84/10 84/24 84/25
89/4 99/23 100/5
100/6 101/8 106/19

## O

**October... [9]**  106/24
128/13 135/11 201/10
209/23 215/11 215/11
215/13 215/14
**October 20th [1]**
89/4
**October 23 [1]**
70/25
**October 23rd [5]**
67/19 72/16 99/23
100/5 100/6
**October 24th [4]**
84/4 84/9 101/8
128/13
**October 25 [1]**
83/25
**October 25th [1]**
84/10
**October 26th [3]**
79/16 106/19 106/24
**October 30th [1]**
84/25
**October 5th [1]**
84/24
**odd [2]**  242/15 243/7
**off [18]**  6/4 28/14
66/4 72/25 89/8 96/25
126/3 134/6 140/7
140/8 186/3 194/9
195/16 231/3 231/13
234/6 234/7 248/2
**offer [3]**  119/16
120/24 185/3
**offered [1]**  57/20
**offering [2]**  141/12
158/4
**offers [1]**  141/16
**office [32]**  1/12 1/20
20/18 20/19 21/5
23/18 23/21 24/2
34/14 37/14 41/7
41/20 59/9 68/16
68/19 74/1 90/10
90/12 91/12 91/14
91/23 92/3 94/5 100/8
114/18 135/7 135/20
157/25 181/11 181/13
182/11 184/15
**officer [4]**  135/15
135/23 180/23 181/5
**official [3]**  1/23
189/3 254/8
**officially [1]**  135/10
**often [3]**  111/15
112/21 116/18
**Oftentimes [1]**
144/1
**oh [10]**  75/15 111/25
134/4 166/10 174/7
174/17 174/18 222/18

226/4 226/8
**okay [201]**  4/10 4/14
4/17 7/8 7/11 9/12
11/3 11/7 11/25 13/20
16/1 18/6 19/12 19/14
21/9 22/9 22/11 23/2
23/11 23/15 23/20
24/5 24/18 24/25
25/20 26/22 26/24
27/5 27/13 27/16 28/3
28/20 32/8 32/21
33/22 33/23 34/13
34/16 34/21 34/23
35/9 35/22 36/5 36/18
36/22 36/25 37/13
37/22 38/2 38/7 38/14
38/25 39/14 39/17
39/21 40/24 41/2
41/18 41/25 42/6
42/10 42/12 42/23
42/25 43/10 43/15
44/11 44/13 45/7
45/22 48/2 48/3 49/14
49/18 50/6 51/10
51/12 52/3 52/17 53/3
54/2 59/10 64/18
69/13 70/13 71/12
74/9 75/11 77/7 77/25
78/2 78/10 79/5 80/7
80/16 82/4 82/13 84/1
85/9 86/6 88/15 89/8
90/7 90/13 91/9 91/16
91/23 93/16 94/1
95/19 96/11 96/13
96/19 97/3 97/9 97/23
98/2 98/3 98/11 98/17
99/2 99/23 100/12
101/3 101/6 101/14
102/17 106/1 106/6
106/24 107/24 108/12
109/13 109/19 121/11
123/10 123/16 125/17
125/20 130/11 130/14
131/15 133/2 134/5
134/7 134/15 135/5
139/10 142/8 145/25
146/17 146/23 148/12
148/17 149/1 149/21
151/23 152/16 154/9
157/23 160/10 162/20
163/19 167/3 177/12
183/25 185/22 186/13
189/23 191/4 193/18
194/8 196/16 196/20
198/2 207/6 207/10
207/19 208/21 209/7
210/2 210/6 210/17
211/5 212/16 217/18
219/20 220/8 229/17
230/20 232/4 233/8
235/9 239/9 239/22
240/2 247/6 249/23

250/6 251/10 253/20
**old [1]**  73/17
**older [2]**  113/15
113/15
**on [361]**
**once [18]**  8/10 12/22
13/13 22/2 27/23
35/11 52/2 130/10
137/3 137/19 138/4
139/23 143/10 144/9
146/2 148/13 149/17
206/14
**one [124]**  4/10 7/17
10/16 11/18 15/19
17/20 20/24 22/7
22/19 22/25 23/5
27/10 28/20 30/17
32/9 32/11 36/12
36/13 41/24 44/2 47/7
47/9 61/16 61/24 62/2
63/8 63/13 63/15 67/7
67/14 69/18 70/8
71/15 71/17 72/2
72/19 73/5 84/7 89/22
90/17 92/12 98/12
106/8 106/9 107/17
109/14 111/8 114/8
114/20 116/20 118/20
118/25 119/1 120/6
123/22 125/9 142/1
143/1 144/16 145/20
153/11 153/23 153/25
156/4 156/15 159/11
162/11 163/15 165/9
165/10 166/9 166/18
167/1 167/2 167/3
167/12 171/21 173/10
174/20 177/14 180/25
184/12 184/14 192/9
192/22 193/9 197/2
197/25 198/22 199/2
205/4 206/17 209/2
215/2 216/9 216/15
218/16 222/14 222/15
226/1 228/9 229/8
229/11 229/20 231/5
234/21 235/7 235/10
236/13 236/25 237/5
237/12 237/18 237/23
237/24 238/4 238/6
238/23 239/2 241/17
244/7 244/21 247/19
248/4
**one's [3]**  11/15
230/4 237/5
**ones [3]**  15/15
113/17 221/20
**ongoing [3]**  41/11
137/23 147/18
**online [1]**  59/15
**only [39]**  11/13
12/21 13/10 13/15

19/20 25/11 26/9
29/21 31/9 31/9 39/1
48/18 52/6 56/14
63/23 119/2 129/15
147/19 153/18 156/7
157/3 157/8 158/13
158/21 161/8 163/18
166/6 168/4 171/3
173/10 177/6 191/2
193/23 214/20 219/23
222/15 232/2 249/15
252/2
**onto [2]**  98/14
147/15
**open [21]**  27/8 33/25
46/23 93/25 94/4
101/23 111/16 111/20
134/14 136/9 139/1
140/20 147/21 147/22
152/4 194/15 194/16
219/4 227/4 227/5
251/25
**opened [2]**  115/11
149/17
**operandi [3]**  162/23
170/23 170/24
**operate [1]**  59/7
**operates [1]**  110/18
**operating [4]**  49/8
49/16 49/23 145/8
**operation [1]**  117/14
**operations [2]**  140/2
182/12
**opinion [5]**  141/12
141/17 142/12 142/17
142/19
**opponent [4]**  154/11
165/1 165/3 170/7
**opportunity [4]**
70/17 122/6 192/11
235/24
**opposed [3]**  34/18
118/20 145/22
**opposite [1]**  165/1
**opt [1]**  40/5
**optimistic [1]**  253/7
**option [8]**  23/2
25/13 25/17 26/1
37/23 38/2 38/4
145/15
**or [214]**  5/15 5/19
6/15 7/5 7/18 8/5
8/10 8/10 9/23 9/23
10/21 10/22 12/6
12/24 13/19 14/24
19/18 22/21 25/12
25/18 26/25 27/8
28/25 30/3 30/6 30/6
30/18 31/7 31/25 32/1
32/23 32/24 33/10
34/9 34/18 35/6 36/2
36/20 38/3 38/5 38/12

41/5 41/5 41/24 42/1
45/8 45/13 46/7 46/13
46/16 46/18 47/6
47/23 48/25 51/22
58/22 59/6 59/24
62/10 62/11 63/6
66/12 67/4 68/19
69/14 70/15 78/1
85/13 85/17 85/20
88/12 89/19 89/22
90/14 94/12 97/4 97/9
97/11 97/12 97/13
100/20 100/24 101/3
102/15 104/17 105/18
105/24 106/5 106/10
107/4 108/12 110/23
111/18 112/5 113/4
117/11 118/2 119/15
122/17 124/22 126/24
127/21 130/7 134/7
135/17 136/18 137/9
137/13 138/13 138/22
139/1 139/4 139/5
139/17 140/12 140/12
140/13 141/10 142/9
142/11 142/23 144/10
144/16 144/16 144/17
144/18 144/22 145/5
145/10 145/12 146/22
147/5 147/7 147/16
147/22 148/14 148/19
150/6 151/21 153/12
155/11 155/16 156/20
157/8 157/9 157/16
158/22 159/11 161/25
161/25 162/1 162/19
163/5 163/6 163/8
163/19 165/7 168/11
170/16 172/15 172/16
173/10 173/25 174/16
177/20 177/20 177/20
181/23 181/23 184/18
184/18 190/19 190/20
190/21 190/22 190/24
195/3 196/7 201/16
203/17 204/20 205/16
208/1 213/8 215/10
218/9 220/9 220/18
220/21 222/1 222/3
223/2 223/16 223/18
225/4 225/13 226/15
234/3 234/4 240/24
241/6 241/13 241/19
242/5 242/20 242/21
243/2 244/6 246/23
250/25 251/14 251/19
251/21 253/10
**order [13]**  23/22
35/14 71/1 79/11
110/12 117/22 136/11
149/9 150/6 176/14
177/25 218/16 241/20

# O

**organized [4]** 181/15 182/14 182/16 182/18

**original [8]** 26/18 61/16 85/8 111/6 111/21 111/22 163/23 164/5

**originally [2]** 21/17 83/3

**other [87]** 9/5 13/15 42/7 42/21 47/1 68/13 68/17 70/6 70/6 70/15 75/23 76/3 77/17 77/18 78/19 81/17 81/17 82/1 83/5 89/5 109/23 109/25 112/1 113/1 116/6 117/6 118/4 120/5 139/10 140/4 141/1 142/10 142/18 146/19 147/7 150/16 151/1 154/11 154/22 155/8 155/13 155/17 155/21 156/10 156/20 158/1 158/5 158/10 158/14 158/16 161/9 161/10 161/25 161/25 162/1 162/6 162/25 164/11 165/6 166/4 170/2 170/21 172/12 175/4 175/5 177/2 177/11 177/17 182/21 191/3 193/9 194/9 194/10 195/18 200/1 204/19 205/1 219/24 221/9 221/20 222/3 226/13 227/11 231/5 234/11 234/21 244/5

**others [5]** 159/8 168/24 178/13 213/18 241/3

**otherwise [4]** 8/25 31/22 162/19 167/22

**our [34]** 5/9 5/12 11/21 13/21 14/24 18/20 18/25 19/2 41/24 52/22 53/21 71/15 72/13 86/17 90/15 97/25 101/18 105/10 108/19 109/3 134/16 136/23 139/2 139/20 139/23 143/10 144/10 147/22 152/18 155/11 218/25 225/9 252/15 253/9

**out [83]** 5/23 8/1 8/12 10/6 17/5 20/1 23/25 25/7 25/22 37/14 39/8 39/24 40/5 40/13 43/14 43/21

43/24 46/8 53/17 56/22 60/4 63/22 66/19 68/25 72/2 72/8 73/10 74/2 74/25 76/10 77/3 77/4 85/13 85/14 87/3 89/6 93/13 93/23 97/9 98/18 100/7 100/25 104/16 107/14 114/11 115/5 120/1 120/5 120/23 123/2 123/20 123/24 124/13 124/24 133/10 137/9 139/21 144/16 152/17 156/10 165/6 165/7 165/8 165/20 168/4 168/7 168/12 170/19 176/14 177/25 179/14 183/18 194/6 194/7 205/4 205/14 205/22 210/22 220/8 221/21 227/9 229/24 241/16

**outbound [2]** 82/18 206/2

**outlined [1]** 148/11

**outside [6]** 93/5 101/22 114/3 121/6 251/19 251/20

**over [33]** 7/8 18/19 39/22 47/16 47/21 58/20 59/8 72/10 73/9 75/9 75/13 75/22 75/24 77/18 113/13 120/3 128/12 131/3 142/2 142/3 154/21 161/12 161/12 161/12 161/12 161/13 161/13 178/12 230/22 232/1 248/25 251/25 252/18

**overnight [2]** 92/6 92/7

**overruled [23]** 15/22 55/9 92/23 123/13 145/23 165/24 166/3 166/7 168/23 176/22 191/17 199/5 201/5 227/6 227/14 227/19 228/15 229/18 230/15 230/19 232/24 233/5 236/19

**oversight [1]** 28/18

**owe [1]** 193/6

**owed [1]** 52/11

**own [18]** 20/11 42/6 42/15 46/21 59/2 69/7 78/19 86/17 92/18 94/4 94/5 115/23 115/24 116/12 116/12 119/15 123/16 130/2

**owned [3]** 47/25 89/14 89/14

**owner [19]** 47/9

47/14 58/8 92/19 92/20 93/8 93/17 93/23 123/5 123/10 124/16 124/25 130/3 192/4 201/14 214/13 246/12 249/17 250/4

**owner's [1]** 47/6

**ownership [1]** 47/10

**owns [2]** 47/4 93/10

# P

**p.m [42]** 5/19 12/13 14/3 24/16 65/24 66/13 67/19 75/22 99/14 99/16 99/23 100/4 101/25 102/9 103/3 103/3 105/2 105/7 106/19 152/21 179/2 179/2 179/6 196/11 196/18 197/18 204/25 205/7 205/8 205/14 206/6 207/7 207/24 208/1 209/23 219/6 231/1 231/1 232/7 244/21 252/9 253/25

**pace [1]** 253/13

**pack [1]** 7/6

**page [92]** 9/18 29/8 29/10 29/11 29/23 31/9 31/9 33/6 48/18 48/18 48/19 49/4 49/7 49/14 49/21 60/20 71/9 73/4 73/4 73/10 73/13 74/22 100/2 121/15 154/14 155/18 160/16 160/19 160/22 162/9 166/17 167/4 185/22 187/3 187/24 189/1 191/21 192/14 197/9 197/10 197/12 197/14 197/16 197/18 198/3 198/4 198/12 199/7 199/8 199/10 199/15 199/18 199/20 203/25 205/19 205/23 206/8 208/21 213/3 214/25 218/6 223/25 224/8 224/8 224/16 229/9 229/9 235/17 236/23 236/25 237/2 237/11 237/13 237/15 237/21 237/24 238/3 238/9 238/11 238/13 238/16 238/18 238/20 238/22 238/24 239/22 240/2 241/10 243/16 245/6 245/15 247/15

**page 30 [1]** 243/16

**pages [4]** 220/23 230/5 236/7 239/19

**paid [45]** 27/19

27/25 38/12 39/12 39/14 39/17 41/13 41/15 41/19 42/4 42/7 42/9 42/10 42/12 42/12 44/22 44/25 46/16 48/17 50/18 56/12 80/3 86/16 86/17 107/24 108/2 108/23 109/9 109/16 109/21 115/8 115/9 115/11 115/12 126/6 126/7 129/13 130/5 130/7 130/12 130/13 155/10 156/24 157/16 157/19

**pain [2]** 193/25 194/7

**Palm [1]** 1/18

**paper [1]** 153/25

**papers [5]** 62/23 62/25 63/3 63/9 120/8

**parcel [1]** 228/6

**Pardon [1]** 37/25

**parentheses [1]** 245/9

**parked [1]** 77/3

**parse [1]** 133/10

**part [24]** 23/8 23/11 23/12 77/1 111/3 111/5 111/11 120/2 121/17 136/8 136/9 153/12 154/5 154/9 168/17 176/17 212/24 214/3 218/4 223/2 224/2 225/4 227/21 228/6

**particular [35]** 20/14 104/19 137/12 146/6 146/25 147/8 148/2 148/19 154/20 155/7 156/12 161/9 167/21 172/13 182/10 184/1 202/3 203/23 204/19 208/12 208/19 208/21 212/3 212/25 214/21 214/25 216/11 220/22 224/7 229/3 244/7 245/2 245/25 246/5 246/11

**parties [3]** 219/15 222/9 251/21

**partner [2]** 91/9 138/20

**partners [1]** 151/19

**party [21]** 46/12 86/4 86/22 109/18 112/13 153/10 154/10 154/11 165/1 165/3 170/7 186/9 186/15 187/6 187/10 188/1 188/3 188/19 188/23 188/25 234/4

**pass [1]** 148/24

**passed [2]** 4/7 197/1

**passes [1]** 149/1

**password [2]** 140/19 145/14

**past [2]** 138/16 231/10

**Patek [14]** 58/15 61/5 61/6 61/9 62/19 63/1 71/16 72/20 78/23 78/24 79/10 88/18 112/6 112/19

**path [1]** 150/22

**paths [1]** 150/12

**patience [2]** 14/8 232/10

**patrol [1]** 135/15

**PAUL [3]** 1/6 104/4 156/17

**pay [17]** 8/4 22/21 38/3 38/4 62/19 63/11 68/22 69/5 88/22 91/16 115/3 115/20 118/1 124/17 125/13 125/15 193/12

**paycheck [2]** 115/14 115/14

**paying [7]** 13/4 46/18 54/16 72/22 97/7 157/21 185/1

**payment [23]** 10/18 12/8 12/10 13/12 13/22 18/3 20/5 20/13 22/23 37/7 49/18 54/18 55/21 71/23 73/24 87/1 109/2 128/23 128/24 159/9 172/17 213/15 217/16

**payments [5]** 42/17 48/8 156/17 217/18 251/2

**pays [1]** 174/14

**PDF [15]** 4/14 45/20 54/7 72/17 160/19 211/5 211/12 212/22 213/5 221/19 234/23 234/24 235/13 235/16 235/18

**PDFs [5]** 213/7 244/22 244/23 245/3 245/6

**peace [2]** 112/13 112/22

**pending [9]** 122/14 122/15 122/16 122/21 122/21 123/3 128/21 155/18 155/20

**penny [2]** 129/18 193/7

**people [27]** 14/10 44/8 70/6 72/5 78/19 89/20 90/11 90/13

**P**

**people... [19]**  90/14 114/11 116/6 117/6 117/22 118/4 119/2 119/13 120/5 121/23 124/3 124/16 125/6 153/11 161/10 163/8 210/25 227/12 237/9
**per [3]**  157/21 172/2 172/13
**percent [7]**  11/19 19/1 45/6 45/9 45/10 111/25 159/6
**perception [1]**  18/12
**perfect [5]**  62/6 66/3 152/11 159/22 159/22
**perhaps [1]**  225/12
**period [17]**  46/21 47/4 153/13 154/24 154/24 161/11 162/16 163/3 165/17 175/11 215/11 215/19 224/19 227/25 228/10 230/11 236/1
**periodic [1]**  42/17
**periods [1]**  113/11
**permission [5]**  93/6 93/17 98/22 109/6 109/7
**permit [1]**  251/14
**permitted [2]**  30/24 36/18
**perpetual [8]**  61/2 61/25 65/7 67/8 71/3 118/11 118/11 118/14
**person [20]**  10/8 36/20 46/18 46/24 47/13 99/3 99/5 100/19 100/24 101/3 101/5 108/16 114/16 142/11 153/13 155/5 168/11 214/17 242/2 248/20
**personal [3]**  11/14 40/14 42/6
**personally [1]**  21/2
**pertaining [1]** 156/12
**pertinent [1]**  52/6
**Petersburg [1]** 136/1
**Philippe [12]**  58/16 61/5 61/6 61/9 62/19 63/1 71/16 72/21 78/23 78/25 112/6 112/19
**phone [100]**  4/11 4/20 5/23 6/4 6/5 17/1 40/10 46/7 46/13 64/18 64/20 65/4 80/21 80/23 87/18

96/13 106/21 106/23 133/5 133/7 139/4 140/19 143/1 143/9 144/7 144/9 144/15 144/17 145/7 145/14 146/7 146/18 146/20 146/24 147/2 147/5 147/6 147/15 148/14 150/17 150/18 155/4 158/15 159/14 160/11 161/5 161/25 162/1 164/10 165/8 167/20 167/21 168/1 169/23 170/1 170/8 172/4 172/5 174/9 177/21 184/22 185/1 185/18 185/19 185/22 186/4 186/7 186/25 187/3 187/22 187/24 188/14 188/17 191/24 191/25 192/2 192/7 200/16 200/17 200/22 200/22 200/24 201/7 201/8 201/24 210/22 217/16 217/25 218/16 218/18 220/11 220/12 223/8 227/9 229/24 230/3 233/13 233/15 233/21 235/24
**phones [2]**  46/4 133/4
**phonetic [1]**  30/6
**photo [1]**  95/4
**photograph [1]**  63/7
**photographs [3]** 150/7 150/9 151/4
**phrase [1]**  166/1
**physical [8]**  47/1 47/17 59/6 59/10 86/8 133/17 145/6 152/2
**physically [2]**  34/12 140/20
**pic [1]**  195/25
**pick [8]**  78/15 78/16 79/3 79/9 81/21 81/21 92/10 92/12
**picture [17]**  13/25 14/1 59/25 61/25 62/19 63/9 64/23 65/10 71/17 73/17 82/17 82/18 98/7 98/10 98/11 149/24 205/21
**pictures [7]**  59/23 90/11 97/21 97/22 147/25 205/16 206/1
**piece [6]**  16/14 61/17 138/25 168/12 223/24 224/5
**pieces [2]**  112/25 177/25
**Piguet [8]**  58/15

61/1 65/6 67/7 71/3 112/5 118/11 119/9
**pills [1]**  194/6
**pin [1]**  145/17
**Pinecrest [1]**  1/21
**pink [2]**  76/12 183/10
**pixels [1]**  150/1
**place [10]**  30/12 43/8 89/8 98/1 101/16 106/7 106/9 144/4 144/21 159/22
**placed [4]**  4/23 55/14 55/18 56/3
**places [2]**  106/8 114/20
**placing [1]**  33/5
**Plaintiff [2]**  1/4 1/12
**plan [1]**  190/21
**plaque [1]**  97/20
**plaques [1]**  90/20
**plastic [1]**  113/16
**platform [1]**  120/13
**play [1]**  74/9
**played [1]**  74/11
**please [33]**  3/3 7/13 11/21 11/21 14/3 14/12 17/14 17/15 53/20 57/4 57/8 58/6 66/19 76/10 80/2 81/10 81/20 104/5 105/8 107/7 131/20 131/25 134/25 179/7 179/24 183/8 183/18 193/9 195/13 197/19 207/20 212/14 232/8
**pleased [1]**  24/19
**plenty [2]**  69/24 69/25
**plug [3]**  138/25 145/4 146/19
**plus [9]**  55/25 55/25 55/25 63/12 72/22 78/23 158/14 235/7 235/8
**point [62]**  6/17 7/22 14/5 15/12 15/16 15/19 15/25 22/9 23/20 24/18 24/25 26/5 26/7 30/17 34/24 34/25 37/17 38/25 39/8 39/21 40/4 41/23 42/20 45/15 47/1 47/25 50/6 50/21 51/7 51/11 51/12 51/23 55/9 56/8 66/19 71/23 74/6 76/10 79/22 85/9 94/3 96/13 100/7 106/16 107/13 119/25 144/7 144/24 147/22 154/5 172/25 176/2 177/17 178/10 183/18

205/14 220/6 222/24 224/24 225/4 231/12 252/18
**pointing [1]**  160/17
**points [2]**  11/16 162/10
**police [12]**  25/21 26/3 26/8 35/20 41/5 41/10 41/10 56/15 85/25 87/5 129/13 135/23
**polished [2]**  78/20 79/10
**pop [1]**  13/2
**popped [1]**  174/8
**pops [2]**  72/6 72/9
**portion [6]**  23/16 42/3 253/1 253/4 253/11 253/18
**position [4]**  159/4 162/15 171/25 172/19
**possesses [1]** 147/19
**possession [5]**  8/14 20/9 71/2 99/7 126/16
**possible [7]**  29/3 79/11 83/4 116/17 145/11 150/4 253/5
**possibly [4]**  88/19 89/1 97/4 97/14
**post [6]**  59/23 59/25 119/14 119/14 119/21 176/19
**posts [1]**  117/24
**potential [1]**  70/17
**potentially [4]** 156/10 182/7 184/6 244/6
**practically [1]**  76/21
**practice [2]**  5/2 249/21
**prefer [1]**  149/13
**prejudice [1]**  230/12
**prejudiced [2]** 177/11 231/21
**prejudicial [3]** 223/10 223/12 223/13
**prejudicing [1]** 175/6
**preowned [3]**  113/8 113/9 120/7
**preparation [2]** 39/11 190/22
**prepared [2]**  130/8 223/16
**prepares [1]**  154/22
**preponderance [1]** 225/5
**present [3]**  24/8 34/10 147/24
**preserved [11]** 191/14 191/17 227/13

227/17 227/19 229/14 230/15 230/19 232/23 233/4 236/18
**president [2]**  181/19 181/20
**presidents [1]** 181/23
**pressured [1]**  7/22
**pressuring [1]** 194/21
**pretty [5]**  7/7 106/1 114/4 117/16 147/17
**previous [8]**  9/17 14/17 47/5 176/6 191/13 220/1 222/4 232/22
**previously [6]**  57/16 84/1 132/9 191/8 199/15 200/16
**price [17]**  56/6 56/12 61/18 62/2 62/12 67/13 67/13 71/5 110/19 111/1 119/19 124/19 127/9 128/10 128/11 205/5 205/22
**prices [1]**  110/22
**primarily [1]**  43/10
**prime [1]**  181/23
**printed [1]**  168/20
**prior [7]**  19/23 38/24 135/12 135/23 140/16 191/14 231/6
**private [4]**  86/4 86/5 86/22 124/22
**probably [8]**  101/19 106/4 112/8 117/18 142/3 219/19 228/6 242/14
**probative [2]**  223/7 225/16
**problem [5]**  154/2 162/12 162/18 182/24 193/24
**problematic [1]** 244/12
**problems [1]**  175/5
**proceed [3]**  67/17 134/19 219/2
**proceedings [4]**  1/8 3/1 253/25 254/4
**process [4]**  8/19 9/6 9/8 78/19
**procure [1]**  11/9
**procured [3]**  172/16 176/4 235/21
**procurement [1]** 155/13
**procuring [3]**  155/2 156/4 211/13
**productive [1]** 251/24
**professional [2]**

**P**

**professional... [2]**
140/24 179/13
**proffer [5]** 157/24
157/25 159/13 168/22
219/19
**proffered [1]** 169/8
**proffering [1]**
142/14
**profile [1]** 69/3
**profit [4]** 35/16 45/6
45/10 45/11
**program [4]** 136/8
149/9 150/6 180/24
**promise [3]** 72/5
166/9 252/5
**promised [2]** 12/7
55/2
**promises [1]** 10/21
**promo [2]** 12/24
13/3
**proof [5]** 4/13 46/9
173/4 227/3 227/4
**proposed [1]** 26/25
**prosecutor [1]**
165/25
**protection [5]** 9/23
181/3 181/18 181/19
181/20
**prove [4]** 163/18
172/23 174/13 225/17
**proves [1]** 175/2
**provide [4]** 11/23
139/7 142/15 151/16
**provided [12]** 16/10
16/14 23/24 32/4
143/20 156/6 156/7
189/13 195/1 196/2
200/23 200/23
**public [2]** 18/11
48/25
**publish [5]** 48/22
48/25 57/25 185/9
203/1
**pull [3]** 221/20 226/1
241/9
**pulled [1]** 165/19
**pumpkin [1]** 219/11
**punctuality [1]** 3/5
**purchase [11]** 56/6
56/12 71/1 82/1 88/15
127/9 128/19 172/7
175/17 176/5 202/10
**purchases [1]** 46/25
**purchasing [1]** 44/3
**purely [1]** 244/24
**purport [1]** 230/6
**purported [23]**
128/14 172/5 201/8
201/12 201/16 202/1
202/14 204/2 204/5

206/10 209/2 213/5
213/8 213/13 235/13
235/18 236/5 237/22
238/25 242/16 243/13
250/21 251/2
**purportedly [5]**
54/16 83/24 201/21
241/11 251/4
**purporting [1]**
156/19
**purports [1]** 244/23
**purpose [3]** 191/2
191/3 227/23
**purposes [10]** 9/23
32/18 36/11 158/20
158/23 162/7 169/21
191/2 200/10 229/13
**pursuant [9]** 32/2
80/9 129/10 142/23
169/3 176/6 188/14
189/23 233/2
**push [2]** 9/16 98/14
**pushing [1]** 19/23
**put [31]** 4/25 4/25
5/2 7/8 27/2 30/9
31/8 63/22 104/25
112/25 113/4 118/2
118/10 120/4 120/4
120/21 120/22 140/21
143/11 144/7 155/6
158/6 165/21 167/9
176/14 177/1 198/25
199/1 200/9 237/18
251/19

**Q**

**qualifications [2]**
141/21 141/22
**qualified [1]** 137/25
**qualify [1]** 8/25
**question [15]** 29/18
30/3 30/9 32/9 75/10
92/24 99/2 113/1
113/3 153/10 167/13
208/4 208/5 226/19
240/16
**question's [1]**
118/15
**questioning [1]**
226/22
**questions [10]**
29/13 42/21 52/21
61/14 110/3 110/11
126/8 131/14 152/13
169/2
**quick [2]** 86/6
219/24
**quickly [2]** 171/9
220/14
**quietly [1]** 32/4
**quite [6]** 58/25 87/13
150/11 166/14 173/9

253/6
**quote [3]** 19/21
119/19 185/17

**R**

**R-E-C-I-E-T [1]**
199/13
**raid [1]** 20/20
**raise [3]** 57/5 131/21
228/1
**raised [3]** 166/6
171/4 171/4
**ran [3]** 18/4 19/2
96/8
**Ranches [7]** 65/16
75/22 76/1 76/17
77/14 237/20 238/7
**ransomware [1]**
139/17
**rapid [1]** 137/21
**rapper [1]** 71/20
**rappers [1]** 70/6
**rare [1]** 35/11
**rarer [1]** 119/7
**RASSIE [6]** 1/23
178/8 219/13 230/20
254/7 254/7
**rather [1]** 164/16
**rattling [1]** 7/7
**re [1]** 104/5
**re-announce [1]**
104/5
**reach [3]** 85/13
161/18 175/21
**reached [6]** 60/4
89/6 107/14 127/7
168/4 168/12
**reaches [1]** 120/1
**reaching [2]** 20/1
168/7
**read [10]** 11/11
31/10 32/5 33/7 71/25
140/13 140/16 140/21
212/23 234/7
**readable [7]** 140/22
146/18 147/15 147/19
147/24 148/18 149/21
**readdress [1]**
178/10
**reader [3]** 143/21
149/20 152/2
**reading [2]** 10/25
137/20
**ready [14]** 13/23
14/4 53/18 73/6 73/6
74/1 94/14 101/9
104/1 104/25 105/1
141/15 179/3 234/22
**real [11]** 86/6 90/6
111/9 111/12 111/19
124/16 124/25 130/25
131/9 167/21 174/17

**realized [3]** 22/2
85/3 173/14
**really [23]** 7/8 8/15
8/15 8/16 10/15 19/15
29/5 32/13 74/24 97/6
113/6 117/2 119/16
121/17 121/17 124/9
137/15 149/12 172/19
175/20 177/8 179/9
182/3
**realtor [2]** 75/15
76/2
**Realty [2]** 89/16
89/17
**reason [8]** 8/13
19/20 27/21 36/12
50/21 51/2 173/10
247/15
**reasonable [3]**
173/5 173/5 175/25
**reasons [7]** 36/13
133/9 161/22 165/24
166/11 227/7 230/14
**recall [25]** 16/7
22/16 22/18 24/3 27/6
28/6 30/3 30/11 31/6
34/8 35/20 35/21
35/22 37/16 38/14
39/3 40/3 40/8 40/16
40/19 41/25 42/3
44/12 205/4 244/6
**Recalling [1]** 104/2
**recalls [1]** 32/14
**receipt [56]** 84/12
128/14 128/22 129/10
154/22 155/6 155/9
157/21 160/25 172/6
173/10 176/5 195/25
196/13 197/19 197/25
198/1 198/8 198/15
198/20 198/23 198/24
199/12 199/17 201/12
201/17 202/1 202/10
204/3 204/5 209/3
209/7 210/8 210/15
211/8 211/9 218/22
222/10 222/14 235/13
235/19 236/6 236/23
237/14 237/16 238/25
239/4 239/6 239/10
239/12 239/14 239/16
241/10 243/24 243/25
244/10
**receipts [28]** 99/9
158/1 159/8 165/17
172/10 172/17 174/24
176/8 213/8 213/13
217/17 217/19 217/25
222/6 229/20 233/23
235/21 235/23 235/25
239/20 239/23 241/6
241/17 243/13 243/14

251/1 251/5 251/6
**receive [12]** 7/22
11/18 12/10 12/13
35/16 36/3 42/5 68/23
99/9 101/12 110/11
223/19
**received [70]** 2/8
4/6 6/15 13/15 17/13
20/13 34/24 37/19
39/3 42/3 42/14 46/10
52/5 54/3 57/24 58/1
65/3 71/23 73/23
82/11 83/15 85/8
85/21 129/7 129/10
129/15 129/16 129/17
130/1 131/4 132/21
133/11 134/18 134/20
140/4 141/2 141/3
151/5 182/13 185/9
185/10 191/18 191/19
201/25 203/1 203/3
204/13 204/15 206/9
206/14 206/17 206/25
207/1 209/17 209/18
211/24 211/25 213/13
213/25 214/1 217/8
217/9 222/5 232/18
232/19 232/24 232/25
233/5 233/6 251/6
**receiver [6]** 83/22
155/20 237/4 237/23
241/11 243/1
**receivers [2]** 238/8
239/7
**receiving [4]** 49/8
49/25 144/8 206/6
**recently [5]** 51/20
51/23 138/13 139/11
139/14
**recess [4]** 53/15
103/3 179/2 231/1
**recipient [2]** 218/10
218/13
**recognize [12]** 5/21
60/11 64/14 70/20
80/18 83/11 84/17
143/6 143/19 189/7
189/12 245/17
**recollection [7]**
28/25 29/6 30/12
31/12 33/17 48/8
48/17
**reconsider [1]**
139/25
**record [24]** 3/6 31/1
34/1 66/22 66/24
76/13 76/15 102/11
104/6 132/1 151/19
153/23 155/21 179/25
183/11 183/13 183/21
183/23 224/1 225/1
229/9 231/2 231/3

**R**

**record... [1]** 231/4
**records [15]** 52/3 189/3 217/1 218/5 222/16 222/17 222/18 223/13 223/25 224/2 224/3 224/5 224/8 225/3 225/5
**recover [5]** 5/3 20/11 20/19 151/13 203/22
**recoverable [1]** 151/12
**recovered [2]** 21/3 151/9
**recross [7]** 2/3 56/17 56/18 129/20 129/24 130/19 130/22
**red [1]** 243/19
**redacted [1]** 171/23
**Redd [1]** 70/7
**redirect [8]** 2/3 52/22 53/22 53/25 126/9 126/12 130/24 152/14
**reel [1]** 63/22
**refer [1]** 48/22
**reference [1]** 218/21
**referencing [1]** 62/17
**referred [3]** 37/1 67/4 243/3
**referring [7]** 61/19 64/3 71/14 78/22 81/9 153/17 197/11
**reflect [12]** 3/6 34/2 66/22 66/24 76/13 76/15 102/11 153/23 183/11 183/13 183/21 183/23
**reflected [2]** 251/2 251/5
**refresh [9]** 28/25 29/6 30/12 31/11 31/25 32/17 33/9 33/17 48/17
**refreshes [2]** 48/7 100/3
**refreshing [1]** 10/25
**refreshment [3]** 30/23 32/6 32/8
**refund [5]** 8/5 14/21 38/13 50/18 55/21
**refunded [3]** 13/14 14/25 27/23
**regarding [5]** 34/10 52/4 159/21 164/9 186/7
**regardless [1]** 177/19
**regards [1]** 151/8

**register [4]** 195/3 218/9 218/9 218/17
**registered [1]** 195/4
**registration [1]** 41/8
**reiterated [1]** 38/13
**relate [2]** 153/19 214/12
**related [4]** 72/13 97/16 97/17 158/23
**relates [4]** 140/5 171/15 240/19 250/21
**relating [1]** 154/3
**relation [1]** 222/16
**relationship [2]** 74/17 158/2
**relationships [1]** 87/14
**release [4]** 62/4 71/16 100/22 100/23
**released [9]** 99/10 100/16 100/24 108/16 109/2 109/6 109/8 109/12 109/20
**releasing [2]** 81/23 109/18
**relevance [3]** 45/14 154/15 154/15
**relevant [19]** 104/19 104/20 104/21 147/8 148/15 154/6 156/11 161/5 162/1 173/20 189/20 202/18 204/19 207/4 212/2 224/4 225/16 233/21 233/22
**reliance [2]** 173/2 175/19
**relied [2]** 131/2 169/15
**rely [2]** 142/19 157/1
**relying [3]** 78/19 170/5 191/12
**remain [4]** 24/13 27/20 57/5 131/21
**remaining [1]** 10/22
**remains [1]** 47/5
**remarks [1]** 164/9
**remember [15]** 13/11 13/12 13/13 16/12 17/24 24/11 31/8 43/19 77/5 95/19 95/25 105/18 106/17 123/7 162/17
**remind [5]** 3/16 17/17 91/21 101/21 102/5
**reminded [1]** 11/5
**reminder [1]** 19/11
**reminding [1]** 14/18
**remotely [1]** 144/19
**remove [2]** 140/20 143/25
**removed [2]** 26/8

171/21
**rent [5]** 91/12 91/14 117/15 117/16 117/17
**rents [1]** 89/19
**repeat [2]** 109/14 207/25
**rephrase [1]** 118/16
**replied [4]** 16/15 82/10 82/16 83/9
**replies [1]** 234/20
**reply [2]** 13/18 16/12
**replying [3]** 15/16 15/20 15/24
**report [13]** 85/25 85/25 87/5 87/6 143/21 148/5 148/6 148/21 149/19 149/20 151/21 152/1 152/2
**reported [4]** 1/23 112/3 112/8 112/15
**reporter [3]** 1/23 176/25 254/8
**represent [1]** 56/6
**representations [1]** 10/21
**represented [2]** 126/20 128/22
**representing [2]** 133/18 178/4
**Republic [26]** 155/19 160/15 164/24 166/19 166/23 167/1 167/6 172/5 202/1 203/19 204/3 205/10 206/10 211/2 234/17 235/2 235/10 236/5 236/23 237/14 237/16 238/25 239/25 241/10 242/9 242/24
**request [2]** 185/17 205/25
**requested [1]** 12/21
**require [1]** 10/18
**required [4]** 37/11 141/9 144/24 155/6
**requirement [3]** 136/14 137/15 138/4
**requirements [1]** 137/18
**requiring [1]** 13/9
**res [2]** 170/1 170/8
**reschedule [1]** 195/24
**research [2]** 101/22 251/20
**resell [2]** 41/21 50/11
**resend [2]** 12/8 17/19
**residence [1]** 21/24
**resides [2]** 137/5 140/17

**resolve [1]** 11/20
**resolved [1]** 236/15
**respect [7]** 11/21 157/7 161/16 165/22 176/22 229/3 231/17
**respectfully [1]** 173/20
**respond [10]** 7/12 7/14 7/19 17/21 18/5 19/12 78/13 82/4 139/17 193/3
**responded [31]** 60/18 61/15 62/10 62/12 63/11 63/16 63/24 64/1 65/5 65/12 65/21 66/4 66/5 67/14 71/18 72/3 72/8 72/23 73/8 73/10 73/11 73/16 73/19 73/21 73/21 74/4 74/4 75/11 80/14 81/20 107/21
**responding [4]** 106/14 107/13 107/21 107/23
**response [58]** 5/19 7/2 14/5 14/13 15/5 16/1 16/3 16/5 18/6 18/18 61/22 62/5 62/22 63/4 63/6 63/6 63/7 63/10 66/1 78/4 79/5 79/14 79/20 79/22 79/24 81/16 81/24 82/22 129/2 139/15 160/14 193/1 193/8 193/11 194/18 196/21 196/23 197/3 197/5 198/16 203/13 205/8 207/19 207/24 208/2 208/8 208/11 208/14 208/16 210/5 210/10 210/20 210/23 211/4 212/15 212/20 220/21 234/18
**responsibilities [2]** 136/21 180/18
**responsibility [2]** 139/24 240/18
**responsible [3]** 86/3 125/16 125/24
**rest [7]** 15/22 18/21 53/4 193/13 225/2 226/2 243/23
**restaurant [1]** 144/17
**resting [1]** 98/1
**result [13]** 8/19 10/1 61/13 127/11 129/13 168/6 184/5 184/17 186/6 203/6 225/1 240/22 241/5
**retail [2]** 59/21 59/22

**retain [1]** 113/10
**retire [2]** 190/11 251/15
**return [6]** 41/1 172/17 185/14 217/13 245/8 247/9
**returned [10]** 20/17 38/21 41/19 56/14 102/9 102/11 105/2 186/7 235/14 245/18
**revealed [1]** 155/4
**revelation [1]** 6/18
**review [2]** 218/4 233/9
**reviewed [5]** 160/2 168/15 189/5 221/18 241/8
**reviewing [2]** 217/19 234/10
**Richard [3]** 58/15 112/19 119/8
**rid [1]** 193/23
**right [150]** 7/23 11/17 11/24 22/2 22/25 24/7 26/1 26/7 28/20 29/20 30/8 30/10 30/19 30/21 30/25 33/21 35/6 35/12 36/23 37/5 40/7 41/21 44/23 46/10 50/15 52/12 52/13 54/20 56/1 56/8 57/5 60/23 63/8 65/16 66/4 70/4 70/9 73/10 76/4 81/1 84/2 88/7 88/8 89/11 90/8 91/6 91/12 91/20 92/3 92/9 92/11 92/18 92/20 93/18 94/5 94/7 94/15 94/18 94/20 95/12 96/15 97/1 97/10 98/9 98/23 100/8 100/14 102/12 106/14 107/1 107/2 108/6 108/10 108/22 108/23 111/7 111/22 112/4 113/6 113/7 114/4 114/10 114/21 115/6 115/21 116/1 116/8 117/15 119/3 119/7 119/11 119/17 119/21 119/21 120/9 120/16 120/24 122/1 122/7 122/13 122/19 122/23 123/8 124/9 124/17 124/20 126/6 126/15 126/18 127/3 129/8 130/9 131/6 131/11 131/13 131/21 133/19 148/10 150/7 150/13 150/15 150/23 151/13 151/16 152/4 153/9 154/1 164/21

(31) record... - right

**R**

**right... [22]** 168/3 171/23 173/24 177/24 178/1 185/21 192/16 204/2 205/20 219/20 224/4 228/6 228/14 228/24 228/25 229/2 229/4 231/15 242/1 242/2 243/23 253/17
**rise [12]** 52/24 53/14 53/18 101/24 103/2 105/1 105/6 152/19 179/1 219/5 232/6 252/8
**RMR [2]** 1/23 254/7
**RMR-CRR [2]** 1/23 254/7
**road [7]** 32/19 59/9 65/17 66/5 89/9 89/10 89/12
**ROBERT [2]** 1/20 1/20
**rock [1]** 90/13
**Rodney [2]** 1/24 254/8
**Rodriguez [5]** 25/1 26/22 26/25 27/17 35/3
**role [2]** 148/2 148/12
**Rolex [5]** 58/15 112/5 112/11 112/12 116/22
**Rolexes [4]** 112/11 112/12 112/19 113/15
**Ronald [11]** 10/7 11/12 11/19 13/24 36/15 224/19 246/14 247/23 248/20 249/18 250/5
**room [10]** 1/24 23/17 23/17 24/5 24/9 144/11 144/12 144/22 252/5 254/9
**rose [12]** 62/10 62/11 62/12 62/19 62/21 63/8 72/21 78/23 78/24 79/9 120/21 194/2
**ROSENBLATT [9]** 1/20 1/20 21/9 28/20 31/5 31/13 33/22 34/4 104/12
**Rosenblatt's [1]** 33/18
**roughly [5]** 202/2 204/4 206/13 206/17 235/20
**route [1]** 19/15
**routers [1]** 137/1
**routing [13]** 208/23 210/4 235/3 241/20

241/21 241/25 242/14 242/18 242/19 243/2 244/5 244/6 244/8
**Royal [2]** 1/18 71/3
**rule [9]** 158/20 161/18 169/22 175/6 175/7 178/2 178/6 231/10 231/16
**ruled [2]** 171/6 231/7
**rules [5]** 30/24 31/22 32/2 167/14 169/3
**ruling [2]** 176/7 191/14
**rulings [6]** 169/1 177/9 178/14 231/6 232/22 233/3
**run [7]** 36/7 37/2 38/18 39/1 116/14 116/15 121/2
**running [2]** 11/15 211/7
**runway [1]** 230/23
**rush [5]** 11/20 11/20 12/11 12/12 79/13
**Ryan [23]** 212/7 212/20 221/3 221/9 221/23 222/1 222/3 222/5 222/6 222/14 222/23 223/2 224/17 244/16 245/7 245/7 246/8 247/1 247/11 247/21 249/5 249/8 250/16

**S**

**safe [7]** 92/21 93/13 93/14 93/21 93/23 193/13 195/19
**safes [1]** 93/25
**safety [1]** 25/25
**said [86]** 4/11 5/15 6/14 11/9 12/24 13/12 15/2 15/20 18/25 19/2 19/3 19/7 22/11 25/6 26/11 29/16 29/21 30/15 30/22 33/19 33/20 35/19 37/14 38/5 38/6 39/8 43/5 43/22 45/22 46/10 51/12 55/25 59/2 62/1 62/2 63/15 63/17 63/23 65/22 66/2 66/5 70/9 70/19 72/9 73/15 75/12 75/15 76/20 78/2 78/5 81/25 82/17 85/5 85/7 87/5 88/25 89/8 89/9 91/20 95/1 95/11 114/23 118/23 122/10 128/21 130/24 156/25 159/3 163/7 169/3 173/13 192/21

192/22 196/4 196/20 196/24 196/24 196/25 197/23 209/6 228/3 231/3 231/23 235/1 242/18 244/11
**salary [2]** 115/4 115/5
**sale [18]** 18/4 26/11 26/14 35/15 50/14 50/19 60/1 60/9 69/5 69/6 70/25 70/25 98/14 98/19 100/18 124/21 125/2 127/23
**sales [4]** 59/15 115/9 116/4 116/5
**salesman [1]** 50/2
**salesperson [3]** 8/16 86/24 126/18
**salvage [2]** 12/15 55/12
**same [33]** 17/10 49/7 61/8 66/6 67/9 115/24 116/1 143/15 154/13 164/11 165/18 166/11 188/4 191/16 195/18 210/23 219/3 219/3 222/9 224/18 224/19 225/20 228/22 228/24 229/2 229/17 229/18 238/6 239/18 245/18 246/17 248/21 252/4
**Sandisk [1]** 143/20
**SANS [3]** 139/11 141/5 141/8
**sat [1]** 67/5
**satisfied [2]** 170/25 173/18
**satisfies [1]** 162/7
**satisfy [1]** 174/12
**save [1]** 124/17
**saved [2]** 191/23 220/1
**saw [10]** 4/15 18/4 20/20 25/19 42/15 70/17 73/13 122/6 187/21 247/19
**say [72]** 3/7 4/17 7/16 7/21 13/1 24/15 30/20 33/4 33/15 44/20 45/8 59/17 60/15 61/24 66/15 69/10 69/25 74/21 79/18 89/1 95/14 95/14 96/8 96/24 100/13 106/6 106/16 114/25 119/21 124/9 139/4 139/6 139/24 140/10 144/6 144/15 144/19 144/22 145/9 145/13 148/12 149/15 158/1 158/12 160/2

163/15 164/4 165/8 166/23 167/10 167/15 168/14 169/2 169/7 172/2 172/13 174/19 175/17 182/20 195/20 196/7 196/18 198/6 198/14 198/16 210/7 211/1 222/13 229/15 242/8 248/1 253/8
**say, [1]** 174/17
**saying [31]** 11/25 12/1 19/6 30/2 33/21 37/10 38/14 43/21 44/1 64/3 64/4 65/3 77/17 82/2 122/17 159/7 161/3 163/10 163/12 165/13 167/24 169/5 170/17 171/2 174/10 174/11 177/19 196/19 221/24 225/25 231/17
**says [34]** 7/11 9/10 9/18 9/18 9/21 30/11 33/11 61/19 65/8 71/6 80/16 122/13 128/21 167/3 167/4 187/13 192/22 196/12 198/2 198/9 198/23 198/23 209/4 210/3 210/12 210/19 211/2 230/2 234/16 234/19 234/22 235/6 244/25 246/22
**scammed [1]** 85/10
**scanned [2]** 150/10 151/5
**scanning [1]** 150/20
**scene [4]** 135/16 140/25 142/1 142/2
**schedule [1]** 179/16
**scheduled [1]** 6/17
**scheme [4]** 172/24 173/1 173/6 174/12
**school [3]** 69/16 135/25 169/25
**science [1]** 136/8
**scientific [1]** 142/9
**scope [2]** 54/23 55/8
**score [1]** 8/22
**screen [2]** 6/1 202/12
**screenshot [13]** 14/17 17/16 17/19 18/14 19/9 23/25 62/14 74/2 82/20 197/19 198/7 205/24 207/9
**screenshots [1]** 221/14
**screenshotted [1]** 16/9
**scrub [2]** 235/24 250/23

**sealed [2]** 72/6 144/1
**Sean [77]** 1/7 5/25 6/2 6/5 6/11 7/14 16/16 22/3 22/19 23/8 24/10 40/13 47/21 60/4 60/16 62/5 64/17 64/20 64/23 66/16 66/17 66/23 69/11 77/13 78/14 80/8 80/21 81/8 82/5 83/9 88/7 94/15 94/17 95/1 95/7 96/1 96/7 96/13 97/3 97/14 97/20 98/7 98/14 98/23 100/7 101/8 107/11 107/14 107/21 107/24 109/12 121/14 123/5 123/10 128/19 130/5 183/4 192/10 192/16 193/12 193/25 194/16 194/24 195/9 196/12 198/1 202/4 202/16 203/8 203/12 203/17 203/18 204/6 206/16 206/18 218/21 233/19
**Sean's [1]** 81/8
**search [15]** 119/2 119/4 133/4 142/23 148/11 148/14 148/19 189/19 189/24 190/1 190/2 192/11 203/6 230/1 230/3
**searchable [1]** 146/14
**searched [1]** 160/3
**searches [4]** 119/3 202/17 207/3 209/20
**seat [1]** 105/3
**seated [13]** 3/4 53/4 53/20 57/9 102/1 105/8 132/1 152/22 153/4 179/8 219/7 232/9 252/10
**second [23]** 1/21 48/19 72/19 77/20 78/22 82/6 143/18 143/23 153/23 153/25 157/6 161/14 166/9 187/3 199/24 203/25 205/5 207/13 213/3 215/7 215/7 231/8 242/8
**seconds [1]** 174/18
**Secret [24]** 135/4 135/7 135/8 135/11 135/21 136/2 136/19 136/22 138/1 141/4 180/13 180/14 180/16 180/19 180/21 181/1 181/1 181/5 181/17 182/1 182/8 240/17

**S**

**Secret... [2]** 241/2 241/13
**secure [2]** 137/3 144/9
**secured [2]** 119/19 137/4
**security [7]** 9/23 36/11 114/14 114/15 136/6 136/10 139/14
**see [78]** 5/17 6/1 9/18 9/19 11/3 11/20 14/7 28/14 30/10 32/7 32/8 32/20 48/7 48/20 49/10 49/21 52/23 53/3 53/12 65/12 65/21 66/17 68/1 71/19 72/6 73/4 73/7 75/1 75/18 76/8 76/24 77/2 78/14 81/17 82/2 97/20 101/19 102/13 102/20 103/1 110/21 112/8 117/11 118/18 118/25 122/13 132/25 146/19 149/24 152/19 160/6 166/2 166/10 166/10 166/16 176/18 176/20 183/6 183/15 187/20 190/11 194/15 201/15 205/16 219/5 221/19 221/21 230/24 235/2 242/4 243/2 243/2 244/8 244/21 250/25 252/8 253/20 253/22
**seeing [1]** 77/5
**seeking [3]** 159/8 165/14 220/7
**seem [2]** 176/18 178/18
**seemed [1]** 37/20
**seems [1]** 164/8
**seen [11]** 14/15 75/16 76/21 85/3 157/3 187/18 200/17 200/25 201/24 202/7 213/10
**sell [24]** 43/10 44/17 58/14 81/15 86/4 86/23 87/17 93/19 93/20 95/13 96/4 108/20 110/23 116/6 116/12 117/4 119/16 121/23 124/3 124/14 126/14 126/16 128/9 130/3
**selling [16]** 47/13 50/16 86/9 86/13 93/9 93/21 119/7 119/8 121/4 123/2 123/18 123/23 124/2 124/10

126/20 126/25
**send [48]** 9/5 13/24 13/25 15/7 15/17 17/10 17/12 17/16 19/8 46/9 62/14 63/17 63/21 65/10 67/21 67/22 67/25 68/12 71/6 71/10 74/2 74/2 74/6 75/18 76/6 77/16 77/16 81/20 82/18 98/12 99/11 101/12 125/14 150/17 155/12 195/22 197/19 201/8 201/15 203/17 205/1 207/7 209/24 212/10 212/20 235/7 241/22 241/22
**sender [2]** 202/3 202/15
**sending [18]** 14/16 18/11 46/10 46/12 65/15 67/16 72/19 73/20 81/7 159/20 173/23 175/3 193/18 203/20 206/4 212/6 217/25 221/3
**sends [2]** 207/11 235/15
**sense [4]** 139/9 158/8 219/18 230/4
**sent [123]** 4/11 4/17 4/18 4/19 6/17 11/12 12/14 13/22 14/1 14/17 14/18 16/20 17/5 18/13 18/14 18/19 18/22 18/24 19/5 19/13 19/14 30/4 34/11 34/13 34/15 34/15 40/16 41/23 60/8 60/14 60/17 60/19 61/25 62/15 62/18 63/22 65/7 65/14 65/24 67/9 67/13 71/17 72/3 72/9 72/17 73/17 80/15 81/6 81/25 82/9 82/10 82/16 82/17 83/24 84/1 84/9 84/13 85/19 85/20 95/4 98/7 98/10 99/11 99/13 99/16 99/25 100/3 122/16 122/17 122/20 122/22 128/14 129/2 129/4 129/6 130/14 151/5 155/6 155/10 155/11 156/18 160/5 160/20 160/23 172/16 172/17 173/11 173/21 173/22 174/9 174/24 184/13 197/24 198/7 201/18 201/18 201/21 202/9 204/5 205/3 205/8

205/10 205/24 206/1 207/16 207/22 208/10 208/25 209/7 209/9 221/22 222/8 223/16 224/17 233/23 234/24 235/11 241/11 244/19 244/22 245/6 249/8 251/1
**separate [2]** 133/8 162/5
**SEPTEMBER [1]** 254/7
**serial [8]** 112/15 112/17 112/20 112/21 112/23 113/4 113/20 120/9
**serious [1]** 193/25
**servers [1]** 172/8
**service [26]** 135/4 135/7 135/9 135/11 135/21 136/2 136/19 136/22 138/2 141/4 180/13 180/15 180/16 180/19 180/22 181/1 181/1 181/5 181/17 182/1 182/8 186/21 188/7 240/17 241/2 241/13
**services [2]** 157/16 157/19
**serving [1]** 135/15
**set [8]** 17/6 23/18 66/11 86/18 120/15 128/4 128/8 202/11
**settle [1]** 127/25
**seven [1]** 105/24
**several [7]** 6/22 38/13 40/17 117/6 117/9 200/19 241/15
**Seybold [17]** 91/24 92/10 92/12 94/6 105/17 105/21 106/11 108/6 113/25 114/2 114/2 116/14 117/9 119/23 121/3 121/5 121/9
**shall [3]** 3/7 166/23 169/1
**shape [2]** 223/2 223/17
**Shara [4]** 17/24 19/4 36/15 37/1
**she [59]** 17/6 17/21 17/23 18/19 19/5 19/5 19/6 19/12 19/18 19/23 19/25 23/18 24/1 37/20 38/7 46/1 46/2 46/10 73/18 76/11 77/15 78/5 82/10 83/9 84/1 95/3 95/4 95/5 101/12 129/3 155/4 155/5

155/6 156/23 157/19 157/21 159/8 159/9 159/11 160/2 160/2 160/11 160/11 167/2 168/16 169/18 183/9 193/14 193/16 193/18 206/17 206/17 207/11 209/6 210/1 211/1 211/2 212/8 221/17
**she had [5]** 23/18 46/2 77/15 84/1 155/4
**she'll [1]** 160/12
**she's [8]** 13/18 81/3 155/2 156/4 160/10 167/8 183/10 206/6
**sheet [1]** 154/14
**shell [1]** 76/25
**sheriff's [7]** 20/18 20/19 21/4 41/7 41/20 184/3 184/15
**shipped [1]** 71/6
**shirt [2]** 66/21 66/21
**shit [1]** 195/18
**shoot [3]** 70/4 70/10 81/9
**short [3]** 19/14 33/4 57/2
**shot [1]** 122/4
**should [22]** 6/14 6/20 15/21 102/14 120/20 145/22 152/10 152/11 164/20 171/15 171/21 171/23 177/1 196/4 222/13 231/11 240/23 242/24 243/9 251/22 252/15 252/16
**shouldn't [4]** 102/16 102/17 154/5 243/19
**show [29]** 5/21 6/2 44/13 48/2 60/10 64/13 67/6 70/19 75/15 77/18 80/11 80/17 83/11 92/2 93/1 99/1 100/1 122/10 137/16 159/10 159/10 185/18 189/6 195/25 207/6 214/10 225/14 233/9 234/4
**showed [8]** 23/25 40/6 44/10 45/20 66/13 67/11 85/5 121/15
**showing [19]** 30/10 45/19 54/2 54/7 54/10 76/19 84/17 127/11 128/13 143/5 143/18 191/7 203/25 206/14 213/3 217/11 234/10 236/3 244/14
**shown [8]** 4/11 57/16 132/9 191/8 213/7 223/17 242/21

242/25
**showroom [1]** 14/2
**shows [7]** 49/4 81/18 156/22 160/19 205/21 205/24 224/10
**shut [3]** 27/8 32/24 210/25
**Sick [1]** 71/18
**side [11]** 14/24 60/21 60/23 156/4 159/7 165/2 177/3 177/5 178/15 178/19 229/3
**sidebar [5]** 28/11 32/24 33/21 132/20 132/23
**sign [3]** 11/12 18/2 38/18
**signals [1]** 144/6
**signatory [4]** 27/13 214/19 214/20 216/11
**signature [4]** 214/15 214/18 216/8 216/15
**signed [2]** 18/20 47/14
**signer [1]** 36/20
**signers [1]** 215/3
**significant [1]** 145/16
**similar [16]** 110/21 158/16 162/20 162/21 162/23 163/14 164/11 166/5 190/8 200/12 215/2 220/16 220/23 230/7 245/8 251/13
**similarity [2]** 165/7 223/5
**simple [1]** 169/18
**simply [2]** 29/18 251/16
**since [9]** 5/14 6/21 11/14 18/1 78/15 135/22 148/24 169/24 180/16
**singer [2]** 69/15 121/19
**single [1]** 125/9
**sir [60]** 3/13 3/15 3/16 3/19 20/1 21/10 28/9 28/20 28/21 29/10 29/23 30/13 31/10 31/21 32/10 32/21 33/4 34/4 42/24 53/3 53/9 53/10 53/11 53/16 53/17 53/22 56/21 56/22 57/2 57/4 57/11 58/6 60/3 90/19 102/10 102/12 102/20 104/2 104/25 105/3 131/15 131/18 134/25 141/14 143/3 143/5 149/6 152/12 152/17

**S**

**sir... [11]** 153/23 159/18 165/5 178/2 179/5 200/5 229/25 232/5 232/12 236/21 253/24
**sit [1]** 53/16
**site [1]** 116/19
**sitting [1]** 99/21
**situation [2]** 12/15 12/18
**six [1]** 251/10
**size [4]** 106/4 116/22 120/22 244/3
**skeleton [3]** 61/18 61/23 73/13
**skeletonized [1]** 61/1
**SKKKKK [5]** 192/8 192/19 194/23 195/4 218/23
**sleep [3]** 78/6 82/2 194/17
**sleeping [1]** 195/24
**slide [1]** 126/3
**slightly [1]** 31/17
**small [6]** 13/3 13/4 13/5 19/8 72/14 73/12
**smaller [1]** 136/13
**smile [1]** 3/7
**Smith [2]** 1/24 254/8
**SMS [2]** 139/5 172/3
**snippet [1]** 159/10
**snow [1]** 149/11
**so [360]**
**social [8]** 59/14 59/17 59/20 60/4 116/20 116/21 117/19 117/23
**societies [1]** 140/24
**society [2]** 137/22 138/11
**software [7]** 137/7 139/2 145/13 146/3 146/9 147/22 147/23
**sold [6]** 50/19 68/20 86/21 111/1 126/21 127/2
**sole [1]** 216/11
**solo [1]** 89/23
**solution [3]** 8/2 11/6 17/17
**some [51]** 10/17 11/3 14/19 24/18 31/9 34/2 34/25 39/21 40/6 43/22 51/11 51/23 58/25 67/3 70/6 73/21 73/22 77/3 78/19 87/13 87/14 89/22 94/3 94/9 96/2 96/13 96/20 97/12 97/14

97/22 106/16 107/13 112/13 113/13 113/15 119/12 120/12 141/20 147/25 156/14 163/17 163/18 165/7 169/11 175/17 200/16 215/8 219/1 219/8 223/22 225/2
**somebody [27]** 12/19 44/21 46/13 46/13 46/15 69/9 69/10 93/12 99/4 100/17 100/22 101/3 106/6 106/10 108/23 109/6 109/21 116/22 119/16 119/22 121/3 123/16 123/18 147/19 173/12 178/18 206/4
**Somebody's [1]** 116/18
**somehow [2]** 178/4 223/21
**someone [19]** 8/25 34/9 34/20 36/2 37/1 43/24 43/25 44/6 78/16 115/14 116/23 124/10 163/6 168/12 168/14 169/6 203/8 206/4 214/18
**something [38]** 5/15 7/5 12/25 24/15 25/12 26/24 30/6 30/11 30/18 32/17 37/22 61/11 62/15 97/6 97/16 101/10 104/16 109/4 116/18 118/2 118/21 119/16 121/16 125/4 146/18 150/5 152/7 157/1 162/20 162/23 174/8 174/8 196/19 206/6 207/12 223/11 230/9 241/18
**sometimes [5]** 47/17 111/17 111/20 113/3 113/12
**somewhat [1]** 224/24
**somewhere [2]** 95/5 119/23
**son [3]** 17/20 67/23 81/14
**song [4]** 31/25 63/22 71/14 154/14
**songs [2]** 69/17 193/22
**soon [6]** 6/25 7/25 74/1 75/18 76/5 79/11
**sorry [16]** 9/11 18/5 49/21 61/23 81/7 82/5 82/16 91/4 109/14 118/23 131/7 199/18 216/13 223/16 228/17

230/17
**sort [2]** 31/9 116/3
**sought [2]** 25/3 188/14
**source [4]** 116/12 117/1 119/19 136/9
**sources [1]** 226/13
**south [5]** 114/9 181/15 181/23 182/14 182/16
**SOUTHERN [1]** 1/1
**Southwest [7]** 65/15 75/22 76/1 76/17 77/14 237/19 238/7
**space [2]** 91/14 244/9
**spacing [2]** 244/1 244/7
**spaghetti [1]** 32/1
**speak [8]** 3/20 13/19 15/15 57/13 80/2 107/7 132/1 180/4
**special [8]** 1/10 176/3 179/19 180/8 180/12 180/12 180/21 229/15
**specialized [3]** 137/14 142/10 142/11
**specific [12]** 47/16 134/6 140/5 148/9 151/18 151/19 152/4 172/1 176/22 181/12 200/9 244/17
**specifically [11]** 11/7 51/4 137/23 156/4 156/16 165/19 167/4 167/8 177/2 183/1 199/16
**specificity [1]** 245/12
**specifics [2]** 136/9 137/11
**spectating [1]** 97/8
**speculation [4]** 50/24 51/14 92/22 123/12
**speed [1]** 55/8
**spell [3]** 57/9 132/1 179/25
**Spelled [1]** 199/13
**spend [2]** 24/2 231/11
**spent [5]** 5/9 5/12 94/20 135/17 138/9
**split [1]** 13/22
**spoke [11]** 6/13 7/18 17/24 19/4 79/25 95/7 95/9 107/6 116/19 129/3 233/8
**spoken [3]** 18/7 109/24 176/9
**sponges [1]** 194/20

**spot [1]** 79/12
**spotty [3]** 31/2 31/3 33/19
**squad [2]** 182/10 182/12
**squads [1]** 181/12
**squarely [2]** 154/24 165/17
**St [1]** 136/1
**stack [2]** 236/4 239/22
**staff [1]** 16/6
**stainless [1]** 62/12
**stand [6]** 57/4 72/5 134/6 158/11 162/25 163/15
**standalone [1]** 89/11
**standard [2]** 5/2 205/15
**standby [1]** 178/18
**standing [3]** 57/5 131/21 219/20
**stands [1]** 186/2
**stars [3]** 90/13 90/25 97/21
**start [18]** 81/5 134/15 159/22 161/21 163/22 163/23 185/12 186/21 188/7 192/14 212/6 219/17 232/1 232/2 243/6 243/7 252/3 252/6
**started [17]** 17/3 41/11 58/24 69/7 86/19 88/12 89/4 121/13 132/8 135/10 135/13 135/14 138/3 138/3 165/23 184/2 184/3
**starting [7]** 9/8 135/19 158/17 223/25 230/23 244/20 252/24
**starts [1]** 159/19
**state [11]** 6/11 28/24 57/8 82/15 131/25 142/12 179/24 181/21 190/19 194/14 199/16
**stated [12]** 31/5 135/2 157/2 161/22 165/24 193/5 193/20 199/10 200/11 227/6 227/7 231/12
**statement [30]** 84/21 84/22 165/3 168/17 168/18 168/21 170/4 208/11 215/10 215/16 221/22 224/9 224/12 224/14 224/18 244/25 245/1 245/2 245/12 245/15 245/18

245/25 246/5 246/8 247/7 248/17 249/17 250/3 250/12 250/17
**statements [20]** 158/23 159/12 159/15 165/1 170/7 215/8 216/18 221/4 221/7 221/11 221/22 222/11 222/24 223/15 223/19 225/12 225/14 245/8 249/7 250/23
**states [20]** 1/1 1/4 1/11 1/12 104/3 104/8 109/25 135/4 135/7 135/8 135/20 136/19 138/1 141/4 157/24 180/13 180/14 182/7 229/9 241/2
**status [6]** 69/1 122/13 122/15 122/21 128/21 155/20
**Statute [2]** 173/2 175/17
**stay [6]** 25/7 25/19 102/12 179/15 193/25 251/11
**stead [1]** 36/21
**steel [2]** 62/11 62/12
**STENOGRAPHICALLY [1]** 1/22
**step [8]** 3/16 40/24 53/2 56/22 72/6 131/15 131/16 131/20
**stepfather [1]** 91/2
**steps [5]** 23/22 41/4 148/7 184/9 184/14
**Steve [11]** 153/20 163/3 163/4 163/24 169/13 169/14 170/12 170/14 171/15 171/24 177/15
**Steven [6]** 155/19 162/21 162/22 165/6 236/6 237/5
**stick [1]** 174/16
**still [26]** 3/17 6/13 11/18 12/2 18/4 37/11 41/24 52/11 60/19 61/15 65/25 78/15 78/20 94/6 99/15 99/21 102/14 113/17 122/16 125/2 130/11 152/7 164/8 177/7 178/16 226/20
**stipulate [1]** 178/13
**stipulated [7]** 155/1 169/13 171/16 171/16 172/9 175/1 220/9
**stipulation [3]** 171/19 220/10 252/22
**stock [3]** 62/4 120/6 121/1

| S | | | | |
|---|---|---|---|---|
| **stocks [1]** 110/21 | **subsequent [1]** 181/5 | **survive [1]** 161/18 | 154/21 165/4 179/12 | **template [2]** 167/5 234/17 |
| **stolen [12]** 85/25 87/6 112/1 112/3 112/8 112/15 112/24 113/22 140/11 140/13 144/16 144/17 | **subsequently [1]** 162/15 | **suspicion [1]** 123/11 | **taking [7]** 24/22 93/1 109/16 139/25 159/13 172/19 246/11 | **temporarily [2]** 19/2 55/19 |
| **stood [1]** 164/16 | **substantive [12]** 156/14 161/17 162/9 162/13 163/19 170/3 170/22 172/12 172/20 175/10 175/14 178/2 | **suspicious [2]** 123/25 124/1 | **talk [20]** 49/1 72/14 73/12 74/19 102/16 102/17 137/23 143/23 163/2 163/12 185/16 185/18 196/20 196/24 200/17 201/7 240/16 251/17 251/21 251/22 | **temporary [6]** 11/6 13/13 14/18 14/22 17/17 19/3 |
| **stop [4]** 78/14 144/5 144/8 242/8 | | **sustained [13]** 15/19 15/21 20/24 42/20 45/15 50/25 51/15 52/20 54/22 55/16 56/10 107/17 128/6 | | **ten [11]** 11/10 12/1 12/12 12/20 53/3 98/1 105/25 174/16 174/18 231/25 242/21 |
| **stopped [6]** 50/21 51/2 106/14 107/13 107/21 107/23 | **succeed [1]** 175/18 | | | **tenant [1]** 89/25 |
| | **success [1]** 175/20 | **SW [2]** 1/21 75/5 | **talked [8]** 49/4 51/19 52/1 88/18 148/7 162/24 189/5 217/16 | **tenants [1]** 89/22 |
| **store [6]** 12/12 26/23 43/13 100/19 112/6 140/17 | **successful [2]** 141/10 172/25 | **SWIFT [2]** 242/14 242/20 | | **tentacles [1]** 120/23 |
| | **such [8]** 72/14 109/21 120/1 120/2 147/25 158/1 231/6 248/4 | **switch [2]** 64/9 74/21 | **talking [32]** 6/16 15/3 16/20 20/3 50/21 51/2 51/8 67/6 68/5 70/2 72/11 72/12 78/21 89/5 94/21 94/25 95/20 96/2 96/15 97/7 97/13 97/16 97/18 98/8 102/3 121/13 132/18 149/14 150/20 186/4 220/4 230/10 | **terms [8]** 87/9 110/19 126/20 189/17 224/7 225/22 250/12 250/17 |
| **storefront [1]** 59/6 | | **sworn [5]** 57/5 57/6 131/22 131/23 179/22 | | |
| **story [2]** 46/21 178/5 | **sue [2]** 125/17 125/19 | **syndicates [1]** 154/23 | | **test [3]** 22/11 22/17 141/9 |
| **straight [2]** 20/2 115/13 | **sufficient [1]** 40/17 | **system [2]** 112/9 145/8 | | **testified [13]** 34/8 46/1 92/18 94/4 106/13 108/5 108/21 121/21 141/25 142/2 204/20 213/12 233/23 |
| **strategic [2]** 226/19 227/3 | **sugar [1]** 3/8 | **systems [2]** 139/22 182/6 | | |
| | **suggestion [2]** 35/6 35/6 | | | |
| **street [8]** 1/21 43/22 44/5 44/6 77/21 114/5 241/23 246/7 | **suit [3]** 66/21 183/10 183/20 | T | **talks [2]** 29/8 231/14 | **testifies [1]** 253/15 |
| | **Suite [3]** 1/14 1/16 1/18 | **T's [1]** 189/3 | **task [8]** 135/20 137/13 181/15 182/14 182/17 182/18 182/20 182/20 | **testify [10]** 34/8 52/4 130/8 156/13 159/23 166/19 171/17 174/23 174/25 221/17 |
| **streets [1]** 8/1 | | **T.V [2]** 202/12 202/13 | | |
| **stretch [2]** 28/13 132/24 | **suites [1]** 89/19 | **table [1]** 119/7 | | |
| **strictly [1]** 148/2 | **summarize [1]** 219/9 | **tablets [1]** 136/25 | **tax [1]** 115/6 | **testifying [7]** 20/23 32/14 130/9 153/11 154/4 172/21 178/4 |
| **strike [2]** 15/18 201/4 | | **tag [8]** 4/25 41/8 118/10 118/10 118/11 118/14 118/20 119/3 | **teach [2]** 138/16 139/16 | |
| | **sums [2]** 55/14 55/18 | | | **testimonial [1]** 155/16 |
| **string [12]** 163/13 166/18 166/20 166/20 166/22 167/18 168/19 168/20 208/19 220/24 221/15 223/5 | **Sunrise [1]** 68/7 | **tags [3]** 118/2 118/9 118/9 | **team [1]** 14/1 | |
| | **super [1]** 119/6 | | **Tech [1]** 140/25 | **testimony [31]** 1/9 39/11 46/5 102/15 102/17 108/24 109/10 109/13 109/15 142/15 142/18 156/8 160/13 161/23 164/9 167/17 167/24 168/2 169/8 174/5 174/7 175/25 176/11 176/15 178/11 201/11 213/10 224/20 225/10 227/11 230/7 |
| | **supervisor [1]** 26/22 | **take [60]** 22/23 25/12 26/6 36/21 47/10 53/6 57/4 79/10 79/12 93/6 93/17 93/20 93/22 97/25 98/25 100/14 101/18 104/16 104/23 105/3 108/18 108/19 112/6 112/14 128/2 132/20 134/6 137/12 137/17 138/16 138/24 141/8 141/9 145/16 145/16 146/2 152/18 153/2 160/11 162/14 177/1 184/9 195/18 201/23 212/5 213/17 215/7 215/10 216/6 218/25 219/8 219/14 241/5 241/9 245/11 247/15 248/2 248/6 250/10 252/12 | **technical [2]** 142/9 182/12 | |
| | **support [2]** 156/17 225/5 | | | |
| **strings [1]** 222/22 | **supports [1]** 227/4 | | **technically [3]** 5/23 47/25 117/4 | |
| **strong [3]** 37/2 37/4 223/7 | **supposed [16]** 6/19 11/18 12/13 54/18 68/6 69/5 75/7 80/13 83/18 98/11 101/12 101/12 109/5 127/24 129/3 154/4 | | **teed [1]** 219/17 | |
| **studio [1]** 78/6 | | | **telephone [1]** 133/12 | |
| **stuff [9]** 52/6 97/1 113/16 115/6 119/6 120/22 169/25 177/6 232/4 | | | **television [1]** 202/11 | |
| | | | **tell [42]** 5/17 7/3 8/21 11/7 13/7 14/8 17/23 19/25 21/25 52/8 62/9 65/20 68/11 69/13 87/3 93/22 98/4 100/2 100/18 102/10 105/20 111/9 120/10 130/5 150/12 150/20 151/1 157/15 163/8 165/12 174/7 175/11 178/20 179/10 179/15 194/6 194/8 195/24 223/12 232/2 242/6 251/13 | **Texas [1]** 172/8 |
| **subject [13]** 158/5 165/24 166/1 166/3 168/22 169/1 177/18 199/5 220/17 220/18 222/9 230/3 232/22 | **supposedly [2]** 9/14 153/11 | | | **text [79]** 4/19 6/9 9/12 13/17 14/15 15/7 16/7 16/12 17/4 17/10 17/24 18/4 19/3 28/4 29/19 37/13 37/19 40/9 40/10 40/12 52/7 54/3 63/18 64/9 65/3 66/6 66/11 67/7 67/16 71/12 79/16 83/10 84/1 84/9 85/20 99/16 106/16 153/18 154/20 156/18 159/20 160/5 160/18 164/12 166/18 167/18 172/3 192/11 192/19 193/18 195/7 |
| | **sure [37]** 3/19 7/11 7/17 8/17 19/15 20/2 22/14 28/13 32/3 41/23 57/12 102/5 109/19 123/21 132/5 133/10 135/2 137/3 141/23 150/25 151/6 154/13 157/5 159/18 165/14 166/14 177/17 179/14 180/3 180/21 190/6 194/16 199/1 200/9 219/12 222/21 227/18 | **taken [12]** 20/21 25/5 26/2 53/15 103/3 133/4 139/10 149/24 150/19 155/9 179/2 231/1 | | |
| **subpoena [9]** 163/25 184/24 185/14 188/15 214/3 217/13 245/19 247/9 251/6 | | | | |
| **subpoenaed [4]** 163/25 186/25 217/14 217/15 | | **takes [4]** 6/22 | **telling [5]** 7/4 70/2 157/4 167/8 210/14 | |
| **subpoenas [2]** 184/18 184/19 | | | **tells [5]** 12/17 102/6 107/6 214/16 215/2 | |
| **subscriber [5]** 184/25 185/14 185/17 186/25 234/4 | **surprise [1]** 41/15 | | | |
| | **surprised [2]** 52/9 157/1 | | | |

**T**

**text... [28]** 199/23 201/15 202/15 203/23 204/17 204/19 205/7 205/7 205/20 206/14 207/3 208/19 209/20 210/2 212/2 212/6 213/1 218/21 220/23 221/2 221/14 222/8 222/22 234/7 235/1 244/15 246/9 249/5

**texted [9]** 17/25 29/21 35/18 40/13 51/9 73/25 78/3 84/12 99/21

**texting [6]** 16/16 17/9 28/6 38/14 78/14 84/4

**texts [11]** 161/25 164/25 167/22 196/12 203/7 203/12 206/1 209/24 222/4 234/11 245/4

**than [18]** 18/7 42/7 42/12 88/22 136/13 141/1 169/9 170/24 171/11 174/24 175/2 178/3 200/1 219/24 222/4 224/25 229/14 243/23

**thank [72]** 3/4 3/12 3/20 3/23 21/6 21/7 21/11 33/24 34/1 34/5 34/23 53/3 53/17 53/23 56/16 56/17 56/20 56/23 57/15 58/2 74/5 74/23 81/13 82/3 82/19 87/21 87/23 87/25 98/5 102/20 105/5 105/5 105/13 110/3 110/5 126/10 129/19 129/20 130/18 131/13 131/16 132/8 134/21 142/4 142/6 148/22 148/23 152/12 152/14 152/15 159/25 178/23 178/25 179/5 180/6 191/5 199/21 200/14 203/4 204/14 211/22 225/19 230/24 232/5 232/13 236/20 251/9 252/1 252/7 252/13 253/22 253/24

**Thanks [7]** 53/13 56/21 103/1 105/5 152/17 200/6 232/10

**Thanksgiving [9]** 5/12 6/24 13/19 13/20 13/21 14/11 15/2 15/2 16/6

**that [1223]**

**that I had [1]** 14/17

**that's [178]** 4/9 5/23 7/1 8/3 8/6 11/2 13/9 13/10 15/1 17/5 18/24 19/13 19/13 22/4 24/21 24/24 25/4 25/23 26/9 27/11 29/20 30/19 30/21 32/13 32/17 33/16 35/9 36/11 36/13 41/10 43/7 43/8 44/3 45/24 46/17 47/11 47/22 49/15 49/20 50/7 56/3 59/5 60/17 63/18 63/25 67/23 73/16 89/3 93/24 98/12 100/1 106/7 106/25 108/23 109/9 109/23 109/23 110/22 111/14 111/18 114/5 114/20 115/11 116/20 118/21 120/15 120/15 120/15 120/18 121/11 122/4 123/22 124/2 124/6 125/4 125/6 125/10 126/23 128/4 129/6 131/1 131/10 133/5 133/14 133/25 135/5 142/11 146/24 151/4 151/4 151/7 152/1 152/3 152/25 153/10 154/4 155/15 155/16 157/5 157/18 158/5 159/4 159/23 160/16 161/1 162/3 162/4 163/15 164/2 164/5 164/14 164/16 166/20 167/2 167/14 173/11 173/24 174/23 175/10 175/22 176/2 176/17 177/16 178/21 180/23 186/4 189/11 192/7 192/9 193/24 195/25 196/1 199/5 205/4 205/14 205/21 206/3 210/16 214/18 216/8 219/20 220/5 221/14 221/16 222/15 223/4 223/12 224/12 224/15 225/8 225/15 225/21 226/9 226/9 226/11 229/9 229/17 229/23 230/17 231/14 234/2 234/24 235/11 235/15 239/21 240/21 242/11 242/16 242/22 243/7 245/10 245/14 245/21 247/9 252/21 253/3 253/13 253/20

**theft [2]** 182/3 184/4

**their [27]** 12/8 20/8

34/20 46/23 47/10 50/23 51/13 78/19 97/7 112/9 117/19 118/5 118/6 139/18 156/21 174/16 175/8 177/10 221/12 224/22 225/13 225/15 226/2 227/7 231/21 231/25 253/17

**them [54]** 5/10 12/8 15/16 17/17 19/9 25/10 26/9 37/22 38/3 38/9 38/13 41/1 41/7 51/25 52/1 55/21 69/19 73/14 85/5 85/16 85/21 95/4 101/6 117/11 118/18 121/5 122/3 124/4 124/17 125/9 129/16 130/1 139/19 156/24 156/24 169/9 177/7 178/20 179/5 183/6 210/8 210/25 219/10 219/16 219/21 220/13 220/15 223/20 232/5 241/8 242/3 245/9 251/22 252/16

**themselves [4]** 111/1 167/19 175/4 176/9

**then [141]** 4/7 6/8 6/14 8/5 8/10 8/11 9/5 10/10 12/1 12/6 12/20 13/18 14/4 14/24 16/12 17/3 24/25 26/9 30/11 31/8 31/11 32/5 32/6 32/18 34/15 36/15 38/12 41/9 41/10 41/21 44/7 46/10 46/21 46/24 49/7 55/14 55/21 61/13 61/17 62/10 62/14 62/19 63/8 64/23 65/14 65/18 67/18 68/24 71/1 71/12 73/23 75/23 79/5 79/13 80/2 81/5 85/24 88/18 94/3 94/14 99/21 109/17 110/19 115/17 116/15 119/4 119/14 119/15 119/24 120/22 123/20 123/24 127/25 129/15 133/16 135/18 136/18 139/23 140/21 145/15 148/12 149/15 152/5 152/22 152/23 154/22 154/22 155/11 156/6 158/17 158/22 160/14 160/22 177/5 177/6 177/7 177/21 178/9 178/10 180/24 181/1

181/5 181/20 181/24 188/23 189/1 195/18 195/20 195/24 199/17 200/2 203/17 205/7 207/10 207/12 211/5 212/11 214/17 219/1 219/16 220/13 220/24 221/1 222/15 225/6 227/22 229/10 229/10 230/21 232/9 233/1 235/13 238/18 241/22 243/1 243/2 243/18 244/11 245/7 249/21 253/4

**theory [3]** 225/1 225/6 226/12

**there [224]** 5/15 11/17 12/11 14/9 16/8 16/13 16/13 16/15 18/23 19/6 20/20 22/2 22/20 23/7 23/19 24/10 24/13 24/15 25/7 25/12 25/18 25/19 26/17 27/21 28/21 30/25 33/9 33/16 34/2 34/12 34/13 35/18 36/5 36/15 39/6 40/20 41/12 42/17 44/7 44/7 55/4 60/3 60/18 63/4 68/15 70/4 70/9 70/24 72/24 74/4 75/14 76/3 76/22 77/3 77/23 78/8 78/11 80/13 81/16 81/24 84/25 85/5 85/15 85/19 89/25 89/25 90/1 90/2 90/3 91/8 93/25 94/3 94/17 94/18 95/23 97/12 99/15 99/21 102/12 111/12 113/20 113/21 114/12 114/17 115/12 117/15 117/16 117/17 117/25 118/4 118/13 120/21 120/22 124/20 132/15 132/16 132/19 133/5 133/7 135/5 135/10 135/15 135/17 135/19 135/21 135/21 137/9 137/15 137/17 138/3 138/7 138/18 139/20 145/23 150/8 151/7 151/10 151/25 152/7 153/9 153/21 156/10 156/11 156/25 157/18 158/9 159/18 160/17 161/15 162/20 163/5 163/6 163/22 163/22 164/5 164/9 164/18 165/6 165/6 165/7 166/4 166/17 167/13 167/18 167/25

169/4 169/23 171/5 172/13 172/15 173/1 173/4 173/6 173/9 174/7 174/8 175/25 176/23 184/6 185/21 186/13 186/17 187/6 187/10 187/12 187/14 189/1 191/25 194/6 194/10 194/18 195/6 196/2 196/4 196/8 196/14 196/21 203/13 204/22 205/8 205/10 205/20 205/25 207/19 207/24 208/2 208/8 210/5 211/4 212/2 212/4 212/22 214/9 214/16 216/3 218/6 219/20 220/21 221/2 221/24 221/25 222/4 222/15 223/24 225/1 226/25 227/1 228/11 231/5 231/16 234/18 234/23 235/5 239/19 242/8 242/19 243/23 243/24 244/9 244/9 244/19 248/2 251/11 252/6

**there's [69]** 3/6 6/1 29/2 47/17 52/11 62/11 63/6 64/23 69/20 71/1 71/2 73/14 113/17 114/15 116/25 133/21 134/9 145/2 147/18 149/24 153/9 157/20 158/2 160/14 160/19 161/23 162/25 166/13 167/20 168/1 168/1 170/17 170/23 171/8 171/11 172/12 174/5 174/6 175/2 176/3 176/8 186/11 188/9 205/3 208/10 212/23 216/25 219/10 219/16 222/16 222/22 223/9 224/4 225/2 225/10 229/2 230/7 230/9 230/12 231/8 241/15 241/18 242/3 242/6 242/6 243/14 243/21 243/22 244/8

**therefore [4]** 155/25 159/14 161/21 164/19

**therefrom [1]** 132/16

**these [67]** 30/12 31/4 66/11 67/10 83/22 90/13 92/2 110/15 112/17 112/17 113/9 113/10 113/19 117/14 120/23 132/17 139/18 139/25 152/8 156/14 156/16 156/22

# T

**these... [45]** 157/22 163/8 163/21 164/24 169/1 169/8 170/7 171/9 171/12 172/1 172/9 174/24 175/1 177/21 179/13 189/2 191/2 205/16 206/1 206/1 213/16 216/3 217/1 222/8 223/13 223/14 223/21 224/5 224/7 224/22 226/14 226/14 230/2 233/21 233/22 233/22 233/25 239/20 241/5 241/16 243/12 243/14 244/22 244/23 245/4

**thesis [1]** 136/13

**they [160]** 5/15 5/16 5/17 5/17 8/14 8/14 8/15 8/15 15/16 23/23 25/21 34/19 34/21 35/22 35/23 37/1 38/3 38/5 38/6 38/23 39/9 40/17 41/21 45/20 50/13 50/21 51/2 51/4 51/6 51/8 51/13 52/3 52/6 52/8 52/9 56/8 58/19 82/17 85/7 85/7 85/17 86/14 87/15 87/15 95/9 95/10 96/2 96/25 97/1 97/7 97/16 97/18 100/25 111/1 111/1 112/7 112/7 112/14 112/23 112/25 113/9 114/17 114/18 119/4 120/9 122/2 122/2 125/7 137/12 137/17 138/21 138/24 139/7 139/22 139/23 140/10 140/11 140/12 141/9 141/11 144/6 151/12 155/3 156/23 156/24 163/7 163/7 166/25 167/1 167/5 167/16 169/8 169/12 170/7 170/13 172/9 172/10 173/15 173/15 173/16 173/17 173/22 174/9 174/16 174/18 174/20 174/23 174/23 175/1 175/2 175/3 175/7 176/7 177/5 177/6 177/11 178/12 178/13 178/15 184/3 184/24 191/23 192/22 195/18 195/23 205/10 221/11 221/13 222/12 222/24 223/14 223/15 223/17 223/22 224/21 225/3 225/8 225/11

225/12 225/14 225/25 226/1 226/15 226/25 227/3 227/4 231/10 234/17 235/2 237/18 238/6 241/6 241/16 241/22 243/5 245/8 248/2 251/4 251/7 251/21

**they're [31]** 11/24 12/1 44/2 112/22 119/11 122/1 132/21 139/19 166/6 172/9 173/22 174/24 175/3 178/1 178/3 178/13 211/11 219/21 220/15 221/20 223/6 223/7 223/8 225/13 229/23 231/13 231/18 231/18 238/7 238/14 243/5

**they've [3]** 170/24 227/1 247/22

**thing [11]** 6/22 110/16 112/1 120/20 122/4 158/13 162/11 169/12 177/14 195/18 239/18

**things [29]** 20/21 29/2 32/3 75/1 95/8 111/8 113/19 116/20 119/2 119/9 151/24 152/8 161/14 162/1 162/9 163/1 163/2 163/13 165/6 184/12 185/2 219/3 219/8 219/10 219/23 223/21 231/2 241/15 243/22

**think [61]** 4/5 5/14 5/19 6/16 7/3 7/11 13/19 16/7 19/9 20/17 30/1 33/8 40/20 44/20 68/16 73/3 74/23 74/25 83/9 104/15 104/22 106/9 121/14 123/14 124/7 126/3 140/6 144/12 153/3 153/6 158/3 161/16 163/23 164/4 165/4 165/15 165/21 166/2 171/14 171/14 172/20 174/11 176/12 176/12 177/9 177/24 178/13 190/4 195/21 220/14 220/15 224/24 225/24 227/4 229/16 230/23 248/2 253/3 253/11 253/13 253/18

**thinking [2]** 179/8 179/8

**thinks [1]** 171/5

**third [6]** 46/12 109/18 112/13 116/15 205/23 231/9

**this [375]**

**those [43]** 22/25 31/9 58/17 119/3 132/10 132/19 133/21 136/24 137/3 137/4 139/2 140/10 140/11 140/12 140/13 144/20 144/22 145/4 160/12 161/22 172/17 177/3 178/15 184/13 190/8 201/20 205/18 213/10 213/13 213/17 217/25 218/21 220/15 225/4 226/19 230/14 232/23 233/4 233/13 234/7 234/9 243/12 251/5

**though [9]** 37/12 61/19 74/3 121/8 123/19 151/14 170/13 171/1 171/15

**thought [5]** 5/14 12/22 82/16 173/16 236/14

**thousand [3]** 11/19 225/12 229/22

**thousand percent [1]** 11/19

**thousands [7]** 61/19 85/4 120/2 120/16 120/18 221/12 225/15

**thread [3]** 6/9 84/1 154/20

**threads [1]** 234/7

**three [7]** 138/16 180/23 219/3 219/14 231/2 233/22 244/21

**through [63]** 7/9 8/18 9/16 13/14 18/1 18/16 18/17 20/17 22/25 23/4 23/5 25/19 26/22 34/16 35/15 38/22 39/18 41/20 46/12 48/14 55/2 55/23 57/17 57/18 57/19 57/24 59/14 59/14 59/17 67/10 82/18 84/15 85/9 86/16 86/17 87/1 88/7 107/14 113/24 114/17 116/6 127/23 137/8 145/15 147/23 148/14 153/8 153/24 157/4 162/19 165/15 167/22 173/17 177/6 215/19 224/22 245/16 245/20 247/7 247/14 248/7 249/23 250/11

**throughout [4]** 187/21 243/24 244/10 252/7

**throw [2]** 174/20 228/10

**throwing [1]** 67/23

**thrown [1]** 33/1

**throws [1]** 176/15

**thumb [1]** 147/16

**thumbs [1]** 13/18

**Thursday [7]** 81/10 81/17 81/19 81/21 82/1 82/7 89/6

**till [1]** 24/16

**time [134]** 4/10 5/13 5/15 6/24 7/3 7/6 7/25 9/16 10/25 11/21 16/11 18/5 21/7 21/25 22/8 22/20 23/7 24/4 24/8 28/1 30/2 31/24 32/23 34/10 34/12 35/18 36/5 36/15 38/4 38/22 40/20 41/12 41/25 43/19 47/4 52/13 57/18 58/25 60/3 61/12 62/4 65/21 66/9 68/3 68/14 68/22 69/11 70/16 70/25 71/16 72/8 74/3 79/22 86/8 87/13 90/1 90/2 90/15 90/15 90/24 91/9 93/21 93/24 94/6 94/25 95/6 98/2 99/9 99/15 99/24 100/2 104/23 106/24 108/21 109/14 111/15 113/11 113/13 116/9 116/10 121/4 124/4 131/2 142/9 142/9 147/17 147/18 147/23 151/1 153/13 154/24 154/24 159/2 161/11 163/7 165/17 167/1 169/24 171/5 173/21 173/22 174/20 177/10 178/3 181/14 182/13 190/4 202/20 203/20 204/7 205/3 205/13 205/15 206/19 207/20 209/11 211/19 213/19 215/19 217/5 219/1 221/3 222/9 227/25 228/10 229/6 230/10 231/11 232/13 233/2 235/25 238/21 249/7 252/4

**timeframe [1]** 245/20

**times [13]** 3/20 11/15 38/13 52/1 59/11 69/23 118/18 130/9 141/25 142/2 180/4 187/22 200/19

**Timex [1]** 112/18

**timing [1]** 252/23

**tiny [2]** 140/18 205/16

**title [19]** 46/16

**throwing [1]** 67/23
46/16 46/22 46/23 46/24 46/24 47/1 47/2 47/6 47/10 47/14 47/17 47/18 47/19 47/21 127/21 214/17 216/9 244/24

**titled [3]** 47/5 50/7 211/5

**today [19]** 11/14 39/11 65/25 66/17 75/1 76/8 100/13 109/10 109/13 109/15 148/7 178/19 183/6 183/16 193/10 196/25 196/25 231/15 231/24

**today's [6]** 113/14 137/22 138/11 144/15 167/5 234/16

**together [4]** 94/20 182/23 224/6 232/3

**token [3]** 195/4 218/9 218/13

**told [43]** 10/5 10/9 10/24 11/4 13/8 15/16 17/25 22/20 22/23 24/22 35/22 36/5 38/9 38/25 61/18 62/2 62/12 65/16 72/2 72/17 72/25 73/3 73/4 73/5 73/15 73/18 76/3 77/15 78/1 85/7 86/15 86/19 87/5 96/19 101/8 123/5 123/8 127/17 168/12 196/13 196/19 199/11 231/9

**tomorrow [22]** 72/7 78/5 78/18 79/11 82/3 178/5 178/22 197/1 197/2 219/17 230/23 231/7 232/2 252/1 252/2 252/8 252/11 252/24 252/25 253/14 253/18 253/23

**ton [1]** 224/4

**tonight [3]** 78/15 83/3 196/15

**too [6]** 65/17 111/11 116/12 116/13 163/9 166/6

**took [22]** 18/5 18/5 28/22 39/22 50/13 71/2 85/5 93/3 93/7 93/12 93/13 96/13 98/18 108/15 109/5 109/11 115/5 136/7 136/11 155/5 184/14 198/15

**tools [2]** 138/10 139/20

**top [16]** 6/1 6/8 6/23 6/23 12/20 63/12 74/22 80/13 80/16

**T**

**top... [7]**  82/10 87/14 109/17 115/8 128/11 141/3 186/3
**topic [1]**  235/23
**total [2]**  56/3 71/5
**totally [1]**  26/16
**touch [1]**  114/23
**towards [3]**  40/1 48/8 75/24
**tower [1]**  138/12
**track [1]**  117/22
**trade [10]**  61/5 61/9 62/18 62/21 72/21 79/1 82/5 88/19 88/25 89/1
**trade-in [2]**  72/21 82/5
**traded [1]**  63/1
**trading [1]**  79/3
**training [19]**  110/11 111/3 111/5 137/23 137/24 138/5 138/5 139/10 140/3 140/4 140/4 142/11 180/20 180/22 181/2 181/5 181/6 240/17 240/22
**trainings [1]**  140/23
**transaction [18]**  28/5 29/19 30/17 35/4 35/14 37/23 39/5 39/16 39/22 126/22 127/12 159/21 161/11 164/10 164/25 173/6 173/11 224/21
**transactions [15]**  39/6 78/20 157/20 160/4 164/11 164/20 164/25 204/20 204/20 209/21 217/19 224/5 226/15 227/12 250/22
**transcription [1]**  254/4
**transfer [43]**  22/21 30/4 34/10 34/14 55/4 55/11 67/17 67/21 71/11 76/5 76/6 77/16 78/24 83/24 85/4 99/12 99/13 128/14 128/22 129/1 129/2 129/4 154/21 172/6 196/14 201/9 204/3 205/25 206/10 213/6 213/8 213/8 217/22 217/24 217/25 235/19 236/6 237/19 237/22 241/17 241/20 242/16 243/13
**transferred [4]**  47/21 127/24 135/16 151/21

**transfers [6]**  154/21 156/20 230/6 240/24 240/24 242/15
**transformations [1]**  137/21
**transmission [2]**  172/3 172/22
**transmissions [1]**  184/13
**TransUnion [1]**  9/20
**traveled [1]**  172/10
**travels [1]**  172/7
**treat [1]**  192/23
**tremendous [1]**  114/12
**tremendously [1]**  111/24
**Trevor [2]**  1/13 104/8
**trial [4]**  1/9 176/21 231/15 253/16
**tricky [1]**  151/10
**tried [4]**  31/19 37/1 55/11 97/23
**Trippie [1]**  70/7
**TRO [2]**  219/12 219/13
**trouble [1]**  15/13
**truck [4]**  18/3 20/4 20/14 20/16
**true [4]**  25/23 96/4 108/17 130/2
**trust [5]**  65/12 69/2 69/3 81/11 125/6
**trusted [1]**  87/15
**trusting [1]**  69/4
**try [11]**  13/12 25/7 32/17 33/18 50/22 55/19 85/18 96/19 125/17 125/25 166/16
**trying [11]**  7/10 11/23 12/4 12/4 14/19 69/4 82/8 95/12 96/4 174/1 229/23
**Tuesday [6]**  7/1 75/21 80/3 81/6 84/4 96/12
**Tuner [1]**  176/4
**turn [3]**  159/17 193/22 219/11
**turned [2]**  38/5 43/14
**TURNER [86]**  1/6 1/16 23/7 23/21 24/3 29/22 34/18 35/19 35/22 37/17 40/2 40/11 40/16 42/1 45/23 76/14 80/9 80/16 80/21 80/25 81/16 82/12 83/15 85/14 104/3 104/14 128/15 143/14 153/18

154/10 154/18 154/20 154/23 155/10 155/11 156/1 156/6 156/18 157/16 158/3 159/20 160/5 160/20 160/23 161/7 168/4 183/3 183/8 183/12 187/23 192/17 193/3 194/14 196/21 198/6 198/14 201/22 203/17 204/6 204/18 207/19 208/1 209/1 209/24 210/7 210/13 210/14 210/19 210/24 211/13 212/6 212/9 212/17 214/22 216/12 217/24 218/12 221/23 222/5 222/7 224/18 234/25 235/12 235/21 249/5 249/8
**Turner's [23]**  18/18 146/7 156/3 159/7 168/15 169/23 170/8 184/15 189/11 189/18 191/24 192/12 193/11 200/22 202/17 203/7 227/9 233/9 233/13 233/25 234/10 235/24 250/23
**turning [2]**  47/16 131/3
**twelve [3]**  53/12 161/14 162/25
**twenty [3]**  45/6 45/9 45/10
**twenty percent [3]**  45/6 45/9 45/10
**two [33]**  19/2 29/2 47/11 61/8 62/11 63/7 67/6 70/4 70/9 73/14 81/9 88/12 99/25 132/10 132/17 132/25 133/21 135/15 191/23 195/10 198/19 201/20 205/3 206/1 207/11 208/8 214/9 225/5 232/3 243/6 243/8 244/21 251/23
**twofold [2]**  136/23 181/19
**type [15]**  58/10 58/14 60/25 67/18 74/13 77/4 108/9 110/11 115/24 172/12 184/1 186/6 214/16 243/16 244/3
**types [9]**  136/7 137/24 139/10 182/17 184/8 185/16 240/23 243/12 244/23
**typically [2]**  69/1 112/5

**U**

**U.S [2]**  83/21 240/20
**Uber [1]**  25/12
**UFED [3]**  143/21 149/19 152/2
**ultimately [10]**  20/16 22/1 79/22 126/24 127/7 129/15 166/24 208/25 209/7 209/9
**unable [1]**  9/25
**uncharged [3]**  162/13 162/13 229/7
**uncle [4]**  10/9 10/12 10/15 38/15
**uncover [2]**  203/7 208/18
**under [21]**  3/17 9/14 30/24 33/19 37/20 40/14 45/24 46/23 46/24 47/5 47/10 83/3 86/14 94/8 167/14 171/16 171/24 173/2 185/20 214/8 220/19
**undergraduate [1]**  136/1
**underlying [2]**  148/10 208/18
**understand [20]**  26/1 30/1 83/1 102/18 113/2 113/3 118/16 118/17 158/18 158/25 159/1 162/12 164/16 172/25 173/1 173/2 173/19 228/9 231/20 253/6
**understanding [3]**  97/12 158/8 169/6
**undriveable [1]**  41/9
**unindicted [1]**  157/11
**unit [4]**  71/5 135/19 137/19 138/4
**UNITED [19]**  1/1 1/4 1/11 1/12 104/3 104/8 109/25 135/3 135/7 135/8 135/20 136/18 138/1 141/3 157/24 180/13 180/14 182/6 241/2
**universe [1]**  219/10
**university [1]**  136/15
**unless [4]**  118/16 148/16 223/8 230/9
**unlock [1]**  13/15
**unlocked [1]**  40/15
**unpack [1]**  135/5
**unquote [1]**  19/21
**unseal [1]**  144/2
**until [16]**  5/19 8/5

13/13 17/18 25/19 46/16 46/21 79/23 82/20 86/13 171/9 231/21 231/24 239/19 251/15 252/5
**up [82]**  7/4 7/6 8/3 11/15 13/18 15/7 15/10 17/6 23/18 31/4 33/4 45/16 50/3 50/4 53/6 58/20 61/13 66/13 69/8 69/25 73/9 74/20 75/25 78/15 78/16 79/3 79/9 81/21 81/21 82/20 86/18 92/10 92/12 95/4 97/22 104/16 104/23 112/9 114/12 116/19 119/4 120/15 121/2 127/25 128/4 128/8 132/20 134/6 139/1 153/2 153/7 157/5 158/11 160/22 162/25 163/15 164/16 166/24 168/16 172/14 193/21 195/23 196/1 198/25 199/1 202/11 203/16 210/25 212/18 213/17 219/8 219/15 219/17 220/9 225/3 227/5 227/5 230/24 231/5 241/9 242/3 252/12
**upon [15]**  109/3 137/19 141/10 142/19 145/7 145/8 145/17 145/25 150/19 150/25 151/8 151/11 174/20 176/15 228/10
**ups [1]**  15/11
**upstairs [3]**  94/10 94/12 94/13
**us [21]**  7/6 8/4 8/10 11/6 11/24 12/7 12/14 13/10 14/20 19/21 20/17 21/4 38/23 57/2 60/2 137/7 137/10 144/25 170/23 195/25 199/17
**USB [1]**  133/17
**use [37]**  9/25 10/5 11/14 23/6 28/25 32/11 59/19 91/14 116/19 117/22 118/9 118/9 118/20 118/22 119/13 133/8 134/2 139/19 139/20 144/18 147/23 167/3 167/5 167/9 167/10 167/11 177/10 184/11 195/2 210/15 211/1 211/2 222/17 223/20 234/16 235/1 235/10
**used [29]**  10/6 27/5

**U**

**used... [27]** 43/8 43/10 90/7 90/7 90/23 94/3 95/8 95/9 97/9 113/7 116/20 118/19 118/20 118/21 138/11 149/11 149/18 163/7 166/18 167/1 167/11 201/8 201/15 223/15 223/17 223/18 242/15

**user [11]** 147/7 147/9 147/11 185/20 186/17 186/19 187/12 188/5 188/23 188/24 234/5

**using [5]** 31/19 192/10 217/16 218/16 234/9

**Usually [1]** 47/5

**UTC [5]** 205/14 206/6 207/8 209/23 244/21

**Utica [1]** 136/4

**utilize [3]** 59/10 146/9 150/6

**utilized [4]** 149/9 218/12 218/20 223/22

**V**

**valid [4]** 242/5 242/5 242/6 242/9

**value [6]** 47/11 109/21 111/24 113/10 113/11 113/13

**variety [1]** 133/9

**various [3]** 22/23 23/5 151/17

**vehicle [60]** 4/24 7/23 7/24 8/4 8/14 8/15 8/16 11/18 12/5 14/23 19/22 20/6 20/8 20/11 20/19 22/12 22/16 22/24 23/23 24/1 24/23 25/6 25/6 25/8 26/2 26/3 26/6 26/17 27/19 27/21 36/21 37/18 38/4 39/18 41/1 41/3 41/5 41/8 41/19 41/22 41/24 42/9 42/13 42/15 45/11 45/13 46/24 47/5 47/9 47/12 48/9 50/19 54/18 56/6 56/8 56/14 77/7 172/7 205/5 205/6

**vehicle's [1]** 46/25

**vehicles [4]** 5/2 10/15 10/19 46/23

**vendors [1]** 156/17

**verdict [1]** 251/16

**versa [1]** 111/14

**version [3]** 67/9 114/9 145/8

**versus [3]** 104/3 109/16 127/22

**VerVer [3]** 202/10 208/24 209/3

**very [39]** 3/10 8/14 18/8 23/23 29/12 31/1 32/7 34/1 35/9 101/5 102/20 119/10 119/11 152/12 155/18 157/25 158/16 161/1 167/23 171/1 171/6 171/9 177/1 195/10 219/24 220/14 220/23 227/8 227/23 227/25 228/8 230/7 231/3 231/21 234/8 241/4 251/23 253/14 253/21

**vestibule [1]** 114/18

**vet [1]** 44/2

**via [5]** 40/12 51/25 156/18 159/20 160/5

**vice [2]** 111/14 181/20

**victim [5]** 154/4 156/17 172/12 172/13 222/17

**victims [7]** 155/11 155/13 156/10 195/1 201/1 250/22 251/1

**video [10]** 12/24 13/3 65/6 65/7 67/7 67/23 70/3 70/10 81/8 195/21

**videos [1]** 147/25

**view [1]** 174/4

**vin [2]** 17/6 23/25

**vintage [3]** 113/17 113/18 116/22

**void [3]** 12/7 14/25 55/22

**voir [1]** 141/20

**W**

**W-2 [1]** 115/1

**wait [4]** 178/20 196/25 197/1 227/24

**waiting [9]** 6/19 13/20 14/2 14/4 14/12 16/6 38/9 101/9 101/11

**waive [1]** 133/4

**wake [2]** 195/23 196/1

**walk [7]** 68/25 90/10 100/25 114/17 123/2 231/13 251/18

**walked [1]** 43/22

**walks [1]** 174/14

**wall [3]** 90/11 90/20 97/20

**want [66]** 8/2 12/16 14/10 18/10 19/15

24/15 28/24 29/24 30/9 30/11 31/13 32/6 32/11 33/6 47/9 48/7 48/10 48/22 48/24 49/1 61/23 62/1 62/18 63/2 65/1 74/9 81/15 93/21 97/24 101/16 104/16 112/13 114/23 125/7 133/4 137/16 139/25 140/12 141/9 141/20 144/23 147/14 153/2 170/16 171/1 174/23 175/7 183/1 193/24 195/12 195/23 199/23 200/8 205/14 219/8 219/9 219/14 223/14 225/3 226/18 227/1 227/8 231/10 231/18 252/4 252/12

**wanted [36]** 8/16 8/17 21/20 23/23 25/5 25/20 26/11 37/18 61/5 61/9 61/24 63/13 67/15 68/1 71/18 75/14 75/15 78/22 88/15 88/19 89/1 92/2 92/11 98/4 99/22 102/10 102/12 121/17 125/16 126/25 169/11 184/12 196/24 209/5 227/15 231/9

**wants [6]** 43/23 73/5 106/10 119/22 128/10 128/11

**warning [1]** 190/5

**warrant [6]** 142/24 148/11 189/24 190/2 230/1 230/3

**warranty [1]** 71/5

**was [549]**

**wasn't [20]** 6/24 10/16 10/19 15/16 15/20 25/17 26/16 28/18 29/17 37/2 37/10 51/24 78/8 78/10 96/10 97/6 97/6 111/5 131/9 226/25

**wasting [1]** 104/23

**watch [168]** 58/11 58/12 58/22 59/25 60/1 60/5 60/9 60/19 60/19 60/25 61/5 61/8 61/15 62/1 62/19 62/25 62/25 63/2 65/10 67/9 68/20 68/21 68/22 68/25 69/2 69/5 70/2 71/2 72/22 78/15 78/16 78/20 78/21 79/3 81/10 81/23 82/6 82/6 82/7 83/2 83/5 85/25 86/1 86/3 86/3 86/4

86/20 86/20 86/21 86/23 86/24 87/1 87/12 87/17 88/15 92/16 92/18 92/19 92/21 93/1 93/3 93/7 93/7 93/8 93/12 93/16 93/18 93/19 93/20 93/23 94/9 94/14 95/13 96/4 98/8 98/17 98/23 98/25 99/1 99/3 99/5 99/8 99/10 100/10 100/14 100/16 100/20 100/22 100/23 100/24 101/1 105/23 108/2 108/7 108/15 108/18 108/19 108/21 108/22 109/5 109/8 109/11 109/16 109/21 109/23 109/25 110/12 110/17 110/19 110/23 110/23 111/15 111/17 111/20 112/3 112/7 112/8 112/12 112/15 112/16 112/23 112/24 112/24 113/20 116/15 116/25 117/5 118/10 119/1 119/15 120/2 120/3 120/5 120/10 120/17 120/18 121/8 123/1 123/6 123/11 123/16 123/17 123/21 123/23 123/24 124/2 124/3 124/9 124/14 124/18 124/24 125/3 125/13 125/24 126/15 126/16 126/20 126/21 126/25 127/2 128/9 128/19 130/2 130/3 130/4 131/3 131/11 163/5

**watches [51]** 58/14 58/15 58/17 63/7 67/6 67/10 71/21 81/15 86/7 86/12 86/13 91/22 92/2 92/4 92/5 92/7 92/10 92/12 93/10 93/14 93/14 93/17 93/20 106/10 109/2 110/15 110/25 112/2 112/17 113/1 113/7 113/9 113/22 114/10 115/16 115/17 116/6 116/7 116/12 116/13 117/8 119/10 121/4 121/23 122/1 122/2 124/3 126/17 163/9 193/13 193/23

**Water [35]** 27/9 39/4 68/7 70/24 72/20 83/19 85/1 127/15 130/17 155/19 155/20 204/3 206/11 214/5

214/8 214/14 215/9 216/10 221/5 221/6 229/13 230/12 235/1 235/19 236/6 237/19 237/23 241/11 246/6 246/16 247/22 248/13 249/15 250/25 251/3

**waters [1]** 97/5

**way [40]** 5/18 8/12 10/23 11/16 11/23 13/10 14/9 25/8 25/11 26/9 33/21 49/15 58/20 83/6 98/24 101/22 128/4 128/23 128/24 131/20 146/21 158/4 159/12 162/24 168/11 169/3 171/3 177/5 179/16 219/4 220/19 223/2 223/17 223/18 223/22 230/10 239/19 241/21 242/6 247/11

**ways [3]** 22/23 74/24 119/5

**we [299]**

**we'd [3]** 132/10 185/4 191/9

**we'll [47]** 3/18 8/4 8/5 8/6 8/9 8/11 12/1 13/2 14/25 15/11 31/12 32/20 32/24 42/23 52/22 52/23 53/3 74/25 76/6 101/19 102/13 102/20 104/23 112/5 134/12 143/11 143/23 144/2 145/23 152/19 154/15 161/13 166/2 176/12 177/7 195/6 200/2 213/17 215/7 219/1 219/1 219/5 219/17 230/21 230/21 232/1 252/8

**we're [68]** 11/5 11/17 11/23 14/19 15/2 19/16 53/17 53/18 53/21 54/2 70/3 76/4 76/5 83/4 97/25 101/18 104/22 104/24 105/1 105/10 132/18 134/15 138/18 140/20 143/18 152/18 154/13 154/13 163/4 165/14 176/14 177/6 178/9 178/19 179/13 179/14 179/16 181/18 182/21 186/4 191/23 198/3 199/25 200/2 204/2 207/12 208/23 213/5 219/12 220/4 226/9 226/10 228/21 231/15 232/9 232/20 233/12

**W**

**we're... [11]** 235/18 235/23 236/5 236/14 239/25 251/11 252/2 252/6 253/12 253/18 253/19

**we've [15]** 14/15 40/20 51/19 65/16 122/24 140/23 156/7 157/3 219/25 224/20 234/13 244/1 251/23 251/23 252/10

**wearing [6]** 66/20 66/21 76/11 183/9 183/10 183/19

**Wednesday [2]** 85/15 85/20

**weed [1]** 73/1

**week [2]** 141/8 180/25

**weekend [1]** 6/23

**weekly [2]** 115/4 115/5

**weeks [5]** 70/4 70/9 81/9 138/7 138/9

**weight [1]** 142/20

**weird [2]** 30/6 118/16

**welcome [6]** 53/20 105/3 105/8 174/25 179/7 232/8

**well [69]** 11/23 13/23 25/14 25/20 37/17 39/11 40/16 43/21 44/7 46/12 46/22 50/9 52/12 59/8 62/3 62/4 69/18 70/1 70/6 73/11 77/15 83/10 85/12 88/21 91/16 92/23 93/13 110/14 110/16 111/7 111/11 118/9 120/18 121/14 128/21 133/6 138/3 139/6 147/17 149/8 149/14 151/8 154/3 154/7 154/9 155/8 157/12 157/15 159/6 162/15 162/25 165/12 166/16 177/16 181/18 181/24 182/4 200/2 209/2 224/8 225/25 226/13 227/24 228/15 229/5 234/8 234/21 235/4 244/11

**well-known [2]** 121/14 181/18

**welter [1]** 153/24

**went [17]** 10/5 12/20 23/8 23/17 23/20 24/5 24/8 38/22 75/23 78/5 83/9 92/12

122/23 160/11 165/23 173/16 194/16

**were [166]** 4/5 6/19 6/21 9/24 9/24 10/16 11/3 12/3 12/4 12/9 12/13 15/11 15/15 16/8 16/20 17/4 17/8 18/14 20/11 20/21 21/17 23/22 24/15 24/22 25/20 26/12 37/20 38/9 39/9 39/24 40/17 41/1 41/3 41/21 42/11 42/17 48/8 50/22 51/4 51/6 51/7 51/8 51/13 55/14 55/18 67/5 68/13 68/15 70/1 70/2 70/16 71/14 72/12 72/21 74/24 75/22 75/23 76/1 77/4 77/17 78/5 78/10 79/3 80/7 80/8 83/3 84/12 86/14 86/24 92/4 94/21 94/25 95/12 95/20 96/2 96/4 96/14 97/7 97/16 97/18 98/14 99/20 101/9 102/2 107/13 108/5 108/15 109/4 109/5 109/15 112/6 114/2 114/20 114/23 115/8 116/3 116/10 118/22 118/25 123/1 123/5 123/10 126/14 126/25 128/14 129/4 129/10 129/13 130/14 131/4 133/4 143/16 146/7 146/9 147/8 147/9 147/11 151/16 151/24 156/23 161/15 163/9 172/10 172/17 173/25 176/7 181/10 184/4 184/13 189/19 190/8 191/23 200/16 201/20 203/22 204/19 205/3 205/16 205/17 208/18 208/18 211/12 212/2 212/4 212/25 214/7 214/8 214/9 220/11 220/17 220/17 222/6 222/18 223/21 225/11 226/15 231/3 233/8 233/13 234/9 245/3 245/3 246/8 250/22 251/2 251/5

**weren't [5]** 9/19 24/19 25/14 223/22 226/16

**west [2]** 5/14 74/3

**Weston [1]** 1/19

**what [381]**

**what's [43]** 11/20

12/2 19/1 26/18 40/24 43/17 45/19 60/10 80/11 85/9 85/12 85/14 86/1 90/17 137/9 143/5 144/11 153/4 154/2 167/23 171/25 193/20 193/21 194/5 194/16 198/18 198/22 199/2 204/2 210/2 210/10 210/11 214/10 215/20 219/15 220/16 223/12 223/13 225/17 235/18 243/3 245/24 248/7

**whatever [15]** 8/11 9/24 12/6 33/6 45/6 48/24 49/1 63/16 128/12 137/6 148/14 151/20 177/5 223/16 247/14

**WhatsApp [5]** 59/14 59/17 59/19 120/14 120/15

**whatsoever [4]** 44/8 117/2 144/13 222/17

**when [115]** 4/5 4/17 5/2 9/21 12/6 13/21 13/23 14/20 14/24 16/6 17/8 19/3 19/9 22/16 22/20 23/7 23/11 23/20 24/8 31/10 31/19 34/10 35/18 36/15 38/10 38/12 40/1 41/10 41/12 46/15 48/13 55/11 56/14 56/14 56/15 59/12 59/17 59/22 60/3 60/15 63/16 65/18 66/15 69/1 69/2 69/16 70/1 73/18 75/25 76/19 76/21 85/2 87/3 89/4 90/2 90/10 91/14 92/1 93/16 93/25 94/15 94/17 95/5 96/11 99/2 102/6 109/5 111/15 112/11 113/4 114/25 115/11 118/13 118/18 119/21 121/13 122/19 123/5 125/5 129/3 131/4 135/14 138/3 140/25 143/21 144/24 146/23 147/18 149/21 151/13 176/20 179/11 179/14 182/20 184/1 184/3 185/17 190/11 194/15 195/22 196/1 200/4 200/23 200/23 207/20 233/8 234/20 242/8 246/8 247/21 248/19 248/20 249/17 250/3 252/14

**whenever [3]** 97/25 142/9 252/3

**where [51]** 3/20 5/4 9/18 12/9 17/3 17/5 32/20 34/24 45/20 57/13 100/25 106/7 106/9 109/22 110/21 110/22 111/1 112/25 119/8 122/13 132/16 135/12 135/17 138/15 138/21 139/11 139/12 150/7 150/14 150/22 150/24 152/8 155/3 156/4 156/22 158/9 159/11 161/21 163/17 176/7 176/10 180/4 181/10 181/18 185/18 187/20 200/20 217/22 218/8 226/9 226/10

**whether [27]** 9/22 10/22 27/13 33/10 41/23 41/24 91/16 111/18 130/5 130/12 142/19 144/9 144/10 157/16 162/20 172/15 173/25 174/16 174/20 177/19 190/17 190/18 190/20 190/23 208/1 241/6 250/25

**which [90]** 6/19 7/24 12/21 18/15 23/1 29/24 30/24 31/5 38/15 45/20 48/3 49/4 54/18 61/10 61/24 62/1 62/3 63/13 63/19 67/9 67/13 71/3 71/4 71/15 71/16 72/20 74/10 78/23 83/16 86/4 86/18 86/19 86/22 88/18 101/12 107/4 118/1 118/22 127/14 133/6 133/8 135/21 136/10 136/13 138/6 138/10 139/16 146/3 146/12 147/11 147/22 149/18 149/23 149/25 151/21 153/7 154/10 162/9 164/13 164/25 165/16 165/22 166/22 167/8 167/9 168/16 169/19 171/3 171/18 172/7 177/17 177/18 195/21 211/1 214/11 219/24 219/24 221/5 221/6 223/24 224/16 224/20 224/25 228/19 229/8 230/3 236/16 242/22 243/3 243/25

**while [12]** 11/6 15/10 35/11 55/20 80/7 95/20 138/18

193/23 219/20 220/14 232/20 235/23

**white [13]** 62/2 62/20 65/6 66/21 67/8 71/3 72/18 81/3 88/16 92/14 93/12 182/3 183/20

**who [64]** 5/24 10/8 15/15 21/25 22/9 22/16 24/8 30/4 30/17 34/13 44/4 46/24 47/4 52/18 54/16 60/3 60/21 69/10 69/14 69/15 83/18 89/23 90/4 96/8 101/11 107/10 109/24 115/14 121/14 121/19 121/19 135/5 142/11 148/3 148/13 153/10 153/11 154/22 161/9 161/10 167/15 167/19 169/6 184/23 188/1 189/14 192/7 194/23 201/11 201/13 201/21 202/3 202/14 204/5 204/5 210/12 214/17 215/3 230/2 233/23 233/25 234/9 235/11 246/12

**who's [19]** 43/12 60/15 66/15 83/22 104/19 153/19 154/19 159/23 167/15 168/13 185/1 186/9 186/15 186/19 187/8 214/18 214/20 216/11 249/17

**whole [16]** 5/13 7/10 8/10 11/6 12/4 14/20 42/11 55/20 90/11 130/15 130/16 154/3 165/16 169/12 174/1 213/7

**wholesale [1]** 59/19

**wholesaler [1]** 124/22

**whose [4]** 17/19 27/5 143/13 192/15

**why [46]** 5/1 8/12 12/11 18/1 18/3 25/16 28/21 51/2 55/14 55/18 62/24 67/25 68/24 70/13 75/6 75/8 75/13 75/20 84/22 107/21 107/23 109/9 125/10 125/22 125/25 127/16 127/21 128/25 129/2 140/10 144/14 147/14 158/9 164/5 164/16 167/2 173/10 182/20 184/21 217/14 218/18 222/13 222/25 226/11 233/21 241/12

**Wide [2]** 27/7 27/8

| W | | Y |
|---|---|---|

| W | | | |
|---|---|---|---|
| **wife [4]** 73/6 73/17 | 128/14 128/22 129/1 | **worth [2]** 7/25 72/25 | **Y** |
| 95/1 121/15 | 129/4 129/10 130/14 | **would [124]** 8/25 | **ya [2]** 72/6 73/4 |
| **wifey [1]** 73/18 | 154/21 154/22 155/2 | 12/7 12/22 13/4 23/4 | **yahoo.com [3]** |
| **will [77]** 8/4 14/20 | 155/6 155/13 155/18 | 23/5 25/11 25/11 | 187/17 188/10 188/22 |
| 17/25 18/24 20/24 | 156/10 156/15 156/20 | 25/21 27/19 27/20 | **yall [2]** 72/3 72/6 |
| 30/25 31/3 32/20 47/7 | 159/20 161/17 164/24 | 27/23 29/6 30/5 33/9 | **yeah [68]** 4/13 7/3 |
| 47/7 51/11 60/22 | 165/16 171/14 172/6 | 33/15 35/15 35/16 | 12/24 15/8 16/14 |
| 63/11 66/24 74/2 | 172/10 172/17 172/23 | 35/19 38/10 38/12 | 25/15 25/23 27/10 |
| 74/25 76/15 76/19 | 173/2 173/21 173/23 | 38/21 40/1 40/3 41/15 | 41/10 44/25 50/11 |
| 82/23 104/21 108/12 | 174/6 174/9 174/24 | 44/22 52/4 55/21 | 54/22 65/16 66/5 |
| 110/1 113/4 120/5 | 175/17 176/5 182/2 | 57/18 63/2 64/1 72/22 | 71/22 75/3 77/1 77/3 |
| 134/5 134/5 137/17 | 182/18 184/10 184/11 | 88/22 90/5 92/7 93/24 | 77/15 85/23 91/5 93/1 |
| 139/1 139/6 139/7 | 195/25 197/2 197/19 | 96/23 96/24 98/14 | 93/21 94/23 95/3 95/6 |
| 141/14 144/3 144/3 | 197/24 198/7 198/20 | 100/5 100/19 100/22 | 96/16 97/22 100/22 |
| 144/4 146/3 148/24 | 198/23 199/17 201/8 | 100/23 106/1 106/6 | 105/19 105/25 106/8 |
| 149/25 150/12 151/1 | 201/12 201/17 202/3 | 106/8 106/11 107/4 | 106/15 106/25 107/5 |
| 156/2 157/3 159/9 | 204/3 206/10 211/5 | 110/22 111/20 112/8 | 108/11 111/17 117/1 |
| 160/2 163/2 166/2 | 211/15 212/17 213/6 | 115/4 115/9 115/9 | 117/4 117/13 117/16 |
| 166/10 167/13 167/14 | 213/7 213/8 213/13 | 116/5 117/17 118/2 | 118/21 119/5 121/1 |
| 167/17 167/24 168/16 | 217/16 217/18 217/22 | 118/25 119/2 119/4 | 121/7 124/7 124/15 |
| 172/13 172/15 176/5 | 217/25 218/22 222/6 | 119/4 119/4 119/6 | 150/19 151/3 152/6 |
| 177/3 178/9 178/22 | 222/10 230/6 230/6 | 119/18 123/2 123/10 | 167/12 167/12 169/17 |
| 183/13 183/23 192/22 | 233/23 235/13 235/15 | 123/11 123/16 123/21 | 173/15 178/21 197/11 |
| 196/14 197/1 200/11 | 235/21 235/23 235/25 | 124/16 124/18 124/20 | 202/13 205/20 214/18 |
| 218/6 218/10 220/6 | 236/5 237/19 240/24 | 125/1 125/2 125/3 | 220/20 223/15 225/19 |
| 221/17 228/11 231/7 | 241/5 241/17 242/16 | 132/22 139/4 140/15 | 226/4 226/8 236/18 |
| 231/24 232/1 232/2 | 243/13 250/21 251/1 | 144/8 144/9 144/21 | 241/15 244/2 253/12 |
| 232/2 232/10 242/20 | 251/5 251/5 | 144/25 145/4 145/9 | **year [7]** 15/9 65/8 |
| 253/14 253/16 | **wired [2]** 19/21 | 145/13 145/15 145/25 | 72/2 120/6 120/10 |
| **window [2]** 117/11 | 80/14 | 147/14 147/21 147/21 | 120/21 162/16 |
| 166/18 | **wireless [4]** 172/4 | 147/23 148/12 148/18 | **years [10]** 58/13 |
| **windows [1]** 160/12 | 172/4 187/13 188/24 | 149/15 149/24 150/8 | 73/16 73/18 113/14 |
| **windup [1]** 163/11 | **wires [4]** 175/2 | 150/11 150/17 150/21 | 121/19 135/15 135/17 |
| **wins [1]** 63/23 | 175/3 201/20 226/14 | 150/21 151/13 151/19 | 138/13 138/16 145/17 |
| **wipe [2]** 144/20 | **wiring [4]** 17/6 | 151/20 157/21 157/23 | **Yep [13]** 29/12 29/23 |
| 144/20 | 23/24 82/6 205/6 | 158/23 161/24 163/9 | 31/16 160/7 164/6 |
| **wire [160]** 4/6 4/10 | **wish [5]** 57/25 185/9 | 168/14 173/11 174/19 | 186/14 188/24 191/14 |
| 4/11 4/13 4/17 5/10 | 203/2 222/13 229/15 | 176/13 181/22 184/6 | 191/17 208/15 238/21 |
| 5/11 6/13 6/17 6/19 | **wished [1]** 26/2 | 206/20 211/19 213/20 | 239/10 247/22 |
| 6/20 7/10 8/5 8/10 | **wishes [5]** 53/6 | 217/5 226/22 228/4 | **yes [423]** |
| 12/6 12/13 14/24 | 102/22 168/24 168/25 | 233/1 243/25 245/1 | **yesterday [1]** 16/20 |
| 16/21 17/14 18/11 | 229/3 | 252/24 | **yet [9]** 73/24 76/21 |
| 18/13 18/14 18/15 | **withdraw [1]** 90/18 | **wouldn't [8]** 92/5 | 84/13 100/18 158/19 |
| 18/20 18/22 18/23 | **withholding [1]** | 117/17 122/23 123/24 | 164/15 177/17 208/6 |
| 19/5 19/10 19/10 | 115/5 | 124/14 124/17 140/16 | 221/25 |
| 19/11 19/15 22/21 | **within [37]** 31/22 | 167/22 | **Yo [1]** 197/24 |
| 27/22 30/4 34/10 | 54/23 55/8 89/19 | **wound [1]** 15/10 | **York [3]** 90/8 114/3 |
| 34/14 34/19 38/12 | 91/12 91/17 92/2 | **wow [6]** 73/3 73/19 | 114/5 |
| 46/9 54/7 55/4 55/11 | 117/25 135/19 136/22 | 73/19 73/19 73/19 | **you [1341]** |
| 55/20 63/12 67/17 | 138/1 138/20 139/22 | 73/19 | **you are [1]** 152/16 |
| 67/21 71/10 74/2 76/5 | 140/18 141/11 149/17 | **Wright [2]** 237/6 | **you were [34]** 17/4 |
| 76/6 76/19 77/16 | 150/16 150/17 153/12 | 241/12 | 17/8 21/17 24/22 |
| 78/24 80/15 81/6 | 153/13 154/8 154/24 | **wrist [1]** 63/8 | 25/20 26/12 39/24 |
| 81/18 82/11 82/18 | 159/3 161/10 163/2 | **wrong [5]** 169/24 | 70/16 79/3 80/7 84/12 |
| 83/15 83/24 84/10 | 165/17 170/20 175/10 | 241/15 243/16 253/2 | 86/24 95/12 95/20 |
| 84/12 84/12 84/15 | 181/12 182/16 187/22 | 253/3 | 96/4 98/14 101/9 |
| 84/25 85/4 85/6 85/8 | 192/12 222/23 227/24 | **wrote [12]** 13/18 | 107/13 108/5 108/15 |
| 99/9 99/12 99/13 | 228/8 229/6 243/8 | 14/4 14/9 14/9 19/14 | 109/4 109/5 109/15 |
| 99/16 99/19 100/20 | **without [31]** 13/8 | 19/18 19/18 19/19 | 114/2 114/23 115/8 |
| 101/11 122/11 123/2 | 30/10 38/5 57/17 | 19/20 60/18 64/3 | 116/3 116/10 123/1 |
| | 68/20 93/7 93/23 | 65/12 | 123/5 123/10 126/14 |
| | 100/23 108/16 108/17 | | |
| | 109/7 109/11 109/12 | | |
| | 109/17 109/18 109/21 | | |
| | 132/10 134/17 172/20 | | |
| | 173/8 174/11 177/4 | | |
| | 185/4 191/9 202/20 | | |
| | 204/8 206/19 209/11 | | |
| | 213/19 232/4 232/13 | | |
| | **witness [41]** 3/13 | | |
| | 3/16 15/20 29/14 32/4 | | |
| | 33/15 33/16 34/6 | | |
| | 56/24 57/6 57/25 | | |
| | 66/23 66/24 76/14 | | |
| | 87/24 102/3 102/4 | | |
| | 102/5 102/11 104/19 | | |
| | 104/20 104/24 104/25 | | |
| | 105/2 105/4 131/18 | | |
| | 131/23 132/7 134/3 | | |
| | 134/4 134/6 141/13 | | |
| | 142/15 142/21 161/9 | | |
| | 169/2 178/18 179/22 | | |
| | 183/12 183/22 200/13 | | |
| | **witness's [5]** 30/24 | | |
| | 31/24 142/17 142/18 | | |
| | 170/16 | | |
| | **witnesses [13]** 2/2 | | |
| | 156/13 158/10 161/9 | | |
| | 172/2 178/22 213/12 | | |
| | 226/23 233/23 251/21 | | |
| | 252/14 252/15 252/19 | | |
| | **won't [2]** 72/4 | | |
| | 251/21 | | |
| | **wondering [1]** | | |
| | 179/16 | | |
| | **word [2]** 6/15 149/11 | | |
| | **words [4]** 47/1 | | |
| | 150/16 155/17 243/18 | | |
| | **work [24]** 7/7 25/7 | | |
| | 28/14 44/19 46/7 52/5 | | |
| | 70/17 94/3 108/12 | | |
| | 110/1 110/21 115/10 | | |
| | 117/3 117/25 118/17 | | |
| | 135/6 135/12 136/10 | | |
| | 136/18 182/17 195/13 | | |
| | 208/13 211/10 248/4 | | |
| | **workable [1]** 152/7 | | |
| | **worked [8]** 43/5 | | |
| | 86/12 86/15 90/25 | | |
| | 91/20 108/18 115/13 | | |
| | 182/18 | | |
| | **working [12]** 8/17 | | |
| | 11/24 41/11 73/7 76/4 | | |
| | 93/25 94/6 110/24 | | |
| | 113/24 114/20 135/21 | | |
| | 149/8 | | |
| | **works [4]** 63/16 | | |
| | 65/22 74/24 125/4 | | |
| | **world [8]** 33/17 | | |
| | 110/1 120/3 121/23 | | |
| | 136/3 138/21 140/9 | | |
| | 144/15 | | |
| | **worried [2]** 165/5 | | |
| | 193/23 | | |

**296**

(41) wife - you were

## Y

**you were... [2]**
126/25 143/16
**you'd [6]**  3/15 35/15
124/13 132/4 152/4
180/2
**you'll [16]**  9/18
13/14 32/23 32/23
32/24 33/4 73/4 98/1
101/23 150/15 178/5
178/16 190/11 214/18
235/2 253/2
**you're [87]**  3/16
12/1 22/7 30/1 31/10
31/21 32/16 32/17
33/10 33/21 37/10
37/10 39/6 45/7 45/8
46/16 48/13 48/24
50/2 51/8 56/21 59/22
61/19 69/2 70/5 71/21
76/17 77/20 81/14
81/25 82/2 84/4
102/14 111/15 112/12
113/6 114/5 114/25
116/23 117/3 119/7
119/8 121/23 123/23
124/24 125/10 125/10
126/18 126/20 130/8
139/8 141/9 144/16
149/14 149/14 149/17
150/20 150/23 150/23
151/8 158/4 160/17
163/10 163/12 163/14
163/16 167/23 175/24
178/2 178/21 179/8
179/8 179/14 179/16
190/6 190/13 190/18
191/1 197/11 200/4
219/20 225/20 226/18
228/19 230/10 251/25
252/5
**you've [14]**  34/24
99/4 101/3 125/8
140/1 156/13 159/3
161/9 161/16 161/20
161/21 167/10 175/5
242/14
**Young [27]**  152/22
152/23 153/20 155/19
162/21 162/22 163/3
163/4 163/24 164/24
169/13 169/14 170/12
170/14 171/15 171/24
172/20 173/6 173/8
173/13 174/7 174/11
177/15 177/20 178/4
236/6 237/5
**Young's [1]**  178/4
**Youngboy [1]**  70/7
**Youngs [1]**  165/6
**your [256]**

**yours [5]**  8/7 26/16
80/25 90/15 124/2
**yourself [11]**  3/19
31/10 33/7 57/11 58/6
132/4 134/25 137/20
137/20 142/19 180/2

## Z

**Zeljka [3]**  1/18 88/4
104/10
**Zelle [10]**  157/20
157/25 195/2 217/13
217/14 217/15 217/16
217/19 218/5 218/17
**zero [6]**  216/2
222/16 222/16 222/19
243/23 249/12
**zip [2]**  241/24 241/25
**zoom [5]**  7/1 51/20
51/22 51/25 218/6

(42) you were... - zoom