UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
                        (FORT LAUDERDALE)
                      CASE NO.  24-CR-60126


**UNITED STATES OF AMERICA,**
          Plaintiff,                    Fort Lauderdale, Florida
vs.                                       March 27, 2025

**JANICE ELEANOR TURNER and**
**KISEAN PAUL ANDERSON**
          a/k/a Sean Kingston,
          Defendants.
-----------------------------------------------------------
                      **Excerpt of Proceedings**
                          Trial Day 4
       Testimony of Special Agent Amanda Cook, Duwayne Mills,
     Safari Lloyd Samuels, Brandon Goodwin and Janice Turner
              BEFORE THE HONORABLE DAVID S. LEIBOWITZ
                   UNITED STATES DISTRICT JUDGE


APPEARANCES:
FOR THE PLAINTIFF:     **UNITED STATES ATTORNEY'S OFFICE**, by:
                       Marc S. Anton, Esq.,
                       Trevor C. Jones, Esq.,
                       500 East Broward Blvd., Suite 700
                       Fort Lauderdale, Florida 33394

FOR THE DEFENDANT,     **Humberto R. Dominguez, Esq.**
TURNER:                9100 S. Dadeland Blvd., Suite 1500
                       Miami, Florida  33156

FOR THE DEFENDANT,     **BOZANIC LAW**, by:
ANDERSON:              Zeljka Bozanic, Esq.
                       17100 Royal Palm Blvd., Suite #1
                       Weston, Florida  33326
                                and
                       **LAW OFFICE OF ROBERT A. ROSENBLATT**, by:
                       Robert A. Rosenblatt, Esq.
                       7695 SW 104th Street, Second Floor
                       Pinecrest, Florida  33156
STENOGRAPHICALLY
REPORTED BY:           ELLEN A. RASSIE, RMR-CRR
                       Official Court Reporter to the
                       Honorable Rodney Smith
                       299 E. Broward Blvd., Room 207-C
                       Fort Lauderdale, Florida  33301

**INDEX**

**GOVERNMENT WITNESSES**:

| | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| AMANDA COOK | | | 3 | 42 |
| AMANDA COOK | | | 21 | |

**DEFENDANT WITNESSES**:

| | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| DUWAYNE MILLS | 51 | 61 | 89 | |
| SAFARI LLOYD SAMUELS | 69 | 72 | 73 | |
| SAFARI LLOYD SAMUELS | | 75 | | |
| DUWAYNE MILLS | | 77 | | |
| DUWAYNE MILLS | | 93 | | |
| BRANDON GOODWIN | 95 | 122 | 127 | |
| JANICE TURNER | 131 | 183 | | |

| Exhibits | Received |
|---|---|
| Government's Exhibits | |
| 56 | 79 |

****excerpt of proceedings

(Jury entered the courtroom at 10:34 a.m.)

THE COURT:  Good morning, everybody.  Please be seated.  This jury's so good, that when they're four minutes late, people get worried.  In a case in the Southern District of Florida, it's like an hour.  You guys are terrific.  I really appreciate your punctuality.  I hope the extra hour helped you this morning.

Agent Cook, you can take the stand.  I remind you that you're still under oath, and you may recall direct examination Ms. Bozanic.

MS. BOZANIC:  Thank you, Judge.

**CROSS EXAMINATION OF AMANDA COOK**

**BY MS. BOZANIC:**

Q.  Good morning, Ms. Cook.

A.  Good morning.

Q.  You sat here through the whole testimony through all the witnesses for the whole trial, correct.

A.  Yes, that's correct.

Q.  And you got to hear every single witness that testified in this case?

A.  Yes, I did.

Q.  And you got to obviously hear the opening statements?

A.  Yes.

Q.  And you got to sit here until the end of trial unlike other

witnesses, correct?

A.   That's correct.

Q.   None of the other witnesses got to hear what the other witnesses said except for you?

A.   Correct.

Q.   Now, you're the case agent in the case?

A.   Yes.

Q.   And that's one of the privileges you have is to listen to all the evidence and the testimony of other witnesses?

A.   That's correct.

Q.   Before you testify?

A.   Yes.

Q.   All right.  Now, I know that as part of the investigation, there were some subpoenas that were done on some bank accounts, is that correct?

A.   That's correct.

Q.   All right.  Now can you tell the members of the jury how many bank accounts did you actually get records for?

A.   Records that we received, it was from Bank of America.

Q.   For two different accounts for one company, correct?

A.   Correct.

Q.   Now, both of those accounts belonged to only one corporation, Eyes Above Water, correct?

A.   That's correct.

Q.   Now you didn't get any of the bank statements in Sean

Kingston's name?

A.   No, I did not.

Q.   You didn't get any of the bank statements in other corporations that Sean Kingston may have?

A.   No.

Q.   All right.  You didn't get any other bank statements that Ms. Turner may have?

A.   No.

Q.   All right.  So the only bank statements we have is just this one corporation, that's it?

A.   JPMorgan Chase was subpoenaed, as well as Novo and Middlesex.  They returned no records so those three were subpoenaed because they were involved at least purported on those wire receipts, fraudulent wire receipts.  That's why those three.

Q.   Now, as a U.S. Secret Service Agent, you do have experience and are familiar just like anybody else, but I guess you have more knowledge that there are many other banks in the United States?

A.   Yes, absolutely.

Q.   So, at this point, we only have a Bank of America account or accounts.  Two accounts for one of the corporations?

A.   Correct, related to the fraudulent wire receipts.

Q.   In direct examination, I know that Mr. Anton went through some of the bank statements with you, do you remember that?

A.  Yes, I remember.

Q.  And showing you what's in evidence as Government's Exhibit 50, Mr. Anton showed you -- Mr. Anton showed you, for example, the October 1, 2023 to October 31, 2023 statement, do you remember that?

A.  Yes.

Q.  And Mr. Anton went through each one of these statements starting with October.  He went into October and November and he asked you what the beginning balance and you said it was $2,918?

A.  Correct.

Q.  The ending balance $3,580, do you remember that?

A.  Yes.

Q.  What wasn't asked of you that's obvious in these statements and what were the deposits each month, so let's go through that.

A.  Sure.

Q.  The deposits for October of 2023 are $309,536.46?

A.  That's correct.  And the withdrawals are, when you add up the withdrawals and checks which would be debited are a little over $300,000.

A.  Correct.

Q.  Now, let's go to November.  You were asked and this is November, 2023, you were asked about the beginning balance and the ending balance.  Do you remember that?

A.   Yes.

Q.   What you weren't asked was how much was deposited for the November, for the month of November in 2023 and this only one account?

A.   Correct.

Q.   How much was that?

A.   Deposits and credits, it's $477,229.31.

Q.   And in laymen's terms, that would be income that just went to that one account would be almost half a million dollars for one month?

A.   It could be income.  It could be money from other sources. Without looking at that, I can't quantify it right now as to if it was solely income.

Q.   And the withdrawals, meaning the money that was spent or the money that went out was approximately the same, $446,000?

A.   Correct.

Q.   Now, let's go through some of these transactions.  I'm going start with November 15th right there on the bottom, do you see that?

A.   Yes.

Q.   Let me just make it a little clearer.  Do you see a wire on November 15th for 2023, do you see a wire for $200,000?

A.   Yes, I do.

Q.   And this is a wire out.  Can you tell the members of the jury what "wire out" means?

A.   Wire out means you're sending it to someone else.

Q.   And who's the receiver of this wire?

A.   That's B and F, or beneficiary and that's Gold Watches, I-N.

Q.   And would you agree with me that I-N probably stands for Inc. and couldn't fit in that line?

A.   Yeah.

Q.   Now Gold Watches, Inc. received $200,000 on 11/15/23, right?

A.   Yes.

Q.   Do you remember testimony about Gold Watches in this case?

A.   I do.

Q.   And do you remember that Gold Watch was actually a part of the Mazal Jeweler testimony where the witness couldn't -- well, didn't know when Gold Watch was paid, do you remember that?

A.   I do.

Q.   And would you agree with me that this is proof that Gold Watch received a payment on this date for $200,000?

A.   Yes, they received it after a police report was filed.

Q.   And you agree with me that this was for Audemars ceramic white watch in I guess description, correct?

A.   Yes.  It's details, but yes.

Q.   That would be the same watch that we discussed relating to Mazal Jewelers?

A.   Correct.

Q. All right. Now I'm going to skip to the December statement, and I'll come back to the deposits. Do you see a wire -- just a moment. December 15, there was -- in the debits, it was a different section. Do you see the December 15th wire again for $85,000 right there?

A. Yes, I do.

Q. Okay. And in the wire out, again, this is a wire that was sent to somebody, correct?

A. Correct.

Q. Because it also has a minus 85, so the account was debited, correct?

A. Absolutely.

Q. And the wire again went to Gold Watches, Inc., correct?

A. Correct.

Q. And this one, we don't have the description but based on your investigation, is it your belief that this was for the balance of the $285,000 watch?

A. Yes.

Q. And is it based on your investigation, can you testify that Gold Watches, Inc. was paid for the full amount of $285,000 based on these statements?

A. Yeah, they were paid for the full watch about a month and a half after the police report was filed.

Q. Okay. And the police report that was filed was filed by Mazal Jewelers, correct?

A.   Correct.

Q.   Okay.   The one that did not own the watch?

A.   He was a broker for that watch.   He was responsible for that watch.

Q.   But that police report was not filed by the owner of the watch, is that right?

A.   Correct, yes.

Q.   Because obviously the owner of the watch was paid directly by Mr. Kingston or his mother?

A.   A month and a half later, yes.

Q.   Okay.   Now, let's go back to --

MR. DOMINGUEZ:   I'm going to object.   She's not being responsive.   She's giving --

THE COURT:   Overruled.

**BY MS. BOZANIC:**

Q.   Let's go back to the December statement, the deposits.   For December, the deposits are $275,000 and some change, correct?

A.   Yes.

Q.   And we also have withdrawals for $276,000?

A.   Correct.

Q.   Can you tell me what the deposits are for January of 2024?

A.   Deposits and other credits, $225,156.

Q.   And the withdrawals?

A.   Withdrawals, $223,421.58.

Q.   I'm sorry, I went too fast.   What about February 1st?

A.   February was -- this is deposits?   $131,692.17.

Q.   And then withdrawals?

A.   Withdrawals, negative or just $127,783.06..

Q.   Are you familiar with the fact that there was another bank account opened at some point?

A.   Yes.

Q.   And which account was that?

A.   That was the second Bank of America account.

Q.   Okay.  I'm going to go back to the same exhibit, November 1st statement.  Do you see that?

A.   Yes.

Q.   Let's go to some of the deposits.  Do you see a wire in from Royal People, Inc. $250,000?

A.   Yes.

Q.   And that would be on November 15, 2023?

A.   Correct.

Q.   Did you ever investigate what Royal People, Inc. represented?

A.   No.

Q.   What about the University of Houston direct pay $50,000? Do you see that?

A.   On November 16th?

Q.   Yes.

A.   Yes, I see that.

Q.   And did you ever investigate what that represented?

A.   No.

Q.   All right.  Do you see a $22,505 deposit right underneath?

A.   Yes.

Q.   And it has in the description, "Sean Kingston deposit Jones Entertainment."

A.   Correct.

Q.   Do you see that?

A.   Yes.

Q.   Did you investigate that one?

A.   No.

Q.   Do you see on 11-22-23, a deposit for Sean Kingston November 25th, Beat Gig, LLC, $17,100?

A.   Yes.

Q.   Did you investigate that?

A.   No.

Q.   Do you see on November 24th, there's a $15,000 deposit again.  It says artist, in the bottom, artist deposit, Sean Kingston U-G-A-T-E-P.  Did you investigate that?

A.   No.

Q.   Again, another deposit for $17,100, I think four days later, do you see that?

A.   Yes.

Q.   And again, the description is Sean Kingston?

A.   Correct.

Q.   Beat Gig, LLC?

A.   Yes.

Q.   Now, do you also see a whole bunch of withdrawals and other debits?

A.   Yes.

Q.   And it is clear that this account sends wires, right?

A.   Yes.

Q.   And it is clear that this account pays for the expenses of Janice Turner, Sean Kingston, and other entities that may be owned by both, correct?

A.   Yes.

Q.   Do you see on 11-15 a transaction for $30,000?

A.   Yes.

Q.   And who was this payable to?

A.   That was -- the beneficiary is VerVer Entertainment, LLC.

Q.   You can you please confirm based obviously your investigation and sitting here for the whole trial who was VerVer, Entertainment, LLC?

A.   That was Ariel Mateos.

Q.   And that was a real deposit for the T.V. that was supposed to be installed, correct?

A.   That was the down payment, correct.

Q.   Do you see some of the Zelle payments that were done in this account?

A.   Yes.

Q.   Would you agree with me that there are many Zelle payments

Q. to various people, like Uber man, California, you know, Trust at Paul, Max Alexander and others, have you investigated any of these Zelle payments or transfers out?

A. No, I did not.

Q. Would you agree with me -- so that I don't have to go through all these statements, would you agree with me that there were other Zelle payments to other jewelers, contractors and many different, I guess, people that were paid and that these were real wires and Zelle transfers?

A. That's correct.

Q. Now, I'm going to show you Government's Exhibit 51.  What is this?

A. So this was the return for the subpoena to Bank of America.

Q. And this was for an account ending in 2431, is that correct?

A. Yes, that's correct.

Q. And when was this account opened?

A. I believe it was in February.  I can't see the bottom.

Q. I'm sorry, here.

A. Yep, February 15, 2024.

Q. Do you know why this account was opened on February 15th of 2024?

A. The other bank account was closed.

Q. Okay.  Now, do you know why?  Did you ever investigate why the other account was closed?

A.   No.

Q.   Are there any documents with the bank that may suggest fraud or anything like on the account?

A.   I didn't see that.

Q.   Now, this is the first statement, obviously goes from half of the -- or the middle of the month, February 15th, until February 29th, correct?

A.   Correct.

Q.   And there aren't that many deposits, but we also have the other account as well?

A.   Yes.

Q.   Now, let's go to March of 2024.  How much are the deposits for March of 2024?

A.   $224,220.44.

Q.   And the withdrawals?

A.   $223,279.67.

Q.   Now, let's look through some wires.  There's a wire in for $35,000.  Do you see that?

A.   Yes.  The top one?

Q.   Yes.  And it talks about Devon Lakeshore show, correct?

A.   Yes.

Q.   Okay.  We also have a $15,000 deposit on March 6th. Do you see that?

A.   Correct.  There's two on March 6th.

Q.   And in the desscription it has Agency for the Performing,

correct?

A.   Yes.

Q.   We have another $15,000 on the same day that has a description of Sean Kingston, right?

A.   Yes.

Q.   We have another one for $17,500 that has Hilltop Entertainment Sean Kingston, do you see that?

A.   Correct, yes.

Q.   We have another $12,500.  It says New Haven remaining, Sean March, third balance?

A.   Yes.

Q.   Okay.  Is it clear to you, and would you agree with me that Sean Kingston as a performer based on these statements gets deposits for his performance and then gets payment -- sometimes get payments after he performs?

A.   Yes, that's what it what appears to be.  A lot of these say show or performing.

Q.   And A lot of these shows, he doesn't just get one lump sum. They keep sending money probably based on his contract, correct?

A.   It appears that way, yes.

Q.   Again, I'm not going to go through all of them but, for example, there's a $40,500 deposit that is on 3-27.  Again, Agency for the Performing which we just saw before, correct?

A.   Yes.

Q.   Do you see a payment here on 3-6 to Miami Jewelry for $7,000?

A.   Yes, I do.

Q.   And do you see an online banking transfer to Mama Kingston Kitchen?

A.   Yes.

Q.   $15,000 on 3-29?

A.   Correct.

Q.   You're familiar with Mama Kingston Kitchen, right?

A.   Yes.

Q.   And that is Ms. Turner's cooking company, correct?

A.   Correct.

Q.   You're familiar that she has her own sauce that she makes?

A.   Yes, I am.

Q.   Let's go through, I think the last one which is April 1st to April 30th of 2024.  Do you see this statement?

A.   Yes.

Q.   And do you see the deposits being $726,188.97?

A.   That's correct.

Q.   And you agree that these are real deposits that happened, correct?

A.   Yes.

Q.   And withdrawals are $750,000 for this one month which means that other people were paid $750,000, correct?

A.   Correct.

Q. And did you investigate any of these deposits?

A. No.

Q. We have a counter credit for $105,000. Do you know whether that was cash or any other form of payment?

A. I don't know if it's cash or check. It just says counter.

Q. Did you investigate that?

A. No.

Q. We have another counter credit of $350,000 on 4-2-24. Can you tell the ladies and gentlemen of the jury whether that was cash or some other form of payment?

A. I'm not sure.

Q. We also have some more wires in for Sean Kingston, October 26th, Miami, correct?

A. Correct.

Q. So out of these $726,000 of deposits, are any of the deposits that we just went through, did you investigate any of those deposits?

A. No.

Q. Because there was no reason to, correct?

A. Correct. They were legitimate wire transactions.

Q. And legitimate income, that the money that comes in seems to be Mr. Kingston's performance?

A. Seems to be, yes.

Q. You say seems to be because, obviously, you didn't confirm that?

A.   Correct.

Q.   You're just relying on what the bank statements say?

A.   Correct.

          MS. BOZANIC:   Just a moment so I do not mix these two up.

          THE COURT:   No problem.

**BY MS. BOZANIC:**

Q.   Do you remember Exhibit 41 that the Government introduced which are text messages between Sean and his mom?

A.   Yes, I do.

Q.   Do you remember what these were for, or do you want me to let you read it first?

A.   Yes.  I remember these from November, 2021, in reference to the creation of a wire receipt.

Q.   Now, these are -- these messages are from four years ago?

A.   Roughly about three and a half years, yes.

Q.   And it is clear from these messages that somebody is at their house, correct?  Would you agree with me?

A.   Yes.

Q.   And mamakingstonbookings says "that's your problem.  You want man to stay at your house," correct?

A.   Correct.

Q.   And at some point, the mom asks Sean to just do whatever she can to get this man out of the house because she's in pain. She talks about her -- I think she went to a dentist or

something like that.  Do you remember that?

A.  I remember her saying she was in pain.  Actually, it's right there.  "Sean, I'm in serious pain and laying down."

Q.  So would you agree with me that she was trying -- they were trying to get somebody out of the house?

A.  Just based off of that one text message there, no, I don't agree with that based off of the context of the rest of the conversation.

Q.  Do you see a message where Mama Kingston says, "While you're worried about watches, get rid of the man.  Let him go to the hotel."  Do you see that?

A.  Yes.

Q.  Do you see the message on the bottom?

A.  Yes.

Q.  SKKKKK?

A.  Correct.

Q.  Sean says, "He gave me the chain you liked, kept pressuring me to buy so".  That's Sean talking, correct?

A.  Yes, that's correct.

Q.  And he says "just please work this for me lastly, I got you forever?"

A.  Yes.

        MS. BOZANIC:  Just a moment, your Honor.

        THE COURT:  Yes.

MS. BOZANIC:  Judge, I don't have any other questions.

THE COURT:  Thank you, Ms. Bozanic.  Mr. Dominguez, sir, cross-examination.

- - - - -

**CROSS EXAMINATION OF AMANDA COOK**

**BY MR. DOMINGUEZ:**

Q.  Good morning.

A.  Good morning, sir.

Q.  You are the lead agent in this case, correct?

A.  That's correct.

Q.  So like what does a lead agent actually do in the case?

A.  So a lead agent works hand in hand with the AUSA.  As the case is progressing, keeps him updated and is in charge of all the basically all the leads that we follow as far as the course of the investigation.

Q.  Did you initiate this investigation?

A.  I did not.

Q.  How was this investigation started?

A.  This investigation was started by the Broward Sheriff's Office.

Q.  And are you familiar with which detective started the investigation?

A.  Yes, I am.

Q.  What's the name of that detective?

A.  Detective Amanda Vecchio.

Q.   And are you aware of whether or not the detective interviewed people?

A.   Yes, she did.

Q.   Okay.  And are you aware of whether or not the detective prepared reports in this case?

A.   She did prepare police reports, yes.

Q.   Mm-hmm.  And did you prepare a police report or reports for your agency?

A.   Yes.

Q.   Okay.  And what is the nature of those reports?

A.   There were a couple arrest reports, and then reports dealing with the intake of evidence or documents from the Broward Sheriff's Office.  And then I believe I had another report based off of my findings from November of 2021 from the LA Police Department.

Q.   Okay.  Did you -- did you interview witnesses?

A.   No, I did not.

Q.   Okay.  And why did you not interview witnesses?

A.   So, when I took on the case, I took it on as a federal wire fraud case, and the focus of that was the investigation of the fraudulent wires that were sent.

Q.   Why isn't it important to know what the people say?

A.   It is, and I have that information from Detective Vecchio, and I had the text messages between the victims, and the defendants so I had all of that information in front of me.

Q.   Did certainly you followed up to make sure that you had received all the documents and all the evidence that you needed to get?

A.   Correct.  I asked for everything.

Q.   Right.  And did you do that with Ariel Mateos?

A.   So I asked -- yes, we asked for everything from Ariel Mateos.

Q.   Did you notice that there was a section of texts that was missing?

A.   I did not.

Q.   Okay.  Did you eventually during this trial while you sat here become aware of some texts that were missing?

A.   Yes, I did.

Q.   And at any point had Mr. Mateos told you or the prosecutors that he had had this conversation previously?

A.   Which conversation?

Q.   The one where they Mr. Kingston told him to give him his money back or he was going to call the police and get his lawyers involved?

A.   I was not aware of that conversation, no.

Q.   But you saw the texts, right?

A.   I did.

Q.   Would that have affected how you looked at Mr. Mateos?

A.   No, it wouldn't have because he still received a fraudulent wire transaction so, again, I was focused on the fraudulent

nature of those wire transactions.

Q. And the fact that he hid evidence from you, like nothing?

A. At the time, I didn't know.

Q. Well, you know now he hid evidence from you. You still think the same way of him?

A. I don't think it changes the fact that he received a fraudulent wire transaction, no.

Q. But he hid evidence, isn't that a crime?

A. To hide evidence?

Q. Yeah.

A. Yes.

Q. Yeah. And that doesn't affect your opinion at all still, the fact that he committed a crime?

A. I think --

        THE COURT: Sustained. Sustained.

BY MR. DOMINGUEZ:

Q. So, you didn't interview any of the witnesses, you just simply asked them to bring you evidence?

A. Do you mean like interviewed before trial or because we did have communication with the witnesses who testified prior to trial.

Q. All right. And were you present during the interview of Mr. Mateos?

A. Yes.

Q. And did you ask him if he had given you everything that he

had?

A.  Yes.

MR. ANTON:  Objection, asked and answered.  We've been through this.

MR. DOMINGUEZ:  I didn't ask --

THE COURT:  That's overruled.  That question and that answer stands.  Next question.

MR. DOMINGUEZ:  Thank you, your Honor.

**BY MR. DOMINGUEZ:**

Q.  Now, in relation to Gold Jewelers, you stated I think several times that a police report had been prepared by Moshe.

A.  That's correct.

Q.  Do you know if Mr. Kingston at any time was told about this police report?

A.  I'm not aware of that.

Q.  Okay.  So the fact that he made payments directly to Mr. Gold has nothing to do with the police report?

A.  I don't know if they're connected or not.

Q.  Right.  But you kept saying it, like it's somehow they're connected.

A.  It follows along with the other three fraudulent wire transactions, and that law enforcement got involved before those victims received payment or got their property back.

Q.  Yeah.  Well, Mateos got a deposit before.  He even broke ground on the project?

A. Yes, just a down payment that didn't cover the full cost of the television.

Q. Really? How much did the television cost?

A. It was roughly $115,000.

Q. That's retail. What did it cost?

MR. ANTON: Objection.

THE COURT: Sustained.

BY MR. DOMINGUEZ:

Q. Do you know what the value of that T.V. is?

A. $115,000.

Q. That's retail. What does it cost?

MR. ANTON: Again, improper impeachment of this witness.

THE COURT: Sustained.

BY MR. DOMINGUEZ:

Q. So is it fair to say that you do not know what the television cost Mr. Mateos? The items that he purchased, you have no idea what they cost?

A. I don't know what his purchase price was, no.

Q. Right. You don't know what his installation price was either?

A. No.

Q. Right. You don't know how much he paid the contractors?

A. No.

Q. You don't know who the contractors even are?

A.  No.

Q.  Was that important for you to know?

A.  No.

Q.  Did you have any dealings with Andrii Nikolenko?

A.  Yes.

Q.  What was the nature of that?

A.  We had, like the other witnesses, we had a pretrial conference.

Q.  Right.  And you heard him testify that he had not --

A.  There was a language barrier there, so I think he believes that the meeting was face to face.

Q.  You think?

A.  Yes, based off of what he stated.  It seemed that he was confused and thought meeting meant face to face and not an MS Teams call or Zoom call.

Q.  Well, was it a Zoom call?

A.  It was a Zoom call.

Q.  When we're on a Zoom call, are we not face to face?

A.  Again, I think there was a language barrier there.

Q.  What's the word of "face" in Russian?

        MR. ANTON:  Improper impeachment of this witness.

        THE COURT:  He sustained.

        MR. DOMINGUEZ:  He clearly lied about having --

        THE COURT:  Sustained.

**BY MR. DOMINGUEZ:**

Q.   Did you hear the prosecutor when he redirected him?

A.   Yes.

Q.   And he had to clarify that?

A.   Yes.  Again, I think due to the language barrier.

MR. DOMINGUEZ:  Move to strike.  She's saying "I think."

THE COURT:  Yeah.  Sustained after the word "yes."

MR. DOMINGUEZ:  And I ask for the jury to disregard.

THE COURT:  Yep.  Jury will disregard every part of the answer after the word "yes."

MR. DOMINGUEZ:  Thank you, your Honor.

**BY MR. DOMINGUEZ:**

Q.   Did you do any other research connected with this case other than what we have here?

A.   Yeah, I did a lot of open source research regarding Mr. Kingston.  Like I said, the bank subpoenas, talked with Detective Vecchio about the search warrant on the house that was served, and then the review of the phone.

Q.   Right.  And did you participate in the review of the phone?

A.   Yes, I did.

Q.   Okay.  And did you instruct the person that did the extraction of the phone?

A.   Yes, I gave him the search warrant that outlined what we were allowed to view on that phone.

Q. And what did you say to that person to do as far as the phone?

A. Exactly what the search warrant said.

Q. What is that?

A. It was -- there were certain dates that were permissible for that phone, and there were certain things that we were allowed to look at like emails and text messages, so I let him know that that's what we were looking at and we were limited to that.

Q. So the phone here that's in evidence is not -- you can't open it?

MR. ANTON: Judge, objection. Can we go sidebar, please?

THE COURT: Yep, sidebar. First stretch break of the day after a late start, ladies and gentlemen. See you in a minute.

(At the bench.)

THE COURT: Okay, Mr. Anton.

MR. ANTON: Judge, your Honor was very clear in your legal rulings outside of the presence of the jury concerning the search warrant and the phone and its admissibility and what was searched and what wasn't searched.

THE COURT: Yep.

MR. ANTON: It does appear the defense is now --

THE COURT: Where are we going, Mr. Dominguez?

MR. DOMINGUEZ:  They're going to got to the jury and they can't open that phone.  They can't do anything with it.  It's basically a brick.

THE COURT:  No, if the only question is is that the actual physical object that is in the evidence bag and in evidence is inoperable, is that the only question you're going to ask?

MR. DOMINGUEZ:  Basically for them, yeah.  Exactly.  That's it right now.

THE COURT:  No, what's after that?

MR. DOMINGUEZ:  Well --

THE COURT:  That's not where you were going before we went sidebar.

MR. ANTON:  Judge, I think clearly she's going on what you see in the phone.

THE COURT:  Let's find out where we are going with this line of questioning on the phone.

MR. DOMINGUEZ:  Basically so the jury is aware of the fact that they are limited in access of the phone as well as what information they can draw from it.

THE COURT:  Yeah, pursuant to the last question and answer, the agent has answered that they had to follow a search warrant to search the phone.  And so far, that's all that's been adduced.

If you're going to adduce those kinds of questions,

I'll let you have a couple more on those kinds of questions. But I haven't heard any other line of questioning that you seek to pursue, and you should tell me now if you're going to seek to pursue it.

MR. DOMINGUEZ:  Basically that whatever else is on the phone, we don't know and nobody can know.

THE COURT:  Yeah, pursuant the search warrant, right, because if you do that, and you don't include that they were not allowed to look at anything else on the phone pursuant to the court order, then Mr. Anton's going to get back up and make that very, very clear on redirect.

So to that extent the phone was allowed to be searched pursuant to a search warrant that had limits, I'll let you have a couple more but, again, you've made no other proffer that you're going to ask any other question about the phone or its contents or how it was extracted or what witnesses did or didn't do because there's no basis so far in evidence to go anywhere else, right?  Unless you tell me right now.

MR. DOMINGUEZ:  Judge, no.  It's fine.  It's -- I won't -- you know what?  I'll stop at this point.  I'll go into another area specifically regarding the stuff she did extract and, you know, maintain my objection from before.

THE COURT:  Well, no.  There's no objection that is --

MR. DOMINGUEZ:  No, from before.

THE COURT:  Well, the objection from before had a very

limited and specific basis and I ruled. Right now, you're asking the question of a witness, and you have put forth no other basis whatsoever to even explore, and if you don't do it now, I'm going to keep it to what you've put before the court in good faith because what you're not allowed to do is sandbag the court. Now if you --

MR. DOMINGUEZ: I'm not trying to do that, Judge.

THE COURT: Well, sir, sir, your line of questioning before we went to sidebar brought up what was the nature of your argument before the jury came out, so all I'm saying is that if you think that this court is missing something, and that you have a good faith basis to ask it, now is the time and I don't hear anything except that the search warrant limited the contents of the phone that can be looked at.

You asked one question and answer. Now I'll let you have one or two more to make it clear that, as you say, it's not the entire phone. That, I think is fair game.

MR. ANTON: Judge, I understand. From the Government's perspective, I understand the court's ruling one hundred percent. I believe that's accurate but what the Government feels the defense is doing either overtly or covertly is implying to the jury that the Government is hiding evidence that was found.

THE COURT: I won't permit it.

MR. ANTON: That's exactly where he's going to go.

THE COURT: In fact, if we don't get off it after, I'll let you have a couple of more so that this line of questioning is clear.

You're going to reach the point where the Government will be able to ask for an instruction from the court that you had equal subpoena power, that you had equal ability to inspect the phone, that you had equal ability for over a year to do so.

Now I know you don't want to do that, and I would also say, of course, that the burden always remains on the Government to prove the charges. But I don't think you're there yet.

I just want to make sure that except for the limit of the search warrant, which you're allowed to do a couple more on so that's clear, if there's anything else, you can tell me now and I'll know whether it's legitimate or not.

MR. DOMINGUEZ: It has to do with my client testifies, regarding what else is on the phone, then we have a problem.

THE COURT: Well, if she takes the stand?

MR. DOMINGUEZ: Exactly.

THE COURT: We'll cross that if and once she makes her decision. She hasn't been allocuted yet on whether she's doing this at all.

MR. DOMINGUEZ: Right.

THE COURT: With respect to this witness, is there anything more you're going to do?

MR. DOMINGUEZ:  I'll leave it at that with the witness.  I'm letting the court know this will happen.

THE COURT:  We'll cross bridges when we get there. Thank you.

MR. DOMINGUEZ:  Okay.

(In open court.)

THE COURT:  Thank you very much, ladies and gentlemen. We're going to continue with cross-examination.

**BY MR. DOMINGUEZ:**

Q.  Now, talking about the contents of the hard drive, not the hard drive rather -- strike that.  But the little memory stick that it's in evidence.  Are you familiar with that?

A.  Yes, the USB?

Q.  Right.  Are you familiar with the contents of that?

A.  Yes.

Q.  What's on there?

A.  Text messages, images, videos between the date range that was permissible on the search warrant.

Q.  But is it only the date range, or are there other things that are not there from the phone?

A.  I'm not sure what you mean.

Q.  There's a date range, correct?

A.  Yes.

Q.  And then there's also other items on the phone during that date rate.  You got everything that's on the phone during that

date range or other items?

A. Talking with Examiner Jenkins, yes.

Q. Okay. There was nothing else during that date range on that phone?

A. Not that I'm aware of.

Q. Okay. So you got all the contents. Just I want to be clear. I know I asked you this. You got all the contents from the beginning to the end of the search warrant dates?

A. To my knowledge, yes.

Q. Okay. That would include photos, videos?

A. Yes.

Q. Everything?

A. Yes.

Q. Okay. Meta-data?

A. Sure.

Q. You showed some items that were recovered from the phone. I believe there was a bunch of -- let me refer to it. It's Exhibit 52.

A. Yes.

Q. Okay. And these are a series of purported wire receipts or wire transactions?

A. That's correct.

Q. Do you know based on the meta-data, when they were generated?

A. Based on the meta-data, no.

Q.  Okay.  Do you know and naturally compliant with your time limitations, do you know based on the meta-data when that was received in that phone?

A.  Based on the meta-data, no.

Q.  Do you know based on the meta-data was that generated in that phone?

A.  I'm not sure.

Q.  Do you want to look at it to be sure?

A.  I found those receipts in a text exchange between that Mark Mosquera Business Account, and defendant Turner.

Q.  All of those were one attachment?

A.  They weren't one attachment.  It was over the course of over a year.

Q.  Okay.  And all those were sent as attachments.  I just want to be clear, all of those were sent as attachments?

A.  Those were sent from Mark Mosquera to defendant Turner. Sometimes there were screenshot images but yes, they were -- if you want to call them images and PDFs attachments, yes.

Q.  Every single one of those came from Mark Mosquera?

A.  Yes.

Q.  And we have those conversations?

A.  Yes.

Q.  Okay.  And when were these utilized or forwarded?

A.  So, I know that at least nine of those 33 were used throughout the course of the investigation because I was able

to identify victim contact information, and I passed that along to Detective Vecchio.

She reached out to those additional eight or nine people.  I can't remember the exact number and confirmed that they had received those fraudulent receipts.

Q.  So, but all this is -- that you're testifying to right now is based on hearsay?

A.  No, it's based on my analysis of the phone.

Q.  But it's because Vecchio told you.  You just said that.

A.  Yes.

Q.  So, detective -- that detective is the one that told you what they did in that investigation?

A.  It was the joint investigation at this point.  I was forwarding potential victim information to Detective Vecchio.

Q.  You, yourself, don't know.  You're just saying what you were told?

A.  By another law enforcement officer, yes.

Q.  Yeah, and that's hearsay, is it not?

MR. ANTON:  Objection.

THE COURT:  Sustained.

BY MR. DOMINGUEZ:

Q.  That detective has not been here to testify, correct?

A.  That's correct.

Q.  And that detective actually initiated this investigation?

A.  She initiated the state investigation.

Q.  Right.  I mean, interviewed witnesses, collected evidence, did search warrants, all that stuff?

A.  We did search warrants as well.  Federal search warrants and, again, my investigation was focused on the fraudulent wire receipts.

Q.  I didn't ask you that.  I asked you that detective did all these things and that detective has not been here to testify?

A.  Correct.

Q.  Did you have occasion to investigate the gentleman by the name of Alex, the so-called broker?

A.  No.

Q.  Did you ever get like a name for him, a business contact?

A.  No.  Arnold couldn't remember the full name.

Q.  Phone number?

A.  No.

Q.  Nothing?

A.  No.

Q.  And you knew he was involved in the actual transaction and negotiations?

A.  I had heard he was involved.  I don't have personal knowledge firsthand.

Q.  You have hearsay?

A.  Yes.

Q.  Right.  So, did you find it odd that you were not able to obtain any information regarding Alex?

A.   No.   Victims over the course of time don't always remember things.   And that was from November of '23, so I didn't find it odd, no.

Q.   Phone contacts?

A.   No.

Q.   Business records where people call in?

A.   I don't know if he checked for the number.   I'm not aware. But --

Q.   Did you ask?

A.   Well, according to Arnold, they had called the call center not Arnold directly, so I'm not aware if Arnold having actually that phone number for Alex.

Q.   Call centers have records?

A.   It was the Ocean Auto.   I don't know if they have -- I don't know what their system is if they do have numbers that are saved or how their system works.   I'm not familiar with it.

Q.   You don't know because you didn't ask?

A.   Correct.

Q.   Right.   You didn't care to look into who negotiated this entire deal?

A.   Yes.

        THE COURT:   Just one moment.   We're just getting feedback.   Usually, it's from a phone.   Just be careful if your phones are near microphones.   You can continue, sir.   Thank you.

MR. DOMINGUEZ:  Great.  Thank you.

**BY MR. DOMINGUEZ:**

Q.  You know, we were talking about the Ocean Auto negotiations.

A.  Yes.

Q.  Were you aware what point the lawyers for Mr. Kingston got involved and Ocean got involved?

A.  I believe based off of the review of defendant Turner's phone, it was sometime around December.

Q.  Okay.  And at that point, Ocean Auto had received based on the bank records $75,000?

A.  I don't believe at that point they had received the $75,000.  They might have received 50.  I believe the lawyers got involved early December, and there was an additional $25,000 payment that was later sometime in December.

Q.  So you're saying that a payment came in after the lawyers got involved?

A.  I don't recall the exact dates.

Q.  All right.  But if we looked at it, so I'm showing you what is already in evidence as Exhibit 38.  There was a payment of $20,000, correct?

A.  Correct.

Q.  And do you see the date on that?

A.  Yes, transaction date, November 21, 2023.

Q.  And then the wire transfer of $25,000?

A.  Yes.

Q.  Date of that?

A.  November 24, 2023.

Q.  And that's at $45,000 already, right?

A.  Yes.

Q.  And another $5,000?

A.  Correct, on December 1, 2023.

Q.  Right.  And at this point, now you're at $50,000?

A.  Yes.

Q.  And then there's another payment of December 15th?

A.  Correct.

Q.  Of $25,000?

A.  Yes, I believe based off of the review, it was early
December, the communication with the attorneys.

Q.  Right.  But do you know when their attorneys -- when the --
I should clarify this for you.  Sorry.  When the Kingston
attorneys got in touch with Ocean Auto?

A.  Oh, okay.  As far as them reaching out to Ocean Auto, no,
I'm not aware of a date.

Q.  You just know they contacted and got them engaged but you
don't know when?

A.  Correct.

        MR. DOMINGUEZ:  Thank you.  I have no further
questions.

        THE COURT:  Okay.  Any redirect, Mr. Anton?

MR. ANTON:  Yes, Judge.  Thank you.

- - - - -

### REDIRECT EXAMINATION OF AMANDA COOK

**BY MR. ANTON:**

Q.  Good morning, Agent Cook.

A.  Good morning.

Q.  Good morning, ladies and gentlemen.

Agent, on cross-examination, you were asked a lot of questions about these Bank of America bank statements.

A.  Correct.

Q.  What was the purpose for you seeking these bank statements?

A.  Those, because the purported wire transfer documents had Bank of America on the top from Mazal Jewelers and then Andrii Nikolenko also had that fraudulent Bank of America receipt so Bank of America was subpoenaed due to fraudulent wire transactions purporting to be Bank of America.

Q.  And did you find you throughout the course of your investigation, or through review of the bank statements that have been introduced into evidence, any indications that the wires as sent by defendants Turner and Anderson were, in fact, legitimate?

A.  They were not legitimate.

Q.  They weren't there.

A.  They weren't there.  They weren't in the records.

Q.  You also heard testimony about some sort of payment of

$200,000 to Gold Watches in November of '23, and then an additional $85,000 in December of '23.

Were those payments before or after law enforcement became involved?

A.   It was after.

MS. BOZANIC:   Objection.   Asked and answered.

THE COURT:   Sustained.

**BY MR. ANTON:**

Q.   Defense counsel also discussed Government's Exhibit 52, all those purported fake wires in a large stack.   Where did those come from?

A.   Defendant Turner's cellphone.

Q.   Can you explain the context in which you were able to gather those 33 plus purported wire receipts?

A.   Yes.   It followed with the exhibits that you saw earlier where there was a conversation with banking information being provided to Mark Mosquera and then in turn, that purported wire receipt was sent back to defendant Turner.

Q.   So wire information was sent from defendant Turner to another individual?

A.   Correct.

Q.   And based upon the information that was sent from the defendant to this individual, a fake document came back?

A.   That's correct.

Q.   To defendant Turner?

A.   Yes.

Q.   On how many different occasions?

A.   There were 33 receipts that I found within the charged conspiracy dates.

MR. ANTON:  Nothing further.  Thank you, Judge.

THE COURT:  Any recross, Ms. Bozanic?

MS. BOZANIC:  No, your Honor.  Thank you.

THE COURT:  Mr. Dominguez?

MR. DOMINGUEZ:  No, your Honor.  Thank you.

THE COURT:  Okay.  Agent Cook, you're excused.  Thank you.

THE WITNESS:  Thank you.

THE COURT:  Very briefly, I'll confer with the attorneys at sidebar.  Just one minute, ladies and gentlemen. Thank you for your patience.

(At the bench.)

THE COURT:  The united States is going to rest, right?

MR. ANTON:  Judge, I'd ask to be able to read into the record --

THE COURT:  We'll do the stip.  The Government is going to rest.

Where is the defense on their witnesses and are they ready?

MS. BOZANIC:  We have our witnesses.  We're just thinking about who goes first.  With your permission, can we

kind of do them as all defense witnesses?  Mr. Dominguez prepared some witnesses.  I've prepared some.

THE COURT:  Just tell me the order.  Do whatever order you want.

MR. DOMINGUEZ:  What we did to avoid duplication, obviously we're going to call these witnesses on behalf of both parties.  I'm going do the direct on some.  I have people outside ready to go.

THE COURT:  Who's your first witness?

MS. BOZANIC:  We'll call Lloyd Samuels first because he's going to be short.

THE COURT:  Just, you know, it will be the same for every single witness.  We're in the example of Samuels.  It will be first direct, second direct --

MS. BOZANIC:  I was going to do first direct.

THE COURT:  First direct, second direct, cross.  And then the same on redirect.

What I want to make clear about is do you want me to let them go for lunch now, and would we do the Rule 29s after you rest, and then we start it up all this afternoon, or do you want to plow ahead and do 45 minutes of defense?

MR. ANTON:  I'd ask we just keep going if we can finish today.  Keep moving.

THE COURT:  I agree.  We'll keep going.  You'll do your stip, the United States will rest, and then we'll do the

Rule 29 at the break.  At the lunch break, okay?

MR. DOMINGUEZ:  What time is the lunch break going to be?

THE COURT:  Somewhere around 12:15.  Just wanted to map the next 45 minutes.

MS. BOZANIC:  They'll have a longer lunch break and we'll still get a little bit of time?

THE COURT:  Yeah.

MS. BOZANIC:  I'll call Samuels first, and then the next one will be -- he'll go first and I'll go second.

THE COURT:  That's fine.  I wanted to know.  It's always two of you regardless of what it is, then the Government.  Thanks.

MR. DOMINGUEZ:  Yeah, no problem, Judge.

(In open court.)

THE COURT:  Okay.  Mr. Anton?

MR. ANTON:  Judge, at this time, I'd ask to read into the record Government's Exhibit 55.  It's entitled United States District Court, Southern District of Florida, case number 24-CR-60126, Leibowitz.

United States of America versus Janice Eleanor Turner and Kisean Paul Anderson, also known as Sean Kingston. Defendants' stipulation.

The defendants, Janice Eleanor Turner and Kisean Paul Anderson, aka Sean Kingston, hereby stipulate and agree to the

following facts:  On October 24, 2023, a false Bank of America wire transfer receipt in the amount of $285,000 was transmitted via text message in interstate commerce from wireless phone number 954-770-4578 to wireless phone number 954-400-9300.

On November 21, 2023, a false First Republic Bank wire transfer receipt in the amount of $159,702.78 was transmitted via text message in interstate commerce from wireless phone number 863-303-7836 to wireless phone number 786-702-6969.

On January 15, 2024, a false Novo payment confirmation receipt in the amount of $40,000 was transmitted via text message in interstate commerce from wireless phone number 310-330-6699 to wireless phone number 386-344-8426.

On March 14, 2024, a false Bank of America wire transfer receipt in the amount of $480,000 was transmitted via text message in interstate commerce from wireless phone number 954-770-4578 to wireless phone number 323-532-7624.

And it's signed and dated by myself, Marc Anton, Assistant U.S. Attorney, Trevor Jones, Assistant U.S. Attorney, Humberto Dominguez, attorney for defendant, Janice Eleanor Turner, her signature, Robert A. Rosenblatt, attorney for the defendant, Zeljka Bozanic, attorney for defendant, and finally Kisean Paul Anderson, defendant.

THE COURT:  Thank you, Mr. Anton.

Ladies and gentlemen, what you just heard published, that was a stipulation that was admitted into evidence upon

agreement by all of the parties in the case.  That's what's known in the law as a stipulation.

The evidence in this case through that stipulation includes facts to which all of the attorneys have agreed or stipulated.  A stipulation means simply that the Government and the defendants here accept the truth of the particular propositions of fact -- excuse me, propositions or facts.

Since there is no disagreement, there is no need for any other evidence apart from the stipulation.  You must accept the stipulation as fact, but you may give it whatever weight you wish to give it.  So you must accept the stipulation as fact, but whatever weight you give those facts in the stipulation is entirely for you, the jury, okay?  I just wanted to explain what you just heard.

Mr. Anton?

MR. ANTON:  Your Honor, at this time, the United States rests.

THE COURT:  Okay.  Ladies and gentlemen.  So, the United States just finished the evidentiary portion of what's called their case in chief.  I remind you, as I've said about a thousand times to you, the Government bears the burden at all times to prove the charges in the indictment beyond a reasonable doubt.

The defendants don't have to do anything, but if the defendants wish to, they may put on their own case and they've

informed me that they wish to do so.  That they wish to start their own evidentiary portion of their case.

Ms. Bozanic?

MS. BOZANIC:  Yes, your Honor.  We're proceeding now, Judge?  I thought we were taking a break to argue the motion.

THE COURT:  We're going to do that at the break.

MR. DOMINGUEZ:  Just at this point, we'll reserve our motions.

THE COURT:  Reserve it on the motions for the lunch break.

MS. BOZANIC:  Judge, may we come sidebar because I misunderstood?

THE COURT:  Sure.  There's a misunderstanding.  One more minute.

(At the bench.)

MS. BOZANIC:  I didn't understand what you said, Judge, so my witness is in the car.

THE COURT:  It was an honest misunderstanding.  Let's do this.  What I'm going to do is I'm going to let them go, give them an early lunch break.  We'll have them back here by 12:45.  At the lunch break, we'll do all your motions.  Thanks.

(In open court.)

THE COURT:  Okay, ladies and gentlemen.  A bit of a stop and start, but I can assure you it's all for your benefit.

We're going to actually let you go for lunch now.

We'll give you an early lunch break.  We'll see you back at 12:45.  That way, when you're out here, we're moving.

So have a nice lunch.  We'll see you at 12:45.  Don't discuss the case, more to come.  All rise for the jury.

(Jury exited the courtroom at 11:38 a.m.)

****Motion for Rule 29 was held***

****excerpt of proceedings***

THE COURT:  Everyone ready to go?

MS. BOZANIC:  Yes, Judge.  I'm just changing my shoes.

THE COURT:  You got your witness?

MS. BOZANIC:  Yes, your Honor.

THE COURT:  All right.  As soon as Ms. Bozanic gets her shoe on, let's get the jury.  You can get your witness.

MS. BOZANIC:  Judge, should we call the witness in?

THE COURT:  Yeah, bring him in.

Could you help Ms. Shotwell push the podium back towards the right?  Little bit more.  Thank you very much.  Perfect.  Thank you.  We are going to bring him in.

THE COURTROOM DEPUTY:  All rise for the jury.

(Jury entered the courtroom at 12:52 p.m.)

THE COURT:  Welcome back, everybody.  Please be seated.  Hope you had a nice lunch.  As I said, we're going to start the defense case.

Mr. Dominguez, sir.

MR. DOMINGUEZ:  Your Honor, thank you for the

opportunity to call Mr. Duwayne Mills.

THE COURTROOM DEPUTY:  Sir, please take the stand.
Remain standing.  Raise your right hand to be sworn.

(Witness sworn.)

THE WITNESS:  Yes.

THE COURTROOM DEPUTY:  Please state your full name for
the record, and spell your last name into the microphone.  You
may be seated.

THE WITNESS:  Duwayne Mills.  M-I-L-L-S.

THE COURT:  Mr. Mills, sir, you may be seated.  Make
yourself comfortable in the chair.  Please make sure that the
microphone is close to where you speak at all times so that you
may be heard.

Mr. Dominguez, direct examination.

MR. DOMINGUEZ:  Thank you, your Honor.

- - - - -

**DIRECT EXAMINATION OF DUWAYNE MILLS**

**BY MR. DOMINGUEZ:**

Q.  Mr. Mills, are you you're referred to as Dada?

A.  Yeah, Dada Mills.

Q.  Dada.  How do you prefer that I address you as far as Dada
or Mr. Mills or how would you prefer to be addressed?

A.  Whatever makes you feel comfortable.  I answer to all.

Q.  Thank you, sir.  Would you please tell the ladies and
gentlemen jury what is your profession, sir?

A.   I am a professional music industry executive.  I'm the former vice president of Sony Music and Epic Records, and I've managed a lot of top level artists, and I've been a consultant to a lot of different companies and artists.

Q.   And are you familiar with Sean Kingston?

A.   Yes.

Q.   And how long have you known Mr. Kingston?

A.   I know Sean from probably about 2011.

Q.   Okay.  And do you know his mother?

A.   Yes.

Q.   And what do you -- what name do you know her by?

A.   Mama Kingston or Janice.

Q.   And I'm going to move you forward in time to save time --

A.   Mm-hmm.

Q.   -- to the time period after 2021.

A.   Mm-hmm.

Q.   Okay.  And at that point, what was your relationship like or based on with Mr. Kingston?

A.   Started consulting Sean.  I already had a relationship with him, but I started consulting him.  We started working on some business together.

Q.   Describe for the jury what type of business were you doing with Mr. Kingston.

A.   You know, Sean's a big songwriter so we were working on creating records, and for artists to be able to record and

release and also some occasional bookings and, you know, overall business.  He's an artist and a songwriter.

Q.  Did you assist him in the aspects of business?

A.  Yes.

Q.  In what way would you assist him in business?

A.  I'm a creative executive so we, you know, lining up sessions, appearing him with other songwriters, producers, and artists for the purpose of releasing, you know, commercial satisfactory music to be consumed.

Q.  Did you know who during that time period, 2021 and forward, obviously, the relevant time period here, who was also assisting him in his financial matters and in his business also in general, let's say?

A.  He has a team, you know.  Mama Kingston obviously is somebody who's very involved in his business.  He has an agent, he has accountants.  I mean, just like all the other artists, he has a team of people.

Q.  Okay.  So are you familiar with why artists have a team?

A.  Yeah.

Q.  What's the reason why?

A.  I'm one of the people that constructs teams, so I'm very familiar.

Q.  What's the purpose behind that?

A.  Multiple purposes.  Just to make sure that the T's are getting crossed, I's are getting dotted.  In other words,

making sure the business is being run professionally, commercially, and satisfactorily and artists spend a lot of time doing artist things, performing and creating.  So business is not their forte.

And also for layers of protection to make sure that, you know, the wrong things doesn't happen.

Q.  Why do you need layers of protection around artists?

A.  Because they're -- everybody's, you know, trying to do things with them.  They're targeted.

Q.  Just by way of example.

A.  From people who maliciously are targeting them to do business with them that don't have good intentions, or good business practice, to people who sometimes don't have bad intentions, but they're just -- the business isn't put together right, so we usually have layers of protection to protect the artist from being able -- for those people to be able to access them until they get to a certain clearance level.

Q.  And specifically as to Mr. Kingston and Ms. Turner, were you aware of certain people that were able to break through that layer of protection?

A.  Yeah.

Q.  During that time period I'm talking about, obviously.

A.  Yeah.  No matter how much we try to, some people are pretty good at deviating proper protocol.

Q.  And what role has social media played in this whole

situation with the layer of protection and promotions and all that?

A.   Well, that's a dangerous tool just like social media with so many different things, but it absolutely is dangerous because it gives all types of people, you know, angles to artists.

Most of the time, they don't see it but a lot of times, you know, they do -- they get a lot of different messages.  So, you know, they pop through, especially if it's somebody who is friends with their friends, so if you go on a social media and say, for instance, you've got somebody who was friends with other friends of the artist, then that will make them more prone to speaking to them.

Q.   Right.  When we're talking about social media, so that the jury's aware, what specifically types or names of this media are like, you know?

A.   You mean, the platforms?

Q.   The platforms, I should say, yeah.

A.   Instagram is probably the most common.  Tik-Tok is a little harder to get to people, but Instagram specifically is probably the platform that is used for people to contact the artist the most.

Q.   That's -- and is it imperative for an artist to have a platform on Instagram?

A.   Yeah, it has to, to stay relevant.

Q.   Are you familiar --

A.   Everyone pretty much has an Instagram.

Q.   Are you --

A.   Like 99.9 percent.

Q.   Are you familiar with Mr. Kingston's platform?

A.   His Instagram page?

Q.   Yeah.

A.   Yeah, I follow him.

Q.   Do you know how many followers he has?

A.   I mean, I know because, you know, I have a lot -- through all his social media platforms, he has over ten million followers collected.

Q.   In all the various ones?

A.   Yeah, Twitter or X now, and YouTube, you know, but on Instagram, specifically he has I think it's two million.  I don't know.

Q.   And during this time period, was Mr. Kingston making money? Producing?

A.   During what time period?

Q.   Oh, I'm sorry, from 2021 till 2024.

A.   Absolutely.

Q.   The relevant time period.

A.   He's been making a lot of money since he was a teenager.

Q.   Right.  But I'm asking you specifically --

A.   Yes.

Q.  -- just this time period?

A.  Yes, absolutely.

Q.  It's what -- just I'd ask you to stay focused on that time period.

A.  Got you.  Absolutely.

Q.  So the -- and what artists was he working with to your knowledge, that you specifically know?  What artists was he working with during that time period?

A.  To my knowledge?

Q.  Yeah.

A.  Chris Brown, Justin Bieber.  I believe Moneybagg Yo.  What's the timeframe again?

Q.  '21, '22, '23, up to '24, beginning '25, let's say.

A.  Yeah, Moneybagg Yo, Chris Brown, Justin Bieber.  There's Trippie Redd.  What's the young man that -- a lot of other artists, but those are some of the ones I know of offhand.

Q.  Now, Mr. Kingston had hits a long time ago but is he still -- is his music still part of today?

A.  Absolutely.  I mean, his streaming numbers, if you go look at it, he's got ten, probably like 20 million, somewhere between 15 and 25 multi-listeners on Spotify.

Q.  So, to educate myself as well, YouTube and Spotify, every time a song is played, do the artist receive money from that?

A.  Yeah, Sean gets paid from multiple streams.  He's a songwriter and he's an artist.  So as a songwriter, he receives

mechanical royalties which are the royalties that are paid for writing a song.

Q. Does that automatically come to them or how does that function?

MR. JONES: Objection. Relevance, your Honor.

THE COURT: Sustained at this point.

BY MR. DOMINGUEZ:

Q. So he's making royalties during that time period still?

A. Absolutely.

Q. Concerts?

A. Concerts, writing, performing, artist royalties, mechanical royalties, royalties for writing, and any appearance, appearances he does, he gets paid for, concerts.

Q. And you know this for a fact yourself?

A. One hundred percent.

Q. And you -- now, Mr. Mills, this case involves jewelry and motor vehicles and stuff like that. And in his world, how does that play a part of the actual business during the time period of '21, '22, '23, and moving forward?

A. Got you. It plays a big role. I mean, artists are judged by, you know, their appearance and their relevance is a lot of times associated with who they're standing next to, what they have around them, what they wear, things like that.

Q. Okay. And are these things at times utilized as part of the business for purposes of generating videos and things of

that nature?

A. Absolutely. There's people who all they do is -- is create content or have things called content houses.

Q. I'm asking you specifically, again, just I don't want to talk in general terms about, you know, Mr. Kingston.

A. Does he create content is what you're asking me?

Q. Yeah.

A. Yes. Matter of fact, during that time, we actually had about -- we had some of the biggest content creators come to his house. We did a calling for -- we brought probably about 20 to 30 of the biggest content creators in the game, and they were all coming because they wanted a chance to be able to create content with him.

Q. Did -- do you know if he was at the time working with or trying to work with or producing content with a gentleman named Justin Bieber?

A. Yeah, creating content and music.

Q. And how well would you say -- based on your personal knowledge, how well would you say Mr. Kingston knows Mr. Bieber?

A. He taught him how to drive; knows him very well.

Q. Okay. And in your experience, direct personal knowledge experience during that time period, was he having contact with Mr. Bieber?

A. Absolutely. We had a record. Sean would know. It was

called Lucky One or something like that and we were -- we were deliberating when we were shooting with Justin on that record that Sean was putting out or photo, if we were going to do it for something else, but Justin's in the space right now.  He had some marital issues.  There was a lot of stuff going on with him socially is why he wasn't putting out his own music, so that's why.

Q.  I understand.

MR. JONES:  Objection.  Relevance, your Honor.

THE COURT:  That one's by the boards, but we'll move on.

MR. DOMINGUEZ:  I understand.  I will move on.

BY MR. DOMINGUEZ:

Q.  The aspect of his business though, during the time period, would you say that his business was highly profitable?

A.  Yes.

Q.  And that's based on personal knowledge of what?

A.  Direct knowledge of deals that were being done and streaming numbers.

Q.  Were you part of -- you, yourself, part of those deals?

A.  Absolutely.  Not all of them, but I've been a part of many of them.

Q.  Right.  You're not the exclusive handler?

A.  Yes.

Q.  You handle a lot of other people?

A. Yes.

Q. Okay. Which don't need to be mentioned here at all, but basically, only just as to Mr. Kingston.

A. Okay.

Q. I understand. Mr. Mills, just another couple of questions.

A. No problem.

Q. You and I have never met, right?

A. No.

Q. In fact, I think it was a couple days ago, you and I spoke briefly on the phone.

A. Mm-hmm.

Q. And you were, I believe, in Las Vegas?

A. Correct.

Q. And I asked you if you were willing to come and testify?

A. Correct.

Q. And did you come here for that purpose?

A. The only purpose.

Q. Thank you very much, sir. Appreciate it.

A. No problem.

THE COURT: Ms. Bozanic?

MR. DOMINGUEZ: Judge, nothing from me. Thank you.

THE COURT: Cross-examination? Mr. Jones.

MR. JONES: Yes, your Honor.

- - - - -

**CROSS EXAMINATION OF DUWAYNE MILLS**

**BY MR. JONES:**

Q.  Good afternoon, Mr. Mills.

A.  Good afternoon.

Q.  Am I correct that you also go by Dada?

A.  Yes.

Q.  D-A-D-A?

A.  Correct.

Q.  Who called you that?

A.  People in the music industry.

Q.  Did the defendants call you that?

A.  Yes, that, and my full name, Duwayne Dada Mills.

Q.  You aren't an owner or controller of Eyes Above Water, LLC, are you?

A.  No.

Q.  You don't have access to any bank accounts related to Eyes Above Water, LLC, do you?

A.  No, I do not have access to bank accounts.

Q.  You don't know exactly how much money goes in that account?

A.  Exactly, no.  I know of business deals that I deal with.

Q.  You don't know the exact expenses that come out of that account, right?

A.  The exact expenses, no.  That would be the accountant, uh-uh.

Q.  You don't have any firsthand knowledge about any transactions related to a Piguet watch or the bulletproof

Escalade in this case, do you?

A. What was the first thing you said?  A what watch?

Q. The fancy luxury watches that he's accused of defrauding from his victims, you have no knowledge of any of these precise transactions, right?

MR. DOMINGUEZ:  I'm going to object to form, Judge.

THE COURT:  Overruled.  You may answer, sir, if you know.

THE WITNESS:  I have -- I don't know about the specific watch you're talking about.  I believe that the jeweler had an issue with him.  I was made aware of it, but I wasn't all the way looped into all the specifics with it.

**BY MR. JONES:**

Q. You have no knowledge about any fake wire transfers that were sent to these vendors?

A. Fake wire transfers?

Q. Yes.

A. No.

Q. You weren't involved in processing or sending any of these fake wires, right?

A. No.

Q. Now, you stated that there's a lot of money that's made.

A. Mm-hmm.

Q. And that the defendants make a lot of money.

A. Correct.

Q.   Isn't it true that you had to lend them a large sum of money?

A.   Yes.

Q.   And was that in the end of 2023?

A.   Yes.

Q.   And isn't it true that they promised you payment within a certain period?

A.   Yes.

Q.   And that they did not pay according to plan?

A.   No, that's not true.

Q.   Is your number 678-485-1659?

A.   Correct.

        THE COURT:  Counsel?

        MR. DOMINGUEZ:  Judge, this is -- we probably should go sidebar anyway just to make sure what it is.

        THE COURT:  I'm happy to go sidebar.  One moment. We'll clean it up quick.

                        (At the bench.)

        THE COURT:  Okay, Mr. Jones.  Do you have a copy of the exhibit you can give to me?  Go grab it.  One second.

        Okay.  Mr. Jones, I'm holding a multipage exhibit.  Is this a Government's Exhibit number?

        MR. JONES:  It will be 56, your Honor.

        THE COURT:  Government's 56.  Tell me what it is and why you think it should come through this witness.

MR. JONES:  Yes, your Honor.  This is a text message exchange between Dada who just confirmed his phone number, there's a cover sheet that has his phone number, and Mama Kingston, and it relates to the lending of a certain sum of money or in the conspiracy period and specifically around the period that he was buying the car.

THE COURT:  Taken from her phone in the same search warrant?

MR. JONES:  Yes, your Honor.  It's within the contents of Exhibit 59 that's already in evidence.

MS. BOZANIC:  It isn't in evidence.

MR. JONES:  Yeah, it's part of the flash drive.

THE COURT:  The flash drive's in evidence.  This piece was taken from it as a cross exhibit.

I'll hear from defense why should this not come in.

MR. DOMINGUEZ:  Well, I think he has to first see it, look through it, identify it.

THE COURT:  He's got to do it the right way, but if he does it the right way, there's no objection with respect to using it on this witness, right?

MS. BOZANIC:  Judge, I just wasn't sure -- I'll be quite honest with the court.  Obviously, we came in the last minute.  I'm just looking through this.  I wasn't sure if it was private.  I was told it was.  It wasn't in the trial exhibits.  I was just trying to go to the discovery and see if

I got a copy of it.  I don't remember seeing that.

THE COURT:  I understand that, but he's represented that it's from the USB drive and you called this witness, he didn't, so you don't have an objection, obviously?

MR. DOMINGUEZ:  Doing it properly.

THE COURT:  We'll do it properly.  If it ever came out, which it won't, and it didn't come from the USB, you would have a wonderful mistrial motion.  So --

MR. DOMINGUEZ:  I have no doubt about that.

MR. JONES:  This goes back to November.  This is just April.  Sorry, February, 2024.

THE COURT:  Okay.  You've got to do it the right way but --

MR. DOMINGUEZ:  Give him a chance to read it, look it over.

THE COURT:  That's right.  You've got to do it the right way, but there's no objection otherwise.  Thank you, sir.

(In open court.)

THE COURT:  Thanks for your patience, ladies and gentlemen.  We're going to continue with our cross-examination.

MR. DOMINGUEZ:  That would be Exhibit 56 marked at this point for identification?

THE COURT:  That's right.  Government's Exhibit 56 for identification.

MR. JONES:  Your Honor, may I approach the witness?

THE COURT:  Yes.

MR. DOMINGUEZ:  Can you read that, sir?

THE WITNESS:  No.

THE COURT:  With your glasses, you cannot read that?

THE WITNESS:  No, I'm legally blind.  I have to have my other set of glasses in order to be able to read from it.

THE COURT:  Where are your glasses?

THE WITNESS:  They're in the vehicle that dropped me off.

THE COURT:  Go retrieve them.  Send someone right now. Can you continue your examination otherwise except for this exhibit, or is this it?

MR. JONES:  This was likely going to be the end.

THE COURT:  The final?

THE WITNESS:  It's in my pouch, my camouflage pouch.

THE COURT:  Let's do this.

MR. DOMINGUEZ:  I should have warned him.  It's my fault.

THE COURT:  It's okay.  Grab it back, and you have your next witness here?

THE WITNESS:  If somebody wants to read it to me.

THE COURT:  That's not how it works here.

Ms. Bozanic, do you have your next witness?  What we're going to ask you to do, sir, we're going to have you step down.  Is it in the gallery?  We'll get your glasses, then

we'll recall you but in the meantime, we're going to have Ms. Bozanic call her next witness.  Thank you, sir.  You can sit right over there.  Thanks.

MR. ROSENBLATT:  Judge, remember the rule's been invoked.

THE COURT:  Yep.  He can sit in the hallway then.  You can escort him in the hallway.

MR. DOMINGUEZ:  Don't talk to anybody out there.

MS. BOZANIC:  About the case.

THE COURT:  Just in the hallway, sir.  We'll see you in a minute, sir.

Next witness.

MS. BOZANIC:  Judge, I'm --

MR. DOMINGUEZ:  Make sure he's not leaving.

MS. BOZANIC:  Judge, defense calls Safari Duwayne Mills and he was just outside there getting him.

MR. ANTON:  Is this a second Duwayne Mills?

MS. BOZANIC:  Safari Lloyd Samuels.

THE COURTROOM DEPUTY:  Please remain standing.  Raise your right hand to be sworn.

                    (Witness sworn.)

THE WITNESS:  Yes.

THE COURTROOM DEPUTY:  Please state your full name and spell your last name.  You can be seated.

THE WITNESS:  Safari Lloyd Samuels.  S-A-M-U-E-L-S.

- - - - -

**DIRECT EXAMINATION OF SAFARI LLOYD SAMUELS**

**BY MS. BOZANIC:**

Q.  Good afternoon, Safari.

THE COURT:  One moment.  Sir, make yourself comfortable in the chair.  If you make sure the microphone is always close to where you can speak so that you can be heard.

Ms. Bozanic.

MS. BOZANIC:  Thank you, your Honor.

**BY MS. BOZANIC:**

Q.  Good afternoon, Safari.  Can you please introduce yourself to the members of the jury.

A.  Hi, my name is Safari.

Q.  All right.  And what do you do for a living?

A.  I do television, music, and I'm an entreprenuer also.

Q.  When you say television, what does that mean?

A.  Reality T.V.

Q.  What kind of reality T.V.?  Can you tell us some of the --

A.  One of the shows is called Loving Hip-Hop.  Another one's called House of Villains.

Q.  Okay.

A.  Scared Famous.

Q.  And as far as music, do you also perform?

A.  Yes.

Q.  Okay.  What kind of music?

A.   I would say Caribbean mixed with Hip-Hop.

Q.   Okay.  How long have you known Sean Kingston for?

A.   A little under 15 years.

Q.   Okay.  All right.  Before we get to that, do you also produce anything, or are you just into T.V. and music?

A.   I started out producing, executive producing albums for Nicki Minaj, and coordinating all the projects in the first half of her career.

Q.   All right.  Now, let me take you to 2023.  Do you remember a time when you had to call Sean to warn him about something?

A.   Yes.

Q.   Can you tell us about that?

A.   Yes, it was --

Q.   Let me ask you a different question.  I'm sorry.  What did you have to warn Sean about?

A.   Who to pay for a watch he had gotten.

Q.   And who did you tell Sean he should pay?

A.   Not the person who he had got it from.  I was telling him to pay the owner of the company.

Q.   And what was the name of that owner of the company?

A.   Dennis.

Q.   Okay.  And why did you feel like you had to warn him?  Why did you feel like you had to warn Sean not to pay who he was supposed to pay?

A.   Because he wasn't the owner of the company.

Q.   Okay.  And do you know whether Sean ended up paying the actual true owner?

A.   Yes.

Q.   Okay.  And do you remember what kind of watch that was about?

A.   It was an Audemars Piguet watch.

Q.   Any other details that you know?  Do you know the price?

A.   I think it was around or a little under $300,000.

Q.   Okay.  And if I had to ask you the time, do you remember how long ago this was?

A.   It was definitely over a year ago.  I'd probably say like the tail end of '23.

Q.   Okay.  Do you perform with Sean?  Let's say in the last, you know, four or five years, have you performed with Sean?

A.   Yes, I have.  We had a big show in Jamaica.

Q.   When was that?

A.   It was last year, August, at Chris Brown, a friend's concert.

Q.   Okay.  And are you familiar with Sean performing, and do you sometimes go to the shows with him?

A.   Yeah, I've gone to a few of his shows.  Definitely performed with him a few times.

            MS. BOZANIC:  Okay.  Just a moment, your Honor.

            THE COURT:  Yes.

            MS. BOZANIC:  Judge, no further questions.

THE COURT:  Mr. Dominguez?

MR. DOMINGUEZ:  Judge, I have no questions for this witness.

THE COURT:  Okay.  Cross-examination?  Mr. Anton.

- - - - -

**CROSS EXAMINATION OF SAFARI LLOYD SAMUELS**

**BY MR. ANTON:**

Q.  Mr. Samuels, you weren't personally involved in the transaction regarding that particular watch, were you?

A.  No.

Q.  So you don't have any firsthand knowledge of what was being sold, what was negotiated, or what was to be paid?

A.  Correct.

Q.  You don't know anything about a fraudulent wire transfer?

A.  Correct.

Q.  In fact, you don't know anything about this transaction other than some mysterious warning that you needed to give?

A.  Pretty much, yes.

Q.  And this warning is based on what?

A.  Well, the jewelry community is very small, so the person who owned the watch knew my jeweler and my jeweler knew that I knew Sean and said, hey, let's get this sorted out properly so that's when I called Sean to get everything coordinated.

Q.  So without knowing anything about the specifics of the transaction, you took it upon yourself to call your friend,

Sean Kingston, and tell him not to pay?

A.  No, I didn't say not to pay.  I was -- I didn't know if it was like a middleman or whoever the person was who wasn't like the owner of the watch company because with these jewelers, it's like the owner, there's these people who do footwork stuff, and I was like this may have been the person you're dealing with, but the owner of that company is this person.

Q.  Okay.  But what I'm saying is you didn't know the specifics of the transaction that Sean Kingston had negotiated or worked out?

A.  Correct.

Q.  So you just knew the owner of a company that was selling a watch, and you said in your experience, you should pay the owner?

A.  Correct.

MR. ANTON:  Nothing further.

THE COURT:  Any redirect?

MS. BOZANIC:  Yes, your Honor.

- - - - -

**REDIRECT EXAMINATION OF SAFARI LLOYD SAMUELS**

**BY MS. BOZANIC:**

Q.  Safari, you didn't just take it upon yourself to say, "don't pay this guy, pay the owner."  It was something else, right?  Can you explain what happened?

You said -- you testified that you knew a jeweler who

knew this guy.  Why did Dennis, the owner of the watch, ask you or ask your jeweler to get involved?

MR. ANTON:  Objection.  Calls for speculation as to why someone would ask him.

THE COURT:  I'll sustain.  You can stop there. Sustained as to form.

**BY MS. BOZANIC:**

Q.  Can you tell me what was your understanding as to why you were asked for help?

A.  Trying to think.  It was -- that part, it's like a little vague, but I just -- I'm sorry, I'm trying to --

Q.  If you don't recall, that's fine.

A.  Yeah, I just -- I just felt like when the guy called me, I just felt like it was something that could get squared away, so I just said, hey, this is the guy who was the owner.

Q.  Why did you tell Sean to go directly to the owner and not to pay the middleman, or the guy who supposedly represented, perhaps, that that's his watch?

A.  Well, it didn't belong to him.  That's why.  So I wouldn't -- like, I've bought jewelry before where there's people who come and say, hey, I've got this for you.  They're not necessarily the owner.  They could be trying to pad in their own profit and I'd end up paying way more than I'm supposed to.

Q.  So why do you feel the need to warn Sean?

A.   Because I didn't want it to be -- I didn't want it to just turn into something else that it didn't need to just for something that I know he could handle the paperwork.

Q.   To your knowledge, did the person who was representing himself as the owner have permission to take that watch from the owner?

MR. ANTON:  Objection.  Calls for speculation.

THE COURT:  Sustained.  Sustained.

MS. BOZANIC:  Okay.  No further questions, Judge.

THE COURT:  Mr. Dominguez?

MR. DOMINGUEZ:  Yes.

- - - - -

**CROSS EXAMINATION OF SAFARI LLOYD SAMUELS**

**BY MR. DOMINGUEZ:**

Q.   Hello, sir.  Just a brief question or two.  I noticed that you have a lot of jewelry on, is that correct?

A.   Yes.

Q.   So the world of the high end jewelry, is that a very small, tight community?

A.   Very.

Q.   Do your jewelers basically know all each other and what have you?

A.   Yeah, definitely.

Q.   And the person that you deal with, where is he located?

A.   It's like one building where they're all --

MR. ANTON:  I'm going to object.

THE COURT:  Sustained.

MR. DOMINGUEZ:  I have no further questions.  Thank you, sir.

THE COURT:  Any recross?

MR. ANTON:  No, your Honor.

THE COURT:  Okay.  Sir, Mr. Samuels, you're excused.  You may step down and head to the hallway.  Next witness.

MS. BOZANIC:  Judge, are we recalling --

THE COURT:  Is he ready?

MS. BOZANIC:  Let's just check.

THE COURT:  He's got his glasses.  We'll bring him back and we'll continue our cross-examination.  That's Mr. Mills.

Mr. Mills, if you'll step right forward.  You've got your glasses, right?  Great.  You can make yourself comfortable in the chair, sir, and I remind you you're still under oath.  If you can make sure the microphone is close to where you speak at all times.

Mr. Jones, you may continue your cross-examination are.

MR. JONES:  Thank you, your Honor.  May I approach the witness?

THE COURT:  Yes, sir.  And the witness can put his reading glasses on.

THE WITNESS:  Can I use one of these napkins?

THE COURT:  You can use whatever you want there, sir, if that helps you.

- - - - -

**CONTINUED CROSS EXAMINATION OF DUWAYNE MILLS**

**BY MR. JONES:**

Q.  Mr. Mills, I'm showing you what's been marked as Government's Exhibit 56.  Can you please flip through that?  It's an 11-page document.

THE COURT:  Just to yourself, sir.  Flip through all 11 pages and let Mr. Jones know when you're done doing that.

THE WITNESS:  Supposed to read all this?

THE COURT:  Just to yourself, not out loud.  Just review it.

THE WITNESS:  Okay.

THE COURT:  Okay.  Mr. Jones.

**BY MR. JONES:**

Q.  Is Government's Exhibit 56 your text string with Ms. Kingston, defendant Turner?

A.  Mm-hmm.

Q.  Yes?

A.  Yes.

MR. JONES:  Your Honor, at this time, the Government moves into evidence Government's Exhibit 56.

THE COURT:  Any objection?

MR. DOMINGUEZ: I don't know if a proper predicate --

THE COURT: You want to lay more of a foundation, go ahead, Mr. Jones.

**BY MR. JONES:**

Q. Do you recognize this, Government's Exhibit 56?

A. Do I recognize any of the texts? I didn't read all of them, but yeah, the ones on the first page.

Q. How do you recognize them?

A. By reading it.

THE COURT: Did you type it, sir? Did you type part of that conversation?

THE WITNESS: Yes.

THE COURT: When about?

THE WITNESS: That was probably like the end of 2023, going into 2024.

THE COURT: He's going to hand you 56 again so that you can review it for yourself. See if any part of that document refreshes your recollection on when you might have participated in that conversation.

THE WITNESS: Without seeing the specific dates, I can't tell you that, but I can tell you it started in 2023 and it was continuing into 2024.

THE COURT: And you punched the keys yourself as part of that conversation?

THE WITNESS: Correct.

THE COURT:  Any objection?

MS. BOZANIC:  No, your Honor.

MR. DOMINGUEZ:  No, your Honor.

THE COURT:  56 is received.  You may publish as you wish.

(Government's Exhibit 56 Received.)

MR. JONES:  Thank you, your Honor.

**BY MR. JONES:**

Q.  You're probably going to need the readers on.  I'm sorry. I can zoom in as much as you need to.  Just tell me because I'm going to be asking you to read this.

A.  I can see right there.

Q.  You can read that clearly?

A.  Mm-hmm.

Q.  Okay.  I'm showing to the jury Government's Exhibit 56, page 1.  What are we looking at here?

A.  A text message.

Q.  Now, you testified that you had lent Ms. Turner a sum of money?

A.  Yes.

Q.  And that was at the end of 2023, correct?

A.  Yes.

Q.  How much was that?

A.  100 -- I don't know the exact number, but it was over 130 some thousand dollars.

Q.   Okay.  And at that time that you lent the money, you had an understanding that they would pay you back very quickly, correct?

A.   Yeah, based off of some money that was coming in.

Q.   And they did not pay you, correct?

A.   Yeah, never came in.

Q.   Now, I'm going to have you read --

A.   At that time, they paid me, but not at that time.

Q.   Understood.  We'll get there.  I'm going to have you read your message to mamakingstonbookings on February 16, 2024.  This message right here.  Can you read that out loud to the jury, please?

A.   "Mama, I won't go into that today.  Happy New Year and I love you."

Q.   Next one.

A.   "Mama, I am really disappointed with how you and Sean are handling this situation.  You told me three days and it's been about three months.  The deadline for me to receive the money I lent is a week from Monday which is February 26, 2024.  I still love you both."

Q.   Now, the way this exhibit is going to work, I'm going to flip to page 2 which is a continuation of that same message.  Do you see that?  Do you understand that?

          MR. DOMINGUEZ:  Your Honor, pursuant to the court's rule that he should read the entire document --

MR. JONES:  I am.

THE COURT:  He's going to.

MR. DOMINGUEZ:  I've got you.

MR. JONES:  What happened here in order to take screenshots, you have to scroll down when you take a picture.

MR. DOMINGUEZ:  Understood.  I withdraw.

**BY MR. JONES:**

Q.  So your message continues.  Can you read?

A.  Which one?  "I still love you both, but this can't go past that date.  Please understand the urgency in the text. Thanks."

Q.  Now flipping back to page 1, I'm going to have you read mamakingstonbookings' response.  I'll zoom in just to make this super easy.

A.  I got you.  "Dada, I definitely will have it March ends. Sean is booked solid from March end of the year.  Everything that Sean or myself have got is from his shows.  No shows January and February and as I told you, my account have been compromise. Sorry you feel that."

Q.  I'm flipping back to page 2 for the record to continue the message from Ms. Kingston.  I believe we left off at "compromise?"

A.  "Sorry that you feel realistic.  We thought we would have the pub deal by now, but like I said everything from the shows, that's real.  Love you so much."

Q.   Now, I'm showing you bottom of page 3 of Government's Exhibit 56.  You responded on February 18, 2024?

A.   You want me to read it?

Q.   Yes, please.

A.   "Please don't use the pub deal that I'm trying to get you as a method to pay me back the money owed.  Those are two different things and not what our agreement was.  There is a good chance that if there wasn't something weird happening with the energy or."

Q.   I'm flipping now to page 4 for the continuation of that message.  I believe you left off "happening" is cut off at the top?

A.   "The energy or something else in the air.  The Warner deal --" hold on, kind of cuts off.  The same sentence.

Q.   Yeah, you can start "something else in the air, Warner deal."

A.   Had that not been the energy or something else in the air, the Warner deal would not have happened."

Q.   Would have.

A.   "I have a track record of doing these deals with them so it made no logical sense after other than people hating I guess and it's not my people doing it.  I could close another pub deal and I already had two big --"

Q.   Flipping now to page 5, Government's 56.  Continuing at the top here.

A.   "I already had another two big interests but it takes a lot from me and I'm not really feeling how things are going with the guys not honoring what was promised to me so to be fully transparent my mind isn't there right now.  Sean has been doing shows domestic overseas and hasn't paid me anything yet."

Q.   Continuing now on page 6.  You ended at "paid me anything."  The next line.

A.   "That is unacceptable and as far as the bank account goes, as you knew, like you said, you did that was the IRS owed money, then you should have made me aware of that factor before asking to lend that kind of money.  I wasn't told because I --"

Q.   Thank you.  Page 7.

A.   "I wouldn't have done it knowing that and you didn't care to be transparent with me.  That's not acceptable.  I'm not feeling like I'm being dealt with properly.  I need it back and waiting a month and half isn't going to work.  I still need this handled a week from Monday."

Q.   Continuing now to page 8.

A.   "I can't go back past the three month mark.  Sean's word has proven not to matter in this matter as he told me two different deadlines in which he did not honor each so I don't even want to speak to Sean RN and having him lie again.  My relationship with him could not withstand another lie."

Q.   Continuing again on page 9, the message "withstand another lie", the following sentence?

A.   That's talking about two different things though.

Q.   That's fine.  I'm just asking --

A.   There's phone calls happening between these texts.  "Mama, I love you and trying not my best not to look at this as a disrespect or get in an irrepairable point but you have to fix this.  You know how much things I've been dealing with some of the things that I've been going through."

Q.   Continuing on page 10.

A.   "I'm really scratching my head like how, but I guess a mother's loves knows no limits.  I get it, Mama, but that's not how you handle real ones that really had your back and you already know this.  This ain't no business transaction.  This was me helping out."

Q.   Page 11.

A.   "To protect your son from getting -- going to jail."  I don't know why I said that.

Q.   Starting with "this ain't no?"

A.   This is out of context though.  There's --

Q.   Can you just please read the message?

A.   Okay.  "Mama, I truly love you, but a week from tomorrow is the deadline.  Please rectify this."

Q.   I just want to start here.  "This ain't no?"

A.   I just read it.  "This ain't no business transaction.  This was me helping protect your son from going to jail.  Mama, I truly love you but a week from tomorrow is the deadline.

Please rectify this."

Q.  Mr. Mills, you knew that the defendant was facing criminal charges at that time?

A.  Can I put my glasses away?

Q.  Oh, yes.  You knew that the defendant was facing criminal charges and needed money?

A.  I don't know what date this message is from.

Q.  February, 2024, but you lent the money it says three months ago.

THE COURT:  Take your time, sir.

THE WITNESS:  See this one is to see far.  This one is close.

MR. JONES:  Gotcha.  I haven't admitted to myself I need them.

THE WITNESS:  I'm like literally legally blind.  February 18th?

BY MR. JONES:

Q.  2024.

A.  2024.  I don't -- I can't recall exactly.

Q.  In --

A.  When that was?  Go ahead.

Q.  In this message, you reference that you had lent the money three months ago and expected payment then, correct?

A.  Yes.

Q.  And at that time, based on this message, you knew that he

was -- you were trying to protect her son from going to jail, correct?

A.  I don't know the context of that because I don't think -- unless this was -- I don't remember time line wise what was going on, if this had happened yet or not.

Q.  You told her you were trying to protect him from going to jail, correct?

A.  That's what I said in the text message.

Q.  This message is about money that you lent them back in roughly November of 2023?

A.  I remember what it was.  The jeweler got on the phone with me -- that's what happened.  Sean Facetimed me, and the jeweler got on the phone with me and said that he was going to put Sean on TMZ and he was going to get him put in jail if he doesn't pay him.

     He called me the day after my birthday.  He was supposed to come to my birthday party and he didn't, and that's how this whole thing started.  So that was the guy, whoever that jeweler was, he had threatened to put him in jail and threatened to go to TMZ.

Q.  Right.  And you sent them money to stop that?

A.  Yes, but what happened on the phone --

     THE COURT:  No question before you, sir.  Next question.

BY MR. JONES:

Q.   I ask the questions and you answer.  At that time, you expected immediate payment, right?

A.   Yeah, because they had the money coming in.

Q.   And that didn't happen?

A.   No.

Q.   And you stopped me halfway through this where you mentioned that "your son lies to me" and you said that's out of context. That's about a different thing.  We talked on the phone.  You said that in your testimony, right?

A.   Mm-hmm.

Q.   So he's lied to you on multiple occasions?

A.   He's not lied to me more than any other artist that I've ever worked with.  I'm not talking about these types of things. I'm talking about small things like I'm supposed to be recording and I'm not.  I did the hook yesterday.  Then I found out that he didn't do the hook yesterday and he still needed to do it.

Q.   Okay.  So it's your testimony that he does lie to you?

A.   I can't prove that he's lying.  It's my assumption.

Q.   That's what you told Ms. Kingston.

A.   Doesn't matter.  I'm telling you that's what I meant.  You asked me what it means.  I don't know that he was lying.  I'm assuming that he was lying, but I also assume a lot of songwriters lie.  I was just working with a songwriter yesterday that I thought was lying to me.

Q.  So songwriters are liars?

A.  No.  I think lawyers are actually more liars than songwriters, but yeah, they lie.  Not like criminally.

Q.  Fine line, isn't it?

A.  No.  I mean, I don't think I know anybody that doesn't lie, including a priest that's lied.  I've lied.

THE COURT:  Is there a question, Mr. Jones?

MR. JONES:  Yes.

**BY MR. JONES:**

Q.  Did you ever end up getting paid this money?

A.  Absolutely.

Q.  How many months later was that?

A.  I can't recall.  The reason why I don't know is they started giving me payments, but every time they said that the money was coming in, when the money comes in, they were sending me money.

Q.  They would tell you something would happen and it wouldn't happen, right?

A.  No.  In the music industry, they have no control over whether somebody actually sends them money or not and I understand that part.  That's the reason why I didn't, but I could have just went and sued him myself.

Q.  This message, you were very frustrated with the delay?

A.  Yeah, because I had to technically say certain things to them because I need to make sure I'm protected.  I love Sean

and I love Mama Kingston.  If I had to sue them, I need to make sure I have a paper trail saying that I informed them.

Q.  You wrote your message that you wanted to sue him, right?

A.  I'm not suing him.

Q.  That's what you wrote though?

A.  But you've got to say that.

THE COURT:  There's a question before you, sir. Restate it.

THE WITNESS:  Yes.

MR. JONES:  No further questions.

THE WITNESS:  Yes.

THE COURT:  Mr. Dominguez.

MR. DOMINGUEZ:  Thank you, your Honor.

THE COURT:  Redirect.

MR. DOMINGUEZ:  Yes, your Honor.

- - - - -

**REDIRECT EXAMINATION OF DUWAYNE MILLS**

**BY MR. DOMINGUEZ:**

Q.  Mr. Mills --

THE COURT:  I'm sorry, sir.  You can put it right up there.  I'll take care of it.  Mr. Dominguez.

**BY MR. DOMINGUEZ:**

Q.  Mr. Mills, I'm going to ask you questions exclusively relating to Government's Exhibit 56, and the questions that you were asked on cross-examination.

Now, is this what you're referring to as the circle of protection?

A. Say the question?

Q. Earlier you testified is this type of thing is what you're referring to in the circle of protection for the artist?

A. What type of thing?

Q. Oh, what happened here in number 56.

A. Oh, you're talking about --

Q. I should say this message, these things you were being asked about.

A. Yeah. Somewhat, yeah.

Q. So, you mentioned TMZ. So for those of us that you don't know, what does TMZ mean?

A. It's a platform that people -- like a -- kind of like --

Q. Use your microphone a little bit because I'm having trouble hearing you.

A. I'm sorry. Y'all can't hear me? I apologize. It's a platform that -- that people use to promote gossip and fake news mixed with real news, but it's real popular like the news tabloids.

Q. So Sean needed help because he was going to get TMZ'd I think you said --

A. Yes, specifically.

Q. -- by this jeweler guy?

A. Yes.

Q.   And you lent him the money and took care of it?

A.   And that he was saying that he was going to end up getting him put in jail as well.

Q.   Right.

A.   Which I didn't understand because it was civil.

Q.   Right.  But, you know, at the end of the day, you came, you know how the business works with them, correct?

A.   Yeah.

Q.   And you know how many bookings he has coming up and what kind of money he has coming in?

A.   Yeah, I didn't even tell them he just got a booking for 50 grand for 45 minutes yesterday.

Q.   Have you heard of the dealings with sometimes -- well, no, strike that.

        The reason you step up is that you know that sometimes -- not sometimes, but in this case, the jeweler had been dealing with him and then jacked up the price on him?

A.   Yeah.  I mean, yeah, I've argued with Sean.  He's not the only artist, only artist either, but yeah, I've argued with Sean about taking things from people and not having, you know, go through the proper channels.

Q.   Does this happen often?  It's been talked about here where artists --

A.   It is the one single most thing that I see young specifically minority --

THE COURT:  No, sir.  No, sir.

MR. ANTON:  Objection.

THE COURT:  Sustained.  Sir, he's going to ask you a very specific question and you'll respond to the question.

Mr. Dominguez -- sir, I'm going to say it one more time.  Counsel is going to ask a very specific question and you'll respond to that.  Not give speeches.

Mr. Dominguez, next question.

**BY MR. DOMINGUEZ:**

Q.  Have you seen Sean Kingston, himself, been given stuff?

A.  Yes.

Q.  Okay.  And this conversation occurred with his mother, correct?

A.  Yes.

Q.  And why did you talk to her instead of to Sean?

A.  I say it in a text message.  There's no point in talking to Sean.  I don't talk to Sean about business.

Q.  Because she is the one that handles it?

A.  She's the one that handles the majority of his management business and if I want to talk about shows, I'd be speaking -- I'll stop there.

Q.  Did you get every single penny that you were owed?

A.  Yeah.

Q.  Okay.  And did you ever sue him or anything like that?  I think you were being asked by the Government about that.

A.   No.

Q.   And is this normal in your relationship with people in the business like Sean?

A.   Not like Sean, but yes, it's normal.

Q.   Okay.

A.   Managers loan money to artists all the time.

MR. DOMINGUEZ:  Okay.  Thank you very much, sir.  I have no further questions.  I don't know if Ms. Bozanic --

THE COURT:  Ms. Bozanic?

- - - - -

**CROSS EXAMINATION OF DUWAYNE MILLS**

**BY MS. BOZANIC:**

Q.   You mentioned something about TMZ.  Do you remember that?

A.   Yes.

Q.   In this specific transaction when Sean got on Facetime and you were talking to a jeweler, did you know the specifics of how much Sean was supposed to pay versus how much he was being asked to pay to that jeweler?

A.   No, I don't know the specifics.

Q.   As far as the jewelry, when the artists are kind of handed this jewelry and I guess let me just specify to Sean, are you aware of Sean's dealing with jewelers where they basically increase the price on him?

MR. JONES:  Objection, your Honor.

THE COURT:  Sustained.

MS. BOZANIC:  All right, Judge.  Nothing further.

THE COURT:  Any recross?

MR. JONES:  No, your Honor.

THE COURT:  Sir, you're excused.  Thanks for coming in.  Don't forget your glasses.  You may step down.

THE WITNESS:  All right.  Appreciate it.

THE COURT:  Head into the hallway.  Next witness.

MR. DOMINGUEZ:  Let me check if he's out there, Judge.

MS. BOZANIC:  He's right here.

THE COURTROOM DEPUTY:  This way.

THE COURT:  Who's your next witness?

MR. DOMINGUEZ:  This is Brandon Goodwin.

THE COURTROOM DEPUTY:  Please remain standing and raise your right hand to be sworn.

(Witness sworn.)

THE WITNESS:  Yes.

THE COURTROOM DEPUTY:  Please state your full name for the record and spell your last name.

MR. DOMINGUEZ:  Sit down, sir.

THE WITNESS:  Brandon Jonathan Goodwin.  G-O-O-D-W-I-N.

THE COURT:  Mr. Goodwin, good afternoon, sir.  If you'd make yourself comfortable in the chair and make sure the microphone is always close to where you speak so that you can be heard.

Direct examination, Mr. Dominguez.

MR. DOMINGUEZ:  Thank you, your Honor.

- - - - -

**DIRECT EXAMINATION OF BRANDON GOODWIN**

**BY MR. DOMINGUEZ:**

Q.  Mr. Goodwin, how are you employed?

A.  By Sean.

Q.  I'm sorry, I didn't hear.

A.  What do you mean, how am I employed?

Q.  Are you currently employed?

A.  Yes.

Q.  And who do you work for?

A.  Sean and his mother.

Q.  Okay.  And how long have you been employed by Mr. Kingston?

A.  I believe two to three years on and off.

Q.  Okay.  And what is it that you do for him?

A.  Well, I'm his assistant, so I would get his clothes ready, I would make sure we arrive to flights on time, check in hotels, get food for him.  Anything of that nature.

Q.  Okay.  And are you familiar with the people he sees and meets with?

A.  Some, and some, I don't.

Q.  Okay.  And are you familiar with his music, his concerts?

A.  Absolutely.  Absolutely.

Q.  And all the business aspects of his dealings?

A.   Yes.

Q.   And I'm going to ask you about a specific time period.

A.   Okay.

Q.   Which involves like, I guess, from 2021 forward.

A.   Yes.

Q.   Were you employed with him at that time?

A.   Some.   Some months, I was with him.   Some months, I wasn't.

Q.   Okay.   Instead of saying dates, I'm going to ask you about specific things that you may or may not have knowledge of.

A.   Absolutely.

Q.   Are you familiar with a T.V. that Mr. Kingston had installed and purchased at his house?

A.   Yes.

Q.   Okay.   Tell me what is it that -- when did you first become aware of this thing?

A.   When the T.V. guy had showed up.

Q.   And what happened?

A.   He had briefly, like, I believe like he came to the house, came and measured some stuff, talked with Sean, and then he had left.

Q.   Okay.

A.   The first time, he had came.

Q.   The first time that he was there, did he do any work?

A.   No, I believe they were just talking.

Q.   Was he shown which wall to install the television on?

A.   Not that I'm aware of.

Q.   Okay.  And what was he measuring then?

A.   I believe he was just measuring, like, the outline of what he wanted it to be.  He was just giving him an imagination of what the T.V. possibly could look like at that specific time.

Q.   Was that in reference to any specific wall or location in the house?

A.   No.

Q.   Which house were you in?

A.   We were at the Las Olas property.  It's in Fort Lauderdale.

Q.   And is that the one where the television was installed?

A.   No, that's the second location.

Q.   So, got it.  Now I understand.  The first time you meet with him, you're not at the house where it's going to be installed?

A.   No.

Q.   You just -- were you a party to the negotiations that were taking place?

A.   No.

Q.   So when is the next time that you have any involvement with this television?

A.   Well, I think the next time, he had came to the next property we have, and he had came with workers and things of that nature, and then they started installing, like, the T.V.

Q.   Can you describe that next time you see him?  You don't

Q. know anything else that happened?

A. No.

Q. Were you aware that there had been a conflict between him and Mr. Kingston?

A. Briefly, regarding like I think a time, specific time span the T.V. was supposed to be done and I don't think it was, like, finished.

Q. Was there a delay?

A. Yeah, there was a delay.

Q. And what was the reason that Mr. Kingston was upset?

A. I believe like a missing piece or something was, like, not like delivered on time or something so it wasn't done within a certain time span.

Q. And was there, according to you, you're his assistant, was there some specific scheduling event that was supposed to happen?

A. Yes, absolutely. He had a music video with Justin and I believe the T.V. was supposed to be in the video.

Q. Okay. And did that ever happen?

A. No, because of on time, he didn't fulfill.

Q. Right. So when you -- when the T.V.'s being installed, was Mr. Kingston there?

A. No.

Q. Okay. Who was there?

A. I'm not sure who was there at the house during the time

because we weren't there.  We were traveling.

Q.  So you, yourself, were not there?

A.  No.

Q.  Did you -- but you said you saw the crew that came to install?

A.  Yeah.  At first, remember they came to make sure everything was right on the wall.  Then they came a second time.

Q.  So, that's --

A.  They didn't start the installation then.

Q.  What was it that -- what did you observe being done?

A.  I was observed them doing the particles because I guess the T.V. was in, like, certain pieces so they measured everything, and then they left.

Q.  This is not one big T.V.  This is a bunch of small screens?

A.  Yes, a bunch of small screens and it makes it look like a big screen.

Q.  Right.  So it's just -- so the jury understands, it's just a -- what size would you say each of those screens are?

A.  I'm not sure.  I know the T.V. is like over a hundred inches though.

Q.  Right, but the sections.

A.  I'm not sure the exact specifics.

Q.  You don't know?

A.  No.  Probably like this big maybe.  (indicating.)

Q.  Indicating for the court about a foot or so wide?

A.   Yeah.

Q.   Each one?

A.   Yeah, I think it's a whole bunch, like.  I don't know the exact, but I believe it's like a whole bunch of them.

Q.   So you're using your hands.  And I understand.  I'm not specifically saying exact inches, but that's about a foot or so, maybe a little bit more, whatever?

A.   Okay.

Q.   So is that what you recall as far as the panels that are being put together?

A.   Absolutely.

Q.   So -- and where did you go while the T.V. was finally being installed?

A.   I know he had a couple shows.  I believe we went overseas.

Q.   You don't remember specifically what country?

A.   I believe we had went to India, Dubai.  I think there's another one.  I just don't remember.

Q.   Do you travel a lot with him?

A.   Absolutely.

Q.   Like how often are you guys on the road?

A.   We are always on the road doing shows.  We're barely ever home.

Q.   So the crew that did this preliminary installation, can you describe them for the jury?

A.   They didn't -- the first time I saw them, they didn't look

very professional at all.

Q. That was your opinion of them?

A. Yeah.

Q. They didn't really look professional.

A. They didn't speak no English, like, they just didn't really seem very professional.

Q. Okay. Did that cause you to be concerned?

A. Not really, but, no, it was just a bit -- I guess we were asking questions and they didn't really know.

Q. Do you know if Mr. Kingston asked questions regarding that?

A. I believe he maybe did have questions.

Q. Would you -- were you there when the item was being installed on the wrong wall?

A. Yeah.

Q. What happened when that happened?

A. Well, remember, first, I think they have to, like, drill holes first, so we had noticed that you guys are building it on the wrong wall that he specifically said.

Q. What was discussed at that point with them, with the gentlemen that were there?

A. Fix the wall for the all the holes you made in the wrong wall.

Q. And did they do so?

A. Yeah.

Q. Okay. Then what after that? Was there any discussion

about changing the size of the television or anything like that?

A.   Not to my knowledge.

Q.   So -- and did this whole episode also make -- were you present when this happened?

A.   What do you mean?

Q.   Was Mr. Kingston present when the whole thing with the wrong wall happened?

A.   I believe so.

Q.   And was anybody upset at that point?

A.   Absolutely.  You guys are installing it on the wrong wall.

          MR. ANTON:  Objection.  Calls for hearsay.

          THE COURT:  Sustained.  One moment.  The jury will disregard the answer.  You can go ahead.

**BY MR. DOMINGUEZ:**

Q.   Were you present -- did you see the demeanor of Mr. Kingston during the time that that happened?

A.   He was a little bit upset that the T.V. wasn't done on time.

Q.   Okay.  And that was based on your observation of him personally present during the time?

A.   Yeah.

Q.   And when you get back from tour, what happens then in relation with the television?

A.   Nothing.  To my knowledge, the T.V. is done.  And then --

Q. Was the T.V. working, not working?

A. It was working a bit. Then it stopped working. I believe we had hit the owner up to send somebody over to see the T.V., and I guess he ended up fixing the T.V. and left.

Q. So you, personally, experienced trouble with the television?

A. No. Absolutely, it had a lot of trouble.

Q. Okay. And was Mr. -- were you there also when Mr. Kingston was trying to utilize the television?

A. Yes.

Q. And did he have difficulty --

A. Absolutely.

Q. -- with the operation?

A. Yes.

Q. Now did -- is that all the dealings that you had in relation to this television?

A. Yes.

Q. And did you -- have you seen it then ever again since then, or had anything to do with that television?

A. No.

Q. Okay. Are you familiar with who handles the finances for Mr. Kingston?

A. I believe his business manager and his manager.

Q. And is his mother one of those business managers?

A. Yes.

Q.  And do you see her here today by any chance?

A.  Absolutely.

Q.  What is her name?

A.  Janice Turner.

Q.  Would you point her out for me?

A.  (Indicating.)

Q.  By what color shirt is she wearing?

A.  She's wearing a pink shirt and like a blue blazer.

Q.  Thank you.

          MR. DOMINGUEZ:  The record will reflect --

          THE COURT:  Record will so reflect.

          MR. DOMINGUEZ:  Thank you, Judge.

**BY MR. DOMINGUEZ:**

Q.  Now, what's the next thing that happens with the television?

A.  Like, could you explain more?

Q.  Did you ever see it again after that, or what happened? Did you guys stay at that house?

A.  I believe nothing happened.

Q.  Nothing else?

A.  Nothing else, no.

Q.  Is there -- now were you also present during a time -- let's talk a little bit about your familiarity.  During that time period, how many cars did Sean have?

A.  I believe roughly like four or five.

Q.  Were you the driver of those cars?

A.  Yes.

Q.  Okay.  What car specifically did they have?

A.  A Maybach.

Q.  What is --

A.  Well, a Mercedes Benz S5.

Q.  What is a Maybach?

A.  It's an S Class.

Q.  Okay.  Is there something special about the Maybach?

A.  Yeah.

Q.  What's special about it?

A.  It's like the top tier Mercedes Benz you can buy.

Q.  And what else did he have there?

A.  He also had a Rolls Royce at the time.

Q.  Which one?

A.  I believe it was a Dawn.

Q.  A what?

A.  A Dawn, a Rolls Royce Dawn.

Q.  Dawn, what is that?

A.  It's a Rolls Royce.

Q.  Is it a --

A.  It's a drop head Rolls Royce.

Q.  A drop head means convertible?

A.  Yes.  He had a mini golf cart at the time.  It's a miniature golf cart.

Q.  Did you drive that?

A.  Yes, it's just something to do things around the house.

Q.  Mm-hmm.

A.  A TRX truck and then a Bentley.

Q.  What is a TRX truck?

A.  It's a Ram truck.

Q.  A Ram?

A.  Yes.

Q.  That's like to move hay and stuff?

A.  Yes.

Q.  And he had a Bentley as well, you said?

A.  Yes.

Q.  Did you drive all these cars for him?

A.  Yes.

Q.  And now were you present at the time where someone came over with a Cadillac that was armored?

A.  Yes.

Q.  And did you have occasion to see the people that came?

A.  On the first time, yes.

Q.  Okay.  And who was there that came with the Cadillac?

A.  I believe a dude named Alex.

Q.  Okay.  Can you describe Alex?

A.  We believed that he was the owner of the said Cadillac.

Q.  What did he look like?

A.  Just a white Caucasian male.

Q.   Were you dealing with Alex or was he dealing -- I'm sorry, were you present during the conversations that were taking place?

A.   Not regarding the negotiations or anything like that.

Q.   You were just -- you just saw the people that came and went?

A.   Yes.

Q.   Was there a truck that's there, a Suburban?

A.   What do you mean, like a Suburban?

Q.   Of all the cars he had, did he have a Suburban?

A.   Not that I know of.

Q.   Okay.  Are you his -- are you his driver?  Is anybody else driving in that house?

A.   No, but sometimes we do hire drivers like Uber or whoever like.

Q.   Uber.  But that's different.  You're the normal regular driver?

A.   No.

Q.   Okay.  So did you block some guy in --

A.   No.

Q.   -- potentially?

A.   No.  Absolutely not.

Q.   And were you present during the time that Mr. Kingston was talking to this individual named Alex?

A.   I believe I was present for some of it, yes.

Q.   And was there another person that you saw?

A.   I believe another, like, I guess a lease guy or somebody that worked with Alex or something.

Q.   Right.  And based on what you personally observed taking place, what was the deal that was supposed to happen?

A.   I don't really know what the deal that was supposed to happen.  I just know that like a dude came to change, I guess, the tag on the car and left.

Q.   Okay.  And was there a heated or agitated discussion that took place at dining table or a table?

A.   No, not that I recall.

Q.   Did you recall seeing Mr. Kingston at any point slamming tables or anything like that?

A.   Absolutely not.

Q.   And did the people, Alex, including the other gentleman, did they leave in peace and tranquility?

A.   To my knowledge, yes.

Q.   Were you there the whole time?

A.   Yes.

Q.   In fact, do you recall around what time this negotiation would have ended?

A.   No, not at all.

Q.   Was it at night or --

A.   I don't recall to be honest.

Q.   You don't recall?

A.   No, I don't recall the time.

Q.   No, but was it like towards the evening hours or --

A.   I believe maybe the evening.

Q.   Yeah.

A.   Yeah.

Q.   And now in traveling with Mr. Kingston and your knowledge of his entertainment business, who has he been doing shows with during that time period?

A.   During the time period, Chris Brown, Davito, he's been doing shows with.  A lot of celebrities, a lot of artists.

Q.   Have you always been -- have you met with all these people as well?

A.   Yes.

Q.   And are you always -- are you usually with him?

A.   Yes, absolutely.

Q.   So you sort of -- I wouldn't call it a bodyguard because you're not armed.

A.   Yeah.

Q.   You basically go with him everywhere?

A.   Yes.

Q.   And make sure everything's okay?

A.   Absolutely.

Q.   So --

THE COURT:  How much longer have you got, Mr. Dominguez?

MR. DOMINGUEZ:  Not -- I mean, not very long.

THE COURT:  Like?

MR. DOMINGUEZ:  Depends on his answer.  Probably less than five minutes, Judge.

THE COURT:  Let's do it.

MR. DOMINGUEZ:  Thank you, Judge.

**BY MR. DOMINGUEZ:**

Q.  I'm going to try to move you into specific incidents.  See if this helps remind you what I'm asking you because I don't know how else to describe it.  Regarding a white ceramic watch?

A.  Yes.

Q.  What was that, do you remember that?

A.  Yeah.

Q.  Okay.  Tell me, were you present when this was happening with the -- I think Mr. Kingston was buying a white ceramic watch?

A.  Yeah.

Q.  And you met a young man?

A.  Yes.

Q.  Okay.  And how many times did you meet with him?

A.  I believe only once.

Q.  One time, right?

A.  Yeah.

Q.  And where was that that you all met?

A.  Like an office space area.

Q.   Right.   And who was there?

A.   I believe him and like his stepfather and like the staff to the whole office.

Q.   And what was -- describe the atmosphere.   Describe what was going on, what was --

A.   Just a lot of conversations.

Q.   What was the conversation about?

        MR. ANTON:   Objection.

        THE COURT:   Sustained.

**BY MR. DOMINGUEZ:**

Q.   With you.

        MR. ANTON:   Still objection.   Hearsay.

        THE COURT:   Sustained.

        MR. DOMINGUEZ:   It's a party opponent, your Honor.   He testified.

        THE COURT:   Whose party opponent?

        MR. DOMINGUEZ:   The young man that testified on the counts.

        THE COURT:   No, he's not a party.   Sustained.

**BY MR. DOMINGUEZ:**

Q.   So how long were you guys meeting and talking?

A.   Roughly probably, like, two to three hours.

Q.   And would you describe the conversation as --

        MR. ANTON:   Objection, leading.

        THE COURT:   Sustained as to form.

**BY MR. DOMINGUEZ:**

Q.  Did you -- you were part of a conversation, right?

A.  Yes.

Q.  Without telling me what anybody said, was it a happy or pleasant --

MR. ANTON:  Objection.  Leading.

MR. DOMINGUEZ:  I'm trying to make it so we get the answer and we can move on.

THE COURT:  Try it more open-ended, Mr. Dominguez.

**BY MR. DOMINGUEZ:**

Q.  How would you describe the conversation?

THE COURT:  There we go.

THE WITNESS:  Great.

**BY MR. DOMINGUEZ:**

Q.  Okay.  And what was the topic?

A.  Like music in the '80's and '90's.

MR. ANTON:  Hearsay.

THE COURT:  Sustained.

**BY MR. DOMINGUEZ:**

Q.  Was there also a topic regarding a watch?

A.  I wasn't a part of that conversation.

Q.  And could you describe the physical description of the people that were there?

MR. ANTON:  I'm going to object to relevance.  He says he wasn't there for the transaction.

THE COURT:  Yeah, I'm going to let him describe what he can describe of the people that were there, but that's it.

THE WITNESS:  Everybody was happy.

BY MR. DOMINGUEZ:

Q.  How they looked.

A.  Oh, everybody looked great.

Q.  Was he tall?  Short?

A.  Short.

Q.  Beard, no beard?  Hair, color hair?

A.  Hair, short.

Q.  He had hair.  What color hair?

A.  I believe black.

Q.  Did he have a beard?

A.  Yes.

Q.  Was he short, tall?

A.  Yeah, short.

Q.  Build was --

A.  Not built.

Q.  Fat, skinny?

THE COURT:  What was his build?

THE WITNESS:  A little bit fat at the time.

BY MR. DOMINGUEZ:

Q.  Chubby?

A.  Chubby is a good word.

MR. DOMINGUEZ:  I have no further questions.

THE COURT:  We're going to take our first afternoon break.  We'll see you all in about 15 minutes.  Same direction.  Don't discuss the case.  All rise for the jury.

(Jury exited the courtroom at 2:16 p.m.)

THE COURT:  Mr. Goodwin, we'll see you back in here in about ten minutes, and you can step into the hallway for the break, sir.  We'll see you in ten minutes.

MR. DOMINGUEZ:  Don't talk to anybody.

THE COURT:  I forget, Ms. Bozanic, are you going to have something for this witness yourself?

MS. BOZANIC:  I just want to ask my client but probably not.

THE COURT:  Okay.  We're going to start on cross when we get back, and after this witness, are there any other witnesses, putting aside the defendants for the moment?  You can be seated, everybody.

MR. DOMINGUEZ:  We have another witness.  I think potentially two.

THE COURT:  Who are they?

MR. DOMINGUEZ:  I forget names, Judge.

THE COURT:  You have to announce who they are because the Government needs to know.

MS. BOZANIC:  Judge, just a moment.  Let me just get my tab on the names.

MR. DOMINGUEZ:  There's only two left, I think.

THE COURT:  Okay.  I have the list.  The six are Mills, Goodwin, Collier, Galarza, Samuels, and Morgan.  I don't know if Morgan, Galarza or Collier fit who you're thinking about.

MS. BOZANIC:  Mark Collier, Judge, and Donald Galarza.

THE COURT:  Will you be calling Morgan or no?

MS. BOZANIC:  No, Judge.

THE COURT:  Collier and Galarza.  What's Collier and Galarza going to say?  I want the one to two sentence version.

MS. BOZANIC:  Mark Collier was Ms. Kingston's assistant.

THE COURT:  Okay.  And Galarza?

MS. BOZANIC:  I'm sorry, Galarza was the assistant and Mark Collier, just a driver.

THE COURT:  Driver for Mr. Kingston?

MS. BOZANIC:  For both.

MR. DOMINGUEZ:  From California.

THE COURT:  They're going to provide firsthand testimony as to what -- because let me tell you, what you're not going to do is talk about Justin Bieber and Chris Brown again.  That's for sure.

MS. BOZANIC:  Judge, may we have two minutes just to confer because I wasn't under the impression we were calling them?

THE COURT:  Of course.  Take five minutes and let me

know.

                    (Short recess had.)

          THE COURT:  Okay.  Ms. Bozanic, where are we, ma'am?

          MS. BOZANIC:  Judge, we will -- well, I will not be calling any aside from obviously possibly the defendants.  No other witnesses.  Mr. Dominguez was I guess thinking whether he should, and I'm going to let him speak on that.

          MR. DOMINGUEZ:  Judge, I'm not inclined at this point to call the witness and I advised the Government who it would be if I do.  I'd rather just see how this ends up and then go from there.

          THE COURT:  Okay.  So given that representation, I'm going to ask if the defendants have made a decision as to whether they wish to testify or not testify.  I'll start with defendant Turner.

          MR. DOMINGUEZ:  Judge, just so we have a clear record on this matter, I know how important it is, I've discussed it with her and given her -- am I on?

          THE COURT:  I think you're on, sir.

          MR. DOMINGUEZ:  I can be heard?

          THE COURT:  Yep.

          MR. DOMINGUEZ:  I've discussed it with her that she has a right not to testify and a right to testify.  It's an absolute right.  She's indicated to me that she's willing to testify.  That decision's being made like now and I'd ask the

court naturally to inquire.

THE COURT:  Okay.  I will, but you're relating to me that she wishes to testify at the end of the case?

MR. DOMINGUEZ:  Yes, your Honor.

THE COURT:  Okay.  Could you pass the microphone to place it in front of her, or have one placed in front of her?

MR. DOMINGUEZ:  It's there.

THE COURT:  Defendant Turner, good afternoon.

DEFENDANT TURNER:  Good afternoon, sir.

THE COURT:  So you heard what your counsel said.  You wish to testify in this case, right?

DEFENDANT TURNER:  Yes, sir.

THE COURT:  Okay.  You have an absolute right to do that.  I want make sure of a couple of things that you understand.  In making that decision, did you discuss it thoroughly with your attorney?

DEFENDANT TURNER:  Yes, sir.

THE COURT:  Did he answer all of your questions about the pros and cons of testifying?

DEFENDANT TURNER:  Yes, sir.

THE COURT:  Do you understand, Ms. Turner, that if you do not testify, if you wish not to testify, you don't have to.

Do you understand that?

DEFENDANT TURNER:  Yes, sir.

THE COURT:  Do you understand that if you decide that

if you don't want to testify, I will instruct the jury for you that they cannot use your decision not to testify, cannot use your silence against you in any way.  Do you understand that?

DEFENDANT TURNER:  Yes, sir.

THE COURT:  And do you understand, of course, that if you do testify, you will have to answer questions from your attorneys and the Government?

DEFENDANT TURNER:  Yes, sir.

THE COURT:  Is anyone pressuring you or forcing you or coercing you to testify?

DEFENDANT TURNER:  No, sir.

THE COURT:  Okay.  Thank you very much, Ms. Turner. You will absolutely be allowed to testify.

Ms. Bozanic, same question with regard to your client?

MS. BOZANIC:  Your Honor, yes.  I have discussed the right to testify with my client and his right not to testify, and he chooses to testify.

THE COURT:  He wishes to testify?

MS. BOZANIC:  Yes.

THE COURT:  So if you'd pass the microphone to Mr. Kingston.

Mr. Kingston, good afternoon, sir.

DEFENDANT ANDERSON:  Good afternoon, your Honor.

THE COURT:  So I'm going ask you the same questions I just asked your mom.

DEFENDANT ANDERSON:  Yes, sir.

THE COURT:  You understand, sir, that you have the right not to testify?

DEFENDANT ANDERSON:  Yes, sir.

THE COURT:  If you decide to remain silent and not testify, I will instruct the jury for you that they cannot use your decision not to testify, they cannot use your silence against you in any way.  Do you understand that?

DEFENDANT ANDERSON:  Yes, sir.

THE COURT:  You have fully discussed the decision to testify with your attorneys, correct?

DEFENDANT ANDERSON:  Yes, your Honor.

THE COURT:  And did they answer all of your questions about the pros and cons of testifying?

DEFENDANT ANDERSON:  Yes, your Honor.

THE COURT:  Are you satisfied with what they told you?

DEFENDANT ANDERSON:  Yes, your Honor.

THE COURT:  Is anyone pressuring you, coercing, or threatening you to testify?

DEFENDANT ANDERSON:  No, your Honor.  I just want to speak.

THE COURT:  Do you understand that, sir, I've made a ruling that if you testify, there's a prior conviction in your history that will be introduced into evidence either from your attorney or from the Government?  Do you understand that?

DEFENDANT ANDERSON:  Yes, sir.

THE COURT:  And you still wish to testify?

DEFENDANT ANDERSON:  I don't think -- yeah, I really just want to speak my truth and that's fine.  That's yes.

THE COURT:  Absolutely, and my point is in bringing that up --

DEFENDANT ANDERSON:  Yes, sir.

THE COURT:  -- that that's your right to testify.  I just want to make sure you discussed that aspect of your testimony with your attorneys?

DEFENDANT ANDERSON:  Yes, sir.

THE COURT:  So you're going to get to testify too, absolutely, at the end of the case.

DEFENDANT ANDERSON:  Thank you, your Honor.

THE COURT:  Ms. Bozanic, Mr. Dominguez -- excuse me, Mr. Dominguez, Ms. Bozanic, have you discussed the order of who's going to go first?

MS. BOZANIC:  Yes, your Honor.

MR. DOMINGUEZ:  I would go first, Judge.

THE COURT:  Okay.  Ms. Turner?

MR. DOMINGUEZ:  Yes.

THE COURT:  Acceptable?

MS. BOZANIC:  Yes.  Of course, Judge.

THE COURT:  So defendant Turner will be the second to last witness, and Sean Kingston, defendant Anderson, will be

the last witness in the case. Okay? So that's done.

MS. BOZANIC: Judge, at some point, we just need to work out the details on the conviction but perhaps we can --

THE COURT: Yes.

MS. BOZANIC: The stipulation or how we do this.

THE COURT: Yes. You're still working out the actual piece of paper that is going to be entered into the case. Is that my understanding?

MS. BOZANIC: We haven't really talked about it, to be quite honest with you between the last time we spoke. So I think maybe on the next break Mr. Anton and Mr. Jones and I can speak.

THE COURT: Okay. You'll do that. So what we have now is what, we have cross and then we have two more witnesses?

MS. BOZANIC: Yes, your Honor.

THE COURT: Or do we have any witnesses before the defendants?

MS. BOZANIC: No, Judge.

MR. DOMINGUEZ: Probably not. If it is, it's a short one and it has her assistant. I spoke to the Government about it, if --

THE COURT: So that's a game time decision.

MR. DOMINGUEZ: Yes.

THE COURT: You guys ready to continue the cross?

MR. ANTON: Yes.

THE COURT:  All right.  Let's see if they're ready. Please get them.  Yeah, you can grab your witness and put him on the stand.  Thank you.

THE COURTROOM DEPUTY:  All rise for the jury.

(Jury entered the courtroom at 2:36 p.m.)

THE COURT:  Welcome back.  You may be seated.

Mr. Goodwin, sir, you can make yourself comfortable and get that microphone close to where you speak, please, sir. We'll continue with cross-examination.

- - - - -

**CROSS EXAMINATION OF BRANDON GOODWIN**

**BY MR. ANTON:**

Q.  Good afternoon, Mr. Goodwin.

A.  Good afternoon.

Q.  You start off -- excuse me -- you started off by testifying about the transaction with the big LED T.V.

A.  Yes.

Q.  Now, you weren't part of the negotiations, were you?

A.  No.

Q.  And you have no idea what type of deal was reached?

A.  No.

Q.  You weren't there for the solicitation?

A.  No.

Q.  You don't know the terms?

A.  No.

Q.   You had no idea what the payment arrangements were to be?

A.   No.

Q.   You just were there at the house when, as you say, the unprofessional employees because they didn't speak English put a T.V. on the wall?

A.   On the wrong wall.

Q.   On the wrong wall, but they fixed it?

A.   Yes.

Q.   And all was good?

A.   Yes.

Q.   Okay.  And you said after the T.V. was installed, you never saw it again?

A.   I never said I didn't see it again.  I said it was -- I said he had asked me, did I ever see the T.V. again.  I did see the T.V. again, but like we left the house.  You understand what I'm saying?

Q.   Left the house, meaning you weren't at the house?

A.   Yes, I wasn't at the house.

Q.   You weren't at the house when the T.V. was seized and taken off the wall by the police during a raid?

A.   I was not at the house, no.

Q.   You then talked about this bulletproof Cadillac.

A.   Yes.

Q.   Again, you weren't there for the negotiations?

A.   No.

Q.   You have no idea what transpired in terms of who was to be paid?

A.   No.

Q.   When the payment was supposed to be made?

A.   No.

Q.   What the deals were?

A.   No.

Q.   You just happened to be at the house --

A.   Yes.

Q.   -- when part of the transaction took place?

A.   Yes.

Q.   You don't know anything about fake wires?

A.   No.

Q.   Or payment for the vehicle?

A.   No.

Q.   In fact, you weren't even there for both days, were you?

A.   No.

Q.   Right.  So you don't know anything about the defendants' dealings with the original salesperson?

A.   No.

Q.   Right.  You were only there a couple days later when this individual named Alex came to take the license plates off the car?

A.   No, not when he came to take the license plates.  When he arrived at the house.

Q.   To do what?

A.   To deliver the car.

Q.   The car was already at the house because --

A.   No, no.

          MR. DOMINGUEZ:  Objection.  Mischaracterizes.

          THE COURT:  Overruled.  He's clarifying with the witness.  Next question.

**BY MR. ANTON:**

Q.   As you understand it, who delivered the vehicle?

A.   Alex.

Q.   And who was Alex?

A.   Well, now that I know, I believe he's a broker for the vehicle.

Q.   So that's the Alex we're referring to?

A.   Yes.

Q.   And that transaction dragged on well into the evening?

A.   I believe so.

Q.   And, in fact, the car was ultimately left but the transaction continued essentially for weeks after that?

A.   Not to my knowledge.

Q.   Because you weren't there?

A.   I was there, but I didn't know anything regarding the dealings.

Q.   Exactly.  And, again, you discussed the transaction involving the watches and there was a seller, some staff

members, and a stepfather?

A. Yes.

Q. And you testified about great conversation.

A. Yes.

Q. And everybody was happy.

A. Yes.

Q. And it lasted about two to three hours?

A. Yes.

Q. But you don't know anything about the underlying transaction?

A. No.

Q. You don't know the deal that was made?

A. No.

Q. The payment arrangements?

A. No.

Q. Anything about whether or not fake wires were exchanged?

A. No.

Q. You just know that you were there to drive the defendant to the location?

A. Yes.

MR. ANTON: Nothing further.

THE COURT: Thank you. Any redirect?

MR. DOMINGUEZ: Do you have anything?

MS. BOZANIC: No.

- - - - -

**REDIRECT EXAMINATION OF BRANDON GOODWIN**

**BY MR. DOMINGUEZ:**

Q.  Mr. Goodwin, you were asked about the T.V. and the prosecutor said "and everything was all good."

A.  Yes.

Q.  Was it all good?

A.  To my knowledge.

Q.  Okay.  Were there situations where there were problems?

A.  Like regarding the T.V. not working?

Q.  Yeah.

A.  Yeah.  Sometimes it didn't work.

Q.  Right.  And were there other problems regarding the T.V., say timing of installation, things of that nature?

A.  Yeah, with the delay of the missing, like, particle or something like that on the T.V.

Q.  And in relation to the Cadillac, just to clarify, the person that drove the Cadillac there was this individual named Alex?

A.  Yes.

Q.  And he was accompanied by another person?

A.  Yes.

Q.  Can you describe that other person?

A.  Hispanic man.  He said that he was like with the leasing office or something.

Q.  And based on the conversation, did you understand it to be

a lease?

A.  Yes.

Q.  Okay.  And was that Cadillac used?

A.  I believe so.  I'm not really sure, but I believe so.

Q.  Did you drive it?

A.  Yes.

Q.  Where did you drive it to?

A.  Well, wherever.

Q.  Did it have a tag on it at that time?

A.  Yes.

Q.  What kind of tag did it have on it?

A.  Like a Florida tag.

Q.  Right.

MR. DOMINGUEZ:  Thank you.  No further questions.

THE COURT:  Any recross?

MR. ANTON:  No, your Honor.

THE COURT:  Mr. Goodwin, sir, thanks for coming in. You may step down and head to the hallway.

THE WITNESS:  Thank you.

THE COURT:  Ms. Bozanic?

MS. BOZANIC:  Mr. Dominguez.

THE COURT:  Mr. Dominguez, we have another witness?

MR. DOMINGUEZ:  If I may confer, Judge.

THE COURT:  Sure.

(Short pause in proceedings.)

MR. DOMINGUEZ:  No other witnesses at this time other than --

THE COURT:  We're there.  We're at the last two?

MR. DOMINGUEZ:  May I ask for a brief recess?

THE COURT:  Sure.  You want five, ten minutes?

MR. DOMINGUEZ:  Yes, sir.

THE COURT:  We're going to take a five to ten-minute recess, and I'll see you in about ten minutes.  All rise for the jury.

(Jury exited the courtroom at 2:43 p.m.)

THE COURT:  Please be seated.  You're going to confer, both of you, with your clients one last time.  Is that what you're doing?

MR. DOMINGUEZ:  Yes, Judge.

THE COURT:  I'm glad you did that in an abundance of caution.  You're going to step out to do that or are you going to do it here?

MR. DOMINGUEZ:  I'd rather step out.

THE COURT:  You can step out.  I'll see you in five minutes, is that fair?

MS. BOZANIC:  Yes, Judge.

THE COURT:  I'll see you in five minutes.

(Recess taken from 2:44 p.m. - 2:53 p.m.)

THE COURT:  Okay.  Everyone's back.  The attorneys, the parties.  Mr. Dominguez?

MR. DOMINGUEZ:  Yeah, I'll call Ms. Turner.

THE COURT:  Ms. Turner's going to take the stand. Ms. Bozanic, I just want the final answer.  Is Mr. Kingston going to testify?

MS. BOZANIC:  Yes, your Honor.  I was talking to the Government about the exhibit.

THE COURT:  Thank you very much.  You have time. Ms. Turner is going to testify and be crossed, so we can do that part.

You know, Mr. Anton, we can do that at the break, sir. We're going to bring out the jury for Ms. Turner to testify, okay?  Thanks.  You can get them.

THE COURT SECURITY OFFICER:  All rise.

(Jury entered the courtroom at 2:53 p.m.)

THE COURT:  Welcome back.  Please be seated.

Mr. Dominguez?

MR. DOMINGUEZ:  I'm sorry, Judge.  The defense at this time will call Ms. Turner to the stand.

THE COURT:  Defendant Turner, please step forward.

THE COURTROOM DEPUTY:  Good afternoon.  Please remain standing and raise your right hand to be sworn.

(Witness sworn.)

DEFENDANT TURNER:  Yes, ma'am.

THE COURTROOM DEPUTY:  State your full name for the record and spell your last name.

DEFENDANT TURNER:  My name is Janice Turner.  My last name is T-U-R-N-E-R.

THE COURT:  Good afternoon, Ms. Turner.  If you'd make yourself comfortable in the chair.  If you would make sure that the microphone is always close to where you speak so that you can be heard.

Direct examination, Mr. Dominguez.

MR. DOMINGUEZ:  Thank you, your Honor.  Request permission to lead on preliminary matters?

THE COURT:  Yes.

MR. DOMINGUEZ:  Thank you, your Honor.

THE COURT:  611.  You can lead.

- - - - -

**DIRECT EXAMINATION OF JANICE TURNER**

**BY MR. DOMINGUEZ:**

Q.  Ms. Turner, just to give some background to the jury, you were born in --

A.  I was born in Saint Catherine, Jamaica.

Q.  Then you moved to Kingston at a young age?

A.  Yes, sir.

Q.  Then you came to the United States?

A.  New York.

Q.  And what year was it that you got here?

A.  1978.

Q.  And you have three lovely children?

A.  Yes.  My first is Kurt Morris, 41.  My second is Kanema, she's right there, she's 40, and my third is Kisean Anderson, Sean Kingston.

Q.  Okay.  Well, obviously, you're the mother.  You're their natural biological mother, correct?

A.  Yes, sir.

Q.  The -- and what has your role been in relation to your son, Sean Kingston's career?  And I'm going to move you to a time period so we don't spend -- you know, post 2021?

A.  2021, after the pandemic, managing my son.

Q.  Okay.  And why did you become involved with managing your son?

A.  My son had a jet ski accident in 2011, and he couldn't stay in Florida because of the water, so we moved to LA.

Q.  Okay.

A.  And --

Q.  But other than that, I mean, just want to move on from that and I understand that that was a time period, hard period for you, but I wanted to move you to the present day and talk about that, if that's okay with you.

A.  That's fine.

Q.  So from that point on, you became more involved in his life, let's say?

A.  Yes.

Q.  Okay.  And then in 2021, then forward, who else was

assisting in managing him?

A. There was Donnie Galarza, there was Dada Mills, but it was mostly me.

Q. And who else was involved in all of this -- explain to the jury how the setup is of the -- I guess the celebrity enterprise of what is Sean Kingston? How does that work?

A. Well, Sean Kingston is a recording artist and a songwriter, and a performer and an actor. I manage his career as far as booking shows, getting brand deals and paying his bills.

Q. Okay. Do you also at the same time run another business?

A. Yes, sir. I started my cooking business, Mama Kingston Kitchen in 2014.

Q. And moving forward to 2021, do you still have those kitchens?

A. The food trucks, yes.

Q. Where are they located?

A. Los Angeles. They are now leased out to Arraza.

Q. And do you have -- how many food trucks are there by the way?

A. There was four food trucks.

Q. Other than the food trucks, what else do you have?

A. I launched my sauce in 2024, April, in Walmart and Amazon.

Q. And what's the name of the sauce?

A. Mama Kingston Everything Everyday Sauce.

        MR. DOMINGUEZ: Your Honor, I have a bottle up there.

I just wanted to show, it's a demonstrative aid.  I'm not going to seek to introduce it.

THE COURT:  Government?

MR. ANTON:  That's fine, Judge.

THE COURT:  Okay.  No objection from the Government.

BY MR. DOMINGUEZ:

Q.  This is just -- is this the sauce itself, the bottle or whatever that's sold?

A.  Yes, it is.

Q.  And this is currently available at Walmart you said?

A.  Walmart and Amazon.

Q.  And what corporation is this under?

A.  Mama Kingston Kitchen.

Q.  And do you have multiple bank accounts?

A.  Yes.

Q.  How many bank accounts do you have?

A.  Well, there's three here.  Eyes Above Water, LLC.

Q.  What else?

A.  Mama Kingston Kitchen.

Q.  What else?

A.  And there's the trust in Jamaica.

Q.  Okay.  And does Sean have also his own?

A.  Wells-Fargo.

Q.  He has his own bank account.  Does he run that himself or is that part of the corporate?

A.   I have the passcode to most of them.

Q.   Do you keep an eye on it?

A.   Yes, I have to.

Q.   Your role in managing him, did you receive any training, by the way, at all?

A.   No, I didn't, sir.

Q.   And how would you describe the genre that he is involved in?

A.   I would describe his music as little bit of reggae with a little bit of pop, like an island pop.

Q.   Okay.  And does he have a lot of friends in the industry?

A.   Yes, he does.

Q.   Okay.  And what would you say as far as his schedule is, how hectic is his schedule and I'm talking again naturally not the pandemic because we know what happened during that like '21 and forward?

A.   He's pretty booked.  He's slow in certain months because he's a summer artist, so he's usually booked from spring break right through I would say November.  Sometimes November and December, he could get a lot of shows but sometimes none.

Q.   Right.  So, have you heard of the term "feast and famine?"

A.   Yes.

Q.   Okay.  And would you say that the business in general, the way it's run, that you run it, I mean, and all artists, is it feast and famine?

A.   Yes, sir.

Q.   And has it always been that way since the 2021?

A.   Yes, sir.

Q.   Okay.  And what amounts of money would you say you've handled on his behalf during the time period of '21 and '22, '23?

A.   I would say a million.  A million.

Q.   And are you familiar with his followers?

A.   Yes.

Q.   Is there an aspect of your management that involves protecting him?

A.   Yes, sir.

Q.   And what is it that you protect him from?

A.   I have to protect my son from all these, we call these people groupies.  These people that come around.  They want to stay in your house, they want to drive your car.  They want to be a part of everything, and no one knows what I go through.

Q.   How would you describe your job as far as difficulty?

A.   Stressful.

Q.   Okay.  Does Sean, the artist, listen to his mom?

A.   Ninety-eight percent of the time.

Q.   All right.  And what about the other two percent?

A.   His friends sway him from that.

Q.   Okay.  Do you also protect him from his own friends?

A.   Yes.

Q.   Okay.

A.   Yes.

Q.   And what is it that you're actually protecting him from?

A.   They take advantage of him.  They have used him.  They have robbed him.

Q.   Has he been a victim of even identity theft?

A.   Yes.  In 2023, his Instagram, all his accounts were hacked. His social was online, date of birth, his address.

Q.   Did you have his credit locked because of that reason?

A.   Yes, yes.

Q.   Do you also keep close tabs on access to his bank accounts?

A.   Yes.

Q.   In fact, we saw some bank statements that are in record here.  There was a point in time where you had to change the bank account.  Do you recall that?

A.   Yes, sir.

Q.   Why was that account having to be changed?

A.   There was around my birthday, that was February, around my birthday.  There was a lot of massage and all this stuff, 700, a thousand so I said that's not my stuff.  So I went to the bank, and they didn't -- they closed that account and gave me a new one.

Q.   So there were charges on your account that were unauthorized somebody was using it?

A.   Yes, sir.

Q. And you knew for a fact that they weren't yours?

A. Yes, sir.

Q. Did you know for a fact also that they weren't Mr. Kingston's?

A. Yes, sir.

Q. And so the bank helped you by giving you a new account information?

A. Yes, sir.

Q. And were you always very careful in having to give out your account information?

A. Yes.

Q. Okay. Do you just freely send your account information out to just anyone?

A. No, sir. Only the accountant.

Q. And why is it that you don't do that?

A. Because of all these fraudulent stuff that's, you know, happening, the account was --

Q. Does that happen to Mr. Kingston?

A. Yes, sir.

Q. Okay. Is Sean somebody who you would say is a financially responsible person?

A. No, he's not.

Q. Does he put you in tough spots sometimes?

A. All the time.

Q. Does it cause you to juggle?

A.   Yes, sir.

Q.   And how is it that you deal with that?  What is it that you can do?

A.   I have to figure it out.  If they come to me and he says Mom, they're threatening me, to call TMZ or to call Shade Room. You don't want him on Shade Room or TMZ because then his value goes down.

Q.   Right.

A.   Just, you know.

Q.   I really don't understand how that works.  So could you explain to me what that -- I mean, what that is?

A.   Well, in the music business, if someone is going to book you for a show, or someone is going to book you, okay, for instance, since this case, we've lost our brand deal.  They don't want a face that's always in a problem, like, okay.  So people threatening you all the time.  That's what they're doing.

Q.   Threatening you, what, to put you on the TMZ?

A.   The TMZ, the Shade Room, the World Star, all those blogs. They're blogs.

Q.   They're blogs?

A.   Music blogs.  Caustic blogs.

Q.   So, it's shade, like shade?

A.   It's like --

Q.   Shade under a tree?

A.   Shade Room.

Q.   Did you on occasion send wires from your phone that were not real?

A.   Yes, sir.

Q.   And what was the purpose of utilizing those wires?

A.   To protect my son.

Q.   And what was it -- when do you make a decision to utilize one of those wires that are not real?

A.   I would send it to the accountant, and I would give her the invoice that he gets a fee for the people, and then she would create it because she knows that we don't -- we have to investigate these people first because these people are all shady.

Q.   Is that -- well, they're not -- not everybody's shady?

A.   No.  In this industry, a lot.

Q.   Right.  But specifically here, let's say he went -- there's certain instances I'm going to ask you about and then sort of lay the groundwork from '21 and forward.

     The people, if he's dealing with somebody that's an established business, somebody who's above board that you've been dealing with that you know is good, then do you do that or do you just do a regular transaction?

A.   Then I do a regular transaction, but a regular business person doesn't come to your house at midnight or certain time so that's when you --

Q.   So when he approaches you regarding certain transactions, do you have alarm bells that go off?

A.   Yes.

Q.   Okay.  And I did notice that these wires that are sent, they always say pending.  Why did it say pending underneath?

A.   Because it's not sent.

Q.   Right.  And when you send these things, are you -- if the person turns out to be legit not to harm you, is it your intention to pay the person?

A.   Of course.  Always my intention to pay these people.

Q.   Once you figure out who they are and they're legitimate and the transaction is good?

A.   Exactly.

Q.   Then at that point is when you go ahead and start to make the payments, depending on the availability to move things around?

A.   Yes.

Q.   We noticed that your bank account, I guess we could go through some of it, but would it be helpful if I showed you the bank accounts so you can describe how money comes in and what kind of payments you're doing because it seems that there's, you know, hundreds of thousands of dollars every month?

A.   And hundreds of thousands of dollars go out.

Q.   Right.  And that's what I was talking about.  I'm going to go through some of this with you if you can help us understand

what's -- how this works.

So I started, this is -- this is the new one, right? It starts at zero.  This is when you did the change, was that in February of '24?

A.  Yes, sir.

Q.  Let me go back.  I picked the wrong exhibit here.  I have the other one here.  This is the account, Exhibit 50 which is the one in the time period before you had to change the account because of what was happening.  Do you remember that?

A.  Yes, because of the unauthorized transactions.

Q.  Right.  So, if we look here just to get some examples, this is November 1st of '23.  The first thing that comes up is Frontline Insurance payments.  That is a Zelle payment. Describe what is a Zelle payment to the jury.

A.  A Zelle payment is a real quick transaction you can do through your bank.

Q.  Is that something that occurs in seconds?

A.  Yes.

Q.  Is there a cap or a limit on a Zelle payment?

A.  Yes, there are.

Q.  To your knowledge, what is the cap or limit that you can do on a Zelle payment?

A.  It depends on your bank account.  If it's new, it's going to be very limited, but if you have some time, you can ask for them to up the limit if it's an old -- if it's a seasoned

account.

Q. And what was your account limit for the Zelles?

A. The new account or the old account?

Q. Yeah.  Well, right now, we're talk being about the old one, but in general, it doesn't have to be specific.  I'm asking just some general information?

A. A thousand, a thousand five.

Q. So you couldn't Zelle $5,000?

A. I don't remember if I did $5,000.  Couldn't Zelle a lot.

Q. Is there -- there is a cap.  The Zelle functions so rapidly because they basically keep the amounts small, it avoids fraud?

A. Yes. but it also depends if you want it right away, you couldn't do it.  Sometimes it holds it for 24 hours and then it releases it.

Q. On a Zelle?

A. Yes.

Q. I did not know that.

A. Yes.

Q. So, here we have November 9th of '23, one example.  A wire type book date, do you see that?  The entry here?  Can you see it perfectly?

A. Yes, sir.

Q. Making sure because we had somebody that was blind earlier. The -- what was that for?

A. For $10,000 wire in.

Q.   And what was -- this says something tour?

A.   That was a deposit for Sean Kingston, Art Basel.  He did the Art Basel in Miami.

Q.   Oh, the Art Basel in Miami.

A.   Yes, sir.

Q.   And do you recall that, by any chance?

A.   The Art Basel?

Q.   Yeah, I mean, that -- but, I mean, the actual performance?  Were you there or you didn't go?

A.   No, I didn't go to that one.

Q.   Do you go to any of his performances?

A.   Well, some of them, not all.

Q.   You're not really into the whole scene, I guess?

A.   Too old.

Q.   Okay.  And that can be -- some of those shows would go quite late, correct?

A.   Yes, sir.

Q.   In fact, we saw one instance where he's texting you and I believe in 2021 at 4:00 a.m. or something like that.  Do you recall that?

A.   Yes, sir.

Q.   And that was the day you had your wisdom teeth taken out?

A.   Yes, sir.

Q.   Another example here is a wire on November 15th of '23 where he's receiving $250,000.

A.   Yes, sir.

Q.   All right.  What was that for?

A.   Actually, that $250,000 came from an account that's a charity account that was for Dubai.

Q.   What was it a charity for you, or was to perform in Dubai?

A.   To perform at the charity for Dubai.

Q.   Do you also have a charity account yourself?

A.   Yes.

Q.   What's the company name of that?

A.   The Royal People.

Q.   The what?

A.   The Royal People.

Q.   And what is the function of that charity account?

A.   We give -- we feed the homeless, we do the Boys and Girls Club.

Q.   Is that in Miami-Dade or south Florida, sorry?

A.   Yes.  We started it here in 2022 when we got here.

Q.   And so here you have examples of there's a lot of Zelles going out.  For example, Matthew E. Banks.  That's on November 3rd.

A.   Yes.

Q.   What is that?

A.   I don't recall what it was for.

Q.   I can imagine that.  So is it fair to say that there's a vast amount of payments going out?

A.   Yes.

Q.   Constantly?

A.   Yes.

Q.   And how do you juggle this?  For example, this starting balance here is $3,000, right?  And by the end, you're down to $1,346.  This is in a one-month period.  But basically, 477 or $470,000 basically has run through that account.  Do you see that?

A.   Yes.

Q.   Is that like normal?

A.   Yes.

Q.   What type of expenses does this business have?

A.   Homes, rented homes, cars, people that we owe, payroll. Just bills.

Q.   Yeah.  Do you -- is it fair to say that there are times when you -- even though there's vast amounts of money in and out, that you fall behind?

A.   Oh, yes.

Q.   Okay.  And even, for example, your family friend, Dada, who testified here, there was a moment where you guys owed him some money.  Was it always your intention to pay Dada?

A.   Oh, yes.

Q.   And in this case, for example, 2021, 2022 when you get behind, is this something that you balance out and you take care of and you intend to make it whole for everybody?

A.   Yes, sir.

Q.   You know, if we go through this over and over again, and I think we've already done it, you know, obviously the jury's familiar with so I won't waste their time with it, but all this movement of the hundreds and thousands obviously adding up to beyond a million over times.  Is this all done by you?

A.   What's the question?

Q.   I'm sorry.  All this movement of money, which is quite a large amount of money, is this all done by you?  You manage this?

A.   Yes, sir.

Q.   Does anybody else have access to this account?

A.   To this account?

Q.   Yeah.

A.   No, I'm the only signer on this account.

Q.   And why is that?  Why is it that you did that?

A.   Because Sean doesn't have a finance knowledge at all.  I'm not the best, but I'm better than him.

Q.   Does he sometimes put you upside down or in a tough spot?

A.   Yes, sir.

Q.   And do you also -- do you do your best --

A.   Oh, yes.

Q.   -- to make good on these things?

A.   As a mother, I do my best.

Q.   Do you talk to him about that?

A.   All the time.

Q.   Does he listen?

A.   98 percent.

Q.   You said that earlier.  I'm sorry.  Now, you were here when several people testified and you've heard the evidence in this case.

     I believe you answered this, but I'm not sure. Do you, yourself, prepare these fake wires?

A.   No, sir.

Q.   Okay.  I think you had told me that.  So you get -- they're sent to you from somewhere else or whatever?

A.   I send them to the accountant.  She knows how to --

Q.   Just do them and put "pending" on them?

A.   Yes.

Q.   And these fake wires also, there was a whole series that they found in your phone that was like an attachment or whatever.  Were some of them sent, some not sent, or is there a mix?

A.   There seemed like five of them for Steve Young.  I don't remember sending five.

Q.   You don't know.  You don't remember those?

A.   No.

Q.   Is this something that this person sends you like periodically or something like that?

A.   Yes.

Q.   I believe that several of them were just, in fact, completely incomplete?

A.   Depends on the pressure that Sean is under and I have to protect him and whatever.

Q.   Right.  And is it also -- your protection is to do what? To -- what is it that you're looking for in the transaction?

A.   First of all, I'm making sure these people are real and that they're real people because we have been -- we have been swindled a lot as well.  That's the first thing.

Q.   What was your impression of the T.V. person when you, in that case, you heard him testify.  You dealt with him with the whole financial part of it?

A.   The T.V. guy was -- I spoke to him when I send the money, the deposit, the $30,000.

Q.   And did he make a commitment to you on when to start and all that stuff?

A.   Yes.

Q.   Okay.  And what is it that he said to you that he would -- did he indicate to you if he would be able to meet the deadlines?

          MR. ANTON:  Objection.  Calls for hearsay.

          THE COURT:  One moment.

          MR. DOMINGUEZ:  I could rephrase it, Judge.

          THE COURT:  Yep.  You can rephrase.

**BY MR. DOMINGUEZ:**

Q.  Based on the agreement that you had, were deadlines met?

A.  I didn't see the agreement until the case.

Q.  Meaning the deadlines of the installation and all that stuff?

A.  No, they were not met.  He came to me and asked me to talk to Sean.

Q.  Yeah, I don't think they want you to say --

THE COURT:  That's okay.  You can move on.  Next question.  It's in evidence.

MR. DOMINGUEZ:  I will do that.

**BY MR. DOMINGUEZ:**

Q.  And was there a dispute that arose?

A.  Yes.

Q.  And do you know if Sean was upset to the point where he was going to call attorneys and police and so forth?

A.  Yes, sir.

Q.  How much money had you given to him at that point?

A.  $30,000.

Q.  Did that make you feel uneasy about this person?

A.  Yes.

Q.  Where was the television installed?

A.  On a wall facing close to the carport.

Q.  Was there damage to another wall?

A.  Yes, sir.

Q. Describe the damage to the jury.

A. That the wall in the den close to the kitchen that he started putting it, he left numerous holes. No one can see because we put pictures over it like he told you.

Q. You covered it?

A. Yeah.

Q. And did you complain to him about that?

A. Yes, we did. He said he was going to repair it.

Q. And did that happen?

A. No, sir.

Q. What about was -- you lived at that location, right?

A. Yes, sir.

Q. What's the address of that location?

A. 4610 SW 178th Avenue.

Q. And did you see -- I'm sorry, were you there when the T.V. was finally properly, or not properly installed?

A. The final?

Q. Right. The day of.

A. Yes, yes.

Q. And was Sean there?

A. No, he was not.

Q. And was Sean supposed to be there that day?

A. He was touring.

Q. He was touring, but when did he get back from that tour?

A. Maybe two weeks later, or a week later.

Q.   Right.   And what was his impression when he got back?   Were you present when he got back?

A.   Yes.

Q.   Was the T.V. functioning at that point?

A.   No, he said it wasn't.   Something about calling the man because it wasn't working.

Q.   And did you -- did you, yourself, see that it was having problems?

A.   I'm not a T.V. lover.   No, I didn't see it.

Q.   You don't watch T.V.?

A.   No.

Q.   At all.   Okay.   But you sensed dissatisfaction?

A.   Yes.

Q.   So what's the next thing that you recall regarding this television?

A.   Sean called the guy, and I think he came the next couple of days or something to fix it.

Q.   Did you see when the person arrived to do the repair work?

A.   No.

Q.   Okay.   So you were not there that day?

A.   If I was, I probably was upstairs.

Q.   You didn't see him, so you don't know who came to fix it. If it was him or someone else or he sent somebody else?

A.   No, I don't.

Q.   After that, you don't know if it was functioning because

you don't watch television?

A.   Exactly.

Q.   I'll move on.  Ultimately, were you still in the process of investigating this person and getting ready to continue to make payments?

A.   Which person?

Q.   The television people.  The company.

A.   Yes.

Q.   That was your intent to always take care of that and pay that?

A.   Always.  I called him, he hang up on me.  He didn't want to talk to me.

Q.   Right.  Did it end up at some point where he engaged the police and lawyers and all that other stuff?

A.   I had no knowledge of any of that.

Q.   Okay.  At some point, you know that it blew up in that fashion though, correct?

A.   When I was arrested, yes.

Q.   And you were there at the house that day?

A.   Yes.

Q.   And that's when they did the search warrant?

A.   Yes.

Q.   Okay.  And were you there when the television was being removed or --

A.   No, I was in the car for like five hours, six hours.

Q.   While they were doing the search and all that?

A.   Yes, sir.

Q.   Okay.  Now, we also heard from Andrii Nikolenko, the Russian gentleman.

A.   Yes, sir.

Q.   Do you remember him?

A.   Yes, I remember him.

Q.   What do you recall about him?

A.   He came to my room to give me a gift.

Q.   What did he give you?

A.   A Rolex watch.

Q.   Okay.  And what did he say to you when he gave you the watch?

A.   That you have a great son.

Q.   And what else?

A.   And we appreciate you.

Q.   Were you aware that your son had lent him the Maybach?

A.   Yes.

Q.   And your son took him to your house?

A.   Yes.

Q.   And he actually did -- was he -- how long was he at your house for?

A.   It was around his birthday.  He was at the house.  He went to the party with Sean.  They came back late.  I was in my room.  He came to my bedroom.

Q.   Right.   And what else happened after that?

A.   He handed me the watch and he left.

Q.   Did you see him again after that?

A.   Never seen him again.

Q.   What was your impression of Mr. Nikolenko when you met him?

A.   He looked a little different from what he looked here.

Q.   Well, how did he look different?   Can you describe to the jury?

A.   I think he was thinner.

Q.   Okay.   How did he act?

A.   He was very nice.

Q.   Did you trust him at that point?

A.   At that point, I had to check him out.

Q.   And so what is it -- what was going on?   What was Sean doing with him that you knew?

A.   Giving him his car, taking him to the party.   I mean, you don't know this guy.

Q.   What was he buying from him, if you know?

A.   He was buying, I think, his two watches.

Q.   Okay.   And were you asked to do a wire on that?

A.   I think the next day.   I'm not sure if it's the same day.

Q.   And did you do that?

A.   I send the information to the accountant and she did it and send it back.

Q.   And did he like -- he didn't accept it, correct?   He

thought it was not real?

A.   Which one of the --

Q.   The wire you sent to Mr. Nikolenko.

A.   Yes, he did.

Q.   And you were -- what were -- what was the purpose of sending him the fake wire?

A.   To buy time to check him out and to make sure.

Q.   Do you also check out the item he was selling?

A.   Yes, I have other jewelers check it out.

Q.   Were the watches even there at that time?

A.   Yes.  Sean had the watch on him.

Q.   Was there supposed to be also a purchase of another watch?

A.   That never came.

Q.   Right.  So -- but he wanted to get paid for the entire amount and when one watch was missing?

A.   There you go.

Q.   And that kind of got the antennae up, is that correct?

A.   Yes, sir.

Q.   And you thought it was rather a ploy to give you the Rolex as part of his charm?

A.   I thought he was nice to give me a Rolex.

Q.   Right.  You thought also that he was utilizing that as a way to just --

A.   That's why I checked him out because it was too good to be true.

Q.   Sweeten the pot, get in the whole --

A.   Yes, sir.

Q.   You also know that a lot of these people are looking to get in with the groupies, is that correct?

A.   Yes, sir.

Q.   And describe what it is that you in 2021, 2022, 2023 have experienced with these people, how they try to get in with the groupies.

A.   Sir, when you're a celebrity, everybody wants to be your friend.  Everybody wants to stay at your house, drive your car, and live a luxe life and --

Q.   What about promotions, the Instagrams, things of that nature?

A.   Whose Instagram?

Q.   Well, are people looking to get promoted in --

A.   Everybody that gives you something wants a promotion.  This is how they make money, and if you have Sean Kingston that knows everybody in the industry, his people are going to make money.  He's going to introduce them to his people and they're going to all collab.

Q.   And does Sean have millions of followers that you know of?

A.   Yes.

Q.   Was also the T.V. guy, was he also looking?  In fact, it was part of the contract to get promoted?

A.   I never even seen the contract of this thing.

Q.   You never saw it?

A.   The contract?

Q.   Yeah.

A.   No.

Q.   Did you know it included a promotion, or is this the first you've heard of it?

A.   Yes, I knew it included a promotion.

Q.   And how valuable is a promotion by Sean Kingston?

A.   Valuable.

Q.   Did you have occasion -- since you managed his income and money, are there people that directly pay him for promoting their products, their goods?

A.   Yes, sir.

Q.   Give me an example of the type of things that he promotes during this time period of 2021 and forward.

A.   Dunkin' Donuts.

Q.   Okay.  What else?  Does he, like, post himself eating donuts?

A.   Just posting the cup.

Q.   Pardon me?

A.   He's just posting the cup, the donut cup.

Q.   What was he paid for that?

A.   $25,000.

Q.   So --

A.   One post.

Q.   So a post of a Dunkin' Donut cup, you received $25,000 for?

A.   Yes, sir.

Q.   And give me some other examples because, you know, these numbers are alien to some of us and what they pay during this time period for his promotion, other things that you got money for and the amounts.

A.   He would promote shirts, clothing.

Q.   And a shirt promotion, how does he do that?

A.   Like, depends on how many times you want to be promoted, what do you get paid.  Probably $10,000, probably $15,000.

Q.   And --

A.   It can go up.  Depends on how often you're doing the promotion.

Q.   And his promotion is what exactly?  How does that work?

A.   Hey, my name is Sean Kingston, and he would put the outfit on and I need you to go check this out and he would tag the person, whatever their Instagram is.

Q.   Help us with this.  So he's going to post on Instagram, right?

A.   Yes, sir.

Q.   So is that done by a video or what equipment exactly?

A.   He would do a video or a picture, depends on what they want.

Q.   And what does "tag" mean?  What does that actually accomplish or do?

A.   It's a hashtag.  You would hashtag.  You would tag the company that he's promoting.

Q.   Right.

A.   Because you want them to know, you want the consumer to know who you're promoting.

Q.   But when he promotes in his page, right?

A.   Mm-hmm.

Q.   Does that tag go directly -- could they hit the tag there and go directly to the business?

A.   Yes, to the other person's business.

Q.   So what it basically does is give not just the product, but it also gives a link directly to be able to purchase the item?

A.   Yes, sir.

Q.   Does that also work in relation to Amazon and other vendors and all kinds of things like that?

A.   Yes, sir.

Q.   Is that something also that he was doing during this time period?

A.   Yes, sir.

Q.   Now, I'm going to ask you about -- did you meet the young man, Moshe, that was selling him a watch?

A.   I met him briefly at the Southwest Ranches house.

Q.   He was taken to your house, right?

A.   Yes.

Q.   And just for the record, what address is that?

A.    4610 SW 178th Avenue.

Q.    And what do you recall that he looked like back then?

A.    Short, but he was dressed up real nice.

Q.    And what were they doing at your house?  What was going on between him and Sean?

A.    To be honest, I don't even know why he was there.  I was there to meet the realtor and to do a walk-through for the property.

Q.    Right.  And did that kind of shock you and surprise you that --

A.    Yes, sir.

Q.    -- you hadn't even moved in yet?

A.    Yes, sir.

Q.    And Sean's over there with someone you've never met?

A.    Yes, sir.

Q.    And then what happens?  Were you asked to do a wire or payment or what?

A.    I told -- yes, I told him it's on the way.  It's coming.

Q.    And did you have alarm bells go up at this point?

A.    Of course.

Q.    How much money was this person asking for for this watch?

A.    It was $285,000.

Q.    Okay.  And did you ultimately find out something about the transaction that made you uncomfortable?

A.    Yes.  He wanted us to pay him directly, and we found out a

day later it wasn't his watch.

Q.   Right.  And so did you ultimately instead of paying him, pay the actual owner of the watch?

A.   The guy that called me and said he was the owner, that's who I paid.

Q.   Did that person contact you directly?

A.   No, he contacted Sean.

Q.   Did you speak to him?

A.   No.

Q.   Okay.  And how did you get his -- did you wire him?

A.   Yes, I did.

Q.   And how did you get his account information?

A.   Because he sent the information.  I'm not even remembering if he sent it to me as well, but I know Sean has it.

Q.   You ultimately got it?

A.   Yes.

Q.   And we've seen it in the exhibits that you paid him -- how much did you pay him in total?

A.   I paid $200,000 first.

Q.   Yes.

A.   And --

Q.   Did you need to just get some things together?  Is that why you had two payments?

A.   Yes, because I wanted to give him the balance after the other things happened, and he said no.

Q.  Right.

A.  He said you have to send the next balance by a certain day and I sent it.

Q.  Did that make, I guess, made everything tight for that month?

A.  Yes.

Q.  And when dealing with the true owner, where you at that point made -- you were calm at that point because you knew you were dealing with the real dealer or jeweler?

A.  I felt better, but I was, like, are we sure?

Q.  You still were a little --

A.  Yes.

Q.  But ultimately, you became convinced that this person was for real?

A.  Yes.

Q.  And did you, during that time, have the ability or do you know if you told Sean to go check the watch out, make sure it's real, it's not stolen and it's got the proper paperwork?

A.  Sean didn't even have the watch after he got it.  Somebody had it from him.

Q.  So he lent it out or something?

A.  Yeah.

Q.  Okay.  So what did you do to see if the watch is any good?

A.  I went crazy, of course.

Q.  And during that time period, and I think one of the

conversations shows that you I think already in '21, it's in evidence that the Government put in, he's trying to buy a watch. It's like 4:00 in the morning. You're saying there's no more money for watches. How many watches did he actually own at that time?

A. I can't recall an exact number but a lot. More than four.

Q. And these watches are all valued at what?

A. Anywhere from 100 to 400, 500.

Q. Does he generally have almost like a million plus in jewelry?

A. Yes, sir.

Q. And that is something that he has uses as part of the industry?

A. It's his image. And, you know, in this business, you have to look a certain way. You have to not just sound a certain way. You have to look the part.

Q. Yeah. Is it sort relentless for him that he has to keep doing this over and over again?

A. Yes.

Q. Would that hurt his business if he was not able to go through all this jewelry and clothing and all this other stuff?

A. It like a wardrobe you have for each show you have to show.

Q. And can you keep wearing or using the same stuff over and over again?

A. Oh, no.

Q.  What happens if people -- these are very -- the watches he has are very distinct.  Would you say that's correct?

A.  Yes, sir.

Q.  So, obviously, if you see it, you're going to remember that?

A.  Yes, sir.

Q.  So then the next time he wears it, he can't use the same watch?

A.  You can, but you can't use it for a whole month the same watch.

Q.  Okay.  You have to recycle it or something?

A.  Yes, sir.

Q.  As part of what he does, I think it's come up in some of the conversations, does he trade watches?  One watch for another, or one watch for a chain and things of that nature?

A.  He's always trading.

Q.  And is that -- when he does that, like in the case of the 2021 situation, is that something that especially at 4:00 in the morning, is that something that really upsets you?

A.  Yes, sir.

Q.  Is it something that you really don't think you should be sending anybody any money at that time, or what is your sense of that?

A.  He shouldn't be talking to anyone at that time.

Q.  Were you actually drugged at that time?

A.   They took out two wisdom teeth.

Q.   You were, like, gone?

A.   Yeah.

Q.   There was no way you were going do any of that?

A.   No, sir.

Q.   Now, does he also have occasion, or you and him actually yourselves have large parties at your house?

A.   Yes, sir.

Q.   And do people bring -- you have invited guests and do people end up bringing other people that shouldn't even be there?

A.   Yes, sir.

Q.   What is it that you do when that happens?

A.   I raise hell as a mom.

Q.   And who do you raise hell at?

A.   Sean.

Q.   And is it sort of difficult to police all these celebs and all these people that think they can do whatever they want to do?

A.   Yeah, but they know Mama Kingston is a no nonsense mom. They know that.

Q.   So when it comes to that, you lay the law down?

A.   Yes, sir.

Q.   You lay the law down when it comes to that type of stuff?

A.   Yes, sir.

Q.   Now, I'm going to ask you, and we're going to move forward to this car, the Cadillac Escalade.  Were you part of the negotiations for this vehicle?

A.   Not the original negotiations, sir.

Q.   Okay.  When did you first become involved with these people?

A.   After the car pulled up, I said what is this?  And he said it's a car.

Q.   Well, without telling me what other people said, the car pulled up and who was in it?

A.   It was the guys.  We opened the gate and let them in.

Q.   And who was inside the car itself?

A.   I don't know their names, but the broker.

Q.   The broker guy?

A.   Yeah.

Q.   Is that the person that was doing all the talking?

A.   The broker, yes.

Q.   And the person that was with the broker, what was his role that you knew?

A.   I don't know.  I talked to -- like that day was the broker, but after that day, it's like five different other people.

Q.   Right.  Well, I'm talking about that day specifically.

A.   It was the broker.

Q.   Okay.  And did you see if anybody pulled the car behind in to block him in and not let him leave or anything like that?

A.   Sir, have you ever seen the house?

Q.   I've not had the pleasure.

A.   No, you can't block him in.  How are you going to block him in?

Q.   Why would that be impossible to block him in?

A.   It goes that way.  It goes that way.  There's no way to block him in unless all the cars are parked like that.

Q.   You're signaling like a flag area, so basically is it -- describe the area.  Is it a large front yard?

A.   Yes, and the gate opens automatic, automatic.

Q.   It's an auto gate, so as soon as your car approaches on the way out, it opens?

A.   Yes.

Q.   So nobody's blocked in?

A.   No, sir.

Q.   But I'm asking you specifically about the car being blocked in.

A.   I didn't see that.

Q.   Okay.  And you said it's impossible because the front yard is completely wide open?

A.   Yes, sir.

Q.   You can go around the other cars if you had to, especially --

A.   Yes, sir.

Q.   -- in an all terrain vehicle like that thing?

A.   You could have called me and I would have let him out.

Q.   Right.  Well, let me ask you, when you're there, are you part of the deal at that point handling things or what's going on?

A.   With Alex?  They asked about this car and they wanted $159,000.

Q.   Right.

A.   And I said to them what about a finance.  All of our cars are financed.  Why would we buy an Escalade cash?  He said it's not a finance deal.  It's a cash deal because your son wanted it cash.  I said my son doesn't know what he wants.

Q.   And your understanding was you were going to finance the vehicle?

A.   From the beginning.

Q.   Right.  And at no time were you just going to hand him all that money to walk out the door?

A.   No, sir.

Q.   Okay.  And, in fact, did you find it odd the way this transaction was occurring at your house?

A.   Well, I asked him how they met this guy, and they said online or something.  I don't know.

Q.   Right.  And in dealing with them and talking to them, did you feel at ease in having negotiations with that person?  The Alex person?

A.   I was just ready for them to go.  What can we do?

Q.  Did you even want the deal to happen?

A.  No.

Q.  But you wanted to please your son and you would do whatever you could to make it happen?

A.  As usual.

Q.  Is that what happened?

A.  Yes, sir.

Q.  So ultimately you gave him a credit card and they ran $20,000 in order to get them out and to leave?

A.  The credit card, there's a limit for ATM withdrawal. There's a limit for debit.  There's a limit for credit.  So I called the bank and I upped the limit to the max and they got the twenty grand.

Q.  $20,000?

A.  Yes.

Q.  And at that point, they went ahead and left?

A.  Yes, sir.

Q.  Did you ever get title to that car?

A.  I got nothing.  I just was told to insure it and I called.

Q.  You paid for the insurance?

A.  Paid for it.

Q.  How much was that, do you recall?

A.  It was a lot.

Q.  And was that part -- you had, like -- you guys at that point had like four or five other cars insured?

A.   Yeah, but they're insured with different --

Q.   Different companies?

A.   Yes.

Q.   Those cars are -- do you put your cars in corporate names, or how do you title your cars?

A.   Some are in the business names.  Some.

Q.   That's what I mean, business and what else?

A.   Some are in my name.

Q.   Right.

A.   Some are in my close family friend that we call a brother name.

Q.   Right.

A.   And he have good credit, so that's the name that we originally give them.  He came to the house, he signed the contract, and sent that in the next day, I think.  The next day or a few days after.

Q.   And was -- after giving the $20,000 deposit, was it obviously or naturally your intention to pay it as you went along?

A.   Yes, sir.  We were trying to finance it.

Q.   Was it always your intention to pay this car?

A.   Yes, always.

Q.   And did he make clear to you as he testified here that if this deal doesn't happen, you lose the $20,000?

A.   I don't remember him saying that.

Q.   Okay.  And, in fact, you ended up paying how much in total for this car?

A.   $75,000.  The last $25,000 in December, the attorney called me and said --

MR. ANTON:  Objection.  Calls for hearsay.

**BY MR. DOMINGUEZ:**

Q.   Yeah, don't say what the attorney said.  You got a call from the attorney.

A.   Yes.

Q.   What attorney?

A.   That was handling the --

Q.   Was it your attorney, their attorney?

A.   My attorney.

Q.   And what happened?

A.   If we paid $25,000 more, they will finance it without credit.

Q.   Okay.  And you did that?

A.   Yes, I did.

Q.   And did you ever get a title?

A.   No, sir.

Q.   And were you able to use that car during that time period?

A.   Never used that car.

Q.   Well, not, you, yourself, but in general, was it utilized without it being titled or anything?

A.   No.

Q.   That car was ultimately eventually seized, correct?

A.   The day I was arrested.

Q.   Yeah.  On that day, they took it and you never were able to get title for it even though you had already -- you were out $70,000?

A.   $75,000.

Q.   $75,000.  I always do that.  Sorry.  Did you feel like they had taken you?  How did you feel about that?

A.   I have asked them several times to give me -- to take the car.  You can come pick your car up.  I'll let you in.  Just give me my money back or a portion of my money.

Q.   Right.  And did that ever happen?  Did they ever come get the car and just give you at least some of your money back?

A.   No.

Q.   Did you feel that the transaction was being pushed on you?  Was it a high pressure sale, or how would you describe the situation?

A.   It seemed like it was overpriced because it's an Escalade.  Like they were forcing us to buy it cash versus finance.

Q.   Yeah.  And did a light go off because you saw there's a broker or a middleman so you knew that something's up?

A.   Yes, sir.

Q.   So why did you still go through and lose that amount of money?

A.   Just because we had no intention to fraud him.

Q.  Why did you still even do it?  You didn't even want the car at that point.

A.  They wouldn't pick it up, so what am I supposed to do?

Q.  Sort of like the deal's closed, everybody's happy, you're stuck with it?

A.  Yeah.

Q.  And all these people we're talking about knew who you are, correct?

A.  Yes.

Q.  They knew who your son is, correct?

A.  Yes.

Q.  They knew where you lived?

A.  Yes.

Q.  What you all did for a living?

A.  Yes.

Q.  You always dealt with them face to face?

A.  Yes.

Q.  You never hid your identity from anybody?

A.  No.

Q.  You are, in fact, highly public individuals?

A.  Yes, sir.

Q.  And anybody can find you at any time?

A.  Yes, sir.

        MR. DOMINGUEZ:  Judge, is it -- Judge, I need some water briefly.

THE COURT:  Sure, of course.  Sure, of course.

MR. DOMINGUEZ:  Ms. Turner, do you need water by any chance while I'm getting some?

THE WITNESS:  No.

MR. DOMINGUEZ:  My voice is getting raspy again.

THE COURT:  If I had some, I'd give it to you myself.

**BY MR. DOMINGUEZ:**

Q.  Ms. Turner, do you get a lot of emails?

A.  Yes, sir.

Q.  What is the nature of the emails that you get?

A.  I get bookings, I get fans.

Q.  And do you get a lot of emails with attachments and such?

A.  Yes, sir.

Q.  And do you always know what's in your emails?  Do you have time to check all of your emails?

A.  Oh, no.

Q.  Do you have time to check all the attachments that come in on your emails?

A.  If it comes on Mondays, I'll get to it sometimes on Friday.

Q.  Right.  What I'm saying is are you familiar with every single item that comes into your phone and such?

A.  Oh, no, no.

Q.  And are there things in your phone that you are like not -- don't even know what they are because of the amount of items that come in?

A.   It's a lot of emails.

Q.   And how about texts and things of that nature?

A.   Yes, it's a lot.

Q.   What other ways do you receive items in your phone?  Social media?

A.   Yes, I have a social media account as well.

Q.   Do you get people sending you things on Instagram?

A.   Yes, I do.

Q.   What other social media?

A.   Tik-Tok.

Q.   What is it?

A.   Tik-Tok.

Q.   Do you get things sent to you that way as well?

A.   Yes.

Q.   What else do you have?

A.   Every social media platform.  Every one.

Q.   And how does --

A.   Facebook, Instagram, Tik-Tok.

Q.   How often do you open these apps, as they're called?

A.   Well, I'll open my Instagram more than anyone else.  Facebook, probably every six, eight months.

Q.   Do you know if once you go into these, do these attachments often download on their own?

A.   Yeah.

Q.   Okay.  And do you know where they go when these things

download on your phone?

A.   I don't even know much about the deleted, and I don't know much about that technology.

Q.   Okay.  Do you have multiple phones?

A.   Yes, I do.

Q.   What other phones do you have?

A.   What do you mean, what kind of phone?

Q.   What other phones?

A.   It's an iPhone.

Q.   What is the phone number for that?

A.   323-217-5470.

Q.   And what do you use that phone for?

A.   If you go on Sean Kingston's Instagram, you will see a contact where you contact him for bookings, and that's my email and you would see that number.

Q.   And so --

A.   For contacts for booking.

Q.   So when we go into the Sean Kingston Instagram, that's like the public number, right?

A.   Yes.

Q.   Does that phone basically get dumped on all the time?

A.   Yes.  Everybody has that password and use that phone.

Q.   But that's the phone that -- it's just overwhelming?

A.   Yes.

Q.   So then you have your own personal phone which is --

A.   Yes.

Q.   But that's your own personal phone is the one that all your little groupie friends want to get?

A.   Because they're both connected.  When you have the same iCloud, they become whatever number is 217, Amazon, 954.

Q.   So what comes in, one goes into the other?

A.   Yes.

Q.   Is that why, because they're tethered in some way?

A.   They're the same iCloud.  And sometimes if you keep it close, they just, I don't know.  They get the same thing, information.

Q.   They get --

A.   Share information.

Q.   Okay.

A.   It's a new thing.

Q.   It's a cloud thing.  I've got you.  When they're both in proximity one to the other, they swap?

A.   Yes.

Q.   I understand now.  Did you have occasion to see that the guy that installed the big T.V., if he was posting or utilizing your T.V. and Sean's image?

A.   Yes, sir.  A friend of mine --

Q.   Don't tell me what somebody else said.  Did you --

A.   Yes.  I went on his page and I looked at it closer, the T.V. and he was doing a sponsorship ad in September.

Q.   And --

A.   2024.

Q.   And he was using your T.V., your images, and all that
stuff?

A.   Yes.  My cars, everything.

Q.   To do a promo for himself and his business?

A.   Yes.

Q.   And did you authorize him to do that?

A.   No, sir.

MR. DOMINGUEZ:  Thank you, Ms. Turner.  I have no
further questions, your Honor.

THE COURT:  Okay.  Ladies and gentlemen, we're going
to take our last afternoon break.  We'll see you in 15 minutes.
All rise for the jury.

(Jury exited the courtroom at 4:02 p.m.)

THE COURT:  Ms. Turner, you may step down, talk
to your attorneys, go to the bathroom, whatever you wish.
You'll come back up in about 15 minutes.

Anything anyone wants to do?

MS. BOZANIC:  No, Judge.

THE COURT:  Hearing nothing, I'll see you all in about
ten minutes.  Thanks.

MR. ANTON:  Can we address an issue while the jury is
out?

MS. BOZANIC:  Ms. Turner is not here.

THE COURT:  We'll take it up in ten minutes.  Thanks.

(Recess had from 4:04 p.m. - 4:19 p.m.)

THE COURT:  Be seated.  Thank you.  Okay.  I think the parties had an issue they wanted to take up.

MR. ANTON:  That's great, Judge.  I have marked for identification Government's Exhibit Number 58.  It is a demand letter from Berger Singerman to Kisean Paul Anderson through kingstonbookings90@gmail.com which is Janice Turner's email address.

It's deals with the Mazal Jeweler transaction as he had testified, as Mazal Jeweler indicated when he testified, lawyers had to get involved, payment was never made.  In fact, he never received payment.

We have a demand letter that I'd like to impeach the witness with as to whether or not she received this letter, and argue through her cross-examination that she only ultimately paid for these watches after she was threatened with a lawsuit.  That was her testimony that she paid under her own free will.

THE COURT:  You can hand that up so I can look it.  How does it impeach her?  Just give me the theory of impeachment.  I'm not saying it doesn't.  Just tell me the theory.

MR. ANTON:  She has testified directly that she was trying to protect her son, and had implied that she always intended to pay.  It's our intention that she never intended to

pay, or only did pay after she was threatened with legal action and ultimately then paid.

THE COURT:  You have to put this in front of her.  You have to put this in front of her, and, what, see if she ever received this?  See if it even refreshes her memory on the time period?

MR. ANTON:  Yes.

THE COURT:  Is that what you're saying?

MR. ANTON:  Yes, your Honor.

THE COURT:  I'll hear from you, Mr. Dominguez.

MR. DOMINGUEZ:  Judge, I'd just be careful with it because obviously it's loaded with hearsay.  It's not from her phone, so we know it didn't come in that way and through her emails, so I have no idea where this came from.

THE COURT:  Yeah, he's going to ask her -- tell me if I have this right.  You're going to ask her a series of questions, and depending on the answers, you're then going to place this before her and say something like "does that refresh your memory about blah, blah, blah?"

MR. ANTON:  Yes.

THE COURT:  Then you'll get more answers, and then at a certain point, are you going to say you want to admit this?

MR. ANTON:  Certainly I'd at least like to get it marked for identification and impeach her with its existence.  Depending on the answers --

THE COURT:  Yeah, I get it.  You may not be admitting this is what I'm getting at.

MR. ANTON:  May not.

THE COURT:  Thank you.  He's got to do it the right way but absolutely.  After that testimony, he's allowed to inquire about this period of time and about these episodes, and give the witness -- do you have copies of that, sir?

MR. ANTON:  I can make a copy, yes.

THE COURT:  Yeah.  You should make a copy.  You're not going to actually task the boss.

MR. ANTON:  I didn't task her.

THE COURT:  That would be --

MR. ANTON:  I asked politely.

THE COURT:  Not -- that would be not for you to do. Yeah, that makes sense.  Ms. Shotwell, give it to back to him. Thank you.  So just make a copy.

Anything else we need to take up?

MS. BOZANIC:  No, Judge.

THE COURT:  You're not going to get to that right at the beginning, right?

MR. ANTON:  No.

THE COURT:  So when you make the copies, just give them to counsel, and give one to the boss and then you'll get to it.

Anything else?

MR. ANTON:  No, Judge.

THE COURT:  Anything else, Mr. Dominguez?

MR. DOMINGUEZ:  No, Judge.  Unless if you want to in an abundance of caution, we can question her out of the jury's presence.

THE COURT:  Oh, no, no, this is fair cross.  Fair questioning about the entire transaction that has been testified about so there's no need.

Okay.  Everybody ready?  Let's bring in the jury.  Thank you, sir.

(Jury entered the courtroom at 4:23 p.m.)

THE COURT:  Welcome back, everybody.  Please be seated.

Ms. Turner, you may take the witness box again.  Yes, ma'am.  Make yourself comfortable in the chair again, and put the microphone close to where you speak.  I remind you you're still under oath.

Cross-examination, sir.

MR. ANTON:  Thank you, Judge.

- - - - -

**CROSS EXAMINATION OF JANICE TURNER**

**BY MR. ANTON:**

Q.  Good afternoon, Ms. Turner.

A.  Good afternoon, sir.

Q.  So if I understand this correctly, you are your son's

manager?

A.   Yes, sir.

Q.   And you handle all of his business affairs?

THE COURT:  A little closer to your mouth, Mr. Anton. Thanks.

**BY MR. ANTON:**

Q.   And you handle his business affairs?

A.   Most of them.

Q.   In terms of the bank accounts?

A.   Yes.

Q.   And that would be Eyes Above Water, LLC?

A.   Yes, sir.

Q.   Because that's where all the money goes to?

A.   It goes to other accounts as well.

Q.   That's the account that's mainly in charge of the finances for this operation?

A.   For the U.S., yes.

Q.   For the U.S.

A.   Yes.

Q.   And you testified that we're talking well in excess of one million dollars?

A.   Yes.

Q.   Per year?

A.   Per year.  It could be more.

Q.   Could be even more?

A.   It depends.

Q.   So you've got plenty of money?

A.   Upside down.  Plenty of money comes in.

Q.   Plenty of money comes in, but you just spend more than you have?

A.   No.  I pay bills with every cent I have.

Q.   Right.  And when you run out of those cents, you pay bills with fake wire receipts?

A.   No, sir.  I pay bills with money that I borrow from business partners and friends.

Q.   Would that be the same friend who came in here and testified that when you needed a loan, you didn't pay back that loan immediately either?

A.   It wasn't paid back the same month, but it was paid back by March like I told him.

Q.   So you said your job is to protect your son from these evil groupies.

A.   Yes, it is.

Q.   Very stressful?

A.   I have no hair.

Q.   You have a lot of hair.

A.   This is a wig.

Q.   Okay.  It must be very stressful?

A.   Very stressful.

Q.   Right.  And it's very hard keeping up with all of these

wire receipts that you must be sending out?

A.  Which wire receipts?

Q.  Well, exactly.  You have to keep track of who got the fraudulent Bank of America receipts.

A.  It would be the groupies, or those people that I'm buying time to check them out.  They wouldn't get it then.

Q.  So only the groupies get the bad receipts?

A.  The ones that I have to check out.

Q.  Okay.

A.  To make sure he's protected.  He's a very naive child.

Q.  So it's your testimony that you send fraudulent receipts to anybody that you feel is a threat to your son?

A.  What I would do is send it to the accountant, as you can see in the text messages, and she would then send me back the pending ACH to buy time to check them out.  There was no intention at all.

Q.  Okay.  You're using the term "accountant" like she's someone who's legitimate.

A.  She is an accountant.

        MR. DOMINGUEZ:  Objection.

        THE COURT:  Overruled.

BY MR. ANTON:

Q.  No legitimate accountant issues fraudulent wire transfer documents.

A.  She does my contracts.  She does our business taxes, so I

don't know.

Q. She does your fraudulent bank statements?

A. The pending ACH.

Q. No. The Bank of America bank statements, she falsifies those records, too, when you ask her?

A. She said they're not sent. They're pending so it's good.

Q. It's good.

A. That's what she said.

Q. So in your mind, you send all the banking information that you need, or that you've received from a vendor to this quote, "accountant" to falsify a document, yes?

A. Sir, to buy time to make sure they are legitimate and to make sure funds are coming from one account to the next to pay.

Q. I understand you're saying to buy time. But what I'm saying is you're asking your accountant to knowingly make a fake document?

A. To make a document that says pending, not saying sent. It didn't go through the bank. That's --

Q. You are asking your accountant to knowingly make fake documents?

A. I'm asking the accountant to make a pending ACH to give me time to check whoever the vendor is out.

Q. But there is no pending ACH?

A. It would come later. It didn't come then.

Q. At that time with the date that you indicate and tell the

accountant to create, there is no pending transfer?

A.   It never went through the bank.

Q.   Right.

A.   She just did her template.  She didn't put it through the bank.

Q.   Right.  She just does a template.  She makes up a fake document.

A.   She does the pending ACH to buy time, sir.

Q.   We're going in circles.

So after you receive this fake document from your accountant, you then send it to these vendors to trick them into believing they have money on the way?

A.   No, sir, because at the time, we have the merchandise already.

Q.   Right.  You get the merchandise.

A.   Okay.

Q.   And you tell these people with your document that "don't worry, money is on the way?"

A.   Money is on the way.

Q.   You just told this jury that the goal of these fake documents is to buy time.

A.   To check out the groupies and the ones that I didn't -- I was stressed out about, and didn't believe that they were real, yes.

Q.   Right.   And in order to buy time, you send them and give them fake bank documents that make them believe they're being paid.

A.   Yes, and they were eventually paid.

Q.   I'm not talking about whether they were eventually paid. I'm talking at the moment you send these documents, you are trying to trick them into believing that they had been paid?

        MS. BOZANIC:   Objection.   Asked and answered.

        THE COURT:   Overruled.

        THE WITNESS:   Sir, at the time, we had the merchandise.   I didn't need to trick them.

**BY MR. ANTON:**

Q.   You had to trick them about whether or not the payment was coming.   You already tricked them into giving it to you, the merchandise.

A.   No, I wasn't there when they were giving it to my son.

Q.   Ma'am --

A.   Yes, sir.

Q.   -- you sent fake documents to each of these individuals to get them off your back?

A.   Yes.

Q.   Because they wanted to be paid with real money?

A.   They didn't give us a contract and they didn't give me no time limit, so I just did my best to check them out and to make sure that these were real people.

Q.   So you're sending all these fake wires to protect your son?

MR. DOMINGUEZ:  Your Honor, this has really been asked and answered.

THE COURT:  Overruled.

**BY MR. ANTON:**

Q.   Yes?  That's your testimony?

A.   Yes, sir.

Q.   Because you're worried that everybody's out to get Sean Kingston.

A.   Yes, sir.

Q.   And if you just happened to get a Rolex or a car, or a colossal T.V. in your house, that's just a bonus for you?

A.   Sir, I never asked for all of those things.  None of those things.  It was not a bonus for me.

Q.   But you had no trouble keeping them?

A.   I didn't even watch T.V.  They installed the T.V.  I can't move it.

Q.   So you want this jury to believe that it was always your intention to pay?

A.   I promise to God.

Q.   But you never paid in many of these instances?

A.   Sir, when money comes in, you see I pay.

Q.   Okay.  Well, you didn't pay the bill for the colossal T.V.

A.   Yes, I did.  I called him when money came in April and he hang up the phone on me.

Q.   Okay.  There's no record of any payment for the colossal T.V. other than the initial deposit?

A.   Well, he didn't get paid because he damaged my place and also he damaged my walls, and he also didn't deliver on time, sir.

Q.   We're going to get to that transaction in a moment.

A.   Okay.

Q.   But let's just go chronologically from what your attorney asked you.

So you have a charity, Royal People?

A.   Yes, sir.

Q.   Because you like to pay and feed the homeless?

A.   I've been giving back for 15 years.

Q.   So you'll feed the homeless and give back to those, but you just won't pay the people who provide you with services?

A.   Feed the homeless, I run a food business to feed them.  I have food every day left over.

Q.   And the vendors who work with your food business, they're out to get Sean Kingston also?

A.   The vendors that work at my food business?

Q.   Yeah.

A.   Oh, no.

Q.   No?  The people who you deal with in Royal People, they must be terrible people.

A.   What do you mean?

Q.   I don't know.

A.   Why would they be terrible people?

Q.   Well, they might be terrible people because -- let me show you Government's Exhibit 52.  You said you send fake wire receipts to those who are out to get Sean Kingston, right?

A.   Yes.

Q.   Okay.  Showing you Government's Exhibit 52, page 26.  This appears to be yet another one of your fake Bank of America wire receipts.  What's the client name?

A.   Royal People, Inc.

Q.   Okay.  And the receiver or the purported receiver?  Want me to zoom it in?  We'll make it really big.

A.   Blue Sky Event Hall.  I don't even know what that is.

Q.   Well, you should.  You sent them a fake wire receipt.

        MR. DOMINGUEZ:  Objection, your Honor.  There's no evidence this was sent.

        THE COURT:  Sustained as to form.

**BY MR. ANTON:**

Q.   So the Blue Sky Event Hall is out to get Sean Kingston also?

A.   Who is the Blue Sky Event Hall?

Q.   You tell me.  You're the one who had your "accountant" create this Bank of America wire receipt.

A.   I'm not sure about this one, sir.

Q.   So you have no recollection then of why Royal People would

need to purportedly pay Blue Sky Event Hall?

A.   If they're supposed to pay them, it's because they're a charity and they're giving them, paying them.

Q.   This is your charity.

A.   Yes, me and my family's charity, but I don't remember this one.

Q.   It's hard to keep track.  I mean, there's like 35, 36 of them.

A.   Again, I do not remember this.  We're talking about Eyes Above Water.

Q.   Well, there are plenty of Eyes Above Water, but there are also some from Royal People.

A.   And I don't remember those.

Q.   Let's talk about the VerVer transaction, the big T.V.  So they got a fake wire receipt also, right?

A.   Yes.

Q.   Why don't you tell the jury why you sent them a fake wire receipt.

A.   It was owed a balance.  He kept calling us that he's going to go to the media and he's going to ruin our reputation.

Q.   So you sent him a fake wire receipt?

A.   Yeah, because we were, like, we don't need anything like that.

Q.   And this fake wire receipt was designed to get him off your back?

A.   Yes, because we were going to pay him.

Q.   You never paid him?

A.   He never gave me the banking.  See, I can't keep up with it. I never remember the banking information and he said I'm not giving it to you.  Talk to my lawyer.  I never got a lawyer number or anybody to speak to.

Q.   Let's go through this transaction in a little more detail.

A.   Yes.

Q.   Maybe that will help you understand.  Let me start with Government's Exhibit 5.  As early as October 26th, you were given bank account information from Ariel Mateos?

A.   The T.V. wasn't installed yet.

Q.   On October 26th, you received initial banking information from Ariel Mateos, right?

A.   I think I got it from my son, if I'm not mistaken.

Q.   Can you read the first blue box?

A.   It says, "Hello, Mrs. Kingston.  This is Ariel.  The account number for the transfer is this number" but there's no routing number or anything.

Q.   You received an invoice?

A.   Okay.

Q.   And you ultimately make your deposit of $30,000?

A.   When did I make the deposit?  How long after?

Q.   I'll show you when you made the deposit.  Let me pull up the invoice.

THE COURT:  Exhibit number, sir.

MR. ANTON:  6.

THE COURT:  Thank you.

**BY MR. ANTON:**

Q.  This invoice is dated at the bottom payment summary October 25, 2023.  $30,000.

A.  Okay.  Can we go back to the text message where that invoice is?

Q.  No.  I'm asking you does this invoice, Government's Exhibit 6, indicate that there was a payment of $30,000 on October 25, 2023?

A.  Yes, it says that.

Q.  Right.  And then the transaction continues, right?  They start installing the T.V.

A.  Yes, sir.

Q.  And as you can see from the contract --

A.  But, sir, as you can see from this invoice, he never got the deposit right away either because we had to move money around.

Q.  I didn't ask you that question.  I just asked you whether or not on October 25, 2023, you made a legitimate $30,000 deposit?

A.  Yes, sir.

Q.  And the transaction continued.  I think they came to the house and started working.

A.   Yeah.

Q.   And they installed the product on the wall?

A.   Yes, sir.

Q.   Right.  Showing you Government's Exhibit 7.  On December 17, 2023, you signed acknowledging that the product had been installed?

A.   Yes, sir.

Q.   Right.  Can you read to me the language that starts "I affirm?"

A.   "I affirm that the product has been delivered in perfect condition without any apparent damage and has been tested and verified confirming its proper functioning."

Q.   Okay.  Keep going.

A.   "I declare under my responsibility that I have no claims, complaints, or dissatisfaction regarding the condition."  This was on 12-17.

Q.   And it's signed?

A.   Yes.

Q.   All is good?

A.   That day, yes.

Q.   Right.  So your vetting is over.  This is a legit transaction, you're happy?

A.   Yes, sir.

Q.   Very happy?

A.   Yes, sir.

Q.   It's a huge T.V.  Looks great.

A.   Yes, sir.

Q.   Hmm.

     MS. BOZANIC:  Objection.  Improper comments.

     THE COURT:  Yeah, no comments.  Sustained on the
comment.

**BY MR. ANTON:**

Q.   And then VerVer wants to get paid the balance?

A.   Yes, sir.

Q.   So on --

     MR. DOMINGUEZ:  Judge, could we refer to exhibits?

**BY MR. ANTON:**

Q.   Showing you Government's Exhibit 8.  On January 25, 2024,
after, almost a month after, as shown on Government's Exhibit
7, you said everything was good --

A.   Yes, it was good in my eyes, but Sean wasn't here.  He had
to come and look at his own T.V.

Q.   After you acknowledged that everything was fine --

A.   Yes.

Q.   -- a month later, you sent VerVer Entertainment a fake
receipt purporting to contain a $40,000 payment for the
balance.

A.   Yes, sir.

Q.   Well, you testified that these receipts are only to be used
in a brief time period to vet whether or not somebody was

trying to take advantage of your son?

A.   Yes, sir.  Sean said, "Mom, do not pay them yet."  He was in Dubai.

Q.   I'm not asking what Sean told you.  I'm asking you.  You sent a fake receipt a month after you signed a receipt acknowledging that everything was fine?

A.   From the naked eye, everything looks fine.

Q.   Right.  So there's absolutely no reason to send a fake receipt for payment other than to trick VerVer into thinking they got paid for the job?

A.   Sir, why would I trick him?  He installed the T.V. and got a deposit so he would have waited on his funds.

Q.   He was waiting on his funds.

A.   He started threatening me that he's going to TMZ.  I said that before.  He's going to the media.  He's going to ruin my reputation, so until Sean gets back, sean said wait till I get back.  I called the accountant and she did that and gave him, so he could calm down.

Q.   So Sean was gone, what, for half a year?

A.   No.  Sean was gone and I had to sign for the T.V.  He was not here.  He didn't come back till January from India.

Q.   You never paid for the T.V. in real money.  Should I show you your bank statement so you can show this jury where you paid?

A.   No, I did not say I paid him the balance.  I said I paid

him a deposit.

Q.  But you had no trouble keeping the T.V.?

A.  I don't watch T.V., sir.

Q.  Okay.  In fact, the T.V. was only returned to the vendor when the sheriff's office came and raided your house?

A.  When I was arrested, sir.

Q.  Right.  They pulled it off the wall.

A.  Yes, sir.

Q.  Because you didn't pay for it?

A.  Damaged the wall again.  Yes, sir.

Q.  Yeah, they damaged it, but they took it back?

A.  Yes, sir.

Q.  All right.  And this whole thing about social media, as you can see from Government's Exhibit 6, this social media agreement of $38,513.59, that's separate and apart from the $47,000 plus that's still owed, right?

A.  The $38,000 was a post that he wanted Sean to do and Sean did.

Q.  Regardless of whether or not Sean did it, you still, according to this contract, owed $47,000 more?

A.  Yes.

Q.  Right.  Which you paid with a fake receipt?

A.  With a pending receipt.

Q.  Pending.  Okay.

MR. DOMINGUEZ:  What exhibit was that again?  I'm

sorry.

MR. ANTON:  The invoice is Government's Exhibit 6.

**BY MR. ANTON:**

Q.  Let's talk about the Nikolenko transaction.  This would have been for the $480,000 watch.

A.  Yes, sir.

Q.  That's a lot of money.

A.  It's two watches.

Q.  Right.  Two watches.  But you didn't like how much your son was spending for these watches, right?

A.  It's for his image.  I don't like it.  You could wait until, you know, everything's checked out, and everything is good before you make these purchases, but yes.

Q.  So, Nikolenko, he gets a fake receipt too?

A.  Can I see it?

Q.  Sure.  Let me first show you Government's Exhibit 15.  This is the invoice, right?  And the total due is $480,000.

A.  Yes, sir.

Q.  And all the account number information is included.

A.  Yes, sir.

Q.  So, at that point, you send your, as you call it, accountant, the information to make a fake receipt?

A.  Yes, sir.  False.  Pending.

Q.  False, fake, fine.  Let me you show you Government's Exhibit 16.  This is the Government's Exhibit 16 false receipt

you gave to Mr. Nikolenko.

A.   Okay, sir.  Yes.

Q.   Right.  It says your transfer was successfully sent.

A.   Yes, sir.

Q.   Sent.

A.   Needed time to check him out.

Q.   But it says the transfer was sent.  Not pending.

        MR. DOMINGUEZ:  Mischaracterizing, Judge.

        THE COURT:  Overruled.

        MR. DOMINGUEZ:  The document --

        THE COURT:  Overruled.

**BY MR. ANTON:**

Q.   What does the first line say?

A.   Online transfer from Bank of America.

Q.   No, before that.

A.   Your transfer was successfully sent.  But where was it sent from?

Q.   That's a very good question.  Where was this one sent from?

A.   I have no idea.

Q.   Right.  Because it was never sent.  Because it's fake.

A.   Like I said, sir, he got his two watches back and I gave it to him before Sean even knew, so I don't understand why you keep saying fake receipts.

Q.   Because you gave information to your accountant to falsify banking documents.

A.   Sir, just to buy time to make sure these people were real people and to move money around to make sure it's there to pay these people.  Everybody gets paid.

Q.   Can you print fake money too because you don't have enough?

A.   No.  Print fake money?  That's not a piece of paper, sir.

Q.   So in your eyes, these documents are just insignificant?

A.   In my eyes, these documents are templates.  They're not actual receipts.

Q.   So if I paid your son $400,000 and sent you a receipt that said I've paid you $400,000 and it was fake, you'd be fine with that?

A.   I've gotten that more than twice from the agency, sir.

Q.   And you just did nothing about it?

A.   Sir, we're suing them.  The agency, suing them because that's who booked it.

Q.   Right.  You're suing people because they sent you false documents.

A.   Yes.

Q.   And you never got paid?

A.   I'm not suing them.  The agency because the contract is not between me and them.

Q.   Fine.  Somebody on your behalf is suing the people who defrauded you?

A.   They're civil suing them.

Q.   Oh, so that's the distinction for you, whether it's civil

or criminal?

A.   They didn't lock him up.  He didn't pay a lot of people.

Q.   Okay.  You said this particular fake wire was sent from your accountant, right?

A.   I said about this one.  I don't know where this one, I've never seen that one.  The ones with that I know about is pending.  This one says "transfer was successfully sent."

Q.   Let me show you then how you procured this particular transaction.  Showing you what has been introduced into evidence as Government's Exhibit 47.  You've seen this before, right?

A.   Yes.

Q.   Okay.  You're Mama Kingston Bookings?

A.   Mama Kingston Kitchen and mamakingston@yahoo.com.

Q.   Right, but this is your text?

A.   Ryan Music?

Q.   No, the green.

A.   Yes.

Q.   Right.  And in the first text box that's green, you have Nikolenko's name and wire account information?

A.   Yes.

Q.   And you say "do this now, please."

A.   Yes.

Q.   And you send it to Ryan Music?

A.   Yes, sir.

Q.   So who's Ryan Music?

A.   It's a partner of ours.

Q.   Another accountant?

A.   No, I said a partner.  I didn't say accountant.

Q.   Well, you said your accountant is in charge of making a fake wire for you.  Now tell the ladies and gentlemen of the jury who Ryan Music is.

A.   It's partner.

Q.   What's his name?

A.   Ryan Music.  That's his LLC.

Q.   What's his name?

A.   Ryan Music.

Q.   No, on his driver's license.

A.   Robert Cummings.

Q.   Good.  That's good to know.  Write that down.  Robert Cummings.

     MR. DOMINGUEZ:  Judge, move to strike those comments.

     THE COURT:  Sustained as to the comment.

**BY MR. ANTON:**

Q.   So Ryan Cummings, also known as Ryan Music, he's making fake receipts for you too?

A.   I don't know if this is fake.  He said it was sent.

Q.   You transfer the bank account information to Ryan Music?

A.   Yes, sir.

Q.   He says okay.

A.   Okay.

Q.   You say how much it needs to be?

A.   480.

Q.   Right.  And then he sends you back a document that's in this blue box at the bottom of 47?

A.   Yes, sir.

Q.   And the document is the one we all just saw.

A.   Yes, sir.  What accountant -- what account is this coming from?

Q.   I don't know.  It's not real, so I don't know what account it came from.

A.   But even the pending one has the account information.

Q.   Well, maybe Ryan Music just made a bad document.

MR. DOMINGUEZ:  Objection, Judge.

THE COURT:  Overruled.  Is there a question, Mr. Anton?

BY MR. ANTON:

Q.   So you sent this wire on March 14th.  Is that the day you sent it?

A.   That's the day it says.

Q.   Okay.  And then you're aware obviously that the police were called, right?

A.   On May 24th or 23rd.

Q.   No, the watch was returned on April 3rd of 2024.

A.   Yes.  The guy called me and he said you can return the

watch or pay.  I said look, I have one of them here.  Sean is on tour.  I will return this one.  He said where can I meet?  I said meet me at the closest police station because I didn't know what to expect.

Q.  So the police are now involved because you hadn't paid?

A.  No, there was no police there.  I met him at the station because that was my choice.

Q.  You turned over this watch to the Davie Police Department?

A.  No, I didn't.  I gave it to the owner.  I have a video.

Q.  The second watch was returned, right, eventually?

A.  Yes, to my attorney.

Q.  After you were indicted.

A.  Yes, but the first watch was not given to Davie Police.  It was given to the owner of the watch.

Q.  Okay.

A.  His name is Mark Push, something.  Funny name.

Q.  You kept these watches until you were ordered to return them either at a police station or after you had been indicted.

A.  I asked him to meet me at the police station, sir.  He didn't ask me.  I volunteered.

Q.  These watches were not returned because you paid him in full.

MR. DOMINGUEZ:  Is that a question?

BY MR. ANTON:

Q.  Right?

A.   It was returned because I do not need any problem with the
media, with the law, no.

Q.   So if someone is coming after you, then you give the stuff
back because you don't want problems with TMZ?

A.   I don't want problems period.

Q.   If you don't want problems period, ma'am, you should just
pay the people you owe you with real money.

          MS. BOZANIC:  Objection, your Honor.  Improper.

          THE COURT:  Sustained.  That's not a question,
Mr. Anton.

**BY MR. ANTON:**

Q.   Let's talk about your vetting process.  Can you explain to
the jury how you vet these people?

A.   I would give the name probably to Dada whoever they said
they are, I would give it to Donnie, and they would look at
their Instagram and their feedback and see who they are, and if
they're real people.  I would give it to my daughter so they
can doublecheck.

Q.   So if they're real people, they pass the test?

A.   If they're real people not trying to take advantage.

Q.   Then they pass the test?

A.   Yes.

Q.   And all the while you're vetting them with Dada's vetting,
you keep the products?

A.   I never had any of these products.

Q.   Well, you kept the car.

A.   Never drove any of the car.

Q.   I didn't ask you if you drove it.  You kept the car?

A.   Kept it where?

Q.   At your house.

A.   I told him numerous times in my text messages come and pick your car up.

Q.   Well, I haven't seen any of those text messages.  Can you show the jury?

A.   Mr. Rosenblatt has it, the text messages.

Q.   Your testimony was after the deal fell through, you ghosted them.

A.   Sir, I didn't ghost anyone.  Even in April, when I received a large sum of money, I called Ariel, and he hangs up on me and said do not call me, call my lawyer, and I didn't know who that was.

Q.   So --

A.   By then, I hired an attorney which is Mr. Stark to start looking into this because he said someone is going around, whatever; I didn't know what this was.

Q.   We'll get back to that transaction in a second.

     You kept the car, you kept the watches, right?  And you kept the T.V.?

A.   I kept the gift that he gave me.

Q.   Okay.  Let's continue on with this Cadillac, the

bulletproof Escalade.  You weren't part of these original negotiations, were you?

A.  No, sir.

Q.  In fact, that was all handled by your son, right?

A.  If I can recall.

Q.  And after he conducted his negotiations, the car was brought to your house, right?

A.  Yes, sir.

Q.  And at that point, it was test driven?

A.  I don't know about that.

Q.  And after everybody was satisfied, you were asked to pay?

A.  The minute he got there, he said it's a cash deal.  I said Alex, it cannot be a cash deal.  We can finance it.  We have tried with three different people's credit.

One they said went through, they needed fifty grand. We weren't trying to buy it cash.  He knew once the car was delivered.

Q.  So it's your testimony then that this wasn't the cash deal?

A.  It started off that way, sir.

Q.  Right.  And after it started off that way, and the Ocean Auto representative requested payment, you sent him a fake wire?

A.  Kebu sent him a fake wire and then sent it to me and then I sent it to him.

Q.  Okay.  Ultimately you sent Ocean Auto a fake wire?

A.   Yes, sir.

Q.   Purporting the pay cash for the car?

A.   To make sure this Alex Guy is on the up and up.

Q.   Showing you Government's Exhibit 37, you purported to send a $159,702.78 wire to Ocean Auto for payment of the vehicle.

A.   Yes, sir.

Q.   A cash payment?

A.   Pending.  Pending payment.

Q.   And it didn't go through, right?

A.   No, sir, and then he said he wanted twenty grand.

Q.   It didn't go through because it wasn't real.

A.   What -- did he get this wire the next day?

Q.   No.  But I'm asking you, you sent him this document, right?

A.   That was the day after he came to the house.

Q.   Ma'am, on November 21st, the day of the transaction, you went into a bedroom and you stalled and you stalled and you stalled, and then you sent a wire?

A.   The wire was sent by Kebu.

Q.   It's your testimony then -- let me show you Government's Exhibit 36.  The 863-303-7836 number is Kebu?

A.   That's not my number.

Q.   Not your number.

A.   No, sir.

Q.   So if the witness who testified that they received it directly from you testified that they received it directly

from, they'd be lying?

A.   Yes, sir.  That's not my number.  I never had that number.

Q.   Never seen that number before?

A.   I don't recall that number.  I know my son have a 863, but it's a different number completely.

Q.   It's so hard.

        MS. BOZANIC:  Objection.

        THE COURT:  Sustained.

**BY MR. ANTON:**

Q.   Government's Exhibit 40.  Second page.  Can you read for the jury the phone number?

A.   863-303-7836.

Q.   Showing you Government's Exhibit 36, can you please read the phone number?

A.   863-303-7836.

Q.   Can you read the name on the account, please?

A.   Kisean Anderson.

Q.   Can you read the email, please?

A.   It's the email on the account is mommakingston90@yahoo.com.

Q.   Right.  That's you?

A.   That's the email on the AT & T account.  That's not my number.

Q.   You don't pay the bills for this account?

A.   I pay the bill automatic.  It's set up in the thing.

Q.   For this phone number?

A.   I don't even know what -- Sean changes the number every week, sir.  I have two numbers.  954-770-4578, and 323-217-5470, sir.

Q.   So AT & T, is wrong.  This isn't your phone number?

A.   323 is my number, not the 863.

Q.   Sean Kingston's number?

A.   You said it was sent from my phone so that's why I'm saying it's not my phone number.

Q.   So if it's says Kisean Anderson, that means it's his only?

A.   Yes, sir.  It's not my number.  I use two phones.

Q.   So you sent it to your son to send to Ocean Auto.  That's your testimony?

A.   Kebu send this the -- I don't remember this one, sir.

Q.   Right.

A.   Yeah.

Q.   Okay.

        MS. BOZANIC:  Objection.

        THE COURT:  Overruled.

**BY MR. ANTON:**

Q.   Let's move on to a different one.  You testified that this property is so large, nobody could ever be blocked in.

A.   Nobody was ever blocked in.

Q.   You said it wasn't possible to be blocked in?

A.   Not in my eyes.  It's not possible to be blocked in.

Q.   So if I parked a car right behind perpendicular to you, you

couldn't back up, right?

A.   Yeah.   Why would someone do that?

Q.   Maybe because they didn't want a car to leave.

A.   I was not there for that.

Q.   So you don't know whether or not the car was blocked in or not?

A.   But it sounds unreal because it's easy to come out and if you see the property, you will know what I'm saying.

Q.   You weren't there to see whether or not it happened.

A.   I was there, but I wasn't outside looking at it.   From my knowledge, I didn't see that.

Q.   You testified a moment ago on direct examination that nobody blocked the car in, and now the testimony is you weren't there.

A.   No, I'm there in the house with the people.   What I'm saying is I did not see that.

Q.   Right.   So if you did not see whether or not the car was blocked in.   You can't tell this jury definitively like you did on direct examination that the car wasn't blocked in?

A.   It wasn't blocked in my knowledge.

Q.   But you were inside the whole time.

A.   It's an open -- you can see from outside.   You could see outside, sir.

Q.   Okay.

A.   Both driveways.

Q.   But you didn't see outside?

A.   I didn't see a car blocked, sir.

Q.   So after this fake wire is sent to Ocean Auto and they figure out it's fake, you try to salvage the deal, don't you?

A.   No, sir.  The same day, he said he's not leaving unless he get a deposit.  I said no problem.  I only have a certain amount of deposit that can come off my card per day.

Q.   Right.  The Ocean Auto representative's not leaving the car without any legitimate payment.

A.   So Alex said you can give me a payment of twenty grand.  I called my bank to make sure I could up the limit to give him that, and I did.

Q.   Right.  And a $20,000 credit card deposit is placed?

A.   Yes, sir.

Q.   And they put a GPS tracker on the car?

A.   I don't know what they put.

Q.   And then you attempt financing?

A.   Yes, sir.

Q.   Okay.  That financing never went through?

A.   It went through with me owing $300,000 after I finished paying.

Q.   You owed $300,000 on a car that cost $157,000?

A.   After making a $5,000 dollar payment every month, I was still at the end of the lease, I have to pay so it would cost me like $300,000 for the car.

Q.   Ma'am, Ocean Auto testified that they have no record whatsoever of any financing.

A.   Well, my attorney has the finance agreement.

Q.   This was paid in the Bank of America Eyes Above Water account?

A.   What was paid?

Q.   The financing.  The monthly payment.

A.   We never paid the monthly payment because the contract they gave me, my attorney said not to sign it.  It would have been -- it would have cost me $300,000 for the car is what I'm saying.

Q.   So there never was financing?

A.   Because he keeps ignoring he doesn't want to do financing. He wants a sale.  I keep giving him people with credit.  My brothers, my cousins, said they have no credit.

Q.   Right, nobody has credit in your family.

A.   That's not true, sir.

Q.   Not enough to secure financing on a $157,000 bulletproof Cadillac Escalade?

A.   No, sir.  That's not true.

Q.   Well, you tried to get financing under Ronald Lindo's name?

A.   And Shara Moore.

Q.   Right.  That didn't work?

A.   Shara Moore, and because he refused.  He didn't want to make it work.

Q.   Because the bank denied the loan.

A.   He -- I never got a -- Ronald Lindo never got a credit thing that said your account has been denied.  And he never got anything saying it's denied.  He couldn't give my attorney because when you fill out an application for a car, you have to get a denial letter.  We never got that, sir.

Q.   There's no financing in place on this vehicle?

A.   Because he never did.  He didn't want to do a financing, sir.

Q.   Okay.  A minute ago, you just testified there was financing on the vehicle and you were making monthly payments.

A.   No, I did not say that.  I said the car would have cost $300,000 if I did the contract that he gave me to sign. $75,000 down and then I was supposed to pay $5,000 a month so my attorney says no, I send them all the contract.  The lease contract.  They have it.

Q.   So you never financed the remaining balance of the vehicle?

A.   It never went through.

Q.   And you kept the car?

A.   The car was still there.  They didn't want to pick the car up.

Q.   So you're telling this jury that Ocean Auto has a $157,000 bulletproof Cadillac Escalade that they're just willing to walk away from because you paid them less than half the cost?

A.   Yes, sir.  Because they didn't want to return any portion

of the money.

Q.   Yet, they took the trouble to call the police to get a search warrant to raid your home to seize the car?

A.   After Moshe, everybody joined in.

Q.   Everybody joined in, right?

A.   People that weren't going to do anything joined in.

Q.   Yeah, because you owed a lot of money to a lot of people. You didn't cancel the deal, right?

A.   I tried to.  I left voicemail, I left message.  My attorneys left a message.  Pick your car up and return the money, even a portion, and this is a dead deal; didn't do that.

Q.   And you never thought, hey, I'm a legitimate businessperson.  I'm going to return it to Ocean Auto because it's not right to steal their car?

A.   Sir, I cannot drive a car without a tag.  It was expired. It was whatever.  I couldn't drive it.  I've never driven that car.

Q.   Right.  The tag was removed for nonpayment.  It was deregistered?

A.   Yes, sir.  I understand what you're saying, but if that's the case, pick up your car.

Q.   Have you heard of a tow truck?

A.   I should pay another tow truck to pick up the car?  How? Where am I bringing the car?

Q.   To Ocean Auto.

A.   The car was delivered to me.  I don't know where Ocean Auto is.  I told them pick up your car and give me a portion of my money.  The attorney has emails from that.  You guys must have seen emails from that.

THE COURT:  Mr. Anton, just so you know, about 15 to 20 minutes total --

MR. ANTON:  Moving on.

THE COURT:  -- remains.

**BY MR. ANTON:**

Q.   So it's your testimony you had no intention to defraud anyone?

A.   Sir, I had no intention to defrauding anyone.

Q.   And all of these witnesses who you saw testify are lying?

A.   The Ariel guy, yes.

Q.   Okay.  And the Ocean Auto guy?  Let's keep going.

A.   And Moshe.

Q.   Moshe's lying.  How about Mr. Nikolenko?  Mr. Nikolenko, he's lying too?

A.   Mr. Nikolenko wanted his watch back.  That's what he wanted and he got his watch back.

Q.   So, Mr. Nikolenko is not telling the truth, Ariel Mateos, the LCD T.V. guy, he's lying, right?

A.   T.V. guy's definitely lying.

Q.   Okay.  Ocean Auto, Ariel Mateos, they're lying?

A.   They refused to pick up their car.  Yes, they're lying.

Q. And Mr. Mazal, Moshe Jewelers, he's lying too?

A. I don't know much about him, again, because like I said, my son dealt with him, but I don't know. But the Russian guy, he wanted his watches back. He wanted nothing. No part of no money from me.

Q. Because as you testified, everybody's out to get your son?

A. Yes, sir. He's been robbed, abused, everything. As a mom, I'm going to take care of him.

Q. No matter what it takes?

A. I'm not going to say no matter what it takes, but I'm going to do my best to make sure.

Q. So you'll lie for him?

A. No. As a mother, not as a liar. As a mom. As a mom, I'm going to make sure and check everybody out. Make sure he's good before I proceed no matter how long it takes.

Q. Even if that means sending fake documents, right?

A. All the documents I didn't know -- I don't know. That is weird.

Q. You don't know that these are false documents?

A. We know they were pending just to hold them off.

Q. Okay. Let me show you Government's Exhibit 55. Can you read the line that starts October 24th?

A. This is a stipulation.

Q. Yeah.

A. That I signed two days ago.

Q.   Right.   Start with October 24th.

A.   October 24th, a false Bank of America wire transfer receipt.

Q.   Sure.   You can stop there.   Let's talk about now November 21, 2023.

A.   A false First Republic wire transfer.

Q.   Right.   January 15, 2024?

A.   False Novo payment confirmation.

Q.   And March 14, 2024?

A.   A false Bank of America.

Q.   You stipulate and agree that these documents were false?

A.   Yes, sir.

Q.   Okay.   Thank you.   And this is your MO, like you send false documents --

MR. DOMINGUEZ:   Objection, Judge.

Q.   -- right?

THE COURT:   Overruled.

THE WITNESS:   No, that's not my MO.

**BY MR. ANTON:**

Q.   Well, you said it's part of your vetting process that you send anybody who you don't trust fake documents to buy time. You can hold onto their property temporarily while you're vetting and you send them this fake document?

A.   The property is already there.   They already left the property.

Q. Right. And they leave the property there, and they think they've gotten paid.

A. They leave the property there and sometimes there's no deadline to give them a payment. Some of them, there's no deadline. Like the Russian, there was no deadline.

Q. They send you an invoice?

A. Yes.

Q. You send them what purports to be payment?

A. Yes, sir.

Q. Right. And during that time, you hold onto their stuff?

A. I have none of their stuff.

THE COURT: We've done it. Mr. Anton, you can move on.

BY MR. ANTON:

Q. Let me show you Government's Exhibit 41. Read the first green box, please.

A. "Lawyer said if one more jeweler says anything, they will treat it as a criminal case."

Q. And this is what date?

A. This was in 2021 when he had an incident.

Q. So as early as November of 2021, you knew that you can't be sending these fake wires?

A. No. It says "lawyer says if one more jeweler says anything," if you take meaning if you get another jeweler to give you these -- the fake jeweler that comes around, you don't

need them.  I'm telling him you don't need nothing from these jewelers.

Q.  Can you read the highlighted text now?

A.  "You owe four new jewelers, ain't got no money for no more. Not even one penny."

Q.  You didn't have any money to support your son's jewelry addiction?

A.  In 2021, it was a lot of standing down because of pandemic.

Q.  You didn't have any money to pay for the jewelry your son was buying?

A.  No, this was a trade.  This jewelry was a trade.  I was just telling him I have no more money, whether they need the money, they're trading a watch.  So when you're trading a watch, you don't pay money but then the money kept going up from one amount to the next amount.

Q.  So no money needed to be transferred for this transaction?

A.  For the first transaction, the watch.  There was no money.

Q.  I just wanted to make sure we're all clear.  It's your testimony that when you say "you owe four new jewelers, ain't got no money for no more, not even one penny," this was a trade transaction?

A.  This was in 2021.  I need to see what jeweler these are, because -- but I know I sent this.

Q.  But you just testified this transaction was a trade.

A.  If I'm thinking about a jeweler that I think but I don't

want to say that I don't know for sure if it's that jeweler.

Q.  Your son begs you to do one do this one last.  "Do this last one, mother," right?

A.  Mm-hmm.  "Please do this one."

Q.  And you agree, right?

A.  Okay, yes.  It says so, but I don't have money.

Q.  Right?

A.  "I don't have money to pay, Sean, to do this 120."

Q.  So you're telling your son you don't have the money to pay.

A.  Yes, because these people are suckers, like no.

Q.  Yeah, they're suckers.  They're taking fake receipts. We'll get to the next question.  So you tell your son you don't have money to pay, right?

A.  Yes.

Q.  And the man won't leave, right?  The man won't leave your son alone?

A.  The man he just met won't leave my house.

Q.  Because he wants to get paid?

A.  No, because he wants to go listen to music and he wants to do other stuff with Sean.

Q.  And on page 6 of Government's Exhibit 41, what do you tell your son to tell this person?

A.  "Not going out there.  Tell him I left for the dentist." Correct.

Q.  So you tell him what to say?

A.   That's exactly what it is.

Q.   What does your son tell you about this deal?

A.   He said, "He gave me the chain.  He's like keep pressuring me to buy this chain."

Q.   He said "he gave me the chain you liked."  You.

A.   Oh, the one I liked for him.  It's a man's chain.  Not a woman's chain.

Q.   "He gave me the chain you liked, kept pressuring me to buy?"

A.   Yes.

Q.   Says, "we got this, Mom."

A.   Yes.

Q.   "Please work this for me lastly.  I got you forever.  You know that."

A.   Yes.

Q.   And your son tells you that he knows there's no Bieber video shoot, right?

A.   Yes.  Sean says "so the guy thinks it's a video but it's not happening now."

Q.   Okay.  And you are talking with your son and figuring out what needs to be said to this person who's selling the watches?

A.   Didn't say anything there, did I?

Q.   What does it say at on 11-4-2021 at 8:42?

A.   "Sean, I'm going to send you his number to hit him up first in the morning that cuz of Bieber having a flu, they want to

reschedule for Monday."

Q.  Next?

A.  "Tell him I'm sleeping."

Q.  Okay.  And what does your son want you to do?

A.  "Tell Dainty to make us a receipt, a wire receipt."

Q.  So, your son knows about this whole fake wire receipt scam, right, right?

A.  Yes, because I'm doing it on behalf of him.

Q.  So he knows exactly what you're doing?

A.  He doesn't know who I'm -- he doesn't know his accountant. He doesn't know.

Q.  He knows that you have the ability to create fake wire receipts?

A.  I have not created one of these.

Q.  He knows that you have the ability to procure or get from somebody else fake wire receipts?

A.  This is 2021.  I can't recall if he knows.  The text message says "get one from Dainty."  I don't even know who Dainty is.

Q.  You don't know who Dainty is?

A.  Dainty's not the person, the accountant.

Q.  You have others then who are making wire receipts?

A.  Dainty that I know is a dancer.

Q.  Dainty works at Bank of America?

A.  Dainty is a dancer.

Q.   A dancer.  So the dancer makes you wire receipts?

A.   No, she's never made a wire receipt for me.

MS. BOZANIC:  Judge, at this time, I would ask for a limiting instruction since we're talking about 2021.

THE COURT:  At the end of this exhibit, I'll give it, but her testimony is not so limited today.  That's a different instruction but you'll get both, Ms. Bozanic.

**BY MR. ANTON:**

Q.   Your son knows that you have the ability to make a fake receipt.

A.   I don't make fake receipts.

Q.   What does your son tell you on November 4, 2021 at 7:49?

A.   "Mother, you don't listen to me."

Q.   Okay.  He's upset.  Keep going.

MS. BOZANIC:  Objection to the characterization.

THE COURT:  Sustained.  Sustained.  Ask another question.

**BY MR. ANTON:**

Q.   And what does he tell you to do?

A.   Make a fake receipt.

Q.   So you want this jury to believe that he is asking you to make a fake receipt but he has no idea that you know how to make a fake receipt?

A.   I've never made a fake receipt, sir.

Q.   And, in fact, he tells you to make it look like the

transfer will be there in a couple days so he can get on his flight.

A.   Yes, that's his text.

Q.   Because if they get a receipt thinking they've been paid, they'll leave?

A.   They don't want to leave.  That's the only way to get them. They didn't want to get.

Q.   Until they get paid, right?  They won't leave until they think they've been paid?

A.   I was sleeping and drugged up at that time because I took out two teeth, sir.

Q.   So, now it's your testimony that you were drugged and sleeping and you don't recall this text?

A.   Which one of the texts?

Q.   The one I just --

A.   Those were Sean's texts.  I didn't say -- those were Sean's texts.  I saw them earlier in the case.

Q.   This is the -- so you don't remember receiving these texts?

A.   I remember when I seen the exhibit.

Q.   That's the first time you've seen it?

A.   That's the first time I remember it since 2021, sir.

Q.   Okay.  On November 4, 2021 on page 16, you tell your son you're doing it for him, right?

A.   I said I wanted to talk to accountant so he cannot wait for Monday.  It must be today.  I said today is already past

deadline.

Q. Read the next box, please.

A. "So now he's doing one to get wire tomorrow."

Q. Doing one.  Doing a fake receipt.

A. Didn't say a fake receipt.  It says "so now doing one for him to get tomorrow -- wire tomorrow."

Q. And your son says "all good?"

A. Yes, sir.

Q. On November 4, 2021, the bottom of page 18 after your son tells you he loves you, what do you say?

A. I love him.  I don't know what date that was.

Q. You can read it.

A. On November 4th, he said at 9:20, he says "love you."

Q. And you said?

A. "Accountant email wire receipt at -- or later."

Q. And you tell him to do what with it?

A. Screenshot and send to him.

Q. And you tell him where you sent it, right?

A. No, that's my email.

Q. Right.  I sent you "eire" but I imagine that's wire receipt new one in email?

A. Right.

Q. You sent it to your son?

A. That's what the text says.

Q. Right.  And he says okay, right?

A.   That's what the text says.

Q.   And later on the next day, you acknowledge that the receipt was taken?

A.   The text says on the 5th, at 12:10, he took the receipt.

Q.   And your son responds "I know."

A.   Yes, at 4:01.

Q.   Now --

THE COURT:  Mr. Anton, before you move to another area and do your last five to seven minutes, I'm going to give the jury two instructions.

The first you've heard me give me before regarding the exhibit that was just used.  That exhibit is to be used for a limited purpose.  That exhibit can only be considered by you to assist you in determining whether the defendant you are considering had the state of mind or intent necessary to commit the crime charged in the indictment.

You will recall there was testimony in the case that that exhibit took place in 2021, or you can consider that exhibit as to whether the defendant you are considering acted according to a plan or in preparation to commit the crime charged in the indictment, or whether the defendant you are considering committed the acts charged in the indictment by accident or mistake.  You may not consider that exhibit for any other purpose.

Now, I also tell you, as I told you before you were

even selected as a juror, that in this country, a defendant has a right not to testify.

Defendant Turner decided that she wanted to testify, and since she did, you should decide just like any other witness whether you believe the defendant's testimony in the same way as that of any other witness.

I'm going to give you a fuller instruction about how to consider impeachment and believability of all witnesses in the case including the defendant who decides to testify.

So for now, I wanted to distinguish between the exhibit as Ms. Bozanic requested and the testimony itself.

Mr. Anton.

MR. ANTON:  Thank you, Judge.

**BY MR. ANTON:**

Q.  In addition to making fake receipts, your accountant also falsified bank records at your request, didn't they?

A.  I don't remember.  Can I see?

Q.  Sure.  Let me show you Government's Exhibit 48.

THE COURT:  Just so you know, Mr. Anton, five minutes.

MR. ANTON:  Yes, sir.  Thank you, Judge.

**BY MR. ANTON:**

Q.  Showing you Government's Exhibit 48, you sent a text on February 6, 2024, at 5:45, and then at 5:47, and then again at little later at 5:47, and then at again at 5:48, 5:48, correct?

A.  Who did I send this to, sir?

Q.   This time it looks like it was sent to Ryan Music.

A.   My partner.

Q.   Your partner?

A.   Yes, sir.

Q.   And this partner prepared for you fake Bank of America documents?

A.   I send him my bank statements.  He wanted it.

Q.   And then he sent you back fake -- fake Bank of America bank statements?

A.   Let me see, please.

Q.   Okay.  So we've gone through the texts of Government's Exhibit 48 that you sent to Ryan Music.  First, let's, for example, November 1, 2023, bank statement for the account ending in 2924, you send him this statement, right?

A.   That's my statement.

Q.   Yes.  You send him your statement?

A.   Okay.

Q.   And when it comes back, it's now different, right?

A.   Yes, but this come back in my phone?

Q.   Yes.  First, you send the documents.  Government's Exhibit 48, page 1 and 2.  And then you receive the documents on pages 3 and 4, right?

A.   I don't recall this, sir.

Q.   First, you send a legitimate bank document and then you receive -- this is the one you send, right?

MS. BOZANIC:  Objection.  Asked and answered.

THE COURT:  Sustained.

**BY MR. ANTON:**

Q.  And then you receive what appears to be another document.

MS. BOZANIC:  Objection.  Asked and answered.

THE COURT:  Sustained.

MS. BOZANIC:  She already testified.

**BY MR. ANTON:**

Q.  Who is listed as the account owner on the return Bank of America statement?

A.  Eyes Above Water, LLC.

Q.  Who else?

A.  Ronald Lindo.

Q.  Ronald Lindo is not on your bank account?

A.  He's on my Truist.  Not my Eyes Above Water.

Q.  He's not on your Eyes Above Water account?

A.  The Truist one, he is.  Not the Bank of America.

Q.  This is Bank of America.

A.  Yes, sir.

Q.  Right.  He's not on this account.

A.  I don't know.  I didn't put him there.  I didn't ask for him to be there.

Q.  But Ryan Music put him there?

A.  Okay.

Q.  And sent it back to you, right?

A.   That's what you said.

Q.   And when you sent the bank statement to Ryan Music, you had $1,346.43 in your account.

A.   Ending balance.

Q.   Right.  Correct?

A.   Yes.

Q.   And when Ryan Music sent you back the statement, now you had $301,346.43 cents.

MS. BOZANIC:  Objection.  Asked and answered.

THE COURT:  Sustained.  Move on.

THE WITNESS:  That's what it says.

THE COURT:  There's nothing before you.  Move on.

**BY MR. ANTON:**

Q.   This conduct repeated itself again and again, right, with multiple statements?

MS. BOZANIC:  Objection.

THE COURT:  Sustained.

**BY MR. ANTON:**

Q.   How many times did you ask Ryan Music to send you falsified bank statements?

A.   I don't recall asking him for that.

Q.   Ma'am, as it relates to the Mazal Jewelers situation, you said lawyers got involved.

A.   Yes, sir, two lawyers.

MR. ANTON:  May I approach, your Honor?

THE COURT:  Yes.

**BY MR. ANTON:**

Q.  Ma'am, I'm showing you what's been marked for identification purposes as Government's Exhibit 58.  Do you recognize Government's Exhibit 58?

THE COURT:  You can review it to yourself, ma'am, and let him know when you're done reviewing it.

THE WITNESS:  I don't know what this is, sir.

**BY MR. ANTON:**

Q.  Never seen this before?

A.  No, sir.

Q.  Can you take a look at the email address?

MR. DOMINGUEZ:  Your Honor, referring to a document not in evidence.

THE COURT:  One second.  One second.  No, no, don't give testimony.  Just are you done reviewing that part of the document?

THE WITNESS:  Yes, sir.

THE COURT:  Okay.  What's your next question?

**BY MR. ANTON:**

Q.  Are you familiar with the email address listed on this document?

A.  Yes, sir.

Q.  You indicated that you have never seen it before?

A.  Never seen it before, sir.

THE COURT:  Sixty seconds, Mr. Anton.

**BY MR. ANTON:**

Q.  So these wires were sent to buy time?

MR. DOMINGUEZ:  Asked and answered, Judge.

THE COURT:  Yeah.  Sustained.  Move on.

**BY MR. ANTON:**

Q.  Did you keep the property while these wires had been sent?

MS. BOZANIC:  Objection.  Asked and answered.

THE COURT:  One moment.  Sustained.

**BY MR. ANTON:**

Q.  Did you pay -- you didn't pay in full for the T.V.?

MS. BOZANIC:  Objection.  Asked and answered.

THE COURT:  Sustained.

**BY MR. ANTON:**

Q.  Did you ever pay in full for the car?

MS. BOZANIC:  Objection.  Asked and answered.

THE COURT:  Sustained.

MR. ANTON:  Nothing further, Judge.

**end of excerpt

                         C-E-R-T-I-F-I-C-A-T-E


          I hereby certify that the foregoing is an accurate

transcription of an excerpt of proceedings in the

above-entitled matter.


SEPTEMBER 30, 2025   Ellen A. Rassie_____
                     ELLEN A. RASSIE, RMR-CRR
                     Official Court Reporter
                     To the Honorable Rodney Smith
                     299 East Broward Blvd., Room 207-C
                     Fort Lauderdale, Florida  33301
                     (954)769-5448

{CASENUM}
{WITNESSNAME}
{DATE}

**DEFENDANT ANDERSON: [13]** 118/23 119/1 119/4 119/9 119/12 119/15 119/17 119/20 120/1 120/3 120/7 120/11 120/14

**DEFENDANT TURNER: [10]** 117/9 117/12 117/17 117/20 117/24 118/4 118/8 118/11 130/23 131/1

**MR. ANTON: [58]** 25/3 26/6 26/12 27/21 29/12 29/19 29/24 30/14 32/18 32/25 37/19 42/1 44/5 44/18 45/22 46/17 48/16 68/17 73/16 74/3 75/7 76/1 76/6 92/2 102/12 111/8 111/12 111/24 112/6 112/17 112/24 121/25 126/21 128/16 134/4 149/21 172/5 179/23 180/5 180/23 181/7 181/9 181/20 181/23 182/3 182/8 182/11 182/13 182/21 183/1 183/19 195/2 200/2 218/7 230/13 230/20 233/25 235/18

**MR. DOMINGUEZ: [116]** 10/12 25/5 25/8 27/23 28/6 28/9 28/12 30/1 30/8 30/11 30/18 31/5 31/19 31/24 32/7 33/16 33/19 33/23 34/1 34/5 40/1 41/23 44/9 45/5 46/2 46/14 49/7 50/25 51/15 60/12 61/21 63/6 64/14 65/16 66/5 66/9 66/14 66/21 67/2 67/17 68/8 68/14 72/2 75/11 76/3 78/1 79/3 80/24 81/3 81/6 89/13 89/15 93/7 94/8 94/12 94/19 95/2 104/10 104/12 110/1 110/3 110/6 111/14 111/17 112/7 113/25 114/8 114/17 114/20 114/25 115/17 116/8 116/16 116/20 116/22 117/4 117/7 120/19 120/21 121/19 121/23 125/5 126/23 128/14 128/23 129/1 129/4 129/6 129/14 129/18 130/1 130/17 131/8 131/11

133/25 149/23 150/11 174/24 175/2 175/5 179/10 181/11 183/3 186/20 190/2 192/15 197/11 199/25 201/8 201/10 204/17 205/14 206/23 220/15 234/13 235/4

**MR. JONES: [20]** 58/5 60/9 61/23 64/23 65/1 65/9 65/12 66/10 66/25 67/13 76/22 77/23 79/7 81/1 81/4 85/13 88/8 89/10 93/24 94/3

**MR. ROSENBLATT: [1]** 68/4

**MS. BOZANIC: [73]** 3/12 19/4 20/23 20/25 43/6 44/7 44/24 45/10 45/15 46/6 46/9 49/4 49/11 49/16 50/9 50/11 50/14 65/11 65/21 68/9 68/13 68/15 68/18 69/9 71/23 71/25 73/18 75/9 76/9 76/11 79/2 94/1 94/9 114/11 114/23 115/5 115/7 115/10 115/13 115/16 115/22 116/4 118/15 118/19 120/18 120/23 121/2 121/5 121/9 121/15 121/18 126/24 128/21 129/21 130/5 179/20 179/25 182/18 189/8 197/4 207/8 211/7 212/17 226/3 226/15 232/1 232/5 232/7 233/9 233/16 235/8 235/12 235/16

**THE COURT SECURITY OFFICER: [1]** 130/13
**THE COURT: [292]**
**THE COURTROOM DEPUTY: [11]** 50/19 51/2 51/6 68/19 68/23 94/10 94/13 94/17 122/4 130/20 130/24
**THE WITNESS: [35]** 44/12 51/5 51/9 63/9 67/3 67/5 67/8 67/15 67/21 68/22 68/25 77/1 77/12 77/15 78/12 78/14 78/20 78/25 85/11 85/15 89/9 89/11 94/6 94/16 94/20 112/13 113/3 113/21 128/19 175/4 189/10 220/18 233/11 234/8 234/18

**$**

**$1,346 [1]** 146/6
**$1,346.43 [1]** 233/3
**$10,000 [2]** 143/25 159/10
**$105,000 [1]** 18/3
**$115,000 [2]** 26/4 26/10
**$12,500 [1]** 16/9
**$127,783.06 [1]** 11/3
**$131,692.17 [1]** 11/1
**$15,000 [5]** 12/16 15/22 16/3 17/7 159/10
**$157,000 [3]** 214/22 215/18 216/22
**$159,000 [1]** 169/6
**$159,702.78 [2]** 47/6 210/5
**$17,100 [2]** 12/12 12/20
**$17,500 [1]** 16/6
**$2,918 [1]** 6/10
**$20,000 [6]** 40/21 170/9 170/14 171/17 171/24 214/13
**$200,000 [5]** 7/22 8/8 8/18 43/1 162/19
**$22,505 [1]** 12/2
**$223,279.67 [1]** 15/16
**$223,421.58 [1]** 10/24
**$224,220.44 [1]** 15/14
**$225,156 [1]** 10/22
**$25,000 [7]** 40/15 40/25 41/12 158/23 159/1 172/3 172/15
**$250,000 [3]** 11/13 144/25 145/3
**$275,000 [1]** 10/17
**$276,000 [1]** 10/19
**$285,000 [4]** 9/17 9/20 47/2 161/22
**$3,000 [1]** 146/5
**$3,580 [1]** 6/12
**$30,000 [7]** 13/11 149/14 150/19 194/22 195/6 195/10 195/21
**$300,000 [7]** 6/21 71/8 214/20 214/22 214/25 215/10 216/13
**$301,346.43 [1]** 233/8
**$309,536.46 [1]** 6/18
**$35,000 [1]** 15/18
**$350,000 [1]** 18/8

**$38,000 [1]** 199/17
**$38,513.59 [1]** 199/15
**$40,000 [2]** 47/10 197/21
**$40,500 [1]** 16/23
**$400,000 [2]** 202/9 202/10
**$446,000 [1]** 7/15
**$45,000 [1]** 41/4
**$47,000 [2]** 199/16 199/20
**$470,000 [1]** 146/7
**$477,229.31 [1]** 7/7
**$480,000 [3]** 47/14 200/5 200/17
**$5,000 [5]** 41/6 143/8 143/9 214/23 216/14
**$50,000 [2]** 11/20 41/8
**$7,000 [1]** 17/2
**$70,000 [1]** 173/5
**$726,000 [1]** 18/15
**$726,188.97 [1]** 17/18
**$75,000 [6]** 40/11 40/13 172/3 173/6 173/7 216/14
**$750,000 [2]** 17/23 17/24
**$85,000 [2]** 9/5 43/2

**'**

**'21 [6]** 57/13 58/19 135/15 136/5 140/18 164/1
**'22 [3]** 57/13 58/19 136/5
**'23 [10]** 39/2 43/1 43/2 57/13 58/19 71/12 136/6 142/12 143/19 144/24
**'24 [2]** 57/13 142/4
**'25 [1]** 57/13
**'80's [1]** 112/16
**'90's [1]** 112/16

**1**

**10 [1]** 84/8
**100 [2]** 79/24 164/8
**104th [1]** 1/21
**10:34 [1]** 3/2
**11 [2]** 77/11 84/14
**11-15 [1]** 13/11
**11-22-23 [1]** 12/11
**11-4-2021 [1]** 224/23
**11-page [1]** 77/9
**11/15/23 [1]** 8/8
**11:38 [1]** 50/5
**12-17 [1]** 196/16

**120 [1]** 223/8
**12:10 [1]** 229/4
**12:15 [1]** 46/4
**12:45 [3]** 49/21 50/2 50/3
**12:52 [1]** 50/20
**130 [1]** 79/24
**14 [2]** 47/13 220/9
**14th [1]** 205/18
**15 [14]** 9/3 11/15 13/11 14/20 47/9 57/21 70/3 114/2 179/13 179/18 191/13 200/16 218/5 220/7
**1500 [1]** 1/16
**15th [7]** 7/18 7/22 9/5 14/21 15/6 41/10 144/24
**16 [4]** 80/10 200/25 200/25 227/22
**1659 [1]** 64/11
**16th [1]** 11/22
**17 [2]** 196/5 196/16
**17100 [1]** 1/18
**178th [2]** 151/14 161/1
**18 [2]** 82/2 228/9
**18th [1]** 85/16
**1978 [1]** 131/24
**1st [4]** 10/25 11/10 17/15 142/12

**2**

**20 [2]** 59/11 218/6
**20 million [1]** 57/20
**2011 [2]** 52/8 132/13
**2014 [1]** 133/12
**2021 [28]** 19/13 22/14 52/15 53/10 56/20 96/4 132/9 132/10 132/25 133/13 136/2 144/19 146/23 157/6 158/15 165/18 221/20 221/21 222/8 222/22 224/23 225/17 226/4 226/12 227/21 227/22 228/9 229/18
**2022 [3]** 145/17 146/23 157/6
**2023 [26]** 6/4 6/4 6/18 6/24 7/3 7/22 11/15 40/24 41/3 41/7 47/1 47/5 64/4 70/9 78/14 78/21 79/21 86/10 137/7 157/6 195/6 195/11 195/21 196/5 220/5 231/13
**2024 [25]** 10/21 14/20 14/22 15/12 15/13 17/16 47/9 47/13 56/20 66/11 78/15 78/22 80/10

(1)  DEFENDANT ANDERSON: - 2024

**2**

**2024... [12]** 80/19 82/2 85/8 85/18 85/19 133/22 179/2 197/13 205/24 220/7 220/9 230/23
**2025 [2]** 1/5 236/7
**207-C [2]** 1/24 236/9
**21 [3]** 40/24 47/5 220/5
**217 [1]** 178/5
**21st [1]** 210/15
**23 [2]** 8/8 12/11
**23rd [1]** 205/23
**24 [4]** 18/8 41/3 47/1 143/13
**24-CR-60126 [2]** 1/2 46/20
**2431 [1]** 14/14
**24th [5]** 12/16 205/23 219/22 220/1 220/2
**25 [4]** 195/6 195/11 195/21 197/13
**25 multi-listeners [1]** 57/21
**25th [1]** 12/12
**26 [2]** 80/19 192/7
**26th [3]** 18/13 194/10 194/13
**27 [2]** 1/5 16/23
**29 [3]** 17/7 46/1 50/6
**2924 [1]** 231/14
**299 [2]** 1/24 236/9
**29s [1]** 45/19
**29th [1]** 15/7
**2:16 [1]** 114/4
**2:36 [1]** 122/5
**2:43 [1]** 129/10
**2:44 [1]** 129/23
**2:53 [2]** 129/23 130/14

**3**

**3-27 [1]** 16/23
**3-29 [1]** 17/7
**3-6 [1]** 17/1
**30 [2]** 59/11 236/7
**30th [1]** 17/16
**31 [1]** 6/4
**310-330-6699 [1]** 47/12
**323 [1]** 212/5
**323-217-5470 [2]** 177/11 212/3
**323-532-7624 [1]** 47/16
**33 [3]** 36/24 43/14 44/3
**33156 [2]** 1/16 1/21
**33301 [2]** 1/24 236/9

**33326 [1]** 1/19
**33394 [1]** 1/14
**35 [1]** 193/7
**36 [3]** 193/7 210/20 211/13
**37 [1]** 210/4
**38 [1]** 40/20
**386-344-8426 [1]** 47/12
**3rd [2]** 145/20 205/24

**4**

**4-2-24 [1]** 18/8
**40 [2]** 132/2 211/10
**400 [1]** 164/8
**41 [4]** 19/8 132/1 221/15 223/21
**45 [3]** 45/21 46/5 91/12
**4578 [3]** 47/4 47/16 212/2
**4610 [2]** 151/14 161/1
**47 [2]** 203/10 205/5
**477 [1]** 146/6
**48 [4]** 230/18 230/22 231/12 231/21
**480 [1]** 205/3
**4:00 [3]** 144/19 164/3 165/18
**4:01 [1]** 229/6
**4:02 [1]** 179/15
**4:04 [1]** 180/2
**4:19 [1]** 180/2
**4:23 [1]** 183/11
**4th [1]** 228/13

**5**

**50 [4]** 6/3 40/13 91/11 142/7
**500 [2]** 1/14 164/8
**51 [1]** 14/11
**52 [4]** 35/18 43/9 192/4 192/7
**5448 [1]** 236/10
**5470 [2]** 177/11 212/3
**55 [2]** 46/18 219/21
**56 [17]** 2/14 64/23 64/24 66/21 66/23 77/8 77/18 77/24 78/5 78/16 79/4 79/6 79/15 82/2 82/24 89/24 90/7
**58 [3]** 180/6 234/4 234/5
**59 [1]** 65/10
**5:45 [1]** 230/23
**5:47 [2]** 230/23 230/24
**5:48 [2]** 230/24 230/24

**5th [1]** 229/4

**6**

**60126 [2]** 1/2 46/20
**611 [1]** 131/12
**6699 [1]** 47/12
**678-485-1659 [1]** 64/11
**6969 [1]** 47/8
**6th [2]** 15/22 15/24

**7**

**700 [2]** 1/14 137/19
**7624 [1]** 47/16
**769-5448 [1]** 236/10
**7695 [1]** 1/21
**7836 [4]** 47/8 210/20 211/12 211/15
**786-702-6969 [1]** 47/8
**79 [1]** 2/14
**7:49 [1]** 226/12

**8**

**8426 [1]** 47/12
**85 [1]** 9/10
**863 [2]** 211/4 212/5
**863-303-7836 [4]** 47/8 210/20 211/12 211/15
**8:42 [1]** 224/23

**9**

**9100 [1]** 1/16
**9300 [1]** 47/4
**954 [2]** 178/5 236/10
**954-400-9300 [1]** 47/4
**954-770-4578 [3]** 47/4 47/16 212/2
**98 percent [1]** 148/3
**99.9 [1]** 56/4
**9:20 [1]** 228/13
**9th [1]** 143/19

**A**

**a.m [3]** 3/2 50/5 144/19
**ability [6]** 33/6 33/7 163/16 225/12 225/15 226/9
**able [16]** 33/5 36/25 38/24 43/13 44/18 52/25 54/16 54/16 54/19 59/12 67/6 149/19 160/12 164/20 172/21 173/3
**about [134]** 6/24 8/11 9/22 10/25 11/20 15/20 19/16 19/25 20/10 25/13 27/23 28/18 31/15 34/10

40/3 42/9 42/25 44/25 45/18 48/20 52/8 54/22 55/14 59/5 59/9 59/10 62/24 63/9 63/10 63/14 66/9 68/9 70/10 70/12 70/15 71/5 72/14 72/16 72/24 78/13 80/18 84/1 86/9 87/8 87/13 87/14 90/8 90/10 91/20 91/22 92/17 92/20 92/25 93/13 96/2 96/8 99/25 100/6 102/1 104/23 105/9 105/11 111/7 114/2 114/6 115/4 115/20 117/18 119/14 121/9 121/20 122/16 123/22 124/12 124/18 126/3 126/7 126/9 126/16 127/3 129/8 130/6 132/19 136/22 140/17 141/24 143/4 147/25 150/20 151/7 151/11 152/5 154/8 157/12 160/20 161/23 167/22 168/16 169/5 169/8 173/8 174/7 176/2 177/2 177/3 179/18 179/21 181/19 182/6 182/6 183/7 183/8 188/23 189/5 189/13 192/24 193/9 193/14 199/13 200/4 202/13 203/5 203/6 207/12 209/10 218/5 218/17 219/2 220/4 222/25 224/2 225/6 226/4 230/7
**above [13]** 4/23 62/12 62/16 134/17 140/20 184/11 193/10 193/11 215/4 232/11 232/15 232/16 236/5
**above-entitled [1]** 236/5
**absolute [2]** 116/24 117/13
**absolutely [31]** 5/20 9/12 55/4 56/21 57/2 57/5 57/19 58/9 59/2 59/25 60/21 88/11 95/24 95/24 96/10 98/17 100/11 100/19 102/11 103/7 103/12 104/2 107/22 108/14 109/15 109/22 118/13 120/5 120/13 182/5 198/8
**abundance [2]** 129/15 183/4
**abused [1]** 219/7

**accept [4]** 48/6 48/9 48/11 155/25
**acceptable [2]** 83/14 120/22
**access [6]** 30/19 54/16 62/15 62/17 137/11 147/12
**accident [2]** 132/13 229/23
**accompanied [1]** 127/20
**accomplish [1]** 159/25
**according [5]** 39/10 64/9 98/14 199/20 229/20
**account [71]** 5/21 7/4 7/9 9/10 11/5 11/7 11/8 13/5 13/7 13/23 14/14 14/17 14/21 14/23 14/25 15/3 15/10 36/10 62/18 62/21 81/18 83/8 134/24 137/15 137/17 137/21 137/23 138/6 138/10 138/12 138/17 141/18 142/7 142/8 142/23 143/1 143/2 143/3 143/3 145/3 145/4 145/7 145/13 146/7 147/12 147/13 147/15 162/12 176/6 184/15 187/13 194/11 194/18 200/19 203/20 204/23 205/8 205/10 205/12 211/16 211/19 211/21 211/23 215/5 216/3 231/13 232/9 232/14 232/16 232/20 233/3
**accountant [29]** 62/22 138/14 140/9 148/12 155/23 186/13 186/17 186/19 186/23 187/11 187/15 187/19 187/21 188/1 188/11 192/22 198/17 200/22 201/24 203/4 204/3 204/4 204/5 205/8 225/10 225/21 227/24 228/15 230/15
**accountants [1]** 53/16
**accounts [15]** 4/14 4/18 4/20 4/22 5/22 5/22 62/15 62/17 134/14 134/16 137/7 137/11 141/20 184/9 184/14
**accurate [2]** 32/20 236/3
**accused [1]** 63/3

| A | | | | |
|---|---|---|---|---|

**A**

**ACH [5]** 186/15 187/3 187/21 187/23 188/8
**acknowledge [1]** 229/2
**acknowledged [1]** 197/18
**acknowledging [2]** 196/5 198/6
**act [1]** 155/10
**acted [1]** 229/19
**action [1]** 181/1
**actor [1]** 133/8
**acts [1]** 229/22
**actual [8]** 30/5 38/18 58/18 71/2 121/6 144/8 162/3 202/8
**actually [18]** 4/18 8/13 20/2 21/11 37/24 39/11 49/25 59/8 88/2 88/20 137/3 145/3 154/21 159/24 164/4 165/25 166/6 182/10
**ad [1]** 178/25
**add [1]** 6/19
**addiction [1]** 222/7
**adding [1]** 147/5
**addition [1]** 230/15
**additional [3]** 37/3 40/14 43/2
**address [8]** 51/21 137/8 151/13 160/25 179/23 180/9 234/12 234/21
**addressed [1]** 51/22
**adduce [1]** 30/25
**adduced [1]** 30/24
**admissibility [1]** 29/21
**admit [1]** 181/22
**admitted [2]** 47/25 85/13
**admitting [1]** 182/1
**advantage [3]** 137/4 198/1 207/20
**advised [1]** 116/9
**affairs [2]** 184/3 184/7
**affect [1]** 24/12
**affected [1]** 23/23
**affirm [2]** 196/9 196/10
**after [52]** 8/19 9/23 16/15 28/8 28/11 29/15 30/10 33/1 40/16 43/3 43/5 45/19 52/15 82/21 86/16 101/25 104/17 114/14 123/11 125/19 132/10 152/25 155/1 155/3

162/24 163/19 167/7 167/21 171/16 171/17 180/17 181/1 182/5 188/10 194/23 197/14 197/14 197/18 198/5 206/12 206/18 207/3 208/11 209/6 209/11 209/20 210/14 214/3 214/20 214/23 217/4 228/9
**afternoon [18]** 45/20 62/2 62/3 69/4 69/11 94/22 114/1 117/8 117/9 118/22 118/23 122/13 122/14 130/20 131/3 179/13 183/23 183/24
**again [45]** 9/5 9/7 9/13 12/17 12/20 12/23 16/22 16/23 23/25 26/12 27/19 28/5 31/14 38/4 57/12 59/4 78/16 83/22 83/24 103/18 104/17 115/21 123/12 123/13 123/14 123/15 123/24 125/24 135/14 147/2 155/3 155/4 164/18 164/24 175/5 183/14 183/15 193/9 199/10 199/25 219/2 230/23 230/24 233/14 233/14
**against [2]** 118/3 119/8
**age [1]** 131/19
**agency [6]** 15/25 16/24 22/8 202/12 202/14 202/20
**agent [12]** 1/9 3/9 4/6 5/16 21/9 21/11 21/12 30/22 42/5 42/8 44/10 53/15
**agitated [1]** 108/9
**ago [10]** 19/15 57/17 61/9 71/10 71/11 85/9 85/23 213/12 216/10 219/25
**agree [15]** 8/5 8/17 8/20 13/25 14/5 14/6 16/12 17/20 19/18 20/4 20/7 45/24 46/25 220/11 223/5
**agreed [1]** 48/4
**agreement [6]** 48/1 82/7 150/2 150/3 199/15 215/3
**ahead [6]** 45/21 78/3 85/21 102/14 141/14 170/16
**aid [1]** 134/1
**ain't [6]** 84/12 84/17 84/22 84/23 222/4

222/19
**air [3]** 82/13 82/15 82/17
**aka [1]** 46/25
**alarm [2]** 141/2 161/19
**albums [1]** 70/6
**Alex [19]** 38/10 38/25 39/12 106/21 106/22 107/1 107/24 108/3 108/15 124/22 125/10 125/11 125/14 127/18 169/5 169/24 209/13 210/3 214/10
**Alexander [1]** 14/2
**alien [1]** 159/4
**all [152]** 3/17 4/9 4/13 4/17 5/6 5/9 9/1 12/2 14/6 16/22 21/13 21/14 22/25 23/2 23/2 24/12 24/22 30/23 32/10 33/22 35/6 35/7 36/11 36/14 36/15 37/6 38/2 38/6 40/19 43/9 45/1 45/20 48/1 48/4 48/21 49/21 49/24 50/4 50/12 50/19 51/12 51/23 53/16 55/1 55/5 56/11 56/13 59/2 59/12 60/21 61/2 63/12 63/12 69/14 70/4 70/7 70/9 75/21 75/25 76/19 77/10 77/12 78/6 93/6 94/1 94/6 95/25 101/1 101/21 103/15 106/13 107/10 108/22 109/11 110/24 114/2 114/3 117/18 119/13 122/1 122/4 123/9 127/4 127/6 129/8 130/13 133/4 135/5 135/24 136/14 136/22 137/7 137/19 138/16 138/24 139/16 139/19 140/12 144/12 145/2 147/4 147/6 147/8 147/9 147/17 148/1 149/7 149/16 150/4 152/12 153/14 154/1 157/20 160/15 164/7 164/21 164/21 166/17 166/18 167/16 168/7 168/25 169/8 169/15 174/7 174/14 175/15 175/17 177/21 178/2 179/3 179/14 179/21 184/3 184/13 185/25 186/16 187/9 190/1 190/13 196/19 199/13 200/19 205/7 207/23 209/4 216/15

218/13 219/17 222/18 228/7 230/8
**allocuted [1]** 33/21
**allowed [8]** 28/25 29/7 31/9 31/12 32/5 33/13 118/13 182/5
**almost [3]** 7/9 164/9 197/14
**alone [1]** 223/16
**along [3]** 25/21 37/1 171/19
**already [17]** 40/20 41/4 52/19 65/10 82/23 83/1 84/12 125/3 147/3 164/1 173/4 188/14 189/14 220/24 220/24 227/25 232/7
**also [56]** 9/10 10/19 13/2 15/9 15/22 18/12 33/8 34/24 42/14 42/25 43/9 46/22 53/1 53/11 53/12 54/5 62/4 69/15 69/23 70/4 87/23 102/4 103/8 104/22 105/14 112/20 133/10 134/22 136/24 137/11 138/3 143/12 145/7 147/21 148/15 149/5 154/3 156/8 156/12 156/22 157/3 157/23 157/23 160/12 160/14 160/17 166/6 191/4 191/4 191/19 192/20 193/12 193/15 204/20 229/25 230/15
**always [25]** 33/9 39/1 46/12 69/7 94/24 100/21 109/11 109/14 131/5 136/2 138/9 139/15 141/5 141/10 146/21 153/9 153/11 165/16 171/21 171/22 173/7 174/16 175/14 180/24 190/18
**am [10]** 17/14 21/23 52/1 62/4 80/16 81/1 95/9 116/18 174/3 217/24
**Amanda [5]** 1/9 3/13 21/5 21/25 42/3
**Amazon [4]** 133/22 134/11 160/14 178/5
**AMERICA [27]** 1/4 4/19 5/21 11/8 14/13 42/9 42/13 42/14 42/15 42/16 46/21 47/1 47/13 186/4 187/4 192/8 192/23 201/14 215/4 220/2 220/10 225/24 231/5 231/8 232/10 232/17

232/18
**amount [13]** 9/20 47/2 47/6 47/10 47/14 145/25 147/9 156/15 173/23 175/24 214/7 222/15 222/15
**amounts [4]** 136/4 143/11 146/16 159/6
**analysis [1]** 37/8
**ANDERSON [11]** 1/6 1/18 42/20 46/22 46/25 47/22 120/25 132/2 180/7 211/17 212/9
**Andrii [3]** 27/4 42/13 154/3
**Angeles [1]** 133/17
**angles [1]** 55/5
**announce [1]** 114/21
**another [36]** 11/4 12/20 16/3 16/6 16/9 18/8 22/13 31/21 37/17 41/6 41/10 43/20 61/5 69/19 82/22 83/1 83/23 83/24 100/17 108/1 108/2 114/17 127/20 128/22 133/10 144/24 150/24 156/12 165/15 192/8 204/3 217/23 221/24 226/16 229/8 232/4
**answer [14]** 25/7 28/11 30/22 32/15 51/23 63/7 87/1 102/14 110/3 112/8 117/18 118/6 119/13 130/3
**answered [13]** 25/3 30/22 43/6 148/7 189/8 190/3 232/1 232/5 233/9 235/4 235/8 235/12 235/16
**answers [3]** 181/17 181/21 181/25
**antennae [1]** 156/17
**Anton [23]** 1/13 5/24 6/3 6/3 6/7 29/18 41/25 46/16 47/17 47/23 48/15 72/4 121/11 130/10 184/4 205/16 207/10 218/5 221/12 229/8 230/12 230/19 235/1
**Anton's [1]** 31/10
**any [75]** 4/25 5/3 5/6 14/2 15/2 18/1 18/4 18/15 18/16 21/1 23/14 24/17 25/13 27/4 28/14 31/2 31/15 38/25 41/25 42/19 44/6 48/9 58/12 62/15

# A

**any... [51]** 62/24 62/24 63/4 63/14 63/19 71/7 72/11 73/17 76/5 77/25 78/6 78/17 79/1 87/12 94/2 96/23 97/6 97/20 101/25 104/1 108/12 114/14 116/5 118/3 119/8 121/16 126/22 128/15 135/4 144/6 144/11 153/15 163/23 165/22 166/4 174/22 175/2 191/1 196/11 207/1 207/25 208/2 208/8 214/9 215/2 216/25 222/6 222/9 229/23 230/4 230/6

**anybody [15]** 5/17 68/8 88/5 102/10 107/12 112/4 114/8 147/12 165/22 167/24 174/18 174/22 186/12 194/6 220/21

**anyone [9]** 118/9 119/18 138/13 165/24 176/20 179/19 208/13 218/11 218/12

**anything [39]** 15/3 30/2 31/9 32/13 33/14 33/25 48/24 70/5 72/14 72/16 72/24 83/5 83/6 92/24 95/19 98/1 102/1 103/19 107/4 108/13 124/12 124/18 125/22 126/9 126/16 126/23 167/25 172/24 179/19 182/17 182/25 183/2 193/22 194/19 216/4 217/6 221/17 221/24 224/22

**anyway [1]** 64/15

**anywhere [2]** 31/18 164/8

**apart [2]** 48/9 199/15

**apologize [1]** 90/17

**apparent [1]** 196/11

**appear [1]** 29/24

**appearance [2]** 58/12 58/21

**appearances [2]** 1/12 58/13

**appearing [1]** 53/7

**appears [4]** 16/16 16/21 192/8 232/4

**application [1]** 216/5

**appreciate [4]** 3/7 61/18 94/6 154/16

**approach [3]** 66/25

---

76/22 233/25

**approaches [2]** 141/1 168/11

**approximately [1]** 7/15

**apps [1]** 176/19

**April [7]** 17/15 17/16 66/11 133/22 190/24 205/24 208/13

**April 1st [1]** 17/15

**April 30th [1]** 17/16

**are [152]** 3/6 5/17 5/18 6/18 6/19 6/20 10/17 10/21 11/4 13/25 15/2 15/12 17/20 17/23 18/15 19/9 19/15 19/15 21/9 21/21 22/1 22/4 26/25 27/18 29/25 30/16 30/19 34/12 34/14 34/19 34/20 35/20 39/16 39/24 44/22 50/18 51/19 52/5 53/18 53/24 53/25 54/11 54/23 55/16 56/1 56/3 56/5 57/16 58/1 58/1 58/20 58/24 62/13 67/7 70/5 71/19 76/9 76/21 79/16 80/16 82/6 83/2 88/1 88/2 93/20 93/21 95/6 95/10 95/20 95/23 96/11 99/18 100/9 100/20 100/21 101/17 102/11 103/21 107/12 107/12 109/14 109/14 114/9 114/14 114/19 114/21 115/1 116/3 119/16 129/16 133/16 133/17 133/18 136/8 137/13 140/8 140/12 141/4 141/7 141/11 142/20 146/15 149/7 157/3 157/15 157/18 158/11 159/4 163/10 164/7 165/1 165/2 168/3 168/7 169/2 169/9 171/4 171/6 171/8 171/10 174/7 174/20 175/20 175/23 175/23 175/24 181/22 183/25 187/12 187/13 187/19 189/6 192/5 193/11 193/11 197/24 202/6 202/7 206/5 207/15 207/16 218/13 219/19 222/22 223/10 224/20 225/22 229/14 229/19 229/21 234/16 234/21

**area [5]** 31/21 110/25 168/8 168/9

---

229/8

**aren't [2]** 15/9 62/12

**argue [2]** 49/5 180/16

**argued [2]** 91/18 91/19

**argument [1]** 32/10

**Ariel [10]** 13/18 23/5 23/6 194/11 194/14 194/17 208/14 218/14 218/21 218/24

**armed [1]** 109/17

**armored [1]** 106/16

**Arnold [4]** 38/13 39/10 39/11 39/11

**arose [1]** 150/13

**around [18]** 40/9 46/4 54/7 58/23 65/5 71/8 106/2 108/20 136/15 137/18 137/18 141/16 154/23 168/22 195/19 202/2 208/19 221/25

**arrangements [2]** 123/1 126/14

**Arraza [1]** 133/17

**arrest [1]** 22/11

**arrested [3]** 153/18 173/2 199/6

**arrive [1]** 95/18

**arrived [2]** 124/25 152/18

**Art [4]** 144/2 144/3 144/4 144/7

**artist [18]** 12/17 12/17 53/2 54/3 54/16 55/12 55/21 55/23 57/23 57/25 58/11 87/12 90/5 91/19 91/19 133/7 135/18 136/20

**artists [18]** 52/3 52/4 52/25 53/8 53/16 53/18 54/2 54/7 55/6 57/6 57/7 57/16 58/20 91/23 93/6 93/20 109/10 135/24

**as [130]** 4/13 5/11 5/11 5/16 6/2 7/12 15/10 16/13 21/12 21/14 21/14 22/19 29/1 29/1 30/19 30/19 32/16 36/14 36/15 38/3 40/20 41/18 41/18 42/20 45/1 46/22 48/2 48/10 48/11 48/20 50/12 50/12 50/22 51/19 51/21 51/21 54/18 57/22 57/25 58/24 61/3 65/14 69/23 69/23 74/3 74/6 74/8

---

75/5 77/7 78/23 79/4 79/10 79/10 81/18 82/6 83/8 83/8 83/9 83/20 84/4 90/1 91/3 93/20 93/20 100/9 100/9 106/11 109/12 111/23 111/25 115/19 116/13 123/3 125/9 133/8 133/8 135/9 135/13 135/13 136/18 136/18 147/24 149/9 156/20 156/22 162/14 164/12 165/13 166/14 168/11 168/11 170/5 171/18 171/23 176/6 176/13 176/19 180/10 180/11 180/15 184/14 186/13 192/17 194/10 194/10 195/16 195/17 197/14 199/13 200/21 203/10 204/18 204/20 219/6 219/7 219/13 219/13 219/13 219/13 221/18 221/21 221/21 229/19 229/25 230/1 230/6 230/11 232/9 233/22 234/4

**aside [2]** 114/15 116/5

**ask [46]** 24/25 25/5 28/9 30/7 31/15 32/12 33/5 38/6 39/9 39/17 44/18 45/22 46/17 57/3 67/24 70/14 71/9 74/1 74/2 74/4 87/1 89/23 92/3 92/6 96/2 96/8 114/11 116/13 116/25 118/24 129/4 140/17 142/24 160/20 167/1 169/2 181/15 181/16 187/5 195/20 206/20 208/3 226/3 226/16 232/21 233/19

**asked [47]** 6/9 6/14 6/23 6/24 7/2 23/4 23/6 23/6 24/18 25/3 32/15 35/7 38/6 42/8 43/6 61/14 74/9 87/22 89/25 90/10 92/25 93/18 101/10 118/25 123/14 127/3 150/6 155/20 161/16 169/5 169/20 173/9 182/13 189/8 190/2 190/13 191/9 195/20 206/19 209/11 232/1 232/5 233/9 235/4 235/8 235/12 235/16

**asking [21]** 32/2 56/24 59/4 59/6 79/11 83/11 84/2 101/9 110/9 143/5 161/21

---

168/16 187/15 187/19 187/21 195/9 198/4 198/4 210/13 226/21 233/21

**asks [1]** 19/23

**aspect [3]** 60/14 120/9 136/10

**aspects [2]** 53/3 95/25

**assist [3]** 53/3 53/5 229/14

**assistant [7]** 47/18 47/18 95/17 98/14 115/11 115/13 121/20

**assisting [2]** 53/12 133/1

**associated [1]** 58/22

**assume [1]** 87/23

**assuming [1]** 87/23

**assumption [1]** 87/19

**assure [1]** 49/24

**at [205]** 3/2 5/13 5/21 7/12 11/5 14/2 19/17 19/21 19/23 23/14 23/23 24/3 24/12 25/13 29/7 29/8 29/17 31/9 31/20 32/14 33/22 34/1 36/8 36/24 37/13 40/10 40/12 40/19 41/4 41/8 41/8 44/14 44/16 46/1 46/1 46/17 48/16 48/21 49/6 49/7 49/15 49/21 50/1 50/3 50/5 50/20 51/12 52/17 54/24 57/20 58/6 58/24 59/14 61/2 64/18 66/21 71/17 76/19 77/23 79/16 79/21 80/1 80/8 80/8 81/21 82/11 82/24 83/6 84/4 85/3 85/25 87/1 91/6 96/6 96/12 97/5 97/10 97/14 98/25 99/6 101/1 101/19 102/10 104/18 105/14 105/24 106/15 108/10 108/12 108/22 108/23 113/21 114/4 116/8 117/3 120/13 121/2 122/5 123/3 123/17 123/18 123/19 123/21 124/8 124/25 125/3 128/9 129/1 129/3 129/10 130/10 130/14 130/17 131/19 133/10 134/10 135/5 140/24 141/14 142/3 144/19 145/6 147/17 150/18 151/11 152/4 152/12 153/13 153/16

---

**A**

at... **[76]** 153/19 154/21 154/23 155/12 155/13 156/10 157/10 160/22 161/4 161/19 163/7 163/8 164/5 164/7 165/18 165/22 165/24 165/25 166/7 166/15 169/3 169/15 169/19 169/23 170/16 170/24 173/13 174/2 174/22 178/24 179/15 181/21 181/23 182/2 182/19 183/11 186/16 187/25 188/13 189/6 189/10 191/20 195/5 197/17 200/21 205/5 206/3 206/6 206/18 206/19 207/15 208/5 209/9 211/21 212/4 213/10 214/24 224/23 224/23 225/24 226/3 226/5 226/12 227/10 228/13 228/15 229/4 229/6 230/16 230/23 230/23 230/23 230/24 230/24 230/24 234/12

ATM **[1]** 170/10

atmosphere **[1]** 111/4

attachment **[3]** 36/11 36/12 148/16

attachments **[6]** 36/14 36/15 36/18 175/12 175/17 176/22

attempt **[1]** 214/17

attorney **[22]** 47/18 47/18 47/19 47/20 47/21 117/16 119/25 172/3 172/7 172/8 172/10 172/12 172/12 172/13 191/8 206/11 208/18 215/3 215/9 216/4 216/15 218/3

ATTORNEY'S **[1]** 1/12

attorneys **[12]** 41/14 41/15 41/17 44/14 48/4 118/7 119/11 120/10 129/24 150/16 179/17 217/10

Audemars **[2]** 8/20 71/6

August **[1]** 71/17

AUSA **[1]** 21/12

authorize **[1]** 179/8

auto **[19]** 39/14 40/3 40/10 41/17 41/18 168/11 209/21 209/25 210/5 212/11 214/3 214/8 215/1 216/22

217/13 217/25 218/1 218/15 218/24

automatic **[3]** 168/10 168/10 211/24

automatically **[1]** 58/3

availability **[1]** 141/15

available **[1]** 134/10

Avenue **[2]** 151/14 161/1

avoid **[1]** 45/5

avoids **[1]** 143/11

aware **[21]** 22/1 22/4 23/12 23/20 25/15 30/18 35/5 39/7 39/11 40/6 41/19 54/19 55/15 63/11 83/10 93/22 96/15 97/1 98/3 154/17 205/21

away **[5]** 74/14 85/4 143/12 195/18 216/24

**B**

back **[68]** 9/2 10/11 10/16 11/9 23/18 25/23 31/10 43/18 43/23 49/20 50/1 50/16 50/21 66/10 67/19 76/13 80/2 81/12 81/20 82/6 83/15 83/19 84/11 86/9 102/23 114/5 114/14 122/6 129/24 130/15 142/6 151/24 152/1 152/2 154/24 155/24 161/2 173/11 173/13 179/18 182/15 183/12 185/12 185/14 185/14 186/14 189/20 191/13 191/14 193/25 195/7 198/16 198/17 198/21 199/11 201/21 205/4 207/4 208/21 213/1 218/19 218/20 219/4 231/8 231/18 231/19 232/25 233/7

background **[1]** 131/16

bad **[3]** 54/13 186/7 205/13

bag **[1]** 30/5

balance **[16]** 6/9 6/12 6/24 6/25 9/17 16/10 146/5 146/24 162/24 163/2 193/19 197/8 197/22 198/25 216/17 233/4

bank **[78]** 4/14 4/18 4/19 4/25 5/3 5/6 5/9 5/21 5/25 11/4 11/8

14/13 14/23 15/2 19/2 28/17 40/11 42/9 42/9 42/11 42/13 42/14 42/15 42/16 42/18 47/1 47/5 47/13 62/15 62/17 83/8 134/14 134/16 134/24 137/11 137/13 137/15 137/21 138/6 141/18 141/20 142/16 142/23 170/12 184/9 186/4 187/2 187/4 187/4 187/18 188/2 188/5 189/2 192/8 192/23 194/11 198/23 201/14 204/23 214/11 215/4 216/1 220/2 220/10 225/24 230/16 231/5 231/7 231/8 231/8 231/13 231/24 232/9 232/14 232/17 232/18 233/2 233/20

banking **[7]** 17/4 43/16 187/9 194/3 194/4 194/13 201/25

banks **[2]** 5/18 145/19

barely **[1]** 100/21

barrier **[3]** 27/10 27/19 28/5

based **[31]** 9/15 9/19 9/21 13/15 16/13 16/19 20/6 20/7 22/14 27/13 35/23 35/25 36/2 36/4 36/5 37/7 37/8 40/8 40/10 41/13 43/22 52/18 59/18 60/17 72/19 80/4 85/25 102/20 108/4 127/25 150/2

Basel **[4]** 144/2 144/3 144/4 144/7

basically **[15]** 21/14 30/3 30/8 30/18 31/5 61/3 75/21 93/22 109/19 143/11 146/6 146/7 160/11 168/8 177/21

basis **[4]** 31/17 32/1 32/3 32/12

bathroom **[1]** 179/17

be **[141]** 3/3 6/20 7/8 7/9 7/11 7/11 8/23 11/15 13/8 13/20 16/16 18/22 18/23 18/24 31/12 32/14 33/5 35/6 36/8 36/15 39/23 42/16 44/18 45/11 45/12 45/14 46/3 46/10 50/21 51/3 51/8 51/10 51/13 51/22 52/25 53/9

54/16 59/12 61/2 62/22 64/23 65/21 66/21 67/6 67/13 68/20 68/24 69/7 72/12 74/22 75/1 79/11 83/3 83/14 87/14 92/20 94/14 94/25 97/4 97/14 98/6 98/18 101/7 108/24 114/16 115/6 116/4 116/10 116/20 118/13 119/24 120/24 120/25 121/7 121/9 122/6 123/1 124/1 124/4 124/8 127/25 129/11 130/8 130/15 130/21 131/6 136/17 137/17 141/8 141/19 142/24 143/5 144/15 149/19 151/22 156/12 156/24 157/9 159/9 160/12 161/6 165/21 165/24 166/10 168/5 180/3 181/11 182/1 182/12 182/14 183/12 184/11 184/24 184/25 185/11 185/23 186/1 186/5 189/22 191/24 192/2 192/3 192/8 197/24 202/10 205/2 209/13 211/1 212/21 212/23 212/24 221/8 221/21 222/16 224/21 227/1 227/25 229/12 229/13 232/4 232/22

beard **[3]** 113/9 113/9 113/13

bears **[1]** 48/21

Beat **[2]** 12/12 12/25

became **[3]** 43/4 132/22 163/13

because **[128]** 5/13 9/10 10/8 18/19 18/24 19/24 23/24 24/19 31/8 31/17 32/5 36/25 37/9 39/17 42/12 45/10 49/11 54/8 55/5 56/10 59/12 70/25 73/4 75/1 79/10 83/11 86/3 87/3 88/24 88/25 90/15 90/21 91/5 92/18 98/20 99/1 99/11 109/16 110/9 114/21 115/19 115/23 123/4 125/3 125/21 132/14 135/15 135/17 137/9 138/16 139/6 140/11 140/12 141/6 141/21 142/9 142/10 143/11 143/23 147/17 149/8 151/4 152/6 152/25 156/24 159/3

160/4 162/13 162/24 163/8 168/19 169/10 173/18 173/20 173/25 175/24 178/4 178/8 181/12 184/13 188/13 189/22 190/8 191/3 191/12 192/3 193/2 193/22 194/1 195/18 199/9 201/20 201/20 201/24 202/4 202/14 202/16 202/20 206/3 206/5 206/7 206/21 207/1 207/4 208/19 210/11 213/3 213/7 215/8 215/13 215/24 216/1 216/5 216/8 216/24 216/25 217/7 217/13 219/2 219/6 222/8 222/23 223/10 223/18 223/19 225/8 227/4 227/10

become **[5]** 23/12 96/14 132/11 167/5 178/5

bedroom **[2]** 154/25 210/16

been **[50]** 25/3 25/11 30/24 33/21 37/22 38/7 42/19 52/3 56/23 60/21 68/4 73/6 77/7 80/17 81/18 82/17 83/4 84/6 84/7 91/17 91/22 92/10 95/14 98/3 109/7 109/9 109/11 132/7 136/2 137/6 140/21 149/8 149/8 183/7 189/7 190/2 191/13 196/5 196/10 196/11 200/5 203/9 206/18 215/10 216/3 219/7 227/4 227/9 234/3 235/7

before **[36]** 1/10 4/11 16/24 24/19 25/22 25/24 30/12 31/22 31/24 31/25 32/4 32/9 32/10 43/3 70/4 74/20 83/10 86/23 89/7 121/16 142/8 181/18 198/15 200/13 201/15 201/22 203/10 211/3 219/15 229/8 229/11 229/25 233/12 234/10 234/24 234/25

beginning **[6]** 6/9 6/24 35/8 57/13 169/14 182/20

begs **[1]** 223/2

behalf **[4]** 45/6 136/5 202/22 225/8

behind **[5]** 53/23

## B

**behind... [4]** 146/17 146/24 167/24 212/25
**being [23]** 10/12 17/18 43/16 54/1 54/16 60/18 72/11 83/15 90/9 92/25 93/17 98/21 99/10 100/10 100/12 101/12 116/25 143/4 153/23 168/16 172/24 173/15 189/2
**belief [1]** 9/16
**believability [1]** 230/8
**believe [48]** 14/18 22/13 32/20 35/17 40/8 40/12 40/13 41/13 57/11 61/12 63/10 81/21 82/11 95/15 96/18 96/24 97/3 98/11 98/18 100/4 100/14 100/16 101/11 102/9 103/2 103/23 104/19 104/25 105/16 106/21 107/25 108/2 109/3 110/21 111/2 113/12 125/12 125/17 128/4 128/4 144/19 148/7 149/1 188/23 189/2 190/18 226/21 230/5
**believed [1]** 106/23
**believes [1]** 27/10
**believing [2]** 188/12 189/7
**bells [2]** 141/2 161/19
**belong [1]** 74/19
**belonged [1]** 4/22
**bench [4]** 29/17 44/16 49/15 64/18
**beneficiary [2]** 8/3 13/14
**benefit [1]** 49/24
**Bentley [2]** 106/4 106/11
**Benz [2]** 105/6 105/12
**Berger [1]** 180/7
**best [6]** 84/4 147/18 147/21 147/24 189/24 219/11
**better [2]** 147/18 163/10
**between [12]** 19/9 22/24 34/17 36/9 57/21 65/2 84/3 98/3 121/10 161/5 202/21 230/10
**beyond [2]** 48/22

147/6
**Bieber [8]** 57/11 57/14 59/16 59/20 59/24 115/20 224/16 224/25
**big [12]** 52/24 58/20 71/15 82/23 83/1 99/14 99/16 99/24 122/16 178/20 192/12 193/14
**biggest [2]** 59/9 59/11
**bill [2]** 190/23 211/24
**bills [6]** 133/9 146/14 185/6 185/7 185/9 211/23
**biological [1]** 132/5
**birth [1]** 137/8
**birthday [5]** 86/16 86/17 137/18 137/19 154/23
**bit [12]** 46/7 49/23 50/17 90/15 100/7 101/8 102/18 103/2 104/23 113/21 135/9 135/10
**black [1]** 113/12
**blah [3]** 181/19 181/19 181/19
**blazer [1]** 104/8
**blew [1]** 153/16
**blind [3]** 67/5 85/15 143/23
**block [6]** 107/19 167/25 168/3 168/3 168/5 168/7
**blocked [12]** 168/14 168/16 212/21 212/22 212/23 212/24 213/5 213/13 213/18 213/19 213/20 214/2
**blogs [5]** 139/19 139/20 139/21 139/22 139/22
**blue [7]** 104/8 192/13 192/19 192/21 193/1 194/16 205/5
**Blvd [5]** 1/14 1/16 1/18 1/24 236/9
**board [1]** 140/20
**boards [1]** 60/10
**bodyguard [1]** 109/16
**bonus [2]** 190/12 190/14
**book [3]** 139/12 139/13 143/20
**booked [4]** 81/16 135/17 135/18 202/15
**booking [3]** 91/11 133/9 177/17

**bookings [5]** 53/1 91/9 175/11 177/14 203/13
**born [2]** 131/17 131/18
**borrow [1]** 185/9
**boss [2]** 182/10 182/23
**both [12]** 4/22 13/9 45/6 80/20 81/9 115/16 124/16 129/12 178/4 178/16 213/25 226/7
**bottle [2]** 133/25 134/7
**bottom [8]** 7/18 12/17 14/18 20/13 82/1 195/5 205/5 228/9
**bought [1]** 74/20
**box [6]** 183/14 194/16 203/19 205/5 221/16 228/2
**Boys [1]** 145/14
**BOZANIC [23]** 1/17 1/18 3/11 21/2 44/6 47/21 49/3 50/12 61/20 67/23 68/2 69/8 93/8 93/9 114/9 116/3 118/14 120/15 120/16 128/20 130/3 226/7 230/11
**brand [2]** 133/9 139/14
**Brandon [6]** 1/10 94/12 94/20 95/4 122/11 127/1
**break [18]** 29/14 46/1 46/1 46/2 46/6 49/5 49/6 49/10 49/20 49/21 50/1 54/19 114/2 114/7 121/11 130/10 135/18 179/13
**brick [1]** 30/3
**bridges [1]** 34/3
**brief [3]** 75/15 129/4 197/25
**briefly [6]** 44/13 61/10 96/18 98/5 160/22 174/25
**bring [7]** 24/18 50/15 50/18 76/12 130/11 166/9 183/9
**bringing [3]** 120/5 166/10 217/24
**broke [1]** 25/24
**broker [10]** 10/3 38/10 125/12 167/13 167/14 167/17 167/18 167/20 167/23 173/21
**brother [1]** 171/10
**brothers [1]** 215/15

**brought [3]** 32/9 59/10 209/7
**Broward [5]** 1/14 1/24 21/19 22/13 236/9
**Brown [5]** 57/11 57/14 71/17 109/9 115/20
**build [2]** 113/17 113/20
**building [2]** 75/25 101/17
**built [1]** 113/18
**bulletproof [5]** 62/25 123/22 209/1 215/18 216/23
**bunch [6]** 13/2 35/17 99/14 99/15 100/3 100/4
**burden [2]** 33/9 48/21
**business [51]** 36/10 38/12 39/6 52/21 52/22 53/2 53/3 53/5 53/12 53/15 54/1 54/3 54/12 54/13 54/14 58/18 58/25 60/14 60/15 62/19 84/12 84/23 91/7 92/17 92/20 93/3 95/25 103/23 103/24 109/7 133/10 133/11 135/23 139/12 140/20 140/23 146/12 160/9 160/10 164/14 164/20 171/6 171/7 179/6 184/3 184/7 185/10 186/25 191/16 191/18 191/20
**businessperson [1]** 217/13
**but [170]** 5/17 8/22 9/15 10/5 15/9 16/22 23/21 24/8 25/19 31/2 31/14 32/20 33/10 34/11 34/19 36/17 37/6 37/9 39/8 40/19 41/15 41/20 48/10 48/12 48/24 49/24 52/20 54/14 55/4 55/7 55/20 56/14 56/24 57/16 57/17 60/4 60/10 60/21 61/2 63/11 65/18 66/2 66/13 66/17 68/1 73/7 73/8 74/11 78/7 78/21 79/24 80/8 81/9 81/24 83/1 84/5 84/9 84/10 84/20 84/25 85/8 86/22 87/23 88/3 88/14 88/21 89/6 90/19 91/6 91/16 91/19 93/4 99/4 99/21

100/4 100/6 101/8 107/14 107/16 109/2 113/2 114/11 117/2 121/3 123/7 123/15 125/18 125/22 126/9 128/4 132/17 132/19 133/2 135/20 140/16 140/23 141/19 142/24 143/5 143/12 144/8 146/6 147/4 147/18 148/7 151/24 152/12 156/14 160/6 160/11 161/3 162/14 163/10 163/13 164/6 165/9 166/20 167/13 167/21 168/16 170/3 171/1 172/23 177/23 178/2 182/5 185/4 185/14 187/14 187/23 190/15 190/21 191/8 191/14 193/5 193/11 194/18 195/17 197/16 199/2 199/11 200/9 200/13 201/7 201/16 203/15 205/12 206/13 210/13 211/4 213/7 213/10 213/21 214/1 217/20 219/3 219/3 219/10 222/14 222/23 222/24 222/25 223/6 224/18 226/6 226/7 226/22 228/20 231/19 232/23
**buy [18]** 20/18 105/12 156/7 164/2 169/9 173/19 186/15 187/12 187/14 188/8 188/21 189/1 202/1 209/16 220/21 224/4 224/9 235/3
**buying [6]** 65/6 110/15 155/18 155/19 186/5 222/10

## C

**C-E-R-T-I-F-I-C-A-T -E [1]** 235/20
**Cadillac [11]** 106/16 106/20 106/23 123/22 127/16 127/17 128/3 167/2 208/25 215/19 216/23
**California [2]** 14/1 115/17
**call [33]** 23/18 27/15 27/15 27/16 27/17 27/18 36/18 39/6 39/10 39/13 45/6 45/10 46/9 50/14 51/1 62/10 68/2 70/10 72/25 109/16 116/9 130/1 130/18 136/14 139/5 139/5 150/16

**C**

**call... [6]** 171/10 172/7 200/21 208/15 208/15 217/2
**called [26]** 38/10 39/10 48/20 59/3 60/1 62/8 66/3 69/19 69/20 72/23 74/13 86/16 152/16 153/11 162/4 169/1 170/12 170/19 172/3 176/19 190/24 198/17 205/22 205/25 208/14 214/11
**calling [6]** 59/10 115/6 115/23 116/5 152/5 193/19
**calls [7]** 68/15 74/3 75/7 84/3 102/12 149/21 172/5
**calm [2]** 163/8 198/18
**came [40]** 32/10 36/19 40/16 43/23 65/22 66/6 80/6 91/6 96/18 96/19 96/22 97/22 97/23 99/4 99/6 99/7 106/15 106/18 106/20 107/5 108/7 124/22 124/24 131/21 145/3 150/6 152/16 152/22 154/9 154/24 154/25 156/13 171/14 181/14 185/11 190/24 195/24 199/5 205/11 210/14
**camouflage [1]** 67/15
**can [135]** 3/9 4/17 7/24 9/19 10/21 13/15 18/8 19/24 29/12 30/20 31/6 32/14 33/14 39/24 43/13 44/25 45/22 49/24 50/13 64/20 67/2 67/11 68/2 68/6 68/7 68/24 69/7 69/7 69/11 69/18 70/12 73/24 74/5 74/8 76/16 76/18 76/24 77/1 77/2 77/8 78/17 78/21 79/10 79/12 79/13 80/11 81/8 82/15 84/19 85/4 89/20 94/24 97/25 100/23 102/14 105/12 106/22 112/8 113/2 114/6 114/16 116/20 121/3 121/11 122/2 122/7 127/22 129/19 130/8 130/10 130/12 131/6 131/12 139/3 141/20 141/25 142/15

142/21 142/24 143/20 144/15 145/24 149/24 150/9 151/3 155/7 159/12 164/23 165/9 166/18 168/22 169/25 173/10 174/22 179/23 180/19 180/19 182/8 183/4 186/13 194/16 195/7 195/16 195/17 196/8 198/23 199/14 200/15 202/4 205/25 206/2 207/12 207/18 208/8 209/5 209/13 211/10 211/13 211/16 211/18 213/22 214/7 214/10 219/21 220/4 220/22 221/12 222/3 227/1 228/12 229/13 229/18 230/17 234/6 234/12
**can't [22]** 7/12 14/18 29/10 30/2 30/2 37/4 78/21 81/9 83/19 85/19 87/19 88/13 90/17 164/6 165/7 165/9 168/3 190/16 194/3 213/18 221/21 225/17
**cancel [1]** 217/8
**cannot [8]** 67/4 118/2 118/2 119/6 119/7 209/13 217/15 227/24
**cap [3]** 142/19 142/21 143/10
**car [69]** 49/17 65/6 105/3 108/8 124/23 125/2 125/3 125/18 136/16 153/25 155/16 157/10 167/2 167/7 167/8 167/9 167/12 167/24 168/11 168/16 169/5 170/18 171/21 172/2 172/21 172/22 173/1 173/10 173/10 173/13 174/1 190/11 208/1 208/2 208/3 208/7 208/22 209/6 209/16 210/2 212/25 213/3 213/5 213/13 213/17 213/19 214/2 214/8 214/15 214/22 214/25 215/10 216/5 216/12 216/19 216/20 216/20 217/3 217/10 217/14 217/15 217/17 217/21 217/23 217/24 218/1 218/2 218/25 235/15
**card [4]** 170/8 170/10 214/7 214/13
**care [7]** 39/19 83/13

89/21 91/1 146/25 153/9 219/8
**career [3]** 70/8 132/8 133/8
**careful [3]** 39/23 138/9 181/11
**Caribbean [1]** 70/1
**carport [1]** 150/23
**cars [13]** 104/24 105/1 106/13 107/10 146/13 168/7 168/22 169/8 170/25 171/4 171/4 171/5 179/5
**cart [2]** 105/24 105/25
**case [42]** 1/2 3/5 3/21 4/6 4/6 8/11 21/9 21/11 21/13 22/5 22/19 22/20 28/14 46/19 48/1 48/3 48/20 48/25 49/2 50/4 50/23 58/16 63/1 68/9 91/16 114/3 117/3 117/11 120/13 121/1 121/7 139/14 146/23 148/6 149/11 150/3 165/17 217/21 221/18 227/17 229/17 230/9
**cash [13]** 18/4 18/5 18/10 169/9 169/10 169/11 173/19 209/12 209/13 209/16 209/18 210/2 210/7
**Catherine [1]** 131/18
**Caucasian [1]** 106/25
**cause [2]** 101/7 138/25
**Caustic [1]** 139/22
**caution [2]** 129/16 183/4
**celebrities [1]** 109/10
**celebrity [2]** 133/5 157/9
**celebs [1]** 166/17
**cellphone [1]** 43/12
**cent [1]** 185/6
**center [1]** 39/10
**centers [1]** 39/13
**cents [2]** 185/7 233/8
**ceramic [3]** 8/20 110/10 110/15
**certain [18]** 29/5 29/6 54/17 54/19 64/7 65/4 88/24 98/13 99/12 135/17 140/17 140/24 141/1 163/2 164/15 164/15 181/22 214/6
**certainly [2]** 23/1

181/23
**certify [1]** 236/3
**chain [8]** 20/17 165/15 224/3 224/4 224/5 224/6 224/7 224/8
**chair [6]** 51/11 69/6 76/17 94/23 131/4 183/15
**chance [6]** 59/12 66/14 82/8 104/1 144/6 175/3
**change [5]** 10/17 108/7 137/14 142/3 142/8
**changed [1]** 137/17
**changes [2]** 24/6 212/1
**changing [2]** 50/9 102/1
**channels [1]** 91/21
**characterization [1]** 226/15
**charge [3]** 21/13 184/15 204/5
**charged [4]** 44/3 229/16 229/21 229/22
**charges [5]** 33/10 48/22 85/3 85/6 137/23
**charity [9]** 145/4 145/5 145/6 145/7 145/13 191/10 193/3 193/4 193/5
**charm [1]** 156/20
**Chase [1]** 5/11
**check [20]** 18/5 76/11 94/8 95/18 155/13 156/7 156/8 156/9 159/16 163/17 175/15 175/17 186/6 186/8 186/15 187/22 188/22 189/24 201/6 219/14
**checked [3]** 39/7 156/24 200/12
**checks [1]** 6/20
**chief [1]** 48/20
**child [1]** 186/10
**children [1]** 131/25
**choice [1]** 206/7
**chooses [1]** 118/17
**Chris [5]** 57/11 57/14 71/17 109/9 115/20
**chronologically [1]** 191/8
**Chubby [2]** 113/23 113/24
**circle [2]** 90/1 90/5
**circles [1]** 188/9
**civil [3]** 91/5 202/24 202/25

**claims [1]** 196/14
**clarify [3]** 28/4 41/16 127/16
**clarifying [1]** 125/6
**Class [1]** 105/8
**clean [1]** 64/17
**clear [15]** 13/5 13/7 16/12 19/17 29/19 31/11 32/16 33/3 33/14 35/7 36/15 45/18 116/16 171/23 222/18
**clearance [1]** 54/17
**clearer [1]** 7/21
**clearly [3]** 27/23 30/14 79/13
**client [5]** 33/16 114/11 118/14 118/16 192/9
**clients [1]** 129/12
**close [14]** 51/12 69/7 76/18 82/22 85/12 94/24 122/8 131/5 137/11 150/23 151/2 171/10 178/10 183/16
**closed [4]** 14/23 14/25 137/21 174/4
**closer [2]** 178/24 184/4
**closest [1]** 206/3
**clothes [1]** 95/17
**clothing [2]** 159/7 164/21
**cloud [1]** 178/16
**Club [1]** 145/15
**coercing [2]** 118/10 119/18
**collab [1]** 157/20
**collected [2]** 38/1 56/12
**Collier [7]** 115/2 115/3 115/5 115/8 115/8 115/10 115/14
**color [3]** 104/7 113/9 113/11
**colossal [3]** 190/12 190/23 191/1
**come [32]** 9/2 43/11 49/11 50/4 58/3 59/9 61/14 61/16 62/20 64/25 65/15 66/7 74/21 86/17 136/15 139/4 140/24 165/13 173/10 173/12 175/17 175/25 179/18 181/13 187/24 187/24 197/17 198/21 208/6 213/7 214/7 231/19
**comes [14]** 18/21 88/15 141/20 142/12 166/22 166/24 175/19

## C

**comes... [7]**  175/21 178/6 185/3 185/4 190/22 221/25 231/18
**comfortable [8]** 51/11 51/23 69/6 76/16 94/23 122/7 131/4 183/15
**coming [13]** 59/12 80/4 87/3 88/15 91/9 91/10 94/4 128/17 161/18 187/13 189/14 205/8 207/3
**comment [2]** 197/6 204/18
**comments [3]** 197/4 197/5 204/17
**commerce [4]** 47/3 47/7 47/11 47/15
**commercial [1]** 53/8
**commercially [1]** 54/2
**commit [2]** 229/15 229/20
**commitment [1]** 149/15
**committed [2]** 24/13 229/22
**common [1]** 55/19
**communication [2]** 24/20 41/14
**community [2]** 72/20 75/19
**companies [2]** 52/4 171/2
**company [11]** 4/20 17/11 70/19 70/20 70/25 73/4 73/7 73/12 145/9 153/7 160/2
**complain [1]** 151/7
**complaints [1]** 196/15
**completely [3]** 149/2 168/20 211/5
**compliant [1]** 36/1
**compromise [2]** 81/19 81/22
**concerned [1]** 101/7
**concerning [1]** 29/20
**concert [1]** 71/18
**concerts [4]** 58/10 58/11 58/13 95/23
**condition [2]** 196/11 196/15
**conduct [1]** 233/14
**conducted [1]** 209/6
**confer [4]** 44/13 115/23 128/23 129/11
**conference [1]** 27/8
**confirm [2]** 13/15

18/24
**confirmation [2]** 47/9 220/8
**confirmed [2]** 37/4 65/2
**confirming [1]** 196/12
**conflict [1]** 98/3
**confused [1]** 27/14
**connected [4]** 25/18 25/20 28/14 178/4
**cons [2]** 117/19 119/14
**consider [3]** 229/18 229/23 230/8
**considered [1]** 229/13
**considering [3]** 229/15 229/19 229/22
**conspiracy [2]** 44/4 65/5
**Constantly [1]** 146/2
**constructs [1]** 53/21
**consultant [1]** 52/3
**consulting [2]** 52/19 52/20
**consumed [1]** 53/9
**consumer [1]** 160/4
**contact [7]** 37/1 38/12 55/21 59/23 162/6 177/14 177/14
**contacted [2]** 41/20 162/7
**contacts [2]** 39/4 177/17
**contain [1]** 197/21
**content [8]** 59/3 59/3 59/6 59/9 59/11 59/13 59/15 59/17
**contents [7]** 31/16 32/14 34/10 34/14 35/6 35/7 65/9
**context [5]** 20/7 43/13 84/18 86/3 87/7
**continuation [2]** 80/22 82/10
**continue [11]** 34/8 39/24 66/20 67/11 76/13 76/20 81/20 121/24 122/9 153/4 208/25
**continued [3]** 77/5 125/19 195/24
**continues [2]** 81/8 195/13
**continuing [6]** 78/22 82/24 83/6 83/18 83/24 84/8
**contract [13]** 16/19 157/24 157/25 158/2 171/15 189/23 195/16 199/20 202/20 215/8

216/13 216/15 216/16
**contractors [3]** 14/7 26/23 26/25
**contracts [1]** 186/25
**control [1]** 88/19
**controller [1]** 62/12
**conversation [16]** 20/8 23/15 23/16 23/20 43/16 78/11 78/19 78/24 92/12 111/7 111/23 112/2 112/11 112/21 126/3 127/25
**conversations [5]** 36/21 107/2 111/6 164/1 165/14
**convertible [1]** 105/23
**conviction [2]** 119/23 121/3
**convinced [1]** 163/13
**Cook [8]** 1/9 3/9 3/13 3/15 21/5 42/3 42/5 44/10
**cooking [2]** 17/11 133/11
**coordinated [1]** 72/23
**coordinating [1]** 70/7
**copies [2]** 182/7 182/22
**copy [5]** 64/19 66/1 182/8 182/9 182/16
**corporate [2]** 134/25 171/4
**corporation [3]** 4/23 5/10 134/12
**corporations [2]** 5/4 5/22
**correct [118]** 3/18 3/19 4/1 4/2 4/5 4/10 4/15 4/16 4/20 4/21 4/23 4/24 5/23 6/11 6/19 6/22 7/5 7/16 8/21 8/25 9/8 9/9 9/11 9/13 9/14 9/25 10/1 10/7 10/17 10/20 11/16 12/6 12/24 13/9 13/20 13/21 14/10 14/15 14/16 15/7 15/8 15/20 15/24 16/1 16/8 16/20 16/24 17/8 17/11 17/12 17/19 17/21 17/24 17/25 18/13 18/14 18/19 18/20 19/1 19/3 19/18 19/21 19/22 20/16 20/18 20/19 21/9 21/10 23/4 25/12 34/22 35/22 37/22

37/23 38/8 39/18 40/21 40/22 41/7 41/11 41/22 42/10 43/21 43/24 61/13 61/15 62/4 62/7 63/25 64/12 72/13 72/15 73/11 73/15 75/16 78/25 79/21 80/3 80/5 85/23 86/2 86/7 91/7 92/13 119/11 132/5 144/16 153/17 155/25 156/17 157/4 165/2 173/1 174/8 174/10 223/24 230/24 233/5
**correctly [1]** 183/25
**cost [11]** 26/1 26/3 26/5 26/11 26/17 26/18 214/22 214/24 215/10 216/12 216/24
**could [28]** 7/11 7/11 50/16 74/14 74/22 75/3 82/22 83/23 88/22 97/5 104/16 112/22 117/5 135/20 139/10 141/18 149/23 160/8 169/1 170/4 184/24 184/25 197/11 198/18 200/11 212/21 213/22 214/11
**couldn't [10]** 8/6 8/14 38/13 132/13 143/8 143/9 143/13 213/1 216/4 217/16
**counsel [5]** 43/9 64/13 92/6 117/10 182/23
**counter [3]** 18/3 18/5 18/8
**country [2]** 100/15 230/1
**counts [1]** 111/18
**couple [12]** 22/11 31/1 31/14 33/2 33/13 61/5 61/9 100/14 117/14 124/21 152/16 227/1
**course [14]** 21/14 33/9 36/12 36/25 39/1 42/17 115/25 118/5 120/23 141/10 161/20 163/24 175/1 175/1
**court [17]** 1/1 1/23 31/10 32/4 32/6 32/11 33/5 34/2 34/6 46/15 46/19 49/22 65/22 66/18 99/25 117/1 236/8
**court's [2]** 32/19 80/24
**courtroom [9]** 3/2 50/5 50/20 114/4 122/5 129/10 130/14

179/15 183/11
**cousins [1]** 215/15
**cover [2]** 26/1 65/3
**covered [1]** 151/5
**covertly [1]** 32/22
**CR [2]** 1/2 46/20
**crazy [1]** 163/24
**create [7]** 59/2 59/6 59/13 140/11 188/1 192/23 225/12
**created [1]** 225/14
**creating [3]** 52/25 54/3 59/17
**creation [1]** 19/14
**creative [1]** 53/6
**creators [2]** 59/9 59/11
**credit [14]** 18/3 18/8 137/9 170/8 170/10 170/11 171/13 172/16 209/14 214/13 215/14 215/15 215/16 216/2
**credits [2]** 7/7 10/22
**crew [2]** 99/4 100/23
**crime [4]** 24/8 24/13 229/16 229/20
**criminal [4]** 85/2 85/5 203/1 221/18
**criminally [1]** 88/3
**cross [31]** 2/3 2/7 3/13 21/3 21/5 33/20 34/3 34/8 42/8 45/16 61/22 61/25 65/14 66/20 72/4 72/6 75/13 76/13 76/20 77/5 89/25 93/11 114/13 121/14 121/24 122/9 122/11 180/16 183/6 183/18 183/21
**cross-examination [12]** 21/3 34/8 42/8 61/22 66/20 72/4 76/13 76/20 89/25 122/9 180/16 183/18
**crossed [2]** 53/25 130/8
**CRR [2]** 1/22 236/7
**Cummings [3]** 204/14 204/16 204/20
**cup [4]** 158/19 158/21 158/21 159/1
**currently [2]** 95/10 134/10
**cut [1]** 82/11
**cuts [1]** 82/14
**cuz [1]** 224/25

## D

**D-A-D-A [1]** 62/6
**Dada [12]** 51/19 51/20 51/21 51/21 62/4 62/11 65/2 81/15

**D**

**Dada... [4]** 133/2 146/19 146/21 207/14
**Dada's [1]** 207/23
**Dade [1]** 145/16
**Dadeland [1]** 1/16
**Dainty [7]** 225/5 225/18 225/19 225/20 225/23 225/24 225/25
**Dainty's [1]** 225/21
**damage [3]** 150/24 151/1 196/11
**damaged [4]** 191/3 191/4 199/10 199/11
**dancer [4]** 225/23 225/25 226/1 226/1
**dangerous [2]** 55/3 55/4
**data [6]** 35/14 35/23 35/25 36/2 36/4 36/5
**date [18]** 8/18 34/17 34/19 34/22 34/25 35/1 35/3 40/23 40/24 41/2 41/19 81/10 85/7 137/8 143/20 187/25 221/19 228/11
**dated [2]** 47/17 195/5
**dates [6]** 29/5 35/8 40/18 44/4 78/20 96/8
**daughter [1]** 207/17
**DAVID [1]** 1/10
**Davie [2]** 206/8 206/13
**Davito [1]** 109/9
**Dawn [4]** 105/16 105/18 105/18 105/19
**day [32]** 1/9 16/3 29/15 86/16 91/6 132/19 144/22 151/18 151/22 152/20 153/19 155/21 155/21 162/1 163/2 167/20 167/21 167/22 171/15 171/15 173/2 173/3 191/17 196/20 205/18 205/20 210/12 210/14 210/15 214/5 214/7 229/2
**days [9]** 12/20 61/9 80/17 124/16 124/21 152/17 171/16 219/25 227/1
**dead [1]** 217/11
**deadline [7]** 80/18 84/21 84/25 221/4 221/5 221/5 228/1
**deadlines [4]** 83/21 149/20 150/2 150/4
**deal [29]** 39/20 62/19 75/24 81/24 82/5 82/14 82/16

82/18 82/23 108/5 108/6 122/20 126/12 139/2 139/14 169/3 169/10 169/10 170/1 171/24 191/23 208/11 209/12 209/13 209/18 214/4 217/8 217/11 224/2
**deal's [1]** 174/4
**dealer [1]** 163/9
**dealing [12]** 22/12 73/7 84/6 91/17 93/22 107/1 107/1 140/19 140/21 163/7 163/9 169/22
**dealings [6]** 27/4 91/13 95/25 103/15 124/19 125/23
**deals [7]** 60/18 60/20 62/19 82/20 124/6 133/9 180/10
**dealt [4]** 83/15 149/11 174/16 219/3
**debit [1]** 170/11
**debited [2]** 6/20 9/10
**debits [2]** 9/4 13/3
**December [15]** 9/1 9/3 9/5 10/16 10/17 40/9 40/14 40/15 41/7 41/10 41/14 43/2 135/20 172/3 196/4
**December 15th [2]** 9/5 41/10
**decide [3]** 117/25 119/5 230/4
**decided [1]** 230/3
**decides [1]** 230/9
**decision [8]** 33/21 116/13 117/15 118/2 119/7 119/10 121/22 140/7
**decision's [1]** 116/25
**declare [1]** 196/14
**defendant [30]** 1/15 1/17 2/6 36/10 36/16 40/8 43/12 43/18 43/19 43/23 43/25 47/19 47/21 47/21 47/22 77/19 85/2 85/5 116/15 117/8 120/24 120/25 126/18 130/19 229/14 229/19 229/21 230/1 230/3 230/9
**defendant's [1]** 230/5
**defendants [13]** 1/7 22/25 42/20 46/24 48/6 48/24 48/25 62/10 63/24 114/15 116/5 116/13 121/17
**defendants' [2]**

46/23 124/18
**defense [10]** 29/24 32/21 43/9 44/22 45/1 45/21 50/23 65/15 68/15 130/17
**definitely [5]** 71/11 71/21 75/23 81/15 218/23
**definitively [1]** 213/18
**defraud [1]** 218/10
**defrauded [1]** 202/23
**defrauding [2]** 63/3 218/12
**delay [4]** 88/23 98/8 98/9 127/14
**deleted [1]** 177/2
**deliberating [1]** 60/2
**deliver [2]** 125/2 191/4
**delivered [5]** 98/12 125/9 196/10 209/17 218/1
**demand [2]** 180/6 180/14
**demeanor [1]** 102/16
**demonstrative [1]** 134/1
**den [1]** 151/2
**denial [1]** 216/6
**denied [3]** 216/1 216/3 216/4
**Dennis [2]** 70/21 74/1
**dentist [2]** 19/25 223/23
**Department [2]** 22/15 206/8
**depending [3]** 141/15 181/17 181/25
**depends [8]** 110/3 142/23 143/12 149/3 159/9 159/12 159/22 185/1
**deposit [24]** 12/2 12/4 12/11 12/16 12/17 12/20 13/19 15/22 16/23 25/24 144/2 149/14 171/17 191/2 194/22 194/23 194/24 195/18 195/22 198/12 199/1 214/6 214/7 214/13
**deposited [1]** 7/2
**deposits [19]** 6/15 6/18 7/7 9/2 10/16 10/17 10/21 10/22 11/1 11/12 15/9 15/12 16/14 17/18 17/20

18/1 18/15 18/16 18/17
**deregistered [1]** 217/19
**describe [23]** 52/22 97/25 100/24 106/22 110/10 111/4 111/4 111/23 112/11 112/22 113/1 113/2 127/22 135/7 135/9 136/18 141/20 142/14 151/1 155/7 157/6 168/9 173/16
**description [6]** 8/21 9/15 12/4 12/23 16/4 112/22
**designed [1]** 193/24
**desscription [1]** 15/25
**detail [1]** 194/7
**details [3]** 8/22 71/7 121/3
**detective [15]** 21/21 21/24 21/25 22/1 22/4 22/23 28/18 37/2 37/11 37/11 37/14 37/22 37/24 38/6 38/7
**determining [1]** 229/14
**deviating [1]** 54/24
**Devon [1]** 15/20
**did [226]** 3/22 4/18 5/2 10/2 11/17 11/25 12/9 12/14 12/18 14/4 14/24 18/1 18/6 18/16 21/16 21/17 22/3 22/6 22/7 22/16 22/16 22/17 22/18 23/1 23/5 23/8 23/10 23/11 23/13 23/22 24/19 24/25 26/3 26/5 27/4 28/2 28/14 28/16 28/20 28/21 28/22 28/22 29/1 31/16 31/21 37/12 38/2 38/3 38/6 38/9 38/12 38/24 39/9 42/17 43/10 45/5 53/3 53/10 59/10 59/14 61/16 62/10 64/9 70/14 70/17 70/22 70/23 74/1 74/16 75/4 78/10 78/10 80/5 83/9 83/21 87/15 88/10 92/15 92/22 92/24 93/16 96/14 96/23 98/19 99/4 99/10 100/12 100/23 101/7 101/11 101/23 102/4 102/16 103/11 103/15 103/18 104/17 104/18 104/24 105/3 105/13 106/1

106/13 106/18 106/24 107/10 107/19 108/12 108/15 108/16 110/20 112/2 113/13 117/15 117/18 119/13 123/14 123/14 127/25 128/5 128/7 128/9 128/11 129/15 132/11 135/4 137/9 138/3 140/2 141/4 141/5 142/3 143/9 143/17 144/2 147/16 149/15 149/19 150/20 151/7 151/8 151/9 151/15 151/24 152/7 152/7 152/18 153/13 153/21 154/10 154/12 154/21 155/3 155/7 155/10 155/12 155/22 155/23 155/25 156/4 158/5 158/10 160/20 161/9 161/19 161/23 162/2 162/6 162/8 162/10 162/10 162/11 162/12 162/18 162/22 163/4 163/16 163/23 164/4 167/5 167/24 169/18 169/22 170/1 170/18 171/23 172/17 172/18 172/19 173/7 173/8 173/12 173/12 173/15 173/20 173/23 174/1 174/14 178/19 178/23 179/8 181/1 188/4 189/24 190/24 194/23 198/17 198/25 199/18 199/19 202/13 210/12 213/16 213/17 213/18 214/12 216/8 216/12 216/13 224/22 230/4 230/25 233/19 235/7 235/11 235/15
**did he have [4]** 103/11 105/13 107/10 113/13
**did you go [1]** 100/12
**didn't [112]** 4/25 5/3 5/6 8/15 15/4 18/24 24/3 24/17 25/5 26/1 31/17 38/6 39/2 39/17 39/19 49/16 66/4 66/7 73/2 73/2 73/8 73/22 74/19 75/1 75/1 75/2 78/6 83/13 86/17 87/4 87/16 88/21 91/5 91/11 95/8 98/20 99/9 100/25 100/25 101/4 101/5 101/5 101/9 123/4 123/13 125/22 127/11 135/6 137/21 144/9 144/10 150/3

**D**

**didn't... [60]** 152/9
152/22 153/11 155/25
163/19 168/18 174/1
181/13 182/11 185/12
187/18 187/24 188/4
188/22 188/23 189/11
189/23 189/23 190/16
190/23 191/3 191/4
195/20 198/21 199/9
200/9 203/2 203/2
204/4 206/3 206/9
206/20 208/3 208/13
208/15 208/20 210/9
210/11 213/3 213/11
214/1 214/2 215/23
215/24 216/8 216/20
216/25 217/8 217/11
219/17 222/6 222/9
224/22 227/7 227/16
228/5 230/16 232/21
232/21 235/11
**different [23]** 4/20
9/4 14/8 44/2 52/4
55/4 55/8 70/14 82/7
83/21 84/1 87/8
107/16 155/6 155/7
167/21 171/1 171/2
209/14 211/5 212/20
226/6 231/18
**difficult [1]** 166/17
**difficulty [2]** 103/11
136/18
**dining [1]** 108/10
**direct [22]** 2/3 2/7
3/10 5/24 11/20 45/7
45/14 45/14 45/15
45/16 45/16 51/14
51/17 59/22 60/18
69/2 95/1 95/4 131/7
131/14 213/12 213/19
**direction [1]** 114/2
**directly [13]** 10/8
25/16 39/11 74/16
158/11 160/8 160/9
160/12 161/25 162/6
180/23 210/25 210/25
**disagreement [1]**
48/8
**disappointed [1]**
80/16
**discovery [1]** 65/25
**discuss [3]** 50/4
114/3 117/15
**discussed [10]** 8/23
43/9 101/19 116/17
116/22 118/15 119/10
120/9 120/16 125/24
**discussion [2]**
101/25 108/9
**dispute [1]** 150/13

**disregard [3]** 28/9
28/10 102/14
**disrespect [1]** 84/5
**dissatisfaction [2]**
152/12 196/15
**distinct [1]** 165/2
**distinction [1]**
202/25
**distinguish [1]**
230/10
**DISTRICT [6]** 1/1
1/1 1/11 3/5 46/19
46/19
**do [305]**
**do you [45]** 13/2
51/21 52/9 52/11 54/7
62/16 63/1 69/14
69/23 70/4 71/13
71/20 78/5 78/8
100/18 133/10 133/13
134/14 135/2 136/24
137/11 138/12 140/7
140/21 140/22 145/7
146/4 146/15 147/21
147/21 147/25 148/8
156/8 166/15 171/5
175/2 175/8 175/12
175/14 176/4 176/7
176/19 177/12 223/21
234/4
**do you say [1]**
228/10
**do you see [30]** 7/19
7/21 7/22 9/2 9/4
11/10 11/12 11/21
12/2 12/7 12/11 12/16
12/21 13/11 13/22
15/18 15/23 16/7 17/1
17/4 17/16 17/18 20/9
20/11 20/13 40/23
80/23 104/1 143/20
146/7
**Do your [1]** 75/21
**document [21]**
43/23 77/9 78/18
80/25 187/11 187/16
187/17 188/7 188/10
188/17 201/10 205/4
205/7 205/13 210/13
220/23 231/24 232/4
234/13 234/17 234/22
**documents [23]**
15/2 22/12 23/2 42/12
186/24 187/20 188/21
189/2 189/6 189/19
201/25 202/6 202/7
202/17 219/16 219/17
219/19 220/11 220/14
220/21 231/6 231/20
231/21
**does [56]** 21/11
26/11 29/24 58/3 58/3

58/13 58/17 59/6
65/19 69/16 87/18
90/13 91/22 133/6
134/22 134/24 135/11
135/12 136/20 138/18
138/23 138/25 146/12
147/12 147/19 148/2
157/21 158/17 159/8
159/14 159/24 159/24
160/8 160/11 160/14
164/9 165/13 165/14
165/17 166/6 176/17
177/21 180/20 181/18
186/25 186/25 187/2
188/6 188/8 195/9
201/13 224/2 224/23
225/4 226/12 226/19
**doesn't [16]** 16/18
24/12 54/6 86/14
87/21 88/5 140/24
143/5 147/17 169/11
171/24 180/21 215/13
225/10 225/10 225/11
**doing [31]** 32/21
33/21 52/22 54/3 66/5
77/11 82/20 82/22
83/4 99/11 100/21
109/7 109/10 129/13
139/17 141/21 154/1
155/15 159/12 160/17
161/4 164/18 167/16
178/25 225/8 225/9
227/23 228/3 228/4
228/4 228/5
**dollar [1]** 214/23
**dollars [5]** 7/9 79/25
141/22 141/23 184/21
**domestic [1]** 83/5
**Dominguez [27]**
1/15 21/2 29/25 44/8
45/1 47/19 50/24
51/14 72/1 75/10
89/12 89/21 92/5 92/8
95/1 109/25 112/9
116/6 120/15 120/16
128/21 128/22 129/25
130/16 131/7 181/10
183/2
**don't [176]** 9/15
14/5 18/5 20/6 21/1
24/6 25/18 26/19
26/20 26/23 26/25
31/6 31/8 32/3 32/13
33/1 33/8 33/10 37/15
38/20 39/1 39/7 39/14
39/15 39/17 40/12
40/18 41/21 48/24
50/3 54/12 54/13 55/7
56/16 59/4 61/2 62/15
62/18 62/20 62/24
63/9 66/1 66/4 68/8
72/11 72/14 72/16

73/23 74/12 78/1
79/24 82/5 83/21
84/16 85/7 85/19 86/3
86/3 86/4 87/22 88/5
88/13 90/12 92/17
93/8 93/19 94/5 95/22
97/25 98/6 99/23
100/3 100/15 100/17
108/6 108/24 108/25
109/1 110/9 114/3
114/8 115/2 117/22
118/1 120/3 122/24
124/12 124/18 126/9
126/12 132/9 138/15
139/6 139/10 139/15
140/11 143/9 145/23
148/19 148/21 148/21
150/8 152/10 152/22
152/24 152/25 153/1
155/17 161/6 165/21
167/13 167/20 169/21
171/25 172/7 175/24
177/2 177/2 178/10
178/23 187/1 188/17
192/1 192/13 193/5
193/13 193/17 193/22
199/3 200/11 201/22
202/4 203/5 204/22
205/10 205/10 207/4
207/5 207/6 209/10
211/4 211/23 212/1
212/13 213/5 214/4
214/16 218/1 219/2
219/3 219/17 219/19
220/21 221/25 222/1
222/14 222/25 223/1
223/6 223/8 223/9
223/12 225/18 225/20
226/11 226/13 227/6
227/13 227/18 228/11
230/17 231/23 232/21
233/21 234/8 234/15
**Donald [1]** 115/5
**done [18]** 4/14 13/22
60/18 77/11 83/13
98/6 98/12 99/10
102/18 102/25 121/1
147/3 147/6 147/9
159/21 221/12 234/7
234/16
**Donnie [2]** 133/2
207/15
**donut [2]** 158/21
159/1
**donuts [2]** 158/16
158/18
**door [1]** 169/16
**dotted [1]** 53/25
**doublecheck [1]**
207/18
**doubt [2]** 48/23 66/9
**down [20]** 13/21

20/3 26/1 67/25 76/8
81/5 94/5 94/19
128/18 139/7 146/5
147/19 166/22 166/24
179/16 185/3 198/18
204/15 216/14 222/8
**download [2]** 176/23
177/1
**dragged [1]** 125/16
**draw [1]** 30/20
**dressed [1]** 161/3
**drill [1]** 101/16
**drive [14]** 34/10
34/11 59/21 65/12
66/3 106/1 106/13
126/18 128/5 128/7
136/16 157/10 217/15
217/16
**drive's [1]** 65/13
**driven [2]** 209/9
217/16
**driver [5]** 105/1
107/12 107/17 115/14
115/15
**driver's [1]** 204/13
**drivers [1]** 107/14
**driveways [1]**
213/25
**driving [1]** 107/13
**drop [2]** 105/22
105/23
**dropped [1]** 67/8
**drove [3]** 127/17
208/2 208/3
**drugged [3]** 165/25
227/10 227/12
**Dubai [5]** 100/16
145/4 145/5 145/6
198/3
**dude [2]** 106/21
108/7
**due [3]** 28/5 42/15
200/17
**dumped [1]** 177/21
**Dunkin' [2]** 158/16
159/1
**duplication [1]** 45/5
**during [34]** 23/11
24/22 34/24 34/25
35/3 53/10 54/22
56/17 56/19 57/8 58/8
58/18 59/8 59/23
60/14 98/25 102/17
102/21 104/22 104/23
107/2 107/23 109/8
109/9 123/20 135/15
136/5 158/15 159/4
160/17 163/16 163/25
172/21 221/10
**Duwayne [11]** 1/9
51/1 51/9 51/17 61/25
62/11 68/15 68/17

**D**

Duwayne... [3]  77/5 89/17 93/11

**E**

each [8]  6/7 6/15 75/21 83/21 99/18 100/2 164/22 189/19
earlier [5]  43/15 90/4 143/23 148/4 227/17
early [6]  40/14 41/13 49/20 50/1 194/10 221/21
ease [1]  169/23
East [2]  1/14 236/9
easy [2]  81/14 213/7
eating [1]  158/17
educate [1]  57/22
eight [3]  37/3 136/21 176/21
eire [1]  228/20
either [7]  26/21 32/21 91/19 119/24 185/13 195/18 206/18
ELEANOR [4]  1/6 46/21 46/24 47/19
ELLEN [3]  1/22 236/7 236/7
else [41]  5/17 8/1 31/5 31/9 31/18 33/14 33/17 35/3 60/4 73/23 75/2 82/13 82/15 82/17 98/1 104/20 104/21 105/13 107/12 110/10 132/25 133/4 133/21 134/18 134/20 147/12 148/11 152/23 152/23 154/15 155/1 158/17 171/7 176/15 176/20 178/23 182/17 182/25 183/2 225/16 232/12
email [10]  177/14 180/8 211/18 211/19 211/21 228/15 228/19 228/21 234/12 234/21
emails [11]  29/7 175/8 175/10 175/12 175/14 175/15 175/18 176/1 181/14 218/3 218/4
employed [5]  95/6 95/9 95/10 95/14 96/6
employees [1]  123/4
end [21]  3/25 35/8 64/4 67/13 71/12 74/23 75/18 78/14 79/21 81/16 88/10 91/2 91/6 117/3 120/13 146/5 153/13 166/10 214/24 226/5

235/19
ended [6]  71/1 83/6 103/4 108/21 112/9 172/1
ending [5]  6/12 6/25 14/14 231/14 233/4
ends [2]  81/15 116/10
energy [3]  82/9 82/13 82/17
enforcement [3]  25/22 37/17 43/3
engaged [2]  41/20 153/13
English [2]  101/5 123/4
enough [2]  202/4 215/18
entered [6]  3/2 50/20 121/7 122/5 130/14 183/11
enterprise [1]  133/6
entertainment [6]  12/5 13/14 13/17 16/7 109/7 197/20
entire [5]  32/17 39/20 80/25 156/14 183/7
entirely [1]  48/13
entities [1]  13/8
entitled [2]  46/18 236/5
entreprenuer [1]  69/15
entry [1]  143/20
Epic [1]  52/2
episode [1]  102/4
episodes [1]  182/6
equal [3]  33/6 33/6 33/7
equipment [1]  159/21
Escalade [7]  63/1 167/2 169/9 173/18 209/1 215/19 216/23
escort [1]  68/7
especially [3]  55/9 165/18 168/23
Esq [5]  1/13 1/13 1/15 1/18 1/20
essentially [1]  125/19
established [1]  140/20
even [36]  25/24 26/25 32/3 83/22 91/11 124/16 137/6 146/16 146/19 156/10 157/25 161/6 161/12 162/13 163/19 166/10 170/1 173/4 174/1 174/1 175/24 177/2

181/5 184/25 190/16 192/13 201/22 205/12 208/13 212/1 217/11 219/16 222/5 222/20 225/18 230/1
evening [3]  109/2 109/3 125/16
event [5]  98/15 192/13 192/19 192/21 193/1
eventually [5]  23/11 173/1 189/4 189/5 206/10
ever [22]  11/17 11/25 14/24 38/12 66/6 87/13 88/10 92/24 98/19 100/21 103/18 104/17 123/14 168/1 170/18 172/19 173/12 173/12 181/4 212/21 212/22 235/15
every [16]  3/20 28/10 36/19 45/13 57/22 88/14 92/22 141/22 175/20 176/16 176/16 176/21 185/6 191/17 212/1 214/23
everybody [19]  3/3 50/21 113/3 113/6 114/16 126/5 146/25 157/9 157/10 157/16 157/18 177/22 183/9 183/12 202/3 209/11 217/4 217/5 219/14
everybody's [5]  54/8 140/14 174/4 190/8 219/6
Everyday [1]  133/24
Everyone [2]  50/8 56/2
Everyone's [1]  129/24
everything [21]  23/4 23/6 24/25 34/25 35/12 72/23 81/16 81/24 99/6 99/12 127/4 133/24 136/17 163/4 179/5 197/15 197/18 198/6 198/7 200/12 219/7
everything's [2]  109/21 200/12
everywhere [1]  109/19
evidence [32]  4/9 6/2 22/12 23/2 24/2 24/4 24/8 24/9 24/18 29/10 30/5 30/6 31/17 32/23 34/12 38/1 40/20 42/19 47/25 48/3 48/9 65/10 65/11 65/13 77/24 119/24

148/5 150/10 164/2 192/16 203/10 234/14
evidentiary [2]  48/19 49/2
evil [1]  185/16
exact [9]  37/4 40/18 62/20 62/22 79/24 99/22 100/4 100/6 164/6
exactly [15]  29/3 30/8 32/25 33/19 62/18 62/19 85/19 125/24 141/13 153/2 159/14 159/21 186/3 224/1 225/9
examination [37]  3/10 3/13 5/24 21/3 21/5 34/8 42/3 42/8 51/14 51/17 61/22 61/25 66/20 67/11 69/2 72/4 72/6 73/20 75/13 76/13 76/20 77/5 89/17 89/25 93/11 95/1 95/4 122/9 122/11 127/1 131/7 131/14 180/16 183/18 183/21 213/12 213/19
Examiner [1]  35/2
example [12]  6/4 16/23 45/13 54/10 143/19 144/24 145/19 146/4 146/19 146/23 158/14 231/13
examples [3]  142/11 145/18 159/3
except [4]  4/4 32/13 33/12 67/11
excerpt [5]  1/8 3/1 50/7 235/19 236/4
excess [1]  184/20
exchange [2]  36/9 65/2
exchanged [1]  126/16
exclusive [1]  60/23
exclusively [1]  89/23
excuse [3]  48/7 120/15 122/15
excused [3]  44/10 76/7 94/4
executive [3]  52/1 53/6 70/6
exhibit [66]  6/3 11/9 14/11 19/8 35/18 40/20 43/9 46/18 64/20 64/21 64/22 65/10 65/14 66/21 66/23 67/12 77/8 77/18 77/24 78/5 79/6 79/15 80/21 82/2 89/24 130/6 142/6

142/7 180/6 192/4 192/7 194/10 195/1 195/10 196/4 197/13 197/14 199/14 199/25 200/2 200/16 200/25 200/25 203/10 210/4 210/20 211/10 211/13 219/21 221/15 223/21 226/5 227/19 229/12 229/12 229/13 229/18 229/19 229/23 230/11 230/18 230/22 231/12 231/20 234/4 234/5
Exhibit 50 [1]  6/3
Exhibit 6 [1]  195/10
exhibits [6]  2/12 2/13 43/15 65/25 162/17 197/11
existence [1]  181/24
exited [4]  50/5 114/4 129/10 179/15
expect [1]  206/4
expected [2]  85/23 87/2
expenses [4]  13/7 62/20 62/22 146/12
experience [4]  5/16 59/22 59/23 73/13
experienced [2]  103/5 157/7
expired [1]  217/15
explain [7]  43/13 48/14 73/24 104/16 133/4 139/11 207/12
explore [1]  32/3
extent [1]  31/12
extra [1]  3/7
extract [1]  31/21
extracted [1]  31/16
extraction [1]  28/23
eye [2]  135/2 198/7
eyes [15]  4/23 62/12 62/15 134/17 184/11 193/9 193/11 197/16 202/6 202/7 212/24 215/4 232/11 232/15 232/16

**F**

face [10]  27/11 27/11 27/14 27/14 27/18 27/18 27/20 139/15 174/16 174/16
Facebook [2]  176/18 176/21
Facetime [1]  93/15
Facetimed [1]  86/12
facing [3]  85/2 85/5 150/23
fact [31]  11/4 24/2 24/6 24/13 25/16 30/19 33/1 42/20 48/7

## F

**fact...** [22] 48/10 48/12 58/14 59/8 61/9 72/16 108/20 124/16 125/18 137/13 138/1 138/3 144/18 149/1 157/23 169/18 172/1 174/20 180/12 199/4 209/4 226/25
**factor** [1] 83/10
**facts** [4] 47/1 48/4 48/7 48/12
**fair** [7] 26/16 32/17 129/20 145/24 146/15 183/6 183/6
**faith** [2] 32/5 32/12
**fake** [69] 43/10 43/23 63/14 63/16 63/20 90/18 124/12 126/16 148/8 148/15 156/6 185/8 187/16 187/19 188/6 188/10 188/20 189/2 189/19 190/1 192/4 192/8 192/14 193/15 193/17 193/21 193/24 197/20 198/5 198/8 199/22 200/14 200/22 200/24 201/20 201/23 202/4 202/5 202/10 203/3 204/6 204/21 204/22 209/21 209/23 209/25 214/3 214/4 219/16 220/21 220/23 221/22 221/25 223/11 225/6 225/12 225/16 226/9 226/11 226/20 226/22 226/23 226/24 228/4 228/5 230/15 231/5 231/8 231/8
**fall** [1] 146/17
**false** [15] 47/1 47/5 47/9 47/13 200/23 200/24 200/25 202/16 219/19 220/2 220/6 220/8 220/10 220/11 220/13
**falsified** [2] 230/16 233/19
**falsifies** [1] 187/4
**falsify** [2] 187/11 201/24
**familiar** [22] 5/17 11/4 17/9 17/13 21/21 34/12 34/14 39/16 52/5 53/18 53/22 56/1 56/5 71/19 95/20 95/23 96/11 103/21 136/8 147/4 175/20 234/21
**familiarity** [1]

104/23
**family** [3] 146/19 171/10 215/16
**family's** [1] 193/5
**famine** [2] 135/21 135/25
**Famous** [1] 69/22
**fancy** [1] 63/3
**fans** [1] 175/11
**far** [14] 21/14 29/1 30/23 31/17 41/18 51/21 69/23 83/8 85/11 93/20 100/9 133/8 135/13 136/18
**Fargo** [1] 134/23
**fashion** [1] 153/17
**fast** [1] 10/25
**fat** [2] 113/19 113/21
**fault** [1] 67/18
**feast** [2] 135/21 135/25
**February** [17] 10/25 11/1 14/18 14/20 14/21 15/6 15/7 66/11 80/10 80/19 81/18 82/2 85/8 85/16 137/18 142/4 230/23
**February 15th** [2] 14/21 15/6
**February 18** [1] 82/2
**February 18th** [1] 85/16
**February 26** [1] 80/19
**February 29th** [1] 15/7
**federal** [2] 22/19 38/3
**fee** [1] 140/10
**feed** [5] 145/14 191/12 191/14 191/16 191/16
**feedback** [2] 39/23 207/16
**feel** [12] 51/23 70/22 70/23 74/25 81/19 81/23 150/20 169/23 173/7 173/8 173/15 186/12
**feeling** [2] 83/2 83/15
**feels** [1] 32/21
**fell** [1] 208/11
**felt** [3] 74/13 74/14 163/10
**few** [3] 71/21 71/22 171/16
**fifty** [1] 209/15
**figure** [3] 139/4 141/11 214/4
**figuring** [1] 224/20

**filed** [5] 8/19 9/23 9/24 9/24 10/5
**fill** [1] 216/5
**final** [3] 67/14 130/3 151/17
**finally** [3] 47/21 100/12 151/16
**finance** [9] 147/17 169/8 169/10 169/12 171/20 172/15 173/19 209/13 215/3
**financed** [2] 169/9 216/17
**finances** [2] 103/21 184/15
**financial** [2] 53/12 149/12
**financially** [1] 138/20
**financing** [11] 214/17 214/19 215/2 215/7 215/12 215/13 215/18 215/21 216/7 216/8 216/10
**find** [7] 30/16 38/24 39/2 42/17 161/23 169/18 174/22
**findings** [1] 22/14
**fine** [14] 31/19 46/11 74/12 84/2 88/4 120/4 132/21 134/4 197/18 198/6 198/7 200/24 202/10 202/22
**finish** [1] 45/23
**finished** [3] 48/19 98/7 214/20
**first** [51] 15/5 19/12 29/14 44/25 45/9 45/10 45/14 45/15 45/16 46/9 46/10 47/5 63/2 65/16 70/7 78/7 96/14 96/22 96/23 97/13 99/6 100/25 101/16 101/17 106/19 114/1 120/17 120/19 132/1 140/12 142/12 149/7 149/9 158/5 162/19 167/5 194/16 200/16 201/13 203/19 206/13 220/6 221/15 222/17 224/24 227/20 227/21 229/11 231/12 231/20 231/24
**firsthand** [4] 38/21 62/24 72/11 115/18
**fit** [2] 8/6 115/3
**five** [16] 71/14 104/25 110/4 115/25 129/5 129/7 129/19 129/22 143/7 148/19 148/20 153/25 167/21 170/25 229/9 230/19

**fix** [4] 84/5 101/21 152/17 152/22
**fixed** [1] 123/7
**fixing** [1] 103/4
**flag** [1] 168/8
**flash** [2] 65/12 65/13
**flight** [1] 227/2
**flights** [1] 95/18
**flip** [3] 77/8 77/10 80/22
**flipping** [4] 81/12 81/20 82/10 82/24
**Floor** [1] 1/21
**FLORIDA** [13] 1/1 1/4 1/14 1/16 1/19 1/21 1/24 3/6 46/19 128/12 132/14 145/16 236/9
**flu** [1] 224/25
**focus** [1] 22/20
**focused** [3] 23/25 38/4 57/3
**follow** [3] 21/14 30/22 56/8
**followed** [2] 23/1 43/15
**followers** [4] 56/9 56/12 136/8 157/21
**following** [2] 47/1 83/25
**follows** [1] 25/21
**food** [9] 95/19 133/15 133/18 133/20 133/21 191/16 191/17 191/18 191/20
**foot** [2] 99/25 100/6
**footwork** [1] 73/5
**forcing** [2] 118/9 173/19
**foregoing** [1] 236/3
**forever** [2] 20/21 224/13
**forget** [3] 94/5 114/9 114/20
**form** [6] 18/4 18/10 63/6 74/6 111/25 192/17
**former** [1] 52/2
**FORT** [6] 1/2 1/4 1/14 1/24 97/10 236/9
**forte** [1] 54/4
**forth** [2] 32/2 150/16
**forward** [12] 52/13 53/10 58/19 76/15 96/4 130/19 132/25 133/13 135/16 140/18 158/15 167/1
**forwarded** [1] 36/23
**forwarding** [1] 37/14
**found** [6] 32/23 36/9 44/3 87/15 148/16

161/25
**foundation** [1] 78/2
**four** [10] 3/4 12/20 19/15 71/14 104/25 133/20 164/6 170/25 222/4 222/19
**fraud** [4] 15/3 22/20 143/11 173/25
**fraudulent** [17] 5/14 5/23 22/21 23/24 23/25 24/7 25/21 37/5 38/4 42/14 42/15 72/14 138/16 186/4 186/11 186/23 187/2
**free** [1] 180/18
**freely** [1] 138/12
**Friday** [1] 175/19
**friend** [6] 72/25 146/19 157/10 171/10 178/22 185/11
**friend's** [1] 71/17
**friends** [9] 55/10 55/10 55/12 55/12 135/11 136/23 136/24 178/3 185/10
**front** [7] 22/25 117/6 117/6 168/9 168/19 181/3 181/4
**Frontline** [1] 142/13
**frustrated** [1] 88/23
**fulfill** [1] 98/20
**full** [12] 9/20 9/22 26/1 38/13 51/6 62/11 68/23 94/17 130/24 206/22 235/11 235/15
**fuller** [1] 230/7
**fully** [2] 83/3 119/10
**function** [2] 58/4 145/13
**functioning** [3] 152/4 152/25 196/12
**functions** [1] 143/10
**funds** [3] 187/13 198/12 198/13
**Funny** [1] 206/16
**further** [14] 41/23 44/5 71/25 73/16 75/9 76/3 89/10 93/8 94/1 113/25 126/21 128/14 179/11 235/18

## G

**G-O-O-D-W-I-N** [1] 94/21
**Galarza** [8] 115/2 115/3 115/5 115/8 115/9 115/12 115/13 133/2
**gallery** [1] 67/25
**game** [3] 32/17 59/11 121/22
**gate** [3] 167/11

**G**

**gate... [2]** 168/10 168/11
**gather [1]** 43/14
**gave [17]** 20/17 28/24 137/21 154/12 170/8 194/3 198/17 201/1 201/21 201/24 206/9 208/24 215/9 216/13 224/3 224/5 224/8
**general [6]** 53/13 59/5 135/23 143/5 143/6 172/23
**generally [1]** 164/9
**generated [2]** 35/24 36/5
**generating [1]** 58/25
**genre [1]** 135/7
**gentleman [4]** 38/9 59/15 108/15 154/4
**gentleman by [1]** 38/9
**gentleman named [1]** 59/15
**gentlemen [13]** 18/9 29/15 34/7 42/7 44/14 47/24 48/18 49/23 51/25 66/20 101/20 179/12 204/6
**get [117]** 3/5 4/18 4/25 5/3 5/6 16/15 16/18 19/24 20/5 20/10 23/3 23/18 31/10 33/1 34/3 38/12 46/7 50/13 50/13 54/17 55/8 55/20 67/25 70/4 72/22 72/23 74/2 74/14 80/9 82/5 84/5 84/10 86/14 90/21 92/22 95/17 95/19 102/23 112/7 114/14 114/23 120/12 122/2 122/8 130/12 135/20 142/11 146/23 148/10 151/24 156/14 157/1 157/3 157/7 157/15 157/24 159/10 162/10 162/12 162/22 170/9 170/18 172/19 173/4 173/12 175/8 175/10 175/11 175/11 175/12 175/19 176/7 176/13 177/21 178/3 178/10 178/12 180/12 181/21 181/23 182/1 182/19 182/23 186/6 186/7 188/15 189/20 190/8 190/11 191/3 191/6 191/19 192/5 192/19 193/24 197/8

198/16 208/21 210/12 214/6 215/21 216/6 217/2 219/6 221/24 223/12 223/18 225/15 225/18 226/7 227/1 227/4 227/6 227/7 227/8 228/3 228/6
**gets [9]** 16/13 16/14 50/12 57/24 58/13 140/10 198/16 200/14 202/3
**getting [12]** 39/22 53/25 53/25 68/16 84/15 88/10 91/2 133/9 153/4 175/3 175/5 182/2
**ghost [1]** 208/13
**ghosted [1]** 208/11
**gift [2]** 154/9 208/24
**Gig [2]** 12/12 12/25
**Girls [1]** 145/14
**give [52]** 23/17 48/10 48/11 48/12 49/20 50/1 64/20 66/14 72/17 92/7 131/16 138/9 140/9 145/14 154/9 154/10 156/19 156/21 158/14 159/3 160/11 162/24 171/14 173/9 173/11 173/13 175/6 180/20 182/7 182/15 182/22 182/23 187/21 189/1 189/23 189/23 191/14 207/3 207/14 207/15 207/17 214/10 214/11 216/4 218/2 221/4 221/25 226/5 229/9 229/11 230/7 234/16
**given [8]** 24/25 92/10 116/12 116/18 150/18 194/11 206/13 206/14
**gives [3]** 55/5 157/16 160/12
**giving [12]** 10/13 88/14 97/4 138/6 155/16 171/17 189/14 189/16 191/13 193/3 194/5 215/14
**glad [1]** 129/15
**glasses [9]** 67/4 67/6 67/7 67/25 76/12 76/16 76/25 85/4 94/5
**gmail.com [1]** 180/8
**go [84]** 6/15 6/23 7/17 10/11 10/16 11/9 11/12 14/5 15/12 16/22 17/15 20/10 29/12 31/17 31/20 32/25 45/8 45/19 46/10 46/10 49/19

49/25 50/8 55/10 57/19 62/4 64/15 64/16 64/20 65/25 67/10 71/20 74/16 78/2 80/13 81/9 83/19 85/21 86/20 91/21 100/12 102/14 109/19 112/12 116/10 120/17 120/19 136/17 141/2 141/14 141/18 141/23 141/25 142/6 144/9 144/10 144/11 144/15 147/2 156/16 159/12 159/16 160/8 160/9 161/19 163/17 164/20 168/22 169/25 173/20 173/23 176/22 176/25 177/13 177/18 179/17 187/18 191/8 193/20 194/7 195/7 210/9 210/11 223/19
**goal [1]** 188/20
**God [1]** 190/20
**goes [11]** 15/5 44/25 62/18 66/10 83/8 139/7 168/6 168/6 178/6 184/13 184/14
**going [156]** 7/18 9/1 10/12 11/9 14/11 16/22 23/18 29/25 30/1 30/6 30/12 30/14 30/16 30/25 31/3 31/10 31/15 32/4 32/25 33/4 33/25 34/8 44/17 44/21 45/6 45/7 45/11 45/15 45/22 45/24 46/2 49/6 49/19 49/19 49/25 50/18 50/22 52/13 60/3 60/5 63/6 66/20 67/13 67/24 67/24 68/1 76/1 78/15 78/16 79/9 79/11 80/7 80/9 80/21 80/21 81/2 81/12 83/2 83/16 84/7 84/15 84/24 86/1 86/5 86/6 86/13 86/14 89/23 90/21 91/2 92/3 92/5 92/6 96/2 96/8 97/14 110/8 111/5 112/24 113/1 114/1 114/9 114/13 115/9 115/18 115/20 116/7 116/13 118/24 120/12 120/17 121/7 129/7 129/11 129/16 129/16 130/2 130/4 130/8 130/11 132/8 134/1 139/12 139/13 140/17 141/24 142/23 145/19 145/25 150/16 151/8 155/14 157/18 157/19 157/20

159/18 160/20 161/4 165/4 166/4 167/1 167/1 168/3 169/3 169/12 169/15 179/12 181/15 181/16 181/17 181/22 182/10 182/19 188/9 191/6 193/19 193/20 194/1 196/13 198/14 198/15 198/15 208/19 217/6 217/13 218/15 219/8 219/10 219/10 219/14 222/14 223/23 224/24 226/14 229/9 230/7
**Gold [11]** 8/3 8/8 8/11 8/13 8/15 8/17 9/13 9/20 25/10 25/17 43/1
**golf [2]** 105/24 105/25
**gone [5]** 71/21 166/2 198/19 198/20 231/11
**good [51]** 3/3 3/4 3/15 3/16 21/7 21/8 32/5 32/12 42/5 42/6 42/7 54/12 54/12 54/24 62/2 62/3 69/4 69/11 82/8 94/22 113/24 117/8 117/9 118/22 118/23 122/13 122/14 123/9 127/4 127/6 130/20 131/3 140/21 141/12 147/23 156/24 163/23 171/13 183/23 183/24 187/6 187/7 196/19 197/15 197/16 200/13 201/18 204/15 204/15 219/15 228/7
**goods [1]** 158/12
**Goodwin [14]** 1/10 94/12 94/20 94/22 95/4 95/6 114/5 115/2 122/7 122/11 122/13 127/1 127/3 128/17
**gossip [1]** 90/18
**got [76]** 3/20 3/23 3/25 4/3 20/20 25/22 25/23 25/24 30/1 34/25 35/6 35/7 40/6 40/7 40/14 40/17 41/17 41/20 50/10 55/11 57/5 57/20 58/20 65/18 66/1 66/12 66/16 70/18 74/21 76/12 76/15 81/3 81/15 81/17 86/11 86/13 89/6 91/11 93/15 97/13 109/24 131/23 145/17 152/1 152/2 156/17 159/5 162/15 163/18

163/19 170/12 170/19 172/7 178/16 182/4 185/2 186/3 193/15 194/5 194/15 195/17 198/10 198/11 201/21 202/19 209/12 216/2 216/2 216/3 216/6 218/20 222/4 222/20 224/11 224/13 233/23
**Gotcha [1]** 85/13
**gotten [3]** 70/16 202/12 221/2
**GOVERNMENT [21]** 2/2 19/8 32/21 32/22 33/4 33/10 44/20 46/13 48/5 48/21 77/23 92/25 114/22 116/9 118/7 119/25 121/20 130/6 134/3 134/5 164/2
**Government's [45]** 2/13 6/2 14/11 32/19 43/9 46/18 64/22 64/24 66/23 77/8 77/18 77/24 78/5 79/6 79/15 82/1 82/24 89/24 180/6 192/4 192/7 194/10 195/9 196/4 197/13 197/14 199/14 200/2 200/16 200/24 200/25 203/10 210/4 210/19 211/10 211/13 219/21 221/15 223/21 230/18 230/22 231/11 231/20 234/4 234/5
**GPS [1]** 214/15
**grab [3]** 64/20 67/19 122/2
**grand [5]** 91/12 170/13 209/15 210/10 214/10
**great [8]** 40/1 76/16 112/13 113/6 126/3 154/14 180/5 197/1
**green [3]** 203/17 203/19 221/16
**ground [1]** 25/25
**groundwork [1]** 140/18
**groupie [1]** 178/3
**groupies [7]** 136/15 157/4 157/8 185/17 186/5 186/7 188/22
**guess [17]** 5/17 8/21 14/8 82/21 84/9 93/21 96/4 99/11 101/8 103/4 108/2 108/8 116/6 133/5 141/18 144/13 163/4
**guests [1]** 166/9
**guy [25]** 73/23 74/1

| **G** | **hair [7]** 113/9 113/9 113/10 113/11 113/11 185/20 185/21 | **has [55]** 9/10 12/4 15/25 16/3 16/6 17/13 25/17 30/22 33/16 | 38/20 42/25 47/24 48/14 51/13 69/7 91/13 94/25 116/20 | **Hi [1]** 69/13 |
|---|---|---|---|---|
| **guy... [23]** 74/13 74/15 74/17 86/18 90/24 96/16 107/19 108/2 149/13 152/16 155/17 157/23 162/4 167/14 169/20 178/20 205/25 210/3 218/14 218/15 218/22 219/3 224/18 | **half [9]** 7/9 9/23 10/10 15/5 19/16 70/8 83/16 198/19 216/24 | 37/22 38/7 53/14 53/15 53/16 53/17 54/25 55/25 56/2 56/9 56/11 56/15 65/3 | 117/10 131/6 135/21 148/5 149/11 154/3 158/6 217/22 229/11 | **hid [4]** 24/2 24/4 24/8 174/18 |
| | **halfway [1]** 87/6 | 65/16 83/4 83/20 91/9 | **hearing [2]** 90/16 179/21 | **hide [1]** 24/9 |
| | **Hall [4]** 192/13 192/19 192/21 193/1 | 91/10 109/7 116/23 121/20 132/7 134/24 | **hearsay [9]** 37/7 37/18 38/22 102/12 | **hiding [1]** 32/22 |
| **guy's [1]** 218/23 | **hallway [7]** 68/6 68/7 68/10 76/8 94/7 114/6 128/18 | 136/2 137/6 146/7 162/14 164/12 164/17 165/2 177/22 180/23 | 111/12 112/17 149/21 172/5 181/12 | **high [2]** 75/18 173/16 |
| **guys [12]** 3/6 83/3 100/20 101/17 102/11 104/18 111/21 121/24 146/20 167/11 170/24 218/3 | **hand [9]** 21/12 21/12 51/3 68/20 78/16 94/14 130/21 169/15 180/19 | 183/7 190/2 196/10 196/11 203/9 205/12 208/10 215/3 215/16 216/3 216/22 218/3 226/22 230/1 | **heated [1]** 108/9 | **highlighted [1]** 222/3 |
| | | | **hectic [1]** 135/14 | **highly [2]** 60/15 174/20 |
| | **handed [2]** 93/20 155/2 | **hashtag [2]** 160/1 160/1 | **held [1]** 50/6 **hell [2]** 166/14 166/15 | **Hilltop [1]** 16/6 |
| **H** | **handle [5]** 60/25 75/3 84/11 184/3 184/7 | **hasn't [2]** 33/21 83/5 | **Hello [2]** 75/15 194/17 | **him [191]** 20/10 21/13 23/17 23/17 24/5 24/25 27/9 28/2 |
| **hacked [1]** 137/7 | **handled [3]** 83/17 136/5 209/4 | **hating [1]** 82/21 **have [275]** | **help [6]** 50/16 74/9 90/21 141/25 159/18 194/9 | 28/24 29/7 38/12 50/15 50/18 52/20 52/20 53/3 53/5 53/7 |
| **had [128]** 22/13 22/24 22/25 23/1 23/14 23/15 23/15 24/25 25/1 25/11 27/7 27/7 27/9 28/4 30/22 31/13 31/25 33/6 33/6 33/7 37/5 38/20 39/10 40/10 40/12 42/12 42/14 50/22 52/19 57/17 59/8 59/9 59/25 60/5 63/11 64/1 70/10 70/16 70/18 70/22 70/23 71/9 71/15 73/9 79/18 80/1 82/17 82/23 83/1 84/11 85/22 86/5 86/19 87/3 88/24 89/1 91/16 96/11 96/16 96/18 96/19 96/22 97/22 97/23 98/3 98/17 100/14 100/16 101/17 103/3 103/7 103/15 103/19 105/14 105/24 106/11 107/10 113/11 116/2 123/1 123/14 132/13 137/14 142/8 143/23 144/22 148/10 150/2 150/18 153/15 154/17 155/13 156/11 162/23 163/20 168/2 168/22 170/24 170/25 173/4 173/8 173/25 175/6 180/2 180/4 180/11 180/12 180/24 189/7 189/10 189/13 190/15 192/22 195/18 196/5 197/16 198/20 199/2 206/18 207/25 211/2 218/10 218/12 221/20 229/15 233/2 233/8 235/7 | **Haven [1]** 16/9 | | **helped [2]** 3/8 138/6 | 53/12 56/8 59/13 59/21 59/21 60/6 |
| | **handler [1]** 60/23 | **haven't [4]** 31/2 85/13 121/9 208/8 | **helpful [1]** 141/19 | 63/11 66/14 67/17 68/7 68/16 70/10 |
| | **handles [3]** 92/18 92/19 103/21 | **having [11]** 27/23 39/11 59/23 83/22 90/15 91/20 137/17 138/9 152/7 169/23 224/25 | **helping [2]** 84/13 84/24 | 70/18 70/22 71/20 71/22 73/1 74/4 74/19 |
| | **handling [3]** 80/17 169/3 172/11 | | **helps [2]** 77/3 110/9 | 76/12 83/22 83/23 86/6 86/14 86/15 |
| | **hands [1]** 100/5 | | **her [42]** 17/13 19/25 20/2 33/20 47/20 50/13 52/11 65/7 68/2 70/8 86/1 86/6 92/15 104/1 104/3 104/5 116/18 116/18 116/22 117/6 117/6 121/20 140/9 180/16 180/18 180/18 180/20 180/24 181/3 181/4 181/5 181/12 181/13 181/15 181/16 181/18 181/24 182/11 183/4 187/5 188/4 226/6 | 86/19 88/22 89/3 89/4 91/1 91/3 91/17 91/17 |
| | **hang [2]** 153/11 190/25 | **hay [1]** 106/9 | | 92/24 93/23 95/16 95/19 96/6 96/7 97/4 |
| | **hangs [1]** 208/14 | **he [347]** | | 97/14 97/25 98/3 |
| | **happen [16]** 34/2 54/6 87/4 88/17 88/18 91/22 98/16 98/19 108/5 108/7 138/18 151/9 170/1 170/4 171/24 173/12 | **he'll [1]** 46/10 | | 100/18 102/20 106/13 |
| | | **he's [63]** 32/25 45/11 53/2 56/23 57/20 57/24 57/25 58/8 63/3 65/18 66/2 68/14 76/12 78/16 81/2 87/11 87/12 87/19 91/18 92/3 94/8 94/9 109/9 111/19 125/6 125/12 135/17 135/17 135/18 135/18 138/22 140/19 144/18 144/25 157/19 158/21 159/18 160/2 164/2 165/16 181/15 182/4 182/5 186/10 186/10 193/19 193/20 198/14 198/15 198/15 204/20 214/5 218/18 218/22 219/1 219/7 219/14 224/3 226/14 228/3 232/15 232/16 232/20 | | 109/14 109/19 110/20 111/2 113/1 116/7 |
| | **happened [25]** 17/20 73/24 81/4 82/18 86/5 86/12 86/22 90/7 96/17 98/1 101/15 101/15 102/5 102/8 102/17 104/17 104/19 124/8 135/15 155/1 162/25 170/6 172/14 190/11 213/9 | | **here [52]** 3/17 3/25 13/16 14/19 17/1 23/12 28/15 29/10 37/22 38/7 48/6 49/20 50/2 53/11 61/2 61/16 67/20 67/22 79/16 80/11 81/4 82/25 84/22 90/7 91/22 94/9 104/1 114/5 129/17 131/23 134/17 137/14 140/16 142/6 142/7 142/11 143/19 143/20 144/24 145/17 145/17 145/18 146/5 146/20 148/4 155/6 171/23 179/25 185/11 197/16 198/21 206/1 | 122/2 133/1 135/4 136/11 136/13 136/23 136/24 137/3 137/4 137/4 137/5 139/6 146/20 147/18 147/25 149/4 149/11 149/11 149/13 150/18 151/7 152/22 152/23 153/11 154/6 154/7 154/8 154/17 154/19 155/3 155/4 155/5 155/12 155/13 155/15 155/16 155/16 155/18 156/6 156/7 156/11 156/24 158/11 160/21 160/22 161/5 161/18 161/25 162/2 162/8 162/10 162/17 162/18 162/24 163/20 164/17 166/6 167/25 167/25 168/3 168/3 168/5 168/7 169/1 169/15 169/20 170/8 171/25 173/25 177/14 179/8 182/15 185/15 190/24 193/21 193/24 194/1 194/2 198/11 198/17 198/25 199/1 201/6 201/22 |
| | **happening [7]** 82/8 82/11 84/3 110/14 138/17 142/9 224/19 | | | |
| | **happens [5]** 102/23 104/14 161/16 165/1 166/13 | | | |
| | **happy [8]** 64/16 80/13 112/4 113/3 126/5 174/4 196/22 196/24 | **head [6]** 76/8 84/9 94/7 105/22 105/23 128/18 | | |
| | | **hear [9]** 3/20 3/23 4/3 28/2 32/13 65/15 90/17 95/8 181/10 | **hereby [2]** 46/25 236/3 | |
| | **hard [6]** 34/10 34/11 132/18 185/25 193/7 211/6 | | **hey [5]** 72/22 74/15 74/21 159/15 217/12 | |
| **hadn't [2]** 161/12 206/5 | **harder [1]** 55/20 **harm [1]** 141/8 | **heard [20]** 27/9 31/2 | | |

# H

**him... [37]** 203/2 206/6 206/19 206/21 208/6 209/21 209/23 209/24 210/13 214/11 215/14 219/2 219/3 219/8 219/12 222/1 222/12 223/23 223/25 224/6 224/24 225/3 225/8 227/23 228/6 228/11 228/16 228/17 228/18 231/7 231/14 231/16 232/21 232/22 232/23 233/21 234/7

**himself [5]** 75/5 92/10 134/24 158/17 179/6

**Hip [2]** 69/19 70/1

**Hip-Hop [2]** 69/19 70/1

**hire [1]** 107/14

**hired [1]** 208/18

**his [110]** 10/9 16/14 16/19 19/9 23/17 23/18 26/19 26/20 52/9 53/12 53/12 53/15 56/6 56/11 57/18 57/19 58/17 59/10 60/6 60/14 60/15 63/4 65/2 65/3 71/21 74/18 76/12 76/24 81/17 92/12 92/19 95/13 95/17 95/17 95/23 95/23 95/25 96/12 98/14 103/23 103/23 103/24 107/12 107/12 109/7 110/3 111/2 113/20 118/16 132/22 133/8 133/9 134/22 134/24 135/9 135/13 135/14 136/5 136/8 136/20 136/23 136/24 137/7 137/7 137/8 137/8 137/9 137/11 139/6 144/11 152/1 154/23 155/16 155/19 156/20 157/18 157/19 158/10 159/5 159/14 160/6 162/1 162/10 162/12 164/14 164/20 167/18 178/24 179/6 184/3 184/7 197/17 198/12 198/13 200/11 201/21 204/9 204/10 204/11 204/13 206/16 209/6 212/9 218/19 218/20 219/4 224/24 225/10 227/1 227/3

**Hispanic [1]** 127/23

**history [1]** 119/24

**hit [3]** 103/3 160/8 224/24

**hits [1]** 57/17

**hmm [12]** 22/7 52/14 52/16 61/11 63/23 77/20 79/14 87/10 106/3 160/7 197/3 223/4

**hold [4]** 82/14 219/20 220/22 221/10

**holding [1]** 64/21

**holds [1]** 143/13

**holes [3]** 101/17 101/21 151/3

**home [2]** 100/22 217/3

**homeless [4]** 145/14 191/12 191/14 191/16

**homes [2]** 146/13 146/13

**honest [5]** 49/18 65/22 108/24 121/10 161/6

**honor [57]** 20/23 25/8 28/12 29/19 44/7 44/9 48/16 49/4 50/11 50/25 51/15 58/5 60/9 61/23 64/23 65/1 65/9 66/25 69/9 71/23 73/18 76/6 76/22 77/23 79/2 79/3 79/7 80/24 83/21 89/13 89/15 93/24 94/3 95/2 111/14 117/4 118/15 118/23 119/12 119/15 119/17 119/20 120/14 120/18 121/15 128/16 130/5 131/8 131/11 133/25 179/11 181/9 190/2 192/15 207/8 233/25 234/13

**HONORABLE [3]** 1/10 1/23 236/8

**honoring [1]** 83/3

**hook [2]** 87/15 87/16

**Hop [2]** 69/19 70/1

**hope [2]** 3/7 50/22

**hotel [1]** 20/11

**hotels [1]** 95/19

**hour [2]** 3/6 3/7

**hours [6]** 109/2 111/22 126/7 143/13 153/25 153/25

**house [48]** 19/18 19/21 19/24 20/5 28/18 59/10 69/20 96/12 96/18 97/7 97/9 97/14 98/25 104/18 106/2 107/13 123/3 123/15 123/17 123/17 123/18 123/19 123/21 124/8 124/25 125/3

**hit [3]** 103/3 160/8 224/24

136/16 140/24 153/19 154/19 154/22 154/23 157/10 160/22 160/23 161/4 166/7 168/1 169/19 171/14 190/12 195/25 199/5 208/5 209/7 210/14 213/15 223/17

**houses [1]** 59/3

**Houston [1]** 11/20

**how [103]** 4/17 7/2 7/6 15/12 21/18 23/23 26/3 26/23 31/16 39/16 44/2 51/21 51/22 52/7 54/23 56/9 58/3 58/17 59/18 59/19 59/21 62/18 67/22 70/2 71/10 78/8 79/23 80/16 83/2 84/6 84/9 84/11 86/18 88/12 91/7 91/9 93/17 93/17 95/6 95/9 95/14 100/20 104/24 109/24 110/10 110/20 111/21 112/11 113/5 116/10 116/17 121/5 133/5 133/6 133/18 134/16 135/7 135/14 136/18 139/2 139/10 141/20 142/1 146/4 148/12 150/18 154/21 155/7 155/10 157/7 157/17 158/8 159/8 159/9 159/12 159/14 161/21 162/10 162/12 162/17 164/4 168/3 169/20 170/22 171/5 172/1 173/8 173/16 176/2 176/17 176/19 180/20 194/23 200/9 203/8 205/2 207/13 217/23 218/17 219/15 226/22 230/7 233/19

**huge [1]** 197/1

**Humberto [2]** 1/15 47/19

**hundred [3]** 32/20 58/15 99/19

**hundred percent [1]** 58/15

**hundreds [3]** 141/22 141/23 147/5

**hurt [1]** 164/20

# I

**I get [1]** 198/16

**I got [1]** 66/1

**I will [7]** 60/12 116/4 117/2 118/1 119/6 150/11 206/2

**I'd [14]** 44/18 45/22 46/17 57/3 71/11

74/23 92/20 116/10 116/25 129/18 175/6 180/14 181/11 181/23

**I'll [31]** 9/2 31/1 31/13 31/20 31/20 32/15 33/2 33/15 34/1 44/13 46/9 46/10 65/15 65/21 74/5 81/13 89/21 92/21 116/14 129/8 129/19 129/22 130/1 153/3 173/10 175/19 176/20 179/21 181/10 194/24 226/5

**I'm [163]** 7/17 9/1 10/12 10/25 11/9 14/11 14/19 16/22 18/11 20/3 25/15 32/4 32/7 32/10 34/2 34/21 35/5 36/7 39/7 39/11 39/16 40/19 41/19 45/7 49/19 49/19 50/9 52/1 52/13 53/6 53/21 53/21 54/22 56/20 56/24 59/4 63/6 64/16 64/21 65/23 67/5 68/13 69/15 70/14 73/8 74/11 74/11 74/23 76/1 77/7 79/9 79/10 79/15 80/7 80/9 80/21 81/12 81/20 82/1 82/5 82/10 83/2 83/14 83/15 84/2 84/9 85/15 87/13 87/14 87/14 87/15 87/21 87/22 88/25 89/4 89/20 89/23 90/15 90/17 92/5 95/8 95/17 96/2 96/8 97/1 98/25 99/19 99/22 100/5 107/1 110/8 110/9 112/7 112/24 113/1 115/13 116/7 116/8 116/12 118/24 123/16 128/4 129/15 130/17 132/8 134/1 135/14 140/17 141/24 143/5 147/8 147/15 147/17 147/18 148/4 148/7 149/7 151/15 152/9 155/21 160/20 162/13 167/1 167/22 168/16 175/3 175/20 180/21 182/2 186/5 187/14 187/21 189/5 189/6 192/24 194/4 194/15 195/9 198/4 198/4 199/25 202/20 210/13 212/7 213/8 213/15 213/15 215/10 217/12 217/13 219/8 219/10 219/10 219/13 222/1

222/25 224/24 225/3 225/8 225/10 229/9 230/7 234/3

**I's [1]** 53/25

**I've [26]** 45/2 48/20 52/2 52/3 60/21 71/21 74/20 74/21 81/3 84/6 84/7 87/12 88/6 91/18 91/19 116/17 116/22 119/22 168/2 178/16 191/13 202/10 202/12 203/5 217/16 226/24

**I-N [2]** 8/4 8/5

**iCloud [2]** 178/5 178/9

**idea [7]** 26/18 122/20 123/1 124/1 181/14 201/19 226/22

**identification [5]** 66/22 66/24 180/6 181/24 234/4

**identify [2]** 37/1 65/17

**identity [2]** 137/6 174/18

**if [145]** 7/12 18/5 24/25 25/13 25/18 30/4 30/25 31/3 31/8 32/3 32/6 32/11 33/1 33/14 33/18 33/20 36/17 39/7 39/11 39/14 39/15 39/23 40/19 45/22 48/24 55/9 55/10 57/19 59/14 60/3 61/14 63/7 65/18 65/23 65/25 66/6 67/21 69/6 71/9 73/2 74/12 76/15 76/18 77/3 78/1 78/17 82/8 86/5 86/14 89/1 92/20 93/8 94/8 94/22 101/10 110/9 115/3 116/10 116/13 117/21 117/22 117/25 118/1 118/5 118/20 119/5 119/23 121/19 121/21 122/1 128/23 131/3 131/4 132/20 139/4 139/12 140/19 141/7 141/19 141/25 142/11 142/23 142/24 142/25 142/25 143/9 143/12 147/2 149/19 150/15 152/21 152/23 152/25 155/18 155/21 157/17 162/14 163/17 163/23 164/20 165/1 165/4 167/24 168/22 171/23 172/15 175/6 175/19 176/22 177/13 178/9 178/20 181/4 181/5 181/15 183/3 183/25

**I**

**if... [28]** 190/11 193/2 194/15 202/9 204/22 207/3 207/6 207/16 207/19 207/20 208/3 209/5 210/24 212/9 212/25 213/7 213/17 216/13 217/20 219/16 221/17 221/23 221/24 221/24 222/25 223/1 225/17 227/4
**if you can [1]** 141/25
**ignoring [1]** 215/13
**image [3]** 164/14 178/21 200/11
**images [4]** 34/17 36/17 36/18 179/3
**imagination [1]** 97/4
**imagine [2]** 145/24 228/20
**immediate [1]** 87/2
**immediately [1]** 185/13
**impeach [3]** 180/14 180/20 181/24
**impeachment [4]** 26/12 27/21 180/21 230/8
**imperative [1]** 55/23
**implied [1]** 180/24
**implying [1]** 32/22
**important [3]** 22/22 27/2 116/17
**impossible [2]** 168/5 168/19
**impression [4]** 115/23 149/10 152/1 155/5
**improper [4]** 26/12 27/21 197/4 207/8
**in [419]**
**Inc [7]** 8/6 8/8 9/13 9/20 11/13 11/17 192/10
**inches [2]** 99/20 100/6
**incident [1]** 221/20
**incidents [1]** 110/8
**inclined [1]** 116/8
**include [2]** 31/8 35/10
**included [3]** 158/5 158/7 200/19
**includes [1]** 48/4
**including [3]** 88/6 108/15 230/9
**income [5]** 7/8 7/11 7/13 18/21 158/10
**incomplete [1]** 149/2
**increase [1]** 93/23

**INDEX [1]** 2/1
**India [2]** 100/16 198/21
**indicate [3]** 149/19 187/25 195/10
**indicated [3]** 116/24 180/11 234/24
**indicating [3]** 99/24 99/25 104/6
**indications [1]** 42/19
**indicted [2]** 206/12 206/18
**indictment [4]** 48/22 229/16 229/21 229/22
**individual [5]** 43/20 43/23 107/24 124/22 127/17
**individuals [2]** 174/20 189/19
**industry [7]** 52/1 62/9 88/19 135/11 140/15 157/18 164/13
**information [28]** 22/23 22/25 30/20 37/1 37/14 38/25 43/16 43/19 43/22 138/7 138/10 138/12 143/6 155/23 162/12 162/13 178/11 178/13 187/9 194/4 194/11 194/13 200/19 200/22 201/24 203/20 204/23 205/12
**informed [2]** 49/1 89/2
**initial [2]** 191/2 194/13
**initiate [1]** 21/16
**initiated [2]** 37/24 37/25
**inoperable [1]** 30/6
**inquire [2]** 117/1 182/6
**inside [2]** 167/12 213/21
**insignificant [1]** 202/6
**inspect [1]** 33/6
**Instagram [16]** 55/19 55/20 55/24 56/2 56/6 56/15 137/7 157/14 159/17 159/18 176/7 176/18 176/20 177/13 177/18 207/16
**Instagrams [1]** 157/12
**install [2]** 96/25 99/5
**installation [5]** 26/20 99/9 100/23 127/13 150/4
**installed [16]** 13/20

96/12 97/11 97/15 98/21 100/13 101/13 123/11 150/22 151/16 178/20 190/16 194/12 196/2 196/6 198/11
**installing [3]** 97/24 102/11 195/14
**instance [3]** 55/11 139/14 144/18
**instances [2]** 140/17 190/21
**instead [3]** 92/15 96/8 162/2
**instruct [3]** 28/22 118/1 119/6
**instruction [4]** 33/5 226/4 226/7 230/7
**instructions [1]** 229/10
**insurance [2]** 142/13 170/20
**insure [1]** 170/19
**insured [2]** 170/25 171/1
**intake [1]** 22/12
**intend [1]** 146/25
**intended [2]** 180/25 180/25
**intent [2]** 153/9 229/15
**intention [11]** 141/9 141/10 146/21 171/18 171/21 173/25 180/25 186/16 190/19 218/10 218/12
**intentions [2]** 54/12 54/14
**interests [1]** 83/1
**interstate [4]** 47/3 47/7 47/11 47/15
**interview [4]** 22/16 22/18 24/17 24/22
**interviewed [3]** 22/2 24/19 38/1
**into [33]** 6/8 31/20 39/19 42/19 44/18 46/17 47/25 51/7 63/12 70/5 75/2 77/24 78/15 78/22 80/13 94/7 110/8 114/6 119/24 121/7 125/16 144/13 175/21 176/22 177/18 178/6 188/12 189/7 189/14 198/9 203/9 208/19 210/16
**introduce [3]** 69/11 134/2 157/19
**introduced [4]** 19/8 42/19 119/24 203/9
**investigate [11]** 11/17 11/25 12/9 12/14 12/18 14/24

18/1 18/6 18/16 38/9 140/12
**investigated [1]** 14/2
**investigating [1]** 153/4
**investigation [17]** 4/13 9/16 9/19 13/16 21/15 21/16 21/18 21/19 21/22 22/20 36/25 37/12 37/13 37/24 37/25 38/4 42/18
**invited [1]** 166/9
**invoice [10]** 140/10 194/20 194/25 195/5 195/8 195/9 195/17 200/2 200/17 221/6
**invoked [1]** 68/5
**involved [22]** 5/13 23/19 25/22 38/18 38/20 40/7 40/7 40/14 40/17 43/4 53/15 63/19 72/8 74/2 132/11 132/22 133/4 135/7 167/5 180/12 206/5 233/23
**involvement [1]** 97/20
**involves [3]** 58/16 96/4 136/10
**involving [1]** 125/25
**iPhone [1]** 177/9
**irreparable [1]** 84/5
**IRS [1]** 83/9
**is [384]**
**is it [2]** 9/16 67/25
**is the [1]** 177/10
**island [1]** 135/10
**isn't [10]** 22/22 24/8 54/14 64/1 64/6 65/11 83/4 83/16 88/4 212/4
**issue [3]** 63/11 179/23 180/4
**issues [2]** 60/5 186/23
**it [515]**
**it's [139]** 3/6 7/7 8/22 18/5 20/2 25/19 30/3 31/19 31/19 32/16 33/15 34/12 35/17 37/8 37/9 39/23 46/11 46/18 47/17 49/24 55/9 56/15 57/3 65/9 65/12 66/3 67/15 67/17 67/19 73/5 74/10 75/25 77/9 80/17 82/22 87/18 87/19 90/14 90/17 90/19 91/22 93/4 97/10 97/14 99/17 99/17 100/3 100/4

105/8 105/12 105/20 105/22 105/24 106/2 106/6 111/14 116/23 117/7 121/19 134/1 135/24 139/23 139/24 141/6 142/23 142/23 142/25 142/25 150/10 155/21 160/1 161/18 161/18 163/17 163/18 163/18 164/1 164/3 164/14 165/13 167/8 167/21 168/11 168/19 169/9 169/10 173/18 176/1 176/3 177/9 177/23 178/15 178/16 180/10 180/25 181/12 181/12 185/25 186/11 187/6 187/7 193/2 193/7 196/17 197/1 200/8 200/11 201/20 202/2 202/25 204/2 204/8 205/10 209/12 209/18 210/19 211/5 211/6 211/19 211/24 212/8 212/9 212/9 212/10 212/24 213/7 213/22 214/4 216/4 217/14 218/10 220/20 222/18 223/1 224/6 224/18 224/18 227/12 231/18
**item [4]** 101/12 156/8 160/12 175/21
**items [6]** 26/17 34/24 35/1 35/16 175/24 176/4
**its [4]** 29/21 31/15 181/24 196/12
**itself [4]** 134/7 167/12 230/11 233/14

**J**

**jacked [1]** 91/17
**jail [7]** 84/15 84/24 86/1 86/7 86/14 86/19 91/3
**Jamaica [3]** 71/15 131/18 134/21
**JANICE [12]** 1/6 1/10 13/8 46/21 46/24 47/19 52/12 104/4 131/1 131/14 180/8 183/21
**January [6]** 10/21 47/9 81/18 197/13 198/21 220/7
**January 25 [1]** 197/13
**Jenkins [1]** 35/2
**jet [1]** 132/13
**jeweler [23]** 8/14 63/11 72/21 72/21

**J**

**jeweler... [19]** 73/25 74/2 86/11 86/12 86/19 90/24 91/16 93/16 93/18 163/9 180/10 180/11 221/17 221/23 221/24 221/25 222/22 222/25 223/1

**jewelers [14]** 8/24 9/25 14/7 25/10 42/13 73/4 75/21 93/22 156/9 219/1 222/2 222/4 222/19 233/22

**jewelry [13]** 17/1 58/16 72/20 74/20 75/16 75/18 93/20 93/21 164/10 164/21 222/6 222/9 222/11

**job [3]** 136/18 185/16 198/10

**joined [3]** 217/4 217/5 217/6

**joint [1]** 37/13

**Jonathan [1]** 94/20

**Jones [12]** 1/13 12/4 47/18 61/22 64/19 64/21 76/20 77/11 77/16 78/3 88/7 121/11

**JPMorgan [1]** 5/11

**JUDGE [72]** 1/11 3/12 20/25 29/12 29/19 30/14 31/19 32/7 32/18 42/1 44/5 44/18 46/14 46/17 49/5 49/11 49/17 50/9 50/14 61/21 63/6 64/14 65/21 68/4 68/13 68/15 71/25 72/2 75/9 76/9 94/1 94/8 104/12 110/4 110/6 114/20 114/23 115/5 115/7 115/22 116/4 116/8 116/16 120/19 120/23 121/2 121/18 128/23 129/14 129/21 130/17 134/4 149/23 174/24 174/24 179/20 180/5 181/11 182/18 183/1 183/3 183/19 197/11 201/8 204/17 205/14 220/15 226/3 230/13 230/20 235/4 235/18

**judged [1]** 58/20

**juggle [2]** 138/25 146/4

**juror [1]** 230/1

**jury [57]** 3/2 4/17 7/25 18/9 28/9 28/10 29/20 30/1 30/18

32/10 32/22 48/13 50/4 50/5 50/13 50/19 50/20 51/25 52/22 69/12 79/15 80/12 99/17 100/24 102/13 114/3 114/4 118/1 119/6 122/4 122/5 129/9 129/10 130/11 130/14 131/16 133/5 142/14 151/1 155/8 179/14 179/15 179/23 183/9 183/11 188/20 190/18 193/17 198/23 204/7 207/13 208/9 211/11 213/18 216/22 226/21 229/10

**jury that [1]** 188/20

**jury's [4]** 3/4 55/15 147/3 183/4

**just [177]** 5/9 5/17 7/8 7/21 9/3 11/3 16/18 16/24 18/5 18/16 19/2 19/4 19/23 20/6 20/20 20/23 24/17 26/1 33/12 35/6 36/14 37/9 37/15 39/22 39/22 39/23 41/20 44/14 44/24 45/3 45/12 45/22 46/4 47/24 48/13 48/14 48/19 49/7 50/9 53/16 53/24 54/10 54/14 55/3 57/1 57/3 59/4 61/3 61/5 64/15 65/2 65/21 65/23 65/25 66/10 68/10 68/16 70/5 71/23 73/12 73/22 74/11 74/13 74/13 74/14 74/15 75/1 75/2 75/15 76/11 77/10 77/13 77/13 79/10 81/13 84/2 84/19 84/22 84/23 87/24 88/22 91/11 93/21 96/24 97/3 97/4 97/17 99/17 99/17 100/17 101/5 101/8 106/2 106/25 107/5 107/5 108/7 111/6 114/11 114/23 114/23 115/14 115/22 116/10 116/16 118/25 119/20 120/4 120/9 121/2 123/3 124/8 126/18 127/16 130/3 131/16 132/17 134/1 134/7 138/12 138/13 139/9 140/22 142/11 143/6 146/14 148/13 149/1 156/23 158/19 158/21 160/11 160/25 162/22 164/15 169/15 169/25

170/19 173/10 173/13 173/25 177/23 178/10 180/20 180/21 181/11 182/16 182/22 185/4 188/4 188/6 188/20 189/24 190/11 190/12 191/8 191/15 195/20 202/1 202/6 202/13 205/7 205/13 207/6 216/10 216/23 218/5 219/20 222/12 222/18 222/24 223/17 227/15 229/12 230/4 230/19 234/16

**Justin [6]** 57/11 57/14 59/16 60/2 98/17 115/20

**Justin's [1]** 60/4

**K**

**Kanema [1]** 132/1

**Kebu [4]** 209/23 210/18 210/20 212/13

**keep [22]** 16/19 32/4 45/22 45/23 45/24 135/2 137/11 143/11 164/17 164/23 178/9 186/3 193/7 194/3 196/13 201/23 207/24 215/14 218/15 224/3 226/14 235/7

**keeping [3]** 185/25 190/15 199/2

**keeps [2]** 21/13 215/13

**kept [14]** 20/17 25/19 193/19 206/17 208/1 208/3 208/4 208/22 208/22 208/23 208/24 216/19 222/14 224/8

**keys [1]** 78/23

**kind [14]** 45/1 69/18 69/25 71/4 82/14 83/11 90/14 91/10 93/20 128/11 141/21 156/17 161/9 177/7

**kinds [3]** 30/25 31/1 160/15

**Kingston [84]** 1/7 5/4 10/9 12/4 12/11 12/18 12/23 13/8 16/4 16/7 16/13 17/4 17/9 18/12 20/9 23/17 25/13 28/17 40/6 41/16 46/22 46/25 52/5 52/7 52/12 52/18 52/23 53/14 54/18 56/17 57/17 59/5 59/19 61/3 65/4 70/2 73/1 73/9 77/19 81/21 87/20 89/1 92/10

95/14 96/11 98/4 98/10 98/22 101/10 102/7 102/17 103/8 103/22 107/23 108/12 109/6 110/15 115/15 118/21 118/22 120/25 130/3 131/19 132/3 133/6 133/7 133/11 133/24 134/13 134/19 138/18 144/2 157/17 158/8 159/15 166/20 177/18 190/9 191/19 192/5 192/19 194/17 203/13 203/14

**Kingston's [8]** 5/1 18/22 56/5 115/10 132/8 138/4 177/13 212/6

**kingstonbookings90 [1]** 180/8

**KISEAN [8]** 1/6 46/22 46/24 47/22 132/2 180/7 211/17 212/9

**kitchen [7]** 17/5 17/9 133/12 134/13 134/19 151/2 203/14

**kitchens [1]** 133/14

**knew [23]** 38/18 72/21 72/21 72/22 73/12 73/25 74/1 83/9 85/2 85/5 85/25 138/1 155/15 158/7 163/8 167/19 173/21 174/7 174/10 174/12 201/22 209/16 221/21

**know [215]** 4/13 5/24 8/15 14/1 14/21 14/24 18/3 18/5 22/22 24/3 24/4 25/13 25/18 26/9 26/16 26/19 26/20 26/23 26/25 27/2 29/8 31/6 31/6 31/20 31/22 33/8 33/15 34/2 35/7 35/23 36/1 36/2 36/5 36/24 37/15 39/7 39/14 39/15 39/17 40/3 41/15 41/20 41/21 45/12 46/11 52/8 52/9 52/11 52/24 53/1 53/6 53/8 53/10 53/14 54/6 54/8 55/5 55/8 55/9 55/16 56/9 56/10 56/10 56/14 56/16 57/7 57/16 58/14 58/21 59/5 59/14 59/25 62/18 62/19 62/20 63/8 63/9 71/1 71/7 71/7 71/14 72/14 72/16 73/2 73/8 75/3 75/21 77/11 78/1

79/24 84/6 84/12 84/16 85/7 86/3 87/22 88/5 88/13 90/13 91/6 91/7 91/9 91/15 91/20 93/8 93/16 93/19 98/1 99/19 99/23 100/3 100/14 101/9 101/10 107/11 108/6 108/7 110/10 114/22 115/3 116/1 116/17 122/24 124/12 124/18 125/12 125/22 126/9 126/12 126/18 130/10 132/9 135/15 138/3 138/16 139/9 140/21 141/22 143/17 147/2 147/3 148/21 150/15 152/22 152/25 153/16 155/17 155/18 157/3 157/21 158/5 159/3 160/4 160/5 161/6 162/14 163/17 164/14 166/20 166/21 167/13 167/20 169/11 169/21 175/14 175/24 176/22 176/25 177/2 177/2 178/10 181/13 187/1 192/1 192/13 200/12 203/5 203/6 204/15 204/22 205/10 205/10 206/4 208/15 208/20 209/10 211/4 212/1 213/5 213/8 214/16 218/1 218/5 219/2 219/3 219/17 219/17 219/19 219/20 222/23 223/1 224/14 225/10 225/10 225/11 225/18 225/20 225/23 226/22 228/11 229/5 230/19 232/21 234/7 234/8

**knowing [2]** 72/24 83/13

**knowingly [2]** 187/15 187/19

**knowledge [26]** 5/18 35/9 38/21 57/7 57/9 59/19 59/22 60/17 60/18 62/24 63/4 63/14 72/11 75/4 96/9 102/3 102/25 108/17 109/6 125/20 127/7 142/21 147/17 153/15 213/11 213/20

**known [5]** 46/22 48/2 52/7 70/2 204/20

**knows [14]** 59/19 59/21 84/10 136/17 140/11 148/12 157/18 224/16 225/6 225/9 225/12 225/15 225/17 226/9

**K**

**Kurt [1]** 132/1

**L**

**LA [2]** 22/15 132/14
**ladies [12]** 18/9
29/15 34/7 42/7 44/14
47/24 48/18 49/23
51/24 66/19 179/12
204/6
**Lakeshore [1]** 15/20
**language [4]** 27/10
27/19 28/5 196/8
**large [7]** 43/10 64/1
147/9 166/7 168/9
208/14 212/21
**Las [2]** 61/12 97/10
**last [20]** 17/15 30/21
51/7 65/22 68/24
71/13 71/17 94/18
120/25 121/1 121/10
129/3 129/12 130/25
131/1 172/3 179/13
223/2 223/3 229/9
**lasted [1]** 126/7
**lastly [2]** 20/20
224/13
**late [4]** 3/5 29/15
144/16 154/24
**later [13]** 10/10
12/21 40/15 88/12
124/21 151/25 151/25
162/1 187/24 197/20
228/15 229/2 230/24
**LAUDERDALE [6]**
1/2 1/4 1/14 1/24
97/10 236/9
**launched [1]** 133/22
**law [9]** 1/17 1/20
25/22 37/17 43/3 48/2
166/22 166/24 207/2
**lawsuit [1]** 180/17
**lawyer [5]** 194/5
194/5 208/15 221/17
221/23
**lawyers [9]** 23/19
40/6 40/13 40/16 88/2
153/14 180/12 233/23
233/24
**lay [4]** 78/2 140/18
166/22 166/24
**layer [2]** 54/20 55/1
**layers [3]** 54/5 54/7
54/15
**laying [1]** 20/3
**laymen's [1]** 7/8
**LCD [1]** 218/22
**lead [5]** 21/9 21/11
21/12 131/9 131/12
**leading [2]** 111/24
112/6
**leads [1]** 21/14

**lease [4]** 108/2
128/1 214/24 216/15
**leased [1]** 133/17
**leasing [1]** 127/23
**least [4]** 5/13 36/24
173/13 181/23
**leave [13]** 34/1
108/16 167/25 170/9
213/3 221/1 221/3
223/15 223/15 223/17
227/5 227/6 227/8
**leaving [3]** 68/14
214/5 214/8
**LED [1]** 122/16
**left [19]** 81/21 82/11
96/20 99/13 103/4
108/8 114/25 123/15
123/17 125/18 151/3
155/2 170/16 191/17
217/9 217/9 217/10
220/24 223/23
**legal [2]** 29/20 181/1
**legally [2]** 67/5
85/15
**legit [2]** 141/8
196/21
**legitimate [13]**
18/20 18/21 33/15
42/21 42/22 141/11
186/18 186/23 187/12
195/21 214/9 217/12
231/24
**LEIBOWITZ [2]** 1/10
46/20
**lend [2]** 64/1 83/11
**lending [1]** 65/4
**lent [9]** 79/18 80/1
80/19 85/8 85/22 86/9
91/1 154/17 163/21
**less [2]** 110/3 216/24
**let [40]** 7/21 19/12
20/10 29/7 31/1 31/13
32/15 33/2 35/17
45/19 49/19 49/25
70/9 70/14 77/11
93/21 94/8 113/1
114/23 115/19 115/25
116/7 142/6 167/11
167/25 169/1 169/2
173/10 192/3 194/9
194/24 200/16 200/24
203/8 210/19 219/21
221/15 230/18 231/10
234/7
**let's [34]** 6/15 6/23
7/17 10/11 10/16
11/12 15/12 15/17
17/15 30/16 49/18
50/13 53/13 57/13
67/16 71/13 72/22
76/11 104/23 110/5
122/1 132/23 140/16

183/9 191/8 193/14
194/7 200/4 207/12
208/25 212/20 218/15
220/4 231/12
**letter [4]** 180/7
180/14 180/15 216/6
**letting [1]** 34/2
**level [2]** 52/3 54/17
**liar [1]** 219/13
**liars [2]** 88/1 88/2
**license [3]** 124/22
124/24 204/13
**lie [8]** 83/22 83/23
83/25 87/18 87/24
88/3 88/5 219/12
**lied [5]** 27/23 87/11
87/12 88/6 88/6
**lies [1]** 87/7
**life [2]** 132/23
157/11
**light [1]** 173/20
**like [156]** 3/6 5/17
14/1 15/3 20/1 21/11
24/2 24/19 25/19 27/7
28/17 29/7 38/12
52/17 53/16 55/3
55/16 56/4 57/20
58/17 58/23 60/1
70/22 70/23 71/11
73/3 73/3 73/5 73/6
74/10 74/13 74/14
74/20 75/25 78/14
81/24 83/9 83/15 84/9
85/15 87/14 88/3
90/14 90/14 90/19
92/24 93/3 93/4 96/4
96/18 96/18 97/3 97/5
97/24 98/5 98/7 98/11
98/11 98/12 99/12
99/15 99/19 99/24
100/3 100/4 100/20
101/5 101/16 102/1
104/8 104/16 104/25
105/12 106/9 106/24
107/4 107/9 107/14
107/15 108/2 108/7
108/13 109/2 110/2
110/25 111/2 111/2
111/22 112/16 116/25
123/15 127/9 127/14
127/15 127/23 128/12
135/10 135/15 139/15
139/23 139/24 144/19
146/10 148/16 148/19
148/23 148/24 151/4
153/25 155/25 158/17
159/9 160/15 161/2
163/10 164/3 164/9
164/22 165/17 166/2
167/20 167/21 167/25
168/7 168/8 168/25
170/24 170/25 173/7

173/18 173/19 174/4
175/23 177/18 180/14
181/18 181/23 185/15
186/17 191/12 193/7
193/22 193/22 200/9
200/11 201/21 213/18
214/25 219/2 220/13
221/5 223/10 224/3
226/25 230/4 231/1
**liked [4]** 20/17 224/5
224/6 224/8
**likely [1]** 67/13
**limit [11]** 33/12
142/19 142/21 142/25
143/2 170/10 170/11
170/11 170/12 189/24
214/11
**limitations [1]** 36/2
**limited [7]** 29/8
30/19 32/1 32/13
142/24 226/6 229/13
**limiting [1]** 226/4
**limits [2]** 31/13
84/10
**Lindo [3]** 216/2
232/13 232/14
**Lindo's [1]** 215/21
**line [10]** 8/6 30/17
31/2 32/8 33/2 83/7
86/4 88/4 201/13
219/22
**lining [1]** 53/6
**link [1]** 160/12
**list [1]** 115/1
**listed [2]** 232/9
234/21
**listen [5]** 4/8 136/20
148/2 223/19 226/13
**listeners [1]** 57/21
**literally [1]** 85/15
**little [22]** 6/20 7/21
34/11 46/7 50/17
55/19 70/3 71/8 74/10
90/15 100/7 102/18
104/23 113/21 135/9
135/10 155/6 163/11
178/3 184/4 194/7
230/24
**live [1]** 157/11
**lived [2]** 151/11
174/12
**living [2]** 69/14
174/14
**LLC [10]** 12/12 12/25
13/14 13/17 62/12
62/16 134/17 184/11
204/10 232/11
**Lloyd [8]** 1/10 45/10
68/18 68/25 69/2 72/6
73/20 75/13
**loaded [1]** 181/12
**loan [4]** 93/6 185/12

185/13 216/1
**located [2]** 75/24
133/16
**location [5]** 97/6
97/12 126/19 151/11
151/13
**lock [1]** 203/2
**locked [1]** 137/9
**logical [1]** 82/21
**long [10]** 52/7 57/17
70/2 71/10 95/14
110/1 111/21 154/21
194/23 219/15
**longer [2]** 46/6
109/24
**look [24]** 15/17 29/7
31/9 36/8 39/19 57/19
65/17 66/14 84/4 97/5
99/15 100/25 101/4
106/24 142/11 155/7
164/15 164/16 180/19
197/17 206/1 207/15
226/25 234/12
**looked [9]** 23/23
32/14 40/19 113/5
113/6 155/6 155/6
161/2 178/24
**looking [10]** 7/12
29/8 65/23 79/16
149/6 157/3 157/15
157/23 208/19 213/10
**looks [3]** 197/1
198/7 231/1
**looped [1]** 63/12
**Los [1]** 133/17
**lose [2]** 171/24
173/23
**lost [1]** 139/14
**lot [45]** 16/16 16/18
28/16 42/8 52/3 52/4
54/2 55/7 55/8 56/10
56/23 57/15 58/21
60/5 60/25 63/22
63/24 75/16 83/1
87/23 100/18 103/7
109/10 109/10 111/6
135/11 135/20 137/19
140/15 143/9 145/18
149/9 157/3 164/6
170/23 175/8 175/12
176/1 176/3 185/21
200/7 203/2 217/7
217/7 222/8
**loud [2]** 77/13 80/11
**love [11]** 80/14
80/20 81/9 81/25 84/4
84/20 84/25 88/25
89/1 228/11 228/13
**lovely [1]** 131/25
**lover [1]** 152/9
**loves [2]** 84/10
228/10

## L

**Loving [1]** 69/19
**Lucky [1]** 60/1
**lump [1]** 16/18
**lunch [11]** 45/19 46/1 46/2 46/6 49/9 49/20 49/21 49/25 50/1 50/3 50/22
**luxe [1]** 157/11
**luxury [1]** 63/3
**lying [13]** 87/19 87/22 87/23 87/25 211/1 218/13 218/17 218/18 218/22 218/23 218/24 218/25 219/1

## M

**M-I-L-L-S [1]** 51/9
**ma'am [10]** 116/3 130/23 183/15 189/17 207/6 210/15 215/1 233/22 234/3 234/6
**made [21]** 25/16 31/14 63/11 63/22 82/21 83/10 101/21 116/13 116/25 119/22 124/4 126/12 161/24 163/4 163/8 180/12 194/24 195/21 205/13 226/2 226/24
**mainly [1]** 184/15
**maintain [1]** 31/22
**majority [1]** 92/19
**make [82]** 7/21 23/1 31/10 32/16 33/12 45/18 51/10 51/11 53/24 54/5 55/12 63/24 64/15 68/14 69/5 69/6 76/16 76/18 81/13 88/25 89/1 94/23 94/23 95/18 99/6 102/4 109/21 112/7 117/14 120/9 122/7 131/3 131/4 140/7 141/14 146/25 147/23 149/15 150/20 153/4 156/7 157/17 157/18 163/4 163/17 170/4 171/23 182/8 182/9 182/16 182/22 183/15 186/10 187/12 187/13 187/15 187/17 187/19 187/21 189/2 189/24 192/12 194/22 194/23 200/13 200/22 202/1 202/2 210/3 214/11 215/25 219/11 219/14 219/14 222/18 225/5 226/9 226/11 226/20 226/22 226/23 226/25
**makes [7]** 17/13

33/20 51/23 99/15 182/15 188/6 226/1
**making [13]** 54/1 56/17 56/23 58/8 117/15 143/23 149/7 204/5 204/20 214/23 216/11 225/22 230/15
**male [1]** 106/25
**maliciously [1]** 54/11
**Mama [20]** 17/4 17/9 20/9 52/12 53/14 65/3 80/13 80/16 84/3 84/10 84/20 84/24 89/1 133/11 133/24 134/13 134/19 166/20 203/13 203/14
**mamakingston [1]** 203/14
**mamakingstonbookings [2]** 19/20 80/10
**mamakingstonbookings' [1]** 81/13
**man [13]** 14/1 19/21 19/24 20/10 57/15 110/18 111/17 127/23 152/5 160/21 223/15 223/15 223/17
**man's [1]** 224/6
**manage [2]** 133/8 147/9
**managed [2]** 52/3 158/10
**management [2]** 92/19 136/10
**manager [3]** 103/23 103/23 184/1
**managers [2]** 93/6 103/24
**managing [4]** 132/10 132/11 133/1 135/4
**many [19]** 4/18 5/18 13/25 14/8 15/9 44/2 55/4 56/9 60/21 88/12 91/9 104/24 110/20 133/18 134/16 159/9 164/4 190/21 233/19
**map [1]** 46/5
**Marc [2]** 1/13 47/17
**March [12]** 1/5 15/12 15/13 15/22 15/24 16/10 47/13 81/15 81/16 185/15 205/18 220/9
**March 14th [1]** 205/18
**March 6th [1]** 15/24
**marital [1]** 60/5
**mark [9]** 36/9 36/16 36/19 43/17 83/19 115/5 115/10 115/14

206/16
**marked [5]** 66/21 77/7 180/5 181/24 234/3
**massage [1]** 137/19
**Mateos [12]** 13/18 23/5 23/7 23/14 23/23 24/23 25/24 26/17 194/11 194/14 218/21 218/24
**matter [10]** 54/23 59/8 83/20 83/20 87/21 116/17 219/9 219/10 219/15 236/5
**matters [2]** 53/12 131/9
**Matthew [1]** 145/19
**max [2]** 14/2 170/12
**may [33]** 3/10 5/4 5/7 13/8 15/2 48/10 48/25 49/11 51/8 51/10 51/13 63/7 66/25 73/6 76/8 76/20 76/22 79/4 94/5 96/9 96/9 115/22 122/6 128/18 128/23 129/4 179/16 182/1 182/3 183/14 205/23 229/23 233/25
**May 24th [1]** 205/23
**may be [5]** 13/8 51/8 51/10 51/13 122/6
**Maybach [4]** 105/4 105/7 105/9 154/17
**maybe [9]** 99/24 100/7 101/11 109/3 121/11 151/25 194/9 205/13 213/3
**Mazal [8]** 8/14 8/24 9/25 42/13 180/10 180/11 219/1 233/22
**me [154]** 7/21 8/5 8/17 8/20 10/21 13/25 14/5 14/6 16/12 19/11 19/18 20/4 20/17 20/18 20/20 22/25 31/3 31/18 33/14 35/17 45/3 45/18 48/7 49/1 59/6 61/21 64/20 64/24 67/8 67/21 70/9 70/14 74/8 74/13 79/10 80/8 80/17 80/18 82/3 82/6 83/2 83/3 83/5 83/6 83/10 83/14 83/20 84/13 84/24 86/12 86/12 86/13 86/16 87/6 87/7 87/12 87/22 87/25 88/14 88/16 90/17 93/21 94/8 96/14 104/5 110/14 112/4 114/23 115/19 115/25

116/24 117/2 120/15 122/15 123/14 133/3 137/21 139/4 139/5 139/11 142/6 148/10 150/6 150/6 153/11 153/12 154/9 155/2 156/21 158/14 158/20 159/3 162/4 162/14 167/9 169/1 169/2 172/4 173/9 173/11 178/23 180/20 180/21 181/15 186/14 187/21 189/23 190/14 190/25 192/3 192/11 192/22 193/5 194/3 194/9 194/24 196/8 198/14 200/16 200/24 202/21 203/8 205/25 206/3 206/19 206/20 208/14 208/15 208/24 209/23 210/19 214/10 214/20 214/25 215/9 215/10 216/13 218/1 218/2 219/5 219/21 221/15 224/3 224/4 224/5 224/8 224/8 224/13 226/2 226/13 229/11 229/11 230/18 231/10
**mean [27]** 24/19 34/21 38/1 53/16 55/17 56/10 57/19 58/20 69/16 88/5 90/13 91/18 95/9 102/6 107/9 110/1 132/17 135/24 139/11 144/8 144/8 155/16 159/24 171/7 177/7 191/25 193/7
**meaning [4]** 7/14 123/17 150/4 221/24
**means [8]** 7/25 8/1 17/23 48/5 87/22 105/23 212/9 219/16
**meant [2]** 27/14 87/21
**meantime [1]** 68/1
**measured [2]** 96/19 99/12
**measuring [2]** 97/2 97/3
**mechanical [2]** 58/1 58/11
**media [15]** 54/25 55/3 55/11 55/14 55/15 56/11 176/5 176/6 176/9 176/16 193/20 198/15 199/13 199/14 207/2
**meet [8]** 97/13 110/20 149/19 160/20 161/7 206/2 206/3 206/19

**meeting [3]** 27/11 27/14 111/21
**meets [1]** 95/21
**members [4]** 4/17 7/24 69/12 126/1
**memory [3]** 34/11 181/5 181/19
**mentioned [4]** 61/2 87/6 90/12 93/13
**Mercedes [2]** 105/6 105/12
**merchandise [4]** 188/13 188/15 189/11 189/15
**message [30]** 20/6 20/9 20/13 47/3 47/7 47/11 47/15 65/1 79/17 80/10 80/11 80/22 81/8 81/21 82/11 83/24 84/19 85/7 85/22 85/25 86/8 86/9 88/23 89/3 90/9 92/16 195/7 217/9 217/10 225/18
**messages [11]** 19/9 19/15 19/17 22/24 29/7 34/17 55/9 186/14 208/6 208/8 208/10
**met [12]** 61/7 109/11 110/18 110/24 150/2 150/6 155/5 160/22 161/14 169/20 206/6 223/17
**meta [6]** 35/14 35/23 35/25 36/2 36/4 36/5
**meta-data [6]** 35/14 35/23 35/25 36/2 36/4 36/5
**method [1]** 82/6
**Miami [6]** 1/16 17/1 18/13 144/3 144/4 145/16
**Miami-Dade [1]** 145/16
**microphone [11]** 51/7 51/12 69/6 76/18 90/15 94/24 117/5 118/20 122/8 131/5 183/16
**microphones [1]** 39/24
**middle [1]** 15/6
**middleman [3]** 73/3 74/17 173/21
**Middlesex [1]** 5/12
**midnight [1]** 140/24
**might [3]** 40/13 78/18 192/3
**million [9]** 7/9 56/11 56/15 57/20 136/7 136/7 147/6 164/9

**M**

**million... [1]** 184/21
**millions [1]** 157/21
**Mills [26]** 1/9 51/1 51/9 51/10 51/17 51/19 51/20 51/22 58/16 61/5 61/25 62/2 62/11 68/16 68/17 76/14 76/15 77/5 77/7 85/2 89/17 89/19 89/23 93/11 115/2 133/2
**Minaj [1]** 70/7
**mind [3]** 83/4 187/9 229/15
**mine [1]** 178/22
**mini [1]** 105/24
**miniature [1]** 105/25
**minority [1]** 91/25
**minus [1]** 9/10
**minute [8]** 29/16 44/14 49/14 65/23 68/11 129/7 209/12 216/10
**minutes [21]** 3/4 45/21 46/5 91/12 110/4 114/2 114/6 114/7 115/22 115/25 129/5 129/8 129/20 129/22 179/13 179/18 179/22 180/1 218/6 229/9 230/19
**Mischaracterizes [1]** 125/5
**Mischaracterizing [1]** 201/8
**missing [6]** 23/9 23/12 32/11 98/11 127/14 156/15
**mistake [1]** 229/23
**mistaken [1]** 194/15
**mistrial [1]** 66/8
**misunderstanding [2]** 49/13 49/18
**misunderstood [1]** 49/12
**mix [2]** 19/4 148/18
**mixed [2]** 70/1 90/19
**Mm [11]** 22/7 52/14 52/16 61/11 63/23 77/20 79/14 87/10 106/3 160/7 223/4
**Mm-hmm [11]** 22/7 52/14 52/16 61/11 63/23 77/20 79/14 87/10 106/3 160/7 223/4
**MO [2]** 220/13 220/18
**mom [12]** 19/9 19/23 118/25 136/20

139/5 166/14 166/20 198/2 219/7 219/13 219/13 224/11
**moment [16]** 9/3 19/4 20/23 39/22 64/16 69/5 71/23 102/13 114/15 114/23 146/20 149/22 189/6 191/6 213/12 235/9
**mommakingston90 [1]** 211/19
**Monday [4]** 80/19 83/17 225/1 227/25
**Mondays [1]** 175/19
**money [93]** 7/11 7/14 7/15 16/19 18/21 23/18 56/17 56/23 57/23 62/18 63/22 63/24 64/2 65/5 79/19 80/1 80/4 80/18 82/6 83/10 83/11 85/6 85/8 85/22 86/9 86/21 87/3 88/10 88/15 88/15 88/16 88/20 91/1 91/10 93/6 136/4 141/20 146/16 146/21 147/8 147/9 149/13 150/18 157/17 157/19 158/11 159/5 161/21 164/4 165/22 169/16 173/11 173/11 173/13 173/24 184/13 185/2 185/3 185/4 185/9 188/12 188/18 188/19 189/22 190/22 190/24 195/18 198/22 200/7 202/2 202/4 202/5 207/7 208/14 217/1 217/7 217/11 218/3 219/5 222/4 222/6 222/9 222/12 222/13 222/14 222/14 222/16 222/17 222/20 223/6 223/8 223/9 223/13
**Moneybagg [2]** 57/11 57/14
**month [19]** 6/15 7/3 7/10 9/22 10/10 15/6 17/23 83/16 83/19 141/22 146/6 163/5 165/9 185/14 197/14 197/20 198/5 214/23 216/14
**monthly [3]** 215/7 215/8 216/11
**months [8]** 80/18 85/8 85/23 88/12 96/7 96/7 135/17 176/21
**Moore [2]** 215/22 215/24
**more [38]** 5/18 18/12 31/1 31/14

32/16 33/2 33/13 33/25 49/14 50/4 50/17 55/13 74/23 78/2 87/12 88/2 92/5 100/7 104/16 112/9 121/14 132/22 164/4 164/6 172/15 176/20 181/21 184/24 184/25 185/4 194/7 199/20 202/12 221/17 221/23 222/4 222/12 222/20
**Morgan [3]** 115/2 115/3 115/6
**morning [12]** 3/3 3/8 3/15 3/16 21/7 21/8 42/5 42/6 42/7 164/3 165/19 224/25
**Morris [1]** 132/1
**Moshe [5]** 25/11 160/21 217/4 218/16 219/1
**Moshe's [1]** 218/17
**Mosquera [4]** 36/10 36/16 36/19 43/17
**most [6]** 55/7 55/19 55/22 91/24 135/1 184/8
**mostly [1]** 133/3
**mother [11]** 10/9 52/9 92/12 95/13 103/24 132/4 132/5 147/24 219/13 223/3 226/13
**mother's [1]** 84/10
**motion [3]** 49/5 50/6 66/8
**motions [3]** 49/8 49/9 49/21
**motor [1]** 58/17
**mouth [1]** 184/4
**move [24]** 28/6 52/13 60/10 60/12 106/9 110/8 112/8 132/8 132/17 132/19 141/15 150/9 153/3 167/1 190/17 195/18 202/2 204/17 212/20 221/12 229/8 233/10 233/12 235/5
**moved [3]** 131/19 132/14 161/12
**movement [2]** 147/5 147/8
**moves [1]** 77/24
**moving [5]** 45/23 50/2 58/19 133/13 218/7
**Mr [118]** 5/24 6/3 6/3 6/7 10/9 18/22 21/2 23/14 23/17 23/23 24/23 25/13 26/17 29/18 29/25

31/10 40/6 41/25 44/8 45/1 46/16 47/23 48/15 50/24 51/10 51/14 51/19 51/22 52/7 52/18 52/23 54/18 56/5 56/17 57/17 58/16 59/5 59/19 59/24 61/3 61/5 61/22 62/2 64/19 64/21 72/1 72/4 72/8 75/10 76/7 76/15 76/20 77/7 77/11 77/16 85/2 88/7 89/12 89/19 89/21 89/23 92/5 92/8 94/22 95/1 95/6 96/11 98/4 98/10 98/22 101/10 102/7 103/8 103/22 107/23 108/12 109/6 110/15 112/9 114/5 115/15 116/6 118/22 120/15 120/16 121/11 121/11 122/7 122/13 127/3 128/17 128/21 128/22 129/25 130/3 130/10 130/16 131/7 138/18 155/5 156/3 181/10 183/2 184/4 201/1 208/10 208/18 218/5 218/17 218/17 218/19 218/21 219/1 221/12 229/8 230/12 230/19 235/1
**Mr. [14]** 25/17 28/17 51/1 59/20 76/14 78/3 95/14 102/17 103/8 109/25 118/21 138/4 205/16 207/10
**Mr. Anton [2]** 205/16 207/10
**Mr. Bieber [1]** 59/20
**Mr. Dominguez [1]** 109/25
**Mr. Duwayne [1]** 51/1
**Mr. Gold [1]** 25/17
**Mr. Jones [1]** 78/3
**Mr. Kingston [5]** 28/17 95/14 102/17 103/8 118/21
**Mr. Kingston's [1]** 138/4
**Mr. Mills [1]** 76/14
**Mrs. [1]** 194/17
**Mrs. Kingston [1]** 194/17
**Ms [3]** 21/2 27/14 115/10
**Ms. [46]** 3/11 3/15 5/7 17/11 44/6 49/3 50/12 50/16 54/18 61/20 67/23 68/2 69/8

77/19 79/18 81/21 87/20 93/8 93/9 114/9 116/3 117/21 118/12 118/14 120/15 120/16 120/20 128/20 130/1 130/2 130/3 130/8 130/11 130/18 131/3 131/16 175/2 175/8 179/10 179/16 179/25 182/15 183/14 183/23 226/7 230/11
**Ms. Bozanic [19]** 3/11 44/6 49/3 50/12 61/20 67/23 68/2 69/8 93/8 93/9 114/9 116/3 118/14 120/15 120/16 128/20 130/3 226/7 230/11
**Ms. Cook [1]** 3/15
**Ms. Kingston [3]** 77/19 81/21 87/20
**Ms. Shotwell [2]** 50/16 182/15
**Ms. Turner [19]** 5/7 54/18 79/18 117/21 118/12 120/20 130/1 130/8 130/11 130/18 131/3 131/16 175/2 175/8 179/10 179/16 179/25 183/14 183/23
**Ms. Turner's [2]** 17/11 130/2
**much [32]** 7/2 7/6 15/12 26/3 26/23 34/7 50/17 54/23 56/2 61/18 62/18 72/18 79/10 79/23 81/25 84/6 93/7 93/17 93/17 109/24 118/12 130/7 150/18 161/21 162/18 170/22 172/1 177/2 177/3 200/9 205/2 219/2
**multi [1]** 57/21
**multipage [1]** 64/21
**multiple [6]** 53/24 57/24 87/11 134/14 177/4 233/15
**music [34]** 52/1 52/2 53/9 57/18 59/17 60/6 62/9 69/15 69/23 69/25 70/5 88/19 95/23 98/17 112/16 135/9 139/12 139/22 203/16 203/24 204/1 204/7 204/10 204/12 204/20 204/23 205/13 223/19 231/1 231/12 232/23 233/2 233/7 233/19
**must [7]** 48/9 48/11 185/23 186/1 191/24

**M**

**must... [2]** 218/3 227/25

**my [118]** 22/14 31/22 33/16 35/9 37/8 38/4 49/17 50/9 57/9 62/11 67/6 67/15 67/15 67/17 69/13 72/21 72/21 81/18 82/22 83/4 83/22 84/4 84/9 85/4 86/16 86/17 87/19 102/3 102/25 108/17 114/11 114/24 118/16 120/4 120/5 121/8 125/20 127/7 131/1 131/1 132/1 132/1 132/2 132/10 132/13 133/11 133/22 136/14 137/18 137/18 137/20 140/6 141/10 147/24 154/9 154/24 154/25 159/15 169/11 171/8 171/10 172/13 173/11 173/11 175/5 176/20 177/14 179/5 186/25 189/16 189/24 191/3 191/4 191/20 193/5 194/5 194/15 196/14 197/16 198/15 202/7 206/7 206/11 207/17 208/6 208/15 210/21 211/2 211/4 211/21 212/5 212/7 212/8 212/10 212/24 213/10 213/20 214/7 214/11 215/3 215/9 215/14 215/15 216/4 216/15 217/9 218/2 219/2 219/11 220/18 223/17 228/19 231/2 231/7 231/15 231/19 232/15 232/15

**myself [6]** 47/17 57/22 81/17 85/13 88/22 175/6

**mysterious [1]** 72/17

**N**

**naive [1]** 186/10
**naked [1]** 198/7
**name [35]** 5/1 21/24 38/10 38/12 38/13 51/6 51/7 52/11 62/11 68/23 68/24 69/13 70/20 94/17 94/18 104/3 130/24 130/25 131/1 131/2 133/23 145/9 159/15 171/8 171/11 171/13 192/9 203/20 204/9 204/11 206/16 206/16 207/14

211/16 215/21

**named [5]** 59/15 106/21 107/24 124/22 127/17

**names [6]** 55/15 114/20 114/24 167/13 171/4 171/6

**napkins [1]** 77/1
**natural [1]** 132/5
**naturally [4]** 36/1 117/1 135/14 171/18
**nature [12]** 22/10 24/1 27/6 32/9 59/1 95/19 97/24 127/13 157/13 165/15 175/10 176/2

**near [1]** 39/24
**necessarily [1]** 74/22
**necessary [1]** 229/15
**need [28]** 48/8 54/7 61/2 74/25 75/2 79/9 79/10 83/15 83/16 85/14 88/25 89/1 121/2 159/16 162/22 174/24 175/2 182/17 183/8 187/10 189/11 193/1 193/22 207/1 222/1 222/1 222/12 222/22

**needed [9]** 23/2 72/17 85/6 87/16 90/21 185/12 201/6 209/15 222/16

**needs [3]** 114/22 205/2 224/21
**negative [1]** 11/3
**negotiated [3]** 39/19 72/12 73/9
**negotiation [1]** 108/20
**negotiations [11]** 38/19 40/4 97/17 107/4 122/18 123/24 167/3 167/4 169/23 209/2 209/6

**never [48]** 61/7 80/6 123/11 123/13 155/4 156/13 157/25 158/1 161/14 172/22 173/3 174/18 180/12 180/13 180/25 188/2 190/13 190/21 194/2 194/3 194/4 194/5 195/17 198/22 201/20 202/19 203/6 207/25 208/2 211/2 211/3 214/19 215/8 215/12 216/2 216/2 216/3 216/6 216/8 216/17 216/18 217/12 217/16 226/2

226/24 234/10 234/24 234/25

**new [12]** 16/9 80/13 131/22 137/22 138/6 142/2 142/23 143/3 178/15 222/4 222/19 228/21

**news [3]** 90/19 90/19 90/19
**next [38]** 25/7 46/5 46/10 58/22 67/20 67/23 68/2 68/12 76/8 80/15 83/7 86/23 92/8 94/7 94/11 97/20 97/22 97/22 97/25 104/14 121/11 125/7 150/9 152/14 152/16 155/21 163/2 165/7 171/15 171/15 187/13 210/12 222/15 223/12 225/2 228/2 229/2 234/19

**nice [5]** 50/3 50/22 155/11 156/21 161/3
**Nicki [1]** 70/7
**night [1]** 108/23
**Nikolenko [12]** 27/4 42/14 154/3 155/5 156/3 200/4 200/14 201/1 218/17 218/17 218/19 218/21

**Nikolenko's [1]** 203/20
**nine [2]** 36/24 37/3
**Ninety [1]** 136/21
**Ninety-eight percent [1]** 136/21
**no [298]**
**nobody [5]** 31/6 212/21 212/22 213/13 215/16

**nobody's [1]** 168/14
**none [4]** 4/3 135/20 190/13 221/11
**nonpayment [1]** 217/18
**nonsense [1]** 166/20
**normal [4]** 93/2 93/4 107/16 146/10
**not [247]**
**nothing [20]** 24/2 25/17 35/3 38/16 44/5 61/21 73/16 94/1 102/25 104/19 104/20 104/21 126/21 170/19 179/21 202/13 219/4 222/1 233/12 235/18

**notice [2]** 23/8 141/4
**noticed [3]** 75/15 101/17 141/18
**November [35]** 6/8 6/23 6/24 7/3 7/3

7/18 7/22 11/9 11/15 11/22 12/12 12/16 19/13 22/14 39/2 40/24 41/3 43/1 47/5 66/10 86/10 135/19 135/19 142/12 143/19 144/24 145/20 210/15 220/4 221/21 226/12 227/22 228/9 228/13 231/13

**November 15 [1]** 11/15
**November 15th [3]** 7/18 7/22 144/24
**November 16th [1]** 11/22
**November 21st [1]** 210/15
**November 24 [1]** 41/3
**November 24th [1]** 12/16
**November 25th [1]** 12/12
**November 3rd [1]** 145/20
**November 9th [1]** 143/19
**Novo [3]** 5/11 47/9 220/8
**now [90]** 4/6 4/13 4/17 4/22 4/25 5/16 6/23 7/12 7/17 8/8 9/1 10/11 13/2 14/11 14/24 15/5 15/12 15/17 19/15 24/4 25/10 29/24 30/9 31/3 31/18 32/1 32/4 32/6 32/12 32/15 33/8 33/14 34/10 37/6 41/8 45/19 49/4 49/25 56/14 57/17 58/16 60/4 63/22 67/10 70/9 79/18 80/7 80/21 81/12 81/24 82/1 82/10 82/24 83/4 83/6 83/18 90/1 97/13 103/15 104/14 104/22 106/15 109/6 116/25 121/14 122/18 125/12 133/17 143/4 148/4 154/3 160/20 166/6 167/1 178/19 203/22 204/6 206/5 213/13 220/4 222/3 224/19 227/12 228/3 228/5 229/7 229/25 230/10 231/18 233/7

**number [50]** 37/4 38/14 39/7 39/12 46/20 47/4 47/4 47/8 47/8 47/11 47/12

47/15 47/16 64/11 64/22 65/2 65/3 79/24 90/7 164/6 177/10 177/15 177/19 178/5 180/6 194/6 194/18 194/18 194/19 195/1 200/19 210/20 210/21 210/22 211/2 211/2 211/3 211/4 211/5 211/11 211/14 211/22 211/25 212/1 212/4 212/5 212/6 212/8 212/10 224/24

**numbers [5]** 39/15 57/19 60/19 159/4 212/2

**numerous [2]** 151/3 208/6

**O**

**oath [3]** 3/10 76/17 183/17
**object [5]** 10/12 30/5 63/6 76/1 112/24
**objection [45]** 25/3 26/6 29/12 31/22 31/23 31/25 37/19 43/6 58/5 60/9 65/19 66/4 66/17 74/3 75/7 77/25 79/1 92/2 93/24 102/12 111/8 111/12 111/24 112/6 125/5 134/5 149/21 172/5 186/20 189/8 192/15 197/4 205/14 207/8 211/7 212/17 220/15 226/15 232/1 232/5 233/9 233/16 235/8 235/12 235/16

**observation [1]** 102/20
**observe [1]** 99/10
**observed [2]** 99/11 108/4
**obtain [1]** 38/25
**obvious [1]** 6/14
**obviously [19]** 3/23 10/8 13/15 15/5 18/24 45/6 53/11 53/14 54/22 65/22 66/4 116/5 132/4 147/3 147/5 165/4 171/18 181/12 205/21
**occasion [6]** 38/9 106/18 140/2 158/10 166/6 178/19
**occasional [1]** 53/1
**occasions [2]** 44/2 87/11
**occurred [1]** 92/12
**occurring [1]** 169/19
**occurs [1]** 142/17

**O**

**Ocean [19]** 39/14 40/3 40/7 40/10 41/17 41/18 209/20 209/25 210/5 212/11 214/3 214/8 215/1 216/22 217/13 217/25 218/1 218/15 218/24

**October [15]** 6/4 6/4 6/8 6/8 6/18 18/12 47/1 194/10 194/13 195/6 195/11 195/21 219/22 220/1 220/2

**October 24th [1]** 219/22

**October 25 [2]** 195/6 195/21

**October 26th [2]** 194/10 194/13

**odd [3]** 38/24 39/3 169/18

**off [27]** 20/6 20/7 22/14 27/13 33/1 40/8 41/13 67/9 80/4 81/21 82/11 82/11 82/14 95/15 122/15 122/15 123/20 124/22 141/2 173/20 189/20 193/24 199/7 209/19 209/20 214/7 219/20

**offhand [1]** 57/16

**office [8]** 1/12 1/20 21/20 22/13 110/25 111/3 127/24 199/5

**officer [1]** 37/17

**Official [2]** 1/23 236/8

**often [5]** 91/22 100/20 159/12 176/19 176/23

**Oh [17]** 41/18 56/20 85/5 90/7 90/8 113/6 144/4 146/18 146/22 147/22 164/25 175/16 175/22 183/6 191/22 202/25 224/6

**okay [206]** 9/7 9/24 10/2 10/11 11/9 14/24 15/22 16/12 22/4 22/10 22/16 22/18 23/11 25/16 28/22 29/18 34/5 35/3 35/6 35/10 35/14 35/20 36/1 36/14 36/23 40/10 41/18 41/25 44/10 46/1 46/16 48/13 48/18 49/23 52/9 52/17 53/18 58/24 59/22 61/2 61/4 64/19 64/21 66/12 67/19 69/21 69/25

70/2 70/4 70/22 71/1 71/4 71/9 71/13 71/19 71/23 72/4 73/8 75/9 76/7 77/15 77/16 79/15 80/1 84/20 87/18 92/12 92/24 93/5 93/7 95/14 95/16 95/20 95/23 96/3 96/8 96/14 96/21 97/2 98/19 98/24 100/8 101/7 101/25 102/20 103/8 103/21 105/3 105/9 106/20 106/22 107/12 107/19 108/9 109/21 110/14 110/20 112/15 114/13 115/1 115/12 116/3 116/12 117/2 117/5 117/13 118/12 120/20 121/1 121/13 123/11 127/8 128/3 129/24 130/12 132/4 132/11 132/15 132/20 132/25 133/10 134/5 134/22 135/11 135/13 135/23 136/4 136/20 136/24 137/1 138/12 138/20 139/13 139/15 141/4 144/15 146/19 148/10 149/18 150/9 152/12 152/20 153/16 153/23 154/3 154/12 155/10 155/20 158/17 161/23 162/10 163/23 165/11 167/5 167/24 168/19 169/18 172/1 172/17 176/25 177/4 178/14 179/12 180/3 183/9 185/23 186/9 186/17 188/16 190/23 191/1 191/7 192/7 192/11 194/21 195/7 196/13 199/4 199/24 201/2 203/3 203/13 204/25 205/1 205/21 206/15 208/25 209/25 212/16 213/24 214/19 216/10 218/15 218/24 219/21 220/13 223/6 224/20 225/4 226/14 227/22 228/25 231/11 231/17 232/24 234/19

**Olas [1]** 97/10

**old [4]** 142/25 143/3 143/4 144/14

**on [266]**

**once [5]** 33/20 110/21 141/11 176/22 209/16

**one [124]** 4/8 4/20 4/22 5/10 5/22 6/7 7/3 7/9 7/10 9/15

10/2 12/9 15/19 16/6 16/18 17/15 17/23 20/6 23/17 32/15 32/16 32/19 36/11 36/12 36/19 37/11 39/22 44/14 46/10 49/13 53/21 58/15 60/1 64/16 64/20 69/5 69/19 75/25 77/1 80/15 81/9 85/11 85/11 91/24 92/5 92/18 92/19 97/11 99/14 100/2 100/17 102/13 103/24 105/15 110/22 115/9 117/6 121/20 129/12 136/17 137/22 140/8 142/2 142/7 142/8 143/4 143/19 144/10 144/18 146/6 149/22 151/3 156/2 156/15 158/25 163/25 165/14 165/15 176/16 178/2 178/6 178/17 182/23 184/20 187/13 192/8 192/22 192/24 193/6 201/18 203/5 203/5 203/6 203/7 205/7 205/12 206/1 206/2 209/15 212/13 212/20 221/17 221/23 222/5 222/15 222/20 223/2 223/2 223/3 223/4 224/6 225/14 225/18 227/14 227/15 228/3 228/4 228/5 228/21 231/25 232/17 234/15 234/15 235/9

**one's [2]** 60/10 69/19

**one-month [1]** 146/6

**ones [7]** 56/13 57/16 78/7 84/11 186/8 188/22 203/6

**online [4]** 17/4 137/8 169/21 201/14

**only [25]** 4/22 5/9 5/21 7/3 30/4 30/6 34/19 61/3 61/17 91/19 91/19 110/21 114/25 124/21 138/14 147/15 180/16 181/1 186/7 197/24 199/4 212/9 214/6 227/6 229/13

**onto [2]** 220/22 221/10

**open [12]** 28/16 29/11 30/2 34/6 46/15 49/22 66/18 112/9 168/20 176/19 176/20

213/22

**open-ended [1]** 112/9

**opened [4]** 11/5 14/17 14/21 167/11

**opening [1]** 3/23

**opens [2]** 168/10 168/12

**operation [2]** 103/13 184/16

**opinion [2]** 24/12 101/2

**opponent [2]** 111/14 111/16

**opportunity [1]** 51/1

**or [194]** 5/22 7/14 8/3 10/9 11/3 14/3 15/3 15/6 16/17 18/4 18/5 18/10 19/11 19/25 22/1 22/4 22/7 22/12 23/14 23/18 24/19 25/18 25/23 27/15 31/15 31/16 31/16 31/16 32/16 32/21 33/15 34/19 35/1 35/20 36/23 37/3 39/16 42/18 43/3 45/20 48/4 48/7 51/22 51/22 52/12 52/18 54/12 55/15 56/14 58/3 59/3 59/14 59/15 60/1 60/3 62/12 62/25 63/19 65/5 67/12 70/5 71/8 71/14 72/12 73/3 73/9 74/2 74/17 75/15 81/17 82/9 82/13 82/17 84/5 86/5 88/20 92/24 96/9 97/6 98/11 98/12 99/25 100/6 102/1 103/19 104/17 104/25 107/1 107/4 107/14 108/2 108/3 108/9 108/10 108/13 108/23 109/2 112/4 115/3 115/6 116/14 117/6 118/9 118/9 119/18 119/25 121/5 121/16 124/14 126/16 127/14 127/24 129/16 134/7 134/24 139/5 139/6 139/13 140/21 140/24 142/19 142/21 143/3 144/9 144/19 145/5 145/16 146/6 147/19 148/11 148/16 148/17 148/24 151/16 151/25 152/17 152/23 152/23 153/24 158/5 159/21 159/22 159/25 161/16 161/17 163/9 163/16 163/21 164/23 165/11 165/15 165/22

166/6 167/25 169/3 169/21 170/25 171/5 171/16 171/18 172/24 173/11 173/16 173/21 178/20 180/15 181/1 186/5 187/10 189/13 190/11 190/11 192/11 194/6 194/19 195/21 196/15 197/25 199/19 203/1 205/23 206/1 206/18 213/5 213/5 213/9 213/17 225/15 228/15 229/15 229/18 229/20 229/21 229/23

**or you [1]** 144/9

**order [8]** 31/10 45/3 45/3 67/6 81/4 120/16 170/9 189/1

**ordered [1]** 206/17

**original [3]** 124/19 167/4 209/1

**originally [1]** 171/14

**other [81]** 3/25 4/3 4/3 4/9 5/3 5/6 5/18 7/11 10/22 13/2 13/8 14/7 14/7 14/23 14/25 15/10 17/24 18/4 18/10 21/1 25/21 27/7 28/14 28/15 31/2 31/14 31/15 32/3 34/19 34/24 35/1 48/9 53/7 53/16 53/25 55/12 57/15 60/25 67/6 71/7 72/17 75/21 82/21 87/12 108/15 114/14 116/6 127/12 127/22 129/1 129/1 132/17 133/21 136/22 142/7 153/14 156/9 159/3 159/5 160/10 160/14 162/25 164/21 166/10 167/9 167/21 168/22 170/25 176/4 176/9 177/6 177/8 178/6 178/17 184/14 191/2 198/9 223/20 229/24 230/4 230/6

**others [2]** 14/2 225/22

**otherwise [2]** 66/17 67/11

**our [12]** 44/24 49/7 66/20 76/13 82/7 114/1 139/14 169/8 179/13 180/25 186/25 193/20

**ours [1]** 204/2

**out [89]** 7/15 7/24 7/25 8/1 9/7 14/3 18/15 19/24 20/5 30/16 32/10 37/3 41/18 50/2 60/3 60/6

**O**

**out... [73]** 62/20 66/7 68/8 70/6 72/22 73/10 77/13 80/11 84/13 84/18 87/7 87/16 94/8 104/5 121/3 121/6 129/16 129/18 129/19 130/11 133/17 138/9 138/12 139/4 141/8 141/11 141/23 144/22 145/19 145/25 146/17 146/24 155/13 156/7 156/8 156/9 156/24 159/16 161/23 161/25 163/17 163/21 166/1 168/12 169/1 169/16 170/9 173/4 179/24 183/4 185/7 186/1 186/6 186/8 186/15 187/22 188/22 188/23 189/24 190/8 191/19 192/5 192/19 200/12 201/6 213/7 214/4 216/5 219/6 219/14 223/23 224/20 227/11
**outfit [1]** 159/15
**outline [1]** 97/3
**outlined [1]** 28/24
**outside [7]** 29/20 45/8 68/16 213/10 213/22 213/23 214/1
**over [26]** 6/21 33/7 36/12 36/13 39/1 56/11 66/15 68/3 71/11 79/24 88/19 99/19 103/3 106/16 147/2 147/2 147/6 151/4 161/14 164/18 164/18 164/23 164/24 191/17 196/21 206/8
**overall [1]** 53/2
**overpriced [1]** 173/18
**overruled [12]** 10/14 25/6 63/7 125/6 186/21 189/9 190/4 201/9 201/11 205/15 212/18 220/17
**overseas [2]** 83/5 100/14
**overtly [1]** 32/21
**overwhelming [1]** 177/23
**owe [4]** 146/13 207/7 222/4 222/19
**owed [9]** 82/6 83/9 92/22 146/20 193/19 199/16 199/20 214/22 217/7
**owing [1]** 214/20

**own [15]** 10/2 17/13 48/25 49/2 60/6 74/23 134/22 134/24 136/24 164/5 176/23 177/25 178/2 180/18 197/17
**owned [2]** 13/9 72/21
**owner [27]** 10/5 10/8 62/12 70/19 70/20 70/25 71/2 73/4 73/5 73/7 73/12 73/14 73/23 74/1 74/15 74/16 74/22 75/5 75/6 103/3 106/23 162/3 162/4 163/7 206/9 206/14 232/9

**P**

**p.m [11]** 50/20 114/4 122/5 129/10 129/23 129/23 130/14 179/15 180/2 180/2 183/11
**pad [1]** 74/22
**page [24]** 56/6 77/9 78/7 79/16 80/22 81/12 81/20 82/1 82/10 82/24 83/6 83/12 83/18 83/24 84/8 84/14 160/6 178/24 192/7 211/10 223/21 227/22 228/9 231/21
**pages [2]** 77/11 231/21
**paid [60]** 8/15 9/20 9/22 10/8 14/8 17/24 26/23 57/24 58/1 58/13 72/12 80/8 83/5 83/6 88/10 124/2 156/14 158/22 159/10 162/5 162/17 162/19 170/20 170/21 172/15 180/17 180/18 181/2 185/14 185/14 189/3 189/4 189/5 189/7 189/22 190/21 191/3 194/2 197/8 198/10 198/22 198/24 198/25 198/25 199/22 202/3 202/9 202/10 202/19 206/5 206/21 215/4 215/6 215/8 216/24 221/2 223/18 227/4 227/8 227/9
**pain [3]** 19/24 20/2 20/3
**Palm [1]** 1/18
**pandemic [3]** 132/10 135/15 222/8
**panels [1]** 100/9
**paper [3]** 89/2 121/7 202/5

**paperwork [2]** 75/3 163/18
**Pardon [1]** 158/20
**parked [2]** 168/7 212/25
**part [35]** 4/13 8/13 28/10 57/18 58/18 58/24 60/20 60/20 60/21 65/12 74/10 78/10 78/17 78/23 88/21 112/2 112/21 122/18 124/10 130/9 134/25 136/17 149/12 156/20 157/24 164/12 164/16 165/13 167/2 169/3 170/24 209/1 219/4 220/20 234/16
**participate [1]** 28/20
**participated [1]** 78/19
**particle [1]** 127/14
**particles [1]** 99/11
**particular [4]** 48/6 72/9 203/3 203/8
**parties [5]** 45/7 48/1 129/25 166/7 180/4
**partner [6]** 204/2 204/4 204/8 231/2 231/3 231/5
**partners [1]** 185/10
**party [7]** 86/17 97/17 111/14 111/16 111/19 154/24 155/16
**pass [4]** 117/5 118/20 207/19 207/21
**passcode [1]** 135/1
**passed [1]** 37/1
**password [1]** 177/22
**past [3]** 81/9 83/19 227/25
**patience [2]** 44/15 66/19
**PAUL [6]** 1/6 14/2 46/22 46/24 47/22 180/7
**pause [1]** 128/25
**pay [67]** 11/20 64/9 70/16 70/17 70/19 70/23 70/24 73/1 73/2 73/13 73/23 73/23 74/17 80/2 80/5 82/6 86/15 93/17 93/18 141/9 141/10 146/21 153/9 158/11 159/4 161/25 162/3 162/18 171/18 171/21 180/25 181/1 181/1 185/6 185/7 185/9 185/12 187/13 190/19 190/22 190/23 191/12 191/15 193/1 193/2 194/1 198/2 199/9 202/2

203/2 206/1 207/7 209/11 210/2 211/23 211/24 214/24 216/14 217/23 222/9 222/14 223/8 223/9 223/13 235/11 235/11 235/15
**payable [1]** 13/13
**paying [7]** 71/1 74/23 133/9 162/2 172/1 193/3 214/21
**payment [47]** 8/18 13/21 16/14 17/1 18/4 18/10 25/23 26/1 40/15 40/16 40/20 41/10 42/25 47/9 64/6 85/23 87/2 123/1 124/4 124/14 126/14 142/13 142/14 142/15 142/19 142/22 161/17 180/12 180/13 189/13 191/1 195/5 195/10 197/21 198/9 209/21 210/5 210/7 210/8 214/9 214/10 214/23 215/7 215/8 220/8 221/4 221/8
**payments [15]** 13/22 13/25 14/3 14/7 16/15 25/16 43/3 88/14 141/15 141/21 142/13 145/25 153/5 162/23 216/11
**payroll [1]** 146/13
**pays [1]** 13/7
**PDFs [1]** 36/18
**peace [1]** 108/16
**pending [20]** 141/5 141/5 148/13 186/15 187/3 187/6 187/17 187/21 187/23 188/1 188/8 199/23 199/24 200/23 201/7 203/7 205/12 210/8 210/8 219/20
**penny [3]** 92/22 222/5 222/20
**people [99]** 3/5 11/13 11/17 14/1 14/8 17/24 22/2 22/22 37/4 39/6 45/7 53/17 53/21 54/11 54/13 54/16 54/19 54/23 55/5 55/20 55/21 59/2 60/25 62/9 73/5 74/21 82/21 82/22 90/14 90/18 91/20 93/2 95/20 106/18 107/5 108/15 109/11 112/23 113/2 136/15 136/15 139/16 140/10 140/12 140/12 140/19 141/10 145/10 145/12 146/13

148/5 149/7 149/8 153/7 157/3 157/7 157/15 157/18 157/19 158/11 165/1 166/9 166/10 166/10 166/18 167/6 167/9 167/21 174/7 176/7 186/5 188/17 189/25 191/10 191/15 191/23 191/23 191/24 192/2 192/3 192/10 192/25 193/12 202/1 202/2 202/3 202/16 202/22 203/2 207/7 207/13 207/17 207/19 207/20 213/15 215/14 217/6 217/7 223/10
**people's [1]** 209/14
**per [3]** 184/23 184/24 214/7
**percent [6]** 32/20 56/4 58/15 136/21 136/22 148/3
**perfect [2]** 50/18 196/10
**perfectly [1]** 143/21
**perform [4]** 69/23 71/13 145/5 145/6
**performance [3]** 16/14 18/22 144/8
**performances [1]** 144/11
**performed [2]** 71/14 71/22
**performer [2]** 16/13 133/8
**performing [6]** 15/25 16/17 16/24 54/3 58/11 71/19
**performs [1]** 16/15
**perhaps [2]** 74/18 121/3
**period [37]** 52/15 53/10 53/11 54/22 56/17 56/19 56/22 57/1 57/4 57/8 58/8 58/18 59/23 60/14 64/7 65/5 65/6 96/2 104/24 109/8 109/9 132/9 132/18 132/18 136/5 142/8 146/6 158/15 159/5 160/18 163/25 172/21 181/6 182/6 197/25 207/5 207/6
**periodically [1]** 148/24
**permissible [2]** 29/5 34/18
**permission [3]** 44/25 75/5 131/9
**permit [1]** 32/24

**P**

**perpendicular [1]** 212/25
**person [34]** 28/22 29/1 70/18 72/20 73/3 73/6 73/7 75/4 75/24 108/1 127/17 127/20 127/22 138/21 140/24 141/8 141/9 148/23 149/10 150/20 152/18 153/4 153/6 159/17 161/21 162/6 163/13 167/16 167/18 169/23 169/24 223/22 224/21 225/21
**person's [1]** 160/10
**personal [6]** 38/20 59/18 59/22 60/17 177/25 178/2
**personally [4]** 72/8 102/21 103/5 108/4
**perspective [1]** 32/19
**phone [74]** 28/19 28/20 28/23 28/25 29/2 29/6 29/10 29/21 30/2 30/15 30/17 30/19 30/23 31/6 31/9 31/12 31/15 32/14 32/17 33/7 33/17 34/20 34/24 34/25 35/4 35/16 36/3 36/6 37/8 38/14 39/4 39/12 39/23 40/9 47/3 47/4 47/7 47/8 47/11 47/12 47/15 47/16 61/10 65/2 65/3 65/7 84/3 86/11 86/13 86/22 87/8 140/2 148/16 175/21 175/23 176/4 177/1 177/7 177/10 177/12 177/21 177/22 177/23 177/25 178/2 181/13 190/25 211/11 211/14 211/25 212/4 212/7 212/8 231/19
**phones [5]** 39/24 177/4 177/6 177/8 212/10
**photo [1]** 60/3
**photos [1]** 35/10
**physical [2]** 30/5 112/22
**pick [9]** 173/10 174/3 208/6 216/20 217/10 217/21 217/23 218/2 218/25
**picked [1]** 142/6
**picture [2]** 81/5 159/22
**pictures [1]** 151/4

**piece [4]** 65/13 98/11 121/7 202/5
**pieces [1]** 99/12
**Piguet [2]** 62/25 71/6
**Pinecrest [1]** 1/21
**pink [1]** 104/8
**place [10]** 97/18 107/3 108/5 108/10 117/6 124/10 181/18 191/3 216/7 229/18
**placed [2]** 117/6 214/13
**Plaintiff [2]** 1/4 1/12
**plan [2]** 64/9 229/20
**plates [2]** 124/22 124/24
**platform [6]** 55/21 55/24 56/5 90/14 90/18 176/16
**platforms [3]** 55/17 55/18 56/11
**play [1]** 58/18
**played [2]** 54/25 57/23
**plays [1]** 58/20
**pleasant [1]** 112/5
**please [39]** 3/3 13/15 20/20 29/13 50/21 51/2 51/6 51/11 51/24 68/19 68/23 69/11 77/8 80/12 81/10 82/4 82/5 84/19 84/21 85/1 94/13 94/17 122/2 122/8 129/11 130/15 130/19 130/20 170/3 183/12 203/22 211/13 211/16 211/18 221/16 223/4 224/13 228/2 231/10
**pleasure [1]** 168/2
**plenty [4]** 185/2 185/3 185/4 193/11
**plow [1]** 45/21
**ploy [1]** 156/19
**plus [3]** 43/14 164/9 199/16
**podium [1]** 50/16
**point [44]** 5/21 11/5 19/23 23/14 31/20 33/4 37/13 40/6 40/10 40/12 41/8 49/7 52/17 58/6 66/22 84/5 92/16 101/19 102/10 104/5 108/12 116/8 120/5 121/2 132/22 137/14 141/14 150/15 150/18 152/4 153/13 153/16 155/12 155/13 161/19 163/8 163/8 169/3 170/16 170/25 174/2 181/22 200/21 209/9

**police [24]** 8/19 9/23 9/24 10/5 22/6 22/7 22/15 23/18 25/11 25/14 25/17 123/20 150/16 153/14 166/17 205/21 206/3 206/5 206/6 206/8 206/13 206/18 206/19 217/2
**politely [1]** 182/13
**pop [3]** 55/9 135/10 135/10
**popular [1]** 90/19
**portion [6]** 48/19 49/2 173/11 216/25 217/11 218/2
**possible [2]** 212/23 212/24
**possibly [2]** 97/5 116/5
**post [6]** 132/9 158/17 158/25 159/1 159/18 199/17
**posting [3]** 158/19 158/21 178/20
**pot [1]** 157/1
**potential [1]** 37/14
**potentially [2]** 107/21 114/18
**pouch [2]** 67/15 67/15
**power [1]** 33/6
**practice [1]** 54/13
**precise [1]** 63/4
**predicate [1]** 78/1
**prefer [2]** 51/21 51/22
**preliminary [2]** 100/23 131/9
**preparation [1]** 229/20
**prepare [3]** 22/6 22/7 148/8
**prepared [5]** 22/5 25/11 45/2 45/2 231/5
**presence [2]** 29/20 183/5
**present [13]** 24/22 102/5 102/7 102/16 102/21 104/22 106/15 107/2 107/23 107/25 110/14 132/19 152/2
**president [1]** 52/2
**pressure [2]** 149/3 173/16
**pressuring [5]** 20/17 118/9 119/18 224/3 224/8
**pretrial [1]** 27/7
**pretty [4]** 54/23 56/2 72/18 135/17
**previously [1]** 23/15
**price [5]** 26/19 26/20

**priest [1]** 88/6 71/7 91/17 93/23
**print [2]** 202/4 202/5
**prior [2]** 24/20 119/23
**private [1]** 65/24
**privileges [1]** 4/8
**probably [21]** 8/5 16/19 52/8 55/19 55/20 57/20 59/10 64/14 71/11 78/14 79/9 99/24 110/3 111/22 114/12 121/19 152/21 159/10 159/10 176/21 207/14
**problem [9]** 19/6 19/20 33/17 46/14 61/6 61/19 139/15 207/1 214/6
**problems [6]** 127/8 127/12 152/8 207/4 207/5 207/6
**proceed [1]** 219/15
**proceeding [1]** 49/4
**proceedings [5]** 1/8 3/1 50/7 128/25 236/4
**process [3]** 153/3 207/12 220/20
**processing [1]** 63/19
**procure [1]** 225/15
**procured [1]** 203/8
**produce [1]** 70/5
**producers [1]** 53/7
**producing [4]** 56/18 59/15 70/6 70/6
**product [4]** 160/11 196/2 196/5 196/10
**products [3]** 158/12 207/24 207/25
**profession [1]** 51/25
**professional [4]** 52/1 101/1 101/4 101/6
**professionally [1]** 54/1
**proffer [1]** 31/14
**profit [1]** 74/23
**profitable [1]** 60/15
**progressing [1]** 21/13
**project [1]** 25/25
**projects [1]** 70/7
**promise [1]** 190/20
**promised [2]** 64/6 83/3
**promo [1]** 179/6
**promote [2]** 90/18 159/7
**promoted [3]** 157/15 157/24 159/9
**promotes [2]** 158/14 160/6

**promoting [3]** 158/11 160/2 160/5
**promotion [8]** 157/16 158/5 158/7 158/8 159/5 159/8 159/13 159/14
**promotions [2]** 55/1 157/12
**prone [1]** 55/13
**proof [1]** 8/17
**proper [5]** 54/24 78/1 91/21 163/18 196/12
**properly [6]** 66/5 66/6 72/22 83/15 151/16 151/16
**property [12]** 25/23 97/10 97/23 161/8 212/21 213/8 220/22 220/24 220/25 221/1 221/3 235/7
**propositions [2]** 48/7 48/7
**pros [2]** 117/19 119/14
**prosecutor [2]** 28/2 127/4
**prosecutors [1]** 23/14
**protect [13]** 54/15 84/15 84/24 86/1 86/6 136/13 136/14 136/24 140/6 149/4 180/24 185/16 190/1
**protected [2]** 88/25 186/10
**protecting [2]** 136/11 137/3
**protection [8]** 54/5 54/7 54/15 54/20 55/1 90/2 90/5 149/5
**protocol [1]** 54/24
**prove [3]** 33/10 48/22 87/19
**proven [1]** 83/20
**provide [2]** 115/18 191/15
**provided [1]** 43/17
**proximity [1]** 178/17
**pub [3]** 81/24 82/5 82/22
**public [2]** 174/20 177/19
**publish [1]** 79/4
**published [1]** 47/24
**pull [1]** 194/24
**pulled [4]** 167/7 167/10 167/24 199/7
**punched [1]** 78/23
**punctuality [1]** 3/7
**purchase [3]** 26/19 156/12 160/12

**P**

**purchased [2]** 26/17 96/12
**purchases [1]** 200/13
**purported [8]** 5/13 35/20 42/12 43/10 43/14 43/17 192/11 210/4
**purportedly [1]** 193/1
**purporting [3]** 42/16 197/21 210/2
**purports [1]** 221/8
**purpose [9]** 42/11 53/8 53/23 61/16 61/17 140/5 156/5 229/13 229/24
**purposes [3]** 53/24 58/25 234/4
**pursuant [5]** 30/21 31/7 31/9 31/13 80/24
**pursue [2]** 31/3 31/4
**push [2]** 50/16 206/16
**pushed [1]** 173/15
**put [30]** 32/2 32/4 48/25 54/14 76/24 85/4 86/13 86/14 86/19 89/20 91/3 100/10 122/2 123/4 138/23 139/18 147/19 148/13 151/4 159/15 164/2 171/4 181/3 181/4 183/15 188/4 214/15 214/16 232/21 232/23
**putting [4]** 60/3 60/6 114/15 151/3

**Q**

**quantify [1]** 7/12
**question [32]** 25/6 25/7 30/4 30/6 30/21 31/15 32/2 32/15 70/14 75/15 86/23 86/24 88/7 89/7 90/3 92/4 92/4 92/6 92/8 118/14 125/7 147/7 150/10 183/4 195/20 201/18 205/15 206/23 207/9 223/12 226/17 234/19
**questioning [5]** 30/17 31/2 32/8 33/3 183/7
**questions [26]** 21/1 30/25 31/1 41/24 42/9 61/5 71/25 72/2 75/9 76/3 87/1 89/10 89/23 89/24 93/8 101/9 101/10 101/11 113/25

117/18 118/6 118/24 119/13 128/14 179/11 181/17
**quick [2]** 64/17 142/15
**quickly [1]** 80/2
**quite [4]** 65/22 121/10 144/16 147/8
**quote [1]** 187/10

**R**

**raid [2]** 123/20 217/3
**raided [1]** 199/5
**raise [6]** 51/3 68/19 94/14 130/21 166/14 166/15
**Ram [2]** 106/6 106/7
**ran [1]** 170/8
**Ranches [1]** 160/22
**range [5]** 34/17 34/19 34/22 35/1 35/3
**rapidly [1]** 143/10
**raspy [1]** 175/5
**RASSIE [3]** 1/22 236/7 236/7
**rate [1]** 34/25
**rather [4]** 34/11 116/10 129/18 156/19
**reach [1]** 33/4
**reached [2]** 37/3 122/20
**reaching [1]** 41/18
**read [32]** 19/12 44/18 46/17 66/14 67/2 67/4 67/6 67/21 77/12 78/6 79/11 79/13 80/7 80/9 80/11 80/25 81/8 81/12 82/3 84/19 84/23 194/16 196/8 211/10 211/13 211/16 211/18 219/22 221/15 222/3 228/2 228/12
**readers [1]** 79/9
**reading [2]** 76/25 78/9
**ready [10]** 44/23 45/8 50/8 76/10 95/17 121/24 122/1 153/4 169/25 183/9
**real [28]** 13/19 14/9 17/20 81/25 84/11 90/19 90/19 140/3 140/8 142/15 149/7 149/8 156/1 161/3 163/9 163/14 163/18 188/23 189/22 189/25 198/22 202/1 205/10 207/7 207/17 207/19 207/20 210/11
**realistic [1]** 81/23
**reality [2]** 69/17

69/18

**really [20]** 3/7 26/3 80/16 83/2 84/9 84/11 101/4 101/5 101/8 101/9 108/6 120/3 121/9 128/4 139/10 144/13 165/19 165/21 190/2 192/12
**realtor [1]** 161/7
**reason [8]** 18/19 53/20 88/13 88/21 91/15 98/10 137/9 198/8
**reasonable [1]** 48/23
**recall [29]** 3/10 40/18 68/1 74/12 85/19 88/13 100/9 108/11 108/12 108/20 108/24 108/25 109/1 137/15 144/6 144/20 145/23 152/14 154/8 161/2 164/6 170/22 209/5 211/4 225/17 227/13 229/17 231/23 233/21
**recalling [1]** 76/9
**receipt [40]** 19/14 42/14 43/18 47/2 47/6 47/10 47/14 192/14 192/23 193/15 193/18 193/21 193/24 197/21 198/5 198/5 198/9 199/22 199/23 200/14 200/22 200/25 202/9 220/3 225/5 225/5 225/6 226/2 226/10 226/20 226/22 226/23 226/24 227/4 228/4 228/5 228/15 228/20 229/2 229/4
**receipts [28]** 5/14 5/14 5/23 35/20 36/9 37/5 38/5 43/14 44/3 185/8 186/1 186/2 186/4 186/7 186/11 192/5 192/9 197/24 201/23 202/8 204/21 223/11 225/13 225/16 225/22 226/1 226/11 230/15
**receive [8]** 57/23 80/18 135/4 176/4 188/10 231/21 231/25 232/4
**received [26]** 2/12 4/19 8/8 8/18 8/19 23/2 23/24 24/6 25/23 36/3 37/5 40/10 40/12 40/13 79/4 79/6 159/1 180/13 180/15 181/5 187/10 194/13 194/20

208/13 210/24 210/25
**receiver [3]** 8/2 192/11 192/11
**receives [1]** 57/25
**receiving [2]** 144/25 227/18
**recess [5]** 116/2 129/4 129/8 129/23 180/2
**recognize [4]** 78/5 78/6 78/8 234/5
**recollection [2]** 78/18 192/25
**record [17]** 44/19 46/18 51/7 52/25 59/25 60/2 81/20 82/20 94/18 104/10 104/11 116/16 130/25 137/13 160/25 191/1 215/1
**recording [2]** 87/15 133/7
**records [11]** 4/18 4/19 5/12 39/6 39/13 40/11 42/24 52/2 52/25 187/5 230/16
**recovered [1]** 35/16
**recross [6]** 2/3 2/7 44/6 76/5 94/2 128/15
**rectify [2]** 84/21 85/1
**recycle [1]** 165/11
**Redd [1]** 57/15
**redirect [12]** 2/3 2/7 31/11 41/25 42/3 45/17 73/17 73/20 89/14 89/17 126/22 127/1
**redirected [1]** 28/2
**refer [2]** 35/17 197/11
**reference [3]** 19/13 85/22 97/6
**referred [1]** 51/19
**referring [4]** 90/1 90/5 125/14 234/13
**reflect [2]** 104/10 104/11
**refresh [1]** 181/18
**refreshes [2]** 78/18 181/5
**refused [2]** 215/24 218/25
**regard [1]** 118/14
**regarding [17]** 28/16 31/21 33/17 38/25 72/9 98/5 101/10 107/4 110/10 112/20 125/22 127/9 127/12 141/1 152/14 196/15 229/11
**regardless [2]** 46/12

199/19
**reggae [1]** 135/9
**regular [4]** 107/16 140/22 140/23 140/23
**related [3]** 5/23 62/15 62/25
**relates [2]** 65/4 233/22
**relating [3]** 8/23 89/24 117/2
**relation [6]** 25/10 102/24 103/16 127/16 132/7 160/14
**relationship [4]** 52/17 52/19 83/23 93/2
**release [1]** 53/1
**releases [1]** 143/14
**releasing [1]** 53/8
**relentless [1]** 164/17
**relevance [4]** 58/5 58/21 60/9 112/24
**relevant [3]** 53/11 55/25 56/22
**relying [1]** 19/2
**remain [5]** 51/3 68/19 94/13 119/5 130/20
**remaining [2]** 16/9 216/17
**remains [2]** 33/9 218/8
**remember [46]** 5/25 6/1 6/5 6/12 6/25 8/11 8/13 8/15 19/8 19/11 19/13 20/1 20/2 37/4 38/13 39/1 66/1 68/4 70/9 71/4 71/9 86/4 86/11 93/13 99/6 100/15 100/17 101/16 110/12 142/9 143/9 148/20 148/21 154/6 154/7 165/4 171/25 193/5 193/9 193/13 194/4 212/13 227/18 227/19 227/21 230/17
**remembering [1]** 162/13
**remind [5]** 3/9 48/20 76/17 110/9 183/16
**removed [2]** 153/24 217/18
**rented [1]** 146/13
**repair [2]** 151/8 152/18
**repeated [1]** 233/14
**rephrase [2]** 149/23 149/24
**report [9]** 8/19 9/23 9/24 10/5 22/7 22/14 25/11 25/14 25/17
**REPORTED [1]** 1/22

**R**

**Reporter [2]** 1/23 236/8
**reports [6]** 22/5 22/6 22/7 22/10 22/11 22/11
**representation [1]** 116/12
**representative [1]** 209/21
**representative's [1]** 214/8
**represented [4]** 11/18 11/25 66/2 74/17
**representing [1]** 75/4
**Republic [2]** 47/5 220/6
**reputation [2]** 193/20 198/16
**request [2]** 131/8 230/16
**requested [2]** 209/21 230/11
**reschedule [1]** 225/1
**research [2]** 28/14 28/16
**reserve [2]** 49/7 49/9
**respect [2]** 33/24 65/19
**respond [2]** 92/4 92/7
**responded [1]** 82/2
**responds [1]** 229/5
**response [1]** 81/13
**responsibility [1]** 196/14
**responsible [2]** 10/3 138/21
**responsive [1]** 10/13
**rest [5]** 20/7 44/17 44/21 45/20 45/25
**Restate [1]** 89/8
**rests [1]** 48/17
**retail [2]** 26/5 26/11
**retrieve [1]** 67/10
**return [8]** 14/13 205/25 206/2 206/17 216/25 217/10 217/13 232/9
**returned [6]** 5/12 199/4 205/24 206/10 206/21 207/1
**review [8]** 28/19 28/20 40/8 41/13 42/18 77/14 78/17 234/6
**reviewing [2]** 234/7 234/16

**rid [1]** 20/10
**right [233]** 4/13 4/17 5/6 5/9 7/12 7/18 8/9 9/1 9/5 10/6 12/2 12/2 13/5 16/4 17/9 20/3 23/5 23/21 24/22 25/19 26/20 26/23 27/9 28/20 30/9 31/7 31/18 31/18 32/1 33/23 34/14 37/6 38/1 38/24 39/19 40/19 41/4 41/8 41/15 44/17 50/12 50/17 51/3 54/15 55/14 56/24 60/4 60/23 61/7 62/21 63/5 63/20 65/18 65/19 65/20 66/12 66/16 66/17 66/23 67/10 68/3 68/20 69/14 70/4 70/9 73/24 76/15 76/16 79/12 80/11 83/4 86/21 87/2 87/9 88/18 89/3 89/20 91/4 91/6 94/1 94/6 94/9 94/14 98/21 99/7 99/17 99/21 108/4 110/22 111/1 112/2 116/23 116/23 116/24 117/11 117/13 118/16 118/16 119/3 120/8 122/1 124/18 124/21 127/12 128/13 130/21 132/2 135/19 135/21 136/22 139/8 140/16 141/7 141/24 142/2 142/11 143/4 143/12 145/2 146/5 149/5 151/11 151/18 152/1 153/13 155/1 156/14 156/22 159/19 160/3 160/6 160/23 161/9 162/2 163/1 167/22 169/2 169/7 169/15 169/22 171/9 171/12 173/12 175/20 177/19 181/16 182/4 182/19 182/20 185/7 185/25 188/3 188/6 188/15 188/25 192/5 193/15 194/14 195/13 195/13 195/18 196/4 196/8 196/21 198/8 199/7 199/13 199/16 199/22 200/9 200/10 200/17 201/3 201/20 202/16 203/4 203/11 203/15 203/19 205/4 205/22 206/10 206/25 208/22 209/4 209/7 209/20 210/9 210/13 211/20 212/14 212/25 213/1 213/17 214/8 214/13

215/16 215/23 217/5 217/8 217/14 217/18 218/22 219/16 220/1 220/7 220/16 221/1 221/10 223/3 223/5 223/7 223/13 223/15 224/17 225/7 225/7 227/8 227/23 228/18 228/20 228/22 228/25 228/25 230/2 231/14 231/18 231/22 231/25 232/20 232/25 233/5 233/14
**rise [7]** 50/4 50/19 114/3 122/4 129/8 130/13 179/14
**RMR [2]** 1/22 236/7
**RMR-CRR [2]** 1/22 236/7
**RN [1]** 83/22
**road [2]** 100/20 100/21
**robbed [2]** 137/5 219/7
**ROBERT [5]** 1/20 1/20 47/20 204/14 204/15
**Rodney [2]** 1/23 236/8
**role [5]** 54/25 58/20 132/7 135/4 167/18
**Rolex [4]** 154/11 156/19 156/21 190/11
**Rolls [4]** 105/14 105/18 105/20 105/22
**Ronald [4]** 215/21 216/2 232/13 232/14
**room [8]** 1/24 139/5 139/6 139/19 140/1 154/9 154/25 236/9
**ROSENBLATT [4]** 1/20 1/20 47/20 208/10
**roughly [5]** 19/16 26/4 86/10 104/25 111/22
**routing [1]** 194/19
**Royal [10]** 1/18 11/13 11/17 145/10 145/12 191/10 191/23 192/10 192/25 193/12
**royalties [6]** 58/1 58/1 58/8 58/11 58/12 58/12
**Royce [4]** 105/14 105/18 105/20 105/22
**ruin [2]** 193/20 198/15
**rule [4]** 45/19 46/1 50/6 80/25
**rule's [1]** 68/4
**ruled [1]** 32/1

**ruling [2]** 32/19 119/23
**rulings [1]** 29/20
**run [8]** 54/1 133/10 134/24 135/24 135/24 146/7 185/7 191/16
**Russian [4]** 27/20 154/4 219/3 221/5
**Ryan [16]** 203/16 203/24 204/1 204/7 204/10 204/12 204/20 204/20 204/23 205/13 231/1 231/12 232/23 233/2 233/7 233/19

**S**

**S-A-M-U-E-L-S [1]** 68/25
**S5 [1]** 105/6
**Safari [12]** 1/10 68/15 68/18 68/25 69/2 69/4 69/11 69/13 72/6 73/20 73/22 75/13
**said [103]** 4/4 6/9 28/17 29/3 37/9 48/20 49/16 50/22 63/2 72/22 73/13 73/25 74/15 81/24 83/9 84/16 86/8 86/13 87/7 87/9 88/14 90/22 99/4 101/18 106/11 106/23 112/4 117/10 123/11 123/13 123/13 123/14 127/4 127/23 134/10 137/20 148/4 149/18 151/8 152/5 162/4 162/25 163/2 167/7 167/7 167/9 168/19 169/8 169/9 169/11 169/20 172/4 172/7 178/23 185/16 187/6 187/8 192/4 194/4 197/15 198/2 198/14 198/16 198/25 201/21 202/10 203/3 203/5 204/4 204/5 204/22 205/25 206/1 206/2 206/3 207/14 208/15 208/19 209/12 209/12 209/15 210/10 212/7 212/23 214/5 214/6 214/10 215/9 215/15 216/3 216/12 219/2 220/20 221/17 224/3 224/5 224/21 227/24 227/25 228/13 228/14 233/1 233/23
**Saint [1]** 131/18
**sale [2]** 173/16 215/14
**salesperson [1]**

124/19
**salvage [1]** 214/4
**same [25]** 7/15 8/23 11/9 16/3 24/5 45/12 45/17 65/7 80/22 82/14 114/2 118/14 118/24 133/10 155/21 164/23 165/7 165/9 178/4 178/9 178/10 185/11 185/14 214/5 230/6
**Samuels [13]** 1/10 45/10 45/13 46/9 68/18 68/25 69/2 72/6 72/8 73/20 75/13 76/7 115/2
**sandbag [1]** 32/5
**sat [2]** 3/17 23/11
**satisfactorily [1]** 54/2
**satisfactory [1]** 53/9
**satisfied [2]** 119/16 209/11
**sauce [5]** 17/13 133/22 133/23 133/24 134/7
**save [1]** 52/13
**saved [1]** 39/16
**saw [15]** 16/24 23/21 43/15 99/4 100/25 107/5 108/1 123/12 137/13 144/18 158/1 173/20 205/7 218/13 227/17
**say [65]** 16/16 18/24 19/2 22/22 26/16 29/1 32/16 33/9 53/13 55/11 55/18 57/13 59/18 59/19 60/15 69/16 70/1 71/11 71/13 73/2 73/22 74/21 88/24 89/6 90/3 90/9 92/5 92/16 99/18 115/9 123/3 127/13 132/23 135/13 135/19 135/23 136/4 136/7 138/20 140/16 141/5 141/5 145/24 146/15 150/8 154/12 165/2 172/7 181/18 181/22 198/25 201/13 203/22 204/4 205/2 216/12 219/10 222/19 223/1 223/25 224/22 224/23 227/16 228/5 228/10
**saying [27]** 20/2 25/19 28/6 32/10 37/15 40/16 73/8 89/2 91/2 96/8 100/6 123/16 164/3 171/25 175/20 180/21 181/8 187/14 187/15 187/17

## S

saying... [7] 201/23 212/7 213/8 213/16 215/11 216/4 217/20

says [37] 12/17 16/9 18/5 19/20 20/9 20/17 20/20 85/8 112/24 139/4 144/1 187/17 194/17 195/12 201/3 201/7 203/7 204/25 205/20 212/9 216/15 221/17 221/23 221/23 221/23 223/6 224/11 224/18 225/18 228/5 228/7 228/13 228/24 228/25 229/1 229/4 233/11

scam [1] 225/6

Scared [1] 69/22

scene [1] 144/13

schedule [2] 135/13 135/14

scheduling [1] 98/15

scratching [1] 84/9

screen [1] 99/16

screens [3] 99/14 99/15 99/18

screenshot [2] 36/17 228/17

screenshots [1] 81/5

scroll [1] 81/5

sean [118] 1/7 4/25 5/4 12/4 12/11 12/17 12/23 13/8 16/4 16/7 16/9 16/13 18/12 19/9 19/23 20/3 20/17 20/18 46/22 46/25 52/5 52/8 52/19 57/24 59/25 60/3 70/2 70/10 70/15 70/17 70/23 71/1 71/13 71/14 71/19 72/22 72/23 73/1 73/9 74/16 74/25 80/16 81/16 81/17 83/4 83/22 86/12 86/13 88/25 90/21 91/18 91/20 92/10 92/15 92/17 92/17 93/3 93/4 93/15 93/17 93/21 95/7 95/13 96/19 104/24 120/25 132/3 132/8 133/6 133/7 134/22 136/20 138/20 144/2 147/17 149/3 150/7 150/15 151/20 151/22 152/16 154/24 155/14 156/11 157/17 157/21 158/8 159/15 161/5 162/7 162/14 163/17 163/19 166/16 177/13 177/18

190/8 191/19 192/5 192/19 197/16 198/2 198/4 198/16 198/16 198/19 198/20 199/17 199/17 199/19 201/22 206/1 212/1 212/6 223/8 223/20 224/18 224/24

Sean's [7] 52/24 83/19 93/22 161/14 178/21 227/16 227/16

search [19] 28/18 28/24 29/3 29/21 30/22 30/23 31/7 31/13 32/13 33/13 34/18 35/8 38/2 38/3 38/3 65/7 153/21 154/1 217/3

searched [3] 29/22 29/22 31/12

seasoned [1] 142/25

seated [11] 3/4 50/22 51/8 51/10 68/24 114/16 122/6 129/11 130/15 180/3 183/13

second [16] 1/21 11/8 45/14 45/16 46/10 64/20 68/17 97/12 99/7 120/24 132/1 206/10 208/21 211/10 234/15 234/15

seconds [2] 142/17 235/1

Secret [1] 5/16

section [2] 9/4 23/8

sections [1] 99/21

secure [1] 215/18

see [104] 7/19 7/21 7/22 9/2 9/4 11/10 11/12 11/21 11/24 12/2 12/7 12/11 12/16 12/21 13/2 13/11 13/22 14/18 15/4 15/18 15/23 16/7 17/1 17/4 17/16 17/18 20/9 20/11 20/13 29/15 30/15 40/23 50/1 50/3 55/7 65/16 65/25 68/10 78/17 79/12 80/23 85/11 85/11 91/24 97/25 102/16 103/3 104/1 104/17 106/18 110/8 114/2 114/5 114/7 116/10 122/1 123/13 123/14 123/14 129/8 129/19 129/22 143/20 143/20 146/7 150/3 151/3 151/15 152/7 152/9 152/18 152/22 155/3 163/23 165/4 167/24

168/18 177/13 177/15 178/19 179/13 179/21 181/4 181/5 186/14 190/22 194/3 195/16 195/17 199/14 200/15 207/16 213/8 213/9 213/11 213/16 213/17 213/22 213/22 214/1 214/2 222/22 230/17 231/10

seeing [3] 66/1 78/20 108/12

seek [3] 31/2 31/3 134/2

seeking [1] 42/11

seem [1] 101/6

seemed [3] 27/13 148/19 173/18

seems [4] 18/21 18/23 18/24 141/21

seen [16] 92/10 103/18 155/4 157/25 162/17 168/1 203/6 203/10 208/8 211/3 218/4 227/19 227/20 234/10 234/24 234/25

sees [1] 95/20

seize [1] 217/3

seized [2] 123/19 173/1

selected [1] 230/1

seller [1] 125/25

selling [4] 73/12 156/8 160/21 224/21

send [41] 67/10 103/3 138/12 140/2 140/9 141/7 148/12 149/13 155/23 155/24 163/2 186/11 186/13 186/14 187/9 188/11 189/1 189/6 192/4 198/8 200/21 203/24 210/4 212/11 212/13 216/15 220/13 220/21 220/23 221/6 221/8 224/24 228/17 230/25 231/7 231/14 231/16 231/20 231/24 231/25 233/19

sending [12] 8/1 16/19 63/19 88/15 148/20 156/6 165/22 176/7 186/1 190/1 219/16 221/22

sends [4] 13/5 88/20 148/23 205/4

sense [3] 82/21 165/22 182/15

sensed [1] 152/12

sent [70] 9/8 22/21 36/14 36/15 36/16 42/20 43/18 43/19

43/22 63/15 86/21 141/4 141/6 148/11 148/17 148/17 152/23 156/3 162/13 162/14 163/3 171/15 176/13 187/6 187/17 189/19 192/14 192/16 193/17 193/21 197/20 198/5 201/3 201/5 201/7 201/16 201/16 201/18 201/20 202/9 202/16 203/3 203/7 204/22 205/18 205/19 209/21 209/23 209/23 209/24 209/25 210/13 210/17 210/18 212/7 212/11 214/3 222/23 228/18 228/20 228/23 230/22 231/1 231/8 231/12 232/25 233/2 233/7 235/3 235/7

sentence [3] 82/14 83/25 115/9

separate [1] 199/15

September [2] 178/25 236/7

series [3] 35/20 148/15 181/16

serious [1] 20/3

served [1] 28/19

Service [1] 5/16

services [1] 191/15

sessions [1] 53/7

set [2] 67/6 211/24

setup [1] 133/5

seven [1] 229/9

several [4] 25/11 148/5 149/1 173/9

shade [7] 139/5 139/6 139/19 139/23 139/23 139/25 140/1

shady [2] 140/13 140/14

Shara [2] 215/22 215/24

Share [1] 178/13

she [50] 17/13 17/13 19/24 19/25 19/25 20/2 20/4 22/3 22/6 31/21 33/18 33/20 33/21 37/3 37/25 92/18 104/7 116/22 117/3 140/10 140/11 148/12 155/23 180/15 180/16 180/17 180/18 180/23 180/23 180/24 180/25 181/1 181/4 186/14 186/19 186/25 186/25 187/2 187/4 187/6 187/8 188/4 188/4 188/6 188/6 188/8 198/17 230/3

230/4 232/7

she's [14] 10/12 10/13 19/24 28/6 30/14 33/21 92/19 104/8 116/24 116/24 132/2 132/2 186/17 226/2

sheet [1] 65/3

sheriff's [3] 21/19 22/13 199/5

shirt [3] 104/7 104/8 159/8

shirts [1] 159/7

shock [1] 161/9

shoe [1] 50/13

shoes [1] 50/9

shoot [1] 224/17

shooting [1] 60/2

short [10] 45/11 113/7 113/8 113/10 113/15 113/16 116/2 121/19 128/25 161/3

Shotwell [2] 50/16 182/15

should [21] 31/3 41/16 50/14 55/18 64/14 64/25 65/15 67/17 70/17 73/13 80/25 83/10 90/9 116/7 165/21 182/9 192/14 198/22 207/6 217/23 230/4

shouldn't [2] 165/24 166/10

show [20] 14/11 15/20 16/17 71/15 134/1 139/13 164/22 164/22 192/3 194/24 198/22 198/23 200/16 200/24 203/8 208/9 210/19 219/21 221/15 230/18

showed [5] 6/3 6/3 35/16 96/16 141/19

showing [13] 6/2 40/19 77/7 79/15 82/1 192/7 196/4 197/13 203/9 210/4 211/13 230/22 234/3

shown [2] 96/25 197/14

shows [17] 16/18 69/19 71/20 71/21 81/17 81/17 81/24 83/5 92/20 100/14 100/21 109/7 109/10 133/9 135/20 144/15 164/1

sidebar [8] 29/12 29/14 30/13 32/9 44/14 49/11 64/15 64/16

## S

**sign [3]** 198/20 215/9 216/13
**signaling [1]** 168/8
**signature [1]** 47/20
**signed [6]** 47/17 171/14 196/5 196/17 198/5 219/25
**signer [1]** 147/15
**silence [2]** 118/3 119/7
**silent [1]** 119/5
**simply [2]** 24/18 48/5
**since [9]** 48/8 56/23 103/18 136/2 139/14 158/10 226/4 227/21 230/4
**Singerman [1]** 180/7
**single [6]** 3/20 36/19 45/13 91/24 92/22 175/21
**sir [233]** 21/3 21/8 32/8 32/8 39/24 50/24 51/2 51/10 51/24 51/25 61/18 63/7 66/17 67/2 67/24 68/2 68/10 68/11 69/5 75/15 76/4 76/7 76/17 76/24 77/2 77/10 78/10 85/10 86/23 89/7 89/20 92/1 92/1 92/3 92/5 93/7 94/4 94/19 94/22 114/7 116/19 117/9 117/12 117/17 117/20 117/24 118/4 118/8 118/11 118/22 119/1 119/2 119/4 119/9 119/22 120/1 120/7 120/11 122/7 122/8 128/17 129/6 130/10 131/20 132/6 133/11 135/6 136/1 136/3 136/12 137/16 137/25 138/2 138/5 138/8 138/14 138/19 139/1 140/4 142/5 143/22 144/5 144/17 144/21 144/23 145/1 147/1 147/11 147/20 148/9 150/17 150/25 151/10 151/12 154/2 154/5 156/18 157/2 157/5 157/9 158/13 159/2 159/20 160/13 160/16 160/19 161/11 161/13 161/15 164/11 165/3 165/6 165/12 165/20 166/5 166/8 166/12 166/23 166/25 167/4 168/1

168/15 168/21 168/24 169/17 170/7 170/17 171/20 172/20 173/22 174/21 174/23 175/9 175/13 178/22 179/9 182/7 183/10 183/18 183/24 184/2 184/12 185/9 187/12 188/8 188/13 189/10 189/18 190/7 190/10 190/13 190/22 191/5 191/11 192/24 195/1 195/15 195/17 195/23 196/3 196/7 196/23 196/25 197/2 197/9 197/23 198/2 198/11 199/3 199/6 199/8 199/10 199/12 200/6 200/18 200/20 200/23 201/2 201/4 201/21 202/1 202/5 202/12 202/14 203/25 204/24 205/6 205/8 206/19 208/13 209/3 209/8 209/19 210/1 210/6 210/10 210/23 211/2 212/2 212/3 212/10 212/13 213/23 214/2 214/5 214/14 214/18 215/17 215/20 216/6 216/9 216/25 217/15 217/20 218/12 219/7 220/12 221/9 226/24 227/11 227/21 228/8 230/20 230/25 231/4 231/23 232/19 233/24 234/8 234/11 234/18 234/23 234/25
**sit [4]** 3/25 68/3 68/6 94/19
**sitting [1]** 13/16
**situation [5]** 55/1 80/17 165/18 173/17 233/22
**situations [1]** 127/8
**six [3]** 115/1 153/25 176/21
**Sixty [1]** 235/1
**size [2]** 99/18 102/1
**ski [1]** 132/13
**skinny [1]** 113/19
**skip [1]** 9/1
**SKKKKK [1]** 20/15
**Sky [4]** 192/13 192/19 192/21 193/1
**slamming [1]** 108/12
**sleeping [3]** 225/3 227/10 227/13
**slow [1]** 135/17
**small [6]** 72/20 75/18 87/14 99/14 99/15 143/11

**Smith [2]** 1/23 236/8
**so [282]**
**so-called [1]** 38/10
**social [12]** 54/25 55/3 55/11 55/14 56/11 137/8 176/4 176/6 176/9 176/16 199/13 199/14
**socially [1]** 60/6
**sold [2]** 72/12 134/8
**solely [1]** 7/13
**solicitation [1]** 122/22
**solid [1]** 81/16
**some [69]** 4/14 4/14 5/25 7/17 10/17 11/5 11/12 13/22 15/17 18/10 18/12 19/23 23/12 35/16 42/25 45/2 45/2 45/7 52/20 53/1 54/23 57/16 59/9 60/5 69/18 72/17 79/25 80/4 84/6 95/22 95/22 96/7 96/7 96/7 96/19 98/15 107/19 107/25 121/2 125/25 131/16 137/13 141/19 141/25 142/11 142/24 143/6 144/12 144/15 146/20 148/17 148/17 153/13 153/16 159/3 159/4 162/22 165/13 171/6 171/6 171/8 171/10 173/13 174/24 175/3 175/6 178/8 193/12 221/4
**somebody [21]** 9/8 19/17 20/5 53/15 55/10 55/11 67/21 88/20 103/3 108/2 137/24 138/20 140/19 140/20 143/23 152/23 163/19 178/23 197/25 202/22 225/16
**somehow [1]** 25/19
**someone [12]** 8/1 67/10 74/4 106/15 139/12 139/13 152/23 161/14 186/18 207/3 208/19 213/2
**something [43]** 20/1 32/11 60/1 60/4 70/10 73/23 74/14 75/2 75/3 82/8 82/13 82/15 82/17 88/17 93/13 98/11 98/12 105/9 106/2 108/3 114/10 127/15 127/24 142/17 144/1 144/19 146/24 148/23 148/24 152/5 152/17 157/16 160/17 161/23 163/21 164/12

165/11 165/18 165/19 165/21 169/21 181/18 206/16
**something's [1]** 173/21
**sometime [2]** 40/9 40/15
**sometimes [17]** 16/14 36/17 54/13 71/20 91/13 91/16 91/16 107/14 127/11 135/19 135/20 138/23 143/13 147/19 175/19 178/9 221/3
**Somewhat [1]** 90/11
**somewhere [3]** 46/4 57/20 148/11
**son [49]** 84/15 84/24 86/1 87/7 132/7 132/10 132/12 132/13 136/14 140/6 154/14 154/17 154/19 169/10 169/11 170/3 174/10 180/24 185/16 186/12 189/16 190/1 194/15 198/1 200/9 202/9 209/4 211/4 212/11 219/3 219/6 222/9 223/2 223/9 223/12 223/16 223/22 224/2 224/16 224/20 225/4 225/6 226/9 226/12 227/22 228/7 228/9 228/23 229/5
**son's [2]** 183/25 222/6
**song [2]** 57/23 58/2
**songwriter [6]** 52/24 53/2 57/25 57/25 87/24 133/7
**songwriters [4]** 53/7 87/24 88/1 88/3
**Sony [1]** 52/2
**soon [2]** 50/12 168/11
**sorry [22]** 10/25 14/19 41/16 56/20 66/11 70/14 74/11 79/9 81/19 81/23 89/20 90/17 95/8 107/1 115/13 130/17 145/16 147/8 148/4 151/15 173/7 200/1
**sort [6]** 42/25 109/16 140/17 164/17 166/17 174/4
**sorted [1]** 72/22
**sound [1]** 164/15
**sounds [1]** 213/7
**source [1]** 28/16
**sources [1]** 7/11
**south [1]** 145/16

**SOUTHERN [3]** 1/1 3/5 46/19
**Southwest [1]** 160/22
**space [2]** 60/4 110/25
**span [2]** 98/5 98/13
**speak [16]** 51/12 69/7 76/18 83/22 94/24 101/5 116/7 119/21 120/4 121/12 122/8 123/4 131/5 162/8 183/16 194/6
**speaking [2]** 55/13 92/20
**special [3]** 1/9 105/9 105/11
**specific [14]** 32/1 63/10 78/20 92/4 92/6 93/15 96/2 96/9 97/5 97/6 98/5 98/15 110/8 143/5
**specifically [18]** 31/21 54/18 55/15 55/20 56/15 56/24 57/7 59/4 65/5 90/23 91/25 100/6 100/15 101/18 105/3 140/16 167/22 168/16
**specifics [6]** 63/12 72/24 73/8 93/16 93/19 99/22
**specify [1]** 93/21
**speculation [2]** 74/3 75/7
**speeches [1]** 92/7
**spell [4]** 51/7 68/24 94/18 130/25
**spend [3]** 54/2 132/9 185/4
**spending [1]** 200/10
**spent [1]** 7/14
**spoke [4]** 61/9 121/10 121/20 149/13
**sponsorship [1]** 178/25
**spot [1]** 147/19
**Spotify [2]** 57/21 57/22
**spots [1]** 138/23
**spring [1]** 135/18
**squared [1]** 74/14
**stack [1]** 43/10
**staff [2]** 111/2 125/25
**stalled [3]** 210/16 210/16 210/17
**stand [6]** 3/9 33/18 51/2 122/3 130/2 130/18
**standing [6]** 51/3 58/22 68/19 94/13

**S**

**standing... [2]** 130/21 222/8
**stands [2]** 8/5 25/7
**Star [1]** 139/19
**Stark [1]** 208/18
**start [18]** 7/18 29/15 45/20 49/1 49/24 50/23 82/15 84/22 99/9 114/13 116/14 122/15 141/14 149/15 194/9 195/14 208/18 220/1
**started [20]** 21/18 21/19 21/21 52/19 52/20 52/20 70/6 78/21 86/18 88/14 97/24 122/15 133/11 142/2 145/17 151/3 195/25 198/14 209/19 209/20
**starting [3]** 6/8 84/17 146/4
**starts [3]** 142/3 196/8 219/22
**state [6]** 37/25 51/6 68/23 94/17 130/24 229/15
**stated [3]** 25/10 27/13 63/22
**statement [14]** 6/4 9/2 10/16 11/10 15/5 17/16 198/23 231/13 231/14 231/15 231/16 232/10 233/2 233/7
**statements [22]** 3/23 4/25 5/3 5/6 5/9 5/25 6/7 6/14 9/21 14/6 16/13 19/2 42/9 42/11 42/18 137/13 187/2 187/4 231/7 231/9 233/15 233/20
**STATES [12]** 1/1 1/4 1/11 1/12 5/19 44/17 45/25 46/19 46/21 48/17 48/19 131/21
**station [4]** 206/3 206/6 206/18 206/19
**stay [7]** 19/21 55/25 57/3 104/18 132/13 136/16 157/10
**steal [1]** 217/14
**STENOGRAPHICALLY [1]** 1/22
**step [12]** 67/24 76/8 76/15 91/15 94/5 114/6 128/18 129/16 129/18 129/19 130/19 179/16
**stepfather [2]** 111/2 126/1

**Steve [1]** 148/19
**stick [1]** 34/11
**still [26]** 3/10 23/24 24/4 24/12 46/7 57/18 57/18 58/8 76/17 80/19 81/9 83/16 87/16 111/12 120/2 121/6 133/13 153/3 163/11 173/23 174/1 183/17 199/16 199/19 214/24 216/20
**stip [2]** 44/20 45/25
**stipulate [2]** 46/25 220/11
**stipulated [1]** 48/5
**stipulation [11]** 46/23 47/25 48/2 48/3 48/5 48/9 48/10 48/11 48/13 121/5 219/23
**stolen [1]** 163/18
**stop [6]** 31/20 49/24 74/5 86/21 92/21 220/4
**stopped [2]** 87/6 103/2
**streaming [2]** 57/19 60/19
**streams [1]** 57/24
**Street [1]** 1/21
**stressed [1]** 188/23
**stressful [4]** 136/19 185/19 185/23 185/24
**stretch [1]** 29/14
**strike [4]** 28/6 34/11 91/14 204/17
**string [1]** 77/18
**stuck [1]** 174/5
**stuff [22]** 31/21 38/2 58/17 60/5 73/6 92/10 96/19 106/9 137/19 137/20 138/16 149/16 150/5 153/14 164/21 164/23 166/24 179/4 207/3 221/10 221/11 223/20
**subpoena [2]** 14/13 33/6
**subpoenaed [3]** 5/11 5/13 42/15
**subpoenas [2]** 4/14 28/17
**Suburban [3]** 107/8 107/9 107/10
**successfully [3]** 201/3 201/16 203/7
**such [2]** 175/12 175/21
**suckers [2]** 223/10 223/11
**sue [3]** 89/1 89/3 92/24
**sued [1]** 88/22

**suggest [1]** 15/2
**suing [7]** 89/4 202/14 202/14 202/16 202/20 202/22 202/24
**Suite [3]** 1/14 1/16 1/18
**sum [5]** 16/18 64/1 65/4 79/18 208/14
**summary [1]** 195/5
**summer [1]** 135/18
**super [1]** 81/14
**support [1]** 222/6
**supposed [18]** 13/19 70/24 74/24 77/12 86/17 87/14 93/17 98/6 98/15 98/18 108/5 108/6 124/4 151/22 156/12 174/3 193/2 216/14
**supposedly [1]** 74/17
**sure [61]** 6/17 18/11 23/1 33/12 34/21 35/15 36/7 36/8 49/13 51/11 53/24 54/1 54/5 64/15 65/21 65/23 68/14 69/6 76/18 88/25 89/2 94/23 95/18 98/25 99/6 99/19 99/22 109/21 115/21 117/14 120/9 128/4 128/24 129/5 131/4 143/23 148/7 149/7 155/21 156/7 163/10 163/17 175/1 175/1 186/10 187/12 187/13 189/25 192/24 200/16 202/1 202/2 210/3 214/11 219/11 219/14 219/14 220/4 222/18 223/1 230/18
**surprise [1]** 161/9
**sustain [1]** 74/5
**sustained [37]** 24/15 24/15 26/7 26/14 27/22 27/24 28/8 37/20 43/7 58/6 74/6 75/8 75/8 76/2 92/3 93/25 102/13 111/9 111/13 111/19 111/25 112/18 192/17 197/5 204/18 207/9 211/8 226/16 226/16 232/2 232/6 233/10 233/17 235/5 235/9 235/13 235/17
**SW [3]** 1/21 151/14 161/1
**swap [1]** 178/17
**sway [1]** 136/23
**Sweeten [1]** 157/1
**swindled [1]** 149/9

**sworn [8]** 51/3 51/4 68/20 68/21 94/14 94/15 130/21 130/22
**system [2]** 39/15 39/16

**T**

**T's [1]** 53/24
**T-U-R-N-E-R [1]** 131/2
**T.V [61]** 13/19 26/9 69/17 69/18 70/5 96/11 96/16 97/5 97/24 98/6 98/18 99/12 99/14 99/19 100/12 102/18 102/25 103/1 103/3 103/4 122/16 123/5 123/11 123/14 123/15 123/19 127/3 127/9 127/12 127/15 149/10 149/13 151/15 152/4 152/9 152/10 157/23 178/20 178/21 178/25 179/3 190/12 190/16 190/16 190/23 191/2 193/14 194/12 195/14 197/1 197/17 198/11 198/20 198/22 199/2 199/3 199/4 208/23 218/22 218/23 235/11
**T.V.'s [1]** 98/21
**tab [1]** 114/24
**table [2]** 108/10 108/10
**tables [1]** 108/13
**tabloids [1]** 90/20
**tabs [1]** 137/11
**tag [11]** 108/8 128/9 128/11 128/12 159/16 159/24 160/1 160/8 160/8 217/15 217/18
**tail [1]** 71/12
**take [29]** 3/9 51/2 70/9 73/22 75/5 81/4 81/5 85/10 89/21 114/1 115/25 124/22 124/24 129/7 130/2 137/4 146/24 153/9 173/9 179/13 180/1 180/4 182/17 183/14 198/1 207/20 219/8 221/24 234/12
**taken [8]** 65/7 65/14 123/19 129/23 144/22 160/23 173/8 229/3
**takes [5]** 33/18 83/1 219/9 219/10 219/15
**taking [7]** 49/5 91/20 97/18 107/2 108/4 155/16 223/11
**talk [20]** 59/5 68/8

92/15 92/17 92/20 104/23 114/8 115/20 132/19 143/4 147/25 150/6 153/12 179/16 193/14 194/5 200/4 207/12 220/4 227/24
**talked [7]** 28/17 87/8 91/22 96/19 121/9 123/22 167/20
**talking [30]** 20/18 34/10 35/2 40/3 54/22 55/14 63/10 84/1 87/13 87/14 90/8 92/16 93/16 96/24 107/24 111/21 130/5 135/14 141/24 165/24 167/16 167/22 169/22 174/7 184/20 189/5 189/6 193/9 224/20 226/4
**talks [2]** 15/20 19/25
**tall [2]** 113/7 113/15
**targeted [1]** 54/9
**targeting [1]** 54/11
**task [2]** 182/10 182/11
**taught [1]** 59/21
**taxes [1]** 186/25
**team [3]** 53/14 53/17 53/18
**teams [2]** 27/15 53/21
**technically [1]** 88/24
**technology [1]** 177/3
**teenager [1]** 56/23
**teeth [3]** 144/22 166/1 227/11
**television [20]** 26/2 26/3 26/17 69/15 69/16 96/25 97/11 97/21 102/1 102/24 103/6 103/9 103/16 103/19 104/15 150/22 152/15 153/1 153/7 153/23
**tell [47]** 4/17 7/24 10/21 18/9 31/3 31/18 33/14 45/3 51/24 64/24 69/18 70/12 70/17 73/1 74/8 74/16 78/21 78/21 79/10 88/17 91/11 96/14 110/14 115/19 178/23 180/21 181/15 187/25 188/17 192/22 193/17 204/6 213/18 223/12 223/21 223/22 223/23 223/25 224/2 225/3 225/5 226/12 226/19 227/22 228/16 228/18 229/25

**T**

**telling [9]** 70/18 87/21 112/4 167/9 216/22 218/21 222/1 222/12 223/9
**tells [3]** 224/16 226/25 228/10
**template [2]** 188/4 188/6
**templates [1]** 202/7
**temporarily [1]** 220/22
**ten [9]** 56/11 57/20 114/6 114/7 129/5 129/7 129/8 179/22 180/1
**ten million [1]** 56/11
**ten-minute [1]** 129/7
**term [2]** 135/21 186/17
**terms [5]** 7/8 59/5 122/24 124/1 184/9
**terrain [1]** 168/25
**terrible [3]** 191/24 192/2 192/3
**terrific [1]** 3/6
**test [3]** 207/19 207/21 209/9
**tested [1]** 196/11
**testified [27]** 3/20 24/20 73/25 79/18 90/4 111/15 111/17 126/3 146/20 148/5 171/23 180/11 180/11 180/23 183/8 184/20 185/12 197/24 210/24 210/25 212/20 213/12 215/1 216/10 219/6 222/24 232/7
**testifies [1]** 33/16
**testify [41]** 4/11 9/19 27/9 37/22 38/7 61/14 116/14 116/14 116/23 116/23 116/25 117/3 117/11 117/22 117/22 118/1 118/2 118/6 118/10 118/13 118/16 118/16 118/17 118/18 119/3 119/6 119/7 119/11 119/19 119/23 120/2 120/8 120/12 130/4 130/8 130/11 149/11 218/13 230/2 230/3 230/9
**testifying [4]** 37/6 117/19 119/14 122/15
**testimony [27]** 1/9 3/17 4/9 8/11 8/14 42/25 87/9 87/18 115/19 120/10 180/18

182/5 186/11 190/6 208/11 209/18 210/19 212/12 213/13 218/10 222/19 226/6 227/12 229/17 230/5 230/11 234/16
**tethered [1]** 178/8
**text [31]** 19/9 20/6 22/24 29/7 34/17 36/9 47/3 47/7 47/10 47/15 65/1 77/18 79/17 81/10 86/8 92/16 186/14 195/7 203/15 203/19 208/6 208/8 208/10 222/3 225/17 227/3 227/13 228/24 229/1 229/4 230/22
**texting [1]** 144/18
**texts [11]** 23/8 23/12 23/21 78/6 84/3 176/2 227/14 227/16 227/17 227/18 231/11
**than [18]** 28/15 72/17 74/23 82/21 87/12 88/2 110/4 129/2 132/17 133/21 147/18 164/6 176/20 185/4 191/2 198/9 202/12 216/24
**thank [56]** 3/12 21/2 25/8 28/12 34/4 34/7 39/24 40/1 41/23 42/1 44/5 44/7 44/9 44/10 44/12 44/15 47/23 50/17 50/18 50/25 51/15 51/24 61/18 61/21 66/17 68/2 69/9 76/3 76/22 79/7 83/12 89/13 93/7 95/2 104/9 104/12 110/6 118/12 120/14 122/3 126/22 128/14 128/19 130/7 131/8 131/11 179/10 180/3 182/4 182/16 183/10 183/19 195/3 220/13 230/13 230/20
**thanks [11]** 46/13 49/21 66/19 68/3 81/11 94/4 128/17 130/12 179/22 180/1 184/5
**that [990]**
**that's [156]** 3/19 4/2 4/8 4/10 4/16 4/24 5/10 5/14 6/14 6/19 8/3 8/3 14/10 14/16 16/16 17/19 19/20 20/18 20/19 21/10 25/6 25/12 26/5 26/11 29/8 29/10 30/9 30/12 30/23 30/23 32/20 32/25 33/14 34/25

35/22 37/18 37/23 41/4 43/24 46/11 48/1 55/3 55/23 60/7 60/17 63/22 64/10 65/10 66/16 66/23 67/22 72/23 74/12 74/18 74/19 76/13 81/25 83/14 84/1 84/2 84/10 86/8 86/12 86/17 87/7 87/8 87/20 87/21 88/6 88/21 89/5 97/12 99/8 100/6 106/9 107/8 107/16 113/2 115/21 120/4 120/4 120/8 121/1 121/22 125/14 132/20 132/21 134/4 134/8 137/20 138/16 139/15 139/16 140/19 140/25 141/24 145/3 145/19 149/9 150/9 153/21 156/24 162/4 165/2 171/7 171/13 177/14 177/18 177/23 178/2 180/5 184/13 184/15 184/15 187/8 187/18 190/6 190/12 199/15 199/16 200/7 201/18 202/5 202/15 202/25 203/19 204/10 204/15 205/4 205/20 207/9 210/21 211/2 211/20 211/21 211/21 212/7 212/11 215/17 215/20 217/20 218/19 220/18 224/1 226/6 227/3 227/6 227/20 227/21 228/19 228/20 228/24 229/1 231/15 233/1 233/11
**theft [1]** 137/6
**their [30]** 19/18 25/23 39/15 39/16 41/15 44/22 48/20 48/25 49/2 49/2 54/4 55/10 58/21 58/21 74/23 132/4 147/4 158/12 158/12 159/17 167/13 172/12 176/23 207/16 207/16 217/14 218/25 220/22 221/10 221/11
**them [107]** 16/22 24/18 30/8 36/18 41/18 41/20 45/1 45/19 49/19 49/20 49/20 54/9 54/11 54/12 54/17 55/13 55/13 58/3 58/23 60/21 60/22 64/1 67/10 78/7 78/8 82/20 85/14 86/9 86/21 88/20 88/25 89/1 89/2

91/7 91/11 99/11 100/4 100/24 100/25 101/2 101/19 115/24 122/2 130/12 135/1 142/25 144/12 148/12 148/13 148/13 148/17 148/19 149/1 157/19 160/4 167/11 169/8 169/22 169/22 169/25 170/9 171/14 173/9 174/16 182/23 184/8 186/6 186/15 188/11 189/1 189/2 189/2 189/7 189/11 189/13 189/14 189/20 189/24 190/15 191/16 192/14 193/2 193/3 193/3 193/8 193/17 198/2 202/14 202/14 202/20 202/21 202/24 206/1 206/18 207/23 208/12 216/15 216/24 218/2 219/20 220/23 221/4 221/4 221/8 222/1 227/6 227/17
**then [91]** 11/2 16/14 22/11 22/13 28/19 31/10 33/17 34/24 40/25 41/10 42/13 43/1 43/17 45/17 45/20 45/25 46/9 46/12 55/12 67/25 68/6 83/10 85/23 87/15 91/17 96/19 97/2 97/24 99/7 99/9 99/13 101/25 102/23 102/25 103/2 103/18 103/18 106/4 116/10 121/14 123/22 131/19 131/21 132/25 132/25 139/6 140/10 140/17 140/21 140/23 141/14 143/13 161/2 161/16 165/7 177/25 181/2 181/17 181/21 181/21 182/23 186/6 186/14 187/24 188/11 192/25 195/13 197/8 203/8 205/4 205/21 207/3 207/21 208/18 209/18 209/23 209/23 210/10 210/17 210/19 214/17 216/14 222/14 225/22 230/23 230/23 230/24 231/8 231/21 231/24 232/4
**theory [2]** 180/20 180/22
**there [174]** 4/14 5/18 7/18 9/3 9/5 11/4 13/25 14/7 15/2 15/9 18/19 20/3 20/6

22/11 23/8 27/10 27/10 27/19 27/19 29/5 29/6 33/11 33/24 34/3 34/16 34/19 34/20 35/3 35/17 36/17 40/14 40/20 42/23 42/24 43/16 44/3 48/8 48/8 60/5 68/3 68/8 68/16 74/5 77/2 79/12 80/9 82/7 82/8 83/4 88/7 89/21 92/21 94/8 96/23 98/3 98/8 98/9 98/14 98/15 98/22 98/24 98/25 99/1 99/2 101/12 101/20 101/25 103/8 104/22 105/9 105/13 106/20 107/8 107/8 108/1 108/9 108/18 111/1 112/12 112/20 112/23 112/25 113/2 114/14 116/11 117/7 122/22 123/3 123/24 124/16 124/21 125/21 125/22 125/25 126/18 127/8 127/8 127/12 127/17 129/3 132/2 133/2 133/2 133/18 133/20 133/25 136/10 137/14 137/18 137/19 137/23 142/19 142/20 143/10 143/10 144/9 146/15 146/20 148/15 148/17 148/19 150/13 150/24 151/15 151/20 151/22 152/20 153/19 153/23 156/10 156/12 156/16 158/11 160/8 161/6 161/7 161/14 166/4 166/11 169/2 175/23 186/15 187/23 188/1 189/16 193/11 193/11 195/10 202/2 205/15 206/6 206/6 209/12 213/4 213/9 213/10 213/14 213/15 215/12 216/10 216/20 220/4 220/24 221/1 221/3 221/5 222/17 223/23 224/22 227/1 229/17 232/21 232/22 232/23
**there's [50]** 12/16 15/17 15/24 16/23 31/17 31/23 33/14 34/22 34/24 41/10 49/13 57/14 59/2 63/22 65/3 65/19 66/17 73/5 74/20 84/3 84/18 89/7 92/16 100/16 114/25 119/23 134/17 134/21 140/16

# T

**there's... [21]**
141/21 145/18 145/24 146/16 164/3 168/6 170/10 170/11 170/11 173/20 183/8 191/1 192/15 193/7 194/18 198/8 216/7 221/3 221/4 224/16 233/12

**these [100]** 6/7 6/14 7/17 9/21 14/3 14/6 14/9 16/13 16/16 16/18 17/20 18/1 18/15 19/4 19/11 19/13 19/15 19/15 19/17 35/20 36/23 38/7 42/9 42/11 45/6 58/24 63/4 63/15 63/19 73/4 73/5 77/1 82/20 84/3 87/13 90/9 106/13 109/11 136/14 136/14 136/15 138/16 140/12 140/12 141/4 141/7 141/10 147/23 148/8 148/15 149/7 157/3 157/7 159/3 164/7 165/1 166/17 166/18 167/5 174/7 176/19 176/22 176/22 176/25 180/17 182/6 185/16 185/25 188/11 188/17 188/20 189/6 189/19 189/25 190/1 190/21 197/24 200/10 200/13 202/1 202/3 202/6 202/7 206/17 206/21 207/13 207/25 209/1 218/13 219/19 220/11 221/22 221/25 222/1 222/22 223/10 225/14 227/18 235/3 235/7

**they [207]** 5/12 5/13 8/19 9/22 16/19 18/20 20/4 23/17 26/18 30/2 30/2 30/19 30/20 30/22 31/8 35/23 36/12 36/17 37/5 37/12 39/10 39/14 39/15 40/12 40/13 41/20 42/22 42/23 42/24 42/24 44/22 48/25 49/1 49/1 54/17 55/7 55/8 55/8 55/9 58/22 58/23 59/2 59/11 59/12 64/6 64/9 74/22 80/2 80/5 80/8 87/3 88/3 88/13 88/14 88/15 88/17 88/19 93/22 96/24 97/24 99/6 99/7 99/9 99/12

99/13 100/25 100/25 101/4 101/5 101/5 101/9 101/16 101/23 105/3 108/16 113/5 114/19 114/21 116/14 118/2 119/6 119/7 119/13 119/16 123/4 123/7 133/16 133/17 136/15 136/16 136/16 137/4 137/4 137/4 137/21 137/21 138/1 138/3 139/4 139/14 141/5 141/11 143/11 148/16 150/6 150/8 153/21 154/1 154/24 157/7 157/17 159/4 159/22 160/8 161/4 166/1 166/18 166/18 166/20 166/21 169/5 169/5 169/20 169/20 170/8 170/12 170/16 172/15 173/3 173/7 173/12 173/19 174/3 174/10 174/12 175/24 176/25 178/5 178/10 178/10 178/12 178/17 180/4 186/6 187/12 188/12 188/23 189/4 189/5 189/7 189/16 189/22 189/23 189/23 190/16 191/23 192/2 192/3 193/15 195/13 195/24 196/2 198/10 199/7 199/11 199/11 202/16 203/2 207/14 207/15 207/15 207/16 207/17 207/19 207/21 209/15 209/15 210/24 210/25 213/3 214/3 214/15 214/16 215/1 215/8 215/15 216/16 216/20 216/25 217/2 218/25 219/20 220/24 221/1 221/1 221/3 221/6 221/17 222/12 224/25 227/4 227/6 227/7 227/8 227/8 227/8 230/16

**they'd [1]** 211/1
**they'll [2]** 46/6 227/5
**they're [46]** 3/4 25/18 25/19 30/1 54/8 54/9 54/14 58/22 67/8 74/21 75/25 115/18 122/1 139/5 139/16 139/20 139/21 140/14 141/11 148/10 149/8 157/19 171/1 176/19 178/4 178/8 178/9 178/16 187/6 187/6 189/2 191/18 193/2 193/2 193/3 202/7

202/24 207/17 207/19 207/20 216/23 218/24 218/25 222/13 223/11 223/11
**they've [4]** 48/25 221/2 227/4 227/9
**thing [20]** 63/2 86/18 87/8 90/4 90/6 91/24 96/15 102/7 104/14 142/12 149/9 152/14 157/25 168/25 178/10 178/15 178/16 199/13 211/24 216/3
**things [45]** 29/6 34/19 38/7 39/2 54/3 54/6 54/9 55/4 58/23 58/24 58/25 59/3 82/7 83/2 84/1 84/6 84/7 87/13 87/14 88/24 90/9 91/20 96/9 97/23 106/2 117/14 127/13 141/7 141/15 147/23 157/12 158/14 159/5 160/15 162/22 162/25 165/15 169/3 175/23 176/2 176/7 176/13 176/25 190/13 190/14
**think [58]** 12/20 17/15 19/25 24/5 24/6 24/14 25/10 27/10 27/12 27/19 28/5 28/7 30/14 32/11 32/17 33/10 56/15 61/9 64/25 65/16 71/8 74/10 86/3 88/2 88/5 90/22 92/25 97/22 98/5 98/6 100/3 100/16 101/16 110/15 114/17 114/25 116/19 120/3 121/11 147/3 148/10 150/8 152/16 155/9 155/19 155/21 163/25 164/1 165/13 165/21 166/18 171/15 180/3 194/15 195/24 221/1 222/25 227/9
**thinking [6]** 44/25 115/3 116/6 198/9 222/25 227/4
**thinks [1]** 224/18
**thinner [1]** 155/9
**third [2]** 16/10 132/2
**this [355]**
**thoroughly [1]** 117/16
**those [53]** 4/22 5/12 5/14 5/15 18/17 22/10 24/1 25/23 30/25 31/1 36/9 36/11 36/14 36/15 36/16 36/19 36/21 36/24 37/3 37/5 42/12 43/3 43/10

43/10 43/14 48/12 54/16 57/16 60/20 82/6 90/12 99/18 103/24 105/1 133/13 139/19 140/5 140/8 144/15 148/21 171/4 185/7 186/5 187/5 190/13 190/13 191/14 192/5 193/13 204/17 208/8 227/16 227/16
**though [8]** 60/14 84/1 84/18 89/5 99/20 146/16 153/17 173/4
**thought [9]** 27/14 49/5 81/23 87/25 156/1 156/19 156/21 156/22 217/12
**thousand [5]** 48/21 79/25 137/20 143/7 143/7
**thousands [3]** 141/22 141/23 147/5
**threat [1]** 186/12
**threatened [4]** 86/19 86/20 180/17 181/1
**threatening [5]** 119/19 139/5 139/16 139/18 198/14
**three [15]** 5/12 5/15 19/16 25/21 80/17 80/18 83/19 85/8 85/23 95/15 111/22 126/7 131/25 134/17 209/14
**through [50]** 3/17 3/17 5/24 6/7 6/15 7/17 14/6 15/17 16/22 17/15 18/16 25/4 42/18 48/3 54/19 55/9 56/10 64/25 65/17 65/23 77/8 77/10 84/7 87/6 91/21 135/19 136/17 141/19 141/25 142/16 146/7 147/2 161/7 164/21 173/23 180/7 180/16 181/13 187/18 188/2 188/4 194/7 208/11 209/15 210/9 210/11 214/19 214/20 216/18 231/11
**throughout [2]** 36/25 42/17
**tier [1]** 105/12
**tight [2]** 75/19 163/4
**Tik [4]** 55/19 176/10 176/12 176/18
**Tik-Tok [4]** 55/19 176/10 176/12 176/18
**till [3]** 56/20 198/16 198/21
**time [145]** 24/3

25/13 32/12 36/1 39/1 46/2 46/7 46/17 48/16 52/13 52/13 52/15 53/10 53/11 54/3 54/22 55/7 56/17 56/19 56/22 57/1 57/3 57/8 57/17 57/23 58/8 58/18 59/8 59/14 59/23 60/14 70/10 71/9 77/23 80/1 80/8 80/8 85/3 85/10 85/25 86/4 87/1 88/14 92/6 93/6 95/18 96/2 96/6 96/22 96/23 97/5 97/13 97/20 97/22 97/25 98/5 98/5 98/12 98/13 98/20 98/25 99/7 100/25 102/17 102/19 102/21 104/22 104/24 105/14 105/24 106/15 106/19 107/23 108/18 108/20 109/1 109/8 109/9 110/22 113/21 121/10 121/22 128/9 129/1 129/12 130/7 130/18 132/8 132/18 133/10 136/5 136/21 137/14 138/24 139/16 140/24 142/8 142/24 147/4 148/1 156/7 156/10 158/15 159/5 160/17 163/16 163/25 164/5 165/7 165/22 165/24 165/25 169/15 172/21 174/22 175/15 175/17 177/21 181/5 182/6 186/6 186/15 187/12 187/14 187/22 187/25 188/8 188/13 188/21 189/1 189/10 189/24 191/4 197/25 201/6 202/1 213/21 220/21 221/10 226/3 227/10 227/20 227/21 231/1 235/3
**timeframe [1]** 57/12
**times [16]** 25/11 48/21 48/22 51/12 55/8 58/22 58/24 71/22 76/19 110/20 146/15 147/6 159/9 173/9 208/6 233/19
**timing [1]** 127/13
**title [4]** 170/18 171/5 172/19 173/4
**titled [1]** 172/24
**TMZ [11]** 86/14 86/20 90/12 90/13 93/13 139/5 139/6 139/18 139/19 198/14 207/4
**TMZ'd [1]** 90/21

## T

**today [7]** 45/23 57/18 80/13 104/1 226/6 227/25 227/25
**together [4]** 52/21 54/14 100/10 162/22
**Tok [4]** 55/19 176/10 176/12 176/18
**told [26]** 23/14 23/17 25/13 37/9 37/11 37/16 65/24 80/17 81/18 83/11 83/20 86/6 87/20 119/16 148/10 151/4 161/18 161/18 163/17 170/19 185/15 188/20 198/4 208/6 218/2 229/25
**tomorrow [5]** 84/20 84/25 228/3 228/6 228/6
**too [10]** 10/25 120/12 144/14 156/24 187/5 200/14 202/4 204/21 218/18 219/1
**took [14]** 22/19 22/19 72/25 91/1 108/10 124/10 154/19 166/1 173/3 199/11 217/2 227/10 229/4 229/18
**tool [1]** 55/3
**top [6]** 15/19 42/13 52/3 82/12 82/25 105/12
**topic [2]** 112/15 112/20
**total [4]** 162/18 172/1 200/17 218/6
**touch [1]** 41/17
**tough [2]** 138/23 147/19
**tour [4]** 102/23 144/1 151/24 206/2
**touring [2]** 151/23 151/24
**tow [2]** 217/22 217/23
**towards [2]** 50/17 109/2
**track [3]** 82/20 186/3 193/7
**tracker [1]** 214/15
**trade [5]** 165/14 222/11 222/11 222/20 222/24
**trading [3]** 165/16 222/13 222/13
**trail [1]** 89/2
**training [1]** 135/4
**tranquility [1]**

108/16
**transaction [43]** 13/11 23/25 24/7 38/18 40/24 72/9 72/16 72/25 73/9 84/12 84/23 93/15 112/25 122/16 124/10 125/16 125/19 125/24 126/10 140/22 140/23 141/12 142/15 149/6 161/24 169/19 173/15 180/10 183/7 191/6 193/14 194/7 195/13 195/24 196/22 200/4 203/9 208/21 210/15 222/16 222/17 222/21 222/24
**transactions [10]** 7/17 18/20 24/1 25/22 35/21 42/16 62/25 63/5 141/1 142/10
**transcription [1]** 236/4
**transfer [19]** 17/4 40/25 42/12 47/2 47/6 47/14 72/14 186/23 188/1 194/18 201/3 201/7 201/14 201/16 203/7 204/23 220/2 220/6 227/1
**transferred [1]** 222/16
**transfers [4]** 14/3 14/9 63/14 63/16
**transmitted [4]** 47/2 47/6 47/10 47/14
**transparent [2]** 83/4 83/14
**transpired [1]** 124/1
**travel [1]** 100/18
**traveling [2]** 99/1 109/6
**treat [1]** 221/18
**tree [1]** 139/25
**Trevor [2]** 1/13 47/18
**trial [8]** 1/9 3/18 3/25 13/16 23/11 24/19 24/21 65/24
**trick [6]** 188/11 189/7 189/11 189/13 198/9 198/11
**tricked [1]** 189/14
**tried [3]** 209/14 215/21 217/9
**Trippie [1]** 57/15
**trouble [6]** 90/15 103/5 103/7 190/15 199/2 217/2
**truck [6]** 106/4 106/5 106/6 107/8 217/22 217/23

**trucks [4]** 133/15 133/18 133/20 133/21
**true [8]** 64/1 64/6 64/10 71/2 156/25 163/7 215/17 215/20
**Truist [2]** 232/15 232/17
**truly [2]** 84/20 84/25
**trust [4]** 14/1 134/21 155/12 220/21
**truth [3]** 48/6 120/4 218/21
**TRX [2]** 106/4 106/5
**try [5]** 54/23 110/8 112/9 157/7 214/4
**trying [22]** 20/4 20/5 32/7 54/8 59/15 65/25 74/10 74/11 74/22 82/5 84/4 86/1 86/6 103/9 112/7 164/2 171/20 180/24 189/7 198/1 207/20 209/16
**turn [2]** 43/17 75/2
**turned [1]** 206/8
**TURNER [42]** 1/6 1/10 1/16 5/7 13/8 36/10 36/16 42/20 43/18 43/19 43/25 46/21 46/24 47/20 54/18 77/19 79/18 104/4 116/15 117/8 117/21 118/12 120/20 120/24 130/1 130/8 130/11 130/18 130/19 131/1 131/3 131/14 131/16 175/2 175/8 179/10 179/16 179/25 183/14 183/21 183/23 230/3
**Turner's [5]** 17/11 40/8 43/12 130/2 180/8
**turns [1]** 141/8
**twenty [3]** 170/13 210/10 214/10
**twice [1]** 202/12
**Twitter [1]** 56/14
**two [36]** 4/20 5/22 15/24 19/4 32/16 46/12 56/15 75/15 82/6 82/23 83/1 83/20 84/1 95/15 111/22 114/18 114/25 115/9 115/22 121/14 126/7 129/3 136/22 151/25 155/19 162/23 166/1 200/8 200/9 201/21 212/2 212/10 219/25 227/11 229/10 233/24
**type [10]** 52/22 78/10 78/10 90/4 90/6 122/20 143/20 146/12

158/14 166/24
**types [3]** 55/5 55/15 87/13

## U

**U-G-A-T-E-P [1]** 12/18
**U.S [5]** 5/16 47/18 47/18 184/17 184/18
**Uber [3]** 14/1 107/14 107/16
**uh [2]** 62/23 62/23
**uh-uh [1]** 62/23
**ultimately [12]** 125/18 153/3 161/23 162/2 162/15 163/13 170/8 173/1 180/16 181/2 194/22 209/25
**unacceptable [1]** 83/8
**unauthorized [2]** 137/24 142/10
**uncomfortable [1]** 161/24
**under [12]** 3/10 70/3 71/8 76/17 115/23 134/12 139/25 149/3 180/18 183/17 196/14 215/21
**underlying [1]** 126/9
**underneath [2]** 12/2 141/5
**understand [35]** 32/18 32/19 49/16 60/8 60/12 61/5 66/2 80/23 81/10 88/21 91/5 97/13 100/5 117/15 117/21 117/23 117/25 118/3 118/5 119/2 119/8 119/22 119/25 123/15 125/9 127/25 132/18 139/10 141/25 178/19 183/25 187/14 194/9 201/22 217/20
**understanding [4]** 74/8 80/2 121/8 169/12
**understands [1]** 99/17
**Understood [2]** 80/9 81/6
**uneasy [1]** 150/20
**united [12]** 1/1 1/4 1/11 1/12 5/18 44/17 45/25 46/18 46/21 48/16 48/19 131/21
**University [1]** 11/20
**unless [5]** 31/18 86/4 168/7 183/3 214/5
**unlike [1]** 3/25

**unprofessional [1]** 123/4
**unreal [1]** 213/7
**until [9]** 3/25 15/6 54/17 150/3 198/16 200/12 206/17 227/8 227/8
**up [68]** 6/19 19/5 23/1 31/10 32/9 45/20 53/6 57/13 64/17 71/1 74/23 88/10 89/20 91/2 91/9 91/15 91/17 96/16 103/3 103/4 116/10 120/6 133/25 142/12 142/25 147/5 153/11 153/13 153/16 156/17 159/12 161/3 161/19 165/13 166/10 167/7 167/10 172/1 173/10 173/21 174/3 179/18 180/1 180/4 180/19 182/17 185/25 188/6 190/25 194/3 194/24 203/2 208/7 208/14 210/3 210/3 211/24 213/1 214/11 216/21 217/10 217/21 217/23 218/2 218/25 222/14 224/24 227/10
**updated [1]** 21/13
**upon [4]** 43/22 47/25 72/25 73/22
**upped [1]** 170/12
**upset [5]** 98/10 102/10 102/18 150/15 226/14
**upsets [1]** 165/19
**upside [2]** 147/19 185/3
**upstairs [1]** 152/21
**urgency [1]** 81/10
**us [11]** 69/18 70/12 90/12 141/25 159/4 159/18 161/25 173/19 189/23 193/19 225/5
**USB [3]** 34/13 66/3 66/7
**use [15]** 77/1 77/2 82/5 90/15 90/18 118/2 118/2 119/6 119/7 165/7 165/9 172/21 177/12 177/22 212/10
**used [8]** 36/24 55/21 128/3 137/4 172/22 197/24 229/12 229/12
**uses [1]** 164/12
**using [6]** 65/20 100/5 137/24 164/23 179/3 186/17
**usual [1]** 170/5
**usually [4]** 39/23

**U**

**usually... [3]**  54/15 109/14 135/18
**utilize [2]**  103/9 140/7
**utilized [3]**  36/23 58/24 172/23
**utilizing [3]**  140/5 156/22 178/20

**V**

**vague [1]**  74/11
**valuable [2]**  158/8 158/9
**value [2]**  26/9 139/6
**valued [1]**  164/7
**various [2]**  14/1 56/13
**vast [2]**  145/25 146/16
**Vecchio [6]**  21/25 22/23 28/18 37/2 37/9 37/14
**Vegas [1]**  61/12
**vehicle [11]**  67/8 124/14 125/9 125/13 167/3 168/25 169/13 210/5 216/7 216/11 216/17
**vehicles [1]**  58/17
**vendor [3]**  187/10 187/22 199/4
**vendors [5]**  63/15 160/14 188/11 191/18 191/20
**verified [1]**  196/12
**version [1]**  115/9
**versus [3]**  46/21 93/17 173/19
**VerVer [6]**  13/14 13/17 193/14 197/8 197/20 198/9
**very [36]**  29/19 31/11 31/11 31/25 34/7 44/13 50/17 53/15 53/21 59/21 61/18 72/20 75/18 75/20 80/2 88/23 92/4 92/6 93/7 101/1 101/6 110/1 118/12 130/7 138/9 142/24 155/11 165/1 165/2 185/19 185/23 185/24 185/25 186/10 196/24 201/18
**vet [2]**  197/25 207/13
**vetting [6]**  196/21 207/12 207/23 207/23 220/20 220/23
**via [4]**  47/3 47/7 47/10 47/14
**vice [1]**  52/2

**victim [3]**  37/1 37/14 137/6
**victims [4]**  22/24 25/23 39/1 63/4
**video [7]**  98/17 98/18 159/21 159/22 206/9 224/17 224/18
**videos [3]**  34/17 35/10 58/25
**view [1]**  28/25
**Villains [1]**  69/20
**voice [1]**  175/5
**voicemail [1]**  217/9
**volunteered [1]**  206/20

**W**

**wait [3]**  198/16 200/11 227/24
**waited [1]**  198/12
**waiting [2]**  83/16 198/13
**walk [3]**  161/7 169/16 216/23
**walk-through [1]**  161/7
**wall [19]**  96/25 97/6 99/7 101/13 101/18 101/21 101/22 102/8 102/11 123/5 123/6 123/7 123/20 150/23 150/24 151/2 196/2 199/7 199/10
**walls [1]**  191/4
**Walmart [3]**  133/22 134/10 134/11
**want [66]**  19/11 19/21 33/8 33/12 35/6 36/8 36/14 36/18 45/4 45/18 45/18 45/21 59/4 75/1 75/1 77/2 78/2 82/3 83/22 84/22 92/20 114/11 115/9 117/14 118/1 119/20 120/4 120/9 129/5 130/3 132/17 136/15 136/16 136/16 139/6 139/15 143/12 150/8 153/11 159/9 159/23 160/4 160/4 166/18 170/1 174/1 178/3 181/22 183/3 190/18 192/11 207/4 207/5 207/6 213/3 215/13 215/24 216/8 216/20 216/25 223/1 224/25 225/4 226/21 227/6 227/7
**wanted [27]**  46/4 46/11 48/13 59/12 89/3 97/4 132/19 134/1 156/14 161/25

162/24 169/5 169/10 170/3 180/4 189/22 199/17 210/10 218/19 218/19 219/4 219/4 222/18 227/24 230/3 230/10 231/7
**wants [11]**  67/21 157/9 157/10 157/16 169/11 179/19 197/8 215/14 223/18 223/19 223/19
**wardrobe [1]**  164/22
**warn [5]**  70/10 70/15 70/22 70/23 74/25
**warned [1]**  67/17
**Warner [3]**  82/13 82/15 82/18
**warning [2]**  72/17 72/19
**warrant [14]**  28/18 28/24 29/3 29/21 30/23 31/7 31/13 32/13 33/13 34/18 35/8 65/8 153/21 217/3
**warrants [3]**  38/2 38/3 38/3
**was [518]**
**wasn't [31]**  6/14 29/22 60/6 63/12 65/21 65/23 65/24 70/25 73/3 82/8 83/11 96/7 98/12 102/18 112/21 112/25 115/23 123/18 152/5 152/6 162/1 185/14 189/16 194/12 197/16 209/18 210/11 212/23 213/10 213/19 213/20
**waste [1]**  147/4
**watch [62]**  8/13 8/15 8/18 8/21 8/23 9/17 9/22 10/2 10/3 10/4 10/6 10/8 62/25 63/2 63/10 70/16 71/4 71/6 72/9 72/21 73/4 73/13 74/1 74/18 75/5 110/10 110/16 112/20 152/10 153/1 154/11 154/13 155/2 156/11 156/12 156/15 160/21 161/21 162/1 162/3 163/17 163/19 163/23 164/3 165/8 165/10 165/14 165/15 190/16 199/3 200/5 205/24 206/1 206/8 206/10 206/13 206/14 218/19 218/20 222/13 222/14 222/17
**watches [26]**  8/3 8/8 8/11 9/13 9/20

20/10 43/1 63/3 125/25 155/19 156/10 164/4 164/4 164/7 165/1 165/14 180/17 200/8 200/9 200/10 201/21 206/17 206/21 208/22 219/4 224/21
**water [14]**  4/23 62/12 62/16 132/14 134/17 174/25 175/2 184/11 193/10 193/11 215/4 232/11 232/15 232/16
**way [40]**  16/21 24/5 50/2 53/5 54/10 63/12 65/18 65/19 66/12 66/17 74/23 80/21 94/10 118/3 119/8 133/19 135/5 135/24 136/2 156/23 161/18 164/15 164/16 166/4 168/6 168/6 168/6 168/12 169/18 176/13 178/8 181/13 182/5 188/12 188/18 188/19 209/19 209/20 227/6 230/6
**ways [1]**  176/4
**we [169]**  4/19 5/9 5/21 8/23 9/15 10/19 15/9 15/22 16/3 16/6 16/9 16/24 18/3 18/8 18/12 18/16 21/14 23/6 24/19 27/7 27/7 27/18 28/15 28/24 29/6 29/8 29/8 29/12 29/25 30/12 30/16 31/6 32/9 33/1 33/17 34/3 36/21 38/3 40/3 40/19 44/24 44/25 45/5 45/19 45/20 45/22 45/22 49/5 49/11 50/14 50/18 52/20 52/24 53/6 54/15 54/23 59/8 59/9 59/10 59/10 59/25 60/1 60/1 60/2 60/3 64/14 65/22 70/4 71/15 76/9 79/16 81/21 81/23 81/23 87/8 95/18 97/10 97/23 99/1 99/1 100/14 100/16 100/21 101/8 101/17 103/3 106/23 107/14 112/7 112/8 112/12 114/14 114/17 115/22 115/23 116/3 116/4 116/16 121/2 121/3 121/5 121/9 121/10 121/13 121/14 121/14 121/16 123/15 128/22 130/8

130/10 132/9 132/14 135/15 136/14 137/13 140/11 140/11 141/18 141/18 142/11 143/19 143/23 144/18 145/14 145/14 145/14 145/17 145/17 146/13 147/2 149/8 149/8 151/4 151/8 154/3 154/16 161/25 163/10 167/11 169/9 169/25 171/10 171/13 171/20 172/15 173/25 177/18 179/23 180/14 181/13 182/17 183/4 188/13 189/10 193/22 193/22 194/1 195/7 195/18 197/11 205/7 209/13 209/13 209/16 215/8 216/6 219/20 224/11
**We have [1]**  18/8
**we'll [31]**  33/20 34/3 44/20 45/10 45/24 45/25 46/7 49/7 49/20 49/21 50/1 50/1 50/3 60/10 64/17 66/6 67/25 68/1 68/10 76/12 76/13 80/9 114/2 114/5 114/7 122/9 179/13 180/1 192/12 208/21 223/12
**we're [35]**  27/18 34/8 39/22 44/24 45/6 45/13 49/4 49/6 49/25 50/2 50/22 55/14 66/20 67/24 67/24 68/1 100/21 114/1 114/13 125/14 129/3 129/3 129/7 130/11 143/4 167/1 174/7 179/12 184/20 188/9 191/6 193/9 202/14 222/18 226/4
**we've [6]**  25/3 139/14 147/3 162/17 221/12 231/11
**wear [1]**  58/23
**wearing [3]**  104/7 104/8 164/23
**wears [1]**  165/7
**week [6]**  80/19 83/17 84/20 84/25 151/25 212/2
**weeks [2]**  125/19 151/25
**weight [2]**  48/10 48/12
**weird [2]**  82/8 219/18
**Welcome [4]**  50/21 122/6 130/15 183/12
**well [69]**  5/11 8/14

# W

**well... [67]** 15/10 24/4 25/24 27/16 30/11 30/19 31/23 31/25 32/8 33/18 38/3 39/10 55/3 57/22 59/18 59/19 59/21 65/16 72/20 74/19 91/3 91/13 95/17 97/22 101/16 105/6 106/11 109/12 116/4 125/12 125/16 128/8 132/4 133/7 134/17 139/12 140/14 143/4 144/12 149/9 155/7 157/15 162/14 167/9 167/22 169/2 169/20 172/23 176/6 176/13 176/20 184/14 184/20 186/3 190/23 191/3 192/3 192/14 193/11 197/24 204/5 205/13 208/1 208/8 215/3 215/21 220/20

**Wells [1]** 134/23

**Wells-Fargo [1]** 134/23

**went [28]** 5/24 6/7 6/8 7/8 7/15 9/13 10/25 18/16 19/25 30/13 32/9 88/22 100/14 100/16 107/6 137/20 140/16 154/23 163/24 170/16 171/18 178/24 188/2 209/15 210/16 214/19 214/20 216/18

**were [181]** 4/14 4/14 5/12 5/13 6/15 6/23 6/24 9/22 13/22 14/7 14/8 14/9 17/24 18/20 19/11 20/4 22/11 22/21 23/12 24/22 28/25 29/5 29/5 29/6 29/6 29/8 29/8 30/12 31/8 35/16 35/23 36/11 36/14 36/15 36/16 36/17 36/17 36/23 36/24 37/16 38/24 40/3 40/6 42/8 42/20 42/22 43/3 43/13 44/3 49/5 52/22 52/24 54/18 54/19 59/12 60/1 60/1 60/2 60/3 60/18 60/20 61/12 61/14 63/15 72/9 74/9 86/1 86/6 88/15 88/23 89/25 90/9 92/22 92/25 93/16 96/6 96/24 97/9 97/10 97/17 97/17

98/3 99/1 99/2 101/8 101/12 101/20 102/4 102/16 103/8 104/22 105/1 106/15 107/1 107/2 107/2 107/5 107/23 108/18 110/14 111/21 112/2 112/23 113/2 115/23 122/18 123/1 123/3 124/6 124/16 124/21 126/16 126/18 127/3 127/8 127/8 127/12 131/17 137/7 137/23 137/23 138/9 140/2 144/9 148/4 148/17 149/1 150/2 150/6 151/15 152/1 152/20 153/3 153/19 153/23 154/1 154/17 155/20 156/5 156/5 156/10 161/4 161/16 163/8 163/9 163/11 165/25 166/2 166/4 167/2 169/12 169/15 171/20 172/21 173/3 173/4 173/19 188/23 189/4 189/5 189/16 189/25 193/22 194/1 194/10 202/1 205/21 206/12 206/17 206/21 209/2 209/11 213/21 216/11 219/20 220/11 227/12 227/16 227/16 229/25 235/3

**weren't [22]** 7/2 36/12 42/23 42/24 42/24 63/19 72/8 99/1 122/18 122/22 123/17 123/19 123/24 124/16 125/21 138/1 138/3 209/1 209/16 213/9 213/13 217/6

**Weston [1]** 1/19

**what [335]**

**what's [28]** 6/2 21/24 27/20 30/10 34/16 48/1 48/19 53/20 53/23 57/12 57/15 77/7 104/14 105/11 115/8 133/23 142/1 145/9 147/7 151/13 152/14 169/3 175/14 192/9 204/9 204/11 234/3 234/19

**whatever [19]** 19/23 31/5 45/3 48/10 48/12 51/23 77/2 100/7 134/8 148/11 148/17 149/4 159/17 166/18 170/3 178/5 179/17 208/20 217/16

**whatsoever [2]** 32/3 215/2

**when [110]** 3/4 6/19 8/15 14/17 22/19 27/18 28/2 34/3 35/23 36/2 36/23 41/15 41/15 41/16 41/21 50/2 55/14 60/2 69/16 70/10 71/16 72/23 74/13 77/11 78/13 78/18 81/5 85/21 88/15 93/15 93/20 96/14 96/16 97/20 98/21 98/21 101/12 101/15 102/5 102/7 102/23 103/8 110/14 114/13 123/3 123/19 124/4 124/10 124/21 124/24 124/24 140/7 140/25 141/1 141/7 141/14 142/3 145/17 146/16 146/23 148/4 149/10 149/13 149/15 151/15 151/24 152/1 152/2 152/18 153/18 153/21 153/23 154/12 155/5 156/15 157/9 160/6 163/7 165/17 166/13 166/22 166/24 167/5 169/2 176/25 177/18 178/4 178/16 180/11 182/22 185/7 185/12 187/5 189/16 190/22 190/24 194/23 194/24 199/5 199/6 208/13 216/5 221/20 222/13 222/19 227/19 231/18 233/2 233/7 234/7

**where [58]** 8/14 20/9 23/17 29/25 30/12 30/16 32/25 33/4 39/6 43/10 43/16 44/22 51/12 67/7 69/7 74/20 75/24 75/25 76/18 87/6 91/22 93/22 94/24 97/11 97/14 100/12 106/15 110/24 116/3 122/8 127/8 128/7 131/5 133/16 137/14 144/18 144/25 146/20 150/15 150/22 153/13 163/7 174/12 176/25 177/14 181/14 183/16 184/13 195/7 198/23 201/16 201/18 203/5 206/2 208/4 217/24 218/1 228/18

**wherever [1]** 128/8

**whether [26]** 18/3 18/9 22/1 22/4 33/15 33/21 71/1 88/20 116/6 116/14 126/16

180/15 189/5 189/13 195/20 197/25 199/19 202/25 213/5 213/9 213/17 222/12 229/14 229/19 229/21 230/5

**which [33]** 6/20 11/7 16/24 17/15 17/23 19/9 21/21 23/16 33/13 43/13 48/4 58/1 61/2 66/7 80/19 80/22 81/9 83/21 91/5 96/4 96/25 97/9 105/15 142/7 147/8 153/6 156/2 177/25 180/8 186/2 199/22 208/18 227/14

**while [9]** 20/9 23/11 100/12 154/1 175/3 179/23 207/23 220/22 235/7

**white [4]** 8/21 106/25 110/10 110/15

**who [79]** 13/13 13/16 24/20 26/25 39/19 44/25 53/10 53/11 54/11 54/13 55/10 55/11 58/22 59/2 62/8 65/2 70/16 70/17 70/18 70/23 72/21 73/3 73/5 73/25 74/15 74/17 74/21 75/4 95/12 98/24 98/25 103/21 106/20 109/7 111/1 114/19 114/21 115/3 116/9 124/1 125/9 125/11 132/25 133/4 138/20 141/11 146/19 152/22 160/5 162/5 166/15 167/10 167/12 174/7 174/10 185/11 186/3 191/15 191/18 191/23 192/5 192/21 192/22 202/15 202/22 204/7 207/16 208/15 210/24 218/13 220/21 225/10 225/18 225/20 225/22 230/9 230/25 232/9 232/12

**who's [9]** 8/2 45/9 53/15 94/11 120/17 140/20 186/18 204/1 224/21

**whoever [5]** 73/3 86/18 107/14 187/22 207/14

**whole [21]** 3/17 3/18 13/2 13/16 54/25 86/18 100/3 100/4 102/4 102/7 108/18 111/3 144/13 146/25 148/15 149/12 157/1

165/9 199/13 213/21 225/6

**Whose [2]** 111/16 157/14

**why [47]** 5/14 14/21 14/24 14/24 22/18 22/22 53/18 53/20 54/7 60/6 60/7 64/25 65/15 70/22 70/22 74/1 74/4 74/8 74/16 74/19 74/25 84/16 88/13 88/21 92/15 132/11 137/17 138/15 141/5 147/16 147/16 156/24 161/6 162/22 168/5 169/9 173/23 174/1 178/8 192/2 192/25 193/17 193/17 198/11 201/22 212/7 213/2

**wide [2]** 99/25 168/20

**wig [1]** 185/22

**will [36]** 28/10 33/5 34/2 45/12 45/14 45/25 46/10 55/12 60/12 64/23 81/15 102/13 104/10 104/11 115/6 116/4 116/4 117/2 118/1 118/6 118/13 119/6 119/24 120/24 120/25 130/18 150/11 172/15 177/13 180/18 194/9 206/2 213/8 221/17 227/1 229/17

**willing [3]** 61/14 116/24 216/23

**wire [83]** 5/14 5/14 5/23 7/21 7/22 7/24 7/25 8/1 8/2 9/3 9/5 9/7 9/7 9/13 11/12 15/17 18/20 19/14 22/19 23/25 24/1 24/7 25/21 35/20 35/21 38/4 40/25 42/12 42/15 43/14 43/17 43/19 47/2 47/5 47/13 63/14 63/16 72/14 143/19 143/25 144/24 155/20 156/3 156/6 161/16 162/10 185/8 186/1 186/2 186/23 192/4 192/8 192/14 192/23 193/15 193/17 193/21 193/24 203/3 203/20 204/6 205/18 209/22 209/23 209/25 210/5 210/12 210/17 210/18 214/3 220/2 220/6 225/5 225/6 225/12 225/16 225/22

## W

**wire... [6]**  226/1 226/2 228/3 228/6 228/15 228/20
**wireless [8]**  47/3 47/4 47/7 47/8 47/11 47/12 47/15 47/16
**wires [20]**  13/5 14/9 15/17 18/12 22/21 42/20 43/10 63/20 124/12 126/16 140/2 140/5 140/8 141/4 148/8 148/15 190/1 221/22 235/3 235/7
**wisdom [2]**  144/22 166/1
**wise [1]**  86/4
**wish [10]**  48/11 48/25 49/1 49/1 79/5 116/14 117/11 117/22 120/2 179/17
**wishes [2]**  117/3 118/18
**withdraw [1]**  81/6
**withdrawal [1]** 170/10
**withdrawals [11]**  6/19 6/20 7/14 10/19 10/23 10/24 11/2 11/3 13/2 15/15 17/23
**within [4]**  44/3 64/6 65/9 98/12
**without [10]**  7/12 72/24 78/20 112/4 167/9 172/15 172/24 196/11 214/9 217/15
**withstand [2]**  83/23 83/24
**witness [46]**  3/20 8/14 26/13 27/21 32/2 33/24 34/2 45/9 45/13 49/17 50/10 50/13 50/14 51/4 64/25 65/20 66/3 66/25 67/20 67/23 68/2 68/12 68/21 72/3 76/8 76/23 76/24 94/7 94/11 94/15 114/10 114/14 114/17 116/9 120/25 121/1 122/2 125/7 128/22 130/22 180/15 182/7 183/14 210/24 230/5 230/6
**witnesses [26]**  2/2 2/6 3/18 4/1 4/3 4/4 4/9 22/16 22/18 24/17 24/20 27/7 31/16 38/1 44/22 44/24 45/1 45/2 45/6 114/15 116/6 121/14 121/16 129/1 218/13 230/8

**woman's [1]**  224/7
**won't [10]**  31/20 32/24 66/7 80/13 147/4 191/15 223/15 223/15 223/17 227/8
**wonderful [1]**  66/8
**word [5]**  27/20 28/8 28/11 83/19 113/24
**words [1]**  53/25
**work [17]**  20/20 59/15 80/21 83/16 95/12 96/23 121/3 127/11 133/6 152/18 159/14 160/14 191/18 191/20 215/23 215/25 224/13
**worked [3]**  73/9 87/13 108/3
**workers [1]**  97/23
**working [14]**  52/20 52/24 57/6 57/8 59/14 87/24 103/1 103/1 103/2 103/2 121/6 127/9 152/6 195/25
**works [7]**  21/12 39/16 67/22 91/7 139/10 142/1 225/24
**world [3]**  58/17 75/18 139/19
**worried [3]**  3/5 20/10 190/8
**worry [1]**  188/18
**would [99]**  6/20 7/8 7/9 8/5 8/17 8/23 11/15 13/25 14/5 14/6 16/12 19/18 20/4 23/23 33/8 35/10 45/19 51/22 51/24 53/5 59/18 59/19 59/25 60/15 62/22 66/7 66/21 70/1 74/4 80/2 81/23 82/18 82/19 88/17 88/17 95/17 95/18 99/18 101/12 104/5 108/21 111/23 112/11 116/9 120/19 131/4 135/7 135/9 135/13 135/19 135/23 136/4 136/7 136/18 138/20 140/9 140/9 140/10 141/19 144/15 149/18 149/19 159/7 159/15 159/16 159/22 160/1 160/1 164/20 165/2 168/5 169/1 169/9 170/3 173/16 177/15 182/12 182/14 184/11 185/11 186/5 186/13 186/14 187/24 192/2 192/25 198/11 198/12 200/4 207/14 207/15 207/15

207/17 213/2 214/24 215/9 215/10 216/12 226/3
**wouldn't [7]**  23/24 74/20 83/13 88/17 109/16 174/3 186/6
**Write [1]**  204/15
**writing [3]**  58/2 58/11 58/12
**wrong [10]**  54/6 101/13 101/18 101/21 102/8 102/11 123/6 123/7 142/6 212/4
**wrote [2]**  89/3 89/5

## Y

**Y'all [1]**  90/17
**yahoo.com [2]** 203/14 211/19
**yard [2]**  168/9 168/19
**yeah [103]**  8/7 9/22 24/10 24/12 25/24 28/8 28/16 30/8 30/21 31/7 37/18 46/8 46/14 50/15 51/20 53/19 54/21 54/23 55/18 55/25 56/7 56/8 56/14 57/10 57/14 57/24 59/7 59/17 65/12 71/21 74/13 75/23 78/7 80/4 80/6 82/15 87/3 88/3 88/24 90/11 90/11 91/8 91/11 91/18 91/18 91/19 92/23 98/9 99/6 100/1 100/3 101/3 101/14 101/24 102/22 105/10 109/4 109/5 109/18 110/13 110/17 110/23 113/1 113/16 120/3 122/2 127/10 127/11 127/14 130/1 143/4 144/8 146/15 147/14 150/8 151/6 158/3 163/22 164/17 166/3 166/20 167/15 171/1 172/7 173/3 173/20 174/6 176/24 181/15 182/1 182/9 182/15 191/21 193/22 196/1 197/5 199/11 212/15 213/2 217/7 219/24 223/11 235/5
**year [10]**  33/7 36/13 71/11 71/17 80/13 81/16 131/23 184/23 184/24 198/19
**years [6]**  19/15 19/16 70/3 71/14 95/15 191/13
**Yep [7]**  14/20 28/10

29/14 29/23 68/6 116/21 149/24
**yes [503]**
**yesterday [4]**  87/15 87/16 87/25 91/12
**yet [9]**  33/11 33/21 83/5 86/5 161/12 192/8 194/12 198/2 217/2
**Yo [2]**  57/11 57/14
**York [1]**  131/22
**you [1562]**
**you were [42]**  6/23 6/24 30/12 37/16 38/24 42/8 43/13 61/12 61/14 74/9 86/1 86/6 88/23 89/25 90/9 92/22 92/25 93/16 107/5 112/2 124/21 126/18 127/3 131/17 148/4 152/20 153/19 156/5 163/8 163/9 166/2 166/4 169/12 173/4 194/10 206/12 206/17 209/11 213/21 216/11 227/12 229/25
**you'd [4]**  94/23 118/20 131/3 202/10
**you'll [11]**  45/24 76/15 92/4 92/7 121/13 179/18 181/21 182/23 191/14 219/12 226/7
**you're [90]**  3/10 4/6 8/1 17/9 17/13 19/2 20/10 30/6 30/25 31/3 31/15 32/1 32/5 33/4 33/10 33/13 33/25 37/6 37/15 40/16 41/8 44/10 50/2 51/19 59/6 60/23 63/10 73/6 76/7 76/17 77/11 79/9 90/1 90/4 90/8 94/4 97/14 98/14 100/5 107/16 109/17 115/3 115/19 116/19 117/2 120/12 121/6 129/11 129/13 129/16 132/4 132/4 137/3 141/21 144/13 146/5 149/6 157/9 159/12 160/5 164/3 165/4 168/8 169/2 174/4 181/8 181/16 181/17 182/9 182/19 183/16 186/17 187/14 187/15 190/1 190/8 192/22 196/22 202/16 203/13 205/21 207/23 216/22 217/20 220/22 222/13 223/9 225/9 227/23 234/7
**you've [17]**  31/14

32/4 55/11 66/12 66/16 76/15 89/6 136/4 140/20 148/5 158/6 161/14 185/2 187/10 203/10 227/20 229/11
**young [7]**  57/15 91/24 110/18 111/17 131/19 148/19 160/20
**your [311]**
**yours [1]**  138/1
**yourself [24]**  37/15 51/11 58/14 60/20 69/5 69/11 72/25 73/22 76/16 77/10 77/13 78/17 78/23 94/23 99/2 114/10 122/7 131/4 145/7 148/8 152/7 172/23 183/15 234/6
**yourselves [1]**  166/7
**YouTube [2]**  56/14 57/22

## Z

**Zeljka [2]**  1/18 47/21
**Zelle [14]**  13/22 13/25 14/3 14/7 14/9 142/13 142/14 142/15 142/19 142/22 143/8 143/9 143/10 143/15
**Zelles [2]**  143/2 145/18
**zero [1]**  142/3
**zoom [7]**  27/15 27/16 27/17 27/18 79/10 81/13 192/12

(35) wire... - zoom